OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



June 24, 2025

Jacob S. Canter
Crowell & Moring
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

Yar R. Chaikovsky
White & Case
3000 El Camino Real
5 Palo Alto Square
9th Floor
Palo Alto, CA 94306

Mark S. Davies
White & Case
701 13th Street NW
Washington, DC 20005

Kayvan M. Ghaffari
Pillsbury Winthrop Shaw & Pittman
Four Embarcadero Center
22nd Floor
San Francisco, CA 94111

Keith J. Harrison
Crowell & Moring
1001 Pennsylvania Avenue NW
Washington, DC 20004

Andrew M. Legolvan
White & Case
555 S Flower Street
Suite 2700
Los Angeles, CA 90071

David E. Moore

Potter Anderson & Corroon
1313 N Market Street
6th Floor
Wilmington, DE 19801

Bindu A.G. Palapura
Potter Anderson & Corroon
1313 N Market Street
6th Floor
Wilmington, DE 19801

Warrington S. Parker III
Crowell & Moring
3 Embarcadero Center
26th Floor
San Francisco, CA 94111


RE: Thomson Reuters Enterprise Centre GmbH, et al v. Ross Intelligence Inc
Case Number: 25-2153
District Court Case Number: 1:20-cv-00613

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**
**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System.** See **3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

To All Parties:


Enclosed is case opening information regarding the above-captioned appeal filed by **Ross Intelligence Inc**, docketed at **No. 25-2153**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Please note:** If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed. The case in the court of appeals will not be stayed absent such notification.

**Counsel for Appellant**

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case
6. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **fourteen (14) days** of the date of this letter.


Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,

Patricia S. Dodszuweit, Clerk


 By: Stephanie
Case Manager
Direct Dial 267-299-4926

cc: All Counsel of Record