# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2153

Thomson Reuters Enterprise Centre GmbH, et al v. Ross Intelligence Inc

(District Court No. 1:20-cv-00613)

## TRANSCRIPT SCHEDULING ORDER

TO: Kim Hurley, Court Reporter

The Transcript Purchase Order Form was received on 06/25/2025. Accordingly, Kim Hurley is hereby directed to file the transcripts on or before **07/28/2025**.

In the event the ordering party has not made the requisite financial arrangements for the transcripts, the court reporter must immediately advise the Clerk in writing.

**For questions please contact Stephanie at 267-299-4926 .**

For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated: June 26, 2025

Sb/cc:

Ranjini Acharya Esq.
Jack B. Blumenfeld Esq.
Dale M. Cendali Esq.
Yar R. Chaikovsky Esq.
Mark S. Davies Esq.
Michael J. Flynn Esq.
Ms. Kim Hurley
Kufere Laing Esq.
Andrew M. Legolvan Esq.
Miranda D. Means Esq.
Anna Naydonov Esq.
Joshua L. Simmons Esq.
Anne M. Voigts Esq.