# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Thomson Reuters Enterprise Centre GmbH, et al v. ROSS Intelligence Inc.

APPEAL FROM DISTRICT COURT:
District: Delaware
D.C. Docket No.: 1:20-cv-00613
Date proceedings initiated in D.C.: 05/06/2020
Date Notice of Appeal filed: 06/17/2025; Appeal granted after 1292(b) Petition.
USCA No.: 25-02153 (3d Cir.); 1292(b) Petition filed in Misc. No. 25-08018 (3d Cir.) and subsequently transferred.

## COUNSEL ON APPEAL

**Appellant(s)**: ROSS Intelligence Inc.
Name of Counsel: (See Attachment A)
Name of Party(ies): ROSS Intelligence Inc.
Address:
Telephone No.:
Fax No.:
E-mail:

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: (See Attachment A)
Name of Party(ies): Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation
Address:
Telephone No.:
Fax No.:
E-mail:

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?        Yes ☐    No ☑
Appeals Docket No.:

Was there a previous appeal in case?    Yes ☐    No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?     Yes ☐     No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
                                                                              Yes ☐     No ☑

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☑ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 30th day of June, 2025.

Signature of Counsel: /s/ Mark S. Davies

# ATTACHMENT A
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
# APPELLANT'S CIVIL APPEAL INFORMATION STATEMENT
# CASE NO.: 25-02153

Appellant's Information:

| | |
|---|---|
| Name of Counsel: | Mark S. Davies, Anna B. Naydonov, Kufere Laing |
| Name of Party(ies): | ROSS Intelligence |
| Address: | WHITE & CASE LLP, |
| | 701 Thirteenth Street NW, |
| | Washington, D.C. 20005 |
| Telephone No.: | +1 (202) 637-6261 |
| Fax No.: | +1 (202) 639 9355 |
| Email: | mark.davies@whitecase.com; anna.naydonov@whitecase.com; kufere.laing@whitecase.com |

| | |
|---|---|
| Name of Counsel: | Yar R. Chaikovsky, Andy LeGolvan |
| Name of Party(ies): | ROSS Intelligence |
| Address: | WHITE & CASE LLP, |
| | 3000 El Camino Real, |
| | 2 Palo Alto Square |
| | Palo Alto, CA 94306 |
| Telephone No.: | +1 (650) 213 0320 |
| Fax No.: | +1 (650) 213 8158 |
| Email: | yar.chaikovsky@whitecase.com; andy.legolvan@whitecase.com |

| | |
|---|---|
| Name of Counsel: | Anne M. Voights, Ranjini Acharya |
| Name of Party(ies): | ROSS Intelligence |
| Address: | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 2550 Hanover Street, |
| | Palo Alto, CA 94304 |
| Telephone No.: | +1 (650) 233 4500 |
| Fax No.: | +1 (650) 233 4545 |
| Email: | anne.voights@pillsburylaw.com; ranjini.acharya@pillsburylaw.com |

| | |
|---|---|
| Name of Counsel: | Kayvan Ghaffari |
| Name of Party(ies): | ROSS Intelligence |
| Address: | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | Four Embarcadero Center, 2nd Floor |
| | San Francisco, CA 94111 |
| Telephone No.: | +1 (415) 983 1000 |
| Fax No.: | +1 (415) 983 1200 |
| Email: | kayvan.ghaffari@pillsburylaw.com |

Appellees' Information:

| | |
|---|---|
| Name of Counsel: | Dale M. Cendali, Joshua L. Simmons |
| Name of Party(ies): | Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation |
| Address: | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue, |
| | New York, NY 10022 |
| Telephone No.: | +1 (212) 446-4846 |
| Fax No.: | +1 (212) 446-4900 |
| Email: | dale.cendali@kirkland.com; joshua.simmons@kirkland.com |

| | |
|---|---|
| Name of Counsel: | Miranda D. Means |
| Name of Party(ies): | Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation |
| Address: | KIRKLAND & ELLIS LLP |
| | 200 Clarendon Street |
| | Boston, MA 02116 |
| Telephone No.: | +1 (617) 285-7500 |
| Fax No.: | +1 (617) 482-5666 |
| Email: | miranda.means@kirkland.com |