No. 25-2153

IN THE
United States Court of Appeals
For the Third Circuit

THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION,
*Appellee,*

v.

ROSS INTELLIGENCE, INC.,
*Appellant.*

On Appeal from the United States District Court
for the District of Delaware
Civil Action No. 20-613
Hon. Stephanos Bibas

**APPELLANT ROSS INTELLIGENCE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to Fed. R. App. P. 26(b) and 27 and Third Circuit Local Appellate Rule 31.4, Appellant ROSS Intelligence, Inc. (ROSS) hereby respectfully moves for a 14-day extension of the deadline for filing its opening brief. Under the proposed extension, ROSS's opening brief would be due September 8, 2025. This request is unopposed.

In support of this motion, ROSS states the following:

1. ROSS's opening brief is currently due on September 8, 2025.

2. This is ROSS's first written request for an extension of time for its opening brief. The Court verbally granted ROSS's 14 day extension of time on July 25, 2025.

3. There is good cause to grant the extension. This appeal concerns multiple complex issues of copyright law and a substantial record. This is the first appellate case that asks whether using copyrighted works to train an AI model is fair use. This appeal also implicates the scope of the government edicts doctrine and copyrightability. These questions resulted in two conflicting summary decisions and necessitated an interlocutory appeal.

4. Undersigned counsel also has overlapping deadlines in other matters, including: *Distefano Website Innovations, LLC v. ByteDance Ltd. et al.*, 2:24-cv-874 (W.D. Tex.) (ongoing filings), *Beijing Meishe Network Tech. v. TikTok Inc. et al.*, 3:23-cv-06012 (N.D. Cal.) (ongoing filings), and an answering brief due in *Shoals Technologies Group, LLC v. International Trade Commission*, 25-1439 (Fed. Cir.), as well as ongoing responsibilities in other matters.

5. On July 30, 2025, counsel for Thomson Reuters stated that it "has no objection to the two-week request for an extension."

For the foregoing reasons, ROSS respectfully requests that the Court extend by 14 days the deadline for filing its opening brief, to and including September 22, 2025.

Respectfully submitted,

*/s/ Mark S. Davies*
Mark S. Davies

| | |
|---|---|
| Yar R. Chaikovsky<br>Andy LeGolvan<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square<br>Suite 900<br>Palo Alto, CA 94306<br>Tel: (213) 620-7755 | Mark S. Davies<br>Anna B. Naydonov<br>Kufere Laing<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Tel: (202) 626-3600 |
| Kayvan Ghaffari<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 2nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 983-1000 | Anne M. Voigts<br>Ranjini Acharya<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Tel: (650) 233-4500 |
| Dated: August 1, 2025 | *Attorneys for Appellant ROSS Intelligence, Inc.* |

**CERTICATE OF SERVICE**

The undersigned certifies, pursuant to F.R.A.P. 27(d), that service of the foregoing Motion for an Extension of Time was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on August 1, 2025

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: August 1, 2025  /s/  *Mark S. Davies*
                      Mark S. Davies