No. 25-2153

In The
# United States Court of Appeals
# For the Third Circuit

THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING
CORPORATION,
*Appellee,*

v.

ROSS INTELLIGENCE, INC.,
*Appellant.*

On Appeal from the United States District Court
for the District of Delaware
Civil Action No. 20-613
Hon. Stephanos Bibas

**APPELLANT ROSS INTELLIGENCE INC.'S UNOPPOSED
MOTION TO FILE A DEFERRED APPENDIX**

Pursuant to Fed. R. App. P. 30(c) and Third Circuit Local Appellate Rule 30.4, Appellant ROSS Intelligence, Inc. (ROSS) hereby respectfully moves to file a deferred appendix submitted in support of its opening brief. This request is unopposed.

In support of this motion, ROSS states the following:

1. ROSS's opening brief and appendix are currently due on September 22, 2025.

2. Federal Rule of Appellate Procedure 30(c) permits the parties to file a deferred appendix with the Court's permission.

3. Although use of a deferred appendix is generally "not favored" under Third Circuit Local Appellate Rule 30.4, the use of a deferred appendix is appropriate in this case. Good cause exists for the following reasons:

    a. The record on appeal is voluminous and complex, containing numerous transcripts and documents that require careful review and organization. There were two rounds of summary judgment briefings, including cross-motions on fair use.

    b. A deferred appendix will ensure that only relevant parts of the record and cited by the parties in their briefs are included in the appendix, and thus ease the burden on the Court and the parties.

    c. On September 19, 2025, the Appellees confirmed they do not oppose this motion.

4. If this motion is granted, Appellant ROSS proposes the following briefing schedule:

   a. Appellant will file its principal brief on September 22, 2023, with citations to the record rather than to an appendix;

   b. Within 14 days of filing all briefs, Appellant will file a deferred appendix containing all parts of the record cited in the briefs; and

   c. Thereafter, each party will file a substitute brief with citations to the pages of the deferred appendix in accordance with Federal Rule of Appellate Procedure 30(c)(2).

For the foregoing reasons, ROSS respectfully requests to file a deferred appendix.

Respectfully submitted,

*/s/ Mark S. Davies*
Mark S. Davies

| | |
|---|---|
| Yar R. Chaikovsky | Mark S. Davies |
| Andy LeGolvan | Anna B. Naydonov |
| WHITE & CASE LLP | Kufere Laing |
| 3000 El Camino Real | WHITE & CASE LLP |
| 2 Palo Alto Square | 701 Thirteenth Street, NW |
| Suite 900 | Washington, DC 20005 |
| Palo Alto, CA 94306 | Tel: (202) 626-3600 |
| Tel: (213) 620-7755 | |

| | |
|---|---|
| Kayvan Ghaffari<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 2nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 983-1000 | Anne M. Voigts<br>Ranjini Acharya<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Tel: (650) 233-4500 |
| Dated: September 19, 2025 | *Attorneys for Appellant ROSS Intelligence, Inc.* |

## CERTICATE OF SERVICE

The undersigned certifies, pursuant to F.R.A.P. 27(d), that service of the foregoing Motion to File a Deferred Appendix was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on September 19, 2025.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

| | |
|---|---|
| Dated: September 19, 2025 | /s/ *Mark S. Davies* <br> Mark S. Davies |