# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2153

THOMSON REUTERS ENTERPRISE CENTRE GMBH, et al. vs. ROSS Intelligence Inc.

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Amici Cicerai Corp., Dispute Resolution AI, Free Law Project, Juristai Legal Technology Group Inc., Paxton AI, Inc., and Trellis Research, Inc.

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)  ☐ Appellant(s)  ☐ Intervenor(s)
☐ Respondent(s)  ☐ Appellee(s)  ☑ Amicus Curiae

(Type or Print) Counsel's Name: August Gebhard-Koenigstein (CA Certified Law Student -- See Attached)

☑ Mr.  ☐ Ms.  ☐ Mrs.  ☐ Miss  ☐ Mx.

Firm: Juelsgaard IP & Innovation Clinic, Mills Legal Clinic, Stanford Law School

Address: 559 Nathan Abbott Way

City, State, Zip Code: Stanford, CA 94305

Phone: 650-725-6369  Fax: 650-723-4426

**Primary E-Mail Address (required)** augustgk@stanford.edu
**Additional E-Mail Address (1)** jipic@law.stanford.edu
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ August Gebhard-Koenigstein

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED BY THE AMERICAN BAR ASSOCIATION

Appeal No. & Caption: _____

I, _____, Dean of _____,

a law school approved by the American Bar Association, do hereby certify that

_____, whose signature appears hereon, is a duly enrolled student of
Name of student

good character and competent legal ability who, having completed legal studies equivalent to at least

four semesters, is adequately trained to practice under the rules of the court.

_____                    _____
Signature of Dean                                   Date

[✓] Check here if the law student is enrolled in a law school clinic or pro bono program and does not require certification under LAR 46.3(b)(3).

### STATEMENT OF LAW STUDENT

Appeal No. & Caption: 25-2153, Thompson Reuters Centre GmbH v. Ross Intelligence Inc

I August Gebhard-Koenigstein, hereby state that I have read and am familiar with the Code of

Professional Responsibility or Rules of Professional Conduct in force in the state in which my law

school is located. I further state, in accordance with Local Rule 46.3(b), that I will neither ask for nor

receive compensation or remuneration from the person on whose behalf I am rendering services. My

email address, to be used for electronic service in this case, is: augustgk@stanford.edu.

_[signed: August Gebhard-Koenigstein]_                    9/25/2025
Signature of Student                                       Date

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### AGREEMENT OF SUPERVISION

Appeal No. & Caption: <u>25-2153, Thompson Reuters Centre GmbH v. Ross Intelligence Inc</u>

I agree to work with <u>August Gebhard-Koenigstein</u> as supervising attorney in the
Name of student

above-referenced case. As attorney of record, I assume personal professional responsibility for the law student's work and for supervising the quality of that work.

*[signature]*  9/25/2025
Signature of Supervising Attorney   Date

### ACKNOWLEDGMENT OF PARTY

Appeal No. & Caption: _____

I agree to be represented on appeal in the United States Court of Appeals for the Third Circuit by:

_____, a law student enrolled at
Name of law student

_____ who is qualified
Name of law school

to practice before the United States Court of Appeals for the Third Circuit under the rules of the court.

I understand that _____, a member of the
Name of supervising attorney

Third Circuit bar, will supervise the work of the law student on my behalf.

**Client consent not required under LAR 46.3(a)(4)**
Signature of Party   Date

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

| OATH OF LAW STUDENT |
|---|
| I, August Gebhard-Koenigstein, do solemnly swear (or affirm) that I will support the Constitution of the United States, and that, in practicing as an eligible law student under 3d Cir. L.A.R. 46.3, I will conduct myself strictly in accordance with the terms of that rule and according to law.<br><br>*August Gebhard-Koenigstein*<br>Applicant's Signature<br><br>SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 26th DAY OF September 2025<br><br>ANA MARIA VILLANUEVA<br>Notary Public - California<br>Santa Clara County<br>Commission # 2426093<br>My Comm. Expires Dec 7, 2026<br><br>*Ana M. Villanueva*<br>Signature of Notary or Person authorized to administer oaths |

Print   Save   Reset