UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 25-2153

THOMSON REUTERS ENTERPRISE CENTRE GMBH and
WEST PUBLISHING CORPORATION,

*Plaintiff-Appellees,*

v.

ROSS INTELLIGENCE INC.,

*Defendant-Appellant.*

---

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OUT OF TIME

---

The Foundation for American Innovation ("FAI") respectfully moves under Federal Rules of Appellate Procedure 27 and 29 for leave to file the attached amicus curiae brief out of time. The brief was electronically filed on September 29, 2025, at 8:15 p.m. Eastern, after the filing deadline at 5:00pm that day. The proposed amicus brief is attached as Exhibit A.

1. **Reason for the delay.** This is FAI's first filing in the Third Circuit, having sought admission to it particularly for this case. Counsel proceeded under the mistaken assumption—based on prior experience in other courts—that the deadline for amici extended to midnight. That assumption was incorrect.

The untimeliness is entirely FAI's fault. Counsel accepts responsibility, and the error will not recur. The brief was filed the same calendar day as the deadline.

2. **Prompt action.** Upon recognizing the error, FAI prepared and submits this motion together with the proposed brief and supporting materials.

3. **Consent and lack of prejudice.** All parties have consented to the filing of amicus briefs in this appeal, and FAI provided notice of its intent to file. Accepting the attached brief will not delay the case or prejudice any party. If the Court wishes, FAI does not oppose allowing any party to file a short response.

4. **Assistance to the Court.** The proposed brief offers a policy perspective on the impacts of an adverse copyright industry posture on the AI industry, and it provides a practical framework—drawn from relevant caselaw and statute—for addressing disputes that straddle computer code and textual works. The brief is not duplicative of the parties' arguments and is intended to assist the Court.

**RELIEF REQUESTED**

FAI respectfully requests that the Court grant leave and direct the Clerk to accept the attached amicus curiae brief for filing out of time.

September 30, 2025

Respectfully submitted,

/s/ Tim Hwang
Tim Hwang
FOUNDATION FOR
AMERICAN INNOVATION
2443 Fillmore St #380-3386
San Francisco, CA, 94115
Telephone: (973)-960-4955
tim.hwang@thefai.org
Counsel for Amicus Curae

# CERTIFICATE OF SERVICE

I certify that on September 30, 2025, the foregoing Motion for Leave to File Amicus Curiae Brief Out of Time was filed using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served electronically via that system.

September 30, 2025

Respectfully submitted,

/s/ Tim Hwang
Tim Hwang
FOUNDATION FOR
AMERICAN INNOVATION
2443 Fillmore St #380-3386
San Francisco, CA, 94115
Telephone: (973)-960-4955
tim.hwang@thefai.org