UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
No. 25-2153
Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation,
Appellees,
v.
ROSS Intelligence Inc., Appellant.

**MOTION FOR LEAVE TO FILE OUT OF TIME
AMENDED AMICUS CURIAE BRIEF
OF ABRAHAM KANG AND KUNAL PATEL
IN SUPPORT OF APPELLANT**

**DISCLOSURE STATEMENT**
Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, proposed Amici Curiae Abraham Kang and Kunal Patel state that they are individuals. They have no parent corporation, and no publicly held corporation owns 10% or more of any stock or interest in either of them.

Abraham Kang, Esq. and Kunal Patel, proposed amici curiae in support of Appellant, respectfully move for leave to file out of time an amended amicus curiae brief, and in support of this motion state as follows:

1. **Deadline and Late Filing:** The deadline for filing amicus curiae briefs in support of Appellant was August 29, 2025. On that date, the proposed amici completed and submitted their amicus brief via the Court's electronic filing system. However, pursuant to recently implemented Third Circuit Local Appellate Rule 26.1 (effective July 1, 2023), electronic filings must be completed by 5:00 p.m. Eastern Time on the due date to be considered timely. Because the amici's brief was submitted after 5:00 p.m. (11:11PM) on August 29, 2025, it was docketed as filed on the next day (August 30, 2025) and thus deemed untimely.

2. **Cause of Delay (Mistake):** The untimely filing was the result of an inadvertent error. The amici mistakenly believed that they had until 11:59 p.m. (local time) on the due date to file their brief, as had been the case under the prior rules, and they were unaware that the filing deadline had been changed to 5:00 p.m. E.T. This misunderstanding was the sole reason the brief was not filed before the 5:00 p.m. cutoff on August 29, 2025.

3. **Prompt Action Upon Discovery:** Upon realizing that the brief had been submitted after the deadline, counsel for amici promptly contacted the

Clerk's Office for guidance. The Clerk's Office informed counsel that the brief would not be accepted absent a motion for leave to file out of time. Accordingly, the amici prepared an amended version of their brief with minor revisions to reflect the correct filing date, and they now respectfully request permission to file that amended brief out of time.

4. **Amended Brief Is Unchanged in Substance:** The proposed amended amicus brief, submitted concurrently with this motion, is substantively identical to the brief originally submitted on August 29, 2025, aside from updating the filing date and related references. No substantive changes have been made to the brief. Accepting the amended brief will therefore place the parties and the Court in the *same position as if the brief had been timely filed on August 29, 2025.*

5. **Authority and Excusable Neglect:** The Court has authority to grant the requested relief under Federal Rule of Appellate Procedure 26(b). Under Rule 26(b), the Court may permit an act to be done after the expiration of the specified time upon a showing of excusable neglect or good cause. Amici submit that their inadvertent miscalculation of the filing deadline constitutes excusable neglect under the circumstances. The delay here was minimal (only a few hours), and amici acted in good faith and moved promptly to correct the error upon discovery.

6. **No Prejudice to Any Party:** No party will be prejudiced by the Court's granting of this motion. The amicus brief was served via the Court's electronic filing system on August 29, 2025, so the parties have had access to it since the original deadline. Allowing the brief to be filed now will not disrupt the briefing schedule or any oral argument calendaring. Moreover, the brief may assist the Court's consideration of the appeal by providing the perspective of the amici. Counsel for Appellant has indicated that Appellant consents to the filing of the amici's brief, and, as of the time of this filing, Appellees have not indicated any opposition to the relief requested.

**WHEREFORE**, for the foregoing reasons, proposed Amici Curiae Abraham Kang and Kunal Patel respectfully request that the Court grant this motion and permit the filing of their amended amicus curiae brief out of time. Amici further request that the Court accept the amended amicus brief for filing in this appeal and grant such other and further relief as may be just and proper.

Dated: September 30, 2025.

Respectfully submitted,

/s/ Abraham Kang
**Abraham Kang, Esq.**
Counsel for Amici Curiae Abraham Kang and Kunal Patel

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 687 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Times New Roman font).

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I electronically filed the foregoing Motion for Leave to File Out of Time Amended Amicus Curiae Brief with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

<s/> Abraham Kang, Esq.
Abraham Kang, Counsel for Amici Curiae