UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2153**

Thomas Reuters Enterprise Centre GMBH v. Ross Intelligence Inc.

To:    Clerk

    1)    Unopposed Motion by Appellant for Leave to File Deferred Appendix

---

    The foregoing motion is granted. The appendix must be filed and served within 21 days of the date of service of the Appellee's brief. On or before the established briefing deadlines, the parties must file and serve only the electronic version of the briefs containing references to the record. The parties must re-file and re-serve the electronic version of the briefs and file all required paper copies containing references to the appendix within 14 days of the date the appendix is filed. See Fed. R. App. P. 30(c)(2)(B); 3d Cir. L.A.R. 31.1(a).

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 2, 2025
Sb/cc:   All Counsel of Record