UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. <u>25-2153</u>

Thomson Reuters v. Ross Intelligence

To:     Clerk

1)      Motion by Appellant to file Opening Brief under Seal

---

The foregoing motion is referred to the merits panel.  The Clerk will hold the unredacted version of Appellant's opening brief provisionally under seal pending a ruling by the Court.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:  October 30, 2025
MCW/cc: All Counsel of Record