UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2153**

Thomson Reuters Enterprise Centre GMBH v. Ross Intelligence Inc.

**ORDER**

     The application for admission by eligible law student on behalf of Amici Appellants Cicerai Corporation, Dispute Resolution AI, Free Law Project, Juristai Legal Technology Group Inc., Paxton AI, Inc., and Trellis Research, Inc. is granted. August Gebhard-Koenigstein is permitted to enter his appearances as an eligible law student. Mr. Gebhard-Koenigstein satisfies the requirements for eligibility under Third Circuit Local Appellate Rule 46.3. It is noted that Phillip R. Malone, Esq., the supervising attorney, has approved the entry of appearance.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 3, 2025
Sb/cc: All Counsel of Record