Case No. 25-2153

# United States Court of Appeals
# for the Third Circuit

THOMSON REUTERS ENTERPRISE CENTRE GMBH;
WEST PUBLISHING CORP.,
*Plaintiff-Appellee*

— v.—

ROSS INTELLIGENCE INC.,
*Defendant-Appellant*

On Appeal from an Order of the United States District Court for the District of Delaware, The Hon. Stephanos Bibas, Circuit Judge, No. 1:20-CV-00613

**ADDENDUM TO BRIEF FOR *AMICUS CURIAE* CENTER FOR ART LAW IN SUPPORT OF PLAINTIFF-APPELLEE**

Irina Tarsis
CENTER FOR ART LAW, INC.
195 Plymouth Street, Suite 36
Brooklyn, NY 11201
Tel: (917) 719-6815
*Counsel for Amicus Curiae
Center for Art Law, Inc.*

Pursuant to Dkt. 118, amicus Center For Art Law submits the following addendum to its amicus brief (Dkt. 117) in support of Appellees:

1. Pursuant to Federal Rule of Appellate Procedure 29(a)(2), Plaintiff-Appellant and Defendant-Appellee both consented to the filing of this brief.

2. This brief complies with the electronic filing requirements of Local R. 31.1(c) because the text of the electronic brief is identical to the text in the paper copies and because Microsoft Defender was run on the file containing the electronic version of this brief and no viruses were detected.

/s/ *Irina Tarsis*
Irina Tarsis
CENTER FOR ART LAW, INC.
195 Plymouth Street, Suite 36
Brooklyn, NY 11201
Tel: (917) 719-6815

Counsel for *Amicus Curiae*
Center for Art Law, Inc.

Dated: December 1, 2025