**No. 25-2153**

# In The United States Court of Appeals For the Third Circuit

THOMSON REUTERS ENTERPRISE CENTRE GMBH and
WEST PUBLISHING CORPORATION,
Plaintiffs-Appellees,

v.

ROSS INTELLIGENCE INC.,
Defendant-Appellant.

*On Appeal from an Order of the United States
District Court for the District of Delaware
Civil Action No. 20-613 (The Honorable Stephanos Bibas)*

**CORRECTED JOINT APPENDIX
Volume 2 of 18 (Pages A71 to A618)**

Anne M. Voigts
Ranjini Acharya
PILLSBURY WINTHROP
SHAW PITTMAN
2400 Hanover Street
Palo Alto, CA 94304

Yar R. Chaikovsky
WHITE & CASE
3000 El Camino Real
2 Palo Alto Square;
Suite 900
Palo Alto, CA 94306

Mark S. Davies
Anna B. Naydonov
Kufere J. Laing
WHITE & CASE
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
mark.davies@whitecase.com

Kayvan M. Ghaffari
PILLSBURY WINTHROP
SHAW PITTMAN
Four Embarcadero
Center, 22nd Floor
San Francisco, CA 94111

Andy M. LeGolvan
WHITE & CASE
555 S Flower Street,
Suite 2700
Los Angeles, CA 90071

*Counsel for Defendant-Appellant*

*(For Continuation of Appearances See Inside Cover)*

Miranda D. Means
KIRKLAND & ELLIS
200 Clarendon Street
Boston, MA 02116

Dale M. Cendali
Joshua L. Simmons
KIRKLAND & ELLIS
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
dale.cendali@kirkland.com

*Counsel for Plaintiffs-Appellees*

i

Page

## TABLE OF CONTENTS

Page

**Volume 1 of 18**

Memorandum Opinion, dated
September 25, 2023
   (Doc. 547)...................................................... A1

Memorandum Opinion, dated
   February 11, 2025 (Doc. 770)........................ A35

Order, dated February 11, 2025 (Doc. 772) .... A58

Order, dated April 3, 2025 (Doc. 799) ............. A59

Memorandum Opinion, dated May 23, 2025
   (Doc. 804).................................................... A60

Order granting Petition for Permission to
   Appeal, dated June 17, 2025 (Doc. 805) ...... A70

**Volume 2 of 18**

District Court Docket Entries ......................... A71

Complaint, dated May 6, 2020 (Doc. 1)........... A157

   Appendix A -
   Certificates of Registration (Doc. 1-1) ......... A174

Defendant and Counterclaimant Ross
   Intelligence Inc.'s Amended Partial
   Answer and Defenses and Amended
   Counterclaims in Response to Plaintiffs'
   Complaint and Demand for Jury Trial,
   dated January 25, 2021 (Doc. 24)................ A502

Letter from Michael J. Flynn to the
   Honorable Stephanos Bibas, dated
   July 15, 2022 (Doc. 200).............................. A549

ii

Page

Defendant and Counterclaimant Ross
Intelligence Inc.'s Second Amended
Answer and Defenses and Amended
Counterclaims in Response to Plaintiffs'
Complaint and Demand for Jury Trial,
dated September 14, 2022 (Doc. 225) .......... A557

Plaintiffs' Notice Of Lodging, dated
December 22, 2022 (Doc. 257) ...................... A604

Declaration of Miranda D. Means in Support
of Motion for Partial Summary Judgment,
dated January 9, 2023 (Doc. 298)
(Omitted)

Exhibit 6 -
Deposition of Barbara Frederiksen-Cross,
dated November 11, 2022 (Doc. 298-1) ........ A607

**Volume 3 of 18**

Exhibit 20 -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 298-1) ........................... A619

**Volume 4 of 18**

Exhibit 20 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 298-1) ........................... A1171

**Volume 5 of 18**

Exhibit 20 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 298-1) ........................... A1733

iii

                                                            **Page**

Declaration of Laurie Oliver in Support of
    Plaintiffs' Motions for Partial Summary
    Judgment, dated December 21, 2022
    (Doc. 304)...................................................... A1584

Declaration, dated September 14, 2023
    (Doc. 544)
    (Omitted)

    Exhibit 3 -
    Deposition Transcript of Kai Bond, dated
    May 10, 2023 (Doc. 544-1)............................ A1590

    Exhibit 8 -
    Deposition Transcript of Julian D'Angelo,
    dated May 3, 2023 (Doc. 544-1) ................... A1608

    Exhibit 25 -
    Deposition of Tomas Van Der Heijden,
    dated March 17, 2022 (Doc. 544-1).............. A1630

    Exhibit 26 -
    Deposition Transcript of Tomas Van Der
    Heijden, dated May 9, 2023 (Doc. 544-1) .... A1646

    Exhibit 43 -
    Scope of Coverage (Doc. 545-1).................... A1695

    Exhibit 44 -
    Defendant and Counterclaimant Ross
    Intelligence Inc.'s Response and Objection
    to Plaintiffs' Fifth Set of Interrogatories
    (Doc. 545-1)................................................ A1700

    Exhibits 50, 51, 53-55, 58 -
    Entirely Redacted (Doc. 545-1)..................... A1718

iv

**Page**

Declaration of Max Samels in Support of
  Thomson Reuters' Motions for Partial
  Summary Judgment (Nos. 1-6), dated
  August 31, 2023 (Doc. 546) .......................... A1730

Exhibits 83-87 -
Entirely Redacted (Doc. 546-1).................... A1733

Exhibit 88 -
Left Intentionally Blank (Doc. 546-1) ......... A1743

Exhibit 89 -
2022 Legal Technology Survey Report
(Doc. 546-1)................................................ A1744

Exhibits 90-92 -
Entirely Redacted (Doc. 546-1).................... A1761

Exhibit 93 -
The Real Impact of Using Artificial
Intelligence in Legal Research (Doc. 546-1)  A1767

Exhibits 94-104 -
Entirely Redacted (Doc. 546-1).................... A1778

Memorandum Opinion, dated
  September 25, 2023 (Doc. 547) .................... A1800

Memorandum Opinion, dated
  September 27, 2024 (Doc. 669) .................... A1834

Order, dated September 27, 2024 (Doc. 670).. A1848

Second Declaration of Laurie Oliver in
  Support of Plaintiffs' Renewed Motions for
  Summary Judgment, dated
  October 1, 2024 (Doc. 679) .......................... A1850

v

|  | **Page** |
|---|---|
| Plaintiffs' Brief in Support of Their Renewed Motion for Partial Summary Judgment on Fair Use, dated October 1, 2024 (Doc. 693) | A1856 |
| Exhibits 1-18 - Entirely Redacted (Doc. 695-1) | A1858 |
| Exhibit 19 - Exhibit 1 from the Deposition of Alan Cox, dated November 2, 2022 (Doc. 695-1) | A1859 |
| Exhibit 20 - Exhibit 2 from the Deposition of Alan Cox, dated November 2, 2022 (Doc. 695-1) | A1872 |
| Exhibits 21-39 - Entirely Redacted (Doc. 695-1) | A1874 |
| Exhibit 40 - Statement of Work II for Ross Bulk Memos (Doc. 695-1) | A1875 |
| Exhibits 41, 42 - Entirely Redacted (Doc. 695-1) | A1890 |
| Exhibit 43 - *HJS Development, Inc. v. Pierce County ex rel. Dept. of...*, 148 Wash.2d 451 (2003) (Doc. 695-1) | A1891 |
| Exhibits 44-76 - Entirely Redacted (Doc. 695-1) | A1916 |
| Exhibit 77 - Westlaw is Suing Us. Our Response (Doc. 695-1) | A1917 |
| Exhibit 78 - ROSS Intelligence Facebook Pages (Doc. 695-1) | A1922 |

vi

**Page**

Exhibits 79, 80 -
Entirely Redacted (Doc. 695-1)................... A1927

Exhibit 81 -
Copyright Form TX (Doc. 695-1) ................ A1928

Exhibit 82 -
Copyright Certificate of Registration
(Doc. 695-1)................................................. A1933

Exhibit 83 -
Amended Notice of Deposition, dated
September 25, 2019, with Transcript
(Doc. 695-2)................................................. A1938

Exhibits 84-86 -
Entirely Redacted (Doc. 695-2)................... A2257

Exhibit 87 -
Notes (Doc. 695-2) ...................................... A2258

Exhibit 88 -
Westlaw Quick Reference Guide "West
Key Number System Numerical List of
Digest Topics" (Doc. 695-2) ......................... A2260

Exhibits 89-93 -
Entirely Redacted (Doc. 695-2)................... A2269

Exhibit 94 -
How is Natural Language Search
Changing the Face of Legal Research?
(Doc. 695-2)................................................. A2270

Exhibit 95 -
*Seymour v. Richardson*, 194 Va. 709 (1953)
(Doc. 695-2)................................................. A2274

Exhibit 96 -
Editorial Enhancements (Doc. 695-2) ......... A2281

vii

Page

Exhibit 97 -
Thomson Reuters Westlaw | Headnotes
(Doc. 695-2)................................................. A2284

**Volume 6 of 18**

Exhibit 98 -
Thomson Reuters Westlaw | Key Number
System (Doc. 695-2)..................................... A2287

Exhibits 99-100 -
Entirely Redacted (Doc. 695-2).................... A2290

Exhibit 101 -
Surprising Differences: An Empirical
Analysis of LexisNexis and West
Headnotes in the Written Opinions of the
2009 Supreme Court Term
(Doc. 695-2)................................................. A2291

Exhibit 102 -
Westlaw Precision 141E Education
(Doc. 695-2)................................................. A2365

Exhibit 103 -
Entirely Redacted (Doc. 695-2).................... A2368

Declaration of Richard A. Leiter, for
    Defendant/Counterclaimant, in Support of
    Motion for Summary Judgment on its
    Affirmative Defense of Fair Use and on
    Plaintiffs' Claims for Copyright
    Infringement, filed October 9, 2024
    (Doc. 700)
    (Omitted)

viii

Page

Exhibit B -
Report of Defendants' Expert Professor
Richard Leiter, J.D., dated August 1, 2022
(Doc. 700-1)................................................. A2369

Declaration of Joseph Marks, for Defendant/
Counterclaimant, in Support of Motion for
Summary Judgment on its Affirmative
Defense of Fair Use and on Plaintiffs'
Claims for Copyright Infringement, dated
October 1, 2024 (Doc. 701)
(Omitted)

Exhibit B -
Entirely Redacted (Doc. 701-1)..................... A2392

Declaration of Jimoh Ovbiagele in Support of
Defendant/Counterclaimant Ross
Intelligence Inc.'s Motion for Summary
Judgment on Its Affirmative Defense of
Fair Use, dated October 1, 2024 (Doc. 702)  A2394

Declaration of Jimoh Ovbiagele in Support of
Defendant Ross Intelligence Inc.'s Motion
for Summary Judgment on Plaintiffs'
Claims of Copyright Infringement, dated
October 1, 2024 (Doc. 703) .......................... A2412

Declaration of Alan J. Cox, for Defendant/
Counterclaimant, in Support of Motion for
Summary Judgment on its Affirmative
Defense of Fair Use, filed October 9, 2024
(Doc. 704)
(Omitted)

Exhibit A -
*Curriculum Vitae* of Alan J. Cox, Ph.D.
(Doc. 704-1)................................................. A2422

ix

**Page**

Exhibits B, C -
Entirely Redacted (Doc. 704-1)................... A2462

Declaration of Warrington S. Parker III, for
    Defendant Ross Intelligence Inc., in
    Support of Motion for Summary Judgment
    as to Plaintiffs' Copyright Claims, filed
    October 9, 2024 (Doc. 705)
    (Omitted)

Exhibit 13 -
Excerpts of Deposition Transcript of Erik
Lindberg, dated March 22, 2022
(Doc. 705-1)................................................ A2466

Exhibit 15 (Part 1) -
Entirely Redacted (Doc. 705-2)................... A2484

Exhibit 15 (Part 2) -
Entirely Redacted (Doc. 705-2)................... A2486

Exhibit 26 -
Excerpts of Deposition Transcript of Tariq
Hafeez, dated May 26, 2022 (Doc. 705-2).... A2488

Exhibit 28 -
Excerpts of Deposition Transcript of
Christopher Cahn, dated May 12, 2022
(Doc. 705-7)................................................ A2532

Exhibit 29 -
Morae Global, Project Rose, Project
Protocol, TR-0178604, updated
November 19, 2017 (Doc. 705-7).................. A2559

Exhibit 30 -
Excerpts of Deposition Transcript of
Andrew Arruda, dated March 30, 2022
(Doc. 705-7)................................................ A2569

x

**Page**

Exhibit 31 -
Excerpts of Deposition Transcript of
Barbara Frederiksen-Cross, dated
November 11, 2022 (Doc. 705-7) ................... A2588

Exhibit 32 -
Research Subscriber Agreement
(Doc. 705-7) ................................................. A2603

Exhibit 33 -
Best Practices Guide for ROSS
Intelligence, TR-0045731, last revised
September 14, 2017 (Doc. 705-7) ................. A2608

Declaration of Jacob Canter, for Defendant/
Counterclaimant Ross Intelligence Inc., in
Support of Motion for Summary Judgment
on its Affirmative Defense of Fair Use,
dated October 1, 2024 (Doc. 708)
(Omitted)

Exhibit 1 -
Excerpts from the Transcript Deposition of
Dr. Isabelle Moulinier, dated July 1, 2022
(Doc. 708-1) ................................................. A2629

Exhibit 2 -
Excerpts from the Transcript Deposition of
Jimoh Ovbiagele, dated April 12, 2022
(Doc. 708-1) ................................................. A2661

Exhibit 7 -
Marketing Information from ROSS
(Doc. 708-3) ................................................. A2681

Exhibit 8 -
Westlaw Slide Decks (Doc. 708-3) ............... A2685

x

**xi**

**Page**

Exhibit 9 -
West Publishing Turns 150 Slide Decks
(Doc. 708-3)................................................ A2714

Exhibit 47 -
Artificial Intelligence & Westlaw, in 2022
(Doc. 708-9)................................................ A2727

Exhibit 48 -
Statement of Work II for ROSS Bulk
Memos (Doc. 708-9)..................................... A2750

Ross Intelligence Inc.'s Brief in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
November 4, 2024 (Doc. 723) ........................ A2765

Declaration of Jacob Canter, for Defendant
Ross Intelligence Inc., in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
October 30, 2024 (Doc. 728)
(Omitted)

Exhibit 30 -
Entirely Redacted (Doc. 728-2)..................... A2769

Plaintiffs' Opposition to Ross Intelligence
Inc.'s Renewed Motion for Summary
Judgment on Ross's Affirmative Defense of
Fair Use, dated October 30, 2024
(Doc. 730)................................................... A2771

**xii**

                                                                  **Page**

Declaration of Miranda D. Means, for
    Plaintiffs, in Opposition to Ross
    Intelligence Inc.'s Renewed Motion for
    Summary Judgment on Ross's Affirmative
    Defense of Fair Use, dated
    October 30, 2024 (Doc. 731)
    (Omitted)

    Exhibits 104-114 -
    Entirely Redacted (Doc. 731-1).................... A2774

    Exhibit 115 -
    Webpage entitled "lexis.com Quick
    Reference Guide" (Doc. 731-1) .................... A2775

    Exhibit 116 -
    Webpage entitled "The past, present, and
    future of legal research with generative
    AI" (Doc. 731-1) ......................................... A2792

    Exhibits 117-137 -
    Entirely Redacted (Doc. 731-1).................... A2802

    Exhibit 138 -
    Webpage entitled "What is image
    compression?" (Doc. 731-1) ......................... A2803

Declaration of Miranda D. Means, for
    Plaintiffs, in Support Reply Brief in
    Support of their Renewed Motion for
    Partial Summary Judgment on Fair Use,
    dated November 13, 2024 (Doc. 740)
    (Omitted)

    Exhibit 139 -
    Entirely Redacted (Doc. 740-1).................... A2812

xiii

**Page**

**Volume 7 of 18**
**(FILED UNDER SEAL)**

Complaint, dated May 6, 2020 (Doc. 1)........... A2813

Appendix A -
Certificates of Registration (Doc. 1-1)......... A2830

Defendant and Counterclaimant Ross
Intelligence Inc.'s Amended Partial
Answer and Defenses and Amended
Counterclaims in Response to Plaintiffs'
Complaint and Demand for Jury Trial,
dated January 25, 2021 (Doc. 24)................ A3158

Letter from Michael J. Flynn to the
Honorable Stephanos Bibas, dated
July 15, 2022 (Doc. 195).............................. A3205

Exhibit A -
Notes of Charles von Simson (Doc. 195-1) .. A3209

Exhibit B -
Defendant and Counterclaimant Ross
Intelligence, Inc.'s Response to Plaintiffs
Thomson Reuters Enterprise Centre
GmbH and West Publishing Corporation's
First Set of Requests for Admissions to
Defendant Ross Intelligence, Inc., dated
February 22, 2022 (Doc. 195-1) ................... A3211

Exhibit C -
Emails (Doc. 195-1) ..................................... A3291

Exhibit D -
Deposition Transcript of Charles von
Simson, dated April 19, 2022 (Doc. 195-1).. A3300

**Page**

Exhibit E -
Emails (Doc. 195-1) ..................................... A3307

Defendant and Counterclaimant Ross
Intelligence Inc.'s Second Amended
Answer and Defenses and Amended
Counterclaims in Response to Plaintiffs'
Complaint and Demand for Jury Trial,
dated September 14, 2022 (Doc. 225) .......... A3310

Declaration of Miranda D. Means in Support
of Motion for Partial Summary Judgment,
dated January 9, 2023 (Doc. 298)
(Omitted)

Exhibit 6 -
Deposition of Barbara Frederiksen-Cross,
dated November 11, 2022 (Doc. 255-1)........ A3357

Exhibit 20 -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 255-1)........................... A3369

### Volume 8 of 18
### (FILED UNDER SEAL)

Exhibit 20 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 255-1)........................... A3391

### Volume 9 of 18
### (FILED UNDER SEAL)

Exhibit 20 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 255-1)........................... A3971

xv

**Page**

Declaration of Laurie Oliver in Support of
Plaintiffs' Motions for Partial Summary
Judgment, dated December 21, 2022
(Doc. 256)...................................................... A4334

Plaintiffs' Notice of Lodging, dated
December 22, 2022 (Doc. 257)...................... A4340

Declaration, dated September 14, 2023
(Doc. 544)
(Omitted)

Exhibit 3 -
Deposition Transcript of Kai Bond, dated
May 10, 2023 (Doc. 531-1)............................ A4343

Exhibit 8 -
Deposition Transcript of Julian D'Angelo,
dated May 3, 2023 (Doc. 531-1) ................... A4361

Exhibit 25 -
Deposition of Tomas Van Der Heijden,
dated March 17, 2022 (Doc. 531-1).............. A4383

Exhibit 26 -
Deposition Transcript of Tomas Van Der
Heijden, dated May 9, 2023 (Doc. 531-1) .... A4399

Exhibit 43 -
Scope of Coverage (Doc. 532-1).................... A4448

Exhibit 44 -
Defendant and Counterclaimant Ross
Intelligence Inc.'s Response and Objection
to Plaintiffs' Fifth Set of Interrogatories,
dated May 11, 2023 (Doc. 532-1) ................. A4453

xv

xvi

**Page**

Exhibit 50 -
ROSS Discussion Materials – Competitive
Analysis & Profiling, dated April 16, 2015
(Doc. 532-1)................................................. A4471

Exhibit 51 -
Emails (Doc. 532-1) ................................... A4483

Exhibit 53 -
Emails (Doc. 532-1) ................................... A4490

Exhibit 54 -
Summary of Various Pricing Plans
(Doc. 532-1)................................................. A4494

Exhibit 55 -
ROSS Discussion Materials – Competitive
Analysis & Profiling, dated April 16, 2015
(Doc. 532-1)................................................. A4498

Exhibit 58 -
Emails (Doc. 532-1) ................................... A4510

Exhibit 62 -
Powered by IBM Watson Application
Business Plan (Doc. 532-2) ......................... A4515

Exhibit 63 -
Emails (Doc. 532-2) ................................... A4518

Exhibit 73 -
Emails (Doc. 532-2) ................................... A4521

Exhibit 74 -
Emails (Doc. 532-2) ................................... A4526

Exhibit 78 -
Emails (Doc. 532-2) ................................... A4534

xvii

**Page**

**Volume 10 of 18**
**(FILED UNDER SEAL)**

Declaration of Max Samels in Support of
  Thomson Reuters' Motions for Partial
  Summary Judgment (Nos. 1-6), dated
  August 31, 2023 (Doc. 533)
  (Omitted)

Exhibit 83 -
Emails (Doc. 533-1) ..................................... A4537

Exhibit 84 -
ROSS Board Meeting Slides, dated
January 14, 2020 (Doc. 533-1) ..................... A4544

Exhibit 85 -
Why Users are Not Buying or Using
ROSS? (Doc. 533-1) .................................... A4560

Exhibit 86 -
Income Statement (Doc. 533-1) ................... A4572

Exhibit 87 -
Thomson Reuters Legal Products and
Services (Doc. 533-1) .................................. A4576

Exhibit 88 -
Left Intentionally Blank (Doc. 533-1) ......... A4579

Exhibit 89 -
2022 Legal Technology Survey Report
(Doc. 533-1) ................................................ A4580

Exhibit 90 -
Artificial Intelligence & Westlaw
(Doc. 533-1) ................................................ A4597

xviii

**Page**

Exhibit 91 -
Thomson Reuters Global Brand Monitor –
Legal Business Unit Report (Doc. 533-1) ....   A4620

Exhibit 92 -
Positioning Guide: Key Value Prop
Statements (Doc. 533-1) ..............................   A4680

Exhibit 93 -
The Real Impact of Using Artificial
Intelligence in Legal Research (Doc. 533-1)   A4684

Exhibit 100 -
Thomson Reuters Westlaw Proposal
(Doc. 533-3) ..................................................   A4695

Exhibit 101 -
Thomson Reuters Westlaw Proposal
Update (Doc. 533-3) .....................................   A4712

Exhibit 102 -
Practical Law Overview (Doc. 533-3) ..........   A4726

Exhibit 103 -
WestlawNext Marketing (Doc. 533-3) .........   A4729

Exhibit 104 -
Thomson Reuters Proposal (Doc. 533-3) .....   A4730

Memorandum Opinion, dated
September 25, 2023 (Doc. 547) ....................   A4738

Memorandum Opinion, dated
September 27, 2024 (Doc. 669) ....................   A4772

Order, dated September 27, 2024 (Doc. 670)..   A4786

Plaintiffs' Brief in Support of Their Renewed
Motion for Partial Summary Judgment on
Fair Use, dated October 1, 2024 (Doc. 673)   A4788

**xix**

**Page**

Declaration of Miranda D. Means, for
Plaintiffs, in Support of Renewed Motions
for Summary Judgment, dated
October 1, 2024 (Doc. 678)
(Omitted)

Exhibit 1 -
Excerpts from the Deposition of Khalid Al-
Kofahi, dated April 8, 2022 (Doc. 678-1) ..... A4790

Exhibit 2 -
Excerpts from the Deposition of Andrew
Arruda, dated March 30, 2022 (Doc. 678-2)   A4807

Exhibit 3 -
Excerpts from the Deposition of L. Karl
Branting, Ph.D., dated October 19, 2022
(Doc. 678-3) ................................................. A4827

Exhibit 4 -
Excerpts from the Deposition of
Christopher Cahn,  May 12, 2022
(Doc. 678-4) ................................................. A4835

Exhibit 5 -
Excerpts from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 678-5) .......... A4841

Exhibit 6 -
Excerpts from the Deposition of Tariq
Hafeez, dated May 26, 2022 (Doc. 678-6) .... A4860

Exhibit 7 -
Excerpts from the Deposition of Richard A.
Leiter, dated October 24, 2022 (Doc. 678-7)   A4873

**xx**

|  | **Page** |
|---|---|
| Exhibit 8 - Excerpts from the Deposition of Erik Lindberg, dated March 22, 2022 (Doc. 678-8)................................................. | A4891 |
| Exhibit 9 - Excerpts from the Deposition of James Malackowski, dated November 4, 2022 (Doc. 678-9)................................................. | A4904 |
| Exhibit 11 - Excerpts from the Deposition of Isabelle Moulinier, dated July 1, 2022 (Doc. 678-11) | A4910 |
| Exhibit 12 - Excerpts from the Deposition of Laurie Oliver, dated March 30, 2022 (Doc. 678-12) | A4919 |
| Exhibit 13 - Excerpts from the Deposition of Jimoh Ovbiagele, dated April 12, 2022 (Doc. 678-13)................................................. | A4927 |
| Exhibit 14 - Excerpts from the Deposition of Jimoh Ovbiagele, dated May 2, 2023 (Doc. 678-14)................................................. | A4949 |
| Exhibit 15 - Excerpts from the Deposition of Sean O. Shafik, dated April 22, 2022 (Doc. 678-15) . | A4955 |
| Exhibit 16 - Excerpts from the Deposition of Tomas van der Heijden, dated March 17, 2022 (Doc. 678-16)................................................. | A4959 |

**xx**

xxi

**Page**

Exhibit 17 -
Excerpts from the Deposition of Charles
von Simson, dated April 19, 2022
(Doc. 678-17)............................................... A4987

Exhibit 18 -
Excerpts from the Deposition of Teri
Whitehead, dated April 18, 2022
(Doc. 678-18)............................................... A4991

Exhibit 19 -
Exhibit 1 from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 678-19)........ A4995

Exhibit 20 -
Exhibit 2 from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 678-20)........ A5008

Exhibit 21 -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 678-21).......................... A5010

**Volume 11 of 18
(FILED UNDER SEAL)**

Exhibit 21 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 678-21).......................... A5121

**Volume 12 of 18
(FILED UNDER SEAL)**

Exhibit 21 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 678-21).......................... A5697

xxii

**Page**

Exhibit 22 -
Report of Defendants' Expert L. Karl
Branting, J.D., Ph.D., dated July 28, 2022
(Doc. 678-22)............................................... A5975

Exhibit 24 -
Opening Expert Report of Barbara
Frederiksen-Cross, dated August 1, 2022
(Doc. 678-24)............................................... A6015

Exhibit 25 -
Opening Expert Report of Jonathan L.
Krein, dated August 1, 2022 (Doc. 678-25) .   A6067

Exhibit 28 -
Opening Expert Report of James E.
Malackowski, dated August 1, 2022
(Doc. 678-28)............................................... A6162

Exhibit 29 -
Rebuttal Expert Report of James E.
Malackowski, dated September 6, 2022
(Doc. 678-29)............................................... A6227

Exhibit 31 -
Defendant and Counterclaimant ROSS
Intelligence, Inc.'s Supplemental
Responses and Objections to Plaintiffs' Set
of Interrogatories, dated
September 14, 2022 (Doc. 678-31) ............... A6258

xxiii

**Page**

**Volume 13 of 18**
**(FILED UNDER SEAL)**

Exhibit 31 (Continued) -
Defendant and Counterclaimant ROSS
Intelligence, Inc.'s Supplemental
Responses and Objections to Plaintiffs' Set
of Interrogatories, dated
September 14, 2022 (Doc. 678-31) ............... A6281

Exhibit 33 -
Audio of August 22 Hearing (Doc. 678-33).. A6352

Exhibit 34 -
Excel File (Doc. 678-34) ............................... A6354

Exhibit 35 -
Excel File (Doc. 678-35) ............................... A6356

Exhibit 36 -
Best Practices Guide for ROSS
Intelligence, last revised on
September 18, 2017 (Doc. 678-36) ............... A6358

Exhibit 37 -
Project Rose - Project Protocol
(Doc. 678-37)................................................. A6378

Exhibit 38 -
Email from Tariq Hafeez to Andrew
Arruda, dated October 23, 2020
(Doc. 678-38)................................................. A6388

Exhibit 39 -
Westlaw Screenshots (Doc. 678-39)............. A6393

Exhibit 40 -
Statement of Work II for Ross Bulk Memos
(Doc. 678-40)................................................. A6400

xxiv

**Page**

Exhibit 44 -
Email Exchange between Teri Whitehead
and Thomas van der Heijden, dated
September 15, 2017 (Doc. 678-44) ............... A6415

Exhibit 46 -
Design Studio Notes (Doc. 678-46) .............. A6418

Exhibit 47 -
Spreadsheet "ROSS Data Spend –
Jan 1, 2017 to Present" (Doc. 678-47) ......... A6435

Exhibit 50 -
Email Exchange between Thomas
Hamilton and John R. Fernandez, dated
August 6, 2015 (Doc. 678-50) ....................... A6442

Exhibit 51 -
Email Exchange between Thomas
Hamilton and Melissa Pritchard, dated
September 25, 2015 (Doc. 678-51) ............... A6444

Exhibit 52 -
Email from Andrew Arruda to Andre
Garber, dated August 22, 2015
(Doc. 678-52)................................................. A6448

Exhibit 54 -
Email Exchange between Andrew Arruda
to Andre Garber, dated
October 18-19, 2015  (Doc. 678-54).............. A6450

Exhibit 55 -
[Slack] Notifications from the Ross Inc.
Team for February 16, 2015 (Doc. 678-55).. A6455

Exhibit 56 -
Updated Tasks in poweredbyross.com
(Doc. 678-56)................................................. A6457

xxv

| | Page |
|---|---|

Exhibit 57 -
Standard "ROSS Launch Partner" Pricing
List (Doc. 678-57) ........................................ A6459

Exhibit 58 -
Mapping Practice Areas with the New
Q&A Data  (Doc. 678-58) ............................. A6461

Exhibit 61 -
Email Exchange between Thomas
Hamilton and Shazina Razeen, dated
September 17-20, 2015 (Doc. 678-61) .......... A6465

Exhibit 63 -
Presentation Outline for Fastcase
(Doc. 678-63) ............................................... A6470

Exhibit 64 -
Top 3 Product Goals for Q1 2019
(Doc. 678-64) ............................................... A6477

Exhibit 70 -
Document entitled "The Death of Westlaw
Contracts and Pricing" (Doc. 678-70) .......... A6480

Exhibit 71 -
Email Exchange between Akash Venkat
and Tariq Hafee, dated
September 20, 2015 (Doc. 678-71) ............... A6483

Exhibit 73 -
Document entitled "Westlaw is Suing Us.
Our Response:" (Doc. 678-73) ...................... A6486

Exhibit 74 -
Correspondence between Charles von
Simson and Jullian D'Angelo, dated
May 17, 2019 (Doc. 678-74).......................... A6491

xxvi

**Page**

Exhibit 76 -
Email from Andre Garber to Andrew
Arruda, dated July 21, 2015 (Doc. 678-76) .    A6494

Exhibit 78 -
ROSS Intelligence Facebook Pages
(Doc. 678-78)................................................    A6496

Exhibit 79 to Means Declaration -
Editorial Manual, Policies and Guidelines
for Headnoting (Doc. 678-79).......................    A6501

Exhibit 83 -
Amended Notice of Deposition, dated
September 25, 2019, with Transcript
(Doc. 678-83)................................................    A6776

Exhibit 85 to Means Declaration -
Diagram entitled "Bulk Memos – Process
for Clutch" (Doc. 678-85).............................    A6778

Exhibit 86 to Means Declaration -
Email from Teri Whitehead to Saloni
Agara Dwarakanath, dated
October 24, 2017 (Doc. 678-86)....................    A6780

Exhibit 90 to Means Declaration -
Salesforce Opportunity Detail
(Doc. 678-90)................................................    A6783

Exhibit 91 to Means Declaration -
Modules (Doc. 678-91)................................    A6785

**Volume 14 of 18**
**(FILED UNDER SEAL)**

Exhibit 91 to Means Declaration (Cont.) -
Modules (Doc. 678-91)................................    A6859

xxvii

**Page**

Exhibit 92 to Means Declaration -
Document entitled "Vetting Customers –
High Usage and Competitors"
(Doc. 678-92)................................................. A6924

Exhibit 93 to Means Declaration -
Article "How is Natural Language Search
Changing The Face of Legal Research?"
(Doc. 678-93)................................................. A6944

Exhibit 96 -
Editorial Enhancements (Doc. 678-96) ....... A6946

Exhibit 97 -
Thomson Reuters Westlaw | Headnotes
(Doc. 678-97)................................................. A6949

Exhibit 98 -
Thomson Reuters Westlaw | Key Number
System  (Doc. 678-98)................................... A6952

Exhibit 99 to Means Declaration -
Messages from Charles von Simson, dated
June 4, 2019 (Doc. 678-99)........................... A6955

Exhibit 103 -
Supplemental Expert Report of Dr.
Jonathan L. Krein, dated August 11, 2024
(Doc. 678-103)............................................... A6957

Second Declaration of Laurie Oliver in
Support of Plaintiffs' Renewed Motions for
Summary Judgment, dated
October 1, 2024 (Doc. 679) ........................... A6982

**xxviii**

**Page**

Declaration of Jimoh Ovbiagele in Support of
Defendant/Counterclaimant Ross
Intelligence Inc.'s Motion for Summary
Judgment on Its Affirmative Defense of
Fair Use, dated October 1, 2024 (Doc. 680)    A6988

Declaration of Alan J. Cox, for Defendant/
Counterclaimant, in Support of Motion for
Summary Judgment on its Affirmative
Defense of Fair Use, filed October 9, 2024
(Doc. 681)
(Omitted)

Exhibit A -
*Curriculum Vitae* of Alan J. Cox, Ph.D.
(Doc. 681-1)....................................................    A7008

Exhibit B -
Expert Report of Alan J. Cox, Ph.D., dated
August 1, 2022 (Doc. 681-1).........................    A7048

Exhibit C -
Expert Rebuttal Report of Alan J. Cox,
Ph.D., dated September 6, 2022
(Doc. 681-1)....................................................    A7092

Declaration of Jimoh Ovbiagele in Support of
Defendant Ross Intelligence Inc.'s Motion
for Summary Judgment on Plaintiffs'
Claims of Copyright Infringement, dated
October 1, 2024 (Doc. 686) ...........................    A7107

**xxix**

**Page**

Declaration of Richard A. Leiter, for
  Defendant/Counterclaimant, in Support of
  Motion for Summary Judgment on its
  Affirmative Defense of Fair Use and on
  Plaintiffs' Claims for Copyright
  Infringement, filed October 9, 2024
  (Doc. 687)
  (Omitted)

Exhibit B -
Report of Defendants' Expert Professor
Richard Leiter, J.D., dated August 1, 2022
(Doc. 687-1)................................................. A7119

Declaration of Joseph Marks, for Defendant/
  Counterclaimant, in Support of Motion for
  Summary Judgment on its Affirmative
  Defense of Fair Use and on Plaintiffs'
  Claims for Copyright Infringement, dated
  October 1, 2024 (Doc. 689)
  (Omitted)

Exhibit B -
Report of Defendants' Expert L. Karl
Branting, J.D., Ph.D., dated July 28, 2022
(Doc. 689-1)................................................. A7142

Declaration of Jacob Canter, for Defendant/
  Counterclaimant Ross Intelligence Inc., in
  Support of Motion for Summary Judgment
  on its Affirmative Defense of Fair Use,
  dated October 1, 2024 (Doc. 690)
  (Omitted)

Exhibit 2 -
Excerpts from the Transcript Deposition of
Jimoh Ovbiagele, dated April 12, 2022
(Doc. 690-2)................................................. A7220

**xxix**

**xxx**

                                                              **Page**

Exhibit 8 -
Westlaw Slide Decks (Doc. 690-4) ...............  A7240

Exhibit 16 -
Chart (Doc. 690-10) ...................................  A7269

#### Volume 15 of 18
#### (FILED UNDER SEAL)

Exhibit 16 (Continued) -
Chart (Doc. 690-10) ...................................  A7437

#### Volume 16 of 18
#### (FILED UNDER SEAL)

Exhibit 16 (Continued) -
Chart (Doc. 690-10) ...................................  A8015

Exhibit 47 -
Artificial Intelligence & Westlaw, in 2022
(Doc. 690-27)...............................................  A8169

Exhibit 48 -
Statement of Work II for ROSS Bulk
Memos (Doc. 690-27) ..................................  A8192

Declaration of Warrington S. Parker III, for
   Defendant Ross Intelligence Inc., in
   Support of Motion for Summary Judgment
   as to Plaintiffs' Copyright Claims, filed
   October 9, 2024 (Doc. 691)
   (Omitted)

Exhibit 13 -
Excerpts of Deposition Transcript of Erik
Lindberg, dated March 22, 2022
(Doc. 691-4)...............................................  A8207

Exhibit 15 (Part 1) -
Summarization Manual (Doc. 691-7) ..........  A8225

**xxx**

**xxxi**

**Page**

Exhibit 15 (Part 2) -
Summarization Manual (Doc. 691-8) .......... A8382

Exhibit 26 -
Excerpts of Deposition Transcript of Tariq
Hafeez, dated May 26, 2022 (Doc. 691-9).... A8520

Exhibit 30 -
Excerpts of Deposition Transcript of
Andrew Arruda, dated March 30, 2022
(Doc. 691-14)............................................... A8564

Declaration of Jacob Canter, for Defendant
Ross Intelligence Inc., in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
October 30, 2024 (Doc. 711)
(Omitted)

Exhibit 30 -
Request for Admissions (Doc. 711-4)........... A8583

Ross Intelligence Inc.'s Brief in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
October 30, 2024 (Doc. 713) ........................ A8586

Plaintiffs' Opposition to Ross Intelligence
Inc.'s Renewed Motion for Summary
Judgment on Ross's Affirmative Defense of
Fair Use, dated October 30, 2024
(Doc. 716).................................................... A8590

**xxxii**

**Volume 17 of 18**
**(FILED UNDER SEAL)**

Declaration of Miranda D. Means, for
    Plaintiffs, in Opposition to Ross
    Intelligence Inc.'s Renewed Motion for
    Summary Judgment on Ross's Affirmative
    Defense of Fair Use, dated
    October 30, 2024 (Doc. 718)
    (Omitted)

Exhibit 107 -
Excerpts of Deposition Transcript of
Richard A. Leiter, dated October 24, 2022
(Doc. 718-4)................................................. A8593

Exhibit 109 -
Excerpts of Deposition Transcript of
Isabelle Moulinier, dated July 1, 2022
(Doc. 718-6)................................................. A8609

Exhibit 110 -
Excerpts of Deposition Transcript of
Tomas Van Der Heijden, dated
March 17, 2022 (Doc. 718-7) ........................ A8622

Exhibit 111 -
Excerpts of Deposition Transcript of
Laurie Oliver, dated March 30, 2022
(Doc. 718-8)................................................. A8626

Exhibit 113 -
Rebuttal Expert Report of Dr. Jonathan L.
Krein, dated September 6, 2022
(Doc. 718-10)............................................... A8633

Exhibit 115 -
Webpage entitled "lexis.com Quick
Reference Guide" (Doc. 718-12) ................... A8690

**xxxiii**

**Page**

Exhibit 116 -
Webpage entitled "The past, present, and
future of legal research with generative
AI" (Doc. 718-13) ......................................... A8707

Exhibit 135 -
WestlawNext WestSearch Technology
(Doc. 718-32)............................................... A8717

Declaration of Miranda D. Means, for
Plaintiffs, in Support Reply Brief in
Support of their Renewed Motion for
Partial Summary Judgment on Fair Use,
dated November 13, 2024 (Doc. 736)
(Omitted)

Exhibit 139 -
Excerpts of Deposition Transcript of Erik
Lindberg, dated March 22, 2022
(Doc. 736-1)................................................. A8722

Appendix A to Memorandum Opinion, dated
February 11, 2025 (Doc. 771)...................... A8726

**Volume 18 of 18**
**(FILED UNDER SEAL)**

Appendix A to Memorandum Opinion, dated
February 11, 2025 (Doc. 771) (Continued).. A9171

**Query    Reports    Utilities    Help    Log Out**

STAYED,APPEAL,MEDIATION-MPT,Multi-Media Docs

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:20-cv-00613-SB

Thomson Reuters Enterprise Centre GmbH et al v. ROSS Intelligence Inc.
Assigned to: Judge Stephanos Bibas
Cause: 17:101 Copyright Infringement

Date Filed: 05/06/2020
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Thomson Reuters Enterprise Centre GmbH**

represented by **Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: Jbbefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale M. Cendali**
Email: dale.cendali@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric A. Loverro**
Email: eric.loverro@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
Email: joshua.simmons@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Flynn**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9661
Fax: 302-498-6217
Email: mflynn@mnat.com
*ATTORNEY TO BE NOTICED*

**Miranda D. Means**
Email: miranda.means@kirkland.com

A71

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
Email: yungmoon.chang@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**West Publishing Corporation**               represented by   **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale M. Cendali**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric A. Loverro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda D. Means**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ROSS Intelligence Inc.**                      represented by   **David Ellis Moore**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: dmoore@potteranderson.com

A72

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew L. Brown**
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE 19801
302-984-6107
Email: abrown@potteranderson.com
*TERMINATED: 11/01/2024*

**Andy J. LeGolvan**
Email: andy.legolvan@whitecase.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anna Z. Saber**
Email: asaber@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Voigts**
Email: anne.voigts@pillsburylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bindu Ann George Palapura**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
302-984-6000
Fax: 302-778-6000
Email: bpalapura@potteranderson.com
*ATTORNEY TO BE NOTICED*

**Christopher J Banks**
Email: cbanks@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Crinesha B. Berry**
Email: cberry@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily T. Kuwahara**
Email: ekuwahara@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gabriel M. Ramsey**
Email: gramsey@crowell.com

A73

*TERMINATED: 12/11/2023*
*PRO HAC VICE*

**Jacob Canter**
Email: jcanter@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joachim B. Steinberg**
Email: jsteinberg@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Ludwig**
Email: JLudwig@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua M Rychlinski**
Email: jrychlinski@crowell.com
*TERMINATED: 02/11/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kayvan M. Ghaffari**
Email: kghaffari@crowell.com
*PRO HAC VICE*

**Keith J. Harrison**
Email: kharrison@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa Kimmel**
Email: lkimmel@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
Email: mpoueymirou@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Davies**
Email: mark.davies@whitecase.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark A. Klapow**
Email: mklapow@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ranjini Acharya**

A74

Email: ranjini.acharya@pillsburylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Henry Seewald**
Email: rseewald@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shira Liu**
Email: sliu@crowell.com
*TERMINATED: 02/06/2024*
*PRO HAC VICE*

**Stephanie E. O'Byrne**
DLA Piper LLP (US)
1201 N. Market Street
Suite 2100
Wilmington, DE 19801
302-468-5645
Fax: 302-691-4745
Email: Stephanie.OByrne@us.dlapiper.com
*TERMINATED: 01/07/2022*
*ATTORNEY TO BE NOTICED*

**Warrington Parker**
Email: wparker@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yar R. Chaikovsky**
Email: yar.chaikovsky@whitecase.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Notice Only**

**Fastcase, Inc.**

**Counter Claimant**

**ROSS Intelligence Inc.**                    represented by **David Ellis Moore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Z. Saber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Voigts**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

A75

**Christopher J Banks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily T. Kuwahara**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gabriel M. Ramsey**
(See above for address)
*TERMINATED: 12/11/2023*
*PRO HAC VICE*

**Jordan Ludwig**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua M Rychlinski**
(See above for address)
*TERMINATED: 02/11/2022*
*ATTORNEY TO BE NOTICED*

**Kayvan M. Ghaffari**
(See above for address)

**Keith J. Harrison**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Davies**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark A. Klapow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ranjini Acharya**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Henry Seewald**
(See above for address)

A76

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shira Liu**
(See above for address)
*TERMINATED: 02/06/2024*
*PRO HAC VICE*

**Stephanie E. O'Byrne**
(See above for address)
*TERMINATED: 01/07/2022*
*ATTORNEY TO BE NOTICED*

**Yar R. Chaikovsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Thomson Reuters Enterprise Centre GmbH**                     represented by    **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale M. Cendali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Loverro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda D. Means**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

A77

**West Publishing Corporation**          represented by **Jack B. Blumenfeld**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Dale M. Cendali**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eric A. Loverro**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joshua L. Simmons**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael J. Flynn**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Miranda D. Means**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Yungmoon Chang**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ROSS Intelligence Inc.**                represented by **David Ellis Moore**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Anna Z. Saber**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Anne M. Voigts**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Christopher J Banks**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Emily T. Kuwahara**

A78

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Gabriel M. Ramsey**
(See above for address)
*TERMINATED: 12/11/2023*
*PRO HAC VICE*


**Jordan Ludwig**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Joshua M Rychlinski**
(See above for address)
*TERMINATED: 02/11/2022*
*ATTORNEY TO BE NOTICED*


**Kayvan M. Ghaffari**
(See above for address)


**Keith J. Harrison**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Margaux Poueymirou**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Mark S. Davies**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Mark A. Klapow**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Ranjini Acharya**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Ryan Henry Seewald**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Shira Liu**
(See above for address)
*TERMINATED: 02/06/2024*

A79

*PRO HAC VICE*

**Stephanie E. O'Byrne**
(See above for address)
*TERMINATED: 01/07/2022*
*ATTORNEY TO BE NOTICED*

**Yar R. Chaikovsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Thomson Reuters Enterprise Centre GmbH**    represented by    **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale M. Cendali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Loverro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda D. Means**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**West Publishing Corporation**    represented by    **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A80

**Dale M. Cendali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Loverro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda D. Means**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ROSS Intelligence Inc.**                    represented by **David Ellis Moore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Z. Saber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Voigts**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J Banks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily T. Kuwahara**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gabriel M. Ramsey**

A81

(See above for address)
*TERMINATED: 12/11/2023*
*PRO HAC VICE*

**Jacob Canter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Ludwig**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua M Rychlinski**
(See above for address)
*TERMINATED: 02/11/2022*
*ATTORNEY TO BE NOTICED*

**Kayvan M. Ghaffari**
(See above for address)

**Keith J. Harrison**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa Kimmel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Davies**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark A. Klapow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ranjini Acharya**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Henry Seewald**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

A82

**Shira Liu**
(See above for address)
*TERMINATED: 02/06/2024*
*PRO HAC VICE*

**Stephanie E. O'Byrne**
(See above for address)
*TERMINATED: 01/07/2022*
*ATTORNEY TO BE NOTICED*

**Yar R. Chaikovsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Thomson Reuters Enterprise Centre GmbH**       represented by  **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale M. Cendali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Loverro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda D. Means**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**West Publishing Corporation**       represented by  **Jack B. Blumenfeld**
(See above for address)

A83

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale M. Cendali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Loverro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda D. Means**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ROSS Intelligence Inc.**                    represented by **David Ellis Moore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Z. Saber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Voigts**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bindu Ann George Palapura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher J Banks**
(See above for address)
*ATTORNEY TO BE NOTICED*

A84

**Crinesha B. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily T. Kuwahara**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gabriel M. Ramsey**
(See above for address)
*TERMINATED: 12/11/2023*
*PRO HAC VICE*

**Jacob Canter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joachim B. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Ludwig**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua M Rychlinski**
(See above for address)
*TERMINATED: 02/11/2022*
*ATTORNEY TO BE NOTICED*

**Kayvan M. Ghaffari**
(See above for address)

**Keith J. Harrison**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa Kimmel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaux Poueymirou**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Davies**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

A85

**Mark A. Klapow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ranjini Acharya**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Henry Seewald**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shira Liu**
(See above for address)
*TERMINATED: 02/06/2024*
*PRO HAC VICE*

**Stephanie E. O'Byrne**
(See above for address)
*TERMINATED: 01/07/2022*
*ATTORNEY TO BE NOTICED*

**Warrington Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yar R. Chaikovsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Thomson Reuters Enterprise Centre GmbH**              represented by  **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale M. Cendali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Loverro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

A86

**Michael J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda D. Means**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**West Publishing Corporation**          represented by **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale M. Cendali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Loverro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua L. Simmons**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Flynn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda D. Means**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/06/2020 | 1 | COMPLAINT filed with Jury Demand against ROSS Intelligence Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number ADEDC-2919270.) - filed by |

A87

| | | |
|---|---|---|
| | | West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(mal) (Entered: 05/06/2020) |
| 05/06/2020 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (mal) (Entered: 05/06/2020) |
| 05/06/2020 | 3 | Report to the Register of Copyrights for Copyright Number(s) see attached list. (mal) (Entered: 05/06/2020) |
| 05/06/2020 | 4 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Thomson Reuters Corporation for Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation filed by Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation. (mal) (Entered: 05/06/2020) |
| 05/06/2020 | 5 | Summonses Issued (please complete the top portion of the form and print out for use/service). (mal) (Entered: 05/06/2020) |
| 05/06/2020 | 6 | SUMMONS Returned Executed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. ROSS Intelligence Inc. served on 5/6/2020, answer due 5/27/2020. (Blumenfeld, Jack) (Entered: 05/06/2020) |
| 05/06/2020 | 7 | MOTION for Pro Hac Vice Appearance of Attorney Dale M. Cendali, Joshua L. Simmons, and Eric A. Loverro - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Blumenfeld, Jack) (Entered: 05/06/2020) |
| 05/13/2020 | | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. (rjb) (Entered: 05/13/2020) |
| 05/14/2020 | 8 | Report to the Register of Copyrights for Copyright Number(s) *(See Attached List) (AMENDED)*. (Blumenfeld, Jack) (Entered: 05/14/2020) |
| 05/18/2020 | | SO ORDERED, re 7 MOTION for Pro Hac Vice Appearance of Attorney Dale M. Cendali, Joshua L. Simmons, and Eric A. Loverro filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Signed by Judge Leonard P. Stark on 5/18/20. (ntl) (Entered: 05/18/2020) |
| 05/22/2020 | 9 | STIPULATION TO EXTEND TIME to answer, move or otherwise respond to the Complaint to July 13, 2020 - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 05/22/2020) |
| 05/22/2020 | | SO ORDERED, re 9 STIPULATION TO EXTEND TIME to answer, move or otherwise respond to the Complaint to July 13, 2020 filed by ROSS Intelligence Inc. Signed by Judge Leonard P. Stark on 5/22/20. (ntl) (Entered: 05/22/2020) |
| 05/29/2020 | 10 | MOTION for Pro Hac Vice Appearance of Attorney Joshua M. Rychlinski, Mark A. Klapow, Gabriel M. Ramsey, and Kayvan M. Ghaffari of Crowell & Moring LLP - filed by ROSS Intelligence Inc.. (O'Byrne, Stephanie) (Entered: 05/29/2020) |
| 06/01/2020 | | SO ORDERED, re 10 MOTION for Pro Hac Vice Appearance of Attorney Joshua M. Rychlinski, Mark A. Klapow, Gabriel M. Ramsey, and Kayvan M. Ghaffari of Crowell & Moring LLP filed by ROSS Intelligence Inc. Signed by Judge Leonard P. Stark on 6/1/20. (ntl) (Entered: 06/01/2020) |
| 06/01/2020 | | Pro Hac Vice Attorney Dale M. Cendali for Thomson Reuters Enterprise Centre GmbH, for West Publishing Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (myr) (Entered: 06/01/2020) |
| 06/01/2020 | | Pro Hac Vice Attorney Joshua Simmons for Thomson Reuters Enterprise Centre GmbH,for West Publishing Corporation added for electronic noticing. Pursuant to Local |

A88

| | | |
|---|---|---|
| | | Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (myr) (Entered: 06/01/2020) |
| 06/01/2020 | | Pro Hac Vice Attorney Eric A. Loverro for Thomson Reuters Enterprise Centre GmbH, for West Publishing Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (myr) (Entered: 06/01/2020) |
| 06/02/2020 | | Pro Hac Vice Attorneys Kayvan M. Ghaffari, Joshua M Rychlinski, Gabriel M. Ramsey, and Mark A. Klapow for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (amf) (Entered: 06/02/2020) |
| 07/13/2020 | 11 | MOTION to Dismiss for Failure to State a Claim - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed Order)(Moore, David) (Entered: 07/13/2020) |
| 07/13/2020 | 12 | OPENING BRIEF in Support re 11 MOTION to Dismiss for Failure to State a Claim filed by ROSS Intelligence Inc..Answering Brief/Response due date per Local Rules is 7/27/2020. (Moore, David) (Entered: 07/13/2020) |
| 07/13/2020 | 13 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 07/13/2020) |
| 07/14/2020 | 14 | STIPULATION TO EXTEND TIME (1) for Plaintiffs to respond to Defendants Motion to Dismiss Complaint (D.I. 11) and (2) for Defendant to file a reply to August 10, 2020 and August 20, 2020, respectively - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 07/14/2020) |
| 07/20/2020 | | SO ORDERED, re 14 STIPULATION TO EXTEND TIME (1) for Plaintiffs to respond to Defendants Motion to Dismiss Complaint (D.I. 11) and (2) for Defendant to file a reply to August 10, 2020 and August 20, 2020, respectively filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Signed by Judge Leonard P. Stark on 7/20/20. (ntl) (Entered: 07/20/2020) |
| 08/10/2020 | 15 | ANSWERING BRIEF in Opposition re 11 MOTION to Dismiss for Failure to State a Claim filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Reply Brief due date per Local Rules is 8/17/2020. (Blumenfeld, Jack) (Entered: 08/10/2020) |
| 08/10/2020 | 16 | DECLARATION re 15 Answering Brief in Opposition, -- *Declaration of Dale M. Cendali* -- by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exhibit 1)(Blumenfeld, Jack) (Entered: 08/10/2020) |
| 08/20/2020 | 17 | REPLY BRIEF re 11 MOTION to Dismiss for Failure to State a Claim filed by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-11)(Moore, David) (Entered: 08/20/2020) |
| 08/25/2020 | 18 | REQUEST for Oral Argument by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation re 11 MOTION to Dismiss for Failure to State a Claim . (Flynn, Michael) (Entered: 08/25/2020) |
| 09/14/2020 | 19 | ORAL ORDER: IT IS HEREBY ORDERED that the Court will hear argument by teleconference on the motion to dismiss on October 30, 2020 beginning at 11:00 a.m. Each side will be allocated up to forty-five (45) minutes to present its argument. Any party wishing to refer to slides or other materials shall provide a copy to the Court no later than 4:00 p.m. the day before the hearing. The parties can access the teleconference by dialing 877-336-1829 and using the access code 1408971. ORDERED by Judge Leonard P. Stark on 9/14/20. (ntl) (Entered: 09/14/2020) |

A89

| 10/30/2020 | | Minute Entry for proceedings held before Judge Leonard P. Stark - Argument by Telephone Conference held on 10/30/2020. (Court Reporter B. Gaffigan.) (ntl) (Entered: 10/30/2020) |
|---|---|---|
| 11/02/2020 | 20 | Official Transcript of Telephonic Argument held on October 30, 2020 before Chief Judge Leonard P. Stark. Court Reporter Brian Gaffigan, email: gaffigan@verizon.net. Transcript may be viewed at the court public terminal or ordered/purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/23/2020. Redacted Transcript Deadline set for 12/3/2020. Release of Transcript Restriction set for 2/1/2021.(bpg) (Entered: 11/02/2020) |
| 12/13/2020 | 21 | ANSWER to 1 Complaint, with Jury Demand *[Partial Answer and Defenses]*, COUNTERCLAIM against Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation by ROSS Intelligence Inc..(Moore, David) (Entered: 12/13/2020) |
| 12/13/2020 | 22 | NOTICE of Partial Withdrawal of Motion to Dismiss (D.I. 11) by ROSS Intelligence Inc. re 11 MOTION to Dismiss for Failure to State a Claim (Moore, David) (Entered: 12/13/2020) |
| 01/04/2021 | 23 | ANSWER to 21 Answer to Complaint, Counterclaim -- *Answer to Counterclaims* -- by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 01/04/2021) |
| 01/25/2021 | 24 | Amended ANSWER to 1 Complaint, with Jury Demand *[Amended Partial Answer and Defenses]*, Amended COUNTERCLAIM against Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation by ROSS Intelligence Inc..(O'Byrne, Stephanie) (Entered: 01/25/2021) |
| 01/25/2021 | 25 | MOTION for Pro Hac Vice Appearance of Attorney Lisa Kimmel and Jacob Canter of Crowell & Moring LLP - filed by ROSS Intelligence Inc.. (O'Byrne, Stephanie) (Entered: 01/25/2021) |
| 01/26/2021 | | SO ORDERED, re 25 MOTION for Pro Hac Vice Appearance of Attorney Lisa Kimmel and Jacob Canter of Crowell & Moring LLP filed by ROSS Intelligence Inc. Signed by Judge Leonard P. Stark on 1/26/21. (ntl) (Entered: 01/26/2021) |
| 01/27/2021 | | Pro Hac Vice Attorneys Lisa Kimmel and Jacob Canter for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (kmd) (Entered: 01/27/2021) |
| 01/28/2021 | 26 | STIPULATION TO EXTEND TIME to respond to Amended Partial Answer and Amended Counterclaims (D.I. 24) to March 25, 2021 - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/28/2021) |
| 01/29/2021 | | SO ORDERED, re 26 STIPULATION TO EXTEND TIME to respond to Amended Partial Answer and Amended Counterclaims (D.I. 24) to March 25, 2021 filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Signed by Judge Leonard P. Stark on 1/29/21. (ntl) (Entered: 01/29/2021) |
| 03/25/2021 | 27 | MOTION to Dismiss for Failure to State a Claim *Defendant's Antitrust and State Law Counterclaims* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 03/25/2021) |
| 03/25/2021 | 28 | OPENING BRIEF in Support re 27 MOTION to Dismiss for Failure to State a Claim *Defendant's Antitrust and State Law Counterclaims* - filed by Thomson Reuters |

A90

| | | |
|---|---|---|
| | | Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 4/8/2021. (Attachments: # 1 Exhibit A)(Flynn, Michael) (Entered: 03/25/2021) |
| 03/25/2021 | 29 | MOTION for Pro Hac Vice Appearance of Attorney Daniel E. Laytin, Christa C. Cottrell, and Cameron Ginder - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 03/25/2021) |
| 03/26/2021 | | SO ORDERED, re 29 MOTION for Pro Hac Vice Appearance of Attorney Daniel E. Laytin, Christa C. Cottrell, and Cameron Ginder filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Signed by Judge Leonard P. Stark on 3/26/21. (ntl) (Entered: 03/26/2021) |
| 03/26/2021 | 30 | STIPULATION TO EXTEND TIME for Defendant to respond to Plaintiff's Motion to Dismiss Defendant's Antitrust Counterclaims (D.I. 27) and for Plaintiffs to file their reply brief to April 21, 2021 and May 12, 2021, respectively - filed by ROSS Intelligence Inc.. (O'Byrne, Stephanie) (Main Document 30 replaced on 3/29/2021) (ntl). (Entered: 03/26/2021) |
| 03/29/2021 | | CORRECTING ENTRY: Corrected document added to D.I. 30 per request of counsel. (ntl) (Entered: 03/29/2021) |
| 03/29/2021 | | SO ORDERED, re 30 STIPULATION TO EXTEND TIME for Defendant to respond to Plaintiff's Motion to Dismiss Defendant's Antitrust Counterclaims (D.I. 27) and for Plaintiffs to file their reply brief to April 21, 2021 and May 12, 2021, respectively filed by ROSS Intelligence Inc. Signed by Judge Leonard P. Stark on 3/29/21. (ntl) (Entered: 03/29/2021) |
| 03/29/2021 | 31 | MEMORANDUM OPINION re 11 motion to dismiss. Signed by Judge Leonard P. Stark on 3/29/21. (ntl) (Entered: 03/29/2021) |
| 03/29/2021 | 32 | ORDER re 31 Memorandum Opinion -- 11 MOTION to Dismiss filed by ROSS Intelligence Inc. is DENIED. Signed by Judge Leonard P. Stark on 3/29/21. (ntl) (Entered: 03/29/2021) |
| 03/30/2021 | 33 | MOTION for Pro Hac Vice Appearance of Attorney Warrington Parker of Crowell & Moring LLP - filed by ROSS Intelligence Inc.. (O'Byrne, Stephanie) (Entered: 03/30/2021) |
| 03/31/2021 | | SO ORDERED, re 33 MOTION for Pro Hac Vice Appearance of Attorney Warrington Parker of Crowell & Moring LLP filed by ROSS Intelligence Inc. Signed by Judge Leonard P. Stark on 3/31/21. (ntl) (Entered: 03/31/2021) |
| 04/05/2021 | 34 | Joint STATUS REPORT - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 04/05/2021) |
| 04/12/2021 | 35 | ORAL ORDER: Having considered the parties' joint status report (D.I. 34), IT IS HEREBY ORDERED that the parties shall meet and confer and, no later than April 19, 2021, file a proposed scheduling order. ORDERED by Judge Leonard P. Stark on 4/12/21. (ntl) (Entered: 04/12/2021) |
| 04/12/2021 | 36 | AMENDED ANSWER to 21 Answer to Complaint, Counterclaim, 1 Complaint, 24 Answer to Complaint,, Counterclaim,, COUNTERCLAIM *[Amended Answer (following Courts 3/29/21 denial of partial motion to dismiss) and Counterclaims]* against Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation by ROSS Intelligence Inc.. (O'Byrne, Stephanie) (Entered: 04/12/2021) |
| 04/16/2021 | | Pro Hac Vice Attorney Warrington Parker for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users |

A91

| | | |
|---|---|---|
| | | of CM/ECF and shall be required to file all papers. (kmd) (Entered: 04/16/2021) |
| 04/19/2021 | 37 | PROPOSED ORDER -- Scheduling Order -- by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Letter to The Honorable Leonard P. Stark)(Flynn, Michael) (Entered: 04/19/2021) |
| 04/22/2021 | 38 | ANSWERING BRIEF in Opposition re 27 MOTION to Dismiss for Failure to State a Claim *Defendant's Antitrust and State Law Counterclaims* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 4/29/2021. (O'Byrne, Stephanie) (Entered: 04/22/2021) |
| 04/26/2021 | 39 | MOTION to Dismiss for Failure to State a Claim *Defendant's Antitrust and State Law Counterclaims (Renewed)* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 04/26/2021) |
| 04/26/2021 | 40 | MOTION for Pro Hac Vice Appearance of Attorney Megan McKeown - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 04/26/2021) |
| 04/27/2021 | | SO ORDERED, re 40 MOTION for Pro Hac Vice Appearance of Attorney Megan McKeown filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Signed by Judge Leonard P. Stark on 4/27/21. (ntl) (Entered: 04/27/2021) |
| 05/03/2021 | 41 | SCHEDULING ORDER: Case referred to the Magistrate Judge for the purpose of exploring ADR. Fact Discovery completed by 1/21/2022. Status Report due by 11/12/2021. Dispositive Motions due by 6/10/2022. The pretrial conference and jury trial dates will be determined at a later date. Signed by Judge Leonard P. Stark on 5/3/21. (ntl) (Entered: 05/03/2021) |
| 05/03/2021 | 42 | NOTICE OF SERVICE of (1) Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's First Set of Requests for Production to Defendant Ross Intelligence Inc. and (2) Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's First Set of Interrogatories to Defendant Ross Intelligence Inc. - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 05/03/2021) |
| 05/04/2021 | | CASE REFERRED to Magistrate Judge Mary Pat Thynge for Mediation. Please see Standing Order dated January 20, 2016, regarding disclosure of confidential ADR communications. A link to the standing order is provided here for your convenience at https://www.ded.uscourts.gov/sites/ded/files/forms/StandingOrderforADR-Mediation.pdf (Taylor, Daniel) (Entered: 05/04/2021) |
| 05/12/2021 | 43 | MOTION for Pro Hac Vice Appearance of Attorney Alyssa C. Kalisky - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 05/12/2021) |
| 05/12/2021 | 44 | NOTICE OF SERVICE of Defendant/Counterclaimant Ross Intelligence, Inc.'s First Set Of Interrogatories (Nos. 1-8); and Defendant/Counterclaimant Ross Intelligence, Inc.'s First Set Of Requests For Production (Nos. 1-103) filed by ROSS Intelligence Inc.. (O'Byrne, Stephanie) (Entered: 05/12/2021) |
| 05/13/2021 | | SO ORDERED, re 43 MOTION for Pro Hac Vice Appearance of Attorney Alyssa C. Kalisky filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Signed by Judge Leonard P. Stark on 5/13/21. (ntl) (Entered: 05/13/2021) |
| 05/13/2021 | 45 | REPLY BRIEF re 39 MOTION to Dismiss for Failure to State a Claim *Defendant's Antitrust and State Law Counterclaims (Renewed)* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 05/13/2021) |

A92

| 05/13/2021 | 46 | NOTICE OF SERVICE of Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Initial Disclosures - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 05/13/2021) |
|---|---|---|
| 05/13/2021 | 47 | NOTICE OF SERVICE of Initial Disclosures of Defendant/Counterclaimant Ross Intelligence Inc. Pursuant to Fed. R. Civ. P. 26(A)(1) And Paragraph 3 of The Default Standard filed by ROSS Intelligence Inc..(Moore, David) (Entered: 05/13/2021) |
| 05/13/2021 | 48 | PROPOSED ORDER -- [Proposed] Stipulated Protective Order -- by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 05/13/2021) |
| 05/14/2021 | 49 | [SEALED] NOTICE of Subpoena by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 05/14/2021) |
| 05/17/2021 | 50 | NOTICE of Issuance of Document Subpoena to LegalEase Solutions, LLC by ROSS Intelligence Inc. (O'Byrne, Stephanie) (Entered: 05/17/2021) |
| 05/19/2021 | 51 | REQUEST for Oral Argument by ROSS Intelligence Inc. re 39 MOTION to Dismiss for Failure to State a Claim *Defendant's Antitrust and State Law Counterclaims (Renewed)*, 27 MOTION to Dismiss for Failure to State a Claim *Defendant's Antitrust and State Law Counterclaims*. (O'Byrne, Stephanie) (Entered: 05/19/2021) |
| 05/21/2021 | | SO ORDERED, re 48 Stipulated Protective Order. Signed by Judge Leonard P. Stark on 5/21/21. (ntl) (Entered: 05/21/2021) |
| 05/26/2021 | 52 | ORAL ORDER: IT IS HEREBY ORDERED that the Court will hear argument on the motion to dismiss on August 3, 2021 beginning at 10:00 a.m. in Courtroom 6B. Each side will be allocated up to 45 minutes to present its argument. ORDERED by Judge Leonard P. Stark on 5/26/21. (ntl) (Entered: 05/26/2021) |
| 06/07/2021 | 53 | ORDER Setting Mediation Conferences: A Telephone Conference is set for 6/17/2021 at 12:00 Noon before Judge Mary Pat Thynge. Plaintiffs' counsel to initiate the call to chambers. Signed by Judge Mary Pat Thynge on 6/7/2021. (Taylor, Daniel) (Entered: 06/07/2021) |
| 06/07/2021 | 54 | Letter to The Honorable Leonard P. Stark from Michael Flynn regarding request that oral argument be rescheduled - re 52 Order,, Set Hearings,. (Flynn, Michael) (Entered: 06/07/2021) |
| 06/08/2021 | 55 | MOTION for Pro Hac Vice Appearance of Attorney Crinesha B. Berry - filed by ROSS Intelligence Inc.. (O'Byrne, Stephanie) (Entered: 06/08/2021) |
| 06/08/2021 | | SO ORDERED, re 55 MOTION for Pro Hac Vice Appearance of Attorney Crinesha B. Berry filed by ROSS Intelligence Inc. Signed by Judge Leonard P. Stark on 6/8/21. (ntl) (Entered: 06/08/2021) |
| 06/09/2021 | | Pro Hac Vice Attorney Crinesha B. Berry for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (sam) (Entered: 06/09/2021) |
| 06/11/2021 | 56 | ORAL ORDER: IT IS HEREBY ORDERED that the oral argument scheduled for August 3, 2021 is RESCHEDULED for September 2, 2021 at 3:00 p.m. in Courtroom 6B. ORDERED by Judge Leonard P. Stark on 6/11/21. (ntl) (Entered: 06/11/2021) |
| 06/22/2021 | 57 | ORDER Setting Mediation Conferences: A Virtual/Video Mediation Conference is set for 10/21/2021 at 10:00 AM before Judge Mary Pat Thynge. See ORDER for details. Signed by Judge Mary Pat Thynge on 6/22/2021. (Taylor, Daniel) (Entered: 06/22/2021) |

A93

| 07/06/2021 | 58 | NOTICE OF SERVICE of Defendant And Counterclaimant ROSS Intelligence Inc.'s Response To Plaintiffs' First Set Of Interrogatories [Highly Confidential Attorneys' Eyes Only]; and Defendant And Counterclaimant ROSS Intelligence Inc.'s Responses To Plaintiffs' First Set Of Requests For Production filed by ROSS Intelligence Inc..(Moore, David) (Entered: 07/06/2021) |
|---|---|---|
| 07/12/2021 | 59 | NOTICE OF SERVICE of (1) Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s First Set of Interrogatories (1-12) and (2) Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s First Set of Requests for Production (1-103) filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 07/12/2021) |
| 08/24/2021 | 60 | ORAL ORDER: IT IS HEREBY ORDERED that the oral argument scheduled for September 2, 2021 is RESCHEDULED for October 4, 2021 at 2:00 p.m. ORDERED by Judge Leonard P. Stark on 8/24/21. (ntl) (Entered: 08/24/2021) |
| 08/26/2021 | 61 | Letter to The Honorable Leonard P. Stark from Michael Flynn regarding request for the scheduling of a discovery teleconference. (Flynn, Michael) (Entered: 08/26/2021) |
| 08/30/2021 | 62 | ORAL ORDER: After having been advised by Plaintiff(s) and Defendant(s) of their inability to resolve a discovery matter (D.I. 61), IT IS HEREBY ORDERED that not later than September 1, 2021, any party seeking relief shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues. Not later than September 3, 2021, any party opposing the application for relief may file a letter, not to exceed three (3) pages, outlining that party's reasons for its opposition. Each party shall submit to the Court two (2) courtesy copies of its discovery letter and any attachments. After reviewing the letter submissions, the Court may schedule a teleconference. ORDERED by Judge Leonard P. Stark on 8/30/21. (ntl) (Entered: 08/30/2021) |
| 09/01/2021 | 63 | Letter to The Honorable Leonard P. Stark from Michael Flynn regarding request for Blankenship access to information ROSS designates as Highly Confidential. (Attachments: # 1 Ex. A)(Flynn, Michael) (Entered: 09/01/2021) |
| 09/01/2021 | 64 | Letter to The Honorable Leonard P. Stark from Stephanie E. O'Byrne regarding opening discovery dispute. (Attachments: # 1 Exhibit A-D)(O'Byrne, Stephanie) (Entered: 09/01/2021) |
| 09/03/2021 | 65 | Letter to The Honorable Leonard P. Stark from Stephanie E. O'Byrne regarding response to discovery dispute letter - re 63 Letter. (O'Byrne, Stephanie) (Entered: 09/03/2021) |
| 09/03/2021 | 66 | Letter to The Honorable Leonard P. Stark from Michael Flynn regarding ROSS's September 1, 2021 letter - re 64 Letter. (Flynn, Michael) (Entered: 09/03/2021) |
| 09/08/2021 | 67 | ORAL ORDER: Having considered the parties' letters (D.I. 63, 64, 65, 66) regarding Plaintiff's request to provide its in-house attorney, Carolyn Blankenship, with information that Defendant has designated as "Highly Confidential - Attorneys' Eyes Only" under the governing protective order (D.I. 48), IT IS HEREBY ORDERED that Blankenship shall be permitted to access information designated as "Highly Confidential - Attorneys' Eyes Only." The protective order explicitly provides that each side may designate up to four in-house counsel who may review Highly Confidential information. (D.I. 48 para. 2.4) Defendant has not met its burden to show that "the risk of harm that disclosure would entail (under the safeguards proposed) outweighs [Plaintiff]'s need to disclose" the Highly Confidential information. (Id. para. 7.5(c)) The risk of harm to Defendant, which no |

A94

| | | |
|---|---|---|
| | | longer operates as an active competitor to Plaintiff (see D.I. 65 at 3), is relatively low. Blankenship is an in-house legal advisor for Plaintiff, not a competitive decision-maker. (See, e.g., D.I. 63-1 para. 11) Preventing her from seeing Highly Confidential information might also prejudice Plaintiff because she is responsible for managing this case and has previously been involved with similar cases. (See D.I. 63 at 2-3) ORDERED by Judge Leonard P. Stark on 9/8/21. (ntl) (Entered: 09/08/2021) |
| 09/28/2021 | 68 | ORAL ORDER: IT IS HEREBY ORDERED that the Oral Argument scheduled for October 4, 2021 will begin at 4:00 PM in Courtroom 6B. ORDERED by Judge Leonard P. Stark on 9/28/21. (ntl) (Entered: 09/28/2021) |
| 10/04/2021 | | Minute Entry for proceedings held before Judge Leonard P. Stark - Oral Argument held on 10/4/2021. (Court Reporter B. Gaffigan.) (ntl) (Entered: 10/05/2021) |
| 10/13/2021 | 69 | Official Transcript of Oral Argument Hearing held on October 4, 2021 before Judge Leonard P. Stark. Court Reporter Brian Gaffigan, email: gaffigan@verizon.net. Transcript may be viewed at the court public terminal or ordered/purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 11/3/2021. Redacted Transcript Deadline set for 11/15/2021. Release of Transcript Restriction set for 1/11/2022.(bpg) (Entered: 10/13/2021) |
| 10/26/2021 | 70 | NOTICE of Subpoena (Fastcase, Inc.) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 10/26/2021) |
| 10/26/2021 | 71 | NOTICE of Subpoena (Morae Global Corporation) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 10/26/2021) |
| 10/28/2021 | 72 | NOTICE of Subpoena (Lawriter, LLC d/b/a Casemaker) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 10/28/2021) |
| 10/28/2021 | 73 | NOTICE of Subpoena (TrustPoint International, LLC) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 10/28/2021) |
| 11/10/2021 | 74 | STIPULATION and [Proposed] Order to Extend Deadlines - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/10/2021) |
| 11/12/2021 | 75 | NOTICE of Subpoena (Automate Medical, Inc.) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 11/12/2021) |
| 11/12/2021 | 76 | Letter to The Honorable Leonard P. Stark from Michael Flynn regarding Interim Status Report - re 41 Scheduling Order,. (Flynn, Michael) (Entered: 11/12/2021) |
| 11/12/2021 | | SO ORDERED, re 74 STIPULATION and [Proposed] Order to Extend Deadlines filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH -- Fact Discovery completed by 4/21/2022. Dispositive Motions due by 9/8/2022. Signed by Judge Leonard P. Stark on 11/12/21. (ntl) (Entered: 11/12/2021) |
| 11/12/2021 | 77 | [SEALED] NOTICE of Issuance of Subpoenas upon Morae Global Corporation and Trustpoint International, LLC by ROSS Intelligence Inc. (O'Byrne, Stephanie) (Entered: 11/12/2021) |
| 11/12/2021 | 78 | NOTICE OF SERVICE of Defendant/Counterclaimant Ross Intelligence Inc.'s Second Set Of Requests For Production (Nos. 104-141) filed by ROSS Intelligence Inc..(O'Byrne, Stephanie) (Entered: 11/12/2021) |
| 11/19/2021 | 79 | NOTICE OF SERVICE of Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's First Supplemental Responses and |

A95

| | | |
|---|---|---|
| | | Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s First Set of Interrogatories - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 11/19/2021) |
| 11/23/2021 | 80 | NOTICE of Subpoena (Kelly Services, Inc.) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 11/23/2021) |
| 11/30/2021 | 81 | NOTICE OF SERVICE of (1) Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Set of Interrogatories to Defendant ROSS Intelligence Inc. and (2) Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Set of Requests for Production to Defendant ROSS Intelligence Inc. - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 11/30/2021) |
| 12/13/2021 | 82 | NOTICE OF SERVICE of Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Second Set of Requests for Production (Nos. 104-141) filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 12/13/2021) |
| 12/22/2021 | 83 | Joint Letter to The Honorable Leonard P. Stark from Stephanie E. O'Byrne regarding request for the scheduling of a discovery teleconference. (O'Byrne, Stephanie) (Entered: 12/22/2021) |
| 01/03/2022 | 84 | Joint Letter to The Honorable Leonard P. Stark from David E. Moore regarding letter request for a discovery dispute conference - re 83 Letter. (Moore, David) (Entered: 01/03/2022) |
| 01/04/2022 | 85 | ORAL ORDER: After having been advised by Plaintiffs and Defendant of their inability to resolve a discovery matter (see D.I. 83, 84), IT IS HEREBY ORDERED that: (i) Defendant shall file its opening letter brief no later than January 5, and (ii) Plaintiffs shall file their responsive letter brief no later than January 18. IT IS FURTHER ORDERED that a teleconference is scheduled for January 26, 2022 at 4:15 p.m. The parties and any interested members of the public can access the teleconference by dialing 877-336-1829 and using the access code 1408971. Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it. Alternatively, the Court may choose to resolve the dispute prior to the telephone conference and will, in that event, cancel the conference. ORDERED by Judge Leonard P. Stark on 1/4/22. (ntl) (Entered: 01/04/2022) |
| 01/05/2022 | 86 | [SEALED] Letter to The Honorable Leonard P. Stark from David E. Moore regarding discovery dispute - re 85 Order Setting Teleconference,,,. (Attachments: # 1 Exhibit A-J) (Moore, David) (Entered: 01/05/2022) |
| 01/05/2022 | 87 | REDACTED VERSION of 86 Letter by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-J)(Moore, David) (Entered: 01/05/2022) |
| 01/07/2022 | 88 | NOTICE of Withdrawal of Stephanie E. O'Byrne by ROSS Intelligence Inc. (Moore, David) (Entered: 01/07/2022) |
| 01/07/2022 | 89 | NOTICE OF SERVICE of Defendant/Counterclaimant ROSS Intelligence Inc.'s Third Set Of Requests For Production (No. 142); and Defendant/Counterclaimant ROSS Intelligence, Inc.'s Second Set Of Interrogatories (No. 13) filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 01/07/2022) |
| 01/11/2022 | 90 | MOTION for Pro Hac Vice Appearance of Attorney Miranda D. Means - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/11/2022) |

A96

| 01/11/2022 | 91 | NOTICE OF SERVICE of Defendant And Counterclaimant ROSS Intelligence Inc.'s Responses And Objections To Plaintiffs' Second Set Of Requests For Production; Defendant And Counterclaimant ROSS Intelligence Inc.'s Response And Objection To Plaintiffs' Second Set Of Interrogatories [Highly Confidential Attorneys' Eyes Only]; and Defendant And Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses And Objections To Plaintiffs' First Set Of Interrogatories [Highly Confidential Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Moore, David) (Entered: 01/11/2022) |
| --- | --- | --- |
| 01/11/2022 | | SO ORDERED, re 90 MOTION for Pro Hac Vice Appearance of Attorney Miranda D. Means filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Signed by Judge Leonard P. Stark on 1/11/22. (ntl) (Entered: 01/11/2022) |
| 01/14/2022 | 92 | NOTICE requesting Clerk to remove Megan McKeown as co-counsel.. (Flynn, Michael) (Entered: 01/14/2022) |
| 01/18/2022 | 93 | [SEALED] Letter to The Honorable Leonard P. Stark from Michael Flynn regarding Discovery Dispute - re 86 Letter. (Attachments: # 1 Exs. 1-6)(Flynn, Michael) (Entered: 01/18/2022) |
| 01/21/2022 | 94 | NOTICE OF SERVICE of Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's First Set of Requests for Admissions to Defendant ROSS Intelligence Inc. - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 01/21/2022) |
| 01/25/2022 | 95 | REDACTED VERSION of 93 Letter by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/25/2022) |
| 01/25/2022 | 96 | NOTICE OF SERVICE of Defendant / Counterclaimant ROSS Intelligence, Inc.'s Third Set Of Interrogatories (Nos. 14-21) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 01/25/2022) |
| 01/25/2022 | 97 | ORAL ORDER: Having considered the letter briefing regarding the parties' discovery disputes (D.I. 86, 93), IT IS HEREBY ORDERED that ROSS's motion to compel is DENIED WITHOUT PREJUDICE. As a general matter, the requested discovery does not appear to be proportional to the needs of the case. Specifically, for RFP Nos. 1, 3-4, and 53-54, ROSS seeks the production of "agreements with third-parties regarding Plaintiffs' alleged copyrighted materials." (D.I. 86 at 1) Plaintiffs have already produced a settlement agreement involving LegalEase (see D.I. 93 at 1) and the Court has not been persuaded that settlement agreements with other entities would be relevant to the specific allegations against ROSS in this case. Rather, the Court agrees with Plaintiffs that inserting third-party settlement agreements into this case risks "a burdensome series of mini-trials on whether unrelated third parties infringe and the circumstances of each settlement." (Id. at 2) For RFP Nos. 48-54, ROSS seeks the production of "interpretations (parol evidence) relating to [Plaintiffs'] licensing agreements." (D.I. 86 at 1) ROSS's requests are overbroad in seeking interpretations regarding all licenses (not just those at issue in this case) during the past 20 years. (See D.I. 93 at 3) The Court agrees with Plaintiffs that their "interpretation of licenses that are not at issue in this case is plainly irrelevant." (Id.) For RFP Nos. 57-65, ROSS seeks production of "agreements by which Plaintiffs obtain judicial opinions and the agreements relating to use and the provision of headnotes." (D.I. 86 at 1) Plaintiffs maintain, however, that they are not asserting copyrights in any judicial opinions. (See D.I. 93 at 3) To the extent ROSS wants to compare headnotes in state judicial opinions with headnotes on Westlaw, ROSS can already do so without the requested production from Plaintiffs. (See id.) For the foregoing reasons, ROSS's motion to compel is denied, but should ROSS believe that developments in this case going forward would materially alter the Court's analysis, it may (after again meeting and conferring with Plaintiffs) renew its requests. IT IS FURTHER ORDERED |

A97

| | | |
|---|---|---|
| | | that the teleconference scheduled for tomorrow is CANCELLED. ORDERED by Judge Leonard P. Stark on 1/25/22. (ntl) (Entered: 01/25/2022) |
| 02/04/2022 | 98 | NOTICE OF SERVICE of Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Third Set of Interrogatories to Defendant and Counterclaimant Ross Intelligence Inc. - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 02/04/2022) |
| 02/07/2022 | 99 | NOTICE OF SERVICE of (1) Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Third Set of Requests for Production (No. 142) and (2) Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Second Set of Interrogatories (No. 13) - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 02/07/2022) |
| 02/09/2022 | 100 | NOTICE to Take Deposition of Pargles Dall'Oglio on March 9, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 02/09/2022) |
| 02/09/2022 | 101 | NOTICE to Take Deposition of Andrew Arruda on March 24, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 02/09/2022) |
| 02/09/2022 | 102 | NOTICE to Take Deposition of Sean Shafik on March 29, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 02/09/2022) |
| 02/09/2022 | 103 | NOTICE to Take Deposition of Tomas Van der Heijden on March 31, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 02/09/2022) |
| 02/09/2022 | 104 | NOTICE to Take Deposition of Thomas Hamilton on April 5, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 02/09/2022) |
| 02/09/2022 | 105 | NOTICE to Take Deposition of Jimoh Ovbiagele on April 12, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 02/09/2022) |
| 02/10/2022 | 106 | NOTICE of Subpoena (Fastcase Inc.) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 02/10/2022) |
| 02/10/2022 | 107 | NOTICE of Subpoena (Charles Von Simson) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 02/10/2022) |
| 02/11/2022 | 108 | NOTICE requesting Clerk to remove Joshua M. Rychlinski as co-counsel. Reason for request: no longer with the firm of Crowell & Moring LLP. (Moore, David) (Entered: 02/11/2022) |
| 02/11/2022 | 109 | MOTION for Pro Hac Vice Appearance of Attorney Joachim B. Steinberg of Crowell & Moring LLP - filed by ROSS Intelligence Inc.. (Palapura, Bindu) (Entered: 02/11/2022) |
| 02/11/2022 | | SO ORDERED, re 109 MOTION for Pro Hac Vice Appearance of Attorney Joachim B. Steinberg of Crowell & Moring LLP filed by ROSS Intelligence Inc. Signed by Judge Leonard P. Stark on 2/11/22. (ntl) (Entered: 02/11/2022) |

A98

| | | |
|---|---|---|
| 02/15/2022 | | Pro Hac Vice Attorney Joachim B. Steinberg for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (srs) (Entered: 02/15/2022) |
| 02/16/2022 | 110 | NOTICE of Subpoena (LegalEase Solutions, LLC) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 02/16/2022) |
| 02/17/2022 | 111 | NOTICE to Take Deposition of Andrew Martens on March 10, 2022 filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/17/2022) |
| 02/17/2022 | 112 | NOTICE to Take Deposition of Erik Lindberg on March 16, 2022 filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/17/2022) |
| 02/17/2022 | 113 | NOTICE to Take Deposition of Laurie Oliver on March 21, 2022 filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/17/2022) |
| 02/17/2022 | 114 | NOTICE to Take Deposition of Mark Hoffman on March 24, 2022 filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/17/2022) |
| 02/17/2022 | 115 | NOTICE to Take Deposition of Cameron Tario on April 4, 2022 filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/17/2022) |
| 02/17/2022 | 116 | NOTICE to Take Deposition of Julie Smith on April 7, 2022 filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/17/2022) |
| 02/17/2022 | 117 | NOTICE to Take Deposition of Thomas Leighton on April 8, 2022 filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/17/2022) |
| 02/17/2022 | 118 | NOTICE to Take Deposition of Isabelle Moulinier on April 14, 2022 filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/17/2022) |
| 02/18/2022 | 119 | NOTICE of Issuance of Deposition Subpoena to Khalid Al-Kofahi by ROSS Intelligence Inc. (Palapura, Bindu) (Entered: 02/18/2022) |
| 02/18/2022 | 120 | NOTICE of Issuance of Deposition Subpoena to Tariq Hafeez by ROSS Intelligence Inc. (Palapura, Bindu) (Entered: 02/18/2022) |
| 02/18/2022 | 121 | NOTICE of Issuance of Deposition Subpoena to Teri Whitehead by ROSS Intelligence Inc. (Palapura, Bindu) (Entered: 02/18/2022) |
| 02/18/2022 | 122 | NOTICE of Issuance of Deposition Subpoena to LegalEase Solutions, LLC by ROSS Intelligence Inc. (Palapura, Bindu) (Entered: 02/18/2022) |
| 02/18/2022 | 123 | NOTICE of Issuance of Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Free Law Project and Fastcase, Inc. by ROSS Intelligence Inc. (Palapura, Bindu) (Entered: 02/18/2022) |
| 02/18/2022 | 124 | NOTICE to Take Deposition of West Publishing Corporation on March 23, 2022 (30(b)(6) Notice) filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/18/2022) |
| 02/18/2022 | 125 | NOTICE to Take Deposition of Thomson Reuters Enterprise Centre GmbH on March 30, 2022 (30(b)(6) Notice) filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/18/2022) |
| 02/22/2022 | 126 | NOTICE OF SERVICE of Defendant and Counterclaimant Ross Intelligence, Inc.'s Response to Plaintiffs Thomson Reuters Enterprise Centre Gmbh and West Publishing Corporation's First Set of Requests for Admissions to Defendant Ross Intelligence, Inc.; and Defendant and Counterclaimant Ross Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory |

| | | No. 11 Only) [Highly Confidential - Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 02/22/2022) |
|---|---|---|
| 02/24/2022 | 127 | NOTICE OF SERVICE of Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Third Set Interrogatories (No. 14-21) - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 02/24/2022) |
| 02/25/2022 | 128 | [SEALED] NOTICE of Issuance of Amended Document Subpoena to Morae Global Corporation by ROSS Intelligence Inc. (Moore, David) (Entered: 02/25/2022) |
| 02/25/2022 | 129 | [SEALED] NOTICE of Issuance of Deposition Subpoena to Morae Global Corporation by ROSS Intelligence Inc. (Moore, David) (Entered: 02/25/2022) |
| 02/28/2022 | 130 | NOTICE OF SERVICE of Non-Party Fastcase, Inc.'s Responses and Objections to Defendant's Document Subpoena re 123 Notice (Other) filed by Fastcase, Inc..(Gaul, Catherine) (Entered: 02/28/2022) |
| 03/01/2022 | 131 | NOTICE to Take Deposition of ROSS Intelligence Inc. on March 30, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/01/2022) |
| 03/04/2022 | 132 | REDACTED VERSION of 128 Notice (Other) by ROSS Intelligence Inc.. (Moore, David) (Entered: 03/04/2022) |
| 03/04/2022 | 133 | REDACTED VERSION of 129 Notice (Other) by ROSS Intelligence Inc.. (Moore, David) (Entered: 03/04/2022) |
| 03/07/2022 | 134 | NOTICE to Take Deposition of Thomson Reuters Enterprise Centre GmbH on April 18, 2022 (Amended 30(b)(6) Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 03/07/2022) |
| 03/07/2022 | 135 | NOTICE to Take Deposition of West Publishing Corporation on April 19, 2022 (Amended 30(b)(6) Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 03/07/2022) |
| 03/08/2022 | 136 | NOTICE OF SERVICE of Defendant/Counterclaimant Ross Intelligence, Inc.'s First Set Of Requests For Admission (Nos. 1-129) [Contains Material Designated As Highly Confidential-Attorneys' Eyes Only]; Defendant/Counterclaimant Ross Intelligence, Inc.'s Fourth Set Of Requests For Production (No. 143-173); and Defendant And Counterclaimant Ross Intelligence, Inc.'s Responses And Objections To Plaintiffs' Third Set Of Interrogatories [Highly Confidential Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 03/08/2022) |
| 03/09/2022 | 137 | NOTICE of Issuance of Deposition Subpoena to Cameron Tario by ROSS Intelligence Inc. (Moore, David) (Entered: 03/09/2022) |
| 03/11/2022 | 138 | [SEALED] NOTICE of Subpoena by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/11/2022) |
| 03/16/2022 | 139 | NOTICE OF SERVICE of Defendant And Counterclaimant ROSS Intelligence, Inc.'s Objections To Plaintiffs Thomson Reuters Enterprise Centre GmbH And West Publishing Corporation's Notice Of 30(b)(6) Deposition Of Defendant ROSS Intelligence, Inc. filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 03/16/2022) |
| 03/17/2022 | 140 | NOTICE OF SERVICE of (1) Plaintiff and Counterdefendant Thomson Reuters Enterprise Gmbh's Objections and Responses to Defendant and Counterclaimant Ross Intelligence Inc.'s Amended Notice of 30(b)(6) Deposition and (2) Plaintiff and |

A100

| | | |
|---|---|---|
| | | Counterdefendant West Publishing Corporation's Objections and Responses to Defendant and Counterclaimant Ross Intelligence Inc.'s Amended Notice of 30(b)(6) Deposition - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2022) |
| 03/18/2022 | 141 | NOTICE of Subpoena (Dentons US LLP) by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/18/2022) |
| 03/18/2022 | 142 | NOTICE of Subpoena (Comcast Ventures, LP ) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/18/2022) |
| 03/18/2022 | 143 | NOTICE of Subpoena (Y Combinator Continuity Holdings I, LLC) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/18/2022) |
| 03/18/2022 | 144 | NOTICE of Subpoena (Y Combinator Investments, LLC Series S15 (Common)) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/18/2022) |
| 03/18/2022 | 145 | NOTICE of Subpoena (YC Holdings II, LLC) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/18/2022) |
| 03/22/2022 | 146 | NOTICE OF SERVICE of Defendant/Counterclaimant ROSS Intelligence Inc.'s Second Set of Requests for Admission (Nos. 130-135)[Contains Material Designated as Highly Confidential-Attorneys' Eyes Only]; and Defendant/Counterclaimant ROSS Intelligence Inc.'s Fourth Set of Requests for Production (Nos. 174-181) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 03/22/2022) |
| 03/22/2022 | 147 | NOTICE of Issuance of Amended Deposition Subpoena to LegalEase Solutions, LLC by ROSS Intelligence Inc. (Moore, David) (Entered: 03/22/2022) |
| 03/22/2022 | 148 | NOTICE of Issuance of Amended Deposition Subpoena to Tariq Hafeez by ROSS Intelligence Inc. (Moore, David) (Entered: 03/22/2022) |
| 03/22/2022 | 149 | NOTICE OF SERVICE of (1) Third Set of Requests for Production to Defendant and Counterclaimant ROSS Intelligence Inc.; and (2) Fourth Set of Interrogatories to Defendant and Counterclaimant ROSS Intelligence Inc. filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/22/2022) |
| 03/24/2022 | 150 | NOTICE OF SERVICE of Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Interrogatory No. 1 - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 03/24/2022) |
| 03/24/2022 | 151 | NOTICE of Subpoena (iNovia Investment Fund 2015, LP) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/24/2022) |
| 03/24/2022 | 152 | NOTICE of Subpoena (iNovia Investment Fund 2015-A, L.P.) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/24/2022) |
| 03/24/2022 | 153 | NOTICE of Subpoena (iNovia Investment Fund III, L.P.) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/24/2022) |

A101

| 03/24/2022 | 154 | NOTICE of Subpoena (Y Combinator Continuity Holdings I, LLC) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/24/2022) |
| 03/24/2022 | 155 | NOTICE of Subpoena [Y Combinator Investments, LLC Series S15 (Common)] - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/24/2022) |
| 03/24/2022 | 156 | NOTICE of Subpoena (YC Holdings II, LLC) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/24/2022) |
| 03/30/2022 | 157 | NOTICE of Subpoena (iNovia Investment Fund 2015, LP) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/30/2022) |
| 03/30/2022 | 158 | NOTICE of Subpoena (iNovia Investment Fund 2015-A, LP) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/30/2022) |
| 03/30/2022 | 159 | NOTICE of Subpoena (iNovia Investment Fund III, LP) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 03/30/2022) |
| 03/31/2022 | | Case Reassigned to Judge Leonard P. Stark of the United States Court of Appeals for the Federal Circuit. Please include the initials of the Judge (LPS) after the case number on all documents filed. (ntl) (Entered: 03/31/2022) |
| 03/31/2022 | 160 | ORAL ORDER: In light of Defendant's filing of its amended answer and counterclaims (D.I. 36) and Plaintiffs' filing of their renewed motion to dismiss (D.I. 39), IT IS HEREBY ORDERED that Plaintiffs' earlier-filed motion to dismiss (D.I. 27) is DENIED AS MOOT. ORDERED by Judge Leonard P. Stark on 3/31/22. (ntl) (Entered: 03/31/2022) |
| 04/05/2022 | 161 | Joint Letter to The Honorable Leonard P. Stark from David E. Moore regarding request for a briefing schedule and discovery teleconference. (Moore, David) (Entered: 04/05/2022) |
| 04/06/2022 | 162 | NOTICE OF SERVICE of (1) Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Fourth Set of Requests for Production (Nos. 143-173) and (2) Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s First Set of Requests for Admission (Nos. 1-129) - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 04/06/2022) |
| 04/07/2022 | 163 | NOTICE of Issuance of Amended Deposition Subpoena to Teri Whitehead by ROSS Intelligence Inc. (Moore, David) (Entered: 04/07/2022) |
| 04/12/2022 | 164 | NOTICE requesting Clerk to remove Kayvan M. Ghaffari of Crowell & Moring LLP as co-counsel. Reason for request: no longer working on case. (Moore, David) (Entered: 04/12/2022) |
| 04/13/2022 | 165 | NOTICE OF SERVICE of Amended Initial Disclosures of Defendant/Counterclaimant Ross Intelligence Inc. Pursuant to Fed. R. Civ. P. 26(a)(1) filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 04/13/2022) |
| 04/15/2022 | 166 | MOTION for Pro Hac Vice Appearance of Attorney Christopher J. Banks of Crowell & Moring LLP - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 04/15/2022) |

A102

| 04/15/2022 | 167 | STIPULATION and Order to Permit Depositions to be Taken After the Close of Fact Discovery by ROSS Intelligence Inc.. (Moore, David) (Entered: 04/15/2022) |
|---|---|---|
| 04/18/2022 | | SO ORDERED, re 166 MOTION for Pro Hac Vice Appearance of Attorney Christopher J. Banks of Crowell & Moring LLP filed by ROSS Intelligence Inc. Signed by Judge Leonard P. Stark on 4/18/22. (ntl) (Entered: 04/18/2022) |
| 04/19/2022 | | SO ORDERED, re 167 STIPULATION and Order to Permit Depositions to be Taken After the Close of Fact Discovery filed by ROSS Intelligence Inc. Signed by Judge Leonard P. Stark on 4/19/22. (ntl) (Entered: 04/19/2022) |
| 04/21/2022 | 168 | NOTICE OF SERVICE of (1) Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's First Supplemental Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Interrogatory No. 21, (2) Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Second Set of Requests for Admission (Nos. 130-135), and (3) Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Fifth Set of Requests for Production (Nos. 174-181) filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 04/21/2022) |
| 04/22/2022 | 169 | NOTICE OF SERVICE of Defendant And Counterclaimant Ross Intelligence Inc.'s Responses And Objections To Plaintiffs' Third Set Of Requests For Production; and Defendant And Counterclaimant Ross Intelligence Inc.'s Responses And Objections To Plaintiffs' Fourth Set Of Interrogatories [Highly Confidential-Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 04/22/2022) |
| 04/26/2022 | 170 | MEMORANDUM OPINION re 39 motion to dismiss. Signed by Judge Leonard P. Stark on 4/26/22. (ntl) (Entered: 04/26/2022) |
| 04/26/2022 | 171 | ORDER re 170 Memorandum Opinion -- 39 MOTION to Dismiss filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH is GRANTED IN PART and DENIED IN PART. Signed by Judge Leonard P. Stark on 4/26/22. (ntl) (Entered: 04/26/2022) |
| 04/28/2022 | 172 | ORDER: DESIGNATION OF CIRCUIT JUDGE TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT, designating and assigning the Honorable Stephanos Bibas of the United States Court of Appeals for the Third Circuit. Signed by Judge Michael A Chagares, Chief Judge of the United States Court of Appeals for the Third Circuit on 4/28/2022. (rjb) (Entered: 04/28/2022) |
| 04/28/2022 | | Case Reassigned to Judge Stephanos Bibas of the United States Court of Appeals for the Third Circuit. Please include the initials of the Judge (SB) after the case number on all documents filed. (rjb) (Entered: 04/28/2022) |
| 04/29/2022 | 173 | ORDER, the parties shall confer and file a brief joint status report within fourteen days of this order. Signed by Judge Stephanos Bibas on 4/29/2022. (nmg) (Entered: 04/29/2022) |
| 04/29/2022 | | Pro Hac Vice Attorney Christopher J Banks for ROSS Intelligence Inc., added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 04/29/2022) |
| 05/03/2022 | 174 | NOTICE of Issuance of Second Amended Deposition Subpoena to Tariq Hafeez by ROSS Intelligence Inc. (Palapura, Bindu) (Entered: 05/03/2022) |

A103

| | | |
|---|---|---|
| 05/03/2022 | 175 | NOTICE of Issuance of Second Amended Deposition Subpoena to LegalEase Solutions, LLC by ROSS Intelligence Inc. (Palapura, Bindu) (Entered: 05/03/2022) |
| 05/03/2022 | 176 | [SEALED] NOTICE of Issuance of Deposition Subpoena to Morae Global Corporation by ROSS Intelligence Inc. (Palapura, Bindu) (Entered: 05/03/2022) |
| 05/04/2022 | 177 | REDACTED VERSION of 176 Notice (Other) by ROSS Intelligence Inc.. (Palapura, Bindu) (Entered: 05/04/2022) |
| 05/04/2022 | 178 | NOTICE to Take Deposition of Isabelle Moulinier on May 24, 2022 (Amended Notice) filed by ROSS Intelligence Inc..(Bartlett, Carson) (Entered: 05/04/2022) |
| 05/06/2022 | 179 | STIPULATION to Extend Deadline re Plaintiffs' Response to Defendant's Amended Counterclaims - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 05/06/2022) |
| 05/12/2022 | 180 | Joint STATUS REPORT by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A)(Moore, David) (Entered: 05/12/2022) |
| 05/13/2022 | 181 | STIPULATION and Order to Extend Deadlines - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 05/13/2022) |
| 06/09/2022 | 182 | Letter to The Honorable Stephanos Bibas from David E. Moore regarding pending discovery dispute - re 161 Letter. (Moore, David) (Entered: 06/09/2022) |
| 06/09/2022 | 183 | NOTICE OF SERVICE of Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 06/09/2022) |
| 06/21/2022 | 184 | STIPULATION and [Proposed] Order to Extend Deadlines - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 06/21/2022) |
| 06/22/2022 | 185 | ANSWER to 36 Amended Answer to Complaint,, Counterclaim, - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 06/22/2022) |
| 06/27/2022 | 186 | Joint Letter to The Honorable Stephanos Bibas from David E. Moore regarding pending discovery dispute. (Moore, David) (Entered: 06/27/2022) |
| 06/27/2022 | 187 | Joint Letter to The Honorable Stephanos Bibas from David E. Moore regarding pending discovery dispute. (Moore, David) (Entered: 06/27/2022) |
| 06/28/2022 | 188 | ORAL ORDER, I direct the parties to file simultaneous 10-page, single-spaced letter briefs by July 11 at noon addressing all pending discovery disputes. Ordered by Judge Stephanos Bibas on 6/28/2022. (twk) (Entered: 06/28/2022) |
| 07/01/2022 | 189 | Joint Letter to The Honorable Stephanos Bibas from David E. Moore regarding pending discovery dispute - re 188 Oral Order. (Moore, David) (Entered: 07/01/2022) |
| 07/05/2022 | 190 | STIPULATION and Order to Extend Deadlines - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 07/05/2022) |
| 07/06/2022 | 191 | SO ORDERED, re 190 Stipulation filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Signed by Judge Stephanos Bibas on 07/06/2022. (smg) (Entered: 07/06/2022) |

A104

| | | |
|---|---|---|
| 07/11/2022 | 192 | [SEALED] Letter to The Honorable Stephanos Bibas from Michael Flynn regarding Discovery Disputes - re 188 Oral Order. (Attachments: # 1 Exs. 1-4)(Flynn, Michael) (Entered: 07/11/2022) |
| 07/11/2022 | 193 | [SEALED] Letter to The Honorable Stephanos Bibas from David E. Moore regarding discovery dispute - re 188 Oral Order. (Attachments: # 1 Exhibit 1-22, # 2 Exhibit 23, # 3 Exhibit 24-27, # 4 Exhibit 28-30, # 5 Exhibit 31, # 6 Exhibit 32)(Moore, David) (Entered: 07/11/2022) |
| 07/15/2022 | 194 | MOTION for Leave to File *Amended Complaint* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exhibits 1-2)(Flynn, Michael) (Attachment 1 replaced on 8/3/2022) (apk). (Entered: 07/15/2022) |
| 07/15/2022 | 195 | [SEALED] Letter to The Honorable Stephanos Bibas from Michael J. Flynn regarding motion for leave to amend - re 194 MOTION for Leave to File *Amended Complaint*. (Attachments: # 1 Exhibits A-E)(Flynn, Michael) (Entered: 07/15/2022) |
| 07/18/2022 | 196 | REDACTED VERSION of 193 Letter, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-23, # 2 Exhibit 24-32)(Moore, David) (Entered: 07/18/2022) |
| 07/18/2022 | 197 | REDACTED VERSION of 192 Letter by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exhibits 1-4)(Flynn, Michael) (Entered: 07/18/2022) |
| 07/22/2022 | 198 | [SEALED] Letter to The Honorable Stephanos Bibas from David E. Moore regarding regarding response to motion for leave to amend - re 194 MOTION for Leave to File *Amended Complaint*. (Attachments: # 1 Exhibit A-S)(Moore, David) (Entered: 07/22/2022) |
| 07/22/2022 | 199 | STATEMENT re 198 Letter *[Defendant and Counterclaimant ROSS Intelligence Inc.'s Request For Judicial Notice In Support of ROSS's Response to Plaintiffs' Motion for Leave to File Amended Complaint]* by ROSS Intelligence Inc.. (Moore, David) (Entered: 07/22/2022) |
| 07/22/2022 | 200 | REDACTED VERSION of 195 Letter by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 07/22/2022) |
| 07/25/2022 | 201 | [SEALED] ORDER. Signed by Judge Stephanos Bibas on 7/25/2022. This order has been emailed to local counsel. (twk) (Entered: 07/25/2022) |
| 07/25/2022 | 202 | [SEALED] Letter to The Honorable Stephanos Bibas from Michael J. Flynn regarding motion for leave to amend - re 194 MOTION for Leave to File *Amended Complaint*. (Attachments: # 1 Exhibits A-C)(Flynn, Michael) (Entered: 07/25/2022) |
| 07/25/2022 | 203 | Letter to The Honorable Stephanos Bibas from Michael J. Flynn regarding request for teleconference - re 194 MOTION for Leave to File *Amended Complaint*. (Flynn, Michael) (Entered: 07/25/2022) |
| 07/29/2022 | 204 | REDACTED VERSION of 198 Letter by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-S)(Moore, David) (Entered: 07/29/2022) |
| 08/01/2022 | 205 | REDACTED VERSION of 202 Letter - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. A-C)(Flynn, Michael) (Entered: 08/01/2022) |
| 08/02/2022 | 206 | NOTICE OF SERVICE of Report Of Defendants' Expert Professor Richard Leiter, J.D. with Exhibits 1-5; Expert Report Of Alan J. Cox, Ph.D. with Appendices A-B [Highly Confidential-Attorneys' Eyes Only]; Report Of Defendants' Expert L. Karl Branting, J.D., Ph.D. with Exhibits 1-33 [Highly Confidential-Attorneys' Eyes Only]; and Expert Report |

A105

| | | |
|---|---|---|
| | | Of Barbara Frederiksen-Cross [Highly Confidential-Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 08/02/2022) |
| 08/02/2022 | 207 | NOTICE OF SERVICE of (1) Opening Expert Report of Dr. Jonathan L. Krein and (2) Expert Report of James E. Malackowski filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 08/02/2022) |
| 08/03/2022 | | CORRECTING ENTRY: Exhibits 1-2 to D.I. 194 have been replaced per counsels request. (apk) (Entered: 08/03/2022) |
| 08/03/2022 | 208 | [SEALED] Letter to The Honorable Stephanos Bibas from David E. Moore regarding response to Plaintiffs' July 25, 2022 letter - re 202 Letter. (Attachments: # 1 Exhibit 1-5) (Moore, David) (Entered: 08/03/2022) |
| 08/04/2022 | 209 | [SEALED] Letter to The Honorable Stephanos Bibas from Michael J. Flynn regarding motion to amend - re 208 Letter. (Attachments: # 1 Exhibits A-C)(Flynn, Michael) (Entered: 08/04/2022) |
| 08/09/2022 | 210 | NOTICE of Withdrawal of Motion to Amend by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation re 194 MOTION for Leave to File *Amended Complaint* (Flynn, Michael) (Entered: 08/09/2022) |
| 08/09/2022 | 211 | MOTION for Leave to File *a Second Amended Answer to the Complaint* - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A (Redline to Amended Answer), # 3 Exhibit B (Second Amended Answer to Complaint))(Moore, David) (Entered: 08/09/2022) |
| 08/09/2022 | 212 | Letter to The Honorable Stephanos Bibas from David E. Moore regarding motion for leave to amend Second Amended Answer to the Complaint - re 211 MOTION for Leave to File *a Second Amended Answer to the Complaint*. (Attachments: # 1 Exhibit C, # 2 Exhibit D)(Moore, David) (Entered: 08/09/2022) |
| 08/10/2022 | 213 | REDACTED VERSION of 208 Letter by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-5)(Moore, David) (Entered: 08/10/2022) |
| 08/11/2022 | 214 | REDACTED VERSION of 209 Letter by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exhibits A-C)(Flynn, Michael) (Entered: 08/11/2022) |
| 08/16/2022 | 215 | [SEALED] Letter to The Honorable Stephanos Bibas from Michael Flynn regarding Opposition to Ross's Motion for Leave to File a Second Amended Answer - re 211 MOTION for Leave to File *a Second Amended Answer to the Complaint*. (Attachments: # 1 Exs. A-G)(Flynn, Michael) (Entered: 08/16/2022) |
| 08/19/2022 | 216 | [SEALED] Letter to The Honorable Stephanos Bibas from David E. Moore regarding Reply to Motion for Leave to File a Second Amended Answer - re 211 MOTION for Leave to File *a Second Amended Answer to the Complaint*. (Moore, David) (Additional attachment(s) added on 8/22/2022: # 1 Exhibit A) (lam). (Entered: 08/19/2022) |
| 08/19/2022 | 217 | Letter to The Honorable Stephanos Bibas from David E. Moore regarding request for a teleconference - re 211 MOTION for Leave to File *a Second Amended Answer to the Complaint*. (Moore, David) (Entered: 08/19/2022) |
| 08/19/2022 | 218 | NOTICE of of Errata by ROSS Intelligence Inc. re 212 Letter, 216 Letter (Moore, David) (Entered: 08/19/2022) |
| 08/22/2022 | | CORRECTING ENTRY: Exhibit A attached to DI 216 per counsel request (lam) (Entered: 08/22/2022) |

A106

| 08/23/2022 | 219 | REDACTED VERSION of 215 Letter, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. A-G)(Flynn, Michael) (Entered: 08/23/2022) |
| --- | --- | --- |
| 08/24/2022 | 220 | REDACTED VERSION of 216 Letter, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A)(Moore, David) (Entered: 08/24/2022) |
| 09/01/2022 | 221 | NOTICE OF SERVICE of Second Amended Initial Disclosures of Defendant/Counterclaimant ROSS Intelligence Inc. Pursuant to Fed. R. Civ. P. 26(a)(1) [Confidential] filed by ROSS Intelligence Inc..(Moore, David) (Entered: 09/01/2022) |
| 09/01/2022 | 222 | NOTICE OF SERVICE of Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Supplemental Initial Disclosures - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 09/01/2022) |
| 09/07/2022 | 223 | NOTICE OF SERVICE of Rebuttal Report of Barbara Frederiksen-Cross [Confidential, Highly Confidential-Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Moore, David) (Entered: 09/07/2022) |
| 09/12/2022 | 224 | ORDER, I GRANT ROSS's Motion for Leave to File a Second Amended Answer to the Complaint. D.I. 211 . ROSS's preemption defense is not clearly futile, and Thomson Reuters cannot show concrete prejudice. The parties are ordered to meet and confer within ten days to propose a briefing schedule in case ROSS files a motion to dismiss. Signed by Judge Stephanos Bibas on 9/12/2022. (srs) Modified on 9/12/2022 (srs). (Entered: 09/12/2022) |
| 09/14/2022 | 225 | AMENDED ANSWER to 1 Complaint,, Amended COUNTERCLAIM *[Defendant and Counterclaimant ROSS Intelligence Inc.'s Second Amended Answer and Defenses and Amended Counterclaims in Response to Plaintiffs' Complaint and Demand for Jury Trial]* against Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation by ROSS Intelligence Inc.. (Moore, David) (Entered: 09/14/2022) |
| 09/15/2022 | 226 | NOTICE OF SERVICE of Defendant And Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses And Objections To Plaintiffs' Set Of Interrogatories (Supplemental Response To Interrogatory Nos. 11 & 12 Only)[Highly Confidential - Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Moore, David) (Entered: 09/15/2022) |
| 09/21/2022 | 227 | NOTICE OF SERVICE of Expert Report of Alan J. Cox, Ph.D. [Confidential-Attorneys Eyes' Only] filed by ROSS Intelligence Inc..(Bartlett, Carson) (Entered: 09/21/2022) |
| 09/21/2022 | 228 | NOTICE OF SERVICE of Defendant/Counterclaimant Ross Intelligence Inc.'s First Set Of Counterclaim Requests For Admission (No. 136), and Defendant/Counterclaimant Ross Intelligence Inc.'s First Set Of Counterclaim Requests For Production To Plaintiff/Counterdefendants Thomson Reuters Enterprise Centre GmbH And West Publishing Corporation (Nos. 182-233) filed by ROSS Intelligence Inc..(Bartlett, Carson) (Entered: 09/21/2022) |
| 09/22/2022 | 229 | Joint Letter to The Honorable Stephanos Bibas from David E. Moore regarding proposed briefing schedule to address the issue of copyright preemption. (Moore, David) (Entered: 09/22/2022) |
| 09/23/2022 | 230 | NOTICE to Take Deposition of Jonathan Krein on October 28, 2022 filed by ROSS Intelligence Inc..(Moore, David) (Entered: 09/23/2022) |
| 09/23/2022 | 231 | NOTICE to Take Deposition of James E. Malackowski on November 4, 2022 filed by ROSS Intelligence Inc..(Moore, David) (Entered: 09/23/2022) |

A107

| | | |
|---|---|---|
| 09/23/2022 | 232 | NOTICE OF SERVICE of Plaintiffs' / Counterdefendants' Fourth Set of Requests for Production to Defendant/Counterclaimant filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 09/23/2022) |
| 09/26/2022 | 233 | ORAL ORDER: I GRANT IN PART the parties' stipulated summary judgment briefing schedule. D.I. 184 ; D.I. 229 . Opening briefs are due December 22, 2022; opposition briefs January 30, 2023; reply briefs February 13, 2023. Ordered by Judge Stephanos Bibas on 09/26/2022. (smg) (Entered: 09/26/2022) |
| 10/06/2022 | 234 | ANSWER to 225 Amended Answer to Complaint,, Counterclaim, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 10/06/2022) |
| 10/12/2022 | 235 | NOTICE to Take Deposition of Jonathan Krein on October 22, 2022 (Amended Notice) filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 10/12/2022) |
| 10/12/2022 | 236 | NOTICE to Take Deposition of James E. Malackowski on November 4, 2022 (Amended Notice) filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 10/12/2022) |
| 10/12/2022 | 237 | NOTICE OF SERVICE of Expert Reply Report of Alan J. Cox, Ph.D. [Confidential-Attorneys' Eyes Only], and L. Karl Branting, J.D., Ph.D.'s Reply to Krein Rebuttal Report [Confidential, Highly Confidential - Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 10/12/2022) |
| 10/14/2022 | 238 | NOTICE to Take Deposition of L. Karl Branting, J.D., Ph.D. on October 19, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 10/14/2022) |
| 10/14/2022 | 239 | NOTICE to Take Deposition of Richard Leiter, J.D. on October 24, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 10/14/2022) |
| 10/14/2022 | 240 | NOTICE to Take Deposition of Alan J. Cox, Ph.D. on November 2, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 10/14/2022) |
| 10/14/2022 | 241 | NOTICE to Take Deposition of Barbara Frederiksen-Cross on November 3, 2022 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 10/14/2022) |
| 10/18/2022 | 242 | NOTICE OF SERVICE of Correction to Typographical Error in Report of Defendant's Expert L. Karl Branting, J.D., Ph.D. [Confidential, Highly Confidential - Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Moore, David) (Entered: 10/18/2022) |
| 10/19/2022 | 243 | NOTICE OF SERVICE of Reply Expert Report of James E. Malackowski filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 10/19/2022) |
| 10/20/2022 | 244 | NOTICE OF SERVICE of (1) Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s First Set of Counterclaim Requests for Production (Nos. 182-233); and (2) Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s First Set of Counterclaim Requests for Admission (No. 136) filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 10/20/2022) |
| 10/24/2022 | 245 | NOTICE OF SERVICE of Defendant And Counterclaimant Ross Intelligence Inc.'s Responses And Objections To Plaintiffs' Fourth Set Of Requests For Production filed by ROSS Intelligence Inc..(Palapura, Bindu) (Entered: 10/24/2022) |

A108

| 10/27/2022 | 246 | NOTICE OF SERVICE of Correction to Typographical Error in Reply Report of Plaintiffs Expert Dr. Jonathan L. Krein - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 10/27/2022) |
| --- | --- | --- |
| 11/03/2022 | 247 | STIPULATION TO EXTEND TIME for the deadline for completion of expert discovery related to Plaintiffs' claims, solely for the purpose of taking the deposition of Defendant's expert Barbara Frederiksen-Cross to November 11, 2022 - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/03/2022) |
| 11/07/2022 | 248 | ORAL ORDER: I GRANT the parties' stipulation deadline extension, D.I. 247 . The expert discovery deadline will be November 11, 2022 ( Expert Discovery due by 11/11/2022.) Signed by Judge Stephanos Bibas on 11/7/2022. (apk) (Entered: 11/07/2022) |
| 12/22/2022 | 249 | MOTION for Partial Summary Judgment *(No. 1) on Copyright Infringement* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 250 | [SEALED] OPENING BRIEF in Support re 249 MOTION for Partial Summary Judgment *(No. 1) on Copyright Infringement* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 1/5/2023. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 251 | MOTION for Partial Summary Judgment *(No. 2) on Tortious Interference with Contract and Copyright Preemption* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 252 | [SEALED] OPENING BRIEF in Support re 251 MOTION for Partial Summary Judgment *(No. 2) on Tortious Interference with Contract and Copyright Preemption* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 1/5/2023. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 253 | MOTION for Partial Summary Judgment *(No. 3) on Fair Use and Other Defenses* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 254 | [SEALED] OPENING BRIEF in Support re 253 MOTION for Partial Summary Judgment *(No. 3) on Fair Use and Other Defenses* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 1/5/2023. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 255 | [SEALED] DECLARATION re 249 MOTION for Partial Summary Judgment *(No. 1) on Copyright Infringement*, 253 MOTION for Partial Summary Judgment *(No. 3) on Fair Use and Other Defenses*, 251 MOTION for Partial Summary Judgment *(No. 2) on Tortious Interference with Contract and Copyright Preemption -- Declaration of Miranda D. Means --* by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Ex. 1-22, # 2 Ex. 23, # 3 Ex. 24-43, # 4 Ex. 44-74, # 5 Ex. 75-80, # 6 Ex. 81, # 7 Ex. 82-86, # 8 Ex. 87, # 9 Ex. 88, # 10 Ex. 89-97, # 11 Ex. 98-103)(Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 256 | [SEALED] DECLARATION re 249 MOTION for Partial Summary Judgment *(No. 1) on Copyright Infringement*, 251 MOTION for Partial Summary Judgment *(No. 2) on Tortious Interference with Contract and Copyright Preemption*, 253 MOTION for Partial Summary Judgment *(No. 3) on Fair Use and Other Defenses -- Declaration of Laurie Oliver --* by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 12/22/2022) |

A109

| 12/22/2022 | 257 | NOTICE of Lodging by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation re 255 Declaration,, *(Declaration of Miranda D. Means)* (Flynn, Michael) (Entered: 12/22/2022) |
| --- | --- | --- |
| 12/22/2022 | 258 | MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of L. Karl Branting* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 259 | [SEALED] OPENING BRIEF in Support re 258 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of L. Karl Branting* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 1/5/2023. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 260 | MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Barbara Frederiksen-Cross* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 261 | [SEALED] OPENING BRIEF in Support re 260 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Barbara Frederiksen-Cross* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 1/5/2023. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 262 | MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Alan Cox* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 263 | [SEALED] OPENING BRIEF in Support re 262 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Alan Cox* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 1/5/2023. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 264 | MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Richard Leiter* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 265 | [SEALED] OPENING BRIEF in Support re 264 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Richard Leiter* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 1/5/2023. (Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 266 | [SEALED] DECLARATION re 264 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Richard Leiter*, 260 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Barbara Frederiksen-Cross*, 262 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Alan Cox*, 258 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of L. Karl Branting -- Declaration of Eric Loverro --* by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. AA-BI)(Flynn, Michael) (Entered: 12/22/2022) |
| 12/22/2022 | 267 | MOTION to Preclude *the Opinions and Testimony of Plaintiffs' Expert Jonathan L. Krein* - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed Order)(Moore, David) (Entered: 12/22/2022) |

A110

Case: 25-2153   Document: 156-2   Page: 76   Date Filed: 01/02/2026

| 12/22/2022 | 268 | [SEALED] OPENING BRIEF in Support re 267 MOTION to Preclude *the Opinions and Testimony of Plaintiffs' Expert Jonathan L. Krein* filed by ROSS Intelligence Inc..Answering Brief/Response due date per Local Rules is 1/5/2023. (Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 269 | MOTION for Summary Judgment *as to Plaintiffs' Tortious Interference with Contract Claim* - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed Order) (Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 270 | [SEALED] OPENING BRIEF in Support re 269 MOTION for Summary Judgment *as to Plaintiffs' Tortious Interference with Contract Claim* filed by ROSS Intelligence Inc..Answering Brief/Response due date per Local Rules is 1/5/2023. (Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 271 | MOTION for Summary Judgment *on its Affirmative Defense of Fair Use* - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed Order)(Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 272 | [SEALED] OPENING BRIEF in Support re 271 MOTION for Summary Judgment *on its Affirmative Defense of Fair Use* filed by ROSS Intelligence Inc..Answering Brief/Response due date per Local Rules is 1/5/2023. (Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 273 | MOTION to Preclude *[Ross Intelligence Inc.'s Motion to Exclude Two Opinions of James E. Malackowski]* - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed Order)(Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 274 | [SEALED] OPENING BRIEF in Support re 273 MOTION to Preclude *[Ross Intelligence Inc.'s Motion to Exclude Two Opinions of James E. Malackowski]* filed by ROSS Intelligence Inc..Answering Brief/Response due date per Local Rules is 1/5/2023. (Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 275 | [SEALED] DECLARATION re 267 MOTION to Preclude *the Opinions and Testimony of Plaintiffs' Expert Jonathan L. Krein*, 268 Opening Brief in Support, 273 MOTION to Preclude *[Ross Intelligence Inc.'s Motion to Exclude Two Opinions of James E. Malackowski]*, 274 Opening Brief in Support, *[Declaration of Joachim B. Steinberg]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Palapura, Bindu) (Entered: 12/22/2022) |
| 12/22/2022 | 276 | [SEALED] DECLARATION re 272 Opening Brief in Support *of Motion for Summary Judgment on its Affirmative Defense of Fair Use* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (part 1 of 4), # 3 Exhibit B (part 2 of 4), # 4 Exhibit B (part 3 of 4), # 5 Exhibit B (part 4 of 4), # 6 Exhibit C-E)(Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 277 | DECLARATION re 272 Opening Brief in Support *of Motion for Summary Judgment on its Affirmative Defense of Fair Use (Declaration of Richard Leiter)* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-D)(Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 278 | [SEALED] DECLARATION re 272 Opening Brief in Support *of Motion for Summary Judgment on its Affirmative Defense of Fair Use (Declaration of Jimoh Ovbiagele))* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-B)(Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 279 | [SEALED] DECLARATION re 272 Opening Brief in Support *of Motion for Summary Judgment on its Affirmative Defense of Fair Use (Declaration of L. Karl Branting)* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (part 1 of 16), # 3 |

A111

| | | |
|---|---|---|
| | | Exhibit B (part 2 of 16), # 4 Exhibit B (part 3 of 16), # 5 Exhibit B (part 4 of 16), # 6 Exhibit B (part 5 of 16), # 7 Exhibit B (part 6 of 16), # 8 Exhibit B (part 7 of 16), # 9 Exhibit B (part 8 of 16), # 10 Exhibit B (part 9 of 16), # 11 Exhibit B (part 10 of 16), # 12 Exhibit B (part 11 of 16), # 13 Exhibit B (part 12 of 16), # 14 Exhibit B (part 13 of 16), # 15 Exhibit B (part 14 of 16), # 16 Exhibit B (part 15 of 16), # 17 Exhibit B (part 16 of 16), # 18 Exhibit C, # 19 Exhibit D)(Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 280 | [SEALED] DECLARATION re 272 Opening Brief in Support *of Motion for Summary Judgment on its Affirmative Defense of Fair Use (Declaration of Barbra Frederiksen-Cross* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C (part 1 of 9), # 4 Exhibit C (part 2 of 9), # 5 Exhibit C (part 3 of 9), # 6 Exhibit C (part 4 of 9), # 7 Exhibit C (part 5 of 9), # 8 Exhibit C (part 6 of 9), # 9 Exhibit C (part 7 of 9), # 10 Exhibit C (part 8 of 9), # 11 Exhibit C (part 9 of 9), # 12 Exhibit D (part 1 of 33), # 13 Exhibit D (part 2 of 33), # 14 Exhibit D (part 3 of 33), # 15 Exhibit D (part 4 of 33), # 16 Exhibit D (part 5 of 33), # 17 Exhibit D (part 6 of 33), # 18 Exhibit D (part 7 of 33), # 19 Exhibit D (part 8 of 33), # 20 Exhibit D (part 9 of 33), # 21 Exhibit D (part 10 of 33), # 22 Exhibit D (part 11 of 33), # 23 Exhibit D (part 12 of 33), # 24 Exhibit D (part 13 of 33), # 25 Exhibit D (part 14 of 33), # 26 Exhibit D (part 15 of 33), # 27 Exhibit D (part 16 of 33), # 28 Exhibit D (part 17 of 33), # 29 Exhibit D (part 18 of 33), # 30 Exhibit D (part 19 of 33), # 31 Exhibit D (part 20 of 33), # 32 Exhibit D (part 21 of 33), # 33 Exhibit D (part 22 of 33), # 34 Exhibit D (part 23 of 33), # 35 Exhibit D (part 24 of 33), # 36 Exhibit D (part 25 of 33), # 37 Exhibit D (part 26 of 33), # 38 Exhibit D (part 27 of 33), # 39 Exhibit D (part 28 of 33), # 40 Exhibit D (part 29 of 33), # 41 Exhibit D (part 30 of 33), # 42 Exhibit D (part 31 of 33), # 43 Exhibit D (part 32 of 33), # 44 Exhibit D (part 33 of 33))(Moore, David) (Entered: 12/22/2022) |
| 12/22/2022 | 281 | [SEALED] DECLARATION re 270 Opening Brief in Support, 271 MOTION for Summary Judgment *on its Affirmative Defense of Fair Use*, 269 MOTION for Summary Judgment *as to Plaintiffs' Tortious Interference with Contract Claim*, 272 Opening Brief in Support *[Declaration of Warrington S. Parker III]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-14, # 2 Exhibit 15-25, # 3 Exhibit 26 part 1 of 6, # 4 Exhibit 26 part 2 of 6, # 5 Exhibit 26 part 3 of 6, # 6 Exhibit 26 part 4 of 6, # 7 Exhibit 26 part 5 of 6, # 8 Exhibit 26 part 6 of 6, # 9 Exhibit 27-35, # 10 Exhibit 36 part 1 of 4, # 11 Exhibit 36 part 2 of 4, # 12 Exhibit 36 part 3 of 4, # 13 Exhibit 36 part 4 of 4, # 14 Exhibit 37-41, # 15 Exhibit 42-43, # 16 Exhibit 44 part 1 of 3, # 17 Exhibit 44 part 2 of 3, # 18 Exhibit 44 part 3 of 3, # 19 Exhibit 45 part 1 of 3, # 20 Exhibit 45 part 2 of 3, # 21 Exhibit 45 part 3 of 3, # 22 Exhibit 46, # 23 Exhibit 47, # 24 Exhibit 48, # 25 Exhibit 49, # 26 Exhibit 50, # 27 Exhibit 51, # 28 Exhibit 52, # 29 Exhibit 53, # 30 Exhibit 54, # 31 Exhibit 55, # 32 Exhibit 56, # 33 Exhibit 57, # 34 Exhibit 58, # 35 Exhibit 59, # 36 Exhibit 60, # 37 Exhibit 61, # 38 Exhibit 62, # 39 Exhibit 63, # 40 Exhibit 64 part 1 of 2, # 41 Exhibit 64 part 2 of 2, # 42 Exhibit 65 part 1 of 2, # 43 Exhibit 65 part 2 of 2, # 44 Exhibit 66)(Palapura, Bindu) (Entered: 12/22/2022) |
| 12/28/2022 | 282 | STIPULATION TO EXTEND TIME for the parties to submit redacted versions of their sealed summary judgment and Daubert papers originally filed on December 22, 2022 (D.I. 250, 252, 254-256, 259, 261, 263, 265, 266, 268, 270, 272, 274-276, and 278-281) to January 5, 2023 - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 12/28/2022) |
| 12/29/2022 | 283 | ORAL ORDER, I GRANT the parties stipulation to extend the deadline to submit redacted versions of their papers (D.I. 282 ) to January 5, 2023. Signed by Judge Stephanos Bibas on 12/29/2022. (apk) (Entered: 12/29/2022) |
| 01/03/2023 | 284 | MULTI MEDIA DOCUMENT filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation in the form of a USB Drive. Filing related to D.I. 255 Declaration |

A112

| | | and D.I. 257 Notice of Lodging. (Media on file in Clerk's Office). (smg) (Entered: 01/03/2023) |
|---|---|---|
| 01/05/2023 | 285 | REDACTED VERSION of 268 Opening Brief in Support, by ROSS Intelligence Inc.. (Moore, David) (Entered: 01/05/2023) |
| 01/05/2023 | 286 | REDACTED VERSION of 270 Opening Brief in Support, by ROSS Intelligence Inc.. (Moore, David) (Entered: 01/05/2023) |
| 01/05/2023 | 287 | REDACTED VERSION of 272 Opening Brief in Support by ROSS Intelligence Inc.. (Moore, David) (Entered: 01/05/2023) |
| 01/05/2023 | 288 | REDACTED VERSION of 274 Opening Brief in Support, by ROSS Intelligence Inc.. (Moore, David) (Entered: 01/05/2023) |
| 01/05/2023 | 289 | REDACTED VERSION of 275 Declaration,, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-8)(Moore, David) (Entered: 01/05/2023) |
| 01/05/2023 | 290 | REDACTED VERSION of 276 Declaration, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-E)(Moore, David) (Entered: 01/05/2023) |
| 01/05/2023 | 291 | REDACTED VERSION of 278 Declaration by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-B)(Moore, David) (Entered: 01/05/2023) |
| 01/05/2023 | 292 | REDACTED VERSION of 279 Declaration,,, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-D)(Moore, David) (Entered: 01/05/2023) |
| 01/05/2023 | 293 | REDACTED VERSION of 280 Declaration,,,,, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-D)(Moore, David) (Entered: 01/05/2023) |
| 01/05/2023 | 294 | REDACTED VERSION of 281 Declaration,,,,, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-25, # 2 Exhibit 26 part 1 of 6, # 3 Exhibit 26 part 2 of 6, # 4 Exhibit 26 part 3 of 6, # 5 Exhibit 26 part 4 of 6, # 6 Exhibit 26 part 5 of 6, # 7 Exhibit 26 part 6 of 6, # 8 Exhibit 27-30, # 9 Exhibit 31-43, # 10 Exhibit 44 part 1 of 3, # 11 Exhibit 44 part 2 of 3, # 12 Exhibit 44 part 3 of 3, # 13 Exhibit 45 part 1 of 3, # 14 Exhibit 45 part 2 of 3, # 15 Exhibit 45 part 3 of 3, # 16 Exhibit 46-66)(Moore, David) (Entered: 01/05/2023) |
| 01/09/2023 | 295 | REDACTED VERSION of 250 Opening Brief in Support, *re 249 MOTION for Partial Summary Judgment (No. 1) on Copyright Infringement* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/09/2023) |
| 01/09/2023 | 296 | REDACTED VERSION of 252 Opening Brief in Support, *re 251 MOTION for Partial Summary Judgment (No. 2) on Tortious Interference with Contract and Copyright Preemption* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/09/2023) |
| 01/09/2023 | 297 | REDACTED VERSION of 254 Opening Brief in Support, *re 253 MOTION for Partial Summary Judgment (No. 3) on Fair Use and Other Defenses* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/09/2023) |
| 01/09/2023 | 298 | REDACTED VERSION of 255 Declaration,, *of Miranda D. Means* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 1-103)(Flynn, Michael) (Entered: 01/09/2023) |
| 01/09/2023 | 299 | REDACTED VERSION of 259 Opening Brief in Support, *re 258 MOTION to Preclude Certain Testimony, Argument, or Evidence Regarding the Opinions of L. Karl Branting* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/09/2023) |

A113

| 01/09/2023 | 300 | REDACTED VERSION of [261] Opening Brief in Support, *re 260 MOTION to Preclude Certain Testimony, Argument, or Evidence Regarding the Opinions of Barbara Frederiksen-Cross* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/09/2023) |
| --- | --- | --- |
| 01/09/2023 | 301 | REDACTED VERSION of [263] Opening Brief in Support, *re 262 MOTION to Preclude Certain Testimony, Argument, or Evidence Regarding the Opinions of Alan Cox* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/09/2023) |
| 01/09/2023 | 302 | REDACTED VERSION of [265] Opening Brief in Support, *re 264 MOTION to Preclude Certain Testimony, Argument, or Evidence Regarding the Opinions of Richard Leiter* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/09/2023) |
| 01/09/2023 | 303 | REDACTED VERSION of [266] Declaration,, *of Eric Loverro* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # [1] Exs. AA-BI) (Flynn, Michael) (Entered: 01/09/2023) |
| 01/09/2023 | 304 | REDACTED VERSION of [256] Declaration, *of Laurie Oliver* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 01/09/2023) |
| 01/11/2023 | 305 | STIPULATION to Extend Time deadlines related to Defendant's Antitrust and California Unfair Competition Law Counterclaims by ROSS Intelligence Inc.. (Moore, David) (Entered: 01/11/2023) |
| 01/12/2023 | 306 | ORAL ORDER, I GRANT the parties' stipulated deadline extensions, D.I. [305] . Substantial completion of document production due by February 23, 2023; close of fact discovery May 11, 2023; expert reports May 25, 2023; rebuttal expert reports June 22, 2023; reply expert reports July 20, 2023; close of expert discovery August 3, 2023. Opening summary judgment briefs due August 31, 2023; opposition briefs September 28, 2023; reply briefs October 26, 2023. I will not look kindly on further requests for extensions. Ordered by Judge Stephanos Bibas on 1/12/2023. (twk) (Entered: 01/12/2023) |
| 01/13/2023 | 307 | NOTICE OF SERVICE of Defendant/Counterclaimant ROSS Intelligence Inc.'s Second Set of Counterclaim Requests for Production to Plaintiff/Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation (Nos. 234-247) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 01/13/2023) |
| 01/24/2023 | 308 | NOTICE of Errata by ROSS Intelligence Inc. re [287] Redacted Document, [272] Opening Brief in Support *of its Motion for Summary Judgment on its Affirmative Defense of Fair Use* (Moore, David) (Entered: 01/24/2023) |
| 01/30/2023 | 309 | [SEALED] ANSWERING BRIEF in Opposition re [264] MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Richard Leiter* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 2/6/2023. (Moore, David) (Entered: 01/30/2023) |
| 01/30/2023 | 310 | [SEALED] ANSWERING BRIEF in Opposition re [249] MOTION for Partial Summary Judgment *(No. 1) on Copyright Infringement* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 2/6/2023. (Moore, David) (Entered: 01/30/2023) |
| 01/30/2023 | 311 | [SEALED] ANSWERING BRIEF in Opposition re [251] MOTION for Partial Summary Judgment *(No. 2) on Tortious Interference with Contract and Copyright Preemption* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 2/6/2023. (Moore, David) (Entered: 01/30/2023) |

A114

| 01/30/2023 | 312 | [SEALED] ANSWERING BRIEF in Opposition re 258 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of L. Karl Branting* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 2/6/2023. (Moore, David) (Entered: 01/30/2023) |
|---|---|---|
| 01/30/2023 | 313 | [SEALED] ANSWERING BRIEF in Opposition re 262 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Alan Cox* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 2/6/2023. (Moore, David) (Entered: 01/30/2023) |
| 01/30/2023 | 314 | [SEALED] ANSWERING BRIEF in Opposition re 260 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Barbara Frederiksen-Cross* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 2/6/2023. (Moore, David) (Entered: 01/30/2023) |
| 01/30/2023 | 315 | [SEALED] ANSWERING BRIEF in Opposition re 267 MOTION to Preclude *the Opinions and Testimony of Plaintiffs' Expert Jonathan L. Krein* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Reply Brief due date per Local Rules is 2/6/2023. (Flynn, Michael) (Entered: 01/30/2023) |
| 01/30/2023 | 316 | [SEALED] ANSWERING BRIEF in Opposition re 269 MOTION for Summary Judgment *as to Plaintiffs' Tortious Interference with Contract Claim* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Reply Brief due date per Local Rules is 2/6/2023. (Flynn, Michael) (Entered: 01/30/2023) |
| 01/30/2023 | 317 | [SEALED] ANSWERING BRIEF in Opposition re 271 MOTION for Summary Judgment *on its Affirmative Defense of Fair Use* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Reply Brief due date per Local Rules is 2/6/2023. (Flynn, Michael) (Entered: 01/30/2023) |
| 01/30/2023 | 318 | [SEALED] ANSWERING BRIEF in Opposition re 253 MOTION for Partial Summary Judgment *(No. 3) on Fair Use and Other Defenses* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 2/6/2023. (Moore, David) (Entered: 01/30/2023) |
| 01/30/2023 | 319 | [SEALED] ANSWERING BRIEF in Opposition re 273 MOTION to Preclude *[Ross Intelligence Inc.'s Motion to Exclude Two Opinions of James E. Malackowski]* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Reply Brief due date per Local Rules is 2/6/2023. (Flynn, Michael) (Entered: 01/30/2023) |
| 01/30/2023 | 320 | [SEALED] DECLARATION re 317 Answering Brief in Opposition, 319 Answering Brief in Opposition, 315 Answering Brief in Opposition, 316 Answering Brief in Opposition, *of Miranda D. Means* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 104-115)(Flynn, Michael) (Entered: 01/30/2023) |
| 01/30/2023 | 321 | [SEALED] DECLARATION re 314 Answering Brief in Opposition, 313 Answering Brief in Opposition, 312 Answering Brief in Opposition, 309 Answering Brief in Opposition, *[Declaration of Crinesha B. Berry]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 9, # 2 Exhibit 10, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16)(Moore, David) (Entered: 01/30/2023) |
| 01/30/2023 | 322 | [SEALED] DECLARATION re 310 Answering Brief in Opposition *[Declaration of Jimoh Ovbiagele]* by ROSS Intelligence Inc.. (Moore, David) (Entered: 01/30/2023) |
| 01/30/2023 | 323 | [SEALED] OBJECTIONS by ROSS Intelligence Inc. to 310 Answering Brief in Opposition, 249 MOTION for Partial Summary Judgment *(No. 1) on Copyright Infringement*, 250 Opening Brief in Support, *[Defendant's Objections to Evidence Offered In Support of Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment (No. 1) on Copyright Infringement (DI 249, 250)]*. (Moore, David) (Entered: 01/30/2023) |

A115

| 01/30/2023 | 324 | [SEALED] DECLARATION re 310 Answering Brief in Opposition, 311 Answering Brief in Opposition, 318 Answering Brief in Opposition *[Declaration of Jacob Canter]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 67, # 2 Exhibit 68, # 3 Exhibit 69, # 4 Exhibit 70, # 5 Exhibit 71, # 6 Exhibit 72, # 7 Exhibit 73, # 8 Exhibit 74, # 9 Exhibit 75, # 10 Exhibit 76, # 11 Exhibit 77, # 12 Exhibit 78, # 13 Exhibit 79, # 14 Exhibit 80, # 15 Exhibit 81, # 16 Exhibit 82, # 17 Exhibit 83, # 18 Exhibit 84, # 19 Exhibit 85, # 20 Exhibit 86, # 21 Exhibit 87, # 22 Exhibit 88, # 23 Exhibit 89, # 24 Exhibit 90 (Part 1 of 3), # 25 Exhibit 90 (Part 2 of 3), # 26 Exhibit 90 (Part 3 of 3))(Palapura, Bindu) (Entered: 01/30/2023) |
| 01/30/2023 | 325 | [SEALED] OBJECTIONS by ROSS Intelligence Inc. to 311 Answering Brief in Opposition, 251 MOTION for Partial Summary Judgment *(No. 2) on Tortious Interference with Contract and Copyright Preemption*, 252 Opening Brief in Support, *Defendant's Objections to Evidence Offered In Support of Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment (No. 2) on Tortious Interference (DI 251, 252)]*. (Moore, David) (Entered: 01/30/2023) |
| 01/30/2023 | 326 | [SEALED] OBJECTIONS by ROSS Intelligence Inc. to 254 Opening Brief in Support, 253 MOTION for Partial Summary Judgment *(No. 3) on Fair Use and Other Defenses*, 318 Answering Brief in Opposition *[Defendant's Objections to Evidence Offered In Support of Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment (No. 3) on Fair Use and Other Defenses (DI 253, 254)]*. (Moore, David) (Entered: 01/30/2023) |
| 01/30/2023 | 327 | NOTICE of filing the following Non-Paper material(s) in multi media format: Exhibit 89 submitted in support of the Declaration of Jacob Canter in Support of Defendant/Counterclaimant ROSS Intelligence Inc.'s Briefs in Response to Plaintiffs' Motions for Summary Judgment (D.I. 324). Original Non-paper material(s) to be filed with the Clerk's Office. Notice filed by Bindu Ann George Palapura on behalf of ROSS Intelligence Inc. (Palapura, Bindu) (Entered: 01/30/2023) |
| 02/06/2023 | 328 | REDACTED VERSION of 315 Answering Brief in Opposition, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/06/2023) |
| 02/06/2023 | 329 | REDACTED VERSION of 316 Answering Brief in Opposition, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/06/2023) |
| 02/06/2023 | 330 | REDACTED VERSION of 317 Answering Brief in Opposition, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/06/2023) |
| 02/06/2023 | 331 | REDACTED VERSION of 319 Answering Brief in Opposition, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/06/2023) |
| 02/06/2023 | 332 | REDACTED VERSION of 320 Declaration, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 104-115)(Flynn, Michael) (Entered: 02/06/2023) |
| 02/06/2023 | 333 | REDACTED VERSION of 309 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |
| 02/06/2023 | 334 | REDACTED VERSION of 310 Answering Brief in Opposition by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |

A116

| 02/06/2023 | 335 | REDACTED VERSION of 311 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |
| 02/06/2023 | 336 | REDACTED VERSION of 312 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |
| 02/06/2023 | 337 | REDACTED VERSION of 313 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |
| 02/06/2023 | 338 | REDACTED VERSION of 314 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |
| 02/06/2023 | 339 | REDACTED VERSION of 318 Answering Brief in Opposition by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |
| 02/06/2023 | 340 | REDACTED VERSION of 321 Declaration, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 9, # 2 Exhibit 10, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16)(Moore, David) (Entered: 02/06/2023) |
| 02/06/2023 | 341 | REDACTED VERSION of 322 Declaration by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |
| 02/06/2023 | 342 | REDACTED VERSION of 323 Objections, by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |
| 02/06/2023 | 343 | REDACTED VERSION of 324 Declaration,,, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 67, # 2 Exhibit 68, # 3 Exhibit 69, # 4 Exhibit 70, # 5 Exhibit 71, # 6 Exhibit 72, # 7 Exhibit 73, # 8 Exhibit 74, # 9 Exhibit 75, # 10 Exhibit 76, # 11 Exhibit 77, # 12 Exhibit 78, # 13 Exhibit 79, # 14 Exhibit 80, # 15 Exhibit 81, # 16 Exhibit 82, # 17 Exhibit 83, # 18 Exhibit 84, # 19 Exhibit 85, # 20 Exhibit 86, # 21 Exhibit 87, # 22 Exhibit 88, # 23 Exhibit 89, # 24 Exhibit 90)(Palapura, Bindu) (Entered: 02/06/2023) |
| 02/06/2023 | 344 | REDACTED VERSION of 325 Objections, by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |
| 02/06/2023 | 345 | REDACTED VERSION of 326 Objections, by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/06/2023) |
| 02/13/2023 | 346 | [SEALED] REPLY BRIEF re 269 MOTION for Summary Judgment *as to Plaintiffs' Tortious Interference with Contract Claim* filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/13/2023) |
| 02/13/2023 | 347 | [SEALED] REPLY BRIEF re 271 MOTION for Summary Judgment *on its Affirmative Defense of Fair Use* filed by ROSS Intelligence Inc.. (Moore, David) (Main Document 347 replaced on 2/21/2023) (vfm). (Entered: 02/13/2023) |
| 02/13/2023 | 348 | [SEALED] DECLARATION re 347 Reply Brief *in Support of Motion for Summary Judgment on Affirmative Defense of Fair Use [Declaration of Gabriel M. Ramsey]* by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/13/2023) |
| 02/13/2023 | 349 | [SEALED] REPLY BRIEF re 273 MOTION to Preclude *[Ross Intelligence Inc.'s Motion to Exclude Two Opinions of James E. Malackowski]* filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/13/2023) |
| 02/13/2023 | 350 | [SEALED] REPLY BRIEF re 267 MOTION to Preclude *the Opinions and Testimony of Plaintiffs' Expert Jonathan L. Krein* filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/13/2023) |
| 02/13/2023 | 351 | [SEALED] REPLY BRIEF re 249 MOTION for Partial Summary Judgment *(No. 1) on Copyright Infringement -* filed by Thomson Reuters Enterprise Centre GmbH, West |

A117

| | | |
|---|---|---|
| | | Publishing Corporation. (Flynn, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | 352 | [SEALED] DECLARATION re 350 Reply Brief, 349 Reply Brief *[Declaration of Mark A. Klapow in Support of Reply Briefs]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 17-20)(Moore, David) (Entered: 02/13/2023) |
| 02/13/2023 | 353 | [SEALED] REPLY BRIEF re 251 MOTION for Partial Summary Judgment *(No. 2) on Tortious Interference with Contract and Copyright Preemption* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | 354 | [SEALED] REPLY BRIEF re 253 MOTION for Partial Summary Judgment *(No. 3) on Fair Use and Other Defenses* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | 355 | [SEALED] REPLY BRIEF re 258 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of L. Karl Branting* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | 356 | [SEALED] REPLY BRIEF re 260 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Barbara Frederiksen-Cross* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | 357 | [SEALED] REPLY BRIEF re 262 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Alan Cox* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | 358 | [SEALED] REPLY BRIEF re 264 MOTION to Preclude *Certain Testimony, Argument, or Evidence Regarding the Opinions of Richard Leiter* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | 359 | [SEALED] DECLARATION re 351 Reply Brief, 358 Reply Brief, 354 Reply Brief, 356 Reply Brief, 353 Reply Brief, 357 Reply Brief, 355 Reply Brief, *of Miranda D. Means* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 116-122, # 2 Ex. 123, # 3 Exs. 124-127)(Flynn, Michael) (Attachment 3 replaced on 2/21/2023) (vfm). (Entered: 02/13/2023) |
| 02/13/2023 | 360 | [SEALED] RESPONSE TO OBJECTIONS by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation re 323 Objections, *re 249 MOTION for Partial Summary Judgment (No. 1) on Copyright Infringement*. (Flynn, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | 361 | [SEALED] RESPONSE TO OBJECTIONS by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation re 325 Objections, *re 251 MOTION for Partial Summary Judgment (No. 2) on Tortious Interference with Contract and Copyright Preemption*. (Flynn, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | 362 | [SEALED] RESPONSE TO OBJECTIONS by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation re 326 Objections, *re 253 MOTION for Partial Summary Judgment (No. 3) on Fair Use and Other Defenses*. (Flynn, Michael) (Entered: 02/13/2023) |
| 02/13/2023 | 363 | NOTICE OF SERVICE of Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Second Set of Counterclaim Requests for |

A118

| | | |
|---|---|---|
| | | Production (Nos. 234-247) - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 02/13/2023) |
| 02/15/2023 | 364 | REQUEST for Oral Argument by ROSS Intelligence Inc. re 271 MOTION for Summary Judgment *on its Affirmative Defense of Fair Use*, 269 MOTION for Summary Judgment *as to Plaintiffs' Tortious Interference with Contract Claim*. (Moore, David) (Entered: 02/15/2023) |
| 02/21/2023 | | CORRECTING ENTRY: D.I. 347 Replaced per request of counsel to correct wording of sentence in the first paragraph. (vfm) (Entered: 02/21/2023) |
| 02/21/2023 | | CORRECTING ENTRY: Exhibit 124-127 replaced for D.I. 359 per counsels request due to a page missing from Ex. 125 (vfm) (Entered: 02/21/2023) |
| 02/21/2023 | 365 | STIPULATION TO EXTEND TIME to Submit Redacted Versions of Sealed Summary Judgment and Daubert Papers (filed on February 13, 2023) to February 24, 2023 - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/21/2023) |
| 02/22/2023 | 366 | ORAL ORDER, I GRANT the parties' stipulated extension, D.I. 365 . Redacted papers are due February 24, 2023. Signed by Judge Stephanos Bibas on 2/22/2023. (apk) (Entered: 02/22/2023) |
| 02/22/2023 | 367 | NOTICE OF SERVICE of [Corrected] Defendant ROSS Intelligence Inc.'s Reply Brief in Support of its Motion for Summary Judgment on its Affirmative Defense of Fair Use (D.I. 347) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 02/22/2023) |
| 02/23/2023 | 368 | REDACTED VERSION of 351 Reply Brief *re 249 MOTION for Partial Summary Judgment (No. 1) on Copyright Infringement* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/23/2023) |
| 02/23/2023 | 369 | REDACTED VERSION of 353 Reply Brief, *re 251 MOTION for Partial Summary Judgment (No. 2) on Tortious Interference with Contract and Copyright Preemption* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/23/2023) |
| 02/23/2023 | 370 | REDACTED VERSION of 354 Reply Brief *re 253 MOTION for Partial Summary Judgment (No. 3) on Fair Use and Other Defenses* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/23/2023) |
| 02/23/2023 | 371 | REDACTED VERSION of 355 Reply Brief, *re 258 MOTION to Preclude Certain Testimony, Argument, or Evidence Regarding the Opinions of L. Karl Branting* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/23/2023) |
| 02/23/2023 | 372 | REDACTED VERSION of 356 Reply Brief, *re 260 MOTION to Preclude Certain Testimony, Argument, or Evidence Regarding the Opinions of Barbara Frederiksen-Cross* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/23/2023) |
| 02/23/2023 | 373 | REDACTED VERSION of 357 Reply Brief *re 262 MOTION to Preclude Certain Testimony, Argument, or Evidence Regarding the Opinions of Alan Cox* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/23/2023) |
| 02/23/2023 | 374 | REDACTED VERSION of 358 Reply Brief *re 264 MOTION to Preclude Certain Testimony, Argument, or Evidence Regarding the Opinions of Richard Leiter* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 02/23/2023) |

A119

| 02/23/2023 | 375 | REDACTED VERSION of 359 Declaration, *of Miranda D. Means* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 116-127) (Flynn, Michael) (Entered: 02/23/2023) |
|---|---|---|
| 02/24/2023 | 376 | REDACTED VERSION of 346 Reply Brief by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/24/2023) |
| 02/24/2023 | 377 | REDACTED VERSION of 347 Reply Brief by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/24/2023) |
| 02/24/2023 | 378 | REDACTED VERSION of 348 Declaration by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/24/2023) |
| 02/24/2023 | 379 | REDACTED VERSION of 349 Reply Brief by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/24/2023) |
| 02/24/2023 | 380 | REDACTED VERSION of 350 Reply Brief by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/24/2023) |
| 02/24/2023 | 381 | REDACTED VERSION of 352 Declaration by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 17-20)(Moore, David) (Entered: 02/24/2023) |
| 03/14/2023 | 382 | NOTICE to Take Deposition of Laurie Oliver on April 4, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 383 | NOTICE to Take Deposition of Bridgett You on April 5, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 384 | NOTICE to Take Deposition of Heather Miller-Sammons on April 6, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 385 | NOTICE to Take Deposition of Mike Dahn on April 7, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 386 | NOTICE to Take Deposition of Dustin Cripe on April 10, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 387 | NOTICE to Take Deposition of Christine Post on April 11, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 388 | NOTICE to Take Deposition of Thomas Leighton on April 12, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 389 | NOTICE to Take Deposition of Andrew Martens on April 13, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 390 | NOTICE to Take Deposition of Erik Lindberg on April 14, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 391 | NOTICE to Take Deposition of Mark Hoffman on April 17, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 392 | NOTICE to Take Deposition of Isabelle Moulinier on April 18, 2023 filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 393 | NOTICE to Take Deposition of Thomson Reuters Enterprise Centre GmbH on April 19, 2023 (30(b)(6) Notice) filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |
| 03/14/2023 | 394 | NOTICE to Take Deposition of West Publishing Corporation on April 19, 2023 (30(b)(6) Notice) filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/14/2023) |

A120

| 03/16/2023 | 395 | Joint Letter to The Honorable Stephanos Bibas from Bindu A. Palapura regarding request for a briefing schedule and discovery teleconference. (Palapura, Bindu) (Entered: 03/16/2023) |
|---|---|---|
| 03/16/2023 | 396 | Letter to The Honorable Stephanos Bibas from Bindu A. Palapura regarding discovery dispute - re 395 Letter. (Attachments: # 1 Exhibit A-H)(Palapura, Bindu) (Entered: 03/16/2023) |
| 03/17/2023 | 397 | NOTICE of Issuance of Subpoenas upon Berger Singerman, Dentons US LLP, Fennemore Wendel, Office of the Indiana Attorney General, Jackson Lewis P.C., King & Spalding LLP, Land of Lincoln Legal Aid, Nowack & Olsen, PLLC, Salazar Law, Van Horn Law Group, and White & Case LLP by ROSS Intelligence Inc. (Brown, Andrew) (Entered: 03/17/2023) |
| 03/17/2023 | 398 | NOTICE to Take Deposition of Andrew Arruda on April 24, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 399 | NOTICE to Take Deposition of Jimoh Ovbiagele on April 25, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 400 | NOTICE to Take Deposition of Thomas Hamilton on April 26, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 401 | NOTICE to Take Deposition of Tomas Van Der Heijden on April 27, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 402 | NOTICE to Take Deposition of Sean Shafik on April 28, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 403 | NOTICE to Take Deposition of Charles von Simson on May 1, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 404 | NOTICE to Take Deposition of Pargles Dall'Oglio on May 2, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 405 | NOTICE to Take Deposition of Julian D'Angelo on May 3, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 406 | NOTICE to Take Deposition of Jorge Estrada on May 4, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 407 | NOTICE to Take Deposition of Anthony Phan on May 5, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 408 | ORAL ORDER, Plaintiff's response letter regarding the pending discovery dispute is due March 24, 2023, at 12:00 P.M.. Signed by Judge Stephanos Bibas on 3/17/2023. (twk) (Entered: 03/17/2023) |

A121

| 03/20/2023 | 409 | NOTICE OF SERVICE of Defendant/Counterclaimant Ross Intelligence Inc.'s Third Set Of Counterclaim Requests For Production To Plaintiff/Counterdefendants Thomson Reuters Enterprise Centre GmbH And West Publishing Corporation (Nos. 248-262) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 03/20/2023) |
|---|---|---|
| 03/23/2023 | 410 | NOTICE of Issuance of Subpoena upon Access/Information, Inc. by ROSS Intelligence Inc. (Brown, Andrew) (Entered: 03/23/2023) |
| 03/24/2023 | 411 | NOTICE of Issuance of Amended Subpoena upon Access/Information, Inc. by ROSS Intelligence Inc. (Brown, Andrew) (Entered: 03/24/2023) |
| 03/24/2023 | 412 | [SEALED] Letter to The Honorable Stephanos Bibas from Michael J. Flynn regarding Discovery Dispute - re 396 Letter. (Attachments: # 1 Exs. 1-2)(Flynn, Michael) (Entered: 03/24/2023) |
| 03/24/2023 | 413 | NOTICE to Take Deposition of ROSS Intelligence Inc. on May 11, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/24/2023) |
| 03/27/2023 | | ORAL ORDER, The Court will hold a Zoom conference regarding the parties' discovery dispute on Tuesday, March 28, 2023, at 10:00 A.M. The Court has emailed the parties the Zoom information. (A Discovery Dispute Hearing is set for 3/28/2023 at 10:00 AM in Virtually before Judge Stephanos Bibas.) Signed by Judge Stephanos Bibas on 03/27/2023. (apk) (Entered: 03/27/2023) |
| 03/28/2023 | | ORAL ORDER, I OVERRULE Plaintiffs' objections to requests for production Nos. 185 -87, 191 -93, 196 -98, 205 -06, 210 -15, 219 -33. I OVERRULE Plaintiffs' objections to No. 218 on the condition that documents only dated on or after January 1, 2000, are discoverable. I SUSTAIN Plaintiffs' objections to Nos. 216 -17. I ORDER the parties to report back to the Court by April 5, 2023, at noon any stipulations regarding No. 246 . (Notice of Compliance deadline set for 4/5/2023.) Signed by Judge Stephanos Bibas on 03/28/2023. (apk) (Entered: 03/28/2023) |
| 03/29/2023 | 414 | NOTICE to Take Deposition of Alex Abid on May 8, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 03/29/2023) |
| 03/29/2023 | 415 | NOTICE to Take Deposition of West Publishing Corporation on April 19, 2023 (Amended Notice of 30(b)(6) Deposition) filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/29/2023) |
| 03/29/2023 | 416 | NOTICE to Take Deposition of Thomson Reuters Enterprise Centre GmbH on April 19, 2023 (Amended Notice of 30(b)(6) Deposition) filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 03/29/2023) |
| 03/29/2023 | 417 | NOTICE OF SERVICE of Third Amended Initial Disclosures Of Defendant/Counterclaimant ROSS Intelligence Inc. Pursuant To Fed. R. Civ. P. 26(a)(1) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 03/29/2023) |
| 03/30/2023 | 418 | Letter to The Honorable Stephanos Bibas from Michael J. Flynn regarding Thomson Reuters' source code production. (Flynn, Michael) (Entered: 03/30/2023) |
| 03/31/2023 | 419 | REDACTED VERSION of 412 Letter - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 1-2)(Flynn, Michael) (Entered: 03/31/2023) |
| 04/03/2023 | 420 | NOTICE to Take Deposition of Erik Lindberg on April 24, 2023 (Amended Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 04/03/2023) |

A122

| | | |
|---|---|---|
| 04/03/2023 | 421 | NOTICE to Take Deposition of Mark Hoffman on April 25, 2023 (Amended Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 04/03/2023) |
| 04/03/2023 | 422 | NOTICE to Take Deposition of Dustin Cripe on April 25, 2023 (Amended Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 04/03/2023) |
| 04/03/2023 | 423 | NOTICE to Take Deposition of Laurie Oliver on April 26, 2023 (Amended Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 04/03/2023) |
| 04/03/2023 | 424 | NOTICE to Take Deposition of Bridgett You on April 26, 2023 (Amended Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 04/03/2023) |
| 04/03/2023 | 425 | NOTICE to Take Deposition of Heather Miller-Sammons on April 27, 2023 (Amended Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 04/03/2023) |
| 04/03/2023 | 426 | NOTICE to Take Deposition of Christine Post on April 27, 2023 (Amended Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 04/03/2023) |
| 04/03/2023 | 427 | NOTICE to Take Deposition of Mike Dahn on April 28, 2023 (Amended Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 04/03/2023) |
| 04/03/2023 | 428 | NOTICE of Issuance of Subpoena upon Nextlaw Referral Network by ROSS Intelligence Inc. (Moore, David) (Entered: 04/03/2023) |
| 04/03/2023 | 429 | NOTICE to Take Deposition of Thomas Leighton on April 24, 2023 (Amended Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 04/03/2023) |
| 04/05/2023 | 430 | Letter to The Honorable Stephanos Bibas from Michael Flynn regarding update on the parties' efforts to resolve source code issues. (Flynn, Michael) (Entered: 04/05/2023) |
| 04/05/2023 | 431 | NOTICE of Issuance of Subpoenas upon Shearman & Sterling LLP, and Siskind Susser P.C. by ROSS Intelligence Inc. (Moore, David) (Entered: 04/05/2023) |
| 04/06/2023 | 432 | Cross NOTICE of Document Subpoena to King & Spalding LLP by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/06/2023) |
| 04/06/2023 | 433 | Cross NOTICE of Document Subpoena to Dentons US, LLP by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/06/2023) |
| 04/06/2023 | 434 | NOTICE to Take Deposition of Sean Shafik, Charles Von Simson, Jimoh Ovbiagele, Julian DAngelo, Thomas Hamilton, Anthony Phan and Tomas van der Heijden on the dates set forth in the attached notice (Amended) filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 04/06/2023) |
| 04/07/2023 | 435 | NOTICE of Document Subpoena to Casetext, Inc. - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 436 | NOTICE of Deposition Subpoena to Casetext, Inc. - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 437 | NOTICE of Document Subpoena to Fastcase, Inc. - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 438 | NOTICE of Deposition Subpoena to Fastcase, Inc. - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |

A123

| 04/07/2023 | 439 | NOTICE of Document Subpoena to iNovia Investment Fund 2015, LP - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 440 | NOTICE of Deposition Subpoena to iNovia Investment Fund 2015, LP - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 441 | NOTICE of Document Subpoena to iNovia Investment Fund III, LP - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 442 | NOTICE of Deposition Subpoena to iNovia Investment Fund III, LP - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 443 | NOTICE of Document Subpoena to Y Combinator Continuity Holdings I, LLC - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 444 | NOTICE of Deposition Subpoena to Y Combinator Continuity Holdings I, LLC - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 445 | NOTICE of Document Subpoena to Y Combinator Investments, LLC - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 446 | NOTICE of Deposition Subpoena to Y Combinator Investments, LLC - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 447 | NOTICE of Document Subpoena to YC Holdings II, LLC - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 448 | NOTICE of Deposition Subpoena to YC Holdings II, LLC - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/07/2023) |
| 04/07/2023 | 449 | NOTICE of Issuance of Subpoena upon David Curle by ROSS Intelligence Inc. (Moore, David) (Entered: 04/07/2023) |
| 04/11/2023 | 450 | NOTICE of Issuance of Subpoena upon Phase 5 Consulting Group Inc. by ROSS Intelligence Inc. (Moore, David) (Entered: 04/11/2023) |
| 04/11/2023 | 451 | Cross NOTICE of Document Subpoena to Nextlaw Referral Network - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/11/2023) |
| 04/11/2023 | 452 | NOTICE OF SERVICE of Defendant/Counterclaimant ROSS Intelligence, Inc.'s First Set of Counterclaim Interrogatories (Nos. 22-28); and Defendant/Counterclaimant ROSS Intelligence, Inc.'s Second Set of Counterclaim Requests for Admission (Nos. 137-154) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 04/11/2023) |
| 04/11/2023 | 453 | NOTICE OF SERVICE of Plaintiffs' / Counterdefendants' Fifth Set of Interrogatories to Defendant / Counterclaimant - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 04/11/2023) |

A124

| Date | No. | Description |
|---|---|---|
| 04/12/2023 | 454 | MOTION for Pro Hac Vice Appearance of Attorney Margaux Poueymirou, Anna Z. Saber, and Shira Liu of Crowell & Moring LLP - filed by ROSS Intelligence Inc.. (Palapura, Bindu) (Entered: 04/12/2023) |
| 04/12/2023 | 455 | NOTICE to Take Deposition of Kai Bond on May 10, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 04/12/2023) |
| 04/12/2023 | 456 | NOTICE of Document Subpoena to Kai Bond - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 04/12/2023) |
| 04/13/2023 |  | SO ORDERED, regarding D.I. 454 MOTION for Pro Hac Vice Appearance of Attorney Margaux Poueymirou, Anna Z. Saber, and Shira Liu of Crowell & Moring LLP filed by ROSS Intelligence Inc. Signed by Judge Stephanos Bibas on 04/13/2023. (apk) (Entered: 04/13/2023) |
| 04/17/2023 | 457 | NOTICE OF SERVICE of (1) Plaintiff and Counter-Defendant Thomson Reuters Enterprise Centre GmbH's Objections and Responses to Defendant and Counterclaimant ROSS Intelligence Inc.'s Amended Notice of 30(b)(6) Deposition and (2) Plaintiff and Counter-Defendant West Publishing Corporation's Objections and Responses to Defendant and Counterclaimant ROSS Intelligence Inc.'s Amended Notice of 30(b)(6) Deposition - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 04/17/2023) |
| 04/18/2023 | 458 | MOTION for Pro Hac Vice Appearance of Attorney Vanessa Barsanti, Danielle ONeal, Jonathan Emmanuel, Lexi Wung, and Erin Bishop - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 04/18/2023) |
| 04/20/2023 | 459 | NOTICE OF SERVICE of Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Third Set of Counterclaim Requests for Production (Nos. 228-262) - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 04/20/2023) |
| 04/20/2023 | 460 | SO ORDERED, re 458 MOTION for Pro Hac Vice Appearance of Attorney Vanessa Barsanti, Danielle ONeal, Jonathan Emmanuel, Lexi Wung, and Erin Bishop filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Ordered by Judge Stephanos Bibas on 4/20/2023. (smg) (Entered: 04/20/2023) |
| 04/20/2023 | 461 | Letter to The Honorable Stephanos Bibas from David E. Moore regarding request for a briefing schedule and discovery teleconference. (Moore, David) (Entered: 04/20/2023) |
| 04/20/2023 | 462 | Letter to The Honorable Stephanos Bibas from David E. Moore regarding opening discovery dispute letter brief. (Attachments: # 1 Exhibit A-Y)(Moore, David) (Entered: 04/20/2023) |
| 04/21/2023 | 463 | NOTICE to Take Deposition of Pargles DallOglio, Alex Abid, Jorge Estrada and Andrew Arruda on May 4, 2023; May 9, 2023; May 11, 2023; and May 19, 2023, respectively (Amended) filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 04/21/2023) |
| 04/21/2023 | 464 | NOTICE of of Issuance of Deposition Subpoena to YC Holdings II, LLC by ROSS Intelligence Inc. (Moore, David) (Entered: 04/21/2023) |
| 04/21/2023 | 465 | NOTICE of Issuance of Deposition Subpoena to Y Combinator Investments, LLC Series S15 (Common) by ROSS Intelligence Inc. (Moore, David) (Entered: 04/21/2023) |

A125

| 04/21/2023 | 466 | NOTICE of Issuance of Deposition Subpoena to Y Combinator Continuity Holdings I, LLC by ROSS Intelligence Inc. (Moore, David) (Entered: 04/21/2023) |
|---|---|---|
| 04/21/2023 | 467 | NOTICE of Issuance of Deposition Subpoena to iNovia Investment Fund III, LP by ROSS Intelligence Inc. (Moore, David) (Entered: 04/21/2023) |
| 04/21/2023 | 468 | NOTICE of Issuance of Deposition Subpoena to iNovia Investment Fund 2015, LP by ROSS Intelligence Inc. (Moore, David) (Entered: 04/21/2023) |
| 04/21/2023 | 469 | NOTICE of Issuance of Deposition Subpoena to Kai Bond by ROSS Intelligence Inc. (Moore, David) (Entered: 04/21/2023) |
| 04/21/2023 | 470 | NOTICE of Issuance of Deposition Subpoena to Fastcase, Inc. by ROSS Intelligence Inc. (Moore, David) (Entered: 04/21/2023) |
| 04/21/2023 | 471 | NOTICE of Issuance of Deposition Subpoena to Casetext, Inc. by ROSS Intelligence Inc. (Moore, David) (Entered: 04/21/2023) |
| 04/24/2023 | 472 | [SEALED] NOTICE of Subsequent Authority by ROSS Intelligence Inc. (Attachments: # 1 Exhibit 1-3)(Moore, David) (Entered: 04/24/2023) |
| 04/24/2023 | 473 | ORAL ORDER : Plaintiffs' response letter regarding the pending discovery dispute is due Friday, April 28, 2023, at 5:00 P.M. The Court will hold a Zoom conference regarding that dispute on Tuesday, May 2, at 1:30 P.M. The Court has emailed the parties the Zoom information.Ordered by Judge Stephanos Bibas on 04/24/2023. (smg) (Entered: 04/24/2023) |
| 04/25/2023 | | Pro Hac Vice Attorney Shira Liu, Margaux Poueymirou, and Anna Z. Saber for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 04/25/2023) |
| 04/28/2023 | 474 | Letter to The Honorable Stephanos Bibas from Michael J. Flynn regarding Discovery Dispute - re 462 Letter. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Flynn, Michael) (Entered: 04/28/2023) |
| 05/01/2023 | 475 | REDACTED VERSION of 472 Notice (Other) by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-3)(Moore, David) (Entered: 05/01/2023) |
| 05/01/2023 | 476 | ORAL ORDER, I DENY the Defendant's requests for a date certain and discovery-deadline extension, D.I. 462 . The Defendant says that Plaintiffs cannot commit to producing all the requested documents by the close of discovery. But the Plaintiffs have since committed to producing the documents by the discovery deadline. D.I. 474 , at 3. So no date certain is needed. And this Court has already made clear that further requests for extension were disfavored. See D.I. 306 . The Defendant makes no effort to meet the demanding good cause standard that such requests require. See Fed. R. Civ. P. 16(b)(4). So I will not extend the discovery deadline at this time. If Plaintiffs fail to meet their discovery obligations, the Defendant can renew its requests. Because of this order, I CANCEL tomorrow's Zoom teleconference. Ordered by Judge Stephanos Bibas on 5/1/2023. (twk) (Entered: 05/01/2023) |
| 05/03/2023 | 477 | [SEALED] STATEMENT re 472 Notice (Other) -- *Plaintiffs' Response to Defendant's Notice of Subsequent Development* -- by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 05/03/2023) |
| 05/08/2023 | 478 | STIPULATION and [Proposed] Order to Take Deposition After Close of Fact Discovery by ROSS Intelligence Inc.. (Palapura, Bindu) (Entered: 05/08/2023) |

A126

| 05/09/2023 | 479 | SO ORDERED, re 478 STIPULATION and [Proposed] Order to Take Deposition After Close of Fact Discovery. Entered by Judge Stephanos Bibas on 5/9/2023. (nmg) (Entered: 05/09/2023) |
| 05/10/2023 | 480 | NOTICE to Take Deposition of Mike Dahn on May 23, 2023 (Second Amended Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 05/10/2023) |
| 05/10/2023 | 481 | NOTICE to Take Deposition of Thomson Reuters Enterprise Centre GmbH on May 23, 2023 (Fourth Amended 30(b)(6) Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 05/10/2023) |
| 05/10/2023 | 482 | NOTICE to Take Deposition of West Publishing Corporation on May 23, 2023 (Fourth Amended 30(b)(6) Notice) filed by ROSS Intelligence Inc..(Moore, David) (Entered: 05/10/2023) |
| 05/10/2023 | 483 | REDACTED VERSION of 477 Statement by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 05/10/2023) |
| 05/11/2023 | 484 | NOTICE to Take Deposition of Charles von Simson on May 17, 2023 (Amended) filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 05/11/2023) |
| 05/11/2023 | 485 | NOTICE to Take Deposition of Andrew Aruda on May 19, 2023 (Amended) filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 05/11/2023) |
| 05/11/2023 | 486 | NOTICE OF SERVICE of (1) Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Second Set of Counterclaim Requests for Admission (Nos. 137-154) and (2) Plaintiffs/Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses to Defendant/Counterclaimant, ROSS Intelligence Inc.'s First Set of Counterclaim Interrogatories (Nos. 22-28) - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 05/11/2023) |
| 05/12/2023 | 487 | NOTICE OF SERVICE of Defendant and Counterclaimant ROSS Intelligence Inc.'s Response and Objection to Plaintiffs' Fifth Set of Interrogatories [Highly Confidential-Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 05/12/2023) |
| 05/17/2023 | 488 | Letter to The Honorable Stephanos Bibas from David E. Moore regarding defendant's renewed request to extend deadlines - re 476 Oral Order,,,. (Moore, David) (Entered: 05/17/2023) |
| 05/17/2023 | 489 | [SEALED] DECLARATION re 488 Letter *[Declaration of Anna Z. Saber]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-6)(Moore, David) (Entered: 05/17/2023) |
| 05/18/2023 | 490 | ORDER, I ORDER Plaintiffs to respond to the Defendant's extension request (D.I. 488 ) by 5:00 P.M. on Monday, May 22. The Court will reach out to the parties to schedule a Zoom conference for next week. (Notice of Compliance deadline set for 5/22/2023.) Signed by Judge Stephanos Bibas on 5/18/2023. (apk) (Entered: 05/18/2023) |
| 05/22/2023 | 491 | Letter to The Honorable Stephanos Bibas from Michael J. Flynn regarding response to defendant's second request to extend the case schedule - re 488 Letter. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Flynn, Michael) (Entered: 05/22/2023) |

A127

| 05/23/2023 | 492 | ORAL ORDER, I EXTEND the initial expert report deadline to June 1, 2023. No other deadlines are affected. Ordered by Judge Stephanos Bibas on 5/23/2023. (twk) (Entered: 05/23/2023) |
|---|---|---|
| 05/24/2023 | 493 | REDACTED VERSION of 489 Declaration *of Anna Z. Saber* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-6)(Moore, David) (Entered: 05/24/2023) |
| 05/26/2023 | 494 | NOTICE of Supplemental Authority by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Attachments: # 1 Ex. A)(Flynn, Michael) (Entered: 05/26/2023) |
| 05/31/2023 | 495 | STATEMENT re 494 Notice (Other) *[Defendant ROSS Intelligence Inc.'s Response to Plaintiffs' Notice of Supplemental Authority]* by ROSS Intelligence Inc.. (Moore, David) (Entered: 05/31/2023) |
| 06/05/2023 | 496 | NOTICE OF SERVICE of Expert Report Of Alan J. Cox, Ph.D. [Confidential-Attorneys' Eyes Only], Report Of Defendant/Counterclaimant's Expert Gillian K. Hadfield, J.D., Ph.D. [Highly Confidential-Attorneys' Eyes Only], Report Of Defendant/Counterclaimant's Expert James D. Ratliff, Ph.D. [Highly Confidential-Attorneys' Eyes Only], Report Of Defendant/Counterclaimant's Expert L. Karl Branting, J.D., Ph.D. [Highly Confidential-Attorneys' Eyes Only], and Report Of Defendant/Counterclaimant's Expert Dr. Peter W. Martin, J.D. [Highly Confidential-Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Brown, Andrew) (Entered: 06/05/2023) |
| 06/08/2023 | 497 | NOTICE to Take Deposition of Peter Martin on June 19, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 06/08/2023) |
| 06/08/2023 | 498 | NOTICE to Take Deposition of Gillian Hadfield on June 20, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 06/08/2023) |
| 06/08/2023 | 499 | NOTICE to Take Deposition of Jim Ratliff on June 21, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 06/08/2023) |
| 06/08/2023 | 500 | NOTICE to Take Deposition of Alan Cox on June 22, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 06/08/2023) |
| 06/23/2023 | 501 | NOTICE OF SERVICE of (1) Rebuttal Expert Report of Mihran Yenikomshian and (2) Rebuttal Expert Report of Chad Syverson, Ph.D. - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 06/23/2023) |
| 06/27/2023 | 502 | MOTION for Pro Hac Vice Appearance of Attorney Beatrice B. Nguyen and Matthew J. McBurney of Crowell & Moring LLP - filed by ROSS Intelligence Inc.. (Brown, Andrew) (Entered: 06/27/2023) |
| 06/28/2023 | 503 | SO ORDERED, re 502 MOTION for Pro Hac Vice Appearance of Attorney Beatrice B. Nguyen and Matthew J. McBurney of Crowell & Moring LLP. Ordered by Judge Stephanos Bibas on 6/28/2023. (twk) (Entered: 06/28/2023) |
| 07/14/2023 | 504 | NOTICE to Take Deposition of Chad Syverson on August 2, 2023 filed by ROSS Intelligence Inc..(Moore, David) (Entered: 07/14/2023) |
| 07/14/2023 | 505 | NOTICE to Take Deposition of Mihran Yenikomshian on August 2, 2023 filed by ROSS Intelligence Inc..(Moore, David) (Entered: 07/14/2023) |

A128

| 07/18/2023 | 506 | NOTICE to Take Deposition of Karl Branting on July 26, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 07/18/2023) |
|---|---|---|
| 07/18/2023 | 507 | NOTICE to Take Deposition of James Ratliff (Amended) on July 28, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 07/18/2023) |
| 07/18/2023 | 508 | NOTICE to Take Deposition of Peter Martin (Amended) on August 3, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 07/18/2023) |
| 07/18/2023 | 509 | NOTICE to Take Deposition of Alan Cox (Amended) on August 9, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 07/18/2023) |
| 07/18/2023 | 510 | NOTICE to Take Deposition of Gillian Hadfield (Amended) on August 9, 2023 filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.(Flynn, Michael) (Entered: 07/18/2023) |
| 07/18/2023 | 511 | STIPULATION and [Proposed] Order to Take Depositions After Close of Expert Discovery by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 07/18/2023) |
| 07/19/2023 | 512 | SO ORDERED, re 511 STIPULATION and [Proposed] Order to Take Depositions After Close of Expert Discovery. Ordered by Judge Stephanos Bibas on 07/19/2023. (smg) (Entered: 07/19/2023) |
| 07/31/2023 | 513 | MOTION for Pro Hac Vice Appearance of Attorney Max Samels - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 07/31/2023) |
| 08/03/2023 | 514 | NOTICE OF SERVICE of Expert Reply Report Of Alan J. Cox, Ph.D. [Confidential-Attorneys' Eyes Only], And Reply Report Of Defendant/Counterclaimant's Expert James D. Ratliff, Ph.D. [Confidential, Highly Confidential-Attorneys' Eyes Only] filed by ROSS Intelligence Inc..(Moore, David) (Entered: 08/03/2023) |
| 08/04/2023 | 515 | SO ORDERED, re 513 MOTION for Pro Hac Vice Appearance of Attorney Max Samels filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Ordered by Judge Stephanos Bibas on 08/04/2023. (smg) (Entered: 08/04/2023) |
| 08/31/2023 | 516 | MOTION to Exclude Certain Opinions of Plaintiffs and Counter Defendants' Expert Chad Syverson - filed by ROSS Intelligence Inc.. (Attachments: # 1 Proposed Order)(Moore, David) (Entered: 08/31/2023) |
| 08/31/2023 | 517 | [SEALED] OPENING BRIEF in Support re 516 MOTION to Exclude Certain Opinions of Plaintiffs and Counter Defendants' Expert Chad Syverson filed by ROSS Intelligence Inc..Answering Brief/Response due date per Local Rules is 9/14/2023. (Moore, David) (Entered: 08/31/2023) |
| 08/31/2023 | 518 | [SEALED] DECLARATION re 517 Opening Brief in Support, 516 MOTION to Exclude Certain Opinions of Plaintiffs and Counter Defendants' Expert Chad Syverson by ROSS Intelligence Inc.. (Attachments: # 1 Exhibits A-K)(Moore, David) (Entered: 08/31/2023) |
| 08/31/2023 | 519 | MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 1) Separate Products* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 08/31/2023) |

A129

| | | |
|---|---|---|
| 08/31/2023 | 520 | [SEALED] OPENING BRIEF in Support re 519 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 1) Separate Products* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 9/14/2023. (Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 521 | MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 522 | [SEALED] OPENING BRIEF in Support re 521 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 9/14/2023. (Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 523 | MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 524 | [SEALED] OPENING BRIEF in Support re 523 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 9/14/2023. (Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 525 | MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 4) Injunctive Relief* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 526 | [SEALED] OPENING BRIEF in Support re 525 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 4) Injunctive Relief* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 9/14/2023. (Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 527 | MOTION to Preclude *Dr. Alan Cox and*, MOTION for Summary Judgment *on Rosss Antitrust Counterclaims (No. 5) Comcast* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 528 | [SEALED] OPENING BRIEF in Support re 527 MOTION to Preclude *Dr. Alan Cox and* MOTION for Summary Judgment *on Rosss Antitrust Counterclaims (No. 5) Comcast* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 9/14/2023. (Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 529 | MOTION to Preclude *Dr. James Ratliff and Dr. Gillian Hadfield* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 530 | [SEALED] OPENING BRIEF in Support re 529 MOTION to Preclude *Dr. James Ratliff and Dr. Gillian Hadfield* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 9/14/2023. (Attachments: # 1 Exhibits A-B)(Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 531 | [SEALED] DECLARATION re 521 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power*, 519 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 1) Separate Products*, 527 MOTION to Preclude *Dr. Alan Cox and* MOTION for Summary Judgment *on Rosss Antitrust Counterclaims (No. 5) Comcast*, 529 MOTION to Preclude *Dr. James Ratliff and Dr. Gillian Hadfield*, 525 MOTION for Summary Judgment *on Ross's Antitrust* |

A130

| | | |
|---|---|---|
| | | *Counterclaims (No. 4) Injunctive Relief*, 523 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations -- Declaration of Max Samels (Volume 1 Exhibits 1-30 --* by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exhibits 1-30)(Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 532 | [SEALED] DECLARATION re 521 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power*, 519 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 1) Separate Products*, 527 MOTION to Preclude *Dr. Alan Cox and* MOTION for Summary Judgment *on Rosss Antitrust Counterclaims (No. 5) Comcast*, 529 MOTION to Preclude *Dr. James Ratliff and Dr. Gillian Hadfield*, 525 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 4) Injunctive Relief*, 523 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations -- Declaration of Max Samels (Volume 2 Exhibits 31-82 --* by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exhibits 31-61, # 2 Exhibits 62-82)(Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 533 | [SEALED] DECLARATION re 527 MOTION to Preclude *Dr. Alan Cox and* MOTION for Summary Judgment *on Rosss Antitrust Counterclaims (No. 5) Comcast*, 529 MOTION to Preclude *Dr. James Ratliff and Dr. Gillian Hadfield*, 525 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 4) Injunctive Relief*, 523 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations*, 521 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power*, 519 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 1) Separate Products -- Declaration of Max Samels (Volume 3 Exhibits 83-104) --* by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exhibits 83-93, # 2 Exhibits 94-99, # 3 Exhibits 100-104)(Flynn, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 534 | NOTICE of Lodging by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation re 532 Declaration,,, (Flynn, Michael) (Entered: 08/31/2023) |
| 09/01/2023 | 535 | STIPULATION TO EXTEND TIME for the parties to submit redacted versions of their sealed summary judgment and Daubert papers originally filed on August 31, 2023 (D.I. 517, 518, 520, 522, 524, 526, 528, 530-533) to September 14, 2023 - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 09/01/2023) |
| 09/07/2023 | 536 | REDACTED VERSION of 517 Opening Brief in Support, by ROSS Intelligence Inc.. (Moore, David) (Entered: 09/07/2023) |
| 09/07/2023 | 537 | REDACTED VERSION of 518 Declaration, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-K)(Moore, David) (Entered: 09/07/2023) |
| 09/14/2023 | 538 | REDACTED VERSION of 520 Opening Brief in Support, *re 519 MOTION for Summary Judgment on Ross's Antitrust Counterclaims (No. 1) Separate Products -* by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 09/14/2023) |
| 09/14/2023 | 539 | REDACTED VERSION of 522 Opening Brief in Support, *re 521 MOTION for Summary Judgment on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power -* by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 09/14/2023) |
| 09/14/2023 | 540 | REDACTED VERSION of 524 Opening Brief in Support, *in Support re 523 MOTION for Summary Judgment on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations -* |

A131

| | | by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 09/14/2023) |
|---|---|---|
| 09/14/2023 | 541 | REDACTED VERSION of 526 Opening Brief in Support, *re 525 MOTION for Summary Judgment on Ross's Antitrust Counterclaims (No. 4) Injunctive Relief* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 09/14/2023) |
| 09/14/2023 | 542 | REDACTED VERSION of 528 Opening Brief in Support, *re 527 MOTION to Preclude Dr. Alan Cox and MOTION for Summary Judgment on Rosss Antitrust Counterclaims (No. 5) Comcast* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 09/14/2023) |
| 09/14/2023 | 543 | REDACTED VERSION of 530 Opening Brief in Support, *re 529 MOTION to Preclude Dr. James Ratliff and Dr. Gillian Hadfield* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 09/14/2023) |
| 09/14/2023 | 544 | REDACTED VERSION of 531 Declaration,,, *(Volume 1)* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 1-30) (Flynn, Michael) (Entered: 09/14/2023) |
| 09/14/2023 | 545 | REDACTED VERSION of 532 Declaration,,, *(Volume 2)* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 31-82) (Flynn, Michael) (Entered: 09/14/2023) |
| 09/14/2023 | 546 | REDACTED VERSION of 533 Declaration,,, *(Volume 3)* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 83-104) (Flynn, Michael) (Entered: 09/14/2023) |
| 09/25/2023 | 547 | MEMORANDUM OPINION. Signed by Judge Stephanos Bibas on 9/25/2023. (twk) (Main Document 547 replaced on 10/2/2023) (twk). (Entered: 09/25/2023) |
| 09/25/2023 | 548 | ORDER, I GRANT IN PART AND DENY IN PART Plaintiffs' motion for summary judgment on copyright infringement (D.I. 249 ). I GRANT IN PART AND DENY IN PART Plaintiffs' motion for summary judgment on fair use and other defenses (D.I. 253 ). I DENY Defendant's motion for summary judgment on fair use (D.I. 271 ). I GRANT IN PART AND DENY IN PART Plaintiffs' motion for summary judgment on tortious-interference with contract (D.I. 251 ). I GRANT IN PART AND DENY IN PART Defendant's motion for summary judgment on tortious-interference with contract (D.I. 269 ). Within 14 days of the date of this Order, the parties SHALL meet, confer, and submit the estimated length of trial and the dates in May 2024 when they are available for trial. (See Order for further details). Signed by Judge Stephanos Bibas on 9/25/2023. (twk) (Entered: 09/25/2023) |
| 09/28/2023 | 549 | MEMORANDUM OPINION. Signed by Judge Stephanos Bibas on 9/28/2023. (apk) (Entered: 09/28/2023) |
| 09/28/2023 | 550 | ORDER: (1) I HOLD IN ABEYANCE IN PART AND DENY IN PART Defendant's motion to exclude opinions and testimony of Plaintiff's expert Jonathan L. Krein. (D.I. 267 ). I hold for future consideration the motion to exclude opinions and testimony on substantial similarity. But I deny the motion for all other opinions and testimony. (2) I HOLD IN ABEYANCE IN PART AND DENY IN PART Defendant's motion to exclude two opinions of Plaintiff's expert James Malackowski. (D.I. 273 ) I hold for future consideration the motion to exclude opinions and calculations on statutory damages under the Copyright Act. But I deny the motion to exclude opinions on the market for artificial intelligence training data. (3) I DENY Plaintiffs' motion to exclude opinions and testimony of defendant's expert L. Karl Branting. (D.I. 258 ) (4) I HOLD IN ABEYANCE Plaintiffs' motion to exclude opinions and testimony of defendant's expert Barbara |

A132

| | | |
|---|---|---|
| | | Frederiksen-Cross. (D.I. 260 ) (5) I DENY Plaintiffs' motion to exclude opinions and testimony of defendant's expert Richard Leiter (D.I. 264 ) (6) I HOLD IN ABEYANCE IN PART, DENY IN PART, AND GRANT IN PART Plaintiffs' motion to exclude opinions and testimony of defendant's expert Alan Cox. (D.I. 262 ) I hold for future consideration the motion to exclude opinions on disgorgement and lost profits. I deny the motion to exclude opinions on market benefit. But I grant the motion to exclude opinions on the existence of a potential market for Westlaw Content as AI training data. Signed by Judge Stephanos Bibas on 9/28/2023. (apk) (Entered: 09/28/2023) |
| 09/28/2023 | 551 | [SEALED] ANSWERING BRIEF in Opposition re 527 MOTION to Preclude *Dr. Alan Cox and* MOTION for Summary Judgment *on Rosss Antitrust Counterclaims (No. 5) Comcast* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 10/5/2023. (Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 552 | [SEALED] ANSWERING BRIEF in Opposition re 529 MOTION to Preclude *Dr. James Ratliff and Dr. Gillian Hadfield* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 10/5/2023. (Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 553 | [SEALED] DECLARATION re 552 Answering Brief in Opposition, 551 Answering Brief in Opposition, *[Declaration of Matthew J. McBurney in Support of ROSS Intelligence, Inc.'s (1) Opposition to Counterdefendants' Motion to Exclude Dr. Alan Cox and Motion for Summary Judgment on ROSS's Antitrust Counterclaims (No. 5) - Comcast and (2) Opposition to Counterdefendants' Motion (No. 6) to Exclude Dr. James Ratliff and Dr. Gillian Hadfield]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-25)(Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 554 | [SEALED] ANSWERING BRIEF in Opposition re 521 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power [ROSS Intelligence, Inc.'s Opposition to Counterdefendants' Motion for Summary Judgment on ROSS's Antitrust Counterclaims (No. 2) - Market Definition and Market Power]* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 10/5/2023. (Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 555 | [SEALED] ANSWERING BRIEF in Opposition re 519 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 1) Separate Products [ROSS Intelligence, Inc.'s Opposition to Counterdefendants' Motion for Summary Judgment on ROSS's Antitrust Counterclaims (No. 1) - Separate Products]* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 10/5/2023. (Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 556 | [SEALED] ANSWERING BRIEF in Opposition re 523 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations [ROSS Intelligence, Inc.'s Opposition to Counterdefendants' Motion for Summary Judgment on ROSS's Antitrust Counterclaims (No. 3) - Statute of Limitations]* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 10/5/2023. (Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 557 | [SEALED] ANSWERING BRIEF in Opposition re 525 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 4) Injunctive Relief [ROSS Intelligence, Inc.'s Opposition to Counterdefendants' Motion for Summary Judgment on ROSS's Antitrust Counterclaims (No. 4) - Injunctive Relief]* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 10/5/2023. (Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 558 | [SEALED] DECLARATION re 554 Answering Brief in Opposition, 557 Answering Brief in Opposition, 556 Answering Brief in Opposition, 555 Answering Brief in Opposition, *[Declaration of Beatrice B. Nguyen]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-Z, # 2 Exhibit AA-GG, # 3 Exhibit HH-ZZ, # 4 Exhibit AAA-HHH, # 5 |

A133

| | | |
|---|---|---|
| | | Exhibit III-NNN, # 6 Exhibit OOO-YYY, # 7 Exhibit ZZZ-GGGG)(Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 559 | [SEALED] DECLARATION re 557 Answering Brief in Opposition, *on Ross's Antitrust Countercl[Declaration of Jimoh Ovbiagele In Support Of ROSS Intelligence, Inc.'s Opposition to Counterdefendants' Motion for Summary Judgment on ROSS's Antitrust Counterclaims (No. 4) - Injunctive Relief]* by ROSS Intelligence Inc.. (Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 560 | [SEALED] NOTICE of Lodging by ROSS Intelligence Inc. re 558 Declaration, (Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 561 | NOTICE of [ROSS Intelligence, Inc.'s Request for Judicial Notice in to CounterDefendants' Motion for Summary Judgment on ROSS's Antitrust Counterclaims (No. 4) - Injunctive Relief] by ROSS Intelligence Inc. re 557 Answering Brief in Opposition, (Attachments: # 1 Exhibit 1)(Moore, David) (Entered: 09/28/2023) |
| 09/28/2023 | 562 | [SEALED] ANSWERING BRIEF in Opposition re 516 MOTION to Exclude Certain Opinions of Plaintiffs and Counter Defendants' Expert Chad Syverson - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Reply Brief due date per Local Rules is 10/5/2023. (Flynn, Michael) (Entered: 09/28/2023) |
| 09/28/2023 | 563 | [SEALED] DECLARATION re 562 Answering Brief in Opposition, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Ex. 1)(Flynn, Michael) (Entered: 09/28/2023) |
| 10/02/2023 | 564 | STIPULATION TO EXTEND TIME for the parties to submit redacted versions of their sealed answering briefs in opposition to summary judgment and Daubert papers (D.I. Nos. 551 through 563) to October 12, 2023 - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/02/2023) |
| 10/04/2023 | 565 | ORAL ORDER: I GRANT the parties' stipulation (D.I. 564 ) to extend the deadline to submit redacted versions of their sealed answering briefs in opposition to summary judgment and Daubert papers to October 12, 2023. No other deadlines are affected. I will not look kindly on further requests for extension. (Notice of Compliance deadline set for 10/12/2023) Signed by Judge Stephanos Bibas on 10/4/2023. (apk) (Entered: 10/04/2023) |
| 10/09/2023 | 566 | Joint STATEMENT re 548 Order,,, -- *Joint Submission Regarding Trial* -- by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/09/2023) |
| 10/10/2023 | 567 | ORAL ORDER: The parties shall submit by October 13 at 5:00 p.m. EDT their availability for trial in July and August 2024. Ordered by Judge Stephanos Bibas on 10/10/2023. (smg) (Entered: 10/10/2023) |
| 10/12/2023 | 568 | REDACTED VERSION of 562 Answering Brief in Opposition, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/12/2023) |
| 10/12/2023 | 569 | REDACTED VERSION of 563 Declaration by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/12/2023) |
| 10/12/2023 | 570 | REDACTED VERSION of 551 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/12/2023) |
| 10/12/2023 | 571 | REDACTED VERSION of 552 Answering Brief in Opposition by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/12/2023) |

A134

| 10/12/2023 | 572 | REDACTED VERSION of 553 Declaration,, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-25)(Moore, David) (Entered: 10/12/2023) |
| 10/12/2023 | 573 | REDACTED VERSION of 554 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/12/2023) |
| 10/12/2023 | 574 | REDACTED VERSION of 555 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/12/2023) |
| 10/12/2023 | 575 | REDACTED VERSION of 556 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/12/2023) |
| 10/12/2023 | 576 | REDACTED VERSION of 557 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/12/2023) |
| 10/12/2023 | 577 | REDACTED VERSION of 559 Declaration, by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/12/2023) |
| 10/12/2023 | 578 | REDACTED VERSION of 560 Notice (Other) by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/12/2023) |
| 10/12/2023 | 579 | REDACTED VERSION of 558 Declaration, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-Z, # 2 Exhibit AA-ZZ, # 3 Exhibit AAA-ZZZ, # 4 Exhibit AAAA-GGGG)(Moore, David) (Entered: 10/12/2023) |
| 10/13/2023 | 580 | STATEMENT -- *Joint Submission Regarding Trial* -- by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/13/2023) |
| 10/23/2023 | 581 | ORAL ORDER, Trial on the copyright issues will begin on August 26, 2024, at 9:00 a.m. in Wilmington, Delaware and will last five days. Jury selection will be on August 23, 2024, at 10:00 a.m. Ordered by Judge Stephanos Bibas on 10/23/2023. (twk) (Entered: 10/23/2023) |
| 10/26/2023 | 582 | [SEALED] REPLY BRIEF re 516 MOTION to Exclude Certain Opinions of Plaintiffs and Counter Defendants' Expert Chad Syverson filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/26/2023) |
| 10/26/2023 | 583 | [SEALED] REPLY BRIEF re 519 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 1) Separate Products* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/26/2023) |
| 10/26/2023 | 584 | [SEALED] REPLY BRIEF re 521 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/26/2023) |
| 10/26/2023 | 585 | [SEALED] REPLY BRIEF re 523 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/26/2023) |
| 10/26/2023 | 586 | [SEALED] REPLY BRIEF re 525 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 4) Injunctive Relief* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/26/2023) |
| 10/26/2023 | 587 | [SEALED] REPLY BRIEF re 527 MOTION to Preclude *Dr. Alan Cox and* MOTION for Summary Judgment *on Rosss Antitrust Counterclaims (No. 5) Comcast* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/26/2023) |
| 10/26/2023 | 588 | [SEALED] REPLY BRIEF re 529 MOTION to Preclude *Dr. James Ratliff and Dr. Gillian Hadfield (No. 6)* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing |

A135

| | | |
|---|---|---|
| | | Corporation. (Flynn, Michael) (Entered: 10/26/2023) |
| 10/26/2023 | 589 | [SEALED] DECLARATION re 588 Reply Brief, 586 Reply Brief, 587 Reply Brief, 585 Reply Brief, 584 Reply Brief, 583 Reply Brief by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 105-120)(Flynn, Michael) (Entered: 10/26/2023) |
| 10/27/2023 | 590 | REQUEST for Oral Argument by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation re 521 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power*, 519 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 1) Separate Products*, 527 MOTION to Preclude *Dr. Alan Cox and* MOTION for Summary Judgment *on Rosss Antitrust Counterclaims (No. 5) Comcast*, 529 MOTION to Preclude *Dr. James Ratliff and Dr. Gillian Hadfield*, 525 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 4) Injunctive Relief*, 523 MOTION for Summary Judgment *on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations*. (Flynn, Michael) (Entered: 10/27/2023) |
| 11/01/2023 | 591 | REDACTED VERSION of 582 Reply Brief by ROSS Intelligence Inc.. (Moore, David) (Entered: 11/01/2023) |
| 11/02/2023 | 592 | REDACTED VERSION of 583 Reply Brief by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/02/2023) |
| 11/02/2023 | 593 | REDACTED VERSION of 584 Reply Brief, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/02/2023) |
| 11/02/2023 | 594 | REDACTED VERSION of 585 Reply Brief by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/02/2023) |
| 11/02/2023 | 595 | REDACTED VERSION of 586 Reply Brief by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/02/2023) |
| 11/02/2023 | 596 | REDACTED VERSION of 587 Reply Brief, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/02/2023) |
| 11/02/2023 | 597 | REDACTED VERSION of 588 Reply Brief by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/02/2023) |
| 11/02/2023 | 598 | REDACTED VERSION of 589 Declaration, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 105-120)(Flynn, Michael) (Entered: 11/02/2023) |
| 12/11/2023 | 599 | NOTICE requesting Clerk to remove Gabriel M. Ramsey as co-counsel. Reason for request: no longer with the firm of Crowell & Moring LLP. (Palapura, Bindu) (Entered: 12/11/2023) |
| 02/06/2024 | 600 | NOTICE requesting Clerk to remove Shira Liu as co-counsel. Reason for request: no longer with the law firm of Crowell & Moring LLP. (Brown, Andrew) (Entered: 02/06/2024) |
| 06/12/2024 | 601 | Joint Letter to The Honorable Stephanos Bibas from Bindu A. Palapura regarding Filtration Hearing. (Palapura, Bindu) (Entered: 06/12/2024) |
| 06/14/2024 | 602 | ORAL ORDER: I approve the parties' proposed briefing schedule (D.I. 601 ) on whether to hold a filtration hearing. Signed by Judge Stephanos Bibas on 6/14/2024. (rlr) (Entered: 06/14/2024) |
| 06/21/2024 | 603 | MOTION for the Setting of a Filtration Hearing - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed Order)(Moore, David) (Entered: 06/21/2024) |

A136

| | | |
|---|---|---|
| 06/21/2024 | 604 | [SEALED] OPENING BRIEF in Support re 603 MOTION for the Setting of a Filtration Hearing filed by ROSS Intelligence Inc..Answering Brief/Response due date per Local Rules is 7/5/2024. (Attachments: # 1 Exhibit A-B)(Moore, David) (Entered: 06/21/2024) |
| 06/21/2024 | 605 | STIPULATION and [Proposed] Order Setting Pre-Trial Deadlines - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 06/21/2024) |
| 06/24/2024 | 606 | STIPULATION AND ORDER regarding D.I. 605 STIPULATION and Proposed Order Setting Pre-Trial Deadlines. Signed by Judge Stephanos Bibas on 6/24/2024. (apk) (Entered: 06/24/2024) |
| 06/25/2024 | 607 | ORAL ORDER: The pretrial conference will occur on August 8, 2024, at 3pm EDT. It will be held at the United States District Court for the District of Delaware. Signed by Judge Stephanos Bibas on 6/25/2024. (mpb) (Entered: 06/25/2024) |
| 06/28/2024 | 608 | REDACTED VERSION of 604 Opening Brief in Support, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-B)(Moore, David) (Entered: 06/28/2024) |
| 07/09/2024 | 609 | ORAL ORDER: I dismiss as moot D.I. 535 . Signed by Judge Stephanos Bibas on 07/09/2024. (vfm) (Entered: 07/09/2024) |
| 07/12/2024 | 610 | ANSWERING BRIEF in Opposition re 603 MOTION for the Setting of a Filtration Hearing filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Reply Brief due date per Local Rules is 7/19/2024. (Flynn, Michael) (Entered: 07/12/2024) |
| 07/15/2024 | 611 | ORAL ORDER: The pretrial conference is rescheduled to occur on Tuesday, August 6, 2024, at 3 p.m. EDT, in courtroom 2B. It will be held at the United States District Court for the District of Delaware. Signed by Judge Stephanos Bibas on 7/15/2024. (apk) (Entered: 07/15/2024) |
| 07/18/2024 | 612 | ORAL ORDER: I have considered both parties' arguments regarding a filtration hearing. See D.I. 604 , 610 . I ORDER Ross to submit a list of all headnotes it believes are verbatim quotations, or vary trivially from verbatim quotations, of judicial opinions by Monday, July 29, at noon EDT. ROSS should use the same format used for Exhibit A in D.I. 604-1. If Thomson Reuters wishes to submit comments on the list, it must do so by Monday, August 5, at noon EDT. This Court will not filter out any headnotes that are neither direct quotations nor trivial variations on direct quotations. The jury must consider all headnotes that it could reasonably find are original and thus eligible for copyright protection. D.I. 547 , at 7-8. Ordered by Judge Stephanos Bibas on 7/18/2024. (mpb) (Entered: 07/22/2024) |
| 07/19/2024 | 613 | ORAL ORDER: I ORDER both parties to confer and submit to the Court by July 26, 2024, their availability in September for potential oral argument on the antitrust summary judgment issues. D.I. 590 . We will not address these issues at the trial beginning August 26, 2024, because that trial is on the copyright issues. D.I. 581 . Ordered by Judge Stephanos Bibas on 7/19/2024. (mpb) (Entered: 07/22/2024) |
| 07/22/2024 | 614 | [SEALED] Letter to The Honorable Stephanos Bibas from David E. Moore regarding case status. (Moore, David) (Entered: 07/22/2024) |
| 07/25/2024 | 615 | Letter to The Honorable Stephanos Bibas from David E. Moore regarding The Court's July 22 Oral Order - re 613 Oral Order,, Set Deadlines,. (Moore, David) (Entered: 07/25/2024) |
| 07/29/2024 | 616 | ORAL ORDER: Oral argument on the antitrust counterclaims is scheduled for September 18 at 3 p.m. EDT. Oral argument will likely occur on Zoom, but the Court will confirm |

A137

| | | |
|---|---|---|
| | | closer to the date. Signed by Judge Stephanos Bibas on 7/29/2024. (rlr) (Entered: 07/29/2024) |
| 07/29/2024 | 617 | [SEALED] STATEMENT re 612 Oral Order,,, *[Defendant ROSS Intelligence, Inc.'s List of Headnotes in Response to the July 22, 2024, Order at Docket No. 612]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A part 1, # 2 Exhibit A part 2, # 3 Exhibit A part 3, # 4 Exhibit A part 4, # 5 Exhibit A part 5, # 6 Exhibit B part 1, # 7 Exhibit B part 2, # 8 Exhibit B part 3, # 9 Exhibit C)(Moore, David) (Entered: 07/29/2024) |
| 07/29/2024 | 618 | REDACTED VERSION of 614 Letter by ROSS Intelligence Inc.. (Moore, David) (Entered: 07/29/2024) |
| 07/29/2024 | 619 | [SEALED] Proposed Pretrial Order *(Joint)* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exhibit 1 - Uncontested Facts, # 2 Exhibit 2 - TR Contested Facts, # 3 Exhibit 3 - ROSS Statement of Contested Facts, # 4 Exhibit 4 - TR Issues of Law, # 5 Exhibit 5 - ROSS Issues of Law, # 6 Exhibit 6 - Plaintiffs Trial Exhibit List with ROSS's Objections, # 7 Exhibit 7 - ROSS Trial Exhibit List, # 8 Exhibit 8 - TR Witness List, # 9 Exhibit 9- ROSS Witness List, # 10 Exhibit 10 - Plaintiffs' Deposition Designations with Objs and Counter-Counters, # 11 Exhibit 11 - ROSS Deposition Designations with Counters and Objs, # 12 Exhibit 12 - Plaintiff's Statement of Intended Proofs, # 13 Exhibit 13 - ROSS Statement of Intended Proofs, # 14 Exhibit 14 - TR MILs (1-3), # 15 Exhibit 15 - ROSS MILs (1-3))(Flynn, Michael) (Entered: 07/29/2024) |
| 07/30/2024 | 620 | MOTION for Pro Hac Vice Appearance of Attorney Emily T. Kuwahara, Ryan Henry Seewald, and Jordan Ludwig of Crowell & Moring LLP - filed by ROSS Intelligence Inc.. (Palapura, Bindu) (Entered: 07/30/2024) |
| 07/30/2024 | 621 | Pro Hac Vice Fee - Credit Card Payment received for Emily T. Kuwahara, Ryan Henry Seewald, and Jordan Ludwig. ( re 620 MOTION for Pro Hac Vice Appearance of Attorney Emily T. Kuwahara, Ryan Henry Seewald, and Jordan Ludwig of Crowell & Moring LLP )( Payment of $ 150, receipt number ADEDC-4463725).(Palapura, Bindu) (Entered: 07/30/2024) |
| 07/30/2024 | 622 | MOTION for Pro Hac Vice Appearance of Attorney Yungmoon Chang, Allyn Belusko, and Jeremy King - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 07/30/2024) |
| 07/30/2024 | 623 | Pro Hac Vice Fee - Credit Card Payment received for Yungmoon Chang, Allyn Belusko, and Jeremy King. ( re 622 MOTION for Pro Hac Vice Appearance of Attorney Yungmoon Chang, Allyn Belusko, and Jeremy King )( Payment of $ 150, receipt number ADEDC-4463825).(Flynn, Michael) (Entered: 07/30/2024) |
| 07/30/2024 | | SO ORDERED, re D.I. 620 MOTION for Pro Hac Vice Appearance of Attorney Emily T. Kuwahara, Ryan Henry Seewald, and Jordan Ludwig of Crowell & Moring LLP filed by ROSS Intelligence Inc. Ordered by Judge Stephanos Bibas on 07/30/2024. (oam) (Entered: 07/30/2024) |
| 07/30/2024 | 624 | [SEALED] PRETRIAL ORDER. Signed by Judge Stephanos Bibas on 7/30/2024.This order has been emailed to local counsel. (jfm) (Entered: 07/31/2024) |
| 07/31/2024 | | SO ORDERED, re 622 MOTION for Pro Hac Vice Appearance of Attorney Yungmoon Chang, Allyn Belusko, and Jeremy King filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH.Ordered by Judge Stephanos Bibas on 07/31/2024. (oam) (Entered: 07/31/2024) |
| 07/31/2024 | 625 | MOTION for Exemption of Persons from the Court's May 15, 2023 Standing Order on Personal Devices - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing |

A138

| | | Corporation. (Flynn, Michael) (Entered: 07/31/2024) |
|---|---|---|
| 07/31/2024 | 626 | Proposed Jury Instructions by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation *and Verdict Form*. (Attachments: # 1 Ex. A - Jury Instructions, # 2 Ex. B - Verdict form)(Flynn, Michael) (Entered: 07/31/2024) |
| 07/31/2024 | 627 | VERDICT SHEET by ROSS Intelligence Inc. . (Moore, David) (Entered: 07/31/2024) |
| 07/31/2024 | 628 | Proposed Voir Dire by ROSS Intelligence Inc.. (Moore, David) (Entered: 07/31/2024) |
| 07/31/2024 | 629 | Proposed Jury Instructions by ROSS Intelligence Inc. . (Moore, David) (Entered: 07/31/2024) |
| 08/01/2024 | 630 | SO ORDER, re 625 MOTION for Exemption of Persons from the Court's May 17, 2023 Standing Order on Personal Devices. Signed by Judge Stephanos Bibas on 8/1/2024. (jfm) (Entered: 08/01/2024) |
| 08/01/2024 | 631 | MOTION [Defendant-Counterclaimant's Motion and Proposed Order Granting Limited Exemption From the Standing Order Regarding Personal Electronic Devices (re 8/6/24 pretrial conference)] - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 08/01/2024) |
| 08/01/2024 | | ORAL ORDER, I GRANT Defendant-Counterclaimant's Motion and Proposed Order Granting Limited Exemption from the Standing Order Regarding Personal Electronic Devices (D.I. 631 ). Ordered by Judge Stephanos Bibas on 08/01/2024. (oam) (Entered: 08/01/2024) |
| 08/01/2024 | 632 | Proposed Voir Dire by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 08/01/2024) |
| 08/02/2024 | 633 | MEMORANDUM OPINION Signed by Judge Stephanos Bibas on 8/2/2024. (mpb) (Entered: 08/02/2024) |
| 08/02/2024 | 634 | ORDER: I DENY the part of Ross's motion (D.I. 267 ) seeking to exclude opinions and testimony of Plaintiffs' expert Jonathan Krein on substantial similarity. This fully resolves D.I. 267 . I DENY the part of Ross's motion (D.I. 273 ) seeking to exclude the opinions ofPlaintiffs expert James Malackowsi on statutory damages under the Copyright Act. This fully resolves D.I. 273 . I DENY Plaintiffs' motion to exclude opinions and testimony of Rosss expert Barbara Frederiksen-Cross (D.I. 260 ). This fully resolves D.I. 260. I GRANT the parts of Plaintiffs' motion (D.I. 262 ) seeking to exclude the opinions and testimony of Ross's expert Dr. Alan Cox on disgorgement and lost profits. This fully resolves D.I. 262 . Signed by Judge Stephanos Bibas on 8/2/2024. (mpb) (Entered: 08/02/2024) |
| 08/02/2024 | 635 | Proposed Voir Dire by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A)(Moore, David) (Entered: 08/02/2024) |
| 08/05/2024 | 636 | [SEALED] STATEMENT re 612 Oral Order,,, 617 Statement, --*Plaintiffs' Response to Defendant Ross's List of Headnotes in Response to the July 22, 2024, Order at Docket No. 612*-- by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exhibit 1)(Flynn, Michael) (Entered: 08/05/2024) |
| 08/05/2024 | 637 | REDACTED VERSION of 617 Statement, *re 612 Oral Order,,, [Defendant ROSS Intelligence, Inc.'s List of Headnotes in Response to the July 22, 2024, Order at Docket No. 612]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Moore, David) (Entered: 08/05/2024) |
| 08/05/2024 | 638 | ORDER granting D.I. 631 Defendant-Counterclaimant's Motion and Proposed Order Granting Limited Exemption From the Standing Order Regarding Personal Electronic |

A139

| | | |
|---|---|---|
| | | Devices. Signed by Judge Stephanos Bibas on 8/5/2024. (mpb) (Entered: 08/05/2024) |
| 08/05/2024 | 639 | Proposed Jury Instructions by ROSS Intelligence Inc. *[ROSS Intelligence Inc.'s [Revised Proposed] Jury Instructions]*. (Moore, David) (Entered: 08/05/2024) |
| 08/05/2024 | 640 | VERDICT SHEET by ROSS Intelligence Inc. -*Revised*. (Moore, David) (Entered: 08/05/2024) |
| 08/06/2024 | 641 | [SEALED] Letter to The Honorable Stephanos Bibas from Michael Flynn regarding Amended Version of Exhibit 1 to D.I. 636 - re 636 Statement,. (Attachments: # 1 Exhibit 1)(Flynn, Michael) (Entered: 08/06/2024) |
| 08/06/2024 | | Minute Entry for Final Pretrial Conference proceedings held before Judge Stephanos Bibas - Final Pretrial Conference held on 8/6/2024. Present for Plaintiff: Dale M. Cendali, Joshua L. Simmons, Miranda D. Means, Yungmoon Chang, Eric A. Loverro and Jeremy Tigan. Present for Defense: Warrington Parker, David Ellis Moore, Keith J. Harrison and Joachim B. Steinberg. (Total Time - 1 hour 23 minutes.) (Court Reporter Deanna Warner.) (vfm) (Entered: 08/06/2024) |
| 08/07/2024 | 642 | Letter to The Honorable Stephanos Bibas from David E. Moore regarding case status. (Moore, David) (Entered: 08/07/2024) |
| 08/07/2024 | 643 | ORAL ORDER: During the pretrial conference on August 6, 2024, I addressed the issue of headnote filtration. I now enter that order on the docket. At this time, I will not filter out any headnotes as uncopyrightable for two separate reasons. First, there is the possibility that a jury could find sufficient creativity in Plaintiffs' selection and arrangement of the headnotes to establish a valid copyright. Second, even if the only consideration for copyrightability is whether the headnote text is the same as judicial opinion text, Ross's list of headnotes included some headnotes that sufficiently differ from the text of judicial opinions that a reasonable jury could find meaningful change and creativity sufficient to establish a valid copyright. So I cannot filter out the group of headnotes Ross listed. This resolves the motion at D.I. 603 . Ordered by Judge Stephanos Bibas on 8/7/2024. (mpb) (Entered: 08/08/2024) |
| 08/07/2024 | 644 | ORAL ORDER: During the pretrial conference on August 6, 2024, I orally resolved three motions in limine submitted by each side. I now enter the substance of those orders on the docket. For the reasons I stated at the pretrial conference, I do the following: (1) I DENY Thomson Reuterss motion to exclude testimony, evidence, or argument concerning the public benefit of generative artificial intelligence. D.I. 619 -14-1. But if Ross chooses to mention generative artificial intelligence, I require it to clarify the extent to which its technology differs from generative AI and then explain why generative AI is relevant. (2) I GRANT IN PART and DENY IN PART Thomson Reuters's motion to exclude testimony, evidence, or argument regarding or referencing Ross's antitrust counterclaims. D.I. 619 -14-2. Ross may not mention the fact that it has filed antitrust counterclaims against Thomson Reuters. But Ross is permitted to mention Thomson Reuterss market position to the extent relevant to any of the copyright-specific issues at this trial. (3) I GRANT Thomson Reuters's motion to exclude testimony, evidence, or argument regarding Ross purportedly ceasing operations due to this lawsuit. D.I. 619 -14-3. But I do not prevent Ross from discussing its past financial health if Thomson Reuters opens that door by maligning Ross's financial success. (4) I DENY Rosss motion to exclude any reference to Westlaw selling AI training data. D.I. 619 -15-1. (5) I DENY Ross's motion to exclude evidence or testimony regarding Charles von Simson. D.I. 619 -15-2. (6) I DENY Rosss motion to exclude evidence or testimony regarding Jonathan Krein's undisclosed opinions. D.I. 619 -15-3. Ordered by Judge Stephanos Bibas on 8/7/2024. (mpb) (Entered: 08/08/2024) |

A140

| 08/09/2024 | 645 | [SEALED] EXHIBIT re 619 Proposed Pretrial Order,,, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Ex. 6 - Plaintiffs Trial Exhibit List with ROSS's Objections)(Flynn, Michael) (Entered: 08/09/2024) |
|---|---|---|
| 08/12/2024 | 646 | Proposed Jury Instructions by ROSS Intelligence Inc. -*Second Revised*. (Attachments: # 1 Exhibit A - Redline)(Moore, David) (Entered: 08/12/2024) |
| 08/12/2024 | 647 | VERDICT SHEET by ROSS Intelligence Inc. - *Second Revised*. (Attachments: # 1 Exhibit A - Redline)(Moore, David) (Entered: 08/12/2024) |
| 08/12/2024 | 648 | MOTION for Pro Hac Vice Appearance of Attorney Keith J. Harrison of Crowell & Moring LLP - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 08/12/2024) |
| 08/12/2024 | 649 | Pro Hac Vice Fee - Credit Card Payment received for Keith J. Harrison. ( re 648 MOTION for Pro Hac Vice Appearance of Attorney Keith J. Harrison of Crowell & Moring LLP )( Payment of $ 50, receipt number ADEDC-4474027).(Moore, David) (Entered: 08/12/2024) |
| 08/13/2024 | 650 | MOTION for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 08/13/2024) |
| 08/13/2024 | 651 | MOTION and Proposed Order Granting Limited Exemption from the Standing Order Regarding Personal Electronic Devices (re 8/22/24, 8/23/24 & 8/30/24) - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 08/13/2024) |
| 08/14/2024 | 652 | SO ORDERED, re 648 MOTION for Pro Hac Vice Appearance of Attorney Keith J. Harrison of Crowell & Moring LLP filed by ROSS Intelligence Inc.. Ordered by Judge Stephanos Bibas on 8/14/2024. (jfm) (Entered: 08/14/2024) |
| 08/14/2024 | 653 | ORDER, granting D.I. 650 MOTION for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices . Signed by Judge Stephanos Bibas on 08/14/2024. (vfm) (Entered: 08/14/2024) |
| 08/14/2024 | 654 | ORDER, granting 651 MOTION and Proposed Order Granting Limited Exemption from the Standing Order Regarding Personal Electronic Devices (re 8/22/24, 8/23/24 & 8/30/24). Signed by Judge Stephanos Bibas on 8/14/2024. (jfm) (Entered: 08/14/2024) |
| 08/14/2024 | 655 | REDACTED VERSION of 636 Statement, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 08/14/2024) |
| 08/15/2024 | 656 | VERDICT SHEET by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation --*Revised Proposed Verdict Form*--. (Attachments: # 1 Exhibit A)(Flynn, Michael) (Entered: 08/15/2024) |
| 08/16/2024 | 657 | STATEMENT re 656 Verdict Sheet *[ROSS Intelligence Inc.'s Response and Objections to Plaintiffs' Proposed Verdict Form]* by ROSS Intelligence Inc.. (Moore, David) (Entered: 08/16/2024) |
| 08/16/2024 | 658 | EXHIBIT re 657 Statement *[Exhibit A to ROSS Intelligence Inc.'s Response and Objections to Plaintiffs' Proposed Verdict Form]* by ROSS Intelligence Inc.. (Moore, David) (Entered: 08/16/2024) |
| 08/21/2024 | 659 | [SEALED] STATEMENT *[Defendant's Response to the Court's Sua Sponte Summary Judgment Decision and Request for Continuance and Teleconference]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-F)(Moore, David) (Entered: 08/21/2024) |
| 08/21/2024 | 660 | [SEALED] MOTION for Leave to File *[ROSS Intelligence's Motion to Amend Final Pretrial Order]* - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed |

A141

| | | |
|---|---|---|
| | | Order, # 2 Exhibit A - Redline, # 3 Exhibit B - Amended Final Pretrial Order)(Moore, David) (Entered: 08/21/2024) |
| 08/21/2024 | 661 | STATEMENT re 659 Statement *(Plaintiffs' Response to ROSS's Statement and Request for a Continuance)* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 08/21/2024) |
| 08/21/2024 | 662 | ANSWERING BRIEF in Opposition re 660 MOTION for Leave to File *[ROSS Intelligence's Motion to Amend Final Pretrial Order]* filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Reply Brief due date per Local Rules is 8/28/2024. (Flynn, Michael) (Entered: 08/21/2024) |
| 08/22/2024 | 663 | ORAL ORDER: Based on this morning's discussion with the parties, I CONTINUE this trial without setting a future date. I rescind all rulings made orally to the parties at the Zoom teleconference on Tuesday, August 20, 2024. Instead, I invite Thomson Reuters to renew its motions for summary judgment on those issues and Ross to renew its cross-motion for summary judgment on fair use. Thus, the parties may submit two sets of additional briefing on (1) copyrightability, validity, and infringement, and (2) the defense of fair use. In the briefing, the parties may also choose to address merger, scenes a faire, copyright misuse, and innocent infringement, as I instructed this morning. The parties shall meet and confer on a new briefing schedule, page limits, and dates for a two-day summary judgment hearing. The parties shall propose a joint scheduling order to the Court by 5 p.m. EDT on Wednesday, August 28. Ordered by Judge Stephanos Bibas on 8/22/2024. (mpb) (Entered: 08/22/2024) |
| 08/22/2024 | 664 | ORAL ORDER: Because of my order at D.I. 663 , I DISMISS AS MOOT Rosss motion at D.I. 660 to amend the pretrial order. Ordered by Judge Stephanos Bibas on 08/22/2024. (vfm) (Entered: 08/22/2024) |
| 08/22/2024 | | Pro Hac Vice Attorney Ryan Henry Seewald, Emily T. Kuwahara, Keith J. Harrison for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (cdd) (Entered: 08/22/2024) |
| 08/27/2024 | 665 | Letter to The Honorable Stephanos Bibas from Michael J. Flynn regarding September 18, 2024 Oral Argument - re 616 Oral Order, Set Deadlines/Hearings. (Flynn, Michael) (Entered: 08/27/2024) |
| 08/28/2024 | 666 | Joint Letter to The Honorable Stephanos Bibas from David E. Moore and Michael J. Flynn regarding Summary Judgment - re 663 Oral Order,,,, Terminate Hearings,,,, Set Deadlines,,,. (Moore, David) (Entered: 08/28/2024) |
| 08/29/2024 | 667 | ORDER: In response to the parties' joint letter at D.I. 666 , I GRANT the parties' proposed summary judgment briefing schedule and proposed brief lengths. Any opening briefs in support of a motion for summary judgment shall not exceed 40 pages and shall be filed by Tuesday, October 1, 2024 at 5 p.m. EDT. Any opposing briefs shall not exceed 40 pages and shall be filed by Wednesday, October 30, 2024 at 5 p.m. EDT. Any reply briefs shall not exceed 30 pages and shall be filed by Wednesday, November 13, 2024 at 5 p.m. EDT. All documents shall be double-spaced with one-inch margins and at least 12-point type.I also GRANT the parties' request to continue to meet and confer about hearing dates, and I ORDER the parties to provide mutually agreeable dates to the Court by Tuesday, October 1, 2024 at 5 p.m. These dates may include dates in early 2025. As for the substantive question raised by the parties, though Ross may move for summary judgment on copyrightability and infringement, the Court is unlikely to grant that motion, and Plaintiffs should not file any brief opposing such motion unless and until the Court asks for a response. Ordered by Judge Stephanos Bibas on 8/29/2024. (jfm) (Entered: 08/29/2024) |

A142

| 09/03/2024 | 668 | ORAL ORDER: In response to Thomson Reuters' letter at D.I. 665 requesting additional guidance from the Court on the antitrust summary judgment oral argument, the Court anticipates specifically addressing (1) Motion No. 1 Separate Products, focusing on whether Ross has shown sufficient consumer demand; (2) Motion No. 2 Market Definition and Market Power and the separate but related Motion to Preclude Dr. James Ratliff, focusing on whether Dr. Ratliff's report is admissible and successfully defines the relevant market; and (3) Motion No. 5 Dr. Alan Cox and Comcast, focusing on the validity of Dr. Cox's approach to developing the but-for world. Despite these anticipated focal points, all summary judgment motions on the antitrust counterclaims and related motions about experts remain relevant for the argument. The oral argument will occur on Zoom. The Court will circulate Zoom information to the parties via email. Ordered by Judge Stephanos Bibas on 9/3/2024. (rlr) (Entered: 09/04/2024) |
|---|---|---|
| 09/11/2024 | | Pro Hac Vice Attorney Jordan Ludwig for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mws) (Entered: 09/11/2024) |
| 09/18/2024 | | Minute Entry for proceedings held before Judge Stephanos Bibas - Oral Argument held on 9/18/2024. (Total Time in Court: 59 minutes, 46 seconds) (Court Reporter N/A.) (mpb) (Entered: 10/25/2024) |
| 09/27/2024 | 669 | MEMORANDUM OPINION Signed by Judge Stephanos Bibas on 9/27/2024. (mpb) (Entered: 09/27/2024) |
| 09/27/2024 | 670 | ORDER: I GRANT Plaintiffs' Motion for Summary Judgment on Ross's Antitrust Counterclaims (No. 1) Separate Products (D.I. 519 ). I GRANT Plaintiffs' Motion for Summary Judgment on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power (D.I. 521). Because I am granting summary judgment on Motions 1 and 2, I DISMISS AS MOOT Plaintiffs' Motion for Summary Judgment on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations (D.I. 523 ). Because I am granting summary judgment on Motions 1 and 2, I DISMISS AS MOOT Plaintiffs' Motion for Summary Judgment on Ross' Antitrust Counterclaims (No. 4) Injunctive Relief (D.I. 525 ). Because I am granting summary judgment on Motions 1 and 2, I DISMISS AS MOOT Plaintiffs' Motion to Preclude Dr. Alan Cox and Motion for Summary Judgment on Ross's Antitrust Counterclaims (No. 5) Comcast (D.I. 527 ). I GRANT IN PART Plaintiffs Motion to Preclude Dr. James Ratliff and Dr. Gillian Hadfield. I exclude the portion of Dr. Ratliffs report that addresses market definition. I DISMISS AS MOOT the remainder of the motion because these experts are relevant only to the antitrust counterclaims which are now all resolved at summary judgment (D.I. 529 ). Because the antitrust counterclaims are now all resolved at summary judgment,I DISMISS AS MOOT Defendant's Motion to Exclude Certain Opinions of Plaintiffs and Counter Defendants' Expert Chad Syverson (D.I. 516 ). Signed by Judge Stephanos Bibas on 9/27/2024. (mpb) (Entered: 09/27/2024) |
| 10/01/2024 | 671 | Joint Letter to The Honorable Stephanos Bibas from the Parties regarding Summary Judgment Hearing - re 667 Order,,,,, Set Briefing Schedule,,,,, Terminate Scheduling Order Deadlines,,,,. (Flynn, Michael) (Entered: 10/01/2024) |
| 10/01/2024 | 672 | MOTION for Partial Summary Judgment *on Fair Use (Renewed)* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/01/2024) |
| 10/01/2024 | 673 | [SEALED] OPENING BRIEF in Support re 672 MOTION for Partial Summary Judgment *on Fair Use (Renewed)* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 10/15/2024. (Flynn, Michael) (Entered: 10/01/2024) |

A143

| 10/01/2024 | 674 | MOTION for Partial Summary Judgment *on Direct Copyright Infringement and Related Defenses (Renewed)* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/01/2024) |
|---|---|---|
| 10/01/2024 | 675 | [SEALED] OPENING BRIEF in Support re 674 MOTION for Partial Summary Judgment *on Direct Copyright Infringement and Related Defenses (Renewed)* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Answering Brief/Response due date per Local Rules is 10/15/2024. (Flynn, Michael) (Entered: 10/01/2024) |
| 10/01/2024 | 676 | MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use* - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed Order)(Moore, David) (Entered: 10/01/2024) |
| 10/01/2024 | 677 | [SEALED] OPENING BRIEF in Support re 676 MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use* filed by ROSS Intelligence Inc..Answering Brief/Response due date per Local Rules is 10/15/2024. (Moore, David) (Entered: 10/01/2024) |
| 10/01/2024 | 678 | [SEALED] DECLARATION re 677 Opening Brief in Support, 675 Opening Brief in Support, *of Miranda D. Means* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Ex. 1, # 2 Ex. 2, # 3 Ex. 3, # 4 Ex. 4, # 5 Ex. 5, # 6 Ex. 6, # 7 Ex. 7, # 8 Ex. 8, # 9 Ex. 9, # 10 Ex. 10, # 11 Ex. 11, # 12 Ex. 12, # 13 Ex. 13, # 14 Ex. 14, # 15 Ex. 15, # 16 Ex. 16, # 17 Ex. 17, # 18 Ex. 18, # 19 Ex. 19, # 20 Ex. 20, # 21 Ex. 21, # 22 Ex. 22, # 23 Ex. 23, # 24 Ex. 24, # 25 Ex. 25, # 26 Ex. 26, # 27 Ex. 27, # 28 Ex. 28, # 29 Ex. 29, # 30 Ex. 30, # 31 Ex. 31, # 32 Ex. 32, # 33 Ex. 33, # 34 Ex. 34, # 35 Ex. 35, # 36 Ex. 36, # 37 Ex. 37, # 38 Ex. 38, # 39 Ex. 39, # 40 Ex. 40, # 41 Ex. 41, # 42 Ex. 42, # 43 Ex. 43, # 44 Ex. 44, # 45 Ex. 45, # 46 Ex. 46, # 47 Ex. 47, # 48 Ex. 48, # 49 Ex. 49, # 50 Ex. 50, # 51 Ex. 51, # 52 Ex. 52, # 53 Ex. 53, # 54 Ex. 54, # 55 Ex. 55, # 56 Ex. 56, # 57 Ex. 57, # 58 Ex. 58, # 59 Ex. 59, # 60 Ex. 60, # 61 Ex. 61, # 62 Ex. 62, # 63 Ex. 63, # 64 Ex. 64, # 65 Ex. 65, # 66 Ex. 66, # 67 Ex. 67, # 68 Ex. 68, # 69 Ex. 69, # 70 Ex. 70, # 71 Ex. 71, # 72 Ex. 72, # 73 Ex. 73, # 74 Ex. 74, # 75 Ex. 75, # 76 Ex. 76, # 77 Ex. 77, # 78 Ex. 78, # 79 Ex. 79, # 80 Ex. 80, # 81 Ex. 81, # 82 Ex. 82, # 83 Ex. 83, # 84 Ex. 84, # 85 Ex. 85, # 86 Ex. 86, # 87 Ex. 87, # 88 Ex. 88, # 89 Ex. 89, # 90 Ex. 90, # 91 Ex. 91, # 92 Ex. 92, # 93 Ex. 93, # 94 Ex. 94, # 95 Ex. 95, # 96 Ex. 96, # 97 Ex. 97, # 98 Ex. 98, # 99 Ex. 99, # 100 Ex. 100, # 101 Ex. 101, # 102 Ex. 102, # 103 Ex. 103) (Flynn, Michael) (Entered: 10/01/2024) |
| 10/01/2024 | 679 | DECLARATION re 675 Opening Brief in Support, 677 Opening Brief in Support *(of Laurie Oliver)* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/01/2024) |
| 10/01/2024 | 680 | [SEALED] DECLARATION re 676 MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use (Declaration of Jimoh Ovbiagele)* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 3, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 10, # 5 Exhibit 11, # 6 Exhibit 12, # 7 Exhibit 13, # 8 Exhibit 49, # 9 Exhibit 61, # 10 Exhibit 63, # 11 Exhibit 64)(Moore, David) (Entered: 10/01/2024) |
| 10/01/2024 | 681 | [SEALED] DECLARATION re 676 MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use (Declaration of Alan Cox)* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-E)(Moore, David) (Entered: 10/01/2024) |
| 10/01/2024 | 682 | NOTICE of filing the following Non-Paper material(s) in multi media format: native electronic versions of Exhibits 33-35 to the Omnibus Declaration of Miranda Means in Support of Plaintiffs' Renewed Motions for Summary Judgment (D.I. 678) -. Original Non-paper material(s) to be filed with the Clerk's Office. Notice filed by Michael J. Flynn |

A144

| | | on behalf of Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 10/01/2024) |
|---|---|---|
| 10/01/2024 | 683 | MOTION for Summary Judgment *as to Plaintiffs' Copyright Claims* - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed Order)(Moore, David) (Main Document 683 replaced on 10/3/2024) (mpb). (Attachment 1 replaced on 10/3/2024) (mpb). (Entered: 10/01/2024) |
| 10/01/2024 | 684 | [SEALED] OPENING BRIEF in Support re 683 MOTION for Summary Judgment *as to Plaintiffs' Copyright Claims* filed by ROSS Intelligence Inc..Answering Brief/Response due date per Local Rules is 10/15/2024. (Moore, David) (Entered: 10/01/2024) |
| 10/01/2024 | 685 | [SEALED] DECLARATION re 683 MOTION for Summary Judgment *as to Plaintiffs' Copyright Claims (Declaration of Jacob Canter)* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-C, # 2 Exhibit D-H)(Moore, David) Modified on 10/10/2024 (scs). (Entered: 10/01/2024) |
| 10/01/2024 | 686 | [SEALED] DECLARATION re 683 MOTION for Summary Judgment *as to Plaintiffs' Copyright Claims (Declaration of Jimoh Ovbiagele)* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-11)(Moore, David) (Entered: 10/01/2024) |
| 10/01/2024 | 687 | [SEALED] DECLARATION re 683 MOTION for Summary Judgment *as to Plaintiffs' Copyright Claims*, 676 MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use [Declaration of Richard Leiter]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-D)(Moore, David) (Entered: 10/01/2024) |
| 10/01/2024 | 688 | [SEALED] DECLARATION re 683 MOTION for Summary Judgment *as to Plaintiffs' Copyright Claims*, 676 MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use [Declaration of Barbara Frederiksen-Cross]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-D)(Moore, David) (Entered: 10/01/2024) |
| 10/01/2024 | 689 | [SEALED] DECLARATION re 683 MOTION for Summary Judgment *as to Plaintiffs' Copyright Claims*, 676 MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use [Declaration of Joseph Marks]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-D)(Moore, David) (Entered: 10/01/2024) |
| 10/01/2024 | 690 | [SEALED] DECLARATION re 676 MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use [Declaration of Jacob Canter]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 4, # 4 Exhibit 7-9, # 5 Exhibit 14-15, # 6 Exhibit 16 part 1, # 7 Exhibit 16 part 2, # 8 Exhibit 16 part 3, # 9 Exhibit 16 part 4, # 10 Exhibit 16 part 5, # 11 Exhibit 16 part 6, # 12 Exhibit 17-26, # 13 Exhibit 27 part 1, # 14 Exhibit 27 part 2, # 15 Exhibit 28-29, # 16 Exhibit 30 part 1, # 17 Exhibit 30 part 2, # 18 Exhibit 30 part 3, # 19 Exhibit 30 part 4, # 20 Exhibit 31-38, # 21 Exhibit 39 part 1, # 22 Exhibit 39 part 2, # 23 Exhibit 39 part 3, # 24 Exhibit 39 part 4, # 25 Exhibit 39 part 5, # 26 Exhibit 40-46, # 27 Exhibit 47-48, # 28 Exhibit 50-60, # 29 Exhibit 62, # 30 Exhibit 65-67)(Moore, David) Modified on 10/10/2024 (scs). (Entered: 10/01/2024) |
| 10/01/2024 | 691 | [SEALED] DECLARATION re 683 MOTION for Summary Judgment *as to Plaintiffs' Copyright Claims [Declaration of Warrington S. Parker III]* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-9, # 2 Exhibit 10 part 1, # 3 Exhibit 10 part 2, # 4 Exhibit 11-13, # 5 Exhibit 14 part 1, # 6 Exhibit 14 part 2, # 7 Exhibit 15 part 1, # 8 Exhibit 15 part 2, # 9 Exhibit 16-26, # 10 Exhibit 27 part 1, # 11 Exhibit 27 part 2, # 12 Exhibit 27 part 3, # 13 Exhibit 27 part 4, # 14 Exhibit 28-37, # 15 Exhibit 38, # 16 Exhibit 39 part 1, # 17 Exhibit 39 part 2, # 18 Exhibit 39 part 3, # 19 Exhibit 39 part 4, # 20 Exhibit 39 part 5, # 21 Exhibit 40 part 1, # 22 Exhibit 40 part 2, # 23 Exhibit 40 part 3, # 24 Exhibit 40 part 4, # 25 Exhibit 41, # 26 Exhibit 42)(Moore, David) (Entered: 10/01/2024) |

A145

| 10/01/2024 | 692 | ORAL ORDER: In response to the parties' joint letter (D.I. 671 ), I ORDER the parties to reserve December 5, 2024, and December 6, 2024, for oral argument on the renewed summary judgment motions. Also, given the busy schedules of all involved, I would like to reserve five days in early 2025 to use if the case proceeds to trial after resolution of the renewed summary judgment motions. I thus ORDER the parties to confer about possible dates for a continued trial and inform the Court of those dates by November 1, 2024. Signed by Judge Stephanos Bibas on 10/1/2024. (mpb) (Entered: 10/02/2024) |
|---|---|---|
| 10/03/2024 | | CORRECTING ENTRY: Per Counsel's request, the Main Document and Attachment 1 of D.I. 683 have been replaced to reflect the correct Motion for Summary Judgment. (mpb) (Entered: 10/03/2024) |
| 10/08/2024 | 693 | REDACTED VERSION of 673 Opening Brief in Support, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/08/2024) |
| 10/08/2024 | 694 | REDACTED VERSION of 675 Opening Brief in Support, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 10/08/2024) |
| 10/08/2024 | 695 | REDACTED VERSION of 678 Declaration,,,,,,, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exs. 1-82, # 2 Exs. 83-103) (Flynn, Michael) (Entered: 10/08/2024) |
| 10/08/2024 | 696 | STIPULATION TO EXTEND TIME to Submit Redacted Versions of its Sealed Opening Summary Judgement Briefs to October 9, 2024 - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/08/2024) |
| 10/09/2024 | 697 | REDACTED VERSION of 683 MOTION for Summary Judgment *as to Plaintiffs' Copyright Claims* by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/09/2024) |
| 10/09/2024 | 698 | REDACTED VERSION of 676 MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use* by ROSS Intelligence Inc.. (Moore, David) (Entered: 10/09/2024) |
| 10/09/2024 | 699 | REDACTED VERSION of 688 Declaration, *of Barbara Frederiksen-Cross* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-D)(Moore, David) (Entered: 10/09/2024) |
| 10/09/2024 | 700 | REDACTED VERSION of 687 Declaration, *of Richard Leiter* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-D)(Moore, David) (Entered: 10/09/2024) |
| 10/09/2024 | 701 | REDACTED VERSION of 689 Declaration, *of Joseph Marks* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-D)(Moore, David) (Entered: 10/09/2024) |
| 10/09/2024 | 702 | REDACTED VERSION of 680 Declaration, *of Jimoh Ovbiagele* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 3, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 10, # 5 Exhibit 11, # 6 Exhibit 12, # 7 Exhibit 13, # 8 Exhibit 49, # 9 Exhibit 61, # 10 Exhibit 63, # 11 Exhibit 64)(Moore, David) (Entered: 10/09/2024) |
| 10/09/2024 | 703 | REDACTED VERSION of 686 Declaration *of Jimoh Ovbiagele* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-11)(Moore, David) (Entered: 10/09/2024) |
| 10/09/2024 | 704 | REDACTED VERSION of 681 Declaration *of Alan Cox* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-E)(Moore, David) (Entered: 10/09/2024) |
| 10/09/2024 | 705 | REDACTED VERSION of 691 Declaration,,, *of Warrington S. Parker III* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-13, # 2 Exhibit 14-26, # 3 Exhibit 27 Part 1, # 4 Exhibit 27 Part 2, # 5 Exhibit 27 Part 3, # 6 Exhibit 27 Part 4, # 7 Exhibit 28-33, # 8 Exhibit 34-42)(Moore, David) (Entered: 10/09/2024) |

A146

| | | |
|---|---|---|
| 10/10/2024 | 706 | ORAL ORDER: I DISMISS AS MOOT Ross's Stipulation to Extend Time to Submit Redacted Versions of its Sealed Opening Summary Judgment Briefs (D.I. 696 ). Ordered by Judge Stephanos Bibas on 10/10/2024. (vfm) (Entered: 10/10/2024) |
| 10/10/2024 | | CORRECTING ENTRY: Per Counsels request, D.I. 685 and 690 have been placed under seal. (scs) (Entered: 10/10/2024) |
| 10/10/2024 | 707 | REDACTED VERSION of 685 Declaration, *of Jacob Canter* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-H)(Moore, David) (Entered: 10/10/2024) |
| 10/10/2024 | 708 | REDACTED VERSION of 690 Declaration,,, *of Jacob Canter* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-2, # 2 Exhibit 4, # 3 Exhibit 7-9, # 4 Exhibit 14-19, # 5 Exhibit 20-29, # 6 Exhibit 30 Part 1, # 7 Exhibit 30 Part 2, # 8 Exhibit 30 Part 3, # 9 Exhibit 31-48, # 10 Exhibit 50-60, # 11 Exhibit 62, # 12 Exhibit 65-67)(Moore, David) (Entered: 10/10/2024) |
| 10/28/2024 | 709 | Letter to The Honorable Stephanos Bibas from Michael Flynn regarding Summary Judgment Hearing - re 692 Oral Order,,. (Flynn, Michael) (Entered: 10/28/2024) |
| 10/30/2024 | 710 | [SEALED] ANSWERING BRIEF in Opposition re 672 MOTION for Partial Summary Judgment *on Fair Use (Renewed)* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 11/6/2024. (Moore, David) (Entered: 10/30/2024) |
| 10/30/2024 | 711 | [SEALED] DECLARATION re 710 Answering Brief in Opposition *of Jacob Canter* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-16, # 2 Exhibit 17, # 3 Exhibit 18-25, # 4 Exhibit 26-36, # 5 Exhibit 37 Part 1, # 6 Exhibit 37 Part 2, # 7 Exhibit 38, # 8 Exhibit 39, # 9 Exhibit 40, # 10 Exhibit 41 Part 1, # 11 Exhibit 41 Part 2, # 12 Exhibit 41 Part 3, # 13 Exhibit 41 Part 4, # 14 Exhibit 42, # 15 Exhibit 43 Part 1, # 16 Exhibit 43 Part 2, # 17 Exhibit 44)(Moore, David) (Entered: 10/30/2024) |
| 10/30/2024 | 712 | [SEALED] DECLARATION re 710 Answering Brief in Opposition *of Jimoh Ovbiagele* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-19)(Moore, David) (Entered: 10/30/2024) |
| 10/30/2024 | 713 | [SEALED] ANSWERING BRIEF in Opposition re 674 MOTION for Partial Summary Judgment *on Direct Copyright Infringement and Related Defenses (Renewed)* filed by ROSS Intelligence Inc..Reply Brief due date per Local Rules is 11/6/2024. (Moore, David) (Entered: 10/30/2024) |
| 10/30/2024 | 714 | [SEALED] DECLARATION re 713 Answering Brief in Opposition, *of Jimoh Ovbiagele* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-6)(Moore, David) (Entered: 10/30/2024) |
| 10/30/2024 | 715 | [SEALED] DECLARATION re 713 Answering Brief in Opposition, *of Warrington S. Parker III* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-11, # 2 Exhibit 12 Part 1, # 3 Exhibit 12 Part 2, # 4 Exhibit 13 Part 1, # 5 Exhibit 13 Part 2, # 6 Exhibit 14-31, # 7 Exhibit 32 Part 1, # 8 Exhibit 32 Part 2, # 9 Exhibit 32 Part 3, # 10 Exhibit 32 Part 4, # 11 Exhibit 32 Part 5, # 12 Exhibit 32 Part 6, # 13 Exhibit 33)(Moore, David) (Entered: 10/30/2024) |
| 10/30/2024 | 716 | [SEALED] ANSWERING BRIEF in Opposition re 676 MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Reply Brief due date per Local Rules is 11/6/2024. (Flynn, Michael) (Entered: 10/30/2024) |
| 10/30/2024 | 717 | [SEALED] DECLARATION re 713 Answering Brief in Opposition, *of Jacob Canter* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 7 Exhibit C-I) |

A147

| | | |
|---|---|---|
| | | (Moore, David) (Attachment 2 replaced on 10/31/2024) (mpb). Modified on 10/31/2024 (mpb). (Entered: 10/30/2024) |
| 10/30/2024 | 718 | [SEALED] DECLARATION re 716 Answering Brief in Opposition, *of Miranda D. Means* - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Ex. 104, # 2 Ex. 105, # 3 Ex. 106, # 4 Ex. 107, # 5 Ex. 108, # 6 Ex. 109, # 7 Ex. 110, # 8 Ex. 111, # 9 Ex. 112, # 10 Ex. 113, # 11 Ex. 114, # 12 Ex. 115, # 13 Ex. 116, # 14 Ex. 117, # 15 Ex. 118, # 16 Ex. 119, # 17 Ex. 120, # 18 Ex. 121, # 19 Ex. 122, # 20 Ex. 123, # 21 Ex. 124, # 22 Ex. 125, # 23 Ex. 126, # 24 Ex. 127, # 25 Ex. 128, # 26 Ex. 129, # 27 Ex. 130, # 28 Ex. 131, # 29 Ex. 132, # 30 Ex. 133, # 31 Ex. 134, # 32 Ex. 135, # 33 Ex. 136, # 34 Ex. 137, # 35 Ex. 138)(Flynn, Michael) (Entered: 10/30/2024) |
| 10/30/2024 | 719 | NOTICE of filing the following Non-Paper material(s) in multi media format: Exhibits 117-124 to the Omnibus Declaration of Miranda D. Means In Support of Plaintiffs' Opposition to ROSS Intelligence Inc.'s Renewed Motion for Summary Judgment (D.I. 718) (flash drive lodged under seal). Original Non-paper material(s) to be filed with the Clerk's Office. Notice filed by Michael J. Flynn on behalf of Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (Flynn, Michael) (Entered: 10/30/2024) |
| 10/31/2024 | | CORRECTING ENTRY: Per Counsel's request, Attachment 2 to D.I. 717 has been replaced to reflect the correct number of pages. Attachments 3 through 6 to D.I. 717 have been deleted to reflect the removal of blank pages. The docket of Attachment 7 to D.I. 717 has been modified to reflect the correct amount of exhibits. (mpb) (Entered: 10/31/2024) |
| 11/01/2024 | 720 | Joint Letter to The Honorable Stephanos Bibas from the Parties regarding 2025 Trial Dates. (Flynn, Michael) (Entered: 11/01/2024) |
| 11/01/2024 | 721 | NOTICE requesting Clerk to remove Andrew L. Brown as co-counsel. Reason for request: No longer with the firm of Potter Anderson & Corroon LLP. (Moore, David) (Entered: 11/01/2024) |
| 11/04/2024 | 722 | ORAL ORDER: I ORDER the parties to reserve the week beginning May 12, 2025, for trial. D.I. 720 . But I ask counsel for both sides to come to the start of the December 5-6 summary judgment hearing with their calendars in the hopes that we may identify an earlier, mutually acceptable date. I will provide guidance to counsel on the format of the summary judgment oral argument in advance of that hearing. D.I. 709 . Signed by Judge Stephanos Bibas on 11/4/2024. (mpb) (Entered: 11/04/2024) |
| 11/04/2024 | 723 | REDACTED VERSION of 713 Answering Brief in Opposition, by ROSS Intelligence Inc.. (Moore, David) (Entered: 11/04/2024) |
| 11/04/2024 | 724 | REDACTED VERSION of 714 Declaration *of Jimoh Ovbiagele* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-6)(Moore, David) (Entered: 11/04/2024) |
| 11/04/2024 | 725 | REDACTED VERSION of 715 Declaration, *of Warrington S. Parker III* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-33)(Moore, David) (Entered: 11/04/2024) |
| 11/04/2024 | 726 | REDACTED VERSION of 717 Declaration, *of Jacob Canter* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-I)(Moore, David) (Entered: 11/04/2024) |
| 11/06/2024 | 727 | REDACTED VERSION of 710 Answering Brief in Opposition by ROSS Intelligence Inc.. (Moore, David) (Entered: 11/06/2024) |

A148

| | | |
|---|---|---|
| 11/06/2024 | 728 | REDACTED VERSION of 711 Declaration,, *of Jacob Canter* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-16, # 2 Exhibit 17-40, # 3 Exhibit 41 Part 1, # 4 Exhibit 41 Part 2, # 5 Exhibit 41 Part 3, # 6 Exhibit 41 Part 4, # 7 Exhibit 42-44)(Moore, David) (Entered: 11/06/2024) |
| 11/06/2024 | 729 | REDACTED VERSION of 712 Declaration *of Jimoh Ovbiagele* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-19)(Moore, David) (Entered: 11/06/2024) |
| 11/06/2024 | 730 | REDACTED VERSION of 716 Answering Brief in Opposition, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/06/2024) |
| 11/06/2024 | 731 | REDACTED VERSION of 718 Declaration,,,, by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Exhibits 104-138)(Flynn, Michael) (Entered: 11/06/2024) |
| 11/13/2024 | 732 | [SEALED] REPLY BRIEF re 676 MOTION for Summary Judgment *on its Affirmative Defenses of Fair Use* filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 11/13/2024) |
| 11/13/2024 | 733 | DECLARATION re 732 Reply Brief *of Ryan Seewald* by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit 1-3)(Moore, David) (Entered: 11/13/2024) |
| 11/13/2024 | 734 | [SEALED] REPLY BRIEF re 672 MOTION for Partial Summary Judgment *on Fair Use (Renewed)* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/13/2024) |
| 11/13/2024 | 735 | [SEALED] REPLY BRIEF re 674 MOTION for Partial Summary Judgment *on Direct Copyright Infringement and Related Defenses (Renewed)* - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/13/2024) |
| 11/13/2024 | 736 | [SEALED] DECLARATION re 734 Reply Brief by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Ex. 139)(Flynn, Michael) (Entered: 11/13/2024) |
| 11/15/2024 | | Pro Hac Vice Attorneys Miranda D. Means and Yungmoon Chang for Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 11/15/2024) |
| 11/18/2024 | 737 | REDACTED VERSION of 732 Reply Brief by ROSS Intelligence Inc.. (Moore, David) (Entered: 11/18/2024) |
| 11/18/2024 | 738 | REDACTED VERSION of 734 Reply Brief - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/18/2024) |
| 11/18/2024 | 739 | REDACTED VERSION of 735 Reply Brief - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/18/2024) |
| 11/18/2024 | 740 | REDACTED VERSION of 736 Declaration - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Ex. 139)(Flynn, Michael) (Entered: 11/18/2024) |
| 11/22/2024 | 741 | ORAL ORDER: The summary judgment hearing will be held beginning at 10 a.m. EST on December 5, 2024, in the James A. Byrne U.S. Courthouse, Courtroom 10-B, in Philadelphia, PA. I advise counsel that argument will focus on (1) the first fair use factor, 'the purpose and character of the use'; (2) the fourth fair use factor, "the effect of the use upon the potential market for or value of the copyrighted work"; (3) the type of copyright |

A149

(compilation, derivative, creative) that Thomson Reuters holds in each disputed part of Westlaw (headnotes, Key Number System) and any implications for the strength of copyright protection; (4) whether each headnote must be evaluated individually, or whether findings about individual or groups of headnotes can be extrapolated to the full set of headnotes; (5) the circumstances, with citations to caselaw, under which it is appropriate for a judge to resolve substantial similarity at summary judgment rather than leaving it to a jury; (6) record citations showing either no dispute of material fact or a genuine dispute of material fact as to actual copying, for each category of headnotes mentioned in the briefing, and including each alleged step in the chain (alleged copying by LegalEase, placement of the copied material into the Bulk Memos, use of the Bulk Memos by Ross); and (7) the relationship, if any, between Fed. R. Civ. P. 54(b) and the law of the case doctrine, as the Court is considering the extent to rely upon or revisit its prior summary judgment opinion. On each topic, Thomson Reuters will go first, followed by Ross. Counsel should come prepared with three minutes of material on each of these topics, after which counsel should be prepared to answer questions. Additional topics may also be covered. Counsel should also come prepared to discuss their availability for potential trial in 2025. D.I. 722 . Ordered by Judge Stephanos Bibas on 11/22/2024. (jfm) (Entered: 11/22/2024)

| | | |
|---|---|---|
| 11/25/2024 | 742 | MOTION for a Limited Exemption from the Standing Order Regarding Personal Electronic Devices - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 11/25/2024) |
| 11/25/2024 | 743 | MOTION and Proposed Order Granting Limited Exemption from the Standing Order Regarding Personal Electronic Devices Regarding the December 5, 2024 Hearing - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 11/25/2024) |
| 11/26/2024 | 744 | SO ORDERED, re 742 MOTION for a Limited Exemption from the Standing Order Regarding Personal Electronic Devices filed by West Publishing Corporation, Thomson Reuters Enterprise Centre GmbH. Signed by Judge Stephanos Bibas on 11/26/2024. (mpb) (Entered: 11/26/2024) |
| 11/26/2024 | 745 | SO ORDERED, re 743 MOTION and Proposed Order Granting Limited Exemption from the Standing Order Regarding Personal Electronic Devices Regarding the December 5, 2024 Hearing filed by ROSS Intelligence Inc. Signed by Judge Stephanos Bibas on 11/26/2024. (mpb) (Entered: 11/26/2024) |
| 12/04/2024 | 746 | MOTION and Proposed Order Granting Limited Exemption From the Standing Order Regarding Personal Electronic Devices (re 12/5/24 & 12/6/24) - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 12/04/2024) |
| 12/05/2024 | 747 | SO ORDERED, re 746 MOTION and Proposed Order Granting Limited Exemption From the Standing Order Regarding Personal Electronic Devices (re 12/5/24 & 12/6/24). Signed by Judge Stephanos Bibas on 12/5/2024. (jfm) (Entered: 12/05/2024) |
| 12/05/2024 | 748 | ORAL ORDER: The summary judgment hearing adjourned the afternoon of December 5, 2024. No further argument will occur December 6, 2024. Ordered by Judge Stephanos Bibas on 12/5/2024. (mpb) (Entered: 12/05/2024) |
| 12/05/2024 | | Minute Entry for proceedings held before Judge Stephanos Bibas - Oral Argument held on 12/5/2024. Counsel for Plaintiffs: Dale Cendali, Esq., Miranda Means, Esq., Joshua Simmons, Esq., Yungmoon Chang, Esq., and Michael Flynn, Esq. Counsel for Defendant: Warrington Parker, Esq., Joachim Steinberg, Esq., Keith Harrison, Esq., and Crinesha Berry, Esq. (Court Reporter Kim Haley.) (mpb) (Entered: 12/06/2024) |
| 12/09/2024 | 749 | Letter to The Honorable Stephanos Bibas from David E. Moore, Esq. regarding Hearing Follow Up Submissions. (Moore, David) (Entered: 12/09/2024) |

A150

| 12/10/2024 | 750 | STATEMENT *[December 5, 2024 Hearing Follow Up]* by ROSS Intelligence Inc.. (Moore, David) (Entered: 12/10/2024) |
| --- | --- | --- |
| 12/10/2024 | 751 | Letter to The Honorable Stephanos Bibas from Michael J. Flynn regarding Plaintiffs' Response to ROSS's December 9, 2024 Letter - re 749 Letter. (Flynn, Michael) (Entered: 12/10/2024) |
| 12/13/2024 | 752 | Letter to The Honorable Stephanos Bibas from Michael Flynn regarding public version of the Joint Statement of Uncontested Facts (D.I. 619 - Proposed Joint PTO, Ex. 1). (Attachments: # 1 Exhibit 1)(Flynn, Michael) (Entered: 12/13/2024) |
| 12/18/2024 | 753 | ORAL ORDER: Thank you to the parties for providing the native Excel file of D.I. 678 21 to the Court. Please update this file with the year of publication of each headnote in a new column (maintaining the same ID for each headnote in each row as previously submitted) and resend to the Court by 5 p.m. on Monday, December 23. Alternatively, if there is a way for the Court to glean the year of publication from the information already in the spreadsheet or elsewhere in the record, please explain how. Ordered by Judge Stephanos Bibas on 12/18/2024. (mpb) (Entered: 12/19/2024) |
| 12/20/2024 | 754 | Joint Letter to The Honorable Stephanos Bibas from the Parties regarding 2025 Pretrial Dates. (Flynn, Michael) (Entered: 12/20/2024) |
| 12/20/2024 | 755 | [SEALED] Letter to The Honorable Stephanos Bibas from David E. Moore, Esq. regarding December 19th Oral Order (D.I. 753) - re 753 Oral Order,,, Set Deadlines,,. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Moore, David) (Entered: 12/20/2024) |
| 12/20/2024 | 756 | ORAL ORDER: I DIRECT the parties to reserve April 9, 2025, for a pretrial conference and May 8, 2025, for a subsequent pretrial check-in with the Court. Further details about the location and timing of both will be arranged when the dates get closer.. Ordered by Judge Stephanos Bibas on 12/20/2024. (jfm) (Entered: 12/23/2024) |
| 12/23/2024 | 757 | Letter to The Honorable Stephanos Bibas from Michael Flynn regarding Plaintiffs' response to ROSS's December 20, 2024 letter - re 755 Letter. (Flynn, Michael) (Entered: 12/23/2024) |
| 12/24/2024 | 758 | [SEALED] Letter to The Honorable Stephanos Bibas from David E. Moore, Esq. regarding Defendant's Response to December 20, 2024 Submission of the Annotated Excel and to Plaintiffs' December 23, 2024 Letter - re 753 Oral Order,,, Set Deadlines,, 755 Letter, 757 Letter. (Attachments: # 1 Exhibit A-B)(Moore, David) (Entered: 12/24/2024) |
| 12/24/2024 | 759 | NOTICE of filing the following Non-Paper material(s) in multi media format: Exhibit B to Letter to the Honorable Stephanos Bibas from David E. Moore, Esq. Regarding Defendants Response to December 20, 2024 Submission of the Annotated Excel and to Plaintiffs December 23, 2024 Letter [CONFIDENTIAL Excel Spreadsheet]. Original Non-paper material(s) to be filed with the Clerk's Office. Notice filed by David Ellis Moore on behalf of ROSS Intelligence Inc. (Moore, David) (Entered: 12/24/2024) |
| 12/30/2024 | 760 | REDACTED VERSION of 755 Letter by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-B)(Moore, David) (Entered: 12/30/2024) |
| 12/30/2024 | 761 | Letter to The Honorable Stephanos Bibas from Michael Flynn regarding ROSS's December 24, 2024 letter - re 758 Letter,. (Flynn, Michael) (Entered: 12/30/2024) |
| 12/31/2024 | 762 | ORAL ORDER: I previously asked the parties to hold May 8, 2025. D.I. 756 . I now release that date and reserve May 5, 2025, and May 6, 2025. Ordered by Judge Stephanos Bibas on 12/31/2024. (jfm) (Entered: 12/31/2024) |

A151

| 12/31/2024 | 763 | REDACTED VERSION of 758 Letter, by ROSS Intelligence Inc.. (Attachments: # 1 Exhibit A-B)(Moore, David) (Entered: 12/31/2024) |
|---|---|---|
| 01/06/2025 | 764 | [SEALED] Letter to The Honorable Stephanos Bibas from David E. Moore, Esq. regarding Response to Plaintiff's Annotated Spreadsheet and December 30, 2024 Letter - re 761 Letter. (Moore, David) (Entered: 01/06/2025) |
| 01/06/2025 | 765 | [SEALED] NOTICE of filing the following Non-Paper material(s) in multi media format: Exhibit A - Confidential Excel Spreadsheet. Original Non-paper material(s) to be filed with the Clerk's Office. Notice filed by David Ellis Moore on behalf of ROSS Intelligence Inc. (Moore, David) (Entered: 01/06/2025) |
| 01/08/2025 | 766 | Letter to The Honorable Stephanos Bibas from Michael Flynn regarding ROSS's January 6, 2025 letter - re 764 Letter. (Flynn, Michael) (Entered: 01/08/2025) |
| 01/13/2025 | 767 | REDACTED VERSION of 764 Letter by ROSS Intelligence Inc.. (Moore, David) (Entered: 01/13/2025) |
| 01/13/2025 | 768 | REDACTED VERSION of 765 Notice of Filing Multi Media Materials, by ROSS Intelligence Inc.. (Moore, David) (Entered: 01/13/2025) |
| 02/07/2025 | 769 | Official Transcript of Summary Judgment Hearing held on 12/05/2024 before Judge Stephanos Bibas. Court Reporter/Transcriber Kim L. Haley, Email: Kim_Haley@paed.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER Redaction Request due 2/28/2025. Redacted Transcript Deadline set for 3/10/2025. Release of Transcript Restriction set for 5/8/2025. (jfm) (Entered: 02/10/2025) |
| 02/11/2025 | 770 | MEMORANDUM OPINION. Signed by Judge Stephanos Bibas on 2/11/2025. (jfm) (Entered: 02/11/2025) |
| 02/11/2025 | 771 | [SEALED] APPENDIX A to 770 Memorandum Opinion. (jfm) (Entered: 02/11/2025) |
| 02/11/2025 | 772 | ORDER: I GRANT IN PART Plaintiff's Motion for Partial Summary Judgment on Direct Copyright Infringement and Related Defenses (D.I. [674]. I GRANT Plaintiffs' Motion for Partial Summary Judgment on Fair Use (D.I. 672 ). I DENY Defendants' Motion for Summary Judgment on its Affirmative Defense of Fair Use (D.I. 676 ). I DENY Defendants' Motion for Summary Judgment as to Plaintiffs' Copyright Claims (D.I. 683 ). Signed by Judge Stephanos Bibas on 2/11/2025. (jfm) (Entered: 02/11/2025) |
| 02/20/2025 | 773 | ORAL ORDER: The April 9 pretrial conference will take place beginning at 9 a.m. EDT in Wilmington, Delaware. I order the parties to confer and propose a joint stipulation and order setting pretrial deadlines by March 6 at 5 p.m. EST. Signed by Judge Stephanos Bibas on 02/20/2025. (oam) (Entered: 02/20/2025) |
| 02/24/2025 | 774 | Remark: The Pretrial Conference that is scheduled for April 9, 2025 at 9:00 am will be in Courtroom 4A at the J. Caleb Boggs Federal Building in Wilmington Delaware. (mpb) Modified on 2/25/2025 (mpb). (Entered: 02/24/2025) |
| 02/25/2025 | | CORRECTING ENTRY: The Remark dated for 2/24/2025 has been modified to reflect the correct time of the April 9, 2024 Pretrial Conference. (mpb) (Entered: 02/25/2025) |
| 02/26/2025 | 775 | MOTION for Pro Hac Vice Appearance of Attorney Andy LeGolvan of White & Case LLP - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 02/26/2025) |
| 02/26/2025 | 776 | Pro Hac Vice Fee - Credit Card Payment received for Andy LeGolvan. ( re 775 MOTION for Pro Hac Vice Appearance of Attorney Andy LeGolvan of White & Case LLP )( |

A152

| | | Payment of $ 50, receipt number ADEDC-4623281).(Moore, David) (Entered: 02/26/2025) |
|---|---|---|
| 02/27/2025 | 777 | SO ORDERED, granting 775 MOTION for Pro Hac Vice Appearance of Attorney Andy LeGolvan of White & Case LLP. Signed by Judge Stephanos Bibas on 02/27/2025. (jfm) (Entered: 02/27/2025) |
| 02/27/2025 | | Pro Hac Vice Attorney Andy J. LeGolvan for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (scs) (Entered: 02/27/2025) |
| 03/06/2025 | 778 | Joint Letter to The Honorable Stephanos Bibas from the Parties regarding 2025 Pretrial Deadlines. (Attachments: # 1 Ex. A, # 2 Ex. B)(Flynn, Michael) (Entered: 03/06/2025) |
| 03/10/2025 | 779 | ORAL ORDER: Having considered the joint letter regarding 2025 Pretrial Deadlines (D.I. 778 ), I ORDER the parties to follow the pretrial deadlines proposed by Thomson Reuters. I agree that my revised summary judgment opinion primarily narrowed the scope of the trial. But I recognize that Ross may have understandably shifted its trial strategy due to the fair-use part of my revised summary judgment decision. I thus allow Ross, as part of its submissions, to make individual requests to the Court to alter rather than merely narrow preexisting filings. I warn Ross to do so sparingly and to explain to the Court why each proposed addition is necessary. Ordered by Judge Stephanos Bibas on 03/07/2025. (jfm) (Entered: 03/10/2025) |
| 03/14/2025 | 780 | MOTION for Pro Hac Vice Appearance of Attorney Mark S. Davies, Anna B. Naydonov, Kufere Laing, and Yar R. Chaikovsky of White & Case LLP - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 03/14/2025) |
| 03/14/2025 | 781 | Pro Hac Vice Fee - Credit Card Payment received for Mark S. Davies, Anna B. Naydonov, Kufere Laing, and Yar R. Chaikovsky. ( re 780 MOTION for Pro Hac Vice Appearance of Attorney Mark S. Davies, Anna B. Naydonov, Kufere Laing, and Yar R. Chaikovsky of White & Case LLP )( Payment of $ 200, receipt number ADEDC-4636893).(Moore, David) (Entered: 03/14/2025) |
| 03/14/2025 | 782 | MOTION for Pro Hac Vice Appearance of Attorney Taylor Moore-Willis and Rosie Norwood-Kelly of White & Case LLP - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 03/14/2025) |
| 03/14/2025 | 783 | Pro Hac Vice Fee - Credit Card Payment received for Taylor Moore-Willis and Rosie Norwood-Kelly. ( re 782 MOTION for Pro Hac Vice Appearance of Attorney Taylor Moore-Willis and Rosie Norwood-Kelly of White & Case LLP )( Payment of $ 100, receipt number ADEDC-4636897).(Moore, David) (Entered: 03/14/2025) |
| 03/18/2025 | 784 | SO ORDERED: re 780 MOTION for Pro Hac Vice Appearance of Attorney Mark S. Davies, Anna B. Naydonov, Kufere Laing, and Yar R. Chaikovsky of White & Case LLP. Ordered by Judge Stephanos Bibas on 03/18/2025. (oam) (Entered: 03/18/2025) |
| 03/18/2025 | 785 | SO ORDERED: re 782 MOTION for Pro Hac Vice Appearance of Attorney Taylor Moore-Willis and Rosie Norwood-Kelly of White & Case LLP. Ordered by Judge Stephanos Bibas on 03/18/2025. (oam) (Entered: 03/18/2025) |
| 03/18/2025 | 786 | MOTION for Certification for Interlocutory Appeal Under 28 U.S.C. § 1292(B) and for Stay Pending Appeal - filed by ROSS Intelligence Inc.. (Attachments: # 1 Text of Proposed Order)(Moore, David) (Entered: 03/18/2025) |

A153

| 03/18/2025 | 787 | OPENING BRIEF in Support re 786 MOTION for Certification for Interlocutory Appeal Under 28 U.S.C. § 1292(B) and for Stay Pending Appeal filed by ROSS Intelligence Inc..Answering Brief/Response due date per Local Rules is 4/1/2025. (Moore, David) (Entered: 03/18/2025) |
|---|---|---|
| 03/20/2025 | | Pro Hac Vice Attorney Mark S. Davies for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 03/20/2025) |
| 03/21/2025 | 788 | Letter to The Honorable Stephanos Bibas from David E. Moore regarding Request for Extension of Time. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Moore, David) (Entered: 03/21/2025) |
| 03/24/2025 | 789 | Letter to The Honorable Stephanos Bibas from Michael Flynn regarding ROSS Intelligence Inc.'s March 21, 2025 letter - re 788 Letter. (Flynn, Michael) (Entered: 03/24/2025) |
| 03/27/2025 | 790 | ORAL ORDER: Having considered the parties recent letters, D.I. 788 and D.I. 789 , it appears that both sides agree on the relevant deadlines and proposed extension but disagree about whether the other is submitting narrowed or expanded materials. The parties should move forward with the revised timeline to which both sides have agreed and present any lingering scope disputes at the pretrial conference. Signed by Judge Stephanos Bibas on 3/27/2025. (cdd) (Entered: 03/27/2025) |
| 04/01/2025 | 791 | ANSWERING BRIEF in Opposition re 786 MOTION for Certification for Interlocutory Appeal Under 28 U.S.C. § 1292(B) and for Stay Pending Appeal - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation.Reply Brief due date per Local Rules is 4/8/2025. (Flynn, Michael) (Entered: 04/01/2025) |
| 04/01/2025 | 792 | DECLARATION of Miranda D. Means re 791 Answering Brief in Opposition, - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 04/01/2025) |
| 04/01/2025 | 793 | Proposed Jury Instructions by ROSS Intelligence Inc. . (Moore, David) (Entered: 04/01/2025) |
| 04/01/2025 | 794 | VERDICT SHEET by ROSS Intelligence Inc. . (Moore, David) (Entered: 04/01/2025) |
| 04/01/2025 | 795 | Proposed Jury Instructions by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation (and Proposed Verdict Form). (Attachments: # 1 Ex. A - Proposed Jury Instructions, # 2 Ex. B - Proposed Verdict Form)(Flynn, Michael) (Entered: 04/01/2025) |
| 04/01/2025 | 796 | Proposed Pretrial Order (Joint Amended) - by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Attachments: # 1 Ex. 1 - Amended Uncontested Facts, # 2 Ex. 2 - TR Amended Statement of Contested Facts, # 3 Ex. 3 - ROSS Amended Statement of Contested Facts, # 4 Ex. 4 - TR Amended Issues of Law, # 5 Ex. 5 - ROSS Amended Issues of Law, # 6 Ex. 6 - Joint Statement of Top Five Categories of Exhibit Objections, # 7 Ex. 7 - Plaintiffs' Exhibit List, # 8 Ex. 8 - ROSS Exhibit List, # 9 Ex. 9 - TR Amended Witness List, # 10 Ex. 10 - ROSS Amended Witness List, # 11 Ex. 11 - Joint Submission of Priority Objections to Deposition Testimony, # 12 Ex. 12 - TR Deposition Designations with ROSS Objections, # 13 Ex. 13 - ROSS Deposition Designations - TR Counters and Objections, # 14 Ex. 14 - TR Amended Statement of Proof, # 15 Ex. 15 - ROSS Amended Statement of Intended Proofs)(Flynn, Michael) (Entered: 04/01/2025) |
| 04/01/2025 | 797 | Letter to The Honorable Stephanos Bibas from David E. Moore regarding Pretrial Conference. (Moore, David) (Entered: 04/01/2025) |

A154

| 04/02/2025 | 798 | MOTION for Limited Exemption from the Standing Order Regarding Personal Electronic Devices - filed by Thomson Reuters Enterprise Centre GmbH, West Publishing Corporation. (Flynn, Michael) (Entered: 04/02/2025) |
| --- | --- | --- |
| 04/04/2025 | 799 | ORDER: I GRANT Ross's motion for interlocutory appeal and stay pending appeal. D.I. 786 . Though I remain confident in my February 2025 summary judgment opinion, I recognize that there are substantial grounds for difference of opinion on controlling legal issues in this case. These issues have the potential to change the shape of the trial. I thus certify the following two questions to the Third Circuit: (1) whether the West headnotes and West Key Number System are original; and (2) whether Ross's use of the headnotes was fair use. A short opinion further explaining my reasoning will follow. Under the stay, the pretrial conference on April 9, 2025 and the trial the week of May 12, 2025 are postponed pending appeal. Ordered by Judge Stephanos Bibas on 04/03/2025. (jfm) (Entered: 04/04/2025) |
| 04/04/2025 | 800 | MOTION for Pro Hac Vice Appearance of Attorney Kayvan M. Ghaffari, Anne M. Voigts and Ranjini Acharya of Pillsbury Winthrop Shaw Pittman LLP - filed by ROSS Intelligence Inc.. (Moore, David) (Entered: 04/04/2025) |
| 04/04/2025 | 801 | Pro Hac Vice Fee - Credit Card Payment received for Kayvan M. Ghaffari, Anne M. Voigts, and Ranjini Acharya. ( re 800 MOTION for Pro Hac Vice Appearance of Attorney Kayvan M. Ghaffari, Anne M. Voigts and Ranjini Acharya of Pillsbury Winthrop Shaw Pittman LLP )( Payment of $ 150, receipt number ADEDC-4654569).(Moore, David) (Entered: 04/04/2025) |
| 04/04/2025 |  | Pro Hac Vice Attorney Yar R. Chaikovsky for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (cdd) (Entered: 04/04/2025) |
| 04/07/2025 | 802 | SO ORDERED: re 800 MOTION for Pro Hac Vice Appearance of Attorney Kayvan M. Ghaffari, Anne M. Voigts and Ranjini Acharya of Pillsbury Winthrop Shaw Pittman LLP. Ordered by Judge Stephanos Bibas on 04/07/2025. (oam) (Entered: 04/07/2025) |
| 04/07/2025 | 803 | ORAL ORDER: I dismiss as moot D.I. 798 . Ordered by Judge Stephanos Bibas on 04/07/2025. (oam) (Entered: 04/07/2025) |
| 04/10/2025 |  | Pro Hac Vice Attorney Anne M. Voigts, Ranjini Acharya, Kayvan M. Ghaffari for ROSS Intelligence Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (cdd) (Entered: 04/10/2025) |
| 05/23/2025 | 804 | MEMORANDUM OPINION. Signed by Judge Stephanos Bibas on 05/23/2025. (jfm) (Entered: 05/23/2025) |
| 06/17/2025 | 805 | ORDER of USCA granting Petition for Leave of Appeal. (sb2, ) (Entered: 06/17/2025) |
| 06/17/2025 | 807 | NOTICE OF APPEAL to the Third Circuit of 770 Memorandum Opinion, 772 Order,. Appeal filed by ROSS Intelligence Inc.. Filing fee $605, receipt number 4179. (rlr) (Entered: 06/20/2025) |
| 06/18/2025 | 806 | USCA Appeal Fees received: $605, receipt number 4179 re 805 USCA Order. (cdd) (Entered: 06/18/2025) |
| 06/26/2025 | 808 | TRANSCRIPT REQUEST by ROSS Intelligence Inc. for proceedings held on 12/05/2024 before Judge Stephanos Bibas, (Moore, David) (Entered: 06/26/2025) |

A155

CM/ECF LIVE - U.S. District Court:ded

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/17/2025 12:47:58 | | | |
| **PACER Login:** | cpnycpara16 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-00613-SB Start date: 1/1/1975 End date: 9/17/2025 |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

A156

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. _____ |
| v. | ) ) | **DEMAND FOR JURY TRIAL** |
| ROSS INTELLIGENCE INC., | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively, "Plaintiffs"), for their Complaint, hereby allege against Defendant ROSS Intelligence Inc. ("ROSS") as follows:

## NATURE OF THE ACTION

1.      Plaintiffs created and nurtured their well-known Westlaw product since its inception, including without limitation its unique West Key Number System ("WKNS") and West Headnotes (collectively, "Westlaw Content"). ROSS is attempting to create a business by taking for itself critical features of Westlaw, without permission from or compensation to Plaintiffs. Upon information and belief, ROSS illicitly and surreptitiously used a then-Westlaw licensee to acquire access to and copy Plaintiffs' valuable content. ROSS did so, not for the purposes of legal research, but to rush out a competing product without having to spend the resources, creative energy, and time to create it itself. The net result is that Plaintiffs are now being put in the unfair position of having to compete with a product that they unknowingly helped create.

A157

2.      This action seeks to recover damages that Plaintiffs have suffered and to prevent the irreparable harm that continues to threaten them as a result of ROSS's deceitful and willful copying of Plaintiffs' copyrighted content and organization, as well as ROSS's tortious interference with contract.

3.      Specifically, upon information and belief, ROSS intentionally and knowingly induced a third-party called LegalEase Solutions, LLC ("LegalEase")—a legal support services company—to breach its contract with West by engaging in the unlawful reproduction of Plaintiffs' copyrighted content and distribution of that content *en masse* to ROSS.  ROSS did so after asking for and explicitly being denied access to Westlaw by West on the basis that West does not give competitors access to its products.  Thus, ROSS induced LegalEase to engage in this unlawful activity, knowing that it violated the terms of LegalEase's contract with West and that West would not grant ROSS a license to use Plaintiffs' content to create a competing product.  ROSS committed direct copyright infringement by reproducing and creating a derivative work based on Plaintiffs' content, and is also secondarily liable for LegalEase's copyright infringement.

4.      In short, ROSS has engaged, and continues to engage, in a pattern and practice of knowingly, intentionally, and willfully infringing Plaintiffs' copyrights.  Further, it is obvious from the roundabout and deceitful tactics ROSS employed to gain access to Westlaw, , that it was aware what it was doing was improper, and without authorization or consent from the Plaintiffs.

5.      Hence, due to ROSS's blatant and willful infringement, Thomson Reuters and West file this lawsuit seeking injunctive relief and damages that they have suffered as a result of ROSS's direct, contributory, and vicarious copyright infringement under the Copyright Act of

A158

1976, 17 U.S.C. § 101 *et. seq.*, and intentional and tortious interference with contractual relations.

## PARTIES

6.      Plaintiff Thomson Reuters Enterprise Centre GmbH is a limited liability company having its principal place of business in Zug, Switzerland.  It is the owner of the copyrights in and to Westlaw Content.

7.      Plaintiff West Publishing Corporation is a Minnesota corporation having its principal place of business at 610 Opperman Drive, Eagan, Minnesota 55123.  West creates and authors Westlaw Content.

8.      Defendant ROSS Intelligence Inc. is a corporation organized and existing under the laws of the State of Delaware and having an office in San Francisco, California.

## JURISDICTION AND VENUE

9.      This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 *et. seq.* and Delaware law.  This Court has jurisdiction under 28 U.S.C. §§ 1331, 1338 and 1367.

10.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

I.      **Plaintiffs and the Creativity of Westlaw**

11.     Plaintiffs are well-known as industry leaders in online legal research.  Westlaw, in particular, offers to West's subscribers access to a comprehensive collection of legal information that is easily searchable through keywords, natural language, and/or Boolean inquiries, backed by a rigorous editorial process that makes navigating the legal field simple.   Editorial enhancements, such as Plaintiffs' proprietary West Headnotes, notes of decisions, and the WKNS are but a few examples of the creative and original material authored by West's dedicated attorney-editors.  Westlaw makes legal research seamless through its well-designed

A159

structure, sequence, and organization.  Below is Westlaw's home page, which helps subscribers easily navigate to the exact information for which they are looking.

**Westlaw's Home Page**



12.     Integral to Westlaw is Plaintiffs' WKNS, which organizes U.S. law using a hierarchy that is unique to Plaintiffs.  The WKNS is the backbone through which thousands of lawyers conduct legal research.  The development of the WKNS, beginning in print and now in a digital format, has been and continues to be the result of Plaintiffs' numerous creative choices about how to organize cases and which cases to place in that classification, requiring substantial investments of time, technological and human resources, and money over the course of decades. Below is the WKNS home page that can be navigated by Westlaw subscribers.

4

A160

**The WKNS Home Page**



13.     As an example of Plaintiffs' complex hierarchy, within the "Abandoned and Lost Property" topic are the Key Numbers "Nature and elements," "evidence and questions for jury," and "operation and effect."  Within the "Nature and elements" Key Number are Key Numbers assigned to the legal issues and points of law "In general," "Intent," and "Acts and omissions" topics.  The "In general" Key Number is delineated 1k1.1, and currently contains 603 cases.  Nothing dictated the hierarchy that Plaintiffs created as cases, topics, legal issues, and points of law could be arranged in an unlimited number of combinations.

14.     As decisions are issued, West's attorney-editors—all of whom are bar-admitted—carefully review them and create original West Headnotes to describe the key concepts discussed in the case.  West's attorney-editors then integrate those West Headnotes into the WKNS so subscribers can easily find the latest decisions on any given topic or issue.  Moreover, West's attorney-editors regularly edit and revise the West Headnotes and the West Key Numbers of previously integrated cases so that subscribers can trust the accuracy and timeliness of the information that is offered.

A161

15.     Westlaw includes access to volumes of proprietary material (such as West Headnotes, case summaries, and other Westlaw-created content), databases, and compilations of case law, state and federal statutes, state and federal regulations, law journals, treatises, and other resources—all organized and curated by West's editorial team.  Westlaw incorporates decades of search and editorial intelligence with the latest technological innovations to bring its subscribers the most comprehensive legal research platform on the market.  Below is an example of West Headnotes describing the key concepts discussed in the *Harper & Row* case, as well as the manner in which subscribers can see and further navigate to corresponding West Key Numbers.



16.     The WKNS adds immeasurable value to Westlaw.  It is how thousands of professionals learn to navigate and conceptualize the legal field and is what helped position Westlaw as the leading legal research service.

17.     Plaintiffs take great care in deciding who they permit to access Westlaw and what those with access are allowed to do with it.  Plaintiffs have invested hundreds of millions of dollars in Westlaw and thus take measures, such as those limitations set forth in West's Subscriber Agreements, to protect the proprietary nature of Westlaw Content.

A162

A163

18.     Specifically, each of West's Subscriber Agreements with third parties—like the one it entered into with LegalEase (the "Service Agreement")—provides precisely what third parties are and are not allowed to do with Westlaw content.  Critically, the Service Agreement provides that a subscriber "may not sell, sublicense, distribute, display, store or transfer [West's] products or any data in [its] products in bulk or in any way that could be used to replace or substitute for [its] products in whole or in part or as a component of any material offered for sale, license or distribution to third parties."  Moreover, although a subscriber may "store, on a matter-by-matter basis, *insubstantial portions* of [Westlaw content]… in connection with an active matter being handled by Subscriber in its regular course of business," the amount stored must "(a) have no independent value other than as part of Subscriber's work product; and (b) c[an] not be used in any way in whole or in part as a substitute for any service or product provided by West."   Similarly, although a subscriber may **"**on *an occasional basis* and via *Product functionality*, direct West to transmit individual documents in electronic format to… individual third parties in connection with actual, ascertainable matters being handled by Subscriber…. [a]ll other direct transmission of electronic copies by Subscriber is *prohibited*."  Finally, the Service Agreement provides that a "Subscriber shall not copy, download, scrape, store, publish, post, transmit, retransmit, transfer, distribute, disseminate, broadcast, circulate, sell, resell, license, sublicense or otherwise use [Westlaw content], or any portion of [Westlaw content], in any form or by any means except as expressly permitted by [the License Grant], or as otherwise expressly permitted in writing by West."

19.     As these restrictions show, although Westlaw subscribers are permitted to use Westlaw in certain ways, they are expressly prohibited from using Westlaw Content to create a competitive product or to sell the Plaintiffs' proprietary content to others.  Westlaw, including

Westlaw Content, is extremely valuable, and thus West is constantly monitoring user activity for behavior that would breach the terms of its subscriber agreement—which is precisely how West discovered ROSS's unlawful infringement and covert activity.

## II.   Plaintiffs' Valuable Intellectual Property Rights in Westlaw

20.     Plaintiffs have invested vast resources, including creativity, talent, time, effort, and money, to create Westlaw Content.  West employs attorney-editors whose sole responsibility is to review decisions, create original and creative West Headnotes summarizing key points of law, and organizing those cases and West Headnotes in the WKNS.  In addition, the editors are regularly reviewing existing West Headnotes and the WKNS to ensure the greatest accuracy in light of the countless new cases that are added every day.

21.     Cases, areas of law, legal topics, legal issues, subtopics, and subissues can all be summarized and organized in a variety of different ways—the structure, sequence, and organization of the WKNS is not something that has been achieved by accident or necessity; rather, it is the result of decades of human creativity and choices.

22.     To protect Westlaw, Thomson Reuters registers the database with the United States Copyright Office every three months.  For example, attached hereto as **Exhibit A**, and incorporated herein by reference, are true and correct copies of certificates of registration issued by the Copyright Office and other documents reflecting Westlaw's registrations.  They reflect the effective date of registration, as well as the assigned registration numbers.

23.     Thomson Reuters is the sole owner and proprietor of all right, title, and interest in and to the copyrights in Westlaw.  The copyrights in Westlaw are presently valid and subsisting and were valid and subsisting at all times affecting the matters complained of herein.

### III.    ROSS Intelligence and Its Infringement of Westlaw

24.    Upon information and belief, ROSS was founded in 2015 and is engaged in the business of offering and providing to the public legal research services through its ROSS platform.

25.    Upon information and belief, ROSS first began by offering research services in both bankruptcy and intellectual property law, but now offers case law, statutes, and regulations across various practice areas and all 50 states.

26.    Upon information and belief, as the screenshot below illustrates, ROSS's users are able to search for relevant law by posing a question in natural language, as opposed to Boolean terms or key words.

**Results of Natural Language Search on ROSS**



27.    Upon information and belief, similar to Westlaw, the ROSS platform provides users with case summaries and treatments, as well as allows the user to use the initial search

A165

results as a jumping-off point to find additional cases with similar facts and/or procedural postures.

28.     Upon information and belief, to create a legal research platform that could compete with Westlaw, ROSS needed to acquire vast amounts of legal content, descriptions of that content, and a means by which to organize that legal content. ROSS knew that it would not be granted access to Westlaw for such a purpose, so instead ROSS opted to gain access to Westlaw through deceitful and undisclosed tactics.

29.     Upon information and belief, to develop its platform, ROSS contracted with LegalEase—a legal research and writing support services company. Because LegalEase only provides research and writing services, not a competing legal research product like ROSS does, it was able to obtain a limited license beginning in 2008 to use Westlaw to conduct legal research for customers. The Service Agreement between LegalEase and West prohibited LegalEase from running or installing any computer software on West's products or network, as well as selling, sublicensing, distributing, displaying, storing, or transferring Westlaw information in bulk to third parties.

30.     For years, LegalEase's usage appeared to show that it abided by the terms of the Service Agreement. That all changed in July 2017.

31.     Prior to July 2017, LegalEase had consistently averaged approximately 6,000 Westlaw transactions per month.[1] Beginning in about July 2017, LegalEase's use of Westlaw spiked dramatically, eventually reaching approximately 236,000 transactions per month, which, as shown below, is nearly a forty-fold increase over LegalEase's historical usage pattern and

---

[1]     For the purposes of this complaint, a "transaction" refers to any executed search, as well as any viewing, printing, downloading, or emailing of a specific document.

represents a usage rate of nearly five times greater than the average monthly usage of the "AmLaw 100" law firms.

**LegalEase's Westlaw Usage[2]**

32.     Further investigation revealed that users of certain Westlaw credentials assigned to LegalEase were exhibiting activity that indicated that computer software, or a "bot," was being used, and that it appeared as though content from Westlaw was being downloaded and stored in bulk by said those software tools in violation of the Service Agreement.  West observed that LegalEase's software was systematically making its way through the WKNS to, upon information and belief, reproduce and store the manner in which the WKNS was organized.

33.     Upon information and belief, LegalEase implemented this automated software, materially breached its Service Agreement with West, and unlawfully reproduced and distributed the copyright-protected Westlaw Content at the direction of and to benefit ROSS.  In a July 2017 interview—the same time LegalEase's Westlaw transactions began to skyrocket—LegalEase stated that it was working with "a machine learning legal research firm," later revealed to be ROSS, to help create a new legal research product.  LegalEase explained that it was feeding

---

[2]     This graph is based on usage data West regularly tracks and records for its subscribers.

ROSS with "tons and tons of legal research," which, upon information and belief, was copyrighted content from Westlaw, to help create ROSS's competing product.

34.     Upon information and belief, ROSS paid LegalEase to copy the Westlaw Content from Westlaw to build ROSS's competing platform, thereby knowingly and deliberately instructing LegalEase to breach its Service Agreement with West.  Upon information and belief, LegalEase and ROSS have been working together since at least October 2015.

35.     Upon information and belief, after LegalEase copied the Westlaw Content, it distributed that content to Ross.  Ross then copied that content and used it to create its platform.

36.     By letter dated January 4, 2018, West terminated LegalEase's Service Agreement due to LegalEase's material breach and violation of the Service Agreement.  The effective date of termination was January 17, 2018.

37.     It is clear that by copying the copyright-protected Westlaw Content— piggybacking off of the creativity, countless hours, and extraordinary expense that have gone into creating Westlaw—ROSS drastically sped up its development time and reduced the cost associated with the development of its competing platform.

38.     Upon information and belief, ROSS's copying has allowed it to forego the immense expenditure of resources—including creativity, talent, time, effort, and money—that otherwise would be required to create its competing platform as the algorithms comprising ROSS's platform function in a manner analogous to those of Westlaw.

39.     Upon information and belief, unless enjoined by this Court, ROSS intends to continue to infringe upon Plaintiffs' copyrights and otherwise to profit from Plaintiffs' works. Accordingly, Plaintiffs have suffered irreparable damage.  Plaintiffs have no adequate remedy at law to redress all of the injuries that ROSS has caused, and intends to cause, by its conduct.

A168

Plaintiffs will continue to suffer irreparable damage until ROSS's actions alleged above are enjoined by this Court.

## CLAIMS FOR RELIEF

### COUNT I
### Copyright Infringement (17 U.S.C. § 101 *et seq.*)

40.    Plaintiffs repeat and reallege each and every allegation above as if fully set forth herein.

41.    Westlaw, including, without limitation, the Westlaw Content, is original and creative.  As a result, it constitutes copyrightable subject matter under the laws of the United States.

42.    Thomson Reuters is the owner of valid copyrights in Westlaw, and the Register of Copyrights has issued certificates of registration for it.  It has complied in all respects with 17 U.S.C. § 101, *et seq.*, and has secured the exclusive rights and privileges in and to the copyrights in Westlaw Content.

43.    By its actions, alleged above, ROSS has infringed and will continue to infringe the Westlaw Content's copyrights by, *inter alia*, reproducing and creating a derivative work using the Westlaw Content without any authorization or other permission from Plaintiffs. ROSS's direct infringement of Plaintiffs' copyrights has been deliberate, willful, and in utter disregard of Plaintiffs' rights.

44.    Moreover, as LegalEase clearly infringed Plaintiffs' copyrights by reproducing and distributing the Westlaw Content to ROSS, ROSS is contributorily liable for materially and knowingly contributing to LegalEase's infringement.  Upon information and belief, ROSS induced LegalEase to infringe Plaintiffs' copyrights by directly contracting with LegalEase to reproduce and distribute Westlaw content to ROSS.  Moreover, it knew that LegalEase was

13

A169

unlawfully reproducing and distributing the copyrighted Westlaw Content as ROSS received tens of thousands of documents from LegalEase containing the Westlaw Content or materials based thereon.

45.   Further, ROSS is vicariously liable for LegalEase's direct infringement.  Upon information and belief, ROSS had a financial interest in LegalEase's direct infringement, including, without limitation, significantly reducing the cost of development of its platform, procuring investments in ROSS to which ROSS was not entitled, and avoiding the cost that ROSS would have to pay to obtain this content.  LegalEase was an agent of ROSS, and ROSS exercised the requisite levels of control over the creation and distribution of the documents that LegalEase sent to ROSS to support a finding of vicarious liability.

46.   As a direct and proximate result of ROSS's wrongful conduct, Plaintiffs have been substantially and irreparably harmed in an amount not readily capable of determination.  Unless restrained by this Court, ROSS will cause further irreparable injury to Plaintiffs.

47.   Plaintiffs are entitled to injunctive relief preventing ROSS, its agents and employees, and all persons acting in concert or participation with it, from engaging in any further infringement of Westlaw.

48.   Plaintiffs are further entitled to recover from ROSS the damages, including attorneys' fees and costs, they have sustained and will sustain, and any gains, profits, and advantages obtained by ROSS as a result of its acts of infringement as alleged above.  At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Plaintiffs, but will be established according to proof at trial.  Plaintiffs are also entitled to recover statutory damages for ROSS's willful infringement of its copyrights.

14

A170

## COUNT II
### Tortious Interference with Contract

49.    Plaintiffs repeat and reallege each and every allegation above as if fully set forth herein.

50.    A valid contractual relationship between West and LegalEase existed for nearly ten years prior to ROSS's inducement of LegalEase to breach the Service Agreement.

51.    Upon information and belief, ROSS knew that LegalEase had a valid contract with West—as apparent from the fact ROSS contracted with LegalEase to obtain the password-protected and copyrighted content from Westlaw that ROSS was explicitly denied access to—and intentionally instructed LegalEase to act in breach of that contract without justification.

52.    Upon information and belief, ROSS knew that it would not be able to receive permission from Thomson Reuters or West to access Westlaw, that Westlaw was secured behind a paywall, and that LegalEase's Service Agreement did not permit the naked reproduction and distribution of copyrighted material from Westlaw.

53.    As a result of ROSS's intentional and tortious interference with West's contract with LegalEase, Plaintiffs have been damaged in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Thomson Reuters and West respectfully request judgment in their favor and against Defendant ROSS as follows:

A.    Finding that ROSS has directly and indirectly infringed Plaintiffs' copyrights in Westlaw;

B.    Finding that ROSS's infringement of Plaintiffs' copyrights was willful;

C.    Finding that ROSS has tortiously interfered with West's contract with LegalEase;

A171

A172

D.   Finding that there is a substantial likelihood that ROSS will continue to infringe Plaintiffs' copyrights unless enjoined from doing so;

E.   Issuing a preliminary and permanent injunction enjoining ROSS, and its agents, servants, employees, attorneys, successors and assigns, and all persons, firms and corporations acting in concert with it, from directly or indirectly infringing Plaintiffs' copyrights, including, but not limited to, offering ROSS's legal research product;

F.   Ordering the removal and destruction of Westlaw Content from ROSS's legal research product;

G.   Ordering ROSS to render a full and complete accounting to Thomson Reuters and West for ROSS's profits, gains, advantages and the value of the business opportunities received from the foregoing acts of infringement;

H.   Entering judgment for Plaintiffs against ROSS for all damages suffered by Plaintiffs and for any profits or gain by ROSS attributable to infringement of Thomson Reuters' copyrights in amounts to be determined at trial;

I.   Entering judgment for Plaintiffs against ROSS for statutory damages based upon ROSS's willful acts of infringement pursuant to 17 U.S.C. § 504;

J.   Entering judgment for Plaintiffs against ROSS for punitive damages based on ROSS's tortious interference with the contractual relationship between LegalEase and West in amounts to be determined at trial;

K.   Awarding Plaintiffs the costs and disbursement of this action, including reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505;

A172

L.      Awarding Plaintiffs pre-judgment and post-judgment interest, to the fullest extent available, on the foregoing; and

M.      Granting such other, further and different relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues so triable.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

OF COUNSEL:

Dale M. Cendali
Joshua L. Simmons
Eric A. Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

*Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation*

May 6, 2020

17

A173

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 1 of 328 PageID #: 18

# EXHIBIT A

A174

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER |
| --- |
| TXu - - - 65-600 |
| TX            (TXU) |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| APR 8 1981 |
| (Month)  (Day)  (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

TITLE OF THIS WORK:   WESTLAW (Basic Data Base File)

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol. . . . . . . No. . . . . . . Issue Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . . No. . . . . . . Date . . . . . . . . . . . . . . . . Pages. . . . . . . . . . . . .

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:   West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes. X . . . No. . . . . .

DATES OF BIRTH AND DEATH:   Born . . . . . . . . . . Died . . . . . . . . . .
(Year)      (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . U. . S. . A. . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)                                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . . . No X . . . .
Pseudonymous?   Yes . . . . . . No X . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)   Compilation, revisions, additions, etc.

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes. . . . . . No. . . . . .

DATES OF BIRTH AND DEATH:   Born . . . . . . . . . . Died . . . . . . . . . .
(Year)      (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)                                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . . . No. . . . . .
Pseudonymous?   Yes . . . . . . No. . . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes. . . . . . No. . . . . .

DATES OF BIRTH AND DEATH:   Born . . . . . . . . . . Died . . . . . . . . . .
(Year)      (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)                                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . . . No. . . . . .
Pseudonymous?   Yes . . . . . . No. . . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:   Year. . . 1981 . .
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Month)      (Day)      (Year)
Nation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
West Publishing Co.
P. O. Box 3526
50 W. Kellogg Boulevard
St. Paul, Minnesota  55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

*Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
*Follow detailed instructions attached   • Sign the form at line 10*

DO NOT WRITE HERE

1

A175

| | EXAMINED BY: | APPLICATION RECEIVED:<br>APR 8 1981 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|
| | CHECKED BY: | | |
| | CORRESPONDENCE:<br>☑ Yes | DEPOSIT RECEIVED:<br>APR 8 1981 | |
| TXu 65-600 | DEPOSIT ACCOUNT<br>FUNDS USED:<br>☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No.X.....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................... Year of Registration ...........................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables & index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box Box 3526, 50 W. Kellogg Blvd.<br>St. Paul, Minnesota 55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA 021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co.
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165   (Apt.)
(City)          (State)          (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom          Date: 1 April 1981

**⑩ Certification** (Application must be signed)

| MAIL CERTIFICATE TO | **⑪ Address For Return of Certificate** |
|---|---|
| West Publishing Co.<br>(Name)<br>P. O. Box 3526, 50 W. Kellogg Blvd.<br>(Number, Street and Apartment Number)<br>St. Paul, Minnesota 55165<br>(City)   (State)   (ZIP code) | (Certificate will be mailed in window envelope) |

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Mar. 1979—200,000

2

A176

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 4 of 328 PageID #: 21

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu    67-629

TX - - -    /    TXU

EFFECTIVE DATE OF REGISTRATION

APRIL   24   1981
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:**

WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date........ 4/10/81 ................

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........................................ Vol....... No....... Date ............... Pages.............

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**
West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes..X.. No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of......U.S.A....... } or { Domiciled in.....................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No.X...
Pseudonymous? Yes...... No.X...

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes....... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of..................... } or { Domiciled in.....................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of..................... } or { Domiciled in.....................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year...1981.
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date.....................
(Month)   (Day)   (Year)

Nation.....................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*       • *Sign the form at line 10*

**DO NOT WRITE HERE**

3

A177

| TXu    67-629 | EXAMINED BY: DL | APPLICATION RECEIVED: 24. APR. 1981 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 24. APR. 1981 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes........ No...... X
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .............................. Year of Registration ...............

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: ......
Address: P.O. Box 3526, 50 W. Kellogg Blvd St. Paul, Minnesota 55165
(City) (State) (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom    Date 4/21/81

**⑩ Certification (Applicant must be signed)**

| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | **MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) | **⑪ Address For Return of Certificate** |
|---|---|---|

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

4

A178

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 6 of 328 PageID #: 23

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Lada*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
| --- |
| **TXu 67-630** |
| TX (TXU) |

EFFECTIVE DATE OF REGISTRATION

APRIL 24 1981
(Month)  (Day)  (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:**

WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date.... 4/3/81..................

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .................................................. Vol....... No....... Date ................ Pages.............

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes..X. No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)  (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of........U.S.A...... } or { Domiciled in....................
(Name of Country)  (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes...... No.X...
Pseudonymous? Yes...... No.X...

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)  (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.................... } or { Domiciled in....................
(Name of Country)  (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes...... No......
Pseudonymous? Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)  (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.................... } or { Domiciled in....................
(Name of Country)  (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes...... No......
Pseudonymous? Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year.....1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date.............................................
(Month)  (Day)  (Year)

Nation.............................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*     • *Sign the form at line 10*

| DO NOT WRITE HERE |
| --- |
| Page 1 of 2 pages |

5

A179

| | EXAMINED BY: | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | 24 APR 1981 | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 24 APR 1981 | |
| TXu 67-630 | DEPOSIT ACCOUNT FUNDS USED: | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................................... Year of Registration ............................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class., tables and index digest with revisions & additions. Also included is training and descrip-tive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: ....................
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** \* I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) .......... Rufus K. Griscom
Typed or printed name. Rufus K. Griscom    Date 4/21/81

**⑩ Certification (Applicant must be signed)**

| | | |
|---|---|---|
| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | **MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) | **⑪ Address For Return of Certificate** |

‡ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

6

A180

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
| --- |
| TXu          80-245 |
| TX          TXU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| JUL 21 1981 |
| (Month)          (Day)          (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:**
WESTLAW (Basic Data Base File)

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol. ..... No. ..... Issue Date ...........................

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)
Title of Collective Work: .................................... Vol. ..... No. ..... Date ............. Pages. ...........

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** West Publishing Company
Was this author's contribution to the work a "work made for hire"?     Yes...X   No......
**DATES OF BIRTH AND DEATH:** Born .......... Died .......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ...U.S.A.............. } or { Domiciled in ...................... (Name of Country) (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No..X.. Pseudonymous? Yes...... No..X..
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?     Yes...... No......
**DATES OF BIRTH AND DEATH:** Born .......... Died .......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ...................... } or { Domiciled in ...................... (Name of Country) (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?     Yes...... No......
**DATES OF BIRTH AND DEATH:** Born .......... Died .......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ...................... } or { Domiciled in ...................... (Name of Country) (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year....1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date. ........................... (Month) (Day) (Year)
Nation ........................... (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Company
P.O. Box 3526
50 W. Kellogg Boulevard, St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*     • *Sign the form at line 10*

| DO NOT WRITE HERE |
| --- |

A181

| | EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: | JUL 21 1981 | FOR COPYRIGHT OFFICE USE ONLY |
| **TXu    80-245** | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: JUL 21 1981 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes .X.... No ........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.    See TX/CON
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ...................................... Year of Registration ........................

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training & descriptive information and annotated citations.

**6** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Company | P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165 |

**7** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA 021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co.
Address: P.O. Box 3526, 50W. Kellogg Blvd., St. Paul, Minnesota 55165 (Apt.)
(City) (State) (ZIP)

**9** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Company
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Griscom_

Typed or printed name. Rufus K. Griscom          Date July 21, 1981

**10** Certification (Application must be signed)

| MAIL CERTIFICATE TO | |
|---|---|
| West Publishing Company (Name) P.O. Box 3526, 50 W. Kellogg Blvd (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) |

**11** Address For Return of Certificate

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

8

A182

# CONTINUATION SHEET FOR FORM TX

## FORM TX/CON
UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form TX.
- If you do not have space enough for all of the information you need to give on Form TX, use this continuation sheet and submit it with Form TX.
- If you submit this continuation sheet, leave it attached to Form TX. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, 6, or 7. The other spaces on Form TX call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| TXu    80-245 |
| TX              TXU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| JUL 2 1 1981 |
| (Month)    (Day)    (Year) |

| CONTINUATION SHEET RECEIVED |
| --- |
| JUL 2 1 1981 |
| Page __ of __ pages |

---

**DO NOT WRITE ABOVE THIS LINE:  FOR COPYRIGHT OFFICE USE ONLY**

**(A)**
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form TX, submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form TX.)
  WESTLAW (Basic Data Base File)
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form TX.) West Publishing Co., P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165

**(B)**
**Continuation of Space 2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes......  No......
**DATES OF BIRTH AND DEATH:**
Born .......... Died ........ (Year)    (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)                         (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes...... No......
Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes...... No......
**DATES OF BIRTH AND DEATH:**
Born .......... Died ......... (Year)    (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)                         (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes...... No......
Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes...... No......
**DATES OF BIRTH AND DEATH:**
Born .......... Died .......... (Year)    (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)                         (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes...... No......
Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(C)**
**Continuation of Other Spaces**

**CONTINUATION OF** (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6    ☐ Space 7    X Space 5
(previously registered)
Supplement to WESTLAW Basic Data File.  Supplementary deposit consists of:
New Jersey Tax Court Reporter data file - 25 cases, U.S. Code Annotated data
file - 50 sections, Written Determinations data file - 50 items, Tax Adminis-
trative Materials data file - 50 items. and U.S. Tax Court data file - 50 cases.

9

A183

## CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

**TXu    80-374**

TX          TXU

EFFECTIVE DATE OF REGISTRATION

JUL 21 1981

(Month)          (Day)          (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**① Title**

TITLE OF THIS WORK:
WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date......... 4-24-81 ....................

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)
Title of Collective Work: ............................................. Vol....... No....... Date ............... Pages..............

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes.. X.. No......
DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of.... U.S.A ........ } or { Domiciled in ....................
(Name of Cour.)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No. X..
Pseudonymous? Yes...... No. X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of........................ } or { Domiciled in ....................
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of........................ } or { Domiciled in ....................
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year.......... 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date................................
(Month)          (Day)          (Year)
Nation................................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached      • Sign the form at line 10

DO NOT WRITE HERE

10

A184

| | EXAMINED BY: | APPLICATION RECEIVED: | FOR |
| --- | --- | --- | --- |
| | CHECKED BY: | JUL 2 1 1981 | COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: JUL 2 1 1981 | |
| TXu  80-374 | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........  No...X..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .............................. Year of Registration ..........................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.
MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class., tables and index digest with revisions & additions. Also included is training and descriptive information and annotate citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
| --- | --- |
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus C. Griscom_
Typed or printed name: Rufus K Griscom          Date 7/21/81

**⑩ Certification (Application must be signed)**

| MAIL CERTIFICATE TO | **⑪ Address For Return of Certificate** |
| --- | --- |
| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) |

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A185

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 13 of 328 PageID #: 30

# CEʳTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | |
|---|---|
| TXu | 80-377 |
| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

JUL 2 1 1981

(Month) ......... (Day) ......... (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

### (1) Title

**TITLE OF THIS WORK:**

WESTLAW

If a periodical or serial give: Vol. ...... No. ...... Issue Date ..... 4/10/81 ...................

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .................................................. Vol. ...... No. ...... Date ............... Pages. ............

### (2) Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes. X ... No. ......

**DATES OF BIRTH AND DEATH:**
Born ......... Died .........
(Year) ......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ........ U.S.A. ..... } or { Domiciled in ........................ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No. X ...
Pseudonymous? Yes ...... No. X ...

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes. ...... No. ......

**DATES OF BIRTH AND DEATH:**
Born ......... Died .........
(Year) ......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ........................ (Name of Country) } or { Domiciled in ........................ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No. ......
Pseudonymous? Yes ...... No. ......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes. ...... No. ......

**DATES OF BIRTH AND DEATH:**
Born ......... Died .........
(Year) ......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ........................ (Name of Country) } or { Domiciled in ........................ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No. ......
Pseudonymous? Yes ...... No. ......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

### (3) Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year.. 1981..

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date. .................................................
(Month) (Day) (Year)

Nation .................................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

### (4) Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 10

**DO NOT WRITE HERE**

Page 1 of ......... pages

12

A186

| | EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: | JUL 2 1 1981 | FOR COPYRIGHT OFFICE USE ONLY |
| TXu   80-377 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: JUL 2 1 1981 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes .X.... No........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
   ☐ This is the first published edition of a work previously registered in unpublished form.
   ☐ This is the first application submitted by this author as copyright claimant.          See Tx/Con
   ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Year of Registration · · · · · · · · · · · · · · · · · · · · · · · · · ·

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a U.S. government officer or employee as part of that person's official duties

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**6** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**7** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

   a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165   (Apt.)
(City)          (State)          (ZIP)

**9** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of: West Publishing Company
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus C. Griscom_

Typed or printed name. Rufus K. Griscom          Date 7/21/81

**10** Certification (Application must be signed)

| MAIL CERTIFICATE TO | |
|---|---|
| West Publishing Co. (Name) | MAIL CERTIFICATE TO |
| P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) | |
| St. Paul, Minnesota 55165 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) |

**11** Address For Return of Certificate

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

13

A187

Case 1:20-cv-00613-LPS    Document 1-1    Filed 05/06/20    Page 15 of 328 PageID #: 32

# CONTINUATION SHEET FOR FORM TX

## FORM TX/CON
UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form TX.
- If you do not have space enough for all of the information you need to give on Form TX, use this continuation sheet and submit it with Form TX.
- If you submit this continuation sheet, leave it attached to Form TX. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, 6, or 7. The other spaces on Form TX call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| TXu _ _ _ _ 80-377 |
| TX      TXU |
| EFFECTIVE DATE OF REGISTRATION |
| JUL 21 1981 |
| (Month)      (Day)      (Year) |
| CONTINUATION SHEET RECEIVED |
| JUL 21 1981 |
| Page _2_ of _3_ pages |

---

**DO NOT WRITE ABOVE THIS LINE:  FOR COPYRIGHT OFFICE USE ONLY**

| (A) Identification of Application | **IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form TX, submitted for the following work:<br>• TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form TX.)<br>...... WESTLAW ......<br>• NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form TX.)  West Publishing Company, P.O. Box 3526, 50 W.Kellogg Blvd., St. Paul, Minnesota  55165 |
| --- | --- |

| (B) Continuation of Space 2 | **NAME OF AUTHOR:** <br> Was this author's contribution to the work a "work made for hire"? Yes...... No...... | **DATES OF BIRTH AND DEATH:** Born .......... Died ......... (Year) (Year) |
| --- | --- | --- |
| | **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................. (Name of Country) } or { Domiciled in ................. (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | **NAME OF AUTHOR:** <br> Was this author's contribution to the work a "work made for hire"? Yes...... No...... | **DATES OF BIRTH AND DEATH:** Born .......... Died ......... (Year) (Year) |
| | **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................. (Name of Country) } or { Domiciled in ................. (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | **NAME OF AUTHOR:** <br> Was this author's contribution to the work a "work made for hire"? Yes...... No...... | **DATES OF BIRTH AND DEATH:** Born .......... Died ......... (Year) (Year) |
| | **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................. (Name of Country) } or { Domiciled in ................. (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | **AUTHOR OF:** (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| (C) Continuation of Other Spaces | **CONTINUATION OF** (Check which):  ☐ Space 1  ☐ Space 4  ☐ Space 6  ☐ Space 7  X Space 5 |
| --- | --- |
| | Supplement to previous filing to include deposit for:<br> United States Code<br> Tax Administrative Material<br> United States Tax Court |

14

A188

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | |
|---|---|
| T X u      80-378 | |
| TX | TXU |

| EFFECTIVE DATE OF REGISTRATION | | |
|---|---|---|
| JUL 21 1981 | | |
| (Month) | (Day) | (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:**

WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date........4-17-81...............

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ............................... Vol....... No....... Date ............... Pages..............

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**

West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes..X..   No......

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of......U.S.A........ } or { Domiciled in .......................
(Name of Country)                                  (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

Compilation, revisions, additions, etc.

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No..X...
Pseudonymous?   Yes......   No..X...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of....................... } or { Domiciled in .......................
(Name of Country)                                  (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of....................... } or { Domiciled in .......................
(Name of Country)                                  (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year.....1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date..................................
(Month)   (Day)   (Year)

Nation...............................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*     • *Sign the form at line 10*

**DO NOT WRITE HERE**

15

A189

| | |
|---|---|
| EXAMINED BY: .......... | APPLICATION RECEIVED: **JUL 21 1984** |
| CHECKED BY: .......... | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: **JUL 21 1981** |
| TXu 80-378 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ........ No X ......
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ......................... Year of Registration .........

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA 021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn. Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165 (Apt.)
(City) (State) (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name. Rufus K. Griscom    Date 7/21/81

**(10)** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**(11)** Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

16

A190

## CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS,
*United States of America*



REGISTRATION NUMBER

TXu   90-411

TX        (TXU)

EFFECTIVE DATE OF REGISTRATION

JAN   18   1982

(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**(1) Title**

**TITLE OF THIS WORK:**

WESTLAW

If a periodical or serial give: Vol...... No...... Issue Date........11/13/81..............

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ............................................... Vol...... No...... Date ............... Pages.............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"?   Yes. X. No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of..U.S.A................ } or { Domiciled in......................
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No X...
Pseudonymous?   Yes...... No X...

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of...................... } or { Domiciled in......................
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of...................... } or { Domiciled in......................
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year.1981...
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date...................................................
(Month)     (Day)     (Year)
Nation................................................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*   • *Sign the form at line 10*

DO NOT WRITE HERE

Page 1 of .... pages

17

A191

| | EXAMINED BY: | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| TXu 90-411 | CHECKED BY: | 13. JAN. 1982 | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13. JAN. 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes ........ No .. X ...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................ Year of Registration ............................

**5 Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**6 Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**7 Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

    a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8 License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul,    Minnesota    55165 (Apt.)
(City)        (State)        (ZIP)

**9 Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ...........................

Typed or printed name. Rufus K. Griscom ................ Date 1/14/82

**10 Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**11 Address For Return of Certificate**

✱ 17 U.S.C. § 506 (e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A192

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu   90-412

TX -    (TXU)

EFFECTIVE DATE OF REGISTRATION

JAN 18 1982
(Month) (Day) (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**① Title**

TITLE OF THIS WORK:

WESTLAW   5-1-81

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol....... No....... Issue Date................

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work:...................................... Vol....... No....... Date................ Pages..............

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR: West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes. X. No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of.....U.S.A......... } or { Domiciled in....................
(Name of Country)                    (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year) (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No.X...
Pseudonymous? Yes...... No.X...
If the answer to either of these questions is "Yes," see detailed instructions attached.

2
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of.................... } or { Domiciled in....................
(Name of Country)                    (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year) (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

3
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of.................... } or { Domiciled in....................
(Name of Country)                    (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year) (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year....1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date..................
(Month) (Day) (Year)

Nation..................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of   pages

19

A193

| | EXAMINED BY: DC | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY: | |
| TXu  90-412 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No...X..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........................ Year of Registration ..........................

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.) Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.) Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotate citations

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
| --- | --- |
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.

Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: West Publishing Co., Attn. Keith Hobbie

Address: P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165
(City) (State) (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom        Date 1/14/82

**(10)** Certification (Application must be signed)

| **MAIL CERTIFICATE TO** | |
| --- | --- |
| West Publishing Co. (Name) | |
| P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) | |
| St. Paul, Minnesota 55165 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) |

**(11)** Address For Return of Certificate

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

20

A194

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

**REGISTRATION NUMBER**

TXu - - **90-413**

TX      (TXU)

**EFFECTIVE DATE OF REGISTRATION**

JAN   18   1982
(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

### (1) Title

**TITLE OF THIS WORK:** 

WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date .... 5-8-81 ...................

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ................................................ Vol...... No....... Date ............... Pages.............

### (2) Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes. X.. No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)           (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..... U.S.A. .......... } or { Domiciled in ......................
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No. X..
Pseudonymous?   Yes...... No. X...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)           (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... } or { Domiciled in ......................
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)           (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... } or { Domiciled in ......................
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

### (3) Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date. ..........................................
(Month)      (Day)      (Year)

Nation ......................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

### (4) Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota    55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 10

**DO NOT WRITE HERE**

Page 1 of ___ pages

21

A195

| | EXAMINED BY:. | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| TXu 90-413 | CHECKED BY:. | 18. JAN. 1982 | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes........ No...X..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................................... Year of Registration .........................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: .......... West Publishing Co. .............

Account Number: ............ DA021970 ............

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: West Publishing Co., Attn Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
........ St. Paul, Minnesota 55165 ............
(City)                (State)                (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) .... Rufus K. Emscom

Typed or printed name.... Rufus K. Griscom .............. Date. 1/14/82

**⑩ Certification (Application must be signed)**

| West Publishing Co. (Name) | MAIL CERTIFICATE TO | ⑪ Address For Return of Certificate |
|---|---|---|
| P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) | | |
| St. Paul, Minnesota 55165 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) | |

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

22

A196

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu -- -- 90-414

TX          TXU

EFFECTIVE DATE OF REGISTRATION

JAN 18 1982
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**① Title**

TITLE OF THIS WORK:

WESTLAW

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol. . . . . . No. . . . . . Issue Date . . . . . . . . . . 5-15-81 . . . . . . . . . . . .

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . No. . . . . . Date . . . . . . . . . . . . . . . Pages. . . . . . . . . . . . .

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

NAME OF AUTHOR:

West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes...X.. No.....

DATES OF BIRTH AND DEATH:

Born . . . . . . . . . Died . . . . . . . . .
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

1  Citizen of . . . . . . . . . . . . . . . . . . . U.S.A.  } or { Domiciled in . . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?   Yes...... No..X...
Pseudonymous?   Yes...... No..X...

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

Compilation, revisions, additions, etc.

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

DATES OF BIRTH AND DEATH:

Born . . . . . . . . . Died . . . . . . . . .
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

2  Citizen of . . . . . . . . . . . . . . . . . . .  } or { Domiciled in . . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR   (Briefly describe nature of this author's contribution)

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

DATES OF BIRTH AND DEATH:

Born . . . . . . . . . Died . . . . . . . . .
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

3  Citizen of . . . . . . . . . . . . . . . . . . .  } or { Domiciled in . . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

1981
Year. . . . . . . . . .

(This information must be given in all cases.)

DATE AND NATION OF   PUBLICATION:

Date. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Month)   .   (Day)   (Year)

Nation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*   • *Sign the form at line 10*

DO NOT WRITE HERE

23

A197

| | EXAMINED BY: | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| TXu  90-414 | CHECKED BY: | 13. JAN. 1982 | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13. JAN. 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No...X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................... Year of Registration ...........................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165 |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**(9) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom          Date 1/14/82

**(10) Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**(11) Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A198

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
### UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu · · 90-415

TX          TXU

EFFECTIVE DATE OF REGISTRATION

JAN  18  1982
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**① Title**

TITLE OF THIS WORK:

WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date....... 5-22-81 ...................

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .................................................. Vol....... No....... Date ............... Pages............

**② Author(s)**

IMPORTANT:    Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR: West Publishing Company
Was this author's contribution to the work a "work made for hire"? Yes. X. No......

DATES OF BIRTH AND DEATH:
Born......... Died.........
(Year)         (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .... U.S.A. .......... } or { Domiciled in .......................
(Name of Country)                                   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes...... No X...
Pseudonymous?    Yes...... No...X.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

2

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born......... Died.........
(Year)         (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of....................... } or { Domiciled in .......................
(Name of Country)                                   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes...... No......
Pseudonymous?    Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

3

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born......... Died.........
(Year)         (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of....................... } or { Domiciled in .......................
(Name of Country)                                   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes...... No......
Pseudonymous?    Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year... 1981 ...
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date............................................................
(Month)        (Day)        (Year)

Nation............................................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Company
P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota  55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 10

DO NOT WRITE HERE

25

A199

| | EXAMINED BY: (signature) | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | 13 JAN 1982 | |
| TXu 90-415 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13. JAN 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........................ Year of Registration ........................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the work prepared by a United States Government officer or employee as part of that persons's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions and additions. Also included is training and descriptive information and annotations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Company | P.O. Box 3526, 50 W. Kellogg Blvd, St. Paul, Minnesota 55165 |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

      a ☐ Copies and phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Company
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. - Attn: Keith Hobbie
Address: P.O. Box 3526 - 50 W. Kellogg Blvd. (Apt.)
St. Paul Minnesota 55165
(City) (State) (ZIP)

**(9) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Company
(name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom    Date 1/14/82

**(10) Certification (Application must be signed)**

| | MAIL CERTIFICATE TO | **(11) Address For Return of Certificate** |
|---|---|---|
| West Publishing Company (Name) | | |
| P.O. Box 3526, 50 W. Kellogg Blvd. (Number, Street and Apartment Number) | (Certificate will be mailed in window envelope) | |
| St. Paul, Minnesota 55165 (City) (State) (ZIP code) | | |

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

26

A200

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 28 of 328 PageID #: 45

## CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

**REGISTRATION NUMBER**

TXu     90-416

TX          (TXU)

**EFFECTIVE DATE OF REGISTRATION**

JAN     18     1982
(Month)     (Day)     (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date..... 5-29-81 .............

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ................................ Vol... No...... Date ............... Pages............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes. X.. No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of..... U.S.A........... } or { Domiciled in ...................
(Name of Country)     (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)     (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?     Yes...... No. X...
Pseudonymous?     Yes...... No. X...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of................ } or { Domiciled in ...................
(Name of Country)     (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)     (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?     Yes...... No......
Pseudonymous?     Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of................ } or { Domiciled in ...................
(Name of Country)     (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)     (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?     Yes...... No......
Pseudonymous?     Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year.. 1981 ..

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date...................................
(Month)     (Day)     (Year)

Nation ................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached* • *Sign the form at line 10*

**DO NOT WRITE HERE**

Page 1 of 2 pages

A201

| | EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: | 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| TXu 90-416 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No....X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................... Year of Registration ...........................

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom     Date 1/14/82

**(10)** Certification (Application must be signed)

| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | **MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) | **(11)** Address For Return of Certificate |
|---|---|---|

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

28

A202

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu    90-417
TX          TXU

EFFECTIVE DATE OF REGISTRATION

JAN   18   1982
(Month)   (Day)   (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

TITLE OF THIS WORK:   WESTLAW

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol....... No....... Issue Date....... 6/5/81 ......................

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......................................... Vol....... No....... Date ............... Pages............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:   West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes. X.. No......,

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)              (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of... U.S.A............ } or { Domiciled in ........................
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No X ...
Pseudonymous?   Yes...... No X ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)              (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of........................ } or { Domiciled in ........................
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)              (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of........................ } or { Domiciled in ........................
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year.. 1981...

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date............................
(Month)   (Day)   (Year)

Nation............................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

29

A203

TXu    90-417

| | EXAMINED BY: DC | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY: | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes........ No ..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................................ Year of Registration ........................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn: K. Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
(Apt.)
St. Paul, Minnesota 55165
(City)        (State)        (ZIP)

**(9) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ........
Typed or printed name: Rufus K. Griscom        Date 1/14/82

**(10) Certification (Application must be signed)**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(11) Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

30

A204

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
| --- |
| TXu   90-418 |
| TX.    TXU |

| EFFECTIVE DATE OF REGISTRATION |  |  |
| --- | --- | --- |
| JAN | 18 | 1982 |
| (Month) | (Day) | (Year) |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**(1) Title**

TITLE OF THIS WORK:

WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date...... 6/12/18

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ............................................. Vol....... No....... Date ................ Pages.............

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes.. X.. No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)         (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of.. U.S.A. ......... } or { Domiciled in .....................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No. X..
Pseudonymous?  Yes...... No. X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)         (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of....................... } or { Domiciled in .......................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No......
Pseudonymous?  Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)         (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of....................... } or { Domiciled in .......................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No......
Pseudonymous?  Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year... 1981 ..

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date..............................................
(Month)        (Day)        (Year)

Nation ............................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached  • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

31

A205

| | EXAMINED BY: | APPLICATION RECEIVED: 18. JUN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| TXu   90-418 | CHECKED BY: | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JUN. 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .............................. Year of Registration ........................

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota   55165
(City)          (State)          (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ........ *[signature]*

Typed or printed name: Rufus K. Griscom          Date 1/14/82

**(10)** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota   55165
(City)     (State)     (ZIP code)

(Certificate will be mailed in window envelope)

**(11)** Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A206

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| TXu   90-419 |
| TX            TXU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN   18   1982 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:**
WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol. ...... No. ...... Issue Date ... 6/19/81 .....................

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ................................................ Vol. ...... No. ...... Date ............... Pages.............

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes. X. No. ....
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..... U.S.A. ..... } or { Domiciled in ...................... (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No. X..
Pseudonymous? Yes...... No. X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No. ....
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... } or { Domiciled in ...................... (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No. ....
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... } or { Domiciled in ...................... (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year.... 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.............................................. (Month) (Day) (Year)
Nation............................................ (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 10

**DO NOT WRITE HERE**

A207

TXu ·· 90-419

| EXAMINED BY: | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | 18 JAN 1982 | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18 JAN 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No. X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................ Year of Registration ............................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

{ PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

{ MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota  55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: K. Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota  55165
(City)        (State)        (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** ✳ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Griscom_
Typed or printed name. Rufus K. Griscom    Date 1/14/82

**⑩ Certification (Application must be signed)**

| MAIL CERTIFICATE TO |
|---|
| West Publishing Co. (Name) |
| P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) |
| St. Paul, Minnesota  55165 (City)  (State)  (ZIP code) |

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

✳ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

34

A208

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

TXu    90-420
TX -    (TXU)

EFFECTIVE DATE OF REGISTRATION

JAN   18   1982
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

**TITLE OF THIS WORK:**
WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date.... 6/26/81 ....................

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........................................... Vol....... No....... Date ................ Pages............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes. X. No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)      (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of... U.S.A. .......... } or { Domiciled in .....................
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes...... No. X..
Pseudonymous? Yes....... No. X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)      (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)      (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year. 1981 ....
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date. ...................................
(Month)      (Day)      (Year)
Nation ....................................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*      • *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of ....... pages

35

A209

| | EXAMINED BY: | APPLICATION RECEIVED:<br>18. JUN 1982 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|
| | CHECKED BY: | | |
| | CORRESPONDENCE:<br>☐ Yes | DEPOSIT RECEIVED:<br>18. JUN 1982 | |
| TXu 90-420 | DEPOSIT ACCOUNT<br>FUNDS USED: ✓ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?     Yes ........ No . X ....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................................ Year of Registration ............................

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard<br>St. Paul, Minnesota 55165 |

**⑦** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**⑧** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
(Apt.)
St. Paul, Minnesota 55165
(City)     (State)     (ZIP)

**⑨** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Rufus K Griscom*

Typed or printed name: Rufus K. Griscom     Date 1/14/82

**⑩** Certification (Application must be signed)

| West Publishing Co.<br>(Name)<br>P.O. Box 3526, 50 W. Kellogg Boulevard<br>(Number, Street and Apartment Number)<br>St. Paul,     Minnesota     55165<br>(City)     (State)     (ZIP code) | **MAIL<br>CERTIFICATE<br>TO**<br><br>(Certificate will<br>be mailed in<br>window envelope) | **⑪** Address For Return of Certificate |
|---|---|---|

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

36

A210

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

**REGISTRATION NUMBER**

TXu    TX -    90-421    (TXU)

**EFFECTIVE DATE OF REGISTRATION**

JAN    18    1982
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol. ..... No. ..... Issue Date ... 7/3/81 ..............

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ............................................. Vol. ..... No. ..... Date ............... Pages ...........

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"?    Yes .. X .. No ......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)    (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...... U.S.A. ...... } or { Domiciled in ........................
(Name of Country)    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes ...... No. X ..
Pseudonymous?    Yes ...... No. X ..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes ...... No ......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)    (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes ...... No ......
Pseudonymous?    Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes ...... No ......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)    (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes ...... No ......
Pseudonymous?    Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year... 1981 ..
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date ..........................................................
(Month)    (Day)    (Year)
Nation ....................................................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 10

**DO NOT WRITE HERE**

37

A211

| | EXAMINED BY: ⎧⎨⎩ | APPLICATION RECEIVED: 13. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| TXu   90-421 | CHECKED BY: | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13. JAN. 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes ........ No ..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................................. Year of Registration ..........................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul,   Minnesota   55165
(City)   (State)   (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Griscom_

Typed or printed name. Rufus K. Griscom          Date 1/14/82

**⑩ Certification (Application must be signed)**

| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul,   Minnesota   55165 (City)   (State)   (ZIP code) | **MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) | **⑪ Address For Return of Certificate** |
|---|---|---|

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

38

A212

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu     90-422

TX          TXU

EFFECTIVE DATE OF REGISTRATION

Jan 18 1982
(Month)     (Day)     (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**(1) Title**

TITLE OF THIS WORK:
WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date...12/11/81...

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ................................. Vol....... No....... Date ................ Pages...........

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR: West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes..X.. No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of....U.S.A....... } or { Domiciled in.................
(Name of Country)                          (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)          (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No..X...
Pseudonymous?  Yes...... No..X...
If the answer to either of these questions is "Yes," see detailed instructions attached.

2
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of.................. } or { Domiciled in..................
(Name of Country)                          (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)          (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No......
Pseudonymous?  Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

3
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of.................. } or { Domiciled in..................
(Name of Country)                          (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)          (Year)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No......
Pseudonymous?  Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year..1981...
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date................
(Month)      (Day)      (Year)
Nation................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached     • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ... pages

39

A213

| EXAMINED BY: | APPLICATION RECEIVED: | FOR |
| CHECKED BY: | 18. JAN. 1982 | COPYRIGHT |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | OFFICE USE |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | ONLY |

TXu — 90-422

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

⑤ Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........................ Year of Registration ........................

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

⑥ Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

⑦ Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

⑧ License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165 (Apt.)
(City) (State) (ZIP)

⑨ Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom   Date 1/14/82

⑩ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul, Minnesota 55165 (City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

⑪ Address For Return of Certificate

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

40

A214

# FORM TX

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
| --- |
| TXu        90-423 |
| TX -        TXU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| JAN   18   1982 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

### ① Title

**TITLE OF THIS WORK:**   WESTLAW *

If a periodical or serial give: Vol....... No....... Issue Date...... 12/4/81 ........................

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ............................................ Vol....... No....... Date ............... Pages............

### ② Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**   West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes..X.   No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.... U.S.A............ } or { Domiciled in ......................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No..X..
Pseudonymous?   Yes...... No..X..

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of....................... } or { Domiciled in ....................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of....................... } or { Domiciled in ....................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

### ③ Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year.. 1981 ...

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date........................................
(Month)   (Day)   (Year)

Nation ....................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

### ④ Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*   • *Sign the form at line 10*

| DO NOT WRITE HERE |
| --- |
| Page 1 of ........ pages |

A215

| | EXAMINED BY: .. | APPLICATION RECEIVED: | |
|---|---|---|---|
| \* Added by C.O. from copy. | CHECKED BY:.......... | 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| TXu   90-423 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........  No..X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................... Year of Registration ..............................

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd
St. Paul, Minnesota   55165
(City)      (State)      (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION:** \* I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ........ _Rufus K. Griscom_

Typed or printed name........ Rufus K. Griscom      Date 1/14/82

**(10)** Certification (Application must be signed)

| | |
|---|---|
| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | **MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) |

**(11)** Address For Return of Certificate

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1980- 341-279/1      Nov. 1980 — 50.

42

A216

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 44 of 328 PageID #: 61

COPYRIGHT
OFFICE



LIBRARY
OF
CONGRESS

Washington
D.C.
20559

June 9, 1982

*Sent original of this letter, xerox of the new app. + the old original app. to Keith Hobbie*

*JL 6/2*

West Publishing Company
P. O. Box 3526
50 West Kellogg Boulevard
St. Paul, Minnesota  55165

        ATTN: Keith Hobbie
          RE: WESTLAW 12/4/81

Dear Mr. Hobbie:

        We registered a claim to copyright in this work and mailed you certificate numbered TXu 90-423.

        Unfortunately, in registering this claim we failed to notice that the title "WESTLAW" was missing from space one of the application.

        In this case, we were able to correct the application by adding the appropriate information from the copy of the work. We are enclosing a new, correct certificate which includes this information.  Please accept our apology for the initial oversight and for any inconvenience it may have caused.

        It is important that the certificate you hold be an exact duplicate of the application on record in the Copyright Office.  Therefore, please either return or destroy the original incorrect certificate.  A self-addressed postage-free envelope is enclosed for your convenience.

        In your reply, please enclose a separate note referring to our U.B. FILE (W).

                        Sincerely yours,

                        David Levy
                        Attorney Adviser
                        Literary Section
                        Examining Division

Enclosures:
  New Certificate
  Postage-free envelope

43

A217

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu     90-424

TX          TXU

EFFECTIVE DATE OF REGISTRATION

JAN    18   1982
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:**   WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date..... 12/25/81 ......................

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ................................................ Vol....... No....... Date ............... Pages...............

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes. X.. No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .. U.S.A. ............ } or { Domiciled in ........................ (Name of Country) (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No.. X. Pseudonymous? Yes...... No.. X.
**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.
If the answer to either of these questions is "Yes," see detailed instructions attached.

2
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of........................ } or { Domiciled in........................ (Name of Country) (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

3
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of........................ } or { Domiciled in........................ (Name of Country) (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year.. 1981 ....
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date............................................
(Month) (Day) (Year)
Nation........................................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached          • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ........ pages

44

A218

TXu        90-424

| | EXAMINED BY: | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | 19. JAN. 1982 | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes........  No .X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . . . . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
{ Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
{ Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

    a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota   55165
(City)      (State)      (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Griscom_

Typed or printed name: Rufus K. Griscom        Date: 1/14/82

**⑩ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota  55165
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A219

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu   90-425

TX   (TXU)

EFFECTIVE DATE OF REGISTRATION

JAN   18   1982
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**(1) Title**

TITLE OF THIS WORK:

WESTLAW

If a periodical or serial give: Vol. . . . . . No. . . . . . Issue Date . . . . . . 1-1-82 . . . . . . . . . . . . . . .

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . No. . . . . . Date . . . . . . . . . . . . . . . Pages. . . . . . . . . . . . .

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR:
West Publishing Co.
Was this author's contribution to the work a "work made for hire"?   Yes. .X.   No. . . . . .

DATES OF BIRTH AND DEATH:
Born . . . . . . . . . .   Died . . . . . . . . . .
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . U.S.A. . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . . .   No. . .X.
Pseudonymous?   Yes . . . . . .   No. . .X.
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes. . . . . .   No. . . . . .

DATES OF BIRTH AND DEATH:
Born . . . . . . . . . .   Died . . . . . . . . . .
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . . .   No. . . . . .
Pseudonymous?   Yes . . . . . .   No. . . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes. . . . . .   No. . . . . .

DATES OF BIRTH AND DEATH:
Born . . . . . . . . . .   Died . . . . . . . . . .
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . . .   No. . . . . .
Pseudonymous?   Yes . . . . . .   No. . . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year. . 1981 . . .
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Month)   (Day)   (Year)

Nation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached      • Sign the form at line 10

DO NOT WRITE HERE

A220

TXu · · 90-425

| | |
|---|---|
| EXAMINED BY: | APPLICATION RECEIVED: 13. JAN. 1982 |
| CHECKED BY: | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes ........   No ..X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................................... Year of Registration ............................

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 West Kellogg Boulevard St. Paul, Minneapolis 55165 |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn. Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165 (Apt.)
(City) (State) (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Griscom_

Typed or printed name: Rufus K. Griscom     Date 1/14/82

**(10)** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 West Kellogg Blvd.
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**(11)** Address For Return of Certificate

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

47

A221

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

TXu    90-426

TX    (TXU)

EFFECTIVE DATE OF REGISTRATION

JAN 18 1982
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol...... No....... Issue Date ........ 1/8/82

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........................................... Vol...... No....... Date ............... Pages.............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...... U.S.A. ...... } or { Domiciled in ......................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...................... } or { Domiciled in ......................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...................... } or { Domiciled in ......................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1982

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date.........................................
(Month)   (Day)   (Year)

Nation.......................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 West Kellogg Boulevard
St. Paul, Minnesota   55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 10

**DO NOT WRITE HERE**

48

A222

| | | |
|---|---|---|
| TXu  90-426 | EXAMINED BY: | APPLICATION RECEIVED: 18. JUL 1992 |
| | CHECKED BY: | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JUL 1992 |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes ........ No ..X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................... Year of Registration ...............................

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165 |

**⑦** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**⑧** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn. Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota  55165 (Apt.)
(City)          (State)          (ZIP)

**⑨** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Griscom_

Typed or printed name. Rufus K. Griscom          Date 1/14/82

**⑩** Certification (Application must be signed)

MAIL CERTIFICATE TO

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota  55165
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑪** Address For Return of Certificate

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

49

A223

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| TXu    90-427 |
| TX    TXU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN 18 1982 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

**TITLE OF THIS WORK:**
WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date .....10/9/81.........................

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ......................................... Vol....... No....... Date .............. Pages.............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes..X.. No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ....U.S.A........... } or { Domiciled in ................. (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No..X..
Pseudonymous? Yes...... No..X..

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of................. } or { Domiciled in................. (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of................. } or { Domiciled in................. (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year..1981....
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........................... (Month) (Day) (Year)
Nation........................... (Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*    • *Sign the form at line 10*

| DO NOT WRITE HERE |
|---|
| Page 1 of .....1. pages |

A224

| | EXAMINED BY: | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| TXu          90-427 | CHECKED BY: | 18. JUN. 1992 | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JUN. 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?     Yes........ No..X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
    - ☐ This is the first published edition of a work previously registered in unpublished form.
    - ☐ This is the first application submitted by this author as copyright claimant.
    - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................................... Year of Registration ............................

**(5) Previous Registra- tion**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables, and index digest with revisions & additions. Also included is training and descrip- tive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed cer- tain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7) Manufactur- ing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Of- fice: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or  (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which corre- spondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul,        Minnesota        55165
(City)        (State)        (ZIP)

**(9) Fee and Correspond- ence**

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ...........................
Typed or printed name: Rufus K. Griscom          Date...................

**(10) Certification (Application must be signed)**

| | MAIL CERTIFICATE TO | (11) Address For Return of Certificate |
|---|---|---|
| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota        55165 (City)        (State)        (ZIP code) | | (Certificate will be mailed in window envelope) |

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A225

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| TXu · · 90-428 |
| TX        (TXU) |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN   18   1982 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

| **(1)** Title | **TITLE OF THIS WORK:** WESTLAW <br><br> If a periodical or serial give: Vol....... No....... Issue Date ..11/6/81........................... | **PREVIOUS OR ALTERNATIVE TITLES:** |
|---|---|---|

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........................................ Vol....... No....... Date ................ Pages............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"?   Yes.X.. No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of.....U.S.A.......... (Name of Country) } or { Domiciled in.................... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X.... Pseudonymous? Yes...... No X....
**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.
If the answer to either of these questions is "Yes," see detailed instructions attached.

2
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of.................... (Name of Country) } or { Domiciled in.................... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

3
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of.................... (Name of Country) } or { Domiciled in.................... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

| **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** <br><br> Year.1981..... <br> (This information must be given in all cases.) | **DATE AND NATION OF FIRST PUBLICATION:** <br> Date.................... (Month) (Day) (Year) <br> Nation.................... (Name of Country) <br> (Complete this block ONLY if this work has been published.) |
|---|---|

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*      • *Sign the form at line 10*

| DO NOT WRITE HERE |
|---|
| Page 1 of 2 pages |

A226

| | |
|---|---|
| EXAMINED BY: JL | APPLICATION RECEIVED: |
| CHECKED BY: | 18 JUN 1982 |
| CORRESPONDENCE:  ☐ Yes | DEPOSIT RECEIVED: 18 JUN 1982 |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

TXu  90-428

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes........ No. X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
    ☐ This is the first published edition of a work previously registered in unpublished form.
    ☐ This is the first application submitted by this author as copyright claimant.
    ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................ Year of Registration ....................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

    a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165 Apt.)
(City)    (State)    (ZIP)

**(9) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom        Date 1/14/82

**(10) Certification (Application must be signed)**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(11) Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

53

A227

## CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER |
|---|
| TXu · · 90-429 |
| TX        TXU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN   18   1982 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

**TITLE OF THIS WORK:**   WESTLAW

If a periodical or serial give: Vol........No........Issue Date........ 8/7/81 ........................

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ................................................ Vol....... No....... Date ............... Pages............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes...X...  No......

**DATES OF BIRTH AND DEATH:**
Born :......... Died ...........
(Year)           (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of..... U.S.A. ..........  } or {  Domiciled in .......................
(Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No X ...
Pseudonymous?   Yes...... No X....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)           (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.......................  } or {  Domiciled in .......................
(Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)           (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.......................  } or {  Domiciled in .......................
(Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year.. 1981 ...
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.............................................
(Month)        (Day)        (Year)
Nation ..........................................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

* Complete all applicable spaces (numbers 5-11) on the reverse side of this page
* Follow detailed instructions attached     * Sign the form at line 10

| DO NOT WRITE HERE |
|---|

54

A228

| | EXAMINED BY: | APPLICATION RECEIVED: 18. JUL 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JUL 1982 | |
| TXu 90-429 | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........................... Year of Registration ...........................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165 (Apt.)
(City) (State) (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _____

Typed or printed name: Rufus K. Griscom          Date 1/14/82

**⑩ Certification (Application must be signed)**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in nu written statement filed in connection with the application, shall be fined not more than $2,500.

A229

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| TXu   90-430 |
| TX       TXU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN   18   1982 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

**TITLE OF THIS WORK:**   WESTLAW

If a periodical or serial give: Vol. ...... No. ...... Issue Date ...... 8/14/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ...................... Vol. ...... No. ...... Date ............... Pages ...........

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes...X No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of... U.S.A. .......... } or { Domiciled in ......................
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...... No..X.
Pseudonymous? Yes ...... No..X.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... } or { Domiciled in ......................
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...... No......
Pseudonymous? Yes ...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... } or { Domiciled in ......................
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...... No......
Pseudonymous? Yes ...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year.... 1981 ..

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date. ......................
(Month)   (Day)   (Year)

Nation ......................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*   • *Sign the form at line 10*

| DO NOT WRITE HERE |
|---|
| Page 1 of ...... pages |

56

A230

| | EXAMINED BY: ..DL.. | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY:.......... | 13. JUN. 1982 | |
| TXu · · 90-430 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13. JUN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| | DEPOSIT ACCOUNT FUNDS USED: | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
    - ☐ This is the first published edition of a work previously registered in unpublished form.
    - ☐ This is the first application submitted by this author as copyright claimant.
    - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................. Year of Registration ........................

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
{ Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
{ Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

    a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165 (Apt.)
(City)          (State)          (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION:** \* I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name. Rufus K. Griscom          Date 1/14/82

**(10)** Certification (Application must be signed)

| | MAIL CERTIFICATE TO | **(11)** Address For Return of Certificate |
|---|---|---|
| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) | |

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A231

## CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu   90-431

TX          TXU

EFFECTIVE DATE OF REGISTRATION

JAN   18   1982
(Month)   (Day)   (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

TITLE OF THIS WORK:    WESTLAW

If a periodical or serial give: Vol. ...... No. ...... Issue Date ......   7/24/81

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .................................... Vol. ... No. ...... Date ............... Pages............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR:   West Publishing Co.
Was this author's contribution to the work a "work made for hire"?   Yes..X.   No......

DATES OF BIRTH AND DEATH:
Born ........... Died ...........
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... U.S.A. ......... } or { Domiciled in ......................
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No. X..
Pseudonymous?   Yes......   No. X..

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

2
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born ........... Died ...........
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...................... } or { Domiciled in ......................
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

3
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born ........... Died ...........
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...................... } or { Domiciled in ......................
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year. 1981...

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date. .......................................................
(Month)   (Day)   (Year)

Nation. .......................................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 10

DO NOT WRITE HERE

58

A232

| | EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: | 18. JUL 1982 | |
| **TXu 90-431** | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JUL 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| | DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes........  No..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................... Year of Registration ...........................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation or previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul,          Minnesota          55165
(City)          (State)          (ZIP)

**(9) Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Griscom_
Typed or printed name. Rufus K. Griscom          Date 1/14/82

**(10) Certification (Application must be signed)**

| | MAIL CERTIFICATE TO |
|---|---|
| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota          55165 (City)          (State)          (ZIP code) | (Certificate will be mailed in window envelope) |

**(11) Address For Return of Certificate**

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

59

A233

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| TXu · · 90-432 |
| TX          (TXU) |

EFFECTIVE DATE OF REGISTRATION

JAN 18 1982
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**(1) Title**

TITLE OF THIS WORK:
WESTLAW

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol. ...... No. ...... Issue Date ... 7/31/81 ...........

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ..................................... Vol. ...... No. ...... Date ............... Pages. ..........

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes X  No ......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... U.S.A. ........... } or { Domiciled in .........................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ... X
Pseudonymous?  Yes ...... No ... X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes ...... No ......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ......................... } or { Domiciled in .........................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?  Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes ...... No ......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ......................... } or { Domiciled in .........................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?  Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year. 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date. ..........................................
(Month)   (Day)   (Year)
Nation ..........................................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
West Publishing Co,
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 10

DO NOT WRITE HERE

60

A234

| | EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: | 13. JUN 1982 | |
| **TXu  90-432** | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13. JUN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes........ No. X.....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
    - ☐ This is the first published edition of a work previously registered in unpublished form.
    - ☐ This is the first application submitted by this author as copyright claimant.
    - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................... Year of Registration ....................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

    a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co.  Att: K. Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota   55165   (Apt.)
(City)          (State)          (ZIP)

**(9) Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)...........
Typed or printed name: Rufus K. Griscom        Date 1/14/82

**(10) Certification (Application must be signed)**

| West Publishing Co. P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City)          (State)          (ZIP code) | **MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) | **(11) Address For Return of Certificate** |
|---|---|---|

✦ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

61

A235

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | | |
|---|---|---|
| TXu | 90-433 | |
| TX | | TXU |

| EFFECTIVE DATE OF REGISTRATION | | |
|---|---|---|
| JAN | 18 | 1982 |
| (Month) | (Day) | (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date .... 7/17/81 ........

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........................................ Vol.... No....... Date ............... Pages.............

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes. X. No......

**DATES OF BIRTH AND DEATH:** Born .......... Died ..........  (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .... U.S.A. .......... } or { Domiciled in ..................  (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X...
Pseudonymous? Yes...... No X...

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... Died ..........  (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ..................... } or { Domiciled in .....................  (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... Died ..........  (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ..................... } or { Domiciled in .....................  (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date. ................................  (Month) (Day) (Year)

Nation ................................  (Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 10

**DO NOT WRITE HERE**

Page 1 of ....... pages

62

A236

| | | |
|---|---|---|
| TXu    90-433 | EXAMINED BY: DL | APPLICATION RECEIVED: 13. JUL. 1982 |
| | CHECKED BY: | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13. JUL. 1982 |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes ........ No .X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................... Year of Registration .......................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index, digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

NAMES OF MANUFACTURERS
West Publishing Co.

PLACES OF MANUFACTURE
P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota    55165

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, (City)   Minnesota (State)   55165 (ZIP)

**(9) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _____
Typed or printed name: Rufus K. Griscom    Date. 1/14/82

**(10) Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, (City)   Minnesota (State)   55165 (ZIP code)

(Certificate will be mailed in window envelope)

**(11) Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

63

A237

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| TXu        90-434 |
| TX          (TXU) |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN   18   1982 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

**TITLE OF THIS WORK:**   WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date.... 7/10/81 ...........

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work:.................................................... Vol...... No...... Date................ Pages.............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**   West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes. X .. No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   /   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.. U.S.A. ...........  } or {  Domiciled in.........................
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No. X ..
Pseudonymous?   Yes...... No. X ..

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.........................  } or {  Domiciled in.........................
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.........................  } or {  Domiciled in.........................
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year... 1981 ..

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date..........................................................
(Month)   (Day)   (Year)

Nation..........................................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co,
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached      • Sign the form at line 10

**DO NOT WRITE HERE**

64

A238

| | | |
|---|---|---|
| **TXu      90-434** | EXAMINED BY: *DC* <br> CHECKED BY: .......... | APPLICATION RECEIVED: <br> 13. JUN. 1982 |
| | CORRESPONDENCE: <br> ☐ Yes | DEPOSIT RECEIVED: <br> 13. JUN. 1982 |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes ........ No X ....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................. Year of Registration .............................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
{ Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
{ Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard <br> St. Paul, Minnesota 55165 |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (I) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul,      Minnesota      55165
(City)          (State)          (Apt) (ZIP)

**(9) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: ..... West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ..... *Rufus K. Griscom*
Typed or printed name ..... Rufus K. Griscom ..... Date 1/14/82

**(10) Certification** (Application must be signed)

| | MAIL CERTIFICATE TO |
|---|---|
| West Publishing Co. <br> (Name) <br> P.O. Box 3526, 50 W. Kellogg Boulevard <br> (Number, Street and Apartment Number) <br> St. Paul,      Minnesota      55165 <br> (City)      (State)      (ZIP code) | (Certificate will be mailed in window envelope) |

**(11) Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

65

A239

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | |
|---|---|
| TXu   90-435 | |
| TX | TXU |

| EFFECTIVE DATE OF REGISTRATION | | |
|---|---|---|
| JAN | 18 | 1982 |
| (Month) | (Day) | (Year) |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol. ...... No. ...... Issue Date ...... 8/28/81 ......

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ............................................ Vol....... No....... Date ............... Pages.............

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes...X... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...... U.S.A. ......... } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No..X..
Pseudonymous?   Yes...... No..X..

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year.. 1981 ....
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.................................
(Month)   (Day)   (Year)
Nation...............................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*   • *Sign the form at line 10*

**DO NOT WRITE HERE**

66

A240

| | EXAMINED BY: DL | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: | 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| TXu · · 90-435 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........................... Year of Registration ........................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City)   (State)   (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom          Date: 1/14/82

**⑩ Certification (Application must be signed)**

| MAIL CERTIFICATE TO | |
|---|---|
| West Publishing Co. (Name) | |
| P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) | (Certificate will be mailed in window envelope) |
| St. Paul, Minnesota 55165 (City) (State) (ZIP code) | |

**⑪ Address For Return of Certificate**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

67

A241

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| TXu      90-436 (TXU) |
| TXu      TX |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN 18 1982 |
| (Month) (Day) (Year) |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date........ 9/11/81 ........

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......................................... Vol....... No....... Date ................. Pages............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes. X.. No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of... U.S.A............ } or { Domiciled in ..................... (Name of Country)     (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No X...
Pseudonymous?   Yes...... No X...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of.......................... } or { Domiciled in ..................... (Name of Country)     (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of.......................... } or { Domiciled in .......................... (Name of Country)     (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year.. 1981 ...

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date................................................. (Month) (Day) (Year)

Nation.............................................. (Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached     • Sign the form at line 10

**DO NOT WRITE HERE**

A242

| EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|
| CHECKED BY: | 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

TXu 90-436

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No...X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................................ Year of Registration ........................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.) Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.) Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index, digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

NAMES OF MANUFACTURERS: West Publishing Co.

PLACES OF MANUFACTURE: P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165

**(9) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of West Publishing Co.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Ericson_
Typed or printed name: Rufus K. Griscom     Date 1/14/82

**(10) Certification**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**(11) Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

69

A243

# FORM TX

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
United States of America

| REGISTRATION NUMBER |
|---|
| TXu   90-437 |
| TX          TXu |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN   18   1982 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

### ① Title

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date .....10/23/81.....

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .................... Vol....... No....... Date ................ Pages............

### ② Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes..X.. No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)          (Year)

**1**

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .. U.S.A............ } or { Domiciled in ....................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?     Yes...... No. X...
Pseudonymous? Yes...... No. X...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)          (Year)

**2**

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?     Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)          (Year)

**3**

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .................... } or { Domiciled in ....................
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?     Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

### ③ Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year...1981...
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.....................
(Month)      (Day)      (Year)
Nation .....................
(Name of Country)
(Complete this block ONLY if this work has been published.)

### ④ Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526,  50  W. Kellogg Boulevard
St. Paul, Minnesota   55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached     • Sign the form at line 10

**DO NOT WRITE HERE**
Page 1 of ...... pages

A244

| | EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: | 18. JAN. 1982 | |
| | CORRESPONDENCE:<br>☐ Yes | DEPOSIT RECEIVED:<br>18. JAN. 1982 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| TXu 90-437 | DEPOSIT ACCOUNT<br>FUNDS USED:<br>☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes........ No . X ....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . . . . . . . . .

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government official or employee as part of that person's official duty.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key numbers class, tables and index digest with revisions and additions. Also included is training and descriptive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Blvd.<br>St. Paul, Minnesota 55165 |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**(8) License For Handicapped**

| DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)<br>Name: West Publishing Co.<br>Account Number: DA021970 | CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)<br>Name: West Publishing Co. Att. Keith Hobbie<br>Address: P.O. Box 3526, 50. W. Kellogg Blvd.<br>St. Paul, Minnesota 55165<br>(City)                    (State)                    (ZIP) (Apt.) |
|---|---|

**(9) Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Griscom_

Typed or printed name. Rufus K. Griscom        Date 1/14/82

**(10) Certification (Application must be signed)**

| West Publishing Co.<br>(Name)<br>P.O. Box 3526, 50. W. Kellogg Blvd.<br>(Number, Street and Apartment Number)<br>St. Paul, Minnesota        55165<br>(City)          (State)          (ZIP code) | MAIL<br>CERTIFICATE<br>TO<br><br>(Certificate will<br>be mailed in<br>window envelope) |
|---|---|

**(11) Address For Return of Certificate**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

71

A245

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



*Ariel Ladd*

REGISTER OF COPYRIGHTS
United States of America

| REGISTRATION NUMBER |
| --- |
| TXu   TX   **90-438**   TXU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| JAN   18   1982 |
| (Month)   (Day)   (Year) |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

---

**① Title**

**TITLE OF THIS WORK:**

WESTLAW

If a periodical or serial give: Vol...... No....... Issue Date.......... 10/30/81 ...............

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......................................... Vol....... No....... Date ............... Pages.............

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes. X .. No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of... U.S.A. ........... } or { Domiciled in .....................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No X ...
Pseudonymous?   Yes...... No X ...

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of......................... } or { Domiciled in .....................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of......................... } or { Domiciled in .....................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1981 ....

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date............................................
(Month)   (Day)   (Year)

Nation............................................
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*   • *Sign the form at line 10*

| DO NOT WRITE HERE |
| --- |
| Page 1 of ........ pages |

A246

| | EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY:........... | 19. JAN. 1982 | |
| **TXu    90-438** | CORRESPONDENCE:<br>☐ Yes | DEPOSIT RECEIVED:<br>18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| | DEPOSIT ACCOUNT FUNDS USED:<br>☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ..................................... Year of Registration .....................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions; synopses; syllabi or case law paragraphs; key number class; tables and index digest with revisions and additions. Also included is training and descriptive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165 |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att:Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165
(City)                (State)                (ZIP)

**(9) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Griscom_
Typed or printed name. Rufus K. Griscom          Date: 1/14/82

**(10) Certification (Applicant must be signed)**

| West Publishing Co.<br>(Name)<br>P.O. Box 3526, 50 W. Kellogg Boulevard<br>(Number, Street and Apartment Number)<br>St. Paul, Minnesota 55165<br>(City)    (State)    (ZIP code) | **MAIL CERTIFICATE TO**<br><br>(Certificate will be mailed in window envelope) | **(11) Address For Return of Certificate** |
|---|---|---|

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1980: 341-279/1          Nov. 1980 — 500,000

A247

# FORM TX

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | |
|---|---|
| TXu    90-439 | |
| TX | TXu |

EFFECTIVE DATE OF REGISTRATION

JAN 18 1982
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date........ 8/21/81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........................................ Vol....... No....... Date............... Pages...........

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes...X.. No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of........ U.S.A. ....... (Name of Country) } or { Domiciled in...................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No.X..
Pseudonymous? Yes...... No.X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.......................... (Name of Country) } or { Domiciled in...................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.......................... (Name of Country) } or { Domiciled in...................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year... 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date............................ (Month) (Day) (Year)
Nation............................ (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*     • *Sign the form at line 10*

**DO NOT WRITE HERE**
Page 1 of ...... pages

74

A248

| | |
|---|---|
| **TXu · · 90-439** | EXAMINED BY: *DL*<br>CHECKED BY: . . . . . . . . . .<br>**APPLICATION RECEIVED:**<br>18. JAN. 1982 |

| | | |
|---|---|---|
| | CORRESPONDENCE:<br>☐ Yes | DEPOSIT RECEIVED:<br>18. JAN. 1982 |
| | DEPOSIT ACCOUNT<br>FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes . . . . . . . .  No . X . . . . .
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Year of Registration . . . . . . . . . . . . . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard<br>St. Paul, Minnesota  55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota  55165
(City)          (State)          (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** ✻ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Rufus K. Griscom*

Typed or printed name: Rufus K. Griscom          Date 1/14/82

**⑩ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota  55165
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

A249

# FORM TX

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| TXu **90-440** |
| TX        (TXU) |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN 18 1982 |
| (Month)   (Day)   (Year) |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

### (1) Title

**TITLE OF THIS WORK:**
WESTLAW

If a periodical or serial give: Vol. ...... No. ...... Issue Date ...... 9/4/81 ......

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ............................................ Vol. ... No. ..... Date ............... Pages............

### (2) Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes...X... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of..U.S.A............ } or { Domiciled in ....................
(Name of Country)                      (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...... No... X
Pseudonymous? Yes ...... No...X

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.................... } or { Domiciled in ....................
(Name of Country)                      (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...... No......
Pseudonymous? Yes ...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.................... } or { Domiciled in ....................
(Name of Country)                      (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...... No......
Pseudonymous? Yes ...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

### (3) Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date..............................
(Month)   (Day)   (Year)

Nation ..............................
(Name of Country)

(Complete this block ONLY if this work has been published.)

### (4) Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*   • *Sign the form at line 10*

**DO NOT WRITE HERE**

76

A250

TXu   90-440

| | |
|---|---|
| EXAMINED BY: | APPLICATION RECEIVED: • 18. JAN. 1982 |
| CHECKED BY: | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................................ Year of Registration ...................

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index, digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165
(City) (State) (ZIP) (Apt.)

**(9)** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _____
Typed or printed name..... Rufus K. Griscom ......... Date 1/14/82

**(10)** Certification (Application must be signed)

| | |
|---|---|
| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | MAIL CERTIFICATE TO (Certificate will be mailed in window envelope) |

**(11)** Address For Return of Certificate

✦ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A251

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
|---|
| TXu          90-441 |
| TX -          (TXU) |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN 18 1982 |
| (Month)   (Day)   (Year) |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**(1) Title**

TITLE OF THIS WORK: WESTLAW

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol. ...... No. ....... Issue Date ...... 10/2/81 ....................

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........................................................ Vol. ...... No. ...... Date ................ Pages............

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes. X.. No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .....U.S.A............ } or { Domiciled in .......................
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No X...
Pseudonymous?   Yes ...... No X...
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....................... } or { Domiciled in .......................
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No......
Pseudonymous?   Yes ...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....................... } or { Domiciled in .......................
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No......
Pseudonymous?   Yes ...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ...............................
(Month)   (Day)   (Year)
Nation ...............................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*   • *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of ... .... pages

78

A252

| | EXAMINED BY: DU | APPLICATION RECEIVED: | |
| | CHECKED BY: ......... | 18 JAN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18 JAN 1982 | |
| TXu 90-441 | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes ........ No ... X ...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................ Year of Registration ..................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index, digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: .......... West Publishing Co. ..............
Account Number: ..... DA021970 ....................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: .. West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
...... St. Paul, Minnesota 55165 ......
(City)          (State)          (ZIP)

**(9) Fee and Correspondence**

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ...... Rufus K. Griscom ......
Typed or printed name ....... Rufus K. Griscom ............ Date 1/14/82

**(10) Certification (Application must be signed)**

MAIL CERTIFICATE TO

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City)     (State)     (ZIP code)

(Certificate will be mailed in window envelope)

**(11) Address For Return of Certificate**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A253

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 81 of 328 PageID #: 98

# FORM TX

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

| REGISTRATION NUMBER | | |
|---|---|---|
| TXu   90-442 | | |
| TX | | TXU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JAN 18 1982 |
| (Month)   (Day)   (Year) |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

TITLE OF THIS WORK:

WESTLAW

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol....... No....... Issue Date.... 10/16/81 ................

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ..................................... Vol....... No....... Date ............... Pages............

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: West Publishing Co.

Was this author's contribution to the work a "work made for hire"?   Yes..X.   No......

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of.... U.S.A. .......... } or { Domiciled in...................
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No..X..
Pseudonymous?   Yes...... No..X..

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of................... } or { Domiciled in...................
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of................... } or { Domiciled in...................
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes...... No......
Pseudonymous?   Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year... 1981 ..

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date..................
(Month)   (Day)   (Year)

Nation..................
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached       • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ....... pages

80

A254

| | |
|---|---|
| EXAMINED BY: DL | APPLICATION RECEIVED: |
| CHECKED BY: | 18. JAN. 1982 |

TXu    90-442

| | |
|---|---|
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes........ No...X..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................................ Year of Registration .........................

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**(8)** License For Handicapped

| | |
|---|---|
| **DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.) Name: West Publishing Co. Account Number: DA021970 | **CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) Name: West Publishing Co. Att: Keith Hobbie Address: P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165 (Apt.) (City) (State) (ZIP) |

**(9)** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *[signature]*

Typed or printed name: Rufus K. Griscom          Date 1/14/82

**(10)** Certification (Application must be signed)

| MAIL CERTIFICATE TO | **(11)** Address For Return of Certificate |
|---|---|
| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) |

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A255

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | | |
|---|---|---|
| TXu | | 90-443 |
| TX | | TXU |

| EFFECTIVE DATE OF REGISTRATION | | |
|---|---|---|
| JAN. | 18 | 1982 |
| (Month) | (Day) | (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

**TITLE OF THIS WORK:**

WESTLAW

If a periodical or serial give: Vol. ...... No. ...... Issue Date ...... 11/27/81 ......

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ............................................ Vol ....... No ....... Date ................. Pages ............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes ..X. No ......

**DATES OF BIRTH AND DEATH:**
Born .......... Died .......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .... U.S.A. ........... } or { Domiciled in ....................... (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No .X..
Pseudonymous? Yes ...... No .X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

**DATES OF BIRTH AND DEATH:**
Born .......... Died .......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ....................... } or { Domiciled in ....................... (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

**DATES OF BIRTH AND DEATH:**
Born .......... Died .......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ....................... } or { Domiciled in ....................... (Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year. 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date ....................................
(Month) (Day) (Year)
Nation ....................................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached* • *Sign the form at line 10*

DO NOT WRITE HERE

A256

| | |
|---|---|
| EXAMINED BY: | APPLICATION RECEIVED: 18. JAN. 1982 |
| CHECKED BY: | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 |
| DEPOSIT ACCOUNT FUNDS USED: | REMITTANCE NUMBER AND DATE: |

TXu · 90-443

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?     Yes ........  No ..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................... Year of Registration ...................

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.
MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or   (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8)** License For Handicapped

| **DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.) Name: West Publishing Co. Account Number: DA021970 | **CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) Name: West Publishing Co., Att: Keith Hobbie Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.) St. Paul, Minnesota 55165 (City) (State) (ZIP) |
|---|---|

**(9)** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Rufus K. Griscom*

Typed or printed name. Rufus K. Griscom                    Date 1/14/82

**(10)** Certification (Application must be signed)

| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | **MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) |
|---|---|

**(11)** Address For Return of Certificate

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A257

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 85 of 328 PageID #: 102

# FORM TX

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
United States of America

| REGISTRATION NUMBER | |
| --- | --- |
| TXu 90-444 | |
| TX | (TXU) |

EFFECTIVE DATE OF REGISTRATION

JAN (Month) 18 (Day) 1982 (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

## ① Title

**TITLE OF THIS WORK:**
WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date... 9/25/81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work:................................... Vol...... No....... Date................. Pages.............

## ② Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes. X... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of... U.S.A. (Name of Country) } or { Domiciled in............ (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No.. X..
Pseudonymous? Yes...... No.. X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of............ (Name of Country) } or { Domiciled in............ (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of............ (Name of Country) } or { Domiciled in............ (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

## ③ Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year.. 1981....
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date............ (Month) (Day) (Year)
Nation............ (Name of Country)
(Complete this block ONLY if this work has been published.)

## ④ Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 10

| DO NOT WRITE HERE |
| --- |
| Page 1 of ... 2... pages |

A258

TXu 90-444

| EXAMINED BY: | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No.X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number............................ Year of Registration ............

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including, but not limited to opinions, synopses, syllabi or case law paragraphs, key number class tables and index, digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att. Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Rufus K. Griscom_

Typed or printed name: Rufus K. Griscom     Date 1/14/82

**⑩ Certification (Application must be signed)**

| MAIL CERTIFICATE TO | |
|---|---|
| West Publishing Co. (Name) | |
| P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) | |
| St. Paul, Minnesota 55165 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) |

**⑪ Address For Return of Certificate**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

A259

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
| --- |
| TXu   90-673 |
| TX        (TXU) |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| JAN     18     1982 |
| (Month)     (Day)     (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date ...... 9/18/81 ..........................

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ................................... Vol....... No....... Date ............... Pages............

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"?   Yes...X.   No......

**DATES OF BIRTH AND DEATH:**
Born :......... Died ..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...... U.S.A. .......... } or { Domiciled in ........................
(Name of Country)                           (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No.X..
Pseudonymous?   Yes......   No.X..

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)                           (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)                           (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year... 1981 ..
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.................................................
(Month)     (Day)     (Year)
Nation.................................................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*     • *Sign the form at line 10*

**DO NOT WRITE HERE**

A260

| | EXAMINED BY: D.L. | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY:......... | 18. JUN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| TXu 90-673 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JUN. 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☞ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes........ No X
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............................ Year of Registration ..........................

**⑤** Prev. Regis. tion

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
{ Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
{ Compilation of previously published case reports, including, but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**⑥** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**⑦** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**⑧** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165
(City) (State) (ZIP) (Apt.)

**⑨** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _[signature]_
Typed or printed name........ Rufus K. Griscom.............. Date 1/14/82

**⑩** Certification (Application must be signed)

| | MAIL CERTIFICATE TO | **⑪** Address For Return of Certificate |
|---|---|---|
| West Publishing Co. (Name) P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number) St. Paul, Minnesota 55165 (City) (State) (ZIP code) | | (Certificate will be mailed in window envelope) |

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A261

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

TXu    391-001

TX    (TXU)

EFFECTIVE DATE OF REGISTRATION

SEP 29 1989
Month  Day  Year

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▽

WESTLAW

PREVIOUS OR ALTERNATIVE TITLES ▼

**PUBLICATION AS A CONTRIBUTION**  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▽**    **Issue Date ▼**    **On Pages ▼**

**2 a** NAME OF AUTHOR ▼

West Publishing Co.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation and original text

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given in all cases.
1989 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____
◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
SEP 29 1989
ONE DEPOSIT RECEIVED
SEP 29 1989
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

88

A262

EXAMINED BY

CHECKED BY

FOR COPYRIGHT OFFICE USE ONLY

☑ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

TXu   391-001

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ TX 90-426   **Year of Registration** ▼ 1982

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered database.

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised and updated text; revised compilation.

See instructions before completing this space.

**6**

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed **must** be given. See instructions for details.
**Names of Manufacturers** ▼ West Publishing Co.   **Places of Manufacture** ▼ P.O. Box 64526
50 W. Kellogg Boulevard
St. Paul, Minnesota   55164-0526

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼ West Publishing Co.   **Account Number** ▼ DA061018

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55164-0526
Area Code & Telephone Number ▶ (612)   228-2643

Be sure to give your daytime phone ◀ number.

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Donna M. Bergsgaard
date ▶ 9/29/89

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼ Donna M. Bergsgaard - Area 8C
West Publishing Co.
Number/Street/Apartment Number ▼ P.O. Box 64526, 50 W. Kellogg Boulevard
City/State/ZIP ▼ St. Paul, Minnesota   55164-0526

Have you?
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

★ U.S. GOVERNMENT PRINTING OFFICE: 1984: 461-584/10,017

December 1984 — 100,000

89

A263

This covers material in
intervening years. See
Muslet memo. DKStiles

A264



A265

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu   410 151

TX   TXU

EFFECTIVE DATE OF REGISTRATION

/   /1   90
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1989 to December 31, 1989

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is October 2, 1989; Updated Daily

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2** **NAME OF AUTHOR ▼**
a   West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
revised compilation; revised and updated text

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a   1989   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
b   Month ▶   Day ▶   Year ▶   ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Company
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN. 1 1 1990
ONE DEPOSIT RECEIVED
JAN. 1 1 1990   4/19/90
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

A266

*Amended by C.O. via authority of correspondence from Donna Bergsgaard dated 4/6/90 in UB file.

TO      41D 151

| | |
|---|---|
| EXAMINED BY | FORM TX |
| CHECKED BY | |
| ☑ CORRESPONDENCE Yes | FOR COPYRIGH OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼
TXu-391-001                    1989

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised compilation updated daily and some new and original text.

See instructi before comp this space

## —space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instruc

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                      **Account Number** ▼
West Publishing Company              DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Company - Area 8C
P.O. Box 64526, 50 West Kellogg Boulevard
St. Paul, Minnesota  55164-0526
Area Code & Telephone Number ▶   (612)   228-2643

Be sure to give your daytime ph ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Publishing Company
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard                                    _date ▶  1/5/90

**Handwritten signature (X)** ▼
*Donna M. Bergsgaard*

| | | |
|---|---|---|
| **MAIL CERTIFICATE TO** Certificate will be mailed in window envelope | Name ▼  Donna M. Bergsgaard - Area 8C  West Publishing Co.  Number/Street/Apartment Number ▼ ·  P.O. Box 64526, 50 W. Kellogg Boulevard  City/State/ZIP ▼  St. Paul, Minnesota  55164-0526 | **YOU MUST** • Complete all necessary spaces • Sign your application in space 10  **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE** 1. Application form 2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material  **MAIL TO** Register of Copyrights Library of Congress Washington, D.C. 20559 |

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

August 1989—300,000                              U.S. GOVERNMENT PRINTING OFFICE: 1989:241-428 00.0

93

A267

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

TXu   411 441

TX   TXU

EFFECTIVE DATE OF REGISTRATION

APR 25 1990
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1990 to March 31, 1990.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is March 1, 1990; Updated Daily

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
a   West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ► U.S.A.
Domiciled in ► St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
revised compilation; revised and updated text

**NOTE**
Under the law, the "author" of a "work made for hire" is ...ly

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1990   ◄ Year

b   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ►   Day ►   Year ►   ◄ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Company
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
APR. 25. 1990
ONE DEPOSIT RECEIVED
APR. 25. 1990
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

A268

TXu   411 441

EXAMINED BY _____

CHECKED BY _____

☑ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

TXu-391-001          1989

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised compilation updated daily and some new and original text.

See instructions
before completing
this space

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼
West Publishing Company                          DA061018

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55164-0526
                    Area Code & Telephone Number ▶      (612)   228-2643

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Company
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard
                                        date ▶  4/20/90

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number/Street/Apartment Number ▼
P.O. Box 64526, 50 W. Kellogg Boulevard

City/State/ZIP ▼
St. Paul, Minnesota  55164-0526

**Certificate
will be
mailed in
window
envelope**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

August 1989—300,000          U.S. GOVERNMENT PRINTING OFFICE: 1989:241-428 00.004

95

A269

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

### FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu   420 774

TX          TXU

EFFECTIVE DATE OF REGISTRATION

JUL   12   1990
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1990 to June 30, 1990.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**
Representative Creation Date is April 18, 1990; Updated Daily

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** **a** **NAME OF AUTHOR ▼**
West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law,

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
revised compilation; revised and updated text

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY in all cases.
1990   ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ ___ Day ▶ ___ Year ▶ ___   ◄ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Company
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JUL 12 1990
ONE DEPOSIT RECEIVED
JUL 12 1990
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space.

DO NOT WRITE HERE   OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

A270

TXu    430 774

| | |
|---|---|
| EXAMINED BY | FORM TX |
| CHECKED BY | |
| ☑ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

TXu 411 441        1990

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised compilation updated daily and some new and original text.

See instructions before completing this space.

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords         b ☐ Copies Only         c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼
West Publishing Company                          DA061018

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55164-0526
Area Code & Telephone Number ▶        (612)   228-2643

Be sure to give your daytime phone number ◀

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  West Publishing Company
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard                                date ▶  7/2/90

Handwritten signature (X) ▼  _Donna M. Bergsgaard_

**10**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

| |
|---|
| **Name** ▼  Donna M. Bergsgaard - Area 8C<br>West Publishing Company |
| **Number/Street/Apartment Number** ▼  P.O. Box 64526, 50 W. Kellogg Boulevard |
| **City/State/ZIP** ▼  St. Paul, Minnesota  55164-0526 |

**YOU MUST·**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

97

A271

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu    439-122

TX    TXU

EFFECTIVE DATE OF REGISTRATION

OCT    17    1990
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  **TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1990 to September 30, 1990.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
Representative Creation Date is September 6, 1990; Updated Daily

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**  **NAME OF AUTHOR ▼**

**a**  West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ___U.S.A.___
Domiciled in ▶ ___St. Paul, MN___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
revised compilation; revised and updated text

**NOTE**
Under the law...

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
___1990___ ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ ___ Day ▶ ___ Year ▶ ___
◀ Nation

---

**4**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Company
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___2___ pages

98

A272

| EXAMINED BY $Vg$ | FORM TX |
|---|---|
| CHECKED BY | |

**TXu   439-122**

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**     **Year of Registration ▼**
    TXu-411 441          1990

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identity any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised compilation updated daily and some new and original text.

See instructions
before completing
this space.

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

    a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only     See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**
West Publishing Company     **Account Number ▼**     DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶    (612)   228-2643

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    **West Publishing Co.**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
    Donna M. Bergsgaard            date ▶   10/9/90

Handwritten signature (X) ▼   *Donna M. Bergsgaard*

| MAIL CERTIFI- CATE TO | **Name ▼** Donna M. Bergsgaard - Area 8C West Publishing Co. |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ P.O. Box 64526, 50 W. Kellogg Boulevard |
| | City/State/ZIP ▼ St. Paul, Minnesota 55164-0526 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

\* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ugust 1989—300,000           U.S. GOVERNMENT PRINTING OFFICE

A273

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

TXu    439-243

TX    TXU

EFFECTIVE DATE OF REGISTRATION

10    17    90
Month   Day   Year

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1990 to September 30, 1990.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**
Representative Creation Date is September 6, 1990; Updated Daily

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
NAME OF AUTHOR ▼
a   West Publishing Company

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law,

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
revised compilation; revised and updated text

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1990 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Company
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT. 17. 1990
ONE DEPOSIT RECEIVED
OCT. 17. 1990
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

100

A274

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

TXu    439-243

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**       **Year of Registration ▼**
TXu-411 441              1990

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised compilation updated daily and some new and original text.

See instructions
before completing
this space.

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**       A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                      **Account Number ▼**
West Publishing Company                      DA061018

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55164-0526

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶    (612)   228-2643

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Publishing Co.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard
                                                                    date ▶  10/9/90

Handwritten signature (X) ▼
Donna M. Bergsgaard

**MAIL
CERTIFI-
CATE TO**

**Certificate
will be
mailed in
window
envelope**

Name ▼  Donna M. Bergsgaard - Area 8C
West Publishing Co.
Number/Street/Apartment Number ▼
P.O. Box 64526, 50 W. Kellogg Boulevard
City/State/ZIP ▼
St. Paul, Minnesota  55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Joust 1989—300.000                                           ☆U.S. GOVERNMENT PRINTING OFFICE: 1989 241-428/00 004

101

A275

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu      454 308**

TX          (TXU)

EFFECTIVE DATE OF REGISTRATION

**JAN   07   1991**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1990 to December 31, 1990.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative Creation Date is November 14, 1990; Updated Daily

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2** **NAME OF AUTHOR ▼**
**a**   West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth

**NAME OF AUTHOR ▼**
**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1990   ◀ Year

This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶     ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

APPLICATION RECEIVED
JAN 07 1991
ONE DEPOSIT RECEIVED
JAN 07 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 10.

DO NOT WRITE HERE

A276

IXu     454 308

| EXAMINED BY _Vg_ | FORM TX |
| CHECKED BY | |

CORRESPONDENCE ☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                    **Year of Registration** ▼

   TXu 411-441                    1990

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

   Previously registered unpublished database.

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   Daily updates of original and revised text and compilations

See instructions before completing this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.

   a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

   West Publishing Co.                    DA061018

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

   Donna M. Bergsgaard/West Publishing Co. - Area 8C
   P.O. Box 64526, 50 W. Kellogg Boulevard
   St. Paul, Minnesota  55164-0526

Area Code & Telephone Number ▶          (612)   228-2643

Be sure to give your daytime phone number ◀

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Publishing Co.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

**Typed or printed name and date** ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

   Donna M. Bergsgaard                    date ▶  1/3/90

Handwritten signature (X) ▼
   _Donna M. Bergsgaard_

| MAIL CERTIFI-CATE TO | Name ▼   Donna M. Bergsgaard - Area 8C  West Publishing Co. |
| | Number/Street/Apartment Number ▼   P.O. Box 64526, 50 W. Kellogg Boulevard |
| Certificate will be mailed in window envelope | City/State/ZIP ▼   St. Paul, Minnesota  55164-0526 |

**YOU MUST:**
● Complete all necessary spaces
● Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

103

A277

## CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

### FORM TX
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

TXu     469 557

TX          TXU

**EFFECTIVE DATE OF REGISTRATION**

APR 0 8 1991
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1991 to March 31, 1991.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**
Representative Creation Date is March 6, 1991; Updated Daily

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2** **NAME OF AUTHOR ▼**
**a** West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ — U.S.A.
{ Domiciled in ▶ — St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation.

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see in-

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work in all cases.
1991 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶
U.S.A. ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 0 8 1991
ONE DEPOSIT RECEIVED
APR 0 8 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.          DO NOT WRITE HERE

A278

TXu   469 557

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼  TXu 454-308       **Year of Registration** ▼  1991

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilations.

See instructions before completing this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼  West Publishing Co.       **Account Number** ▼   DA061018

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota   55164-0526
Area Code & Telephone Number ▶        (612)   228-2643

Be sure to give your daytime phone ◀ number

**9**

**CERTIFICATION**   I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard                                          date ▶  4-2-91

Handwritten signature (X) ▼   _Donna M. Bergsgaard_

**10**

| MAIL CERTIFICATE TO | Name ▼  Donna M. Bergsgaard - Area 8C    West Publishing Co. |
| --- | --- |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼  P.O. Box 64526; 50 W. Kellogg Boulevard |
| | City/State/ZIP ▼  St. Paul, Minnesota   55164-0526 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written

105

A279

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu    484 744**

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

**JUL 18 1991**

Month        Day            Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1991 to June 30, 1991.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative Creation Date is June 4, 1991; Updated Daily

If published in a periodical or serial give: **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

---

**2**

**NOTE**

**NAME OF AUTHOR ▼**

a   West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _U.S.A._
Domiciled in ▶ _St. Paul, MN_

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

a   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991      ◀ Year

b   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____        ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 18 1991
ONE DEPOSIT RECEIVED
JUL 18 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.          **DO NOT WRITE HERE**

106

A280

TXu   484 744

| | FORM TX |
|---|---|
| EXAMINED BY | |
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼
TXu 469-557                1991

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See instructions before completing this space

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.
a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name.** ▼                                    **Account Number** ▼
West Publishing Co.                    DA061018

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526
                    Area Code & Telephone Number ▶
                                        (612) 228-2643

Be sure to give your daytime phone ◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    West Publishing Co.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard                                date ▶  7-9-91

Handwritten signature (X) ▼

| | |
|---|---|
| **MAIL CERTIFI-CATE TO** | Name ▼   Donna M. Bergsgaard - Area 8C
West Publishing Co. |
| | Number/Street/Apartment Number ▼   P.O. Box 64526, 50 W. Kellogg Boulevard |
| **Certificate will be mailed in window envelope** | City/State/ZIP ▼   St. Paul, Minnesota 55164-0526 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

\* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

A281

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu    492 289

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

OCT  10  1991
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1991 to September 30, 1991.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative Creation Date is August 14, 1991; Updated Daily

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

**a** West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation.

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ ___ Day ▶ ___ Year ▶ ___   ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT. 10. 1991
ONE DEPOSIT RECEIVED
OCT. 10. 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of _____ pages

108

A282

TXu   492 289

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼
TXu 469-557              1991

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only                    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                **Account Number** ▼
West Publishing Co.                       DA061018

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55164-0526
Area Code & Telephone Number ▶          (612) 228-2643

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    West Publishing Co.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard                                  date ▶  10/1/91

**10**

Handwritten signature (X) ▼

| | YOU MUST: |
| **MAIL CERTIFI-CATE TO** | Name ▼  Donna M. Bergsgaard - Area 8C   West Publishing Co. | • Complete all necessary spaces • Sign your application in space 10 |

**MAIL
CERTIFI-
CATE TO**

Name ▼
Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number Street Apartment Number ▼
P.O. Box 64526, 50 W. Kellogg Boulevard

City State ZIP ▼
St. Paul, Minnesota  55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Certificate
will be
mailed in
window
envelope

**11**

* 17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application  shall be fined not more than $2,500

**109**

A283

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu   502 897

TX          TXU

EFFECTIVE DATE OF REGISTRATION

1 / 7 / 92
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1991 to December 31, 1991.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative Creation Date is December 4, 1991; Updated Daily

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

---

**2**

**NOTE**

N, of a or ally

and death blank.

**a** NAME OF AUTHOR ▼

West Publishing Company

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original and revised text and compilation.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This Information must be given in all cases.
1991   ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ ___ Day ▶ ___ Year ▶ ___
___ ◀ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota  55164-0526

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JAN 07 1992
ONE DEPOSIT RECEIVED
JAN 07 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of _____ pages

110

A284

EXAMINED BY                                    **FORM TX**

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

TXu    502 897

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give. **Previous Registration Number** ▼       **Year of Registration** ▼
            TXu 492-289                       1991

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
    Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
    Daily updates of original and revised text and compilation.

See instructions
before completing
this space.

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office. (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

    **a** ☐ Copies and Phonorecords          **b** ☐ Copies Only          **c** ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                       **Account Number** ▼
West Publishing Co.                       DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
    Donna M. Bergsgaard/West Publishing Co. - Area 8C
    P.O. Box 64526, 50 W. Kellogg Boulevard
    St. Paul, Minnesota 55164-0526
                    Area Code & Telephone Number ▶       (612) 228-2643

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
                            Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     West Publishing Co.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
    Donna M. Bergsgaard                             date ▶   Jan. 2, 1992

Handwritten signature (X) ▼

**10**

MAIL
CERTIFI-
CATE TO

Name ▼     Donna M. Bergsgaard - Area 8C
            West Publishing Co.
Number Street Apartment Number ▼

Certificate
will be
mailed in
window
envelope

    P.O. Box 64526, 50 W. Kellogg Boulevard
City State ZIP ▼
       St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D C 20559

**11**

* 17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

111

A285

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu   514 737**

| TX | TXU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

**APR   16   1992**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1992 to March 31, 1992.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative Creation Date is March 16, 1992; Updated Daily

| If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|

**2** **NAME OF AUTHOR ▼**

West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ Eagan, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR. 16. 1992
ONE DEPOSIT RECEIVED
APR. 16. 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

_____ pages

A286

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

TXu   514 737

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼
TXu 502-897   1992

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼   **Account Number** ▼
West Publishing Co.   DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶   (612) 687-5788

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard
date ▶ 4-10-92

Handwritten signature (X) ▼
Donna M. Bergsgaard

| MAIL CERTIFI-CATE TO Certificate will be mailed in window envelope | Name ▼ Donna M. Bergsgaard - D3-40  West Publishing Co. | YOU MUST • Complete all necessary spaces • Sign your application in space 10 |
|---|---|---|
| | Number Street/Apartment Number ▼  P.O. Box 64526 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State ZIP ▼  St. Paul, Minnesota 55164-0526 | MAIL TO: Register of Copyrights Library of Congress Washington, D.C. 20559 |

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

lust 1989—300,000

U.S. GOVERNMENT PRINTING OFFICE: 1989 241-428 00.004

113

A287

## CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu    531 179**

TX          (TXU)

EFFECTIVE DATE OF REGISTRATION

**JUL 17 1992**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Group registration for automated database titled "WESTLAW"; unpublished udates from April 1, 1992 to June 30, 1992.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

Representative Creation Date is May 12, 1992; Updated Daily

If published in a periodical or serial give: **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

---

**2** NAME OF AUTHOR ▼

**a** West Publishing Company

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation.

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

and death blank

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1992  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JUL. 17. 1992
ONE DEPOSIT RECEIVED
JUL. 17. 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ____ pages

A288

TXu    531 179

EXAMINED BY _VQ_

CHECKED BY

FORM TX

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

TXu 514-737    1992

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

**b. Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions
before completing
this space

— space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

West Publishing Co.    DA061018

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Co. - D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶    (612) 687-5788

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Publishing Co.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard

_Donna M. Bergsgaard_    date ▶ 7/13/92

Handwritten signature (X) ▼

_Donna M. Bergsgaard_

**MAIL CERTIFI-CATE TO**

Certificate will be mailed in window envelope

Name ▼
Donna M. Bergsgaard - D3-40
West Publishing Co.

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ugust 1989—300,000

U.S. GOVERNMENT PRINTING OFFICE: 1989:241-428 00,004

115

A289

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu   548 360

TX          TXU

EFFECTIVE DATE OF REGISTRATION

OCT   20   1992
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1992 to September 30, 1992.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is September 8, 1992; Updated Daily

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2** **NAME OF AUTHOR ▼**
a   West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work in all cases.
1992   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information only if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Company
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

APPLICATION RECEIVED
OCT. 20. 1992
ONE DEPOSIT RECEIVED
OCT. 20. 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

116

A290

TXu   548 360

EXAMINED BY _VG_

CHECKED BY

☐ CORRESPONDENCE
   Yes

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

TXu 531-179                                    1992

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

**b. Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions
before completing
this space

**—space deleted—**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only          See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

West Publishing Company                    DA061018

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Company - D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶   (612) 687-5788

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   West Publishing Company

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard

date ▶ _10/14/92_

Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

**Certificate will be mailed in window envelope**

Name ▼
Donna M. Bergsgaard - D3-40
West Publishing Company

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

• YOU MUST
  • Complete all necessary spaces
  • Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1991—100,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/40,006

117

A291

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 119 of 328 PageID #: 136

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu    554 394**

TX        TXU

EFFECTIVE DATE OF REGISTRATION

**JAN 13 1993**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1992 to December 31, 1992.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative Creation Date is December 15, 1992; Updated Daily

If published in a periodical or serial give: **Volume ▼**     **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2** **NAME OF AUTHOR ▼**
West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 13 1993
ONE DEPOSIT RECEIVED
JAN 13 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE

118

A292

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

TXu   554 394

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   TXu 531-179      **Year of Registration** ▼  1992

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions
before completing
this space

**6**

## —space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼  West Publishing Co.                    **Account Number** ▼   DA061018

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Co. - D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶          (612) 687-5788

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ____ West Publishing Co.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard                                    date ▶  1-7-93

Handwritten signature (X) ▼   Donna M. Bergsgaard

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼  Donna M. Bergsgaard - D3-40
West Publishing Co.
Number/Street/Apartment Number ▼  P.O. Box 64526
City/State/ZIP ▼  St. Paul, Minnesota 55164-0526

• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1991—100,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/40,006

119

A293

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 121 of 328 PageID #: 138

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*



# FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu   567 379

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

APR 23 1993
Month  Day  Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** **TITLE OF THIS WORK ▼**

Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1993 to March 31, 1993.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative Creation Date is March 11, 1993; Updated Daily

If published in a periodical or serial give:   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**a** **NAME OF AUTHOR ▼**

West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NOTE**
Under the law, the "author" of a "work made...

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

death blank.

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◄ Year in all cases.
1993

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◄ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
APR 23 1993
ONE DEPOSIT RECEIVED
APR 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

A294

| EXAMINED BY *VG* | | FORM TX |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR COPYRIGHT OFFICE USE ONLY |

TXu 567 379

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TXu 531-179    **Year of Registration** ▼ 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only        See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ West Publishing Co.        Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Donna M. Bergsgaard/West Publishing Co. – D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code and Telephone Number ▶ (612) 687-5788

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of      West Publishing Co.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard        date ▶ 4/14/93

Handwritten signature (X) ▼ *Donna M. Bergsgaard*

**11**

MAIL CERTIFICATE TO

Name ▼ Donna M. Bergsgaard – D3-40
West Publishing Co.

Number/Street/Apartment Number ▼ P.O. Box 64526

City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—100,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,504

121

A295



# West Publishing

## FAX COVER SHEET

610 OPPERMAN DRIVE ■ EAGAN, MN ■ 55123 ■ (612) 687-7000

**DATE** March 4, 1994

**TO:**

**NAME** Sandra Sedo

**PHONE** 339-6900

**DEPT.**

**COMPANY** Heins, Schatz + Paquin

**RE:** WESTLAW Copyright

**FAX #** 339-0981

**FROM:**

**NAME** Becky Matzek

**DEPT.** Copyrights

**PHONE** 687-8810

**FAX #** 687-7551

**NUMBER OF PAGES INCLUDING COVER** 3

**COMMENTS** I'll also send a copy by courier.



Item #888
S2031b

3-9713-2/7-93

122

A296

Case 1:20-cv-00613-LPS Document 1-1 Filed 05/06/20 Page 124 of 328 PageID #: 141



**123**

A297



A298

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TXu   581 411

TX          TXU

EFFECTIVE DATE OF REGISTRATION

Month AUG   Day 2   Year 1993

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1993 to June 30, 1993.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.      **Title of Collective Work ▼**
Representative Creation Date is June 9, 1993; Updated Daily.

If published in a periodical or serial give:  **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

---

**NAME OF AUTHOR ▼**
West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

*NOTE — Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.*

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1993 ◀ Year
This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 02 1993
ONE DEPOSIT RECEIVED
AUG 02 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ___ pages

A299

TXu  581 411

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼
   TXu 531-179                                    1992

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
  Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
  Daily updates of original and revised text and compilation.

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼
West Publishing Co.                           DA 061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Donna Gies/West Publishing Co. D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526
          Area Code and Telephone Number ▶  (612) 687-7870

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ West Publishing Co.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies                                    date ▶ 7/27/93

Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

Name ▼   Donna Gies – Area D3-40
         West Publishing Co.

Number/Street/Apartment Number ▼
         P.O. Box 64526

City/State/ZIP ▼
         St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in with the application, shall be fined not more than $2,500.

February 1993—100,000                              ☆U.S. GOVERNMENT PRINTING OFFICE

126

A300

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

TXu          600 924

|  | TX | TXU |

**EFFECTIVE DATE OF REGISTRATION**

OCT 21 1993

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1993 to September 30, 1993.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**
Representative Creation Date is August 11, 1993; Updated Daily.

If published in a periodical or serial give: **Volume ▼**       **Number ▼**       **Issue Date ▼**       **On Pages ▼**

---

**2**

**NOTE**

**a   NAME OF AUTHOR ▼**
West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes ☐ No | OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN | Anonymous? ☐ Yes ☒ No / Pseudonymous? ☐ Yes ☒ No   If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶ / Domiciled in ▶ | Anonymous? ☐ Yes ☐ No / Pseudonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶ / Domiciled in ▶ | Anonymous? ☐ Yes ☐ No / Pseudonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions. |

and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

| YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases. | DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published. |
|---|---|
| a  1993 ◀Year | b  Month ▶ ___ Day ▶ ___ Year ▶ ___       ◀ Nation |

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**DO NOT WRITE HERE / OFFICE USE ONLY**

APPLICATION RECEIVED
OCT 21 1993
ONE DEPOSIT RECEIVED
OCT 21 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of ___2___ pages

127

A301

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☐ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

TXu

600 924

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _TXu 548-360_   **Year of Registration** ▼ _1992_

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

_Previously registered unpublished database._

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_Daily updates of original and revised text and compilation._

**6**

See instructions before completing this space.

**— space deleted —**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _West Publishing Co._   **Account Number** ▼ _DA061018_

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

_Donna Gies/West Publising Co._
_P.O. Box 64526_
_St. Paul, Minnesota 55164-0526_

Area Code & Telephone Number ▶   (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

_Donna Gies_

date ▶ _10/13/93_

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼ _Donna Gies - Area D3-40_
_West Publishing Co._

Number/Street/Apartment Number ▼ _P.O. Box 64526_

City/State/ZIP ▼ _St. Paul, Minnesota 55164-0526_

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

128

A302

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TX

| | TX | TXU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK** ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1993 to December 31, 1993.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work** ▼
Representative Creation Date is November 9, 1993; Updated Daily

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**NAME OF AUTHOR** ▼
West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
X Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes X No
Pseudonymous? ☐ Yes X No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given ONLY if this work has been published.   in all cases.
1993 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.   Month ▶ _____ Day ▶ _____ Year ▶ _____ ◄ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of   2   pages

129

A303

TXu      614 913

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

TXu 554-394                                        1993

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions
before completing
this space.

— space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼

West Publishing Co.

**Account Number** ▼

DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.     Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Co.

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶        (612) 687-7870

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    West Publishing Co.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies

date ▶        1/11/94

Handwritten signature (X) ▼

**MAIL
CERTIFICATE
TO**

Name ▼
Donna Gies – Area D3-40
West Publishing Co.

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**Certificate
will be
mailed in
window
envelope**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

130

A304

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TXu 635-973**

EFFECTIVE DATE OF REGISTRATION

MAY 16 1994
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1994 to March 31, 1994.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is March 1, 1994; Updated Daily.
If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
**a** West Publishing Co.
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
**a** 1994 ◀ Year
**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 16 1994
ONE DEPOSIT RECEIVED
MAY 16 1994
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __2__ pages

A305

EXAMINED BY VG

FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼
TXu 567-379     1993

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation. updated daily

See Instructions
before completing
this space.

**6**

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

See Instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼
West Publishing Co.     Account Number ▼
DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.     Name/Address/Apt/City/State/ZIP ▼
Ellen Gillespie/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶     (612) 687-5888

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Ellen Gillespie     date ▶ 5/10/94

Handwritten signature (X) ▼

**10**

MAIL
CERTIFICATE
TO

Name ▼
Ellen Gillespie - Area D3-20
West Publishing Co.
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

132

A306

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



**TXu 652-131**



EFFECTIVE DATE OF REGISTRATION

AUG   08   1994
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1994 to June 30, 1994.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
Representative Creation Date is May 2, 1994; Updated Daily.

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2** NAME OF AUTHOR ▼

**a** West Publishing Co.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1994 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶     ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 08 1994
ONE DEPOSIT RECEIVED
AUG 08 1994
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _2_ pages

A307

EXAMINED BY _Vg_

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ **Yes**  ☐ **No**   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

_TXu 581-411_   _1993_

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

_Previously registered unpublished database._

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_Daily updates of original and revised text and compilation._

See instructions before completing this space.

**6**

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   Account Number ▼

_West Publishing Co._   _DA061018_

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

_Donna Bergsgaard/West Publishing Co._
_P.O. Box 64526_
_St. Paul, Minnesota 55164-0526_

Area Code & Telephone Number ▶   _(612) 687-5788_

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   _West Publishing Co._
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

_Donna Bergsgaard_   date ▶ _7/29/94_

Handwritten signature (X) ▼   _Donna Bergsgaard_

**10**

**MAIL CERTIFICATE TO**

Name ▼   _Donna Bergsgaard - Area D3-40_
_West Publishing Co._

Number/Street/Apartment Number ▼   _P.O. Box 64526_

City/State/ZIP ▼   _St. Paul, Minnesota 55164-0526_

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

134

A308

# CERTIFICATE OF REGISTRATION

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TXu 659-350

EFFECTIVE DATE OF REGISTRATION

| NOV | 07 | 1994 |
|-----|-----|------|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1994 to September 30, 1994.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is August 25, 1994; Updated Daily.

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2** **NAME OF AUTHOR ▼**
a    West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a    1994    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
b    Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 07 1994
ONE DEPOSIT RECEIVED
NOV 07 1994
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

A309

EXAMINED BY _Vg_

CHECKED BY

CORRESPONDENCE
☐ Yes

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

TXu 600-924    1993

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions
before completing
this space.

**6**

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

See Instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

West Publishing Co.    DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶    (612) 687-7870

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _West Publishing Co._

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies    date ▶ 10/31/94

Handwritten signature (X)

**10**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Donna Gies - Area D3-40
West Publishing Co.

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

136

A310

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TXu 664-886**

EFFECTIVE DATE OF REGISTRATION

JAN 26 1995
Month · Day · Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1994 to December 31, 1994.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**
Representative Creation Date is December 13, 1994; Updated Daily.

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**   **a**

**NAME OF AUTHOR ▼**
West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**   **a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶
◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 26 1995
ONE DEPOSIT RECEIVED
JAN 26 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __2__ pages

A311

| EXAMINED BY  *Vg* | FORM TX |
| --- | --- |
| CHECKED BY | |

| | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- |
| CORRESPONDENCE ☐ Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give:  Previous Registration Number ▼     Year of Registration ▼
_____TXu 614-913_____          _____1994_____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
_Previously registered unpublished database._

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
_Daily updates of original and revised text and compilation._

See Instructions before completing this space.

**6**

**—— space deleted——**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☐ Copies and Phonorecords      **b** ☐ Copies Only      **c** ☐ Phonorecords Only

See Instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                      **Account Number** ▼
_West Publishing Co._                    _DA061018_

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
_Donna Gies/West Publishing Co._
_P.O. Box 64526_
_St. Paul, Minnesota 55164-0526_
Area Code & Telephone Number ▶          (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of_____West Publishing Co._____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
_Donna Gies_                                   date ▶ _1/20/95_

Handwritten signature (X) ▶

**10**

| MAIL CERTIFICATE TO | Name ▼ Donna Gies – Area D3-40 West Publishing Co. |
| --- | --- |
| | Number/Street/Apartment Number ▼ P.O. Box 64526 |
| Certificate will be mailed in window envelope | City/State/ZIP ▼ St. Paul, Minnesota 55164-0526 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

138

A312

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 644-939



EFFECTIVE DATE OF REGISTRATION

| 5 | 19 | 95 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1995 to March 31, 1995.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
Representative Creation Date is March 7, 1995; Updated Daily.

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NAME OF AUTHOR ▼**
a  West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions).

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a  1995 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
b  Month ▶    Day ▶    Year ▶    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 03 1995
ONE DEPOSIT RECEIVED
MAY 03 1995
TWO DEPOSITS RECEIVED

FUNDS RECEIVED  REMITTANCE NUMBER AND DATE  MAY 19 1995

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of  2  pages

A313

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼
_____ TXu 635-973 _____                              _____ 1994 _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
_Previously registered unpublished database._

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
_Daily updates of original and revised text and compilation._

**6**

See Instructions before completing this space.

— **space deleted** —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼
_West Publishing Co._                Account Number ▼  _DA061018_

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
_Donna Gies/West Publishing Co._
_P.O. Box 64526_
_St. Paul, Minnesota 55164-0526_
Area Code & Telephone Number ▶     (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ West Publishing Co. ___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
_Donna Gies_                                              date ▶ _4/27/95_

Handwritten signature (X) ▼

**10**

| MAIL CERTIFICATE TO | Name ▼ Donna Gies - Area D3-40 West Publishing Co. | YOU MUST • Complete all necessary spaces • Sign your application in space 10 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ P.O. Box 64526 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ St. Paul, Minnesota 55164-0526 | MAIL TO Register of Copyrights Library of Congress Washington, D.C. 20559 |

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

140

A314

## CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

AUG 04 1995
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1   TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1995 to June 30, 1995.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is May 25, 1995; Updated Daily.

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2   NAME OF AUTHOR ▼**
a   West Publishing Co.

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a   1995   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
b   Month ▶ _____ Day ▶ _____ Year ▶ _____   ◀ Nation

---

**4   COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 04 1995
ONE DEPOSIT RECEIVED
AUG 04 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ● Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
● See detailed instructions.      ● Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __2__ pages

A315

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes   ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give:  Previous Registration Number ▼                Year of Registration ▼
TXu 652-131                                                                    1994

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

**6**

See instructions
before completing
this space.

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼
West Publishing Co.                                        DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶          (612) 687-7870

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _____ West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies
                                                    date ▶    7-26-95

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼
Donna Gies - Area D4-40
West Publishing Co.
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

142

A316

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TXu 713-197**



EFFECTIVE DATE OF REGISTRATION

OCT 25 1995
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  **TITLE OF THIS WORK** ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1995 to September 30, 1995.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
Representative Creation Date is September 12, 1995; Updated Daily.

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**  **NAME OF AUTHOR** ▼
a   West Publishing Co.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is...

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR** ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR** ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a   1995 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
b   Month ▶ _____ Day ▶ _____ Year ▶ _____  ◀ Nation

---

**4**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT. 25 1995
ONE DEPOSIT RECEIVED
OCT. 25 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __2__ pages

143

A317

EXAMINED BY _Vg_          **FORM TX**

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼
TXu 659-350                                              1994

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See Instructions before completing this space.

— space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See Instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
West Publishing Co.                                 DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶        (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ West Publishing Co.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies                                          date ▶  10/20/95

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
Donna Gies - Area D4-40
West Publishing Co.
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Certificate will be mailed in window envelope

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

A318

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*



## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TXu 732-093**



EFFECTIVE DATE OF REGISTRATION

FEB    27    1996

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK▼
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1995 to December 31, 1995.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is December 5, 1995; Updated Daily.

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** NAME OF AUTHOR▼
West Publishing Co.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.▼
Original and revised text and compilation

**NOTE**
Under the law,

**b** NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.▼

NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1996 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month▶ _____ Day▶ _____ Year▶ _____
◀Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2.▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
FEB 26 1996
ONE DEPOSIT RECEIVED
FEB 29 1996
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** ● Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
● See detailed instructions. ● Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __2__ pages

145

A319

| EXAMINED BY _Vg_ | FORM TX |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:  Previous Registration Number ▼     Year of Registration ▼

TXu 664-886                    1995

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions before completing this space.

**6**

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                Account Number ▼

West Publishing Co.                    DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Co.

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶     (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___West Publishing Co.___

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies                                date ▶  1-23-96

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼
Donna Gies - Area D4-40
West Publishing Co.

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

A320

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TXu 738 - 854

EFFECTIVE DATE OF REGISTRATION

Month **MAY** Day **17** Year **1996**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1996 to March 31, 1996.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
Representative Creation Date is March 6, 1996; Updated Daily.

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**NAME OF AUTHOR ▼**
West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*Margin note:* "hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶
◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*Margin note:* See instructions before completing this space.

APPLICATION RECEIVED
APR 17 1996
ONE DEPOSIT RECEIVED
APR 17 1996
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
FUNDS RECEIVED MAY 17 1996

**DO NOT WRITE HERE** (vertical)

---

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE

147

A321

EXAMINED BY

CHECKED BY

**FORM TX**

☐ CORRESPONDENCE Yes

**FOR COPYRIGHT OFFICE USE ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TXu 644-839   Year of Registration ▼ 1995

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**6**

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

See Instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ West Publishing Co.   Account Number ▼ DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Donna Gies/ West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies   date ▶ 4-16-96

Handwritten signature (X) ▼

**10**

MAIL CERTIFICATE TO

Name   Donna Gies - Area D4-40
West Publishing Co.

Number/Street/Apartment Number ▼   P.O. Box 64526

City/State/ZIP ▼   St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

• YOU MUST •
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

A322

## CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

 

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TXu 753-832

EFFECTIVE DATE OF REGISTRATION

JULY 18 1996
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1996 to June 30, 1996.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
Representative Creation Date is June 26, 1996; Updated Daily.

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2** **NAME OF AUTHOR ▼**
West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶
◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 18 1996
ONE DEPOSIT RECEIVED
JUL 18 1996
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE

A323

EXAMINED BY _Vg_

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼
TXu 670-956                                                    1995

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See Instructions
before completing
this space.

## — space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only        See Instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼
West Publishing Co.                                          DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶        (612) 687-7870

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____West Publishing Co._____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies                                                   date ▶ _7-18-96_

Handwritten signature (X) ▼

MAIL
CERTIFICATE
TO

Certificate
will be
mailed in
window
envelope

Name ▼
Donna Gies - Area D4-40
West Publishing Co.
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

150

A324

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 771-547**



EFFECTIVE DATE OF REGISTRATION

NOV 05 1996

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1996 to September 30, 1996.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is September 18, 1996; Updated Daily.

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**
West Publishing Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*leave the space for dates of birth and death blank.*

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ ___ Day ▶ ___ Year ▶ ___
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

APPLICATION RECEIVED
NOV 05 1996
ONE DEPOSIT RECEIVED
NOV 05 1996
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*See instructions before completing this space.*

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of 2 pages

151

A325

| EXAMINED BY   *Vg* | FORM TX |
|---|---|
| CHECKED BY | |

| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TXu 713-197    Year of Registration ▼ 1995

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

**6**

See instructions before completing this space.

—— space deleted——

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ West Publishing Co.    Account Number ▼ DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Co.

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    West Publishing Co.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies    date ▶ 10/30/96

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼ Donna Gies - Area D4-40
West Publishing Co.

Number/Street/Apartment Number ▼ P.O. Box 64526

City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

152

A326

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TXu 782-469**

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

| 2 | 10 | 97 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1996 to December 31, 1996.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**
Representative Creation Date is December 11, 1996; Updated Daily.

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**    **NAME OF AUTHOR ▼**
West Publishing Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**b**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶
U.S.A. ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Corporation
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB. 10. 1997
ONE DEPOSIT RECEIVED
FEB. 10. 1997
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

MORE ON BACK

---

153

A327

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ TXu 732-093  Year of Registration ▼ 1996

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See Instructions before completing this space.

— space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

See Instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ West Publishing Corporation   Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Donna Gies/West Publishing Corporation
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ► (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ► ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _West Publishing Corporation_
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies   date ► 2/4/97
Handwritten signature (X)

**MAIL CERTIFICATE TO**
Name ▼ Donna Gies - Area D4-40
West Publishing Corporation
Number/Street/Apartment Number ▼ P.O. Box 64526
City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

154

A328

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TXu 801-038**



EFFECTIVE DATE OF REGISTRATION

MAY 2 1997
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1997 to March 31, 1997.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
Representative Creation Date is March 20, 1997; Updated Daily.
If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
West Publishing Corporation

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
   { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NOTE**
Under the law, the "author" of a

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
   { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
   { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1997 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month _____ Day ▶ _____ Year ▶ _____
U.S.A. ◀Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Corporation
P.O. Box 64526
St. Paul, Minnesota 55164-0526

APPLICATION RECEIVED
MAY 02.1997
ONE DEPOSIT RECEIVED
MAY 02.1997
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See Instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of  2  pages

155

A329

EXAMINED BY __JC__                                    FORM TX

CHECKED BY

CORRESPONDENCE                                        FOR
☐ Yes                                                COPYRIGHT
                                                     OFFICE
                                                     USE
                                                     ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number▼        Year of Registration▼

__TXu 738-854__                                      __1996__

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.▼

__Previously registered unpublished database.__

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

__Daily updates of original and revised text and compilation.__

See Instructions
before completing
this space.

— space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☐ Copies and Phonorecords        **b** ☐ Copies Only        **c** ☐ Phonorecords Only        See Instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name▼                                        Account Number▼

__West Publishing Corporation__              __DA061018__

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP▼

__Donna Gies/West Publishing Corporation__

__P.O. Box 64526__

__St. Paul, Minnesota 55164-0526__

Area Code & Telephone Number ▶        __(612) 687-7870__

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of____ West Publishing Corporation

Name of author or other copyright claimant, or owner of exclusive right(s)▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

__Donna Gies__                                date ▶ __4/29/97__

Handwritten signature (X)▼

**MAIL CERTIFICATE TO**

Name▼  Donna Gies - Area D4-40
West Publishing Corporation

Number/Street/Apartment Number▼
P.O. Box 64526

City/State/ZIP▼
St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

156

A330

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 797-478**

EFFECTIVE DATE OF REGISTRATION

9    24    97

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   **TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1997 to June 30, 1997.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
Representative Creation Date is May 3, 1997; Updated Daily.

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**   **NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

NOTE
Under the law, the "author" of a "work made for hire" is generally...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶
U.S.A.    ◀ Nation

---

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

APPLICATION RECEIVED
SEP 24 1997
ONE DEPOSIT RECEIVED
SEP 24 1997
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK**    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _2_ pages

157

A331

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
TXu 753-832   1996

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See instructions
before completing
this space

— space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only   See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼
West Publishing Corporation/dba West Group   DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶   (612) 687-7870

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies   date ▶   7/30/97

Handwritten signature (X) ▼

MAIL
CERTIFICATE
TO

Certificate
will be
mailed in
window
envelope

Name ▼
Donna Gies - Area D4-40
West Publishing Corporation/dba West Group
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to
adjust fees at 5 year
intervals, based on
changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995
to determine the actual
fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

158

A332

CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 828 – 887**



TX        TXU

EFFECTIVE DATE OF REGISTRATION

OCT 29 1997
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK** ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1997 to September 30, 1997.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

Representative Creation Date is September 17, 1997
If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**NAME OF AUTHOR** ▼
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [ ] Yes  [X] No
Pseudonymous?  [ ] Yes  [X] No
If the answer to either of these questions s "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*leave the space for dates of birth and death blank.*

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1997 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶        ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT. 29. 1997
ONE DEPOSIT RECEIVED
OCT. 29. 1997
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

*See instructions before completing this space*

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of   2   pages

A333

EXAMINED BY _Vg_

CHECKED BY ____

☐ CORRESPONDENCE
Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

X Yes   No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. X This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

TXu 771-547                                          1996

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions before completing this space.

— space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

West Publishing Corporation/dba West Group     DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526
                    Area Code & Telephone Number ▶        (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ____ West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies                                          date ▶  10/23/97

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼ Donna Gies - Area D3-20
West Publishing Corporation/dba West Group
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

7 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

160

A334

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 835 – 887**

TX  TXU

EFFECTIVE DATE OF REGISTRATION

**FEB 03 1998**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1997 to December 31, 1997.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
Representative Creation Date is November 21, 1997

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**NAME OF AUTHOR ▼**
West's Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   Nation ◀

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**APPLICATION RECEIVED**
FEB 03 1998
**ONE DEPOSIT RECEIVED**
FEB 03 1998
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _2_ pages

161

A335

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

X Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. X This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

TXu 782-469       1997

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

**See instructions before completing this space.**

— space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only     **See instructions.**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                      **Account Number** ▼

West Publishing Corporation/dba West Group     DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶     (612) 687-7870

**Be sure to give your daytime phone number.**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     West Pub. Corp./dba West Group

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies       date ▶ 1/29/98

Handwritten signature (X) ▼

| MAIL CERTIFICATE TO | Name ▼ Donna Gies – Area D3-20 West Publishing Corporation/dba West Group |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ P.O. Box 64526 City/State/ZIP ▼ St. Paul, Minnesota 55164-0526 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

A336

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 873-327**

EFFECTIVE DATE OF REGISTRATION

**JUL 3 1 1998**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates from April 1, 1998 to June 30, 1998.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is June 30, 1998   MAY 15, 1998

If published in a periodical or serial give: **Volume ▼**  **Number ▼**  **Issue Date ▼**  **On Pages ▼**

**2**
**a** **NAME OF AUTHOR▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?   ☒ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶   U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**c** **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶
U.S.A. ◄ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the ▼

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED   JUL 31 1998

TWO DEPOSITS RECEIVED   JUL 31 1998

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ 2 ___ pages

A337

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
[ ] Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

\* Amended by C.O. Authority of Rebecca
Matzek of West Publishing Corporation in
telephone call on March 12, 1999.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box.)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:   Previous Registration Number ▼    TXu 835-887     Year of Registration ▼    1998

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**6**

---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☐ Copies and Phonorecords    **b** ☐ Copies Only    **c** ☐ Phonorecords Only    See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of
Account. ▼    West Publishing Corporation/dba West Group    Account Number ▼    DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶    (651) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼    If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies    date ▶    7-27-98

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**
Name ▼    Donna Gies - Area D3-20
West Publishing Corporation/dba West Group
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

**164**

A338

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE



**TXu 884-313**



EFFECTIVE DATE OF REGISTRATION

*Nov 0 2 1998*

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates from July 1, 1998 toSeptember 30, 1998.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appears **Title of Collective Work ▼**

Representative creation date is July 2, 1998

| If published in a periodical or serial give: | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |

**NAME OF AUTHOR▼**

a  West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?  ☒ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

Original and revised text and compilation

**NAME OF AUTHOR▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1998  ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____
U.S.A.  ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the ▼

APPLICATION RECEIVED
NOV 0 2 1998
ONE DEPOSIT RECEIVED
NOV 0 2 1998
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___2___ pages

A339

EXAMINED BY                                          FORM TX

CHECKED BY

CORRESPONDENCE                                       FOR
Yes                                                 COPYRIGHT
                                                    OFFICE
                                                    USE
                                                    ONLY

DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    **5**

☒ Yes   ☐ No      If your answer is "Yes," why is another registration being sought? (Check appropriate box.)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:    **Previous Registration Number** ▼ TXu 835-887    **Year of Registration** ▼ 1998

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.    **6**

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.    See instructions before completing this space.

---space deleted---    **7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check    **8**
in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only    See Instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of    **9**
Account. **Name** ▼ West Publishing Corporation/dba West Group    **Account Number** ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    **Name/Address/Apt/City/State/ZIP** ▼

Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526    Be sure to give your daytime phone number.

Area Code & Telephone Number ▶    (651) 687-7870

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the    **10**

Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    West Pub. Corp./dba West Group
}
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies    date ▶ 10-26-98

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**    Name ▼ Donna Gies - Area D3-20    **11**
West Publishing Corporation/dba West Group

Number/Street/Apartment Number ▼

Certificate will be mailed in window envelope    P.O. Box 64526

City/State/ZIP ▼

St. Paul, Minnesota 55164-0526

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

166

A340

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TXu 884-312

*TXu000884312*

EFFECTIVE DATE OF REGISTRATION

Feb 24 1999

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates from October 1, 1998 to December 31, 1998.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is November 20, 1998

| If published in a periodical or serial give: | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|

---

**NAME OF AUTHOR ▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☒ Yes ☐ No | OR { Citizen of ▶ ____ U.S.A. Domiciled in ▶ ____ | Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No | If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶ ____ Domiciled in ▶ ____ | Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶ ____ Domiciled in ▶ ____ | Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

| YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED | DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK |
|---|---|
| 1998 ◀ Year  This information must be given in all cases. | **b** Complete this information ONLY if this work has been published. Month ▶ ____ Day ▶ ____ Year ▶ ____   U.S.A. ◀ Nation |

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the ▼

| APPLICATION RECEIVED FEB. 24. 1999 |
|---|
| ONE DEPOSIT RECEIVED FEB. 24. 1999 |
| TWO DEPOSITS RECEIVED |
| REMITTANCE NUMBER AND DATE |

*DO NOT WRITE HERE — OFFICE USE ONLY*

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

See instructions before completing this space.

DO NOT WRITE HERE
Page 1 of __2__ pages

A341

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 169 of 328 PageID #: 186

EXAMINED BY _____ /M3_____                                    **FORM TX**

CHECKED BY

|  |
|--|
| ☐ CORRESPONDENCE Yes |

**FOR COPYRIGHT OFFICE USE ONLY**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☒ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:    **Previous Registration Number ▼**    TXu 835-887     **Year of Registration ▼**    1998

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See instructions before completing this space.

---

**---space deleted---** **7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both. **8**

   **a** ☐ Copies and Phonorecords      **b** ☐ Copies Only      **c** ☐ Phonorecords Only    See instructions.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **Name ▼** **9**
West Publishing Corporation/dba West Group    **Account Number ▼**    DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. **Name/Address/Apt/City/State/ZIP ▼**
Anne S. Barnard for Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Be sure to give your daytime phone number.

     Area Code & Telephone Number ►    (651) 687-6378

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the **10**

Check only one ► ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Pub. Corp./dba West Group

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Anne S. Barnard      **date ►** 2-5-99

*Anne S. Barnard*

Handwritten signature (X) ▼

---

**MAIL CERTIFICATE TO**

**Name ▼** Donna Gies - Area D3-20
West Publishing Corporation/dba West Group

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

**11**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

168

A342

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 170 of 328 PageID #: 187

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REG

**TXu 912-588**

TX | TXU

EFFECTIVE DATE OF REGISTRATION

Apr    26    1999
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw"; unpublished updates from January 1, 1999 to March 31, 1999.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

Representative creation date is January 29, 1999

If published in a periodical or serial give: Volume ▼         Number ▼         Issue Date ▼         On Pages ▼

---

**NAME OF AUTHOR ▼**
· West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

Was this contribution to the work
☒ Yes   "work made for hire"?
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶         U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

Was this contribution to the work
☐ Yes   "work made for hire"?
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

Was this contribution to the work
☐ Yes   "work made for hire"?
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1998   ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶         Day ▶         Year ▶
U.S.A.   ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
APR. 2 6. 1 9 9 9
ONE DEPOSIT RECEIVED
APR 2 6.1999
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __2__ pages

A343

EXAMINED BY

CHECKED BY

**FORM TX**

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," **Previous Registration Number** ▼   **Year of Registration** ▼

TXu 835-887                    1998

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼
Daily updates of original and revised text and compilation.

**6**

See instructions
before completing
this space.

---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼   **Account Number** ▼
West Publishing Corporation/dba West Group        DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be   Name/Address/Apt/City/State/ZIP ▼
Anne S. Barnard for Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ►   (651) 687-6378

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                        ☐ author
        Check only one ►                ☐ other copyright claimant
                                        ☐ owner of exclusive right(s)
of the work identified in this application and that the statements   ☒ authorized agent of _____ West Pub. Corp./dba West Group
made by me in this application are correct to the best of my                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
Anne S. Barnard                    date ►   4-20-99

Handwritten signature (X) ▼

MAIL
CERTIFICATE
TO

Name ▼ Donna Gies - Area D3-20
       West Publishing Corporation/dba West Group
Number/Street/Apartment Number ▼

Certificate
will be
mailed in
window
envelope

       P.O. Box 64526
City/State/ZIP ▼

       St. Paul, Minnesota 55164-0526

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to
adjust fees at 5-year
intervals, based on
changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995 to
determine the actual
fee schedule.

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

170

A344

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE



RE

**TXu 912-587**

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
*TXu000912587*

EFFECTIVE DATE OF REGISTRATION

July 27 1999
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates from April 1, 1999 to June 30, 1999.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative creation date is April 7, 1999

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

---

**NAME OF AUTHOR ▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work
☒ Yes  "work made for hire"?
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ U.S.A. _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work
☐ Yes  "work made for hire"?
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work
☐ Yes  "work made for hire"?
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1999 ◀ Year
This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

APPLICATION RECEIVED
JUL. 27, 1999
ONE DEPOSIT RECEIVED
JUL. 27, 1999
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE / OFFICE USE ONLY*

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___2___ pages

A345

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ **Yes**   ☐ **No**   If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," **Previous Registration Number** ▼

TXu 873-327

**Year of Registration** ▼

1998

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼

Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Daily updates of original and revised text and compilation.

See instructions
before completing
this space.

**6**

**---space deleted---**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☐ Copies and Phonorecords   **b** ☐ Copies Only   **c** ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼

West Publishing Corporation/dba West Group

**Account Number** ▼

DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be   Name/Address/Apt/City/State/ZIP ▼

Anne S. Barnard for Donna Gies/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-6378

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ West Pub. Corp./dba West Group

of the work identified in this application and that the statements made by me in this application are correct to the best of my

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Anne S. Barnard

date ▶ 7-22-99

Handwritten signature (X) ▼

**10**

**MAIL
CERTIFICATE
TO**

**Name** ▼ Donna Gies - Area D3-20
West Publishing Corporation/dba West Group

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apartment Number ▼

P.O. Box 64526

City/State/ZIP ▼

St. Paul, Minnesota 55164-0526

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

A346

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 174 of 328 PageID #: 191

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TXu 924-205**

‖‖‖‖‖‖‖‖‖‖‖
*TXu000924205*

**NOV - 5 1999**

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**  TITLE OF THIS WORK▼

Group registration for automated database titled "Westlaw"; unpublished updates from July 1, 1999 to September 30, 1999.

PREVIOUS OR ALTERNATIVE TITLES▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appears. **Title of Collective Work ▼**

Representative creation date is July 29, 1999

| If published in a periodical or serial give: | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|

---

**2**

**a**  NAME OF AUTHOR▼
West Publishing Corporation/dba West Group

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.▼

**c**  NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.▼

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1999 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶
U.S.A.  ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the ▼

APPLICATION RECEIVED
NOV 05 1999
ONE DEPOSIT RECEIVED
NOV 05 1999
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE — OFFICE USE ONLY*

---

MORE ON BACK
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___2___ pages

A347

EXAMINED BY

CHECKED BY

FORM TX

| CORRESPONDENCE | |
|---|---|
| ☐ | Yes |

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:

Previous Registration Number ▼  TXu 873-327

Year of Registration ▼  1998

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.

See instructions
before completing
this space.

**6**

---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☐ Copies and Phonorecords    **b** ☐ Copies Only    **c** ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  West Publishing Corporation/dba West Group

Account Number ▼  DA061018

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Anne S. Barnard/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶  (651) 687-6378

Be sure to
give your
daytime phone
number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Anne S. Barnard    date ▶  10-25-99

Handwritten signature (X) ▼  Anne S Barnard

**10**

| MAIL CERTIFICATE TO | Name ▼ Rebecca Matzek - Area D3-20 |
|---|---|

West Publishing Corporation/dba West Group

Number/Street/Apartment Number ▼

P.O. Box 64526

Certificate will be mailed in window envelope

City/State/ZIP ▼

St. Paul, Minnesota 55164-0526

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

A348

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

## TXu 998-476



*TXu000998476*

EFFECTIVE DATE OF REGISTRATION

| JAN | 2 8 | 2000 |
|-----|-----|------|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates October 1, 1999 to December 31, 1999.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

Representative creation date is November 4, 1999

If published in a periodical or serial give: **Volume ▼**    **Number ▼**        **Issue Date ▼**        **On Pages ▼**

---

**NAME OF AUTHOR ▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
◻ Yes
◻ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶    U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ◻ Yes  ☒ No
Pseudonymous?  ◻ Yes  ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼
Original and revised text and compilation

## NOTE

Under the law, the "author" of a "work made for hire" is generally not the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
◻ Yes
◻ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ◻ Yes  ◻ No
Pseudonymous?  ◻ Yes  ◻ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
◻ Yes
◻ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ◻ Yes  ◻ No
Pseudonymous?  ◻ Yes  ◻ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1999  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶
U.S.A.                        ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

*(DO NOT WRITE HERE  OFFICE USE ONLY)*

APPLICATION RECEIVED
JAN 28 2000
ONE DEPOSIT RECEIVED
JAN 28 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

175

A349

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ **Yes** ☐ **No**    If your answer is "Yes," why is another registration being sought? (Check appropriate box▼)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▶    TXu884-312    **Year of Registration** ▶    1999

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.▼
Previously registered unpublished database.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation.

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼
West Publishing Corporation/dba West Group            DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Anne S. Barnard/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**Area Code & Telephone Number** ▶ (651) 687-6387          **Fax Number** ▶ (651) 687-7551
**Email** ▶ Anne.Barnard@westgroup.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of
West Publishing Corporation/dba West Group
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Anne S. Barnard                              **Date** ▶ 1-18-2000

**Handwritten signature (X)** ▼
X_____Anne S Barnard_____

**Certificate will be mailed in window envelope to this address:**
**Name** ▼
Anne S. Barnard
**Number/Street/Apt** ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
**City/State/ZIP** ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

176

A350

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



**TXu 954 – 565**

▪TXu000954565▪

EFFECTIVE DATE OF REGISTRATION

5  24  2000
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2000 to March 31, 2000.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

Representative creation date is February 9, 2000.

If published in a periodical or serial give: Volume ▼   Number ▼        Issue Date ▼        On Pages ▼

**2**

NAME OF AUTHOR ▼

a  West Publishing Corporation/dba West Group

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶    U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2000  ◀ Year

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶
U.S.A.  ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

APPLICATION RECEIVED
MAY 24 2000
ONE DEPOSIT RECEIVED
MAY 24 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE  OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of  2  pages

A351

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ▼)

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶ TXu 873-327 **Year of Registration** ▶ 1998

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼ **Account Number** ▼

West Publishing Corporation/dba West Group          DA061018

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-7870          Fax Number ▶ (651) 687-7551

Email ▶ Donna.Gies@westgroup.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     West Pub. Corp./dba West Group

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies                          Date ▶ 5-5-2000

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Rebecca Matzek - Area D3-20

Number/Street/Apt ▼

West Publishing Corporation/dba West Group
P.O. Box 64526

City/State/ZIP ▼

St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

178

A352

# CERTIFICATE OF REGISTRATION

**FORM TX**
or a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 963-262**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

Month ___ Day ___ Year ___

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2000 - June 30, 2000.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is May 10, 2000

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NAME OF AUTHOR ▼**

a West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ___
{ Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**

Under the law, "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a    2000    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
b    Month ▶    Day ▶    Year ▶
U.S.A.    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 0 1 2000
ONE DEPOSIT RECEIVED
AUG 0 1 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of    2    pages

A353

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box▼)
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▶ TXu 884-312 **Year of Registration** ▶ 1999

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼.
Previously registered unpublished database.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation.

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼
West Publishing Corporation/dba West Group          DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-7870      Fax Number ▶ (651) 687-7551
Email ▶ Donna.Gies@westgroup.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies                                    Date ▶ 7-21-2000

**Handwritten signature (X)** ▼

X _____                    7/21/00

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

A354

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

# FORM TX
For a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TXu 991–424**



EFFECTIVE DATE OF REGISTRATION

Nov 13 2000
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2000 - September 30, 2000.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

Representative creation date is August 24, 2000

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2000  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶ U.S.A.    Year ▶    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 13 2000
ONE DEPOSIT RECEIVED
NOV 13 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of   2   pages

181

A355

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box▼)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▶   TXu 884-312   Year of Registration ▶   1999

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporate▼.

Previously registered unpublished database.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is clai▼:d.

Daily updates of original and revised text and compilation.

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   Account Number ▼

West Publishing Corporation/dba West Group   DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶   (651) 687-7870   Fax Number ▶   (651) 687-7551

Email ▶   Donna.Gies@westgroup.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Pub. Corp./dba West Group

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies   Date ▶   9-30-2000

Handwritten signature (X) ▼

X

Certificate will be mailed in window envelope to this address:

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

A356

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

### FORM TX
For a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TXu 993-709**



*TXu000993709*

EFFECTIVE DATE OF REGISTRATION

2  23  2001
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2000 - December 31, 2000.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

Representative creation date is December 5, 2000

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

---

**NAME OF AUTHOR ▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____ U.S.A.
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

## NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____
U.S.A. ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
FEB 23 2001
ONE DEPOSIT RECEIVED
FEB 23 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

A357

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

a

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. ▼
**Name** ▼                                          **Account Number** ▼

West Publishing Corporation/dba West Group                    DA061018

**7**

a

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶  (651) 687-8810          Fax Number ▶  (651) 687-7551
Email ▶  Becky.Matzek@westgroup.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _West Pub. Corp./dba West Group_

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek                          Date ▶  2-15-2001

Handwritten signature (X) ▼

x _Rebecca Matzek_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

184

A358

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TXu 1-055-865**



*TXu001055865*

EFFECTIVE DATE OF REGISTRATION

MAY 17, 2001

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2001 - March 31, 2001.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

Representative creation date is February 27, 2001

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶   U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given in all cases.
2001  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ ___  Day ▶ ___  Year ▶
U.S.A.    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 17, 2001
ONE DEPOSIT RECEIVED
MAY 17, 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

DO NOT WRITE HERE

A359

EXAMINED BY   J R P                    FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No      If your answer is "Yes," why is another registration being sought? (Check appropriate box▼)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▶                    **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporate▼.
Previously registered unpublished database.

**6**

a

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claim▼:d.
Daily updates of original and revised text and compilation.

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

West Publishing Corporation/dba West Group                    DA061018

**7**

a

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. **Name/Address/Apt/City/State/ZIP** ▼
Rebecca Matzek/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶   (651) 687-8810                    Fax Number ▶   (651) 687-7551
Email ▶  Becky.Matzek@westgroup.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                        Check only one ▶ { 
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   West Pub Corp./dba West Group
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date** ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
                    Rebecca Matzek                              **Date** ▶   5-10-2001

Handwritten signature (X) ▼
x  Rebecca Matzek

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

**9**

As of
July 1,
1999,
the filing
fee for
Form TX
is $30.

\*17 U.S.C. §506(e):  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

A360

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Nondramatice Literary Work**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TXu 1-055-864**

*TXu081055864*

EFFECTIVE DATE OF REGISTRATION

AUGUST 13, 2001
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2001 - June 30, 2001.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is June 5, 2001

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶    U.S.A.
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous?  ☐ Yes ☐ No    "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous?  ☐ Yes ☐ No    "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous?  ☐ Yes ☐ No    "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2001    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶
U.S.A.                         ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
AUG 13 2001
ONE DEPOSIT RECEIVED
AUG 13 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

---

187

A361

EXAMINED BY ⟍⟍⟍   JRP                         FORM TX

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box▼)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶            **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼.
    Previously registered unpublished database.

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
    Daily updates of original and revised text and compilation.

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account▼

**Name** ▼                                              **Account Number** ▼

    West Publishing Corporation/dba West Group              DA061018

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
    Rebecca Matzek/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶   (651) 687-8810      Fax Number ▶   (651) 687-7551

Email ▶   Becky.Matzek@westgroup.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ____ West Pub. Corp /dba West Group

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

            Rebecca Matzek                         Date ▶   8-6-2001

Handwritten signature (X) ▼

X _Rebecca Matzek_____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30.

\*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

188

A362

## CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM TX**
For a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TXu 1-055-866**



EFFECTIVE DATE OF REGISTRATION

NOVEMBER 30, 2001
Month ___ Day ___ Year

---

LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2001 - September 30, 2001.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative creation date is September 4, 2001

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ ___ Day ▶ ___ Year ▶ ___
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
NOV 30, 2001
ONE DEPOSIT RECEIVED
NOV 30, 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

DO NOT WRITE HERE

189

A363

EXAMINED BY _JRP_

CHECKED BY

**FORM TX**

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No     If your answer is "Yes," why is another registration being sought? (Check appropriate box▼)

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶                    Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼.
Previously registered unpublished database.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                     Account Number ▼

West Publishing Corporation/dba West Group                 DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810                Fax Number ▶ (651) 687-7551

Email ▶ Becky.Matzek@westgroup.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     West Pub. Corp./dba West Group

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek                                      Date ▶ 11-21-2001

Handwritten signature (X) ▼

x _Rebecca Matzek_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

190

A364

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**TXu 1-060-193**



EFFECTIVE DATE OF REGISTRATION

FEBRUARY 22, 2002
Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2001 - December 31, 2001.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

Representative creation date is December 5, 2001

If published in a periodical or serial give: **Volume ▼**       **Number ▼**          **Issue Date ▼**          **On Pages ▼**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| West Publishing Corporation/dba West Group | Year Born ▼     Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶     U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born ▼     Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born ▼     Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶
U.S.A.      ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
Feb 22 2001
ONE DEPOSIT RECEIVED
Feb 22 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

A365

EXAMINED BY      JRP                    **FORM TX**

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box▼)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporate▼.
   Previously registered unpublished database.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is clai▼d.
   Daily updates of original and revised text and compilation.

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name**▼                                                **Account Number**▼

West Publishing Corporation/dba West Group              DA061018

**7**

a

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. **Name/Address/Apt/City/State/ZIP** ▼
Rebecca Matzek/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810          Fax Number ▶ (651) 687-7551

Email ▶ Becky.Matzek@westgroup.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Pub. Corp./dba West Group

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

                Rebecca Matzek                      Date ▶  2-18-2002

Handwritten signature (X) ▼

☞   X _Rebecca Matzek_____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

A366

4/8/2020



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TXu001073495
Search Results: Displaying 1 of 1 entries

**Westlaw : daily updates from January 1, 2002 to March 31, 2002.**

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu001073495 / 2002-08-16 |
| **Title:** | Westlaw : daily updates from January 1, 2002 to March 31, 2002. |
| **Description:** | Sheets. |
| **Copyright Claimant:** | West Publishing Corporation d.b.a. West Group |
| **Date of Creation:** | 2002 |
| **Basis of Claim:** | New Matter: updating, additions, revisions & compilation. |
| **Variant title:** | Westlaw : daily updates from January 1, 2002 to March 31, 2002. |
| **Names:** | West Publishing Corporation |
| | West Group |

**Save, Print and Email (Help Page)**

Select Download Format  Full Record ▼   Format for Print/Save

Enter your email address:  Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=TXu001073495&Search_Code=REGS&PID=RrQP7X6aOQyMrOaKR9DUrbbrUnF&SEQ=20...   1/1

**193**

A367

4/8/2020



https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=TXu001073494&Search_Code=REGS&PID=8Q5lX9_k0_LZjmShFCmbo_AHmg&SEQ=2020...   1/1

A368

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 1 – 077 – 181**

*TXu001077181*

EFFECTIVE DATE OF REGISTRATION

**Dec. 20 2002**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2002 - September 30, 2002.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative creation date is September 18, 2002

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2** NAME OF AUTHOR ▼

West Publishing Corporation/dba West Group

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.   ▼

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002   ◀ Year
This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶
U.S.A.   ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 2 0 2002
ONE DEPOSIT RECEIVED
DEC 2 0 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of   2   pages

A369

EXAMINED BY  HLM                                    FORM TX

CHECKED BY

☐ CORRESPONDENCE                                   FOR
      Yes                                          COPYRIGHT
                                                   OFFICE
                                                   USE
                                                   ONLY

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No      If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give**Previous Registration Number ▶**          **Year of Registration ▶**

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.▼
  Previously registered unpublished database.

**a**

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
  Daily updates of original and revised text and compilation.

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                          **Account Number ▼**
  West Publishing Corporation/dba West Group            DA061018

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

**b**

Area Code & Telephone Number ▶  (651) 687-8810          Fax Number ▶  (651) 687-7551
Email ▶  Becky.Matzek@westgroup.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                          ☐ author
                                          ☐ other copyright claimant
                      Check only one ▶    ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made by    ☒ authorized agent of    West Pub. Corp./dba West Group
me in this application are correct to the best of my knowledge.              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date ▼**   If this application gives a date of publication in space 3, do not sign and submit it before that date.
                        Rebecca Matzek                           **Date ▶**    12-11-2002

Handwritten signature (X) ▼
  x Rebecca Matzek

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
  Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
  West Publishing Corporation/dba West Group
  P.O. Box 64526
City/State/ZIP ▼
  St. Paul, Minnesota 55164-0526

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C.  20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30.

**9**

*17 U.S.C. § 506(e):  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

A370

## CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
For a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS

**TXu 1–109–194**

EFFECTIVE DATE OF REGISTRATION

Month 2  Day 26  Year 3

DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2002 - Decemeber 31, 2002.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative creation date is December 6, 2002

If published in a periodical or serial give:  Volume ▼    Number ▼        Issue Date ▼        On Pages ▼

**NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶  U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.  ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2002  ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶
U.S.A.        ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

APPLICATION RECEIVED
FEB 2 6 2003
ONE DEPOSIT RECEIVED
FEB 2 6 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.        • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of  2  pages

197

A371

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶          Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation.

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                          **Account Number ▼**

West Publishing Corporation/dba West Group                DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶  (651) 687-8810                Fax Number ▶  (651) 687-7551
Email ▶  Becky.Matzek@westgroup.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    West Pub. Corp /dba West Group
of the work identified in this application and that the statements made by
me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date ▼**    If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek

Date ▶    2-10-2003

Handwritten signature (X) ▼

x _Rebecca Matzek_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼

St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30

\*17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc

A372

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE



**TXu 1–112–431**

EFFECTIVE DATE OF REGISTRATION

JUN 19 2003

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼

Group registration for automated database titled "Westlaw" unpublished updates January 1 2003 to March 31 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared     **Title of Collective Work** ▼

Representative creation date is March 3, 2003

| If published in a periodical or serial give | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|

**2**

**a** NAME OF AUTHOR ▼
West Publishing Corporation/dba West Group

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____ U S A
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law the author of a "work made for hire" is generally the employer not the em-ployee (see in-structions) For any part of this work that was made for hire check "Yes" in the space pro-vided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases
2003 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published
Month ▶ _____ Day ▶ _____ Year ▶ _____
U S A     ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P O Box 64526
St Paul Minnesota 55164 0526

JUN 19 2003
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
JUN 19 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE  OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

199

A373

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No    If your answer is  Yes  why is another registration being sought?  (Check appropriate box) ▼

**a** ☐ This is the first published edition of a work previously registered in unpublished form

**b** ☐ This is the first application submitted by this author as copyright claimant

**c** ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give Previous Registration Number ▶     Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

**a**

**6**

**Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

Daily updates of original and revised text and compilation

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.

**a**

**Name ▼**                                           **Account Number ▼**

West Publishing Corporation/dba West Group        DA061018

**b**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P O  Box 64526

St  Paul  Minnesota 55164 0526

Area Code & Telephone Number ▶  (651) 687 8810     Fax Number ▶  (651) 687 7551

Email ▶  Becky Matzek@thomson com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ West Pub  Corp /dba West Group
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date ▼**   If this application gives a date of publication in space 3  do not sign and submit it before that date

Rebecca Matzek                                      Date ▶  6 12 2003

Handwritten signature (X) ▼

x  *Rebecca Matzek*

| Certificate will be mailed in window envelope to this address | **Name ▼** Rebecca Matzek   Area D3 20 | **9** |
| | **Number/Street/Apt ▼** West Publishing Corporation/dba West Group P O  Box 64526 | |
| | **City/State/ZIP ▼** St  Paul, Minnesota 55164 0526 | |

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material
**MAIL TO**
Library of Congress
Copyright Office
Register of Copyrights
Washington  D C  20559-6000

As of July 1 1999 the filing fee for Form TX is $30

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms  Inc

A374

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE **TXu 1-105-240**

TXU 1105240

EFFECTIVE DATE OF REGISTRATION

**9 - 19 - 03**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

Group registration for automated database titled "Westlaw", unpublished updates April 1 , 2003 to June 30, 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.          Title of Collective Work ▼

Representative creation date is June 12, 2003

If published in a periodical or serial give  Volume ▼    Number ▼         Issue Date ▼         On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼
West Publishing Corporation/dba West Group

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to  the work a
"work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶    U.S.A.
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?     ☐ Yes ☒ No    If the answer to either
Pseudonymous?  ☐ Yes ☒ No    of these questions is
                              "Yes," see detailed
                              instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed▼
Original and revised text and compilation

**NOTE**

Under the law
the "author" of a
"work made for
hire" is generally
the employer
not the em-
ployee (see in-
structions)  For
any part of this
work that was
made for hire"
check "Yes" in
the space pro-
vided, give the
employer (or
other person for
whom the work
was prepared)
as  Author" of
that part, and
leave the space
for dates of birth
and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to  the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?     ☐ Yes ☐ No    If the answer to either
Pseudonymous?  ☐ Yes ☐ No    of these questions is
                              "Yes, see detailed
                              instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed.▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to  the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?     ☐ Yes ☐ No    If the answer to either
Pseudonymous?  ☐ Yes ☐ No    of these questions is
                              "Yes, see detailed
                              instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed      ▼

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED  This information
2003    ◀ Year   must be given
                 in all cases.

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month ▶          Day ▶          Year ▶
ONLY if this work
has been published        U.S.A.                              ◀ Nation

---

**4**

See instructions
before completing
this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the
same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P O  Box 64526
St. Paul, Minnesota 55164-0526

APPLICATION RECEIVED
SEP 19 2003
ONE DEPOSIT RECEIVED
SEP 19 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named
in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page      DO NOT WRITE HERE

A375

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Daily updates of original and revised text and compilation

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

West Publishing Corporation/dba West Group          DA061018

**a**

**7**

**b**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P O Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶  (651) 687-8810          Fax Number ▶  (651) 687-7551

Email ▶  Becky Matzek@thomson com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ West Pub Corp./dba West Group

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek          Date ▶  9-8-2003

Handwritten signature (X) ▼

x_ Rebecca Matzek _____

| | |
|---|---|
| Certificate will be mailed in window envelope to this address | Name ▼ Rebecca Matzek - Area D3-20 |
| | Number/Street/Apt ▼ West Publishing Corporation/dba West Group P O Box 64526 |
| | City/State/ZIP ▼ St. Paul, Minnesota 55164-0526 |

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D C  20559-6000

As of July 1 1999 the filing fee for Form TX is $30

**9**

\*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

This form was electronically produced by Elite Federal Forms, Inc.

202

A376

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REC

**TXu 1 – 157 – 555**

EFFECTIVE DATE OF REGISTRATION

| 3 | 9 | 2004 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled  Westlaw"  unpublished updates July 1  2003 to September 30  2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical  serial  or collection  give information about the collective work in which the contribution appeared        **Title of Collective Work ▼**

Representative creation date is September 16, 2003

| If published in a periodical or serial give | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|

**2**

**a**  **NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to  the work a work made for hire ?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶    U S A
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is  Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law  the  author  of a  "work made for  hire  is generally  the employer  not the em-  ployee (see in  structions)  For  any part of this  work that was  made for hire  check  Yes  in  the space pro-  vided  give the  employer (or  other person for  whom the work  was prepared)  as  Author  of  that part  and  leave the space  for dates of birth  and death blank

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to  the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is  Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to  the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is  Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2003  ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶        Day ▶        Year ▶
U S A    ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P O Box 64526
St Paul  Minnesota 55164 0526

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR 0 9 2004

ONE DEPOSIT RECEIVED
MAR 0 9 2004

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  •  Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

A377

EXAMINED BY   s/m     **FORM TX**

CHECKED BY

☐ CORRESPONDENCE
Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is Yes why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give **Previous Registration Number** ▶      **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

**a 6**

**Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Daily updates of original and revised text and compilation

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

**a 7**

Name ▼      Account Number ▼

West Publishing Corporation/dba West Group      DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

**b**

Rebecca Matzek/West Publishing Corporation/dba West Group

P O Box 64526

St Paul Minnesota 55164 0526

Area Code & Telephone Number ▶   (651) 687-8810      Fax Number ▶   (651) 687 7551

Email ▶   Becky Matzek@thomson com

**CERTIFICATION\*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Pub Corp /dba West Group

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼   If this application gives a date of publication in space 3 do not sign and submit it before that date

Rebecca Matzek      Date ▶   2 16 2004

Handwritten signature (X) ▼

x Rebecca Matzek

Certificate will be mailed in window envelope to this address

Name ▼
Rebecca Matzek   Area D3 20

Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P O Box 64526

City/State/ZIP ▼
St Paul, Minnesota 55164-0526

**9**

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
Register of Copyrights
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms Inc

204

A378

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 1 – 172 – 030**

EFFECTIVE DATE OF REGISTRATION

3  26  2004
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw", unpublished updates October 1, 2003 to December 31, 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared        **Title of Collective Work ▼**

Representative creation date is December 19, 2003

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**a** NAME OF AUTHOR ▼
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ► ___ USA ___
⎱ Domiciled in ► ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ► ___
⎱ Domiciled in ► ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ► ___
⎱ Domiciled in ► ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases
2003   ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ► ___ Day ► ___ Year ► ___
USA   ◄ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P O Box 64526
St Paul, Minnesota 55164-0526

APR 2 6 2004
MAR 2 6 2004
ONE DEPOSIT RECEIVED
MAR 2 6 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ►**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page        **DO NOT WRITE HERE**

A379

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▶              Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Daily updates of original and revised text and compilation

**a 6 b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                    Account Number ▼

West Publishing Corporation/dba West Group        DA061018

**a 7 b**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P O Box 64526

St Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810          Fax Number ▶ (651) 687-7551

Email ▶ becky matzek@thomson com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___West Pub Corp /dba West Group___

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Rebecca Matzek          Date ▶ 3-19-2004

Handwritten signature (X) ▼

x Rebecca Matzek

| Certificate will be mailed in window envelope to this address | Name ▼ Rebecca Matzek - Area D3-20 |
|---|---|
| | Number/Street/Apt ▼ West Publishing Corporation/dba West Group P O Box 64526 |
| | City/State/ZIP ▼ St Paul, Minnesota 55164-0526 |

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D C 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30

**9**

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms Inc

206

A380

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

**TXu 1 – 151 – 817**

EFFECTIVE DATE OF REGISTRATION

6       6       04
Month   Day     Year

---

DO NOT WRITE ABOVE THIS LINE   IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "Westlaw", unpublished updates January 1, 2004 to March 31 2003 *

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   **Title of Collective Work** ▼

Representative creation date is March 9, 2004

| If published in a periodical or serial give | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|

**2**

**a** NAME OF AUTHOR ▼
West Publishing Corporation/dba West Group

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____ U S A
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is Yes  see detailed instructions

**NOTE**

Under the law the author" of a "work made for hire  is generally the employer not the em-ployee (see in structions)  For any part of this work that was made for hire check  Yes  in the space pro-vided  give the employer (or other person for whom the work was prepared) as  Author" of that part  and leave the space for dates of birth and death blank

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a work made for hire '?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire  ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed   ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases
2004 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published
Month ▶ _____ Day ▶ _____ Year ▶ _____
U S A ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P O Box 64526
St Paul  Minnesota 55164-0526

APPLICATION RECEIVED
JUN – 6 2004
ONE DEPOSIT RECEIVED
JUN – 6 2004
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5 9) on the reverse side of this page

DO NOT WRITE HERE

207

A381

*On copy   March 31, 2004

| EXAMINED BY | FORM TX |
| CHECKED BY | |

CORRESPONDENCE ☑ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is 'Yes', why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is 'Yes' give Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Previously registered unpublished database

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼
Daily updates of original and revised text and compilation

**a**

**6**

See instructions before completing this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                Account Number ▼

West Publishing Corporation/dba West Group          DA061018

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West Publishing Corporation/dba West Group

P O  Box 64526

St  Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶   (651) 687-8810          Fax Number ▶   (651) 687-7551

Email ▶  becky matzek@thomson com

**b**

**CERTIFICATION*** I the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ West Pub  Corp /dba West Group

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼   If this application gives a date of publication in space 3  do not sign and submit it before that date

Rebecca Matzek          Date ▶   5-21-2004

Handwritten signature (X) ▼

x  Rebecca Matzek

☞

| Certificate will be mailed in window envelope to this address | Name ▼  Rebecca Matzek - Area D3-20 |
| | Number/Street/Apt ▼  West Publishing Corporation/dba West Group  P O  Box 64526 |
| | City/State/ZIP ▼  St  Paul, Minnesota 55164-0526 |

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington  D C  20559-6000

As of July 1 1999 the filing fee for Form TX is $30

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms  Inc

A382

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 215 – 013**

EFFECTIVE DATE OF REGISTRATION

**NOV 1 9 2004**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw", unpublished updates July 1, 2004 through September 30, 2004

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared        **Title of Collective Work ▼**

Representative creation date is August 4, 2004

If published in a periodical or serial give  **Volume ▼**   **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2**
**a**

**NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶  USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**
**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases
2004 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month ▶        Day ▶        Year ▶
USA        ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P O Box 64526
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED  NOV 1 9 2004
ONE DEPOSIT RECEIVED  NOV 1 9 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  •  Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

209

A383

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   ▸ If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▶         Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Daily updates of original and revised text and compilation

a **6**

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                          Account Number ▼

West Publishing Corporation/dba West Group          DA061018

a **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P O Box 64526

St Paul, Minnesota 55164-0526

b

Area Code & Telephone Number ▶ (651) 687-8810          Fax Number ▶ (651) 687-7551

Email ▶ becky matzek@thomson com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ West Pub Corp /dba West Group

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date

Rebecca Matzek          Date ▶ 11-11-2004

Handwritten signature (X) ▼

x _Rebecca Matzek_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P O Box 64526

City/State/ZIP ▼
St Paul, Minnesota 55164-0526

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office
Register of Copyrights
Washington, D C  20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30

**9**

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

This form was electronically produced by Elite Federal Forms Inc

210

A384

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM TX**
For a Nondramatics Literary Work
UNITED STATES COPYRIGHT OFFICE

TXu 1 – 232 – 332

EFFECTIVE DATE OF REGISTRATION

JAN. 28, 2005
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2004 through December 31, 2004.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.       **Title of Collective Work ▼**

Representative creation date is December 15, 2004

If published in a periodical or serial give:   **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

---

**2**

**a** **NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶
U.S.A.   ◄ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

APPLICATION RECEIVED
JAN 2 8 2005
ONE DEPOSIT RECEIVED
JAN 2 8 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.       **DO NOT WRITE HERE**

211

A385

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| | CORRESPONDENCE □ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
⬛ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation.

**6**

a

See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                **Account Number ▼**
West Publishing Corporation/dba West Group          DA061018

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

b

Area Code & Telephone Number ▶  (651) 687-8810          Fax Number ▶  (651) 687-7551
Email ▶  becky.matzek@thomson.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West Pub. Corp./dba West Group
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Rebecca Matzek                              Date ▶  2-16-2005

Handwritten signature (X) ▼
x  Rebecca Matzek

| Certificate will be mailed in window envelope to this address: | Name ▼ Rebecca Matzek - Area D3-20 | • Complete all necessary spaces • Sign your application in space 8 | **9** |
| | Number/Street/Apt ▼ West Publishing Corporation/dba West Group P.O. Box 64526 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material | As of July 1, 1999, the filing fee for Form TX is $30. |
| | City/State/ZIP ▼ St. Paul, Minnesota 55164-0526 | Library of Congress Copyright Office Register of Copyrights Washington, D.C. 20559-6000 | |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

212

A386

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

# ■ FORM CA
**For Supplementary Registration**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-428-097**

TX9006428097

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**DEC 29 2005**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
Group registration for automated database titled "Westlaw" unpublished updates January 1 2005 through March 31 2005

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| TXu 1 248-137 | 2005 |

Name(s) of Author(s)    ▼
Thomson Global Resources AG

Name(s) of Copyright Claimant(s)    ▼
Thomson Global Resources AG
Zurcherstrasse 59
8800 Thalwil  Switzerland

**B**

Location and Nature of Incorrect Information in Basic Registration    ▼

Line Number _____2a & 4_____ Line Heading or Description _____Name of Author & Transfer Statement_____

Incorrect Information as It Appears in Basic Registration    ▼
Thomson Global Resources AG

Space 4 Transfer Statement - blank

Corrected Information    ▼
West Services Inc  operating as West  a Thomson business  *should have been named as author

*By assignment - transfer statement

Explanation of Correction    ▼
Author listed incorrectly

Ownership transfer by assignment

**C**

Location and Nature of Information in Basic Registration to be Amplified    ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information    ▼

---

MORE ON BACK  '  Complete all applicable spaces (D-G) on the reverse side of this page.   DO NOT WRITE HERE
See detailed instructions

A387

| | |
|---|---|
| | FORM CA RECEIVED **DEC 29 2005** | FORM CA |

*Amended by C O  from phone call to
Rebecca Matzek of West, a Thomson business
on May 10, 2006

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☑ YES ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**Continuation of**  ☐ Part B  *or*  ☐ Part C

**D**

**Correspondence**  Give name and address to which correspondence about this application should be sent
Rebecca Matzek   West  a Thomson business

**E**

Phone  ( 651 )687 8810          Fax  ( 651 )687 7551          Email   becky matzek@thomson com

**Deposit Account**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give the name and number of Account
Name  West  a Thomson business

Account Number                DA061018

**Certification***  I the undersigned  hereby certify that I am the  (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of _____  West & Thomson Global Res
Name of author or other copyright claimant, or owner of exclusive right(s)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**F**

Typed or printed name  ▼          Rebecca Matzek          Date  ▼          12 15-2005

Handwritten signature (X)  ▼   Rebecca Matzek

Certificate
will be
mailed in
window
envelope
to this
address

Name  ▼          Rebecca Matzek
Number/Street/Apt  ▼          West  a Thomson business
City/State/Zip  ▼          St  Paul  Minnesota 55164 0526

Complete all necessary spaces
Sign your application in space F

1 Application Form
2 Nonrefundable filing fee in check or
  money order payable to *Register of*
  *Copyrights*

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington  D C  20559-6000

**G**

As of July 1
1999  the  f e
for filing  Form
CA is $65

17 U S C  § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connect  n
with the application  shall be fined not more than $2 500

214

A388

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST  **TXu 1–320–310**

*TXU001320310*

EFFECTIVE DATE OF REGISTRATION

8 / 24 / 2006
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK** ▼
Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2005 through June 30, 2005.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work** ▼
Representative creation date is June 6, 2005

If published in a periodical or serial give:   Volume ▼      Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**NAME OF AUTHOR** ▼
**a** Thomson Global Resources

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.   ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶_____ Day ▶_____ Year ▶_____
U.S.A. ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 24 2005
ONE DEPOSIT RECEIVED
AUG 24 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

215

A389

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.▼

Previously registered unpublished database.

**a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

Daily updates of original and revised text and compilation.

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

West, a Thomson business                         DA061018

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West, a Thomson business

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810          Fax Number ▶ (651) 687-7551

Email ▶ becky.matzek@thomson.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ Thomson Global Resources

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek                              Date ▶ 8-18-2005

Handwritten signature (X) ▼

x _Rebecca Matzek_____

| Certificate will be mailed in window envelope to this address: | Name ▼ Rebecca Matzek - Area D3-20 | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ West, a Thomson business P.O. Box 64526 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |
| | City/State/ZIP ▼ St. Paul, Minnesota 55164-0526 | MAIL TO: Library of Congress Copyright Office Register of Copyrights Washington, D.C. 20559-6000 |

As of July 1, 1999, the filing fee for Form TX is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

216

A390

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



TXu 1 – 282 – 273

EFFECTIVE DATE OF REGISTRATION

**JAN 13 2006**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2005 through June 30, 2005.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

Representative creation date is June 6, 2005

If published in a periodical or serial give:  **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
West Services Inc. operating as West, a Thomson business

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ U.S.A. _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____
U.S.A. ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
JAN 13 2006
ONE DEPOSIT RECEIVED
JAN 13 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.     **DO NOT WRITE HERE**

217

A391

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶      **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION** **a 6**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation. **b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **a 7**

**Name ▼**      **Account Number ▼**

West, a Thomson business      DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼ **b**
Rebecca Matzek/West, a Thomson business

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810      Fax Number ▶ (651) 687-7551

Email ▶ becky.matzek@thomson.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)

Check only one ▶

☒ authorized agent of _West and Thomson Global Resources_

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek      **Date** ▶ 8-18-2005

**Handwritten signature (X) ▼**

x _Rebecca Matzek_

**9**

Certificate will be mailed in window envelope to this address:

**Name ▼**
Rebecca Matzek - Area D3-20

**Number/Street/Apt ▼**
West, a Thomson business
P.O. Box 64526

**City/State/ZIP ▼**
St. Paul, Minnesota 55164-0526

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

218

A392

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-321-715**

EFFECTIVE DATE OF REGISTRATION

| 12 | 2 | 05 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**   *daily

Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2005 through September 30, 2005.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative creation date is September 9, 2005

If published in a periodical or serial give:   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**
West Services Inc. operating as West, a Thomson business

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ U.S.A.
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law. the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.   ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ _____   Day ▶ _____   Year ▶ _____
U.S.A.   ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

See instructions before completing this space.

APPLICATION RECEIVED
DEC 0 2 2005
ONE DEPOSIT RECEIVED
DEC 0 2 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

219

A393

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

*Added by C.O. from copy.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No     If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▶                          Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See Instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                    Account Number ▼

West, a Thomson business                           DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West, a Thomson business

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810                Fax Number ▶ (651) 687-7551

Email ▶ becky.matzek@thomson.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   West and Thomson Global Resources

Check only one ▶

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek                                        Date ▶ 11-22-2005

Handwritten signature (X) ▼

x _Rebecca Matzek_

Certificate will be mailed in window envelope to this address:

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West, a Thomson business
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

A394

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**TXu 1–338–511**

EFFECTIVE DATE OF REGISTRATION

| 2 | 13 | 06 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2005 through December 31, 2005.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

Representative creation date is December 8, 2005

If published in a periodical or serial give:  Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
**a** West Services Inc. operating as West, a Thomson business

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶        U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.  ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶
U.S.A.          ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
2/13/06
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
2/13/06
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

A395

| EXAMINED BY | FORM TX |
|---|---|

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▶         Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**a**

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation.

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

West, a Thomson business              DA061018

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West, a Thomson business

P.O. Box 64526

St. Paul, Minnesota 55164-0526

**b**

Area Code & Telephone Number ▶ (651) 687-8810          Fax Number ▶ (651) 687-7551

Email ▶ becky.matzek@thomson.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ West and Thomson Global Resources

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek                          Date ▶ 2-9-2006

Handwritten signature (X) ▼

x _Rebecca Matzek_

| Certificate will be mailed in window envelope to this address: | Name ▼ Rebecca Matzek - Area D3-20 |
|---|---|
| | Number/Street/Apt ▼ West, a Thomson business P.O. Box 64526 |
| | City/State/ZIP ▼ St. Paul, Minnesota 55164-0526 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

A396

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS **TXu 1-314-965**

EFFECTIVE DATE OF REGISTRATION

*August 14 2006*
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2006 through March 31, 2006.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

Representative creation date is March 8, 2006

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**
West Services Inc. operating as West, a Thomson business

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ U.S.A. _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____
U.S.A. ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
AUG 14 2006
ONE DEPOSIT RECEIVED
AUG 1 4 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE

A397

EXAMINED BY _SM_                                   **FORM TX**

CHECKED BY

☐ CORRESPONDENCE
    Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☒ No      If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶              Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**a**   **6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name▼**                                          **Account Number ▼**

**a**   **7**

West, a Thomson business                           DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**

Rebecca Matzek/West, a Thomson business
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶  (651) 687-8810                    Fax Number ▶  (651) 687-7551
Email ▶ becky.matzek@thomson.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    ☐ author
                                    ☐ other copyright claimant
              Check only one ▶     ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made by   ☒ authorized agent of      West and Thomson Global Resources
me in this application are correct to the best of my knowledge.                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek                                      Date ▶  5-5-2006

Handwritten signature (X) ▼

☞   x _Rebecca Matzek_

Certificate will be mailed in window envelope to this address:

Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West, a Thomson business
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C.  20559-6000

**9**

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

A398

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITE           ~~RIGHT OFFICE~~
REGIS       **TXu 1-295-591**

TX      /      TXU
EFFECTIVE DATE OF REGISTRATION

Month Aug Day 18 Year 2006

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**  **TITLE OF THIS WORK▼**
Group registration for automated database titled "Westlaw", unpublished updates April 1, 2006 through June 30, 2006

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work▼**

Representative creation date is June 6, 2006

If published in a periodical or serial give **Volume▼**    **Number▼**    **Issue Date▼**    **On Pages▼**

---

**2**  **NAME OF AUTHOR▼**
West Services Inc  operating as West, a Thomson business

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to  the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶      U S A
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright claimed▼
Original and revised text and compilation

**NOTE**

Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to  the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright claimed▼

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to  the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright claimed    ▼

---

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work in all cases
2006  ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶            Day ▶            Year ▶
U S A    ◀ Nation

---

**4**
See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2▼
Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright▼
Assignment

APPLICATION RECEIVED
AUG 1 8 2006
ONE DEPOSIT RECEIVED
AUG 1 8 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No     If your answer is "Yes," why is another registration being sought? (Check appropriate box▼)
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▶                    **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
   Previously registered unpublished database

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
   Daily updates of original and revised text and compilation

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account ▼
**Name ▼**                                                      **Account Number ▼**
          West, a Thomson business                                       DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
   Rebecca Matzek/West, a Thomson business

P O Box 64526

St Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶  (651) 687-8810                    Fax Number ▶  (651) 687-7551
Email ▶  becky matzek@thomson com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                                        ☐ author
                         Check only one ▶              ☐ other copyright claimant
                                                        ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made by
me in this application are correct to the best of my knowledge              ☒ authorized agent of _____West and Thomson Global Resources_____
                                                                            Name of author or other copyright claimant or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

          Rebecca Matzek                                       Date ▶   8-10-2006

Handwritten signature (X) ▼

x_ Rebecca Matzek

| Certificate will be mailed in window envelope to this address | Name ▼<br>Rebecca Matzek - Area D3-20<br>Number/Street/Apt ▼<br>West, a Thomson business<br>P O Box 64526<br>City/State/ZIP ▼<br>St Paul, Minnesota 55164-0526 |
|---|---|

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material
**MAIL TO**
Library of Congress
Copyright Office
Register of Copyrights
Washington D C  20559-6000

As of
July 1
1999
the filing
fee for
Form TX
is $30

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in
connection with the application  shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms  Inc

226

A400

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS            **TXu 1 – 328 – 716**

*TXU0913297164*

EFFECTIVE DATE OF REGISTRATION

Month **NOV**  Day **14**  Year **06**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2006 through September 30, 2006.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

Representative creation date is September 7, 2006

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
West Services Inc. operating as West, a Thomson business

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ U.S.A.
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.  ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____
U.S.A. ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
NOV 14 2006
ONE DEPOSIT RECEIVED
NOV 14 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.     DO NOT WRITE HERE
• See detailed instructions.     • Sign the form at line 8.     Page 1 of __2__ pages

227

A401

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☐ No     If your answer is  Yes  why is another registration being sought? (Check appropriate box ▼)
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give Previous Registration Number ▶                          Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
    Previously registered unpublished database

See instructions
before completing
this space

**Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼
    Daily updates of original and revised text and compilation

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
**Name ▼**                                                    **Account Number ▼**
    West  a Thomson business                                         DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West  a Thomson business
P O  Box 64526
St  Paul  Minnesota 55164 0526

Area Code & Telephone Number ▶  (651) 687 8810                    Fax Number ▶  (651) 687 7551
Email ▶  becky matzek@thomson com

**CERTIFICATION**  I  the undersigned  hereby certify that I am the
                                              Check only one ▶  {  ☐ author
                                                                    ☐ other copyright claimant
                                                                    ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made by     ☐ authorized agent of    West and Thomson Global Resources
me in this application are correct to the best of my knowledge                     Name of author  other copyright claimant  or owner of exclusive right(s) ▲

**Typed or printed name and date ▼**  If this application gives a date of publication in space 3  do not sign and submit it before that date
                    Rebecca Matzek                              Date ▶    11 8 2006

Handwritten signature (X) ▼
    x  Rebecca Matzek

| Certificate will be mailed in window envelope to this address | Name ▼ |
| | Rebecca Matzek   Area D3-20 |
| | Number /Street/Apt ▼ |
| | West  a Thomson business |
| | P O  Box 64526 |
| | City/State/ZIP ▼ |
| | St  Paul  Minnesota 55164 0526 |

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1  Application form
2  Nonrefundable filing fee in check  money order  payable to Register of Copyrights
3  Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington D C  20559 6000

As of
July 1
1999
the filing
fee for
Form TX
is $30

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact  the application for copyright registration provided for by section  409  or  any written statement filed in connection with the application  shall be fined not more than  $2 500

This form was electronically produced by Elite Federal Forms Inc

228

A402

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT O...

REGIS **TXu 1-338-092**

EFFECTIVE DATE OF REGISTRATION

| 2 | 5 | 07 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "Westlaw unpublished updates October 1 2006 through December 31 2006

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

Representative creation date is December 5 2006

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
West Services Inc operating as Thomson West

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of ▶ U S A
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is Yes see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2006 ◀Year In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Thomson Global Resources
Landis+Gyr Strasse 3
6300 Zug
Switzerland

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED **FEB 05 2007**
ONE DEPOSIT RECEIVED **FEB 0 5 2007**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

229

A403

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

**a**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Daily updates of original and revised text and compilation

**b**

**6**

See Instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼                          Account Number ▼

Thomson West                    DA061018

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/Zip ▼

Rebecca Matzek   West, a Thomson business
P O Box 64526
St  Paul  Minnesota 55164-0526

**b**

**7**

Area code and daytime telephone number ▶ (651) 687 8810          Fax number ▶ (651) 687 7551

Email ▶ becky matzek@thomson com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  West and Thomson Global Resources

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Rebecca Matzek                                              Date▶ 1/31/07

Handwritten signature (X) ▼

X  Rebecca Matzek

| Certificate will be mailed in window envelope to this address | Name ▼ | Rebecca Matzek   Area D3 20 Thomson West | Complete all necessary spaces Sign your application in space 8 |
|---|---|---|---|
| | Number/Street/Apt ▼ | P O Box 64526 | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ | St  Paul  Minnesota 55164 0526 | Library of Congress Copyright Office 101 Independence Avenue SE Washington DC 20559-6222 |

**9**

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Form TX  Rev 07/2006  Print 07/2006—80 000  Printed on recycled paper          U.S Government Printing Office  2004-320-958/60 123

A404

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REC

**TXu 1–361–927**

‖‖‖‖‖‖‖‖‖‖‖

*TXU01361927*

EFFECTIVE DATE OF

6    12    2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled Westlaw unpublished updates January 1 2007 through March 31 2007

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

Representative creation date is March 6 2007

| If published in a periodical or serial give Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|

---

**2**

**a** NAME OF AUTHOR ▼
West Services Inc operating as Thomson West

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire ?
☑ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ U S.A
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2007 ◀ Year In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ 2007
U S A ◀ Nation

---

**4**

See Instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼ Thomson Global Resources
Landis+Gyr Strasse 3
6300 Zug
Switzerland

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED
JUN 1 2 2007
ONE DEPOSIT RECEIVED
JUN 1 2 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

Amended by C O  from space 1 of application

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is Yes   why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is Yes   give **Previous Registration Number** ▶                 Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼
Previously registered unpublished database

**a 6**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼
Daily updates of original and revised text and compilation

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                    Account Number ▼

Thomson West                            DA061018

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/Zip ▼
Rebecca Matzek   West, a Thomson business
P O  Box 64526
St  Paul  Minnesota 55164 0526

**b**

Area code and daytime telephone number ▶  (651) 687 8810                Fax number ▶  (651) 687 7551
Email ▶  becky matzek@thomson com

**CERTIFICATION\*** I the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  West and Thomson Global Resources
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Rebecca Matzek                                         Date▶  5/31/07

Handwritten signature (X) ▼
x _Rebecca Matzek_

| Certificate will be mailed in window envelope to this address | Name ▼ Rebecca Matzek   Area D3 20 Thomson West |
|---|---|
| | Number/Street/Apt ▼  P O  Box 64526 |
| | City/State/ZIP ▼  St  Paul  Minnesota 55164 0526 |

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6222

**9**

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Form TX  Rev 07/2006  Print 07/2006~50 000  Printed on  ecycled paper                                    U.S. Governme t Print g Office 2004-320-958/60 123

A406

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-372-661**

EFFECTIVE DATE OF REGISTRATION

8    13    07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2007 through June 30, 2007.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

Representative creation date is June 4, 2007

| If published in a periodical or serial give  Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|

**2** **NAME OF AUTHOR ▼**

a   West Services Inc. operating as Thomson West

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶ 2007
Nation ▶ U.S.A.

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2

*Amended by C.O., authority of Rebecca Matzek per phone call on 10/17/08.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                 Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼
Thomson West                             DA061018

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Rebecca Matzek - West, a Thomson business
P.O. Box 64526
St. Paul, Minnesota 55164-0526

b

Area code and daytime telephone number ▶ (651) 687-8810          Fax number ▶ (651) 687-7551
Email ▶ becky.matzek@thomson.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
                                                   Check only one ▶
                        ☐ author
                        ☐ other copyright claimant
                        ☐ owner of exclusive right(s)
                        ☑ authorized agent of  West and Thomson Global Resources
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Rebecca Matzek                                                          Date ▶  8/6/07

Handwritten signature (X) ▼
x Rebecca Matzek

Certificate
will be
mailed in
window
envelope
to this
address:

| Name ▼ | Rebecca Matzek - Area D3-20 |
| | Thomson West |
| Number/Street/Apt ▼ | P.O. Box 64526 |
| City/State/ZIP ▼ | St. Paul, Minnesota 55164-0526 |

**9**

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

234

A408

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 236 of 328 PageID #: 253

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-578-792**

**Effective date of registration:**

November 13, 2007

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2007 through September 30, 2007.

## Completion/ Publication

**Year of Completion:** 2007

## Author

■ **Author:** West Services Inc. operating as Thomson West

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** November 6, 2007

Page 1 of 2

235

A409

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 237 of 328 PageID #: 254

**Copyright Office notes:** Regarding deposit: Application states that ID material (database records)
from representative creation date: 9/4/2007

Page 2 of 2

236

A410

4/8/2020



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TXu001756554
Search Results: Displaying 1 of 1 entries

**Labeled View**

***Westlaw, Unpublished updates October 1, 2007 through December 31, 2007. ...***

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TXu001756554 / 2009-02-03 |
| **Application Title:** | Group registration for an automated database titled Westlaw, Unpublished updates October 1, 2007 through December 31, 2007. Representative creation date: December 4, 2007. |
| **Title:** | Westlaw, Unpublished updates October 1, 2007 through December 31, 2007. Representative creation date: December 4, 2007. |
| **Description:** | Computer code. |
| **Copyright Claimant:** | Thomson Global Resources, Transfer: Assignment. Address: Landis+Gyr-Strasse 3, 6300 Zug, Switzerland. |
| **Date of Creation:** | 2007 |
| **Authorship on Application:** | West Services, Inc., operating as Thomson West, employer for hire; Citizenship: United States. Authorship: Original and revised text and compilation. |
| **Pre-existing Material:** | some text dated 2008. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | West Services, Inc.<br>Thomson Global Resources<br>Thomson West |

**Save, Print and Email (Help Page)**

Select Download Format  Full Record  ▼   Format for Print/Save

Enter your email address:  _____  Email

A411

4/8/2020

**Help   Search   History   Titles   Start Over**

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

A412

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-685-446**

**Effective date of registration:**

June 16, 2008

---

### Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2008 through March 31, 2008; Representative creation date is March 4, 2008.

### Completion/Publication

**Year of Completion:** 2008

### Author

■     **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No               **Pseudonymous:** No

### Copyright claimant

**Copyright Claimant:** Thomson Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

### Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

### Certification

**Name:** Rebecca Matzek

**Date:** May 16, 2008

Page 1 of 2

A413

A414

**Correspondence:**  Yes



Page 2 of 2

**240**

A414

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TXu 1-603-546

**Effective date of
registration:**

January 5, 2009

### Title

**Title of Work:** Group registration for automated database titled "Westlaw", unpublished updates April 1, 2008 through June 30, 2008; Representative creation date is June 10, 2008

### Completion/ Publication

**Year of Completion:** 2008

### Author

**Author:** West Services Inc operating as West, a Thomson Reuters business

**Author Created:** original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                    **Pseudonymous:** No

### Copyright claimant

**Copyright Claimant:** Thomson Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

### Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

### Certification

**Name:** Rebecca Matzek

**Date:** August 22, 2008

Page 1 of 2

A415

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 243 of 328 PageID #: 260

A416

**Correspondence:** Yes

A416

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TXu 1-702-750**

**Effective date of
registration:**

February 26, 2009

**Title** ─────────────────────────────────────────

　　　　　Title of Work:  Group registration for automated database titled "Westlaw": unpublished updates
　　　　　　　　　　　　　October 1, 2008 through December 31, 2008; representative creation date is 12/9/2008

**Completion/Publication** ──────────────────────────

　　　　　Year of Completion:  2008

**Author** ───────────────────────────────────────

■　　　　　Author:  West Services Inc. operating as West, a Thomson Reuters business

　　　　Author Created:  Original and revised text and compilation

　　Work made for hire:  Yes

　　　　　Citizen of:  United States

　　　　Anonymous:  No　　　　　　　　　　　　Pseudonymous:  No

**Copyright claimant** ──────────────────────────────

　　　　Copyright Claimant:  Thomson Reuters Global Resources

　　　　　　　　　　　　　　Landis+Gyr-Strasse 3, 6300 Zug  Switzerland

　　　Transfer Statement:  Assignment

**Certification** ───────────────────────────────────

　　　　　　Name:  Rebecca Matzek

　　　　　　Date:  February 23, 2009

　　　　Correspondence:  Yes

Page 1 of 1

**243**

A417

A418

**Registration #:**    TXU001702750


**Service Request #:**    1-174760047



Rebecca Matzek
P.O. Box 64526
St. Paul, MN 55164

**244**

A418

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-749-453

**Effective date of registration:**

June 4, 2009

---

### Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2009 through March 31, 2009. Representative creation date is March 10, 2009; updated daily

### Completion/Publication

**Year of Completion:** 2009

### Author

**Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                    **Pseudonymous:** No

### Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

### Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

### Certification

**Name:** Rebecca Matzek

**Date:** June 1, 2009

---

**Correspondence:** Yes

Page 1 of 1

A419

**Registration #:**   TXU001749453

**Service Request #:**   1-226932399



West, a Thomson Reuters Business
Rebecca Matzek - Area D3-20
PO Box 64526
St Paul, MN 55164-0526

246

A420

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-629-435

**Effective date of registration:**

September 25, 2009

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2009 through June 30, 2009; Representative creation date is June 12, 2009.

## Completion/ Publication

**Year of Completion:** 2009

## Author

**Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No        **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, Zug, 6300, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** September 22, 2009

Page 1 of 1

247

A421

A422

**Registration #:**   TXU001629435

**Service Request #:**   1-262266124

Rebecca Matzek - West, a Thomson Reuters business
P.O. Box 64526
St. Paul, Minnesota 55164-0526

**248**

A422

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-695-762

**Effective date of
registration:**

November 6, 2009

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1,
2009 through September 30, 2009; Representative creation date is September 10, 2009

## Completion/Publication

**Year of Completion:** 2009

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

  **Author Created:** Original and revised text and compilation

  **Work made for hire:** Yes

  **Citizen of:** United States

  **Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** October 29, 2009

Page 1 of 1

**249**

A423

**Registration #:**    TXU001695762

**Service Request #:**    1-285637504



West, a Thomson Reuters business
Rebecca Matzek - Area D3-20
P.O. Box 64526
St. Paul, MN 55164-0526

**250**

A424

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-680-768

**Effective date of
registration:**

February 24, 2010

---

## Title

**Title of Work:** Group registration for automated database titled "Westlaw". unpublished updates
October 1, 2009 through December 31, 2009; Representation creation date is December
8, 2009

## Completion/Publication

**Year of Completion:** 2009

**Nation of 1st Publication:** United States

## Author

■ **Author:** West Services Inc operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** February 17, 2010

Page 1 of 2

**251**

A425

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 253 of 328 PageID #: 270

A426



252

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-747-091**

**Effective date of registration:**

May 18, 2010

---

### Title

**Title of Work:** Group registration for automated database titled Westlaw, unpublished updates from January 1, 2010 to March 31, 2010; Representative creation date 03/09/2010; updated daily

### Completion/Publication

**Year of Completion:** 2010

### Author

■   **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                **Pseudonymous:** No

### Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

### Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

### Certification

**Name:** Rebecca Matzek

**Date:** May 21, 2010

---

**Correspondence:** Yes

Page 1 of 1

253

A427

**Registration #:**  TXU001747091

**Service Request #:**  1-440861911



West, a Thomson Reuters business
Rebecca Matzek - Area D3-20
P.O. Box 64526
St. Paul, MN 55164-0526

254

A428

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-689-317

**Effective date of registration:**

August 23, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Group registration for automated database titled "Westlaw";unpublished updates April 1, 2010 through June 30, 2010. |
| **Previous or Alternative Title:** | Representative creation date is June 10, 2010 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |

## Author

| | |
|---|---|
| ■  **Author:** | West Services Inc. operating as West, a Thomson Reuters business |
| **Author Created:** | Original and revised text and compilation |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** No | **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources |
| | Neuhofstrasse 1, 6340 Baar, Switzerland |
| **Transfer Statement:** | assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database |
| **New material included in claim:** | Daily updates of original and revised text and compilation |

## Certification

| | |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date:** | August 16, 2010 |

Page 1 of 1

A429

**Registration #:**    TXU001689317

**Service Request #:**    1-480466842



West, a Thomson Reuters business
Rebecca Matzek Area D3-20
PO Box 64526
St Paul, Minnesota 55164-0526

256

A430

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-771-631

**Effective date of registration:**

December 24, 2010

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2010 through September 30, 2010; Representative creation date is September 13, 2010

## Completion/Publication

**Year of Completion:** 2010

## Author

◾ **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                 **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, 6340 Baar, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** December 8, 2010

Page 1 of 1

A431

A432

**Registration #:**  TXU001771631
**Service Request #:**  1-636426465



West, a Thomson Reuters business
Rebecca Matzek
P.O. Box 64526
Area D3-20
St. Paul, MN 55164-0526

258

A432

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-794-633

**Effective date of
registration:**

April 14, 2011

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates
October 1, 2010 through December 31, 2010; Representative creation date is December
9, 2010; updated daily

## Completion/Publication

**Year of Completion:** 2010

## Author

■          **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                                         **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse, 6340 Baar, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** April 7, 2011

**Copyright Office notes:** Regarding title information: Frequency statement added by C.O. from
copy.

Page 1 of 1

259

A433

**Registration #:**   TXU001794633
**Service Request #:**   1-706578789



West, a Thomson Reuters business
Rebecca Matzek
P.O, Box 64526
Area D3-20
St. Paul, MN 55164-0526

**260**

A434

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-770-903

**Effective date of
registration:**

August 24, 2011

---

## Title

**Title of Work:** Group registration for automated database titled "Westlaw," unpublished updates
January 1, 2011 through March 31, 2011; Representative creation date, 3/7/2011

## Completion/Publication

**Year of Completion:** 2011

## Author

**Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                                **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neubofstrasse 1, 6340 Baar, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation

## Certification

**Name:** Rebecca Matzek

**Date:** May 25, 2011

Page 1 of 1

A435

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 263 of 328 PageID #: 280

**Registration #:** TXU001770903

**Service Request #:** 1-670112039



West, a Thomson Reuters business
Rebecca Matzek - Area D3-20
PO Box 64526
St Paul, MN 55164-0526

**262**

A436

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-770-837

**Effective date of registration:**

August 24, 2011

---

### Title

**Title of Work:** Group registration for automated database titled "Westlaw" unpublished updates April 1, 2011 through June 30, 2011; Representative creation date, June 8, 2011

### Completion/Publication

**Year of Completion:** 2011

### Author

**Author:** West Services Inc operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Anonymous:** No                    **Pseudonymous:** No

### Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

### Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

### Certification

**Name:** Rebecca Matzek

**Date:** August 16, 2011

---

Page 1 of 1

A437

A438

**Registration #:** TXU001770837
**Service Request #:** 1-670112245



West, a Thomson Reuters business
Rebecca Matzek - Area D3-20
P.O. Box 64526
St Paul, MN 55164-0526

**264**

A438

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tigle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-124-474

**Effective Date of Registration:**
November 29, 2011

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2011 through September 30, 2011. Representative creation date is September 15, 2011

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business
- **Author Created:** Original and revised text and compilation
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse I, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek
**Date:** December 20, 2011

Page 1 of 2

A439

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 267 of 328 PageID #: 284

**Correspondence:**   Yes

Page 2 of 2

266

A440

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-813-737

**Effective date of registration:**

April 27, 2012

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates October 1, 201 1 through December 3 2011.

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and cornpilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No

**Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse I, 6340 Baar, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** March 7, 2012

Page 1 of 1

A441

A442

**Registration #:**  TXU001813737
**Service Request #:**  1-764263808



West, a Thomson Reuters business
Rebecca Matzek
P.O. Box 64526
St. Paul, Minnesota 55 164-0526

268

A442

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-817-478**

**Effective date of registration:**

June 14, 2012

### Title

| | |
|---|---|
| **Title of Work:** | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2012 through March 31, 2012. (Representative creation date is March 8, 2012) |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |

### Author

| | |
|---|---|
| **Author:** | West Services Inc. operating as West, a Thomson Reuters business |
| **Author Created:** | Original and revised text and compilation |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources |
| | Neuhofstrasse 1, Baar, 6340, Switzerland |
| **Transfer Statement:** | Assignment |

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **New material included in claim:** | Daily updates of original and revised text and compilation. |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | West, a Thomson Reuters business |
| **Email:** | copyright.west@thomson.com |
| **Telephone:** | 651-687-6387 |
| **Address:** | Copyright Services |
| | 610 Oppermand Drive |
| | Eagan, MN 55123  United States |

### Certification

Page 1 of 2

269

A443

**Name:** Rebecca Matzek

**Date:** June 6, 2012



A444

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-837-301

**Effective date of
registration:**

October 31, 2012

---

### Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2012 through June 30, 2012; representative creation date, June 4, 2012.

### Completion/Publication

**Year of Completion:** 2012

### Author

■ **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

■ **Author:** Thomson Reuters

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

■ **Author:** West

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

### Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

Page 1 of 2

A445

A446

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | West, a Thomson Reuters business |
| **Email:** | copyright.west@thomson.com |
| **Address:** | Copyright Services |
| | 610 Oppermand Drive |
| | Eagan, MN 55123 United States |

**Telephone:** 651-687-6387

## Certification

| | |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date:** | October 22, 2012 |



Page 2 of 2

272

A446

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-844-770**

**Effective date of registration:**

February 12, 2013

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2012 through September 30, 2012.  (Representative creation date is September 13, 2012)

## Completion/Publication

**Year of Completion:** 2012

## Author

■        **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomson.com        **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123  United States

## Certification

Page 1 of 2

**273**

A447

**Name:**   Rebecca Matzek

**Date:**   January 24, 2013



Page 2 of 2

274

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 276 of 328 PageID #: 293

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-859-588**

**Effective date of
registration:**

June 25, 2013

### Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates
October 1, 2012 through December 31, 2012.  (Representative creation date is
December 18, 2012)

### Completion/Publication

**Year of Completion:** 2012

### Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business
- **Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

### Limitation of copyright claim

**Material excluded from this claim:**   Previously registered unpublished database.

**New material included in claim:**   Daily updates of original and revised text and compilation.

### Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomson.com          **Telephone:**    651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123  United States

### Certification

Page 1 of 2

275

A449

**Name:**  Rebecca Matzek

**Date:**  June 17, 2013



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-859-461

**Effective date of
registration:**

July 8, 2013

---

### Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates
January 1, 2013 through March 31, 2013.  (Representative creation date is March 7,
2013)

### Completion/Publication

**Year of Completion:** 2013

### Author

**Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

### Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

### Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomson.com **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123  United States

### Certification

Page 1 of 2

**277**

A451

A452

**Name:** Rebecca Matzek

**Date:** July 1, 2013



Page 2 of 2

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 280 of 328 PageID #: 297

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-869-664**

**Effective date of registration:**

September 19, 2013

### Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2013 through June 30, 2013.  (Representative creation date is June 4, 2013)

### Completion/Publication

**Year of Completion:** 2013

### Author

■ **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

### Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

### Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomsonreuters.com          **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123  United States

### Certification

Page 1 of 2

**279**

A453

A454

**Name:**   Rebecca Matzek

**Date:**   August 30, 2013



A454

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# TXu 1-885-840

**Effective date of registration:**

January 23, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2013 through September 30, 2013.  (Representative creation date is September 5, 2013) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |

## Author

| | |
|---|---|
| ■            **Author:** | West Services Inc. operating as West, a Thomson Reuters business |
| **Author Created:** | Original and revised text and compilation |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources |
| | Neuhofstrasse 1, Baar, 6340, Switzerland |
| **Transfer Statement:** | Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **New material included in claim:** | Daily updates of original and revised text and compilation. |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | West, a Thomson Reuters business | | |
| **Email:** | copyright.west@thomsonreuters.com | **Telephone:** | 651-687-6387 |
| **Address:** | Copyright Services | | |
| | 610 Oppermand Drive | | |
| | Eagan, MN 55123  United States | | |

## Certification

Page 1 of 2

**281**

A455

A456

**Name:**  Rebecca Matzek

**Date:**  January 14, 2014



A456

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-897-778

**Effective date of registration:**

February 3, 2014

---

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2013 through December 31, 2013.  (Representative creation date is December 11, 2013)

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomsonreuters.com                    **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123  United States

## Certification

Page 1 of 2

283

A457

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 285 of 328 PageID #: 302

A458

**Name:** Rebecca Matzek

**Date:** January 30, 2014



Page 2 of 2

284

A458

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-907-617**

**Effective date of registration:**

May 2, 2014

---

**Title** ───────────────────────────

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2014 through March 31, 2014. (Representative creation date is March 5, 2014); daily updates

**Completion/Publication** ─────────────

**Year of Completion:** 2014

**Author** ──────────────────────────

■ **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

**Copyright claimant** ───────────────

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

**Limitation of copyright claim** ───────

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

**Rights and Permissions** ─────────────

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomsonreuters.com        **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123  United States

**Certification** ────────────────────

Page 1 of 2

**285**

A459

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 287 of 328 PageID #: 304

A460

**Name:** Rebecca Matzek

**Date:** April 22, 2014



A460

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-127-122**

**Effective Date of Registration:**
August 07, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2014 through June 30, 2014; Representative creation date is June 3, 2014 |

## Author

| | |
|---|---|
| **Author:** | West Services Inc. operating as West, a Thomson Reuters business |
| **Author Created:** | Original and revised text and compilation |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources<br>Neuhofstrasse 1, Baar, 6340, Switzerland |
| **Transfer statement:** | Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **Previously registered:** | No |
| **New material included in claim:** | Daily updates of original and revised text and compilation. |

## Certification

| | |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date:** | July 18, 2014 |

Page 1 of 1

A461

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 289 of 328 PageID #: 306

A462



288

A462

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-127-181**

**Effective Date of Registration:**
December 01, 2014

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates July 1, 2014 through September 30, 2014; Representative creation date is July 9, 2014

## Completion/Publication

**Year of Completion:** 2014

## Author

● **Author:** West Services Inc. operating as West, a Thomson Reuters business
**Author Created:** Original and revised text and compilation
**Work made for hire:** Yes
**Citizen of:** United States
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse I, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation

## Certification

**Name:** Rebecca Matzek
**Date:** November 17, 2014

Page 1 of 2

A463

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 291 of 328 PageID #: 308

A464

Page 2 of 2

A464

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-127-225**

**Effective Date of Registration:**
May 12, 2015

### Title

**Title of Work:**   Group registration for automated database titled "WestlawNext"; unpublished updates October 1, 2014 through December 31, 2014; Representative creation date is December 11, 2014

### Completion/Publication

**Year of Completion:**   2014

### Author

- **Author:**   West Services Inc. operating as West, a Thomson Reuters business
  **Author Created:**   Original and revised text and compilation
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Anonymous:**   No
  **Pseudonymous:**   No

### Copyright Claimant

**Copyright Claimant:**   Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:**   Assignment

### Limitation of copyright claim

**Material excluded from this claim:**   Previously registered unpublished database.
**Previously registered:**   No

**New material included in claim:**   Daily updates of original and revised text and compilation.

### Certification

**Name:**   Rebecca Matzek
**Date:**   May 05, 2015

Page 1 of 2

A465

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 293 of 328 PageID #: 310

Page 2 of 2

A466

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tuyla*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-127-250

**Effective Date of Registration:**
July 10, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Group registration for automated database titled "WestlawNext"; unpublished updates January 1, 2015 through March 31, 2015; Representative creation date is March 3, 2015. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |

## Author

| | |
|---|---|
| • **Author:** | West Publishing Corporation |
| **Author Created:** | Original and revised text and compilation |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources Neuhofstrasse I, 6340 Baar, Switzerland |
| **Transfer statement:** | Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **Previously registered:** | No |
| **New material included in claim:** | Daily updates of original and revised text and compilation. |

## Certification

| | |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date:** | June 24, 2015 |

Page 1 of 2

A467

**294**

A468

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-127-634**

**Effective Date of Registration:**
November 02, 2015

---

### Title

| | |
|---|---|
| **Title of Work:** | Group registration for automated database titled "WestlawNext"; unpublished updates April 1, 2015 through June 30, 2015; Representative creation date is June 3, 2015 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |

### Author

| | |
|---|---|
| • **Author:** | West Publishing Corporation |
| **Author Created:** | Original and revised text and compilation of legal material |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources <br> Neuhofstrasse 1, 6340 Baar, Switzerland |
| **Transfer statement:** | Assignment |

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **Previously registered:** | No |
| **New material included in claim:** | Daily updates of original and revised text and compilation of legal material. |

### Certification

| | |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date:** | October 16, 2015 |

Page 1 of 2

A469

Case 1:20-cv-00613-LPS Document 1-1 Filed 05/06/20 Page 297 of 328 PageID #: 314

A470

Page 2 of 2

A470

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-128-241**

**Effective Date of Registration:**
February 23, 2016

---

## Title

**Title of Work:**   Group registration for automated database titled "WestlawNext"; unpublished updates July 1, 2015 through September 30, 2015; Representative creation date is September 7, 2015.

## Completion/Publication

**Year of Completion:**   2015

## Author

**Author:**   West Publishing Corporation
**Author Created:**   Original and revised text and compilation of legal material
**Work made for hire:**   Yes
**Citizen of:**   United States
**Anonymous:**   No
**Pseudonymous:**   No

## Copyright Claimant

**Copyright Claimant:**   Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:**   Assignment

## Limitation of copyright claim

**Material excluded from this claim:**   Previously registered unpublished database.
**Previously registered:**   No

**New material included in claim:**   Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:**   Rebecca Matzek
**Date:**   February 18, 2016

Page 1 of 2

A471

Page 2 of 2

A472

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tegle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-128-330**

**Effective Date of Registration:**
June 16, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Group registration for automated database titled "WestlawNext"; unpublished updates October 1, 2015 through December 31, 2015; Representative creation date is December 9, 2015. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |

## Author

| | |
|---|---|
| • **Author:** | West Publishing Corporation |
| **Author Created:** | Original and revised text and compilation of legal material |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources<br>Neuhofstrasse 1, 6340 Baar Switzerland |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **Previously registered:** | No |
| **New material included in claim:** | Daily updates of original and revised text and compilation of legal material. |

## Certification

| | |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date:** | June 13, 2016 |

Page 1 of 1

299

A473

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 301 of 328 PageID #: 318



A474

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-128-765

**Effective Date of Registration:**
August 30, 2016

---

### Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates January 1, 2016 through March 31, 2016; Representative creation date: March, 8, 2016

### Completion/Publication

**Year of Completion:** 2016

### Author

**Author:** West Publishing Corporation
**Author Created:** Original and revised text and compilation of legal material
**Work made for hire:** Yes
**Citizen of:** United States
**Anonymous:** No
**Pseudonymous:** No

### Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

### Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

### Certification

**Name:** Rebecca Matzek
**Date:** August 25, 2016

Page 1 of 2

301

A475

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 303 of 328 PageID #: 320

A476

Page 2 of 2

302

A476

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tyle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-128-822

**Effective Date of Registration:**
November 02, 2016

---

## Title

**Title of Work:**   Group registration for automated database titled "WestlawNext"; unpublished
updates April 1, 2016 through June 30, 2016; Representative creation date is
June 6, 2016.

## Completion/Publication

**Year of Completion:**   2016

## Author

**Author:**   West Publishing Corporation
**Author Created:**   Original and revised text and compilation of legal material
**Work made for hire:**   Yes
**Citizen of:**   United States
**Anonymous:**   No
**Pseudonymous:**   No

## Copyright Claimant

**Copyright Claimant:**   Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:**   Assignment

## Limitation of copyright claim

**Material excluded from this claim:**   Previously registered unpublished database.
**Previously registered:**   No

**New material included in claim:**   Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:**   Rebecca Matzek
**Date:**   October 13, 2016

Page 1 of 2

A477

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 305 of 328 PageID #: 322

A478

Page 2 of 2

304

A478

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tigle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-128-854

**Effective Date of Registration:**
February 15, 2017

---

### Title

| | |
|---|---|
| **Title of Work:** | Group registration for automated database titled "WestlawNext"; unpublished updates July 1, 2016 through September 30, 2016; Representative creation date is September 6, 2016 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |

### Author

| | |
|---|---|
| • **Author:** | West Publishing Corporation |
| **Author Created:** | Original and revised text and compilation of legal material |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources<br>Neuhofstrasse 1, 6340 Baar, Switzerland |
| **Transfer statement:** | Assignment |

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **Previously registered:** | No |
| **New material included in claim:** | Daily updates of original and revised text and compilation of legal material. |

### Certification

| | |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date:** | January 27, 2017 |

Page 1 of 2

A479

A480

Page 2 of 2

A480

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-129-829

**Effective Date of Registration:**
July 13, 2017

---

### Title

| | |
|---|---|
| **Title of Work:** | Group registration for automated database titled "WestlawNext"; unpublished updates October 1, 2016 through December 31, 2016; Representative creation date is December 7, 2016 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |

### Author

| | |
|---|---|
| **• Author:** | West Publishing Corporation |
| **Author Created:** | Original and revised text and compilation of legal material |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources<br>Neuhofstrasse 1, 6340 Baar, Switzerland |
| **Transfer statement:** | Assignment |

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **Previously registered:** | No |
| **New material included in claim:** | Daily updates of original and revised text and compilation of legal material. |

### Certification

| | |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date:** | July 10, 2017 |

Page 1 of 2

A481

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 309 of 328 PageID #: 326

A482

Page 2 of 2

A482

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tenle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-132-581

**Effective Date of Registration:**
November 06, 2017

---

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates January 1, 2017 through March 31, 2017; Representative creation date is March 13, 2017

## Completion/Publication

**Year of Completion:** 2017

## Author

**Author:** West Publishing Corporation
**Author Created:** Original and revised text and compilation of legal material
**Work made for hire:** Yes
**Citizen of:** United States
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material

## Certification

**Name:** Rebecca Matzek
**Date:** October 24, 2017

Page 1 of 2

A483

A484

Page 2 of 2

310

A484

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Tisla*

Acting United States Register of Copyrights and Director



**Registration Number**

## TXu 2-135-190

**Effective Date of Registration:**
February 13, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Group registration for an automated database titled "WestlawNext"; unpublished updates from April 1, 2017 through June 30, 2017; Representative publication date: June 9, 2017; updated daily. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |

## Author

| | |
|---|---|
| • **Author:** | West Publishing Corporation |
| **Author Created:** | Original and revised text and compilation of legal material |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources<br>Neuhofstrasse 1, 6340 Baar, Switzerland |
| **Transfer statement:** | Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **Previously registered:** | No |
| **New material included in claim:** | Daily updates of original and revised text and compilation of legal material. |

## Certification

| | |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date:** | February 02, 2018 |

Page 1 of 2

A485

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 313 of 328 PageID #: 330

A486

Page 2 of 2

A486

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

**TXu 2-135-192**

**Effective Date of Registration:**
April 11, 2018

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

## Title

**Title of Work:**   Group registration for an automated database titled "WestlawNext";
unpublished updates July 1, 2017 through September 30, 2017; Representative
creation date: September 7, 2017; updated daily

## Completion/Publication

**Year of Completion:**   2017

## Author

**Author:**   West Publishing Corporation
**Author Created:**   Original and revised text and compilation of legal material
**Work made for hire:**   Yes
**Citizen of:**   United States
**Anonymous:**   No
**Pseudonymous:**   No

## Copyright Claimant

**Copyright Claimant:**   Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:**   Assignment

## Limitation of  copyright claim

**Material excluded from this claim:**   Previously registered unpublished database
**Previously registered:**   No

**New material included in claim:**   Daily updates of original and revised text and compilation of legal material

## Certification

**Name:**   Rebecca Matzek
**Date:**   February 16, 2018

Page 1 of 2

A487

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 315 of 328 PageID #: 332

A488

314

A488

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## TXu 2-135-404

**Effective Date of Registration:**
May 18, 2018

*Kay A. Tisle*

Acting United States Register of Copyrights and Director

---

## Title

**Title of Work:**   Group registration for an automated database titled "WestlawNext"; unpublished updates from October 1, 2017 to December 31, 2017; Representative creation date: December 13, 2017; updated daily.

## Completion/Publication

**Year of Completion:**   2017

## Author

- **Author:**   West Publishing Corporation
  **Author Created:**   Original and revised text and compilation of legal material
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Anonymous:**   No
  **Pseudonymous:**   No

## Copyright Claimant

**Copyright Claimant:**   Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:**   Assignment

## Limitation of copyright claim

**Material excluded from this claim:**   Previously registered unpublished database
**Previously registered:**   No

**New material included in claim:**   Daily updates of original and revised text and compilation of legal material

## Certification

**Name:**   Rebecca Matzek
**Date:**   May 15, 2018

Page 1 of 2

A489

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 317 of 328 PageID #: 334

**Copyright Office notes:**   Regarding material excluded: Registration does not extend to U.S. government works or government edicts that have been issued by any state, local, or territorial government, including legislative enactments, judicial decisions, administrative rulings, public ordinances, or similar types of official legal materials that have the force of law. 17 U.S.C. 105; Compendium 313.6(C)(2).

Page 2 of 2

316

A490

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-135-399**

**Effective Date of Registration:**
May 29, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | Group registration for an automated database titled "WestlawNext"; unpublished updates from: January 1, 2018 through March 31, 2018; Representative creation date: March 6, 2018; updated daily. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |

## Author

| | |
|---|---|
| • **Author:** | West Publishing Corporation |
| **Author Created:** | Original and revised text and compilation of legal material |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources<br>Neuhofstrasse 1, 6340 Baar, Switzerland |
| **Transfer statement:** | Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **Previously registered:** | No |
| **New material included in claim:** | Daily updates of original and revised text and compilation of legal material. |

## Certification

| | |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date:** | May 23, 2018 |

Page 1 of 2

A491

A492

Page 2 of 2

318

WebVoyage Record View 1                                                    Page 1 of 2



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = +group +registration +westlawnext +2018
Search Results: Displaying 5 of 7 entries

*WestlawNext; unpublished updates April 1, 2018 through June 30, 2018;...*

| | |
|---|---|
| **Relevance:** | |
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TXu002135181 / 2018-08-29 |
| **Application Title:** | Group registration for automated database titled "WestlawNext"; unpublished updates April 1, 2018 through June 30, 2018; representative creation date June 8, 2018; updated daily. |
| **Title:** | WestlawNext; unpublished updates April 1, 2018 through June 30, 2018; representative creation date June 8, 2018; updated daily. |
| **Description:** | Print material. |
| **Copyright Claimant:** | Thomson Reuters Global Resources, Transfer: Assignment. Address: Neuhofstrasse 1 6340 Baar, Switzerland. |
| **Date of Creation:** | 2018 |
| **Authorship on Application:** | West Publishing Corporation, employer for hire; Citizenship: United States. Authorship: Original and revised text and compilation of legal material. |
| **Pre-existing Material:** | Previously registered unpublished database. |
| **Basis of Claim:** | Daily updates of original and revised text and compilation of legal material. |
| **Names:** | West Publishing Corporation |
| | Thomson Reuters Global Resources |



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=5&ti=1,5&Search%5FArg=%2Bgrou...    3/19/2020

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-176-696**

**Effective Date of Registration:**
February 28, 2019

**Registration Decision Date:**
January 23, 2020

## Title

**Title of Work:**   Group registration for automated database titled "WestLawNext", unpublished updates from July 1, 2018 through September 30, 2018; representative creation date: September 6, 2018; updated daily.

## Completion/Publication

**Year of Completion:**   2018

## Author

- **Author:**   West Publishing Corporation
  **Author Created:**   Original and revised text and compilation of legal material
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Anonymous:**   No
  **Pseudonymous:**   No

## Copyright Claimant

**Copyright Claimant:**   Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:**   By assignment

## Limitation of copyright claim

**Material excluded from this claim:**   previously registered unpublished database
**Previously registered:**   Yes

**New material included in claim:**   Daily updates of original and revised text and compilation of legal material

## Certification

**Name:**   Rebecca Matzek
**Date:**   February 25, 2019

Page 1 of 2

A494

Case 1:20-cv-00613-LPS   Document 1-1   Filed 05/06/20   Page 322 of 328 PageID #: 339

A495

Correspondence:    Yes

Page 2 of 2

321

A495

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-178-575

**Effective Date of Registration:**
May 03, 2019
**Registration Decision Date:**
February 04, 2020

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished
updates from October 1, 2018 through December 31, 2018; representative
creation date: December 6, 2018; updated daily.

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** West Publishing Corporation
- **Author Created:** Original and revised text and compilation of legal material
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** By assignment

## Limitation of  copyright claim

**Material excluded from this claim:** Previously registered unpublished database
**Previously registered:** Yes
**Previous registration and year:** TXu002176696, 2019
**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

Page 1 of 2

**322**

A496

|  |  |
|---|---|
| **Name:** | Rebecca Matzek |
| **Date**: | April 15, 2019 |

---

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding previous registration: Information added by CO from paper application and CO records. |

Regarding limitation of claim: Registration does not extend to U.S. government works or government edicts that have been issued by any state, local, or territorial government, including legislative enactments, judicial decisions, administrative rulings, public ordinances, or similar types of official legal materials that have the force of law. 17 U.S.C. 105; Compendium 313.6(C)(2).

Page 2 of 2

A497

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-179-671

**Effective Date of Registration:**
June 24, 2019
**Registration Decision Date:**
February 12, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Group registration for automated  database titled "Westlaw Next," unpublished updates from January 1, 2019 through March 31, 2019; representative creation date: March 7, 2019; updated daily. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |

## Author

| | |
|---|---|
| • **Author:** | West Publishing Corporation |
| **Author Created:** | Original and revised text and compilation of legal material |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomson Reuters Global Resources<br>Neuhofstrasse 1, 6340 Baar, Switzerland |
| **Transfer statement:** | By assignment |
| **Copyright Claimant:** | Thomson Reuters Global Resources |

## Limitation of  copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously registered unpublished database. |
| **Previously registered:** | Yes |
| **Previous registration and year:** | TXu002178575, 2019 |
| **Basis of current registration:** | This is a changed version of the work. |
| **New material included in claim:** | Daily updates of original and revised text and compilation of legal material. |

Page 1 of 2

A498

**Certification**

|  |  |
|---|---|
| **Name:** | Rebecca Matzek, Thomson Reuters |
| **Date:** | May 17, 2019 |

**Copyright Office notes:**  Regarding previous registration: Registration number added from CO records.

Regarding limitation of claim: Registration does not extend to U.S. government works or government edicts that have been issued by any state, local, or territorial government, including legislative enactments, judicial decisions, administrative rulings, public ordinances, or similar types of official legal materials that have the force of law. 17 U.S.C. 105; Compendium 313.6(C)(2).

Page 2 of 2

A499

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie String*

Acting United States Register of Copyrights and Director



**Registration Number**

**TXu 2-178-620**

**Effective Date of Registration:**
August 08, 2019
**Registration Decision Date:**
February 04, 2020

## Title

**Title of Work:** Group Registration for automated database titled "WestlawNext", unpublished updates from April 1, 2019 through June 30, 2019; representative creation date: June 5, 2019; updated daily.

## Completion/Publication

**Year of Completion:** 2019

## Author

- **Author:** West Publishing Corporation
  **Author Created:** original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** By assignment

## Limitation of copyright claim

**Material excluded from this claim:** previously registered unpublished database
**Previously registered:** Yes
**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** daily updates of original and revised text and compilation of legal material

## Certification

**Name:** Rebecca Matzek

Page 1 of 2

**326**

A500

**Date**:    August 05, 2019

**Copyright Office notes:**    Regarding limitation of claim: Registration does not extend to U.S. government works or government edicts that have been issued by any state, local, or territorial government, including legislative enactments, judicial decisions, administrative rulings, public ordinances, or similar types of official legal materials that have the force of law. 17 U.S.C. 105; Compendium 313.6(C)(2).

Regarding previous registration: Information added by CO from information provided by applicant.

Page 2 of 2

327

A501

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE )
CENTRE GMBH and WEST PUBLISHING )
CORPORATION, )
                                    )    C.A. No. 20-613-LPS
                                    )
        Plaintiffs, Counterdefendants, )    **JURY TRIAL DEMANDED**
                                    )
   v.                                  )
                                    )
ROSS INTELLIGENCE INC.,         )
                                    )
        Defendant, Counterclaimant.    )

**DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S
AMENDED PARTIAL ANSWER AND DEFENSES AND AMENDED
COUNTERCLAIMS IN RESPONSE TO PLAINTIFFS' COMPLAINT AND
DEMAND FOR JURY TRIAL**

**AMENDED ANSWER**

Defendant ROSS Intelligence, Inc. ("ROSS") hereby partially responds to the Complaint

filed by Plaintiffs Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West

Publishing Corporation ("West") (collectively, "Plaintiffs").   Specifically, ROSS responds to

Plaintiffs' second claim for tortious interference with contract.   Plaintiffs' first claim for

copyright infringement, and any allegation purporting to assert copyright protection over any

content, is subject to ROSS's pending motion to dismiss pursuant to Federal Rules of Civil

Procedure Rule 12(b).

**NATURE OF THE ACTION[1]**

1.      ROSS denies it illicitly and surreptitiously used a then-Westlaw licensee to

acquire access to and copy Plaintiff's content, and that it is attempting to create a business or

---

[1] The section headings in this Answer are provided solely for ease of reference, tracking those used in the Complaint, and do not constitute any part of ROSS's response to the allegations in the Complaint or any form of admission as to the truth of those allegations.

A502

competing product by taking for itself any features of Westlaw or "Westlaw Content," as defined and alleged by Plaintiffs. ROSS lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

2.      ROSS denies the allegations in paragraph 2.

3.      ROSS admits West denied ROSS's direct access to Westlaw. Except as expressly admitted, ROSS denies the allegations in Paragraph 3.

4.      ROSS denies the allegations in paragraph 4.

5.      ROSS denies the allegations in paragraph 5.

### PARTIES

6.      Paragraph 6 states a legal conclusion as to whether any "Westlaw Content" is subject to copyright protection, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time. Otherwise, ROSS admits the allegations in paragraph 6.

7.      Paragraph 7 states a legal conclusion as to whether there is any copyrightable creation or authorship in any "Westlaw Content," which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time. Otherwise, ROSS admits the allegations in paragraph 7.

8.      ROSS admits the allegations in paragraph 8.

### JURISDICTION AND VENUE

9.      ROSS admits that the Complaint purports to assert claims arising under the copyright laws of the United States, specially, 17 U.S.C. § 101 *et. seq.* ROSS denies that this action arises under Delaware law. ROSS admits that the Complaint purports that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338, and 1367.

A503

A504

10.    ROSS admits that the Complaint purports that venue is proper in this District under 28 U.S.C. §§ 1391(b)(2) and 1400(a).

**ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

I.    **Plaintiffs and the Creativity of Westlaw**

11.    ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

12.    ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

13.    ROSS admits that the "Abandoned and Lost Property" topic contains the Key Numbers "Nature and elements," "evidence and questions for jury," and "operation and effect." ROSS admits that within the "Nature and elements" Key Number are Key Numbers assigned to the legal issues and points of law "In general," "Intent," and "Acts and omissions" topics. ROSS admits that the "In general" Key Number is delineated 1k1.1, and currently contains 603 cases. Except as expressly admitted, ROSS denies the allegations in Paragraph 13.

14.    ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

15.    ROSS admits Westlaw contains case law, state and federal statutes, state and federal regulations, law journals, and treatises.  ROSS admits that West Headnotes describe key concepts of a case.  ROSS admits that the Plaintiffs provide an example of West Headnotes and West Key Numbers from the *Harper & Row* case.  ROSS lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

16.    ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

17.    ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

18.    ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

19.    ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

## II.    Plaintiffs' Valuable Intellectual Property Rights in Westlaw

20.    Paragraph 20 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Otherwise, ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

21.    Paragraph 21 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Otherwise, ROSS denies the allegations in paragraph 21.

22.    Paragraph 22 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Otherwise, ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

23.    Paragraph 23 states a legal conclusion as to whether any "Westlaw Content" is subject to copyright protection, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time. Otherwise, ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

## III.    ROSS Intelligence and Its Infringement of Westlaw

24.    ROSS admits it was founded in 2015 and is engaged in the business providing judicial opinions to the public through legal research services.

A505

A506

25.    ROSS admits it began by offering research services in bankruptcy and intellectual property law and currently offers research services on case law, statutes, and regulations across all practice areas and all 50 states.

26.    ROSS admits that ROSS's users are able to search for relevant law by posing a question in natural language, as opposed to Boolean terms or key words.  ROSS admits that Paragraph 26 reflects results of a natural language search on ROSS.

27.    ROSS denies the allegations in paragraph 27.

28.    ROSS admits it acquired judicial opinions to develop a legal research platform. Except as expressly admitted, ROSS denies the allegations in Paragraph 28.

29.    ROSS admits it contracted with LegalEase, a legal research and writing support services company.  Except as expressly admitted, ROSS denies the allegations in Paragraph 29.

30.    ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

31.    Paragraph 31 states a legal conclusion to the extent it states, characterizes, or refers to any action as infringing, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Otherwise, ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

32.    Paragraph 32 states a legal conclusion to the extent it states, characterizes, or refers to any action as infringing, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Otherwise, ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

33.    Paragraph 33 states a legal conclusion to the extent it states, characterizes, or refers to any action as infringing, which is subject to ROSS's motion to dismiss, and therefore no

A506

response is appropriate at this time.  Paragraph 33 states a legal conclusion as to whether any "Westlaw Content" is subject to copyright protection, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  ROSS admits LegalEase provided ROSS with excerpts from judicial opinions.  Except as expressly admitted, ROSS denies the allegations in Paragraph 33.

34.    Paragraph 34 states a legal conclusion to the extent it states, characterizes, or refers to any action as infringing, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Paragraph 34 states a legal conclusion as to whether any "Westlaw Content" is subject to copyright protection, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  ROSS admits it has been working with LegalEase since October 2015.  Except as expressly admitted, ROSS denies the allegations in Paragraph 34.

35.    Paragraph 35 states a legal conclusion to the extent it states, characterizes, or refers to any action as infringing, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Paragraph 35 states a legal conclusion as to whether any "Westlaw Content" is subject to copyright protection, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Paragraph 35 states a legal conclusion to the extent it states, characterizes, or refers to ROSS "copied" any purported copyrighted material, to which no response is required.  Otherwise, ROSS denies the allegations in Paragraph 35.

36.    ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

A507

37.     Paragraph 37 states a legal conclusion to the extent it states, characterizes, or refers to any action as infringing, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Paragraph 37 states a legal conclusion as to whether any "Westlaw Content" is subject to copyright protection, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Otherwise, ROSS denies the allegations in Paragraph 37.

38.     Paragraph 38 states a legal conclusion to the extent it states, characterizes, or refers to any action as infringing, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Paragraph 38 states a legal conclusion as to whether any content is subject to copyright protection, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Otherwise, ROSS denies the allegations in paragraph 38.

39.     Paragraph 39 states a legal conclusion to the extent it states, characterizes, or refers to any action as infringing, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.  Paragraph 39 states a legal conclusion as to whether any "Westlaw Content" is subject to copyright protection, which is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time. Otherwise, ROSS denies the allegations in Paragraph 39.

## CLAIMS FOR RELIEF

### COUNT I
**Copyright Infringement (17 U.S.C. *et seq.*)**

40.     ROSS incorporates by reference its responses to each and every allegation above as if fully set forth herein.

A508

A509

41.     Paragraph 41 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.

42.     Paragraph 42 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.

43.     Paragraph 43 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.

44.     Paragraph 44 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.

45.     Paragraph 45 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.

46.     Paragraph 46 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.

47.     Paragraph 47 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.

48.     Paragraph 48 is subject to ROSS's motion to dismiss, and therefore no response is appropriate at this time.

**COUNT II**
**Tortious Interference with Contract**

49.     ROSS incorporates by reference its responses to each and every allegation above as if fully set forth herein.

50.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

51.     ROSS denies the allegations in paragraph 51.

A509

52. ROSS admits Plaintiffs denied ROSS direct access to Westlaw. Except as expressly admitted, ROSS denies the allegations in Paragraph 52.

53. ROSS denies the allegations in paragraph 53.

## PRAYER FOR RELIEF

ROSS denies that Plaintiffs are entitled to any relief whatsoever, specifically including the relief specified in its Prayer for Relief.

## JURY DEMAND

ROSS admits that Plaintiffs have demanded a jury trial on all issues triable to a jury.

## DEFENSES

ROSS sets forth its defenses below, and in doing so, ROSS does not allege or admit that it has the burden of proof and/or persuasion with respect to any of these matters, and does not assume the burden of proof and/or persuasion as to any matters to which Plaintiffs bear such a burden. ROSS reserves its right to amend its Answer to assert other defenses as they may become known.

### FIRST DEFENSE
### (Failure to State a Claim for Tortious Interference with Contract)

Plaintiffs' tortious interference with contract claim fails to state a claim upon which relief can be granted.

### SECOND DEFENSE
### (Double Recovery)

Recovery on any alleged tortious interference by ROSS with the contract between LegalEase and Plaintiffs is barred due to the double recovery. Plaintiffs would receive, having already sued and entered in a consent judgment with LegalEase for LegalEase's alleged breach of its contract with Plaintiffs.

A510

### THIRD DEFENSE
### (Statute of Limitations)

Plaintiffs' tortious interference with contract claim is barred under California's two-year statute of limitations.

### FOURTH DEFENSE
### (Good Faith)

ROSS's actions were taken in good faith, in reliance upon information provided by LegalEase's representatives, agents, and/or employees, and with a reasonable belief that such actions were legal, appropriate and necessary.  The conduct alleged to be in violation of a statute, if any such conduct occurred, was purely unintentional, and occurred, if at all, despite ROSS's reasonable and appropriate efforts to avoid any such violation.

### FIFTH DEFENSE
### (Equitable Doctrines – Consent, Waiver, Laches and Estoppel)

Plaintiffs' tortious interference with contract claim is barred, in whole or in part, by equity and the doctrines of consent, waiver, laches, and estoppel.

### SIXTH DEFENSE
### (Tort of Another)

Without admitting any liability and without admitting that Plaintiffs have suffered any loss or damage whatsoever, Plaintiffs tortious interference with contract claim is barred, in whole or in part, by the intervening tort of a third-party, for which ROSS is not liable.

### SEVENTH DEFENSE
### (Equitable Doctrines – No Injunction)

Plaintiffs are not entitled to injunctive relief because any alleged injury to Plaintiffs is not immediate and irreparable, and Plaintiffs have an adequate remedy at law.

A511

## DEFENDANT ROSS INTELLIGENCE INC.'S AMENDED COUNTERCLAIMS

1.     This is a case about the public right of access to the rules of our democracy and Westlaw's anticompetitive tactics to keep "the public law" from most Americans and maintain its monopoly.

2.     "The public law" is the decisions of federal and state courts, the laws enacted, and the administrative guidance. This is the material we the people reference when saying that ours is a government of laws, not of men.

3.     The right to access to the public law has been well-recognized by courts throughout the nation for hundreds of years.

4.     Nevertheless, as every judge, law clerk, professor, practicing lawyer, paralegal, law student, and other participant in the legal ecosystem knows, when it comes to accessing the public law, Westlaw is king.

5.     Counterdefendants market and sell Westlaw, which controls over 80% of the market for legal search platform products. Westlaw's[2] status as king of legal search has been unchallenged for more than a century. Westlaw's control over legal search is not only enduring, it is incredibly lucrative – Counterdefendants reap billions in revenue at supra-competitive prices. As a result, most Americans have no way to credibly search the public law and are forced to rely on others to understand the rules of our democracy.

6.     Counterclaimant ROSS Intelligence Inc. ("ROSS") is a nascent competitor in the market. ROSS built a robust and intuitive legal search engine that uses artificial intelligence and other technology with the goal of making the public law accessible to every American. ROSS

---

[2] Counterdefendants Thomson Reuters Enterprise GmbH and West Publishing Corp. are herein referred to as "Counterdefendants" or "Westlaw."

- 11 -

A512

A513

secured substantial investment to develop and launch its product. The legal technology community uniformly recognized that ROSS's product was poised to reshape the market.

7.    Ultimately – despite substantial venture capital investment, disruptive technology, and widespread enthusiasm – ROSS never really had a chance.  ROSS brings this antitrust case against Westlaw for engaging in an exclusionary and anticompetitive course of conduct to maintain its monopoly and restrain trade. This conduct both harmed ROSS and injured American consumers by depriving them of access to the public law.

8.    ROSS will show that Westlaw does not maintain its exalted status in legal search through innovation or procompetitive business practices.  To the contrary, at its essential core, the Westlaw platform has not kept up with technological advances and its search functionality is substantially behind the search functionality offered in other products.

9.    Instead, Counterdefendants use anticompetitive sales and licensing regimes supported by a web of sham copyrights and intimidation tactics to crush potential rivals like ROSS.  As a result, despite massive advances in technology, including the advent of the Internet and artificial intelligence, not a single credible threat to Westlaw dominance has emerged.

10.    To end those anticompetitive practices, bring competition to the market, increase consumer welfare, and make the public law really and truly available to the public, ROSS asserts the following amended counterclaims.

<u>**NATURE OF THE ACTION**</u>

11.    ROSS seeks injunctive and monetary relief for Counterdefendants' exclusionary conduct to maintain monopoly control in violation of Section 2 of the Sherman Act.

12.    ROSS seeks injunctive and monetary relief for Counterdefendants' anticompetitive practices and agreements in violation of Section 1 of the Sherman Act.

A513

13. ROSS also seeks injunctive and monetary relief for Counterdefendants' unfair business practices in violation of the California Unfair Competition Law.

14. Finally, ROSS seeks declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202, preliminary and permanent injunctive relief, and other necessary and proper relief, enjoining Counterdefendants from impeding ROSS's publication of any public law, and from alleging that ROSS has tortiously interfered with any contract.

## PARTIES

15. ROSS is a corporation organized under the laws of the State of Delaware, having a principal place of business at 650 California Street, San Francisco, California 94108.

16. Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") is a limited liability company having its principal place of business in Zug, Switzerland.

17. West Publishing Corp. ("West") is a Minnesota corporation having its principal place of business at 610 Opperman Drive, Eagan, Minnesota 55123.

## JURISDICTION AND VENUE

18. Based on the allegations in Counterdefendants' complaint filed in this action (herein, the "Complaint"), *see* D.I. 1, there presently exists a justiciable controversy regarding the validity, copyrightability, and ownership of certain content purportedly owned by Counterdefendants.

19. This Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331, and 1338(a), and because ROSS's claims arise under the Copyright Act 17 U.S.C. § 101 *et seq.*, the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq*, and the Sherman Act, 15 U.S.C. § 1 *et seq*.

A514

A515

20.     Counterdefendants are subject to personal jurisdiction in this Court because they have submitted to jurisdiction of the Court by filing the Complaint.

21.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and/or 1400 at least because Counterdefendants have filed the Complaint in this District.

22.     Pursuant to 28 U.S.C. § 1367(a), the Court has supplemental subject-matter jurisdiction over ROSS's state-law claim because this claim is so related to the copyright and antitrust claims herein that it forms part of the same case or controversy.

## **GENERAL ALLEGATIONS**

### **ROSS & Counterdefendants' Complaint**

23.     ROSS is a modern legal search company that has designed a product to provide consumers with simplified access to the public law at affordable prices.

24.     Over years of work, ROSS developed a powerful natural language search engine based on artificial intelligence.  Based on natural language search queries, ROSS's search engine can search through a database of public law and identify legal materials responsive to the query from within the database.

25.     ROSS sold access to its AI-based legal search product for less than $100 per month, a tiny fraction of what Westlaw charges.

26.     Westlaw controls the largest, most comprehensive, and most reliable public law database, but only makes that database available to those who also license its legal search tools through the Westlaw platform.

27.     Westlaw denied ROSS access to the Westlaw platform and thus also the public law database.  According to Westlaw, then, ROSS had to access the public law through smaller, less comprehensive, and less reliable databases.

A515

28.     ROSS looked for alternatives and eventually obtained a degree of access to the public law through small companies called Fastcase and Casemaker.  However, unlike Westlaw, Fastcase and Casemaker makes their public law database available to those who choose not to also license their legal search tools in a bundled product, even if the database purchaser is a competitor.[3]

29.     Once ROSS's AI search engine is connected to a public law database, it can identify cases from within the database after receiving a natural language search query.  ROSS's search engine only searches through the raw public law and not extraneous materials added by other content providers, like Westlaw's key numbers, headnotes, and page numbers.  Indeed, ROSS's training process was specifically designed to be incapable of digesting information that was added to the public law by third parties like Westlaw, including key numbers, headnotes, and page numbers.

30.     ROSS contracted with legal research companies for assistance in training the AI search algorithm, including a small company called LegalEase.  ROSS directed LegalEase to provide researcher-chosen quotes of case law directly from raw judicial opinions.

31.     ROSS explicitly told LegalEase that it did not want any third-party information beyond the LegalEase researcher-chosen quotes of case law from raw judicial opinions.

32.     According to Westlaw's Complaint, LegalEase used the Westlaw platform to conduct legal research and prepare its responses for ROSS.

33.     According to Westlaw's Complaint, when LegalEase accessed the public law through Westlaw in support of the ROSS contract, LegalEase breached its license agreement with Westlaw and was liable.  Also according to Westlaw, when ROSS received and used

---

[3] Fastcase and Casemaker have very recently merged into a single company.  The merger in no way impacts Westlaw's monopoly power.

A516

LegalEase's work product quoting judicial opinions to train its AI technology, ROSS was liable for copyright infringement and tortious interference.

34.     The Westlaw license agreement is a contract of adhesion that must be and is accepted by licensees, including most major legal service providers.  It prohibits copying and distributing significant portions of materials found on Westlaw, even if none of the material is protected under a valid copyright.  The license also prohibits using any material found on Westlaw to support a competitor.

35.     West sued the much smaller LegalEase in Federal Court in Minnesota and extracted a settlement.  Through the lawsuit, West gained access to information from LegalEase and third-party ROSS under a protective order issued by the Minnesota Court.

36.     Westlaw believes that this information supports its Complaint.

37.     One day after the West-LegalEase action was dismissed, Westlaw sued ROSS, without obtaining relief from the Minnesota protective order.

**The Westlaw Platform**

38.     In paragraph 11 of the Complaint, Westlaw describes its platform as "a comprehensive collection of legal information that is easily searchable."  Based on this description and personal knowledge[4], the Westlaw platform bundles two products: (1) a comprehensive database (or digital collection) of the public law and (2) a legal search technology and functionality product – or, for brevity's sake, legal search tools.

---

[4] To the extent that Counterdefendants claim that ROSS's legal team violates the Westlaw license when it uses ROSS's or its own personal knowledge about the Westlaw platform to prepare the Amended Answer, this is, and should be treated as, further evidence that Westlaw is acting in a way that is anticompetitive and violates the public policy goals of the copyright law.

- 16 -

A517

39.     Westlaw has built up its comprehensive collection of public law since the 19th century.  On information and belief, this database is comprehensive because it includes at least every federal and state judicial opinion, statute, and regulation in United States history.

40.     While the opinions are written by judges, the statutes are written by legislatures, and the regulations are written by government agencies, Westlaw asserts a copyright interest in the comprehensive database.

41.     Westlaw asserts that its database is reliable because it is regularly updated with new opinions, legislation, and guidance, and is also regularly audited to confirm its accuracy.

42.     In the 19th Century, and for decades afterwards, Westlaw stored its collection of public law in volumes of hard copy books that could be purchased and updated when new volumes became available.  To the extent possible given physical limitations, Westlaw sought to include all the public law in its voluminous collections.  Today, the public law collection is stored virtually, and made available through a subscription to the Westlaw platform that can be accessed through the Internet.  As the physical limitations are now gone, the digital collection is truly comprehensive.

43.     The public law database made available through Westlaw is a highly valuable product because it is comprehensive and reliable, and because it can be accessed virtually and all at once.  On information and belief, some of the public law available in Westlaw's database is not available anywhere else.  For example, on information and belief, Westlaw had at least at one time, and likely still today, exclusive agreements with governmental agencies to retrieve and ultimately use their governmental edicts for licensing purposes.

44.     Just as importantly, consumers can feel confident when looking for cases in Westlaw's digital collection.  The Westlaw database has been the standard for collecting judicial

opinions, legislation, and regulations since before any currently practicing lawyer was born.  Not only do users know that Westlaw's digital collection includes all the potentially relevant public law, but they also have (in many cases) years and years of experience knowing that Westlaw's collection of public law is complete and reliable.

45.    The Westlaw platform also incorporates a legal search technology and functionality product (the "legal search tools") that can be used to search the public law.  Westlaw legal search tools purport to help users search through large amounts of public law to find desired material.  Just as stock analysts need tools to search through the enormous amount of stock data, lawyers need tools to search through the enormous amount of public law.  According to the Complaint, Westlaw refers to this product as the "Westlaw Content."

46.    According to the Complaint, the "backbone" of the Westlaw legal search tools is the West Key Number System.  The West Key Number System is a "hierarchy" reflecting core concepts in the public law and used to organize the public law.  The Complaint contends that the West Key Number System "is the result of decades of human creativity and choices."

47.    Westlaw purports to maintain copyrights in the West Key Number System, which Westlaw asserts is incredibly valuable.

48.    In reality, the West Key Number System is not copyrightable, irrelevant to most users, and out of sync with how most users perform legal search.  In reality, the West Key Number System is a relic of another time.  The West key numbers have absolutely no creative value and are not novel.  Westlaw did not decide how the law is organized.  Westlaw did not determine the elements of legal claims.  Westlaw did not come up with the structure and organization of legal principles.  These ideas and concepts derive from the common law and the

A519

generations of public legal discourse and thought that are the building blocks of our public legal practice.  Westlaw has no copyright ownership in this.

49.    According to the Complaint, the Westlaw legal search tools also include the West Headnotes and notes of decision.

50.    Westlaw purports to maintain copyrights in the West Headnotes and notes of decision, which Westlaw also asserts are incredibly valuable.  In reality, the West Headnotes and notes of decision are not useful or copyrightable.

51.    In reality, the West Headnotes and notes of decision are hierarchical lists of basic legal concepts that no one owns, ranging in sophistication from verbatim recitations of the public law to simple phrases derived from and closely tracking the verbatim public law.

52.    Westlaw cites its two best examples of allegedly copyrightable headnotes in the Complaint.  Neither example, however, includes any creativity, expression, or interpretation.  The examples are headnotes 7 and 8 for the Supreme Court decision *Harper & Row Publishers, Inc. v. Nation Enterprises*, 471 U.S. 539 (1985).  *See* D.I. 1 ¶ 15.  Headnote 7 is a condensed restatement of analysis within the opinion.  Headnote 8 is a verbatim quote from the opinion.  There are literally thousands of West Headnotes and notes of decision nearly identical to these two.  Westlaw cannot seriously assert a copyright interest in these quotes, and doing so is a blatant violation of the policy interests behind the federal copyright laws.

53.    Westlaw purported at one time to maintain copyrights in the page numbers it added to the public law.  In reality, the Westlaw page numbers are not copyrightable but Westlaw fought that in court.  The Second Circuit affirmed that Westlaw's so-called "star pagination" notations embedded into judicial opinions are not copyright-eligible.  *See Matthew Bender & Co. v. W. Publ. Co.*, 158 F.3d 693 (2d Cir. 1998).

A520

54.     On the same day, the Second Circuit affirmed the same district court's judgment that "additions of certain factual information to the text of [judicial] opinions, including parallel or alternative citations to cases, attorney information, and data on subsequent procedural history" are also not copyright-eligible.  *See Matthew Bender & Co. v. W. Publ. Co.*, 158 F.3d 674 (2d Cir. 1998); *see id.* at 677 ("All of West's alterations to judicial opinions involve the addition and arrangement of facts, or the rearrangement of data already included in the opinions, and therefore any creativity in these elements of West's case reports lies in West's selection and arrangement of this information.  In light of accepted legal conventions and other external constraining factors, West's choices on selection and arrangement can reasonably be viewed as obvious, typical, and lacking even minimal creativity.").

55.     In other words, despite the above and contrary legal decisions, Westlaw continues to maintain that every aspect of the so-called "Westlaw Content" is copyrightable and protected under the Copyright Act.

56.     Westlaw uses its alleged copyrights to restrict access to the public law, protect its monopoly power, stifle innovation, and charge supra-competitive prices.[5]

---

[5] Westlaw's abusive business conduct actually goes very far back – to its very first decades as a corporation.  In 1882, John B. West and his brother established the West Publishing Corporation, with laudable ambitions to provide frontier lawyers with a cheap and efficient means to learn about new cases.  For almost twenty years, West built his company into the nation's leader in legal publishing, in large part because of the method for classifying cases, called the key number system, that met lawyers' expectations, joined established modes of thinking about the law and, thus, had utility.  But in 1899, West suddenly left his company.  Though the reasons are not well known, it is known that in 1908 West gave a scathing speech about the state of legal publishing, and in particular derided the West Publishing Corporation's classification system and its abusive use of unofficial case reporters.  West sought to build a better and fairer publishing company after leaving his former corporation, the Keefe-Davidson Law Book Company, but the new business was never able to get off the ground.  ROSS, not Westlaw, is trying to realize West's laudable ambitions and make the public law truly accessible.  Westlaw instead is following the footsteps of its predecessor-in-interest, and pursuing abusive and exclusionary conduct to

**ROSS' Rise & Fall**

57.    ROSS started in 2014 when two computer scientists at the University of Toronto, a world-leading AI research institute, teamed up with a lawyer to invent a legal search product that makes legal research more intuitive, efficient, and accessible.  The company built its prototype without any funding, and soon thereafter began seeking investors to further develop the product and enter the market.

58.    Investors quickly grew curious.  Lawyers in the United States spend $8 billion on legal research software annually, and the demand for innovative legal search tools that are cheap, simple, reliable, and efficient remains very high.

59.    Owing to the expense and perceived inefficiency in legal services, interest in innovative legal technology has reached a fever pitch.  The American Bar Association recommended in 2016 to establish the Center for Legal Innovation "to reshape the delivery of, and access to, legal services for the 21st century."  *See* www.americanbar.org/groups/centers_commissions/center-for-innovation/AboutUs/.  Since its enactment, the Center has partnered with lawyers, technologists, and innovators to "[e]ncourage and accelerate innovations that improve the affordability, effectiveness, efficiency, and accessibility of legal services."  *Id.*

60.    The Center has pursued several creative lines for technology development and remains active.  For example, the "Legal Tech for Change Project" is a project to expand access to cutting-edge technology for all members of the legal community.  *See* www.americanbar.org/groups/centers_commissions/center-for-innovation/programs-and-projects/.[6]

_____

preserve its market power.  *See* Robert M. Jarvis, John B. West: Founder of the West Publishing Company, 50 A.M. J. Legal Hist. 1 (2008).

[6] ROSS was actually a founding member of the Legal Tech for Change Initiative.  The company has taken a leadership position in expanding the market for legal search platforms to tap into unmet consumer demand and close the legal representation gap.

A522

61. Similarly, the state bars for New York, California, Illinois, and Texas all have committees or subsections that identify and promote new technology that improves access to the public law. As just one example, the State Bar of Texas' Computer and Technology Council has an Emerging Technology working group. *See* sbot.org/about/committees-and-working-groups/.

62. Corporate clients and law firms across the country have also jumped with enthusiasm at the opportunity to identify and ultimately use innovative and powerful legal search products. Corporate legal departments have, for example, established The Corporate Legal Operations Consortium ("CLOC") as a global community of experts focused on redefining the delivery of legal services and the business of law. Law firms have also, for example, established technology committees to identify and evaluate new legal software to use for litigation, corporate, and regulatory matters. These are just a few of the many developments that evidence growing demand for greater choice and innovation in products that support legal research.

63. Moreover, these initiatives are not just passion projects. The market for legal services is in desperate demand for better technology. Since the Great Recession, law firms have been forced to tighten belts and justify costs. Whereas in 2008 law firms recovered over 80% of legal research costs from clients, in 2020 they recovered less than 30%. And over the same period of time, the percentage of law firms that have moved to relying on a single legal search product has increased from around 10% to over 50%. Both trends are expected to continue.

64. Access to adequate legal representation is also seriously deficient because the cost of the law is so high. While Americans with the greatest ability to pay for legal services have options, Americans that have less ability to pay are substantially foreclosed from professional legal services. These Americans have no less of a need for effective legal representation, but cannot pay the high costs. A more competitive market for legal research tools would help to

A523

grow the market for affordable legal services, tap into unmet consumer demand, and significantly close the legal representation gap.

65.   Given the widespread interest in and need for a better, cheaper, and more efficient way to do legal research and ROSS's innovative AI-based approach to legal search, ROSS was offered an opportunity to present to the prestigious start-up incubator, Y Combinator.

66.   After the initial presentation, Y Combinator's leadership was very interested. They saw how ROSS's product could tap into the substantial demand for greater choice and flexibility in legal research tools – and the opportunity to invest in a product that makes legal research simple and intuitive was hard to ignore.  They also understood that a quality AI-based natural language search engine could overcome the training-based switching costs that protect Westlaw's market dominance. However, while they saw the market potential, they also understood the risk that Westlaw would move to protect its strangle grip on the market.

67.   Y Combinator ultimately invested in ROSS.   They recognized that the concentrated market for legal search products means unmet demand and inefficiencies in the legal services community.  And they believed in the extraordinarily valuable and disruptive potential of ROSS's product.  ROSS primarily used the significant financial investment to develop its AI technology for the legal search engine.

68.   As ROSS approached customers, there was widespread support for the company's innovative, AI-based legal search product, and equally strong recognition that such technology could make legal research easier, cheaper, and more accessible.  ROSS received similar praise from the media and major bar associations across the country as well – many hoping and predicting that ROSS would be on the leading-edge of significant market change for the better.

A524

A525

69.     But then customers asked what digital public law collection was connected to the legal search engine.  And this proved to be a serious problem.  ROSS knew that it could not obtain access to Westlaw's database, despite its significant willingness to pay for that product. Westlaw has never offered to license its database separate from its search tools and, in any event, Westlaw had denied ROSS access to the platform as well.

70.     Moreover, there was no practical or reliable way for ROSS to obtain a digital collection of public law on its own.  There are no APIs for public law and no downloadable files to obtain large collections of the public law.  And to this day, government agencies do not generally offer their public law in a downloadable format for free or at market cost.  On information and belief, this is due, in part, to Westlaw having exclusive contracts with government agencies to be the exclusive provider of primary law in a digital format.

71.     So, ROSS instead built its public law database through other sources.  It purchased some cases from Casemaker, and other public law from Fastcase, starting only in bankruptcy, but steadily expanding out to intellectual property law, and labor/employment law as well.  The hope was that ROSS could first build interest from subject-matter-specific legal practitioners, and then with the initial wave of users grow its product until it could offer comprehensive access to the public law.  Given the widespread interest in better and cheaper legal research options, and ROSS's innovative technology, the company did have some success through this practice.  ROSS was able, for example, to secure a license with a large national labor/employment firm.

72.     But ultimately, the spliced-and-put-it-back-together approach to building its public law database just was not adequate.  Even after ROSS made a large investment to partner with Fastcase and fill the gaps in its digital collection, customers were still not convinced.

A525

A526

73.　There was no doubt that ROSS's search engine was incredibly valuable. The problem instead was that the database connected to the search engine lacked what the customer needed. For example, some customers voiced concerns that a substitute database might not be sufficiently comprehensive. Without access to Westlaw's database, they might miss an important older case or an unpublished opinion that would give the opposing counsel an advantage. Or there might be a new decision that has not been added to the database yet. Customers also feared relying on a database that was not viewed in the legal community as reliable and the well-known standard.

74.　These customers instead licensed Westlaw's legal search product solely because it includes Westlaw's well-known digital public law collection. They acknowledged that ROSS's search engine is better than Westlaw's legal search tools, and some even indicated that combining ROSS's search engine with Westlaw's database would produce a better platform than anything available in the market. But these customers, ultimately, were reluctantly willing to use Westlaw's ineffective legal search tools if it meant access to the high-quality database.

75.　ROSS faced this problem everywhere – from solo practitioners to full-service big law firms. To many of these customers, it was not just about the fact that the database connected to ROSS's search engine had less public law, but also the fear of accessing and relying on a newly created digital public law collection. These customers had confidence that Westlaw's database would have the materials they needed through years of using the database and seeing colleagues and classmates use it as well. A new digital public law collection, pulled together by smaller and unknown companies, was too great a risk to bear.

76.　And given this concern, customers would always fall back on Westlaw. They needed to license the Westlaw platform because that is the only way to access Westlaw's

A526

database, and they needed to access Westlaw's database. Even though they did not want to purchase Westlaw's legal search tools as well, they were forced to purchase them, as they had no way to access Westlaw's database without them. And having already being forced to pay for the Westlaw legal search tools through licensing the Westlaw platform, these customers decided that it just did not make sense to license the ROSS product or any other alternative legal search product as well. By making customers take the Westlaw legal search with its database, then, Westlaw keeps other legal search options out of the market.

**The Relevant Markets**

77.    There is a relevant market for legal search platform products ("legal search platforms"). A legal search platform combines a legal search functionality product with a database of public law. The relevant geographic area is the United States.

78.    For some customers, there is currently no substitute for a legal search platform. These customers license legal search products to practice law or for educational purposes. For these customers, if the database is not connected to a legal search tool, then it holds no value. There is too much public law to efficiently and effectively identify the relevant material without search functionality. These customers prefer the convenience and reliability of a bundled platform product.

79.    For other customers, there is a growing interest in unbundled search products, or other flexible options for digital legal research. This nascent demand includes customers like the ABA, state bars across the country, and major law firms, which have a desire to develop new technologies that can lower costs, improve efficiency, add greater flexibility, and tap into substantial unmet demand. For these customers, legal search tools could be a valuable product

A527

A528

as long as the technology exists to allow the consumer to combine the tools with a public law database.

80.    Consequently, there are relevant markets for public law database products and legal search technologies in the United States.  Customers in these markets include both end-users like law firms, intermediate buyers like bar associations that seek to expand access to the law, and intermediate buyers like ROSS that need access to a database to develop, test and market their platform products.

81.    In the market for legal search platforms, Westlaw and ROSS are competitors.

**Monopoly Power**

82.    Westlaw has both market and monopoly power in the market for legal search platforms.

83.    In a 2020 trade survey, 83% of responding United States law firms reported having a Westlaw license.  Among AmLaw 100 firms, which account for well over 80% of legal revenue in the United States, this license-share rises to 95%.

84.    The extraordinarily strong license-share is also likely to maintain over time.  Only 1% of responding law firms reported that they are "extremely likely" to eliminate their Westlaw license once the contract expires, and only 4% more responded that they are "moderately likely" to do so.  Given that the share of law firms only using one legal search product has increased five-fold in the last decade, and given that this trend is predicted to continue, Westlaw can confidently expect that it will continue to be licensed by nearly every law firm across the country for years to come, even while those firms discard alternative products.

85.    Westlaw also accounts for the majority of legal information spending among U.S. law firms, and well more than double the closest rival.  These ratios have been the same since at

A528

least 2018, and also remain stable when law firms project three years into the future.  The survey also reports that Westlaw is considered "essential" by at least 43% of respondents.

86.    A 2020 trade report similarly states that Westlaw is the platform most often used by small, midsize, and big law firms, and that this dominant position has been stable since the earliest date where data is available.   The report also indicates that Westlaw has market dominance within law schools, where students are trained on how to use the platform.

87.    Westlaw's control over licenses and revenue has been stable despite consistently requiring customers to pay significantly higher prices than any of its rivals.  Westlaw charges AmLaw 100 law firms millions of dollars a year.  Each search on the platform for a mid-size or big law firm costs up to $172, which is almost double the cost-per-search for its closest rival. The price difference quickly expands as the number of lawyers at the firm, and the number of searches each lawyer completes, increases.  Moreover, this Westlaw price represents a 20% increase compared to what Westlaw charged in 2020.  Westlaw has been steadily increasing its prices even while the costs of cloud computing and storage have steadily fallen.

88.    The difference is present amongst small firms as well. Westlaw charges solo practitioners that accept a three-year subscription plan $396 per month, with 5% annual price increases, over twice the amount that the closest rival charges under a similar three-year plan.

89.    Given that the United States legal information market is $8 billion per year, Westlaw is reaping billions in revenue due to their monopoly position.

90.    Westlaw's power in the legal search platform market is protected by substantial barriers to entry and expansion.  Importantly, Westlaw's monopoly in legal search is protected by significant lock-in and high switching costs, network effects, and differential pricing practices for separate consumer bases.

A529

91.     Westlaw offers its platform and training support to those entering the legal market like law students for free to "get them hooked." Westlaw also expends significant resources to provide training and other support to licensees. Once users have expended the energy and resources to build the skills to use a specific platform, it is highly unlikely that those users will make the choice to switch to another. Indeed, this is one reason why it's so common to hear a lawyer say "I use Westlaw" and who has almost no experience with another platform. Law schools hold classes where students learn how to use Westlaw because the platform has become a seeming prerequisite for every law job.

92.     Westlaw's dominant market position has also seeped into the judiciary. The Local Rules for many courts (including this one) expressly refer to Westlaw when stating how to cite to cases.

93.     Westlaw's differential pricing for separate consumer bases facilitates the lock-in. Westlaw offers different prices for access to the same or substantially similar material. Most notably, on information and belief, Westlaw licenses the platform to law schools and governments essentially for free, while Westlaw licenses the platform to large law firms on a very expensive pay-per-search basis.

94.     And network effects amplify the switching costs. As more people use a particular legal search platform, its value to existing participants rises, incentivizing more to join. The study and practice of law is collaborative. Identifying and understanding the right cases or statutes to apply to a particular fact pattern is a complex task. Often, the best way to figure out a problem is to work with others, which includes providing advice and suggestions on materials to search and how to complete a search. These collaborative processes are made easier when the team members are using the same platform for research. For example, it is easier to help a

A530

colleague, co-clerk, or classmate find the right case when you know the search terms that work and have experience with the search tools.

95.    Together, these characteristics substantially increase the barriers to entry and expansion for actual and potential rivals in legal search platforms and protect Westlaw's market position.

96.    Westlaw also has significant and durable market and monopoly power in the market for public law database products.

97.    No other available public law database product is as comprehensive as Westlaw's product.  Westlaw can guarantee that its database has every judicial opinion, every statute, and every regulation that has ever been published, unlike anyone else.

98.    In addition, no other available public law database product is as reliable.  Westlaw has effective mechanisms in place that are not available to other competitors to ensure that all new public law is quickly added to its database, and to ensure that mistakes in the database are efficiently identified and corrected.

99.    Westlaw's database power is also protected by the Westlaw brand.  Consumers know that Westlaw has been building its public law collection for over one hundred years, and that it is comprehensive and reliable.  Consumers thus also know that if they pursue a legal research question for long enough – despite the fact that the research is probably taking longer than is needed because the legal search tools are just not that good – they eventually can find the right case.  This level of reassurance is unique to Westlaw.  In an industry where legal research can be the difference between keeping or losing a client, winning or losing a case, or even being sanctioned for failure to uphold professional responsibilities or not – people feel compelled to go with what everyone has used before (*i.e.*, Westlaw).

A531

100.    This level of reassurance is also extraordinarily powerful, and only Westlaw can offer it.

**The Exclusionary Conduct**

101.    Westlaw has not maintained its monopoly power in the market for legal search platforms by legitimately building on its historical advantage through product innovation and investment.  Instead, Westlaw has engaged in an intentional anticompetitive and exclusionary course of conduct to enhance entry barriers and raise costs to rivals.  This course of conduct has reduced consumer choice and competition and stifled innovation – depriving the public of efficient, convenient, and affordable access to the public law.

102.    Westlaw uses restrictive licensing conditions to foreclose rivals from access to the relevant markets.  Westlaw's exclusionary conduct is grounded in its anticompetitive business model, which only provides customers with access to its valuable database product through the integrated platform. This business model is akin to a tying scheme that raises entry barriers in the relevant markets and allows Westlaw to monopolize the distribution of public law.

103.    This restrictive condition is drafted into section 1(a) of the "Research Subscriber Agreement" (herein, the "Agreement"), which Westlaw states in the Complaint all platform users must follow.[7]   The Agreement is a contract of adhesion, and it defines "Data" to include "all information and representations of information, including but not limited to, graphical representations, and other content made available to [users] through the Product."

---

[7] Counterdefendants appended the Research Subscriber Agreement to their Brief in Opposition to ROSS's Motion to Dismiss the Complaint.  *See* D.I.s. 16, 16-1.  The Research Subscriber Agreement did not accompany the Complaint.

A532

104.    Moreover, on information and belief, Westlaw has never provided consumers with an option to only license the public law database, or to only license the legal search tools, and does not plan to ever provide such an option.

105.    Due to this licensing condition, customers that seek access to Westlaw's highly valuable public law database are forced to also license the significantly less valuable Westlaw legal search tools.  It is not possible to only license one and not the other.  Customers that strongly prefer the better legal search tools that competitors offer are forced to buy Westlaw's ineffective legal search tools to get access to Westlaw's database.  Given the significant cost to license Westlaw's platform, these customers are unwilling to spend on yet another product.

106.    These restrictive licensing conditions stifle innovation as well.  But-for Westlaw's refusal to separately license its digital public law collection, new companies would find ways to incorporate Westlaw's database into their products, or build technology that allows their search engines to be compatible with Westlaw's database.  The refusal thus seriously harms consumer welfare both by forcing customers to purchase products they do not want, as well as raising the price and reducing output in the relevant markets for legal search products.

107.    Westlaw also uses restrictive licensing conditions to exclude rivals from valuable research and development opportunities.  Westlaw blocks rivals from getting anywhere close to its Westlaw platform and the digital collection therein.  Westlaw admits this in paragraph 28 of the Complaint when it remarks that even if ROSS sought to license the Westlaw platform, Westlaw "would not [] grant" ROSS "access to Westlaw" and its "vast amounts of legal content."  This exclusion is also drafted into the Agreement's restrictive terms about how users may use, store, and disseminate material found on the platform.  Westlaw states this succinctly in

A533

paragraph 19 of the Complaint, which sums up these terms of the Agreement as together "expressly prohibit[ing] [licensees] from using [the platform] to create a competitive product."

108.    Due to these licensing conditions, rivals are not allowed to license Westlaw, and are also not allowed to contract with Westlaw platform licensees to perform legitimate business activities, including to develop or test their own products. Westlaw denies rivals any path for access even if those rivals are willing to pay Westlaw's commercial rates for access. This behavior has no procompetitive justification. This exclusionary conduct reduces entry from high-quality products, deters legitimate business activities, and depresses the competitive pressure to innovate. Though we have seen limited entry into the relevant markets from firms like Fastcase, Casemaker, and Casetext, these firms have struggled to gain traction or to constrain Westlaw's monopoly.[8]

109.    The general market impact of these restrictive conditions is just as severe. Indeed, a licensing agreement that "expressly prohibit[s] [licensees] from using [the platform] to create a competitive product" has the effect of prohibiting huge swaths of competitive activity in the legal business profession. Practicing lawyers violate the Agreement when they help incorporate, finance, and defend through litigation market competitors; corporate counsel violate the Agreement when they rely on Westlaw to build state-surveys that include information already on the platform; law professors violate the Agreement when they rely on Westlaw to prepare material for an upcoming casebook.

110.    Westlaw's licensing conditions also illegitimately expose rivals to extraordinarily high professional and reputational risk. The government edicts and public law database are so

---

[8] Due to advancements in information digitalization, it is curious – and, indeed, astonishing – that the legal industry is one of the last remaining spaces where consumers need to pay for access to information.

A534

severely co-mingled with the Westlaw legal search tools that it is impossible for a licensee to use Westlaw materials in legitimate ways without also risking a copyright lawsuit. The key numbers and headnotes cannot be separated from the government edicts either when viewed on the platform or printed. When viewing or printing the government edicts, the key numbers and headnotes are only a small part of the overall content and, in that context, are superfluous and not reproduced or used in any manner that would impact demand for key numbers or headnotes. Yet, nonetheless, Westlaw leverages the key numbers and headnotes to wrongfully and unfairly extend its alleged copyrights in those materials to control the unprotectable government edicts. Westlaw makes it impossible to separate the public law from Westlaw add-ons, even when the user does not want the add-ons. And the design and layout of Westlaw creates material confusion and uncertainty about what is a government edict and what is not. Upon information and belief, this is by design, in order to provide Westlaw practical control over the full content of the public law, despite the fact that the public law is not owned by Westlaw and Westlaw has no right to control it. Given these licensing and technical conditions, it is not difficult for Westlaw to find a way to sue its rivals for copyright infringement. And in fact, on information and belief, Westlaw has a long practice of aggressively pursuing such claims.

111.    Importantly, though, Westlaw is not advancing a legitimate interest in intellectual property rights through such filings. Instead, these lawsuits are a complete sham, brought to police the exclusionary platform access policies. Westlaw knows that its copyright assertions and claims are objectively baseless, as there is no dispute that government edicts and a comprehensive database are not copyright-eligible. It pursues these claims to force rivals into unnecessary, expensive legal fights solely to raise entry barriers, particularly to destroy nascent rivals before they can gain a toehold in the relevant markets.

A535

112. This is exactly what happened to ROSS. ROSS was beginning to build an enthusiastic user base in 2019 and become a market competitor. The company had just put a significant investment into building its spliced-and-put-back-together digital public law collection, and was receiving enthusiasm from the media and consumers fed up with Westlaw's high prices and low-quality search tools.

113. It was only a few months thereafter that Westlaw pounced. In a sense, Westlaw's anticompetitive course of conduct has been successful. To its own benefit, but everyone else's loss.

114. There is no procompetitive justification for any of Westlaw's exclusionary acts. The only justifications for Westlaw's conduct are to maintain its monopoly control and to restrain trade. As a result, consumer welfare is significantly harmed. And just as importantly, access to justice is substantially denied.

115. ROSS was ultimately forced to exit the market, becoming the latest victim of Westlaw's anticompetitive practices. Its unfortunate experience illustrates how Westlaw uses exclusionary tactics to harm nascent rivals, deter investment and entry, and protect its market position.

**COUNT I**
**(Declaratory Judgment of No Valid Copyrights in the Westlaw Content)**

116. ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 115 above.

117. In its Complaint, Counterdefendants allege, *inter alia*, that ROSS directly and indirectly infringes the "Westlaw Content" by reproducing and creating a creative work based on Counterdefendants' content.

A536

118.    It is well established in American law that judicial opinions and federal and state laws, including administrative rules and regulations, are not copyrightable, and must remain public as a matter of due process. *See Wheaton v. Peters*, 33 U.S. (8 Pet.) 591 (1834); *Banks v. Manchester*, 128 U.S. 244 (1888); *Davidson v. Wheelock*, 27 F. 61 (C.C.D. Minn. 1866) (holding publisher cannot copyright state statutes, even if state purports to give exclusive publishing rights); *Howell v. Miller*, 91 F. 129 (6th Cir. 1898) ("no one can obtain the exclusive right to publish the laws of a state") (Harlan, J., sitting by designation); *Nash v. Lathrop*, 142 Mass. 29, 6 N.E. 559 (Mass. 1886) ("Every citizen is presumed to know the law thus declared, and it needs no argument to show that justice requires that all should have free access to the opinions, and that it is against sound public policy to prevent this, or to suppress and keep from the earliest knowledge of the public the statutes or the decisions and opinions of the justices."). *See generally* L. Ray Patterson & Craig Joyce, Monopolizing the Law: The Scope of Copyright Protection for Law Reports and Statutory Compilations, 36 UCLA L. Rev. 719 (1989), and cases cited therein.

119.    Indeed, "[a]s a matter of longstanding public policy, the U.S. Copyright Office will not register a government edict that has been issued by any state, local, or territorial government, including legislative enactments, judicial decisions, administrative rulings, public ordinances, or similar types of official legal materials." Compendium of U.S. Copyright Office Practices, Third Edition, Sec. 313.6(C)(2).

120.    ROSS is informed and believes, and on that basis alleges, that Counterdefendants have not contributed any original or creative authorship to the "Westlaw Content."  17 U.S.C. § 102(b); *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340 (1991).  The judicial opinions

A537

and federal and state laws, including administrative rules and regulations, are written by government officials.

121.    ROSS is informed and believes, and on that basis alleges, that Counterdefendants' key number system is a method of operation. *See* 17 U.S.C. § 102(b); *Baker v. Selden*, 101 U.S. 99, 103 (1879).

122.    In view of the foregoing, Counterdefendants have no legal rights, in copyright or contract, exclusive or otherwise, to restrict access to or publication of the judicial opinions, notes on decisions, headnotes, federal and state laws, including administrative rules and regulations, or any aspect of the Westlaw Content.

123.    Thus, ROSS seeks declaratory judgment that Counterdefendants have no basis from which to prohibit ROSS from copyright, reproducing, or otherwise creating derivative works in the judicial opinions, notes on decisions, headnotes, federal and state laws, including administrative rules and regulations, or any aspect of the Westlaw Content, in its subscription legal research service.

124.    Accordingly, and as evidenced by the Complaint demanding ROSS cease reproduction, publication or any other use of certain content, an actual justiciable controversy exists as to the parties' respective rights in connection with judicial opinions, and with the laws, rules, and regulations of any other State or the Federal Government, and the Westlaw Content, as to which Counterdefendants now claim or might hereafter claim any exclusive right, including the rights to use, license, publish, and distribute such laws, rules, and regulations.

125.    To resolve the uncertainty raised by the Counterdefendants, and to afford ROSS relief from the uncertainty and controversy that the Counterdefendants' assertions have precipitated, ROSS seeks a declaratory judgment that Counterdefendants have no protectable

A538

exclusive rights in the judicial opinions, notes on decisions, headnotes, federal and state laws, including administrative rules and regulations, or any aspect of the Westlaw Content, in either contract or copyright.

## COUNT II
### (Declaratory Judgment of Non-Infringement)

126. ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 125 above.

127. ROSS's use of LegalEase researcher-chosen quotes of case law directly from raw judicial opinions does not infringe any copyrights that Counterdefendants claim to have in any "Westlaw Content," including because the judicial opinions and direct excerpts thereof are not entitled to copyright protection under the Copyright Act (17 U.S.C. § 101 *et. seq*.), government edicts doctrine, and the First Amendment of the United States Constitution.

128. There is no basis upon which Counterdefendants can allege copying of copyrighted material in the "Westlaw Content," or any other act of infringement encompassed by the Copyright Act.

129. There is no basis upon which Counterdefendants can allege indirect copyright infringement of copyrighted material in the "Westlaw Content," whether by inducing infringement, contributing to infringement or any other theory of indirect infringement encompassed by the Copyright Act.

130. As evidenced by the allegations in the Complaint and in these Counterclaims, there is now an actual, substantial, and continuing justiciable controversy between ROSS and Counterdefendants with respect to the alleged infringement of any valid copyrights in the Westlaw Content.

A539

A540

131.    To resolve the uncertainty raised by the Counterdefendants, and to afford ROSS relief from the uncertainty and controversy that the Counterdefendants' assertions have precipitated, ROSS seeks a declaratory judgment that ROSS has not infringed, directly or indirectly, upon any of the Counterdefendants alleged rights in the Westlaw Content.

## COUNT III
### (Declaratory Judgment of Fair Use)

132.    ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 131 above.

133.    ROSS's use of LegalEase researcher-chosen quotes of case law directly from raw judicial opinions constitutes a fair use under 17 U.S.C. § 107.

134.    To the extent Counterdefendants can allege copying of copyrighted material in the "Westlaw Content," or any other act of infringement encompassed by the Copyright Act, such constitutes a fair use under 17 U.S.C. § 107.

135.    There is no basis upon which Counterdefendants can establish that any alleged act of infringement is not barred by the doctrine of fair use pursuant to 17 U.S.C. § 107, in view of the nature of the works asserted by Counterdefendants and covered by the asserted copyrights, the amount (if any) and substantiality of the portions of such works used in relation to the works as a whole, the purpose and character of any use thereof, and the effect, if any, of such use on the potential market for the works.

136.    As evidenced by the allegations in the Complaint and in these Counterclaims, there is now an actual, substantial, and continuing justiciable controversy between ROSS and Counterdefendants with respect to the alleged infringement of any valid copyrights in the Westlaw Content.

A540

A541

137. To resolve the uncertainty raised by the Counterdefendants, and to afford ROSS relief from the uncertainty and controversy that the Counterdefendants' assertions have precipitated, ROSS seeks a declaratory judgment that any allegedly infringing act by ROSS or LegalEase constitutes fair use and, therefore, does not constitute direct or indirect infringement.

## COUNT IV
### (Declaratory Judgment of Copyright Misuse)

138. ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 137 above.

139. Copyright protection exists "to promote the Progress of Science and the useful Arts."

140. Copyrights should not be enforced when such enforcement does not fulfill the Constitutional purpose of copyright protection.

141. Counterdefendants have utilized the Westlaw Content and the asserted copyrights in the Westlaw Content in an anticompetitive, wrongful, unfair and exclusionary manner.

142. The key numbers and headnotes cannot be separated from the government edicts either when viewed on the platform or printed. In this way, and through their unfair licensing practices, Counterdefendants leverage the key numbers and headnotes of the Westlaw Content to wrongfully and unfairly extend their alleged copyrights in those materials to control the unprotectable government edicts.

143. Counterdefendants' use of the Westlaw Content and the asserted copyrights in the Westlaw Content does not comport with the Constitutional purposes of copyright protection.

144. As evidenced by the allegations in the Complaint and in these Counterclaims, there is now an actual, substantial, and continuing justiciable controversy between ROSS and

A541

A542

Counterdefendants with respect to the alleged infringement of any valid copyrights in the Westlaw Content.

145.   To resolve the uncertainty raised by the Counterdefendants, and to afford ROSS relief from the uncertainty and controversy that the Counterdefendants' assertions have precipitated, ROSS seeks a declaratory judgment that Counterdefendants' assertion of and practices regarding the Westlaw Content and the asserted copyrights in the Westlaw Content constitute copyright misuse.

146.   As a result of Counterdefendants' misuse of their copyrights, Counterdefendants' copyrights should be invalidated, and ROSS is entitled to appropriate attorneys' fees and costs.

### COUNT V
### (Declaratory Judgment of No Tortious Interference with Contract)

147.   ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 146 above.

148.   As evidenced by the allegations in the Complaint and in these Amended Counterclaims, there is an actual and ongoing controversy between ROSS and Counterdefendants as to whether ROSS tortiously interfered with LegalEase's contract with Counterdefendants.

149.   Counterdefendants' claim requires a showing that LegalEase had a contract with Counterdefendants, that ROSS knew of the existence of this contract, that ROSS intentionally instructed LegalEase to breach the contract without justification, that Counterdefendants were harmed, and that ROSS's conduct was a substantial factor in Counterdefendants' harm.

150.   ROSS did not direct or in any way encourage LegalEase to breach any third-party contract, including without limitation LegalEase's contract with Counterdefendants.   ROSS

further did not direct or control LegalEase conduct in connection with researching and obtaining raw judicial opinions.

151.   For these reasons, ROSS maintains that it did not tortiously interfere with any contract between LegalEase and Counterdefendants.

152.   To resolve the uncertainty raised by the Counterdefendants, and to afford ROSS relief from the uncertainty and controversy that the Counterdefendants' assertions have precipitated, ROSS seeks a declaratory judgement that ROSS did not tortiously interfere with Counterdefendants' contract with LegalEase.

## COUNT VI
### (Sherman Act § 2:  Unlawful Monopoly Maintenance in the Legal Search Platforms Market)

153.   ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 147 above.

154.   Counterdefendants' conduct violates Section 2 of the Sherman Act, which prohibits the "monopoliz[ation of] any part of the trade or commerce among the several States, or with foreign nations."  15 U.S.C. § 2.

155.   The market for legal search platforms is a valid antitrust market.

156.   Counterdefendants hold monopoly power in this market.

157.   Counterdefendants unlawfully maintain their monopoly power in this market through the exclusionary acts described herein.  These exclusionary acts serve no legitimate or procompetitive purpose that could justify their anticompetitive effects.

158.   Counterdefendants' conduct affects a substantial volume of interstate commerce.

159.   Counterdefendants' conduct has substantial anticompetitive effects, including increased prices and costs, lower output, and reduced innovation and quality of product options.

A543

160. As a nascent market competitor, ROSS has been harmed by Counterdefendants' anticompetitive conduct in a manner that the antitrust laws were intended to prevent. ROSS has suffered and continues to suffer harm and irreparable injury, and such harm and injury will not abate until an injunction ending Counterdefendants' anticompetitive conduct issues.

161. To prevent these ongoing harms, the Court should enjoin the anticompetitive conduct complained of herein, and should award ROSS monetary damages.

## COUNT VII
### (Sherman Act § 1:  Unreasonable Restraint of Trade in the Legal Search Platforms Market)

162. ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 161 above.

163. Counterdefendants' conduct violates Section 1 of the Sherman Act, which prohibits "[e]very contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations."  15 U.S.C. § 1.

164. The market for legal search platforms is a valid antitrust market.

165. Counterdefendants' unlawfully restrain trade in this market through the anticompetitive acts described herein.  These anticompetitive acts serve no legitimate or procompetitive purpose that could justify their anticompetitive effects.

166. Counterdefendants' conduct and unlawful contractual restraints affect a substantial volume of interstate commerce.

167. Counterdefendants' conduct has substantial anticompetitive effects, including increased prices and costs, lower output, reduced innovation, and reduced quality of product options.

168. As a nascent market competitor, ROSS has been harmed by Counterdefendants' unlawful contractual restraints in a manner that the antitrust laws were intended to prevent.

A544

A545

ROSS has suffered and continues to suffer harm and irreparable injury, and such harm and injury will not abate until an injunction ending Counterdefendants' anticompetitive restraints issues.

169.    To prevent these ongoing harms, the Court should enjoin the anticompetitive conduct complained of herein, and should award ROSS monetary damages.

## COUNT VIII
### (California Unfair Competition Law)

170.    ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 169 above.

171.    Counterdefendants and ROSS both pursue substantial volumes of interstate commerce as well as commerce within the State of California.

172.    Counterdefendants' actions described herein constitute unlawful, unfair, or fraudulent acts or practices in the conduct of business, in violation of California's Business and Professions Code Section 17200 et seq., including actions that are forbidden by other laws.

173.    Counterdefendants' conduct is unlawful, unfair, or fraudulent because it is in violation of Sections 1 and 2 of the Sherman Act, and also in violation of the policy or spirit of the Sherman Act.

174.    Counterdefendants' conduct is unlawful, unfair, or fraudulent because it is in violation of the Copyright Act, and also in violation of the policy or spirit of the Copyright Act.

175.    As a result of Defendants' various acts, ROSS has been harmed and has lost money and property in the form of, among other things, costs to defend itself against the Complaint, costs to bring these counterclaims, and costs to survive in the market in spite of the unfair market conditions.

A545

## COUNT IX
### (Delaware Common Law Unfair Competition)

176. ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 175 above.

177. As established by the facts pled *supra*, ROSS had a business expectancy to sell its legal search platform product in the market, having received encouragement in the industry and indications from customers that they would purchase access to the ROSS platform once it was tied to a reliable database.

178. As discussed *supra*, Westlaw took unfair business actions to prevent ROSS from legitimately earning revenue in the relevant market. These acts were taken with the intent to cause competitive harm and, in certain cases, disparage ROSS.

179. But for Westlaw's unfair business actions, ROSS would have made sales of its product in the relevant market.

180. Counterdefendants' actions described herein constitute unlawful, unfair, or fraudulent acts or practices in the conduct of business, in violation of common law unfair competition laws.

## RELIEF REQUESTED

WHEREFORE, ROSS respectfully requests the following relief:

A. The entry of judgment on the Complaint in favor of ROSS, and against Counterdefendants, with Counterdefendants not being awarded any relief of any kind;

B. The entry of judgment declaring that Counterdefendants do not have valid copyrights in the "Westlaw Content";

C. The entry of judgment declaring that ROSS has not infringed, directly or indirectly, Counterdefendants' copyrights;

A546

D.     The entry of judgment declaring that any alleged use of Counterdefendants' copyrights constitutes fair use;

E.     The entry of judgment declaring that Counterdefendants have engaged in misuse of their copyrights and that Counterdefendants' copyrights are invalidated;

F.     The entry of judgment declaring that ROSS did not tortiously interfere with LegalEase's contract with West; and

G.     Enjoining Counterdefendants' acts in support of its unlawful monopoly maintenance in the market and its unreasonable restraint on trade in the market.

H.     Monetary relief, including all forms of available damages and monetary relief in equity.

I.     The entry of judgment declaring that ROSS is the prevailing party under 17 U.S.C. § 505.

J.     Appropriate attorneys' fees and costs.

K.     Such other and further relief, in law or equity, as this Court deems just and proper under the circumstances.

## <u>JURY DEMAND</u>

Pursuant to Federal Rule of Civil Procedure 38(b) and Local Rule 38.1, ROSS respectfully requests a trial by jury on Plaintiffs' Complaint and on ROSS's Amended Counterclaims for all issues so triable.

A547

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: */s/ Stephanie E. O'Byrne*

Gabriel M. Ramsey
Kayvan M. Ghaffari
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

David E. Moore (#3983)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
sobyrne@potteranderson.com

Mark A. Klapow
Joshua M. Rychlinski
Lisa Kimmel
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

*Attorneys for Defendant ROSS Intelligence, Inc.*

Dated: January 25, 2021
7013450 / 50241

- 47 -

A548

Morris, Nichols, Arsht & Tunnell llp
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
——
(302) 658-9200

Michael J. Flynn
(302) 351-9661
mflynn@morrisnichols.com

Originally Filed:  July 15, 2022
Redacted Version Filed:  July 22, 2022

The Honorable Stephanos Bibas
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE  19801-3570

REDACTED - PUBLIC VERSION

Re:    *Thomson Reuters Enterprise Centre GmbH v. ROSS Intelligence Inc.*,
          C.A. No. 20-613 (SB)

Dear Judge Bibas:

During the course of fact discovery, Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation learned previously unknown facts regarding Defendant ROSS Intelligence Inc.'s ("ROSS") unlawful copying of Plaintiffs' content and tortious interference with Plaintiffs' contracts.  Plaintiffs' Complaint already alleges copyright infringement and tortious interference with contract, and Plaintiffs believe it covers these newly uncovered facts, which they also identified in response to one of ROSS's interrogatories during fact discovery.  Nonetheless, out of an abundance of caution, Plaintiffs respectfully request leave to file the First Amended Complaint to make these new facts explicit.[1]

**A.    Factual Background**

On March 23, 2022, Plaintiffs sought ROSS's permission to amend the Complaint to reflect these new allegations.  *See* Ex. C.  ROSS declined, insisting on seeing a draft of the proposed amendment first.  At that point, however, Plaintiffs had not yet deposed Mr. von Simson.

After weighing the facts uncovered during Mr. von Simson's deposition, Plaintiffs drafted the proposed Amended Complaint, which they sent to ROSS on June 3, 2022, again asking whether it would oppose amendment.  ROSS indicated that it would oppose but refused to meet and confer until the parties were ready to meet and confer on various discovery issues.  *See* Ex. E.  The parties

---

[1]    The First Amended Complaint and a redline against the original Complaint are attached to the Motion to Amend as Exhibits 1 and 2, respectively.

A549

The Honorable Stephanos Bibas                                                                                          Page 2
July 15, 2022

finally met and conferred on June 24, 2022, at which point ROSS again indicated it would oppose on the basis of, vaguely, "prejudice" and "futility." Plaintiffs thus seek leave from the Court to file the Amended Complaint.

### B.    Legal Standard

Federal Rule of Civil Procedure 15(a) contemplates that leave to amend a party's pleadings should be freely granted. *ICU Med., Inc. v. RyMed Techs., Inc.*, 674 F. Supp. 2d 574, 577 (D. Del. 2009) (explaining that the Third Circuit has "a liberal policy favoring the amendment of pleadings") (citing *Dole v. Arco Chem. Co.,* 921 F.2d 484, 487 (3d Cir.1990)). Courts routinely grant motions to amend where, as here, "the proposed amendments clarify and refine Plaintiffs' existing causes of action by including factual content allegedly adduced during discovery, rather than adding new claims or parties." *Wainwright v. City of Sharon*, No. 14-1212, 2016 WL 110015, at *2 (W.D. Pa. Jan. 11, 2016); *see CenterForce Techs., Inc. v. Austin Logistics Inc.*, No. 99-243, 2000 WL 652943, at *6 (D. Del. Mar. 10, 2000); *see also John Wiley & Sons, Inc. v. Golden*, No. 14-942, 2015 WL 716880, at *1–2 (D.N.J. Feb. 19, 2015).

Further, where a party seeks to amend a pleading after the date set forth in the scheduling order, the party must show good cause for modifying the schedule under Rule 16(b). *ICU Med.*, 674 F. Supp. 2d at 577. Courts routinely find good cause where, as here, the information the amending party seeks to add was not confirmed until after the deadline for amendment. *See id.* at 578; *Roquette Freres v. SPI Pharma, Inc.*, No. 06-540, 2009 WL 1444835, at *5 (D. Del. May 21, 2009); *Wainwright*, 2016 WL 110015, at *4.

### C.    Argument

Plaintiffs have shown good cause because the factual allegations forming the basis for the amendment were not known until after the June 3, 2021 deadline for amendment set forth in the scheduling order. ███████████████████████████████████████████████████████ *See Roquette Freres*, 2009 WL 1444835, at *6 (finding good cause where the moving party needed to take certain depositions before moving to amend).

███████████████████████████████████████████████████████████ *See* Ex. D. Thus, Plaintiffs have articulated a reasonable basis for any delay in seeking to amend the Complaint. *See Le v. City of Wilmington*, No. 08-615, 2010 WL 2754253, at *3 (D. Del. July 12, 2010) (granting motion to amend where moving party provided "colorable excuse" for delay, namely that the information underpinning the amendment was difficult to discover); *see also Evonik Degussa GmbH v. Materia Inc.*, No. 09-636, 2011 WL 13152274, at *3 (D. Del. Dec. 13, 2011) ("Plaintiff should not be penalized because it prudently waited to obtain key deposition testimony before filing its proposed amendment."). Plaintiffs were diligent in putting ROSS on notice that Mr. von Simson's conduct was part of their claim, including through their February 7, 2022 interrogatory response, and by conferring on whether ROSS would consent to amendment.

Further, Plaintiffs easily satisfy the permissive requirements for amending the Complaint because there is no undue delay, bad faith, or dilatory motive on Plaintiffs' part, and there is no prejudice to ROSS or futility of amendment. *ICU Med.*, 674 F. Supp. 2d at 577. **First**, Plaintiffs have been diligent in bringing this Motion. Courts routinely find that there is no undue delay where the motion to amend is based on information uncovered during discovery. *See Le*, 2010

A550

The Honorable Stephanos Bibas                                                                      Page 3
July 15, 2022

WL 2754253, at *3; *Roquette Freres*, 2009 WL 1444835, at *1–2 (granting motion to amend based on facts discovered during depositions past cut-off date for amendments).

*Second*, to prove undue prejudice, ROSS "must show that it was unfairly disadvantaged or deprived of the opportunity to present facts or evidence which it would have offered." *ICU Med.*, 674 F. Supp. 2d at 578 (quoting *Bechtel v. Robinson*, 886 F.2d 644, 652 (3d Cir. 1989)). ROSS cannot make such a showing. Indeed, during the meet and confer on June 24, 2022, ROSS could not identify any specific prejudice resulting from this amendment. ROSS "must do more than merely claim prejudice." It must demonstrate *undue* prejudice. *See Bechtel*, 886 F.2d at 652.

To be clear, Plaintiffs are not asserting new or different claims. Plaintiffs' amended allegations undergird the claims already asserted in this litigation.
The same legal claims (*i.e.*, copyright infringement and tortious interference with contract) remain at issue. Accordingly, Plaintiffs' proposed amendment does not create undue prejudice. *See Trueposition, Inc. v. Allen Telecom, Inc.*, No. 01-823, 2002 WL 1558531, at *2 (D. Del. July 16, 2002) ("since [the amended claims] are substantially similar to the [claims] contained in the original complaint, it would be economically beneficial to the parties to resolve all the issues in a single proceeding"). Further, Plaintiffs are not seeking additional discovery. *See Adams v. Gould Inc.*, 739 F.2d 858, 869 (3d Cir. 1984) (non-movant not prejudiced where no additional discovery is required); *Wainwright*, 2016 WL 110015 at *2 (finding no undue prejudice where plaintiffs sought "merely to utilize facts adduced during discovery").

*Third*, Plaintiffs seek to amend for the legitimate purpose of conforming their Complaint to the evidence uncovered during discovery. *See Le*, 2010 WL 2754253, at *3-4 (finding no bad faith or prejudice where "the proposed amendment does not add new allegations but, rather, conforms the pre-existing [] pleadings to the evidence that emerged in discovery"). As a result, Plaintiffs are not acting with "bad faith or dilatory motive." *See Foman v. Davis,* 371 U.S. 178, 182 (1962) ("In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, … undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be freely given.").

*Fourth*, a proposed amendment is futile only if it would not survive a motion to dismiss for failure to state a claim upon which relief could be granted under Federal Rule of Civil Procedure 12(b)(6). *ICU Med.*, 674 F. Supp. 2d at 579 (citing *In re Burlington Coat Factory Sec. Litig.*, 114 F.3d 1410, 1434 (3d. Cir. 1997)). Here, Plaintiffs' claims for copyright infringement claim and tortious inference with contract have *already* survived ROSS's motion to dismiss. As Plaintiffs only seek to add additional facts to support Plaintiffs' existing well-pleaded Complaint, this motion is not futile. That is, the addition of facts cannot make the Amended Complaint futile. *See Burlington*, 114 F.3d at 1434 ("no practical difference, in terms of review, between a denial of a motion to amend based on futility and the grant of a motion to dismiss for failure to state a claim"). For the reasons set forth above, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the proposed First Amended Complaint.

A551

The Honorable Stephanos Bibas                                                      Page 4
July 15, 2022

Sincerely,

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

cc:      All Counsel of Record (via electronic mail)

A552

# EXHIBITS A-D
# REDACTED IN THEIR ENTIRETY

A553

Case 1:20-cv-00613-SB   Document 200   Filed 07/22/22   Page 6 of 8 PageID #: 6131

# EXHIBIT E

A554

**From:** Steinberg, Joachim <JSteinberg@crowell.com>
**Sent:** Friday, June 10, 2022 3:11 PM
**To:** Means, Miranda
**Cc:** ROSS Lit Team; #Thomson-Ross; Flynn, Michael J.; Blumenfeld, Jack; *dmoore@Potteranderson.com1; *bpalapura@potteranderson.com
**Subject:** [EXT] RE: Thomson Reuters v. ROSS - Amended Complaint

Miranda,

ROSS does not consent to the proposed amendment to the Complaint. We are willing to meet and confer with you on the amendment, however, as we have repeatedly requested meet and confers on several issues, ████████ ████████████████████, we believe that the parties should schedule those final meet and confer discussions, as well as any other issues still outstanding, for the same time that we meet and confer on Plaintiffs' proposed amendment.

Kind regards,
Joachim

**Joachim B. Steinberg**
Pronouns: he/him/his
Crowell & Moring LLP
jsteinberg@crowell.com
+1.415.365.7461 direct | +1.917.575.6244 mobile

**From:** Means, Miranda <miranda.means@kirkland.com>
**Sent:** Friday, June 3, 2022 4:25 PM
**To:** Steinberg, Joachim <JSteinberg@crowell.com>
**Cc:** ROSS Lit Team <Rosslitteam@crowell.com>; #Thomson-Ross <thomson-ross@kirkland.com>; mflynn@morrisnichols.com; jblumenfeld@morrisnichols.com; *dmoore@Potteranderson.com1 <dmoore@Potteranderson.com>; *bpalapura@potteranderson.com <bpalapura@potteranderson.com>
**Subject:** Thomson Reuters v. ROSS - Amended Complaint

External Email

Dear Joachim,

████████ █████, Plaintiffs intend to amend their complaint.  Attached is a redline of the proposed amended complaint.  Please let us know if ROSS will consent to Plaintiffs' request, or provide a time when you are available to meet and confer.

Best regards,
Miranda

**Miranda Means**
She/Her/Hers
––––––––––––––––––––––
**KIRKLAND & ELLIS LLP**
200 Clarendon Street, Boston, MA 02116

1

A555

**T** +1 617 385 7419
**M** +1 617 320 9248

miranda.means@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

A556

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | |
| | ) | C.A. No. 20-613-SB |
| Plaintiffs/Counterdefendants, | ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| ROSS INTELLIGENCE INC., | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |

**DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S SECOND AMENDED ANSWER AND DEFENSES AND AMENDED COUNTERCLAIMS IN RESPONSE TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL**

**AMENDED ANSWER**

Defendant ROSS Intelligence, Inc. ("ROSS") hereby responds to the Complaint filed by Plaintiffs Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively, "Plaintiffs").

**NATURE OF THE ACTION[1]**

1.      ROSS denies it illicitly and surreptitiously used a then-Westlaw licensee to acquire access to and copy Plaintiff's content, and that it is attempting to create a business or competing product by taking for itself any features of Westlaw or "Westlaw Content," as defined and alleged by Plaintiffs.  ROSS lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

2.      ROSS denies the allegations in paragraph 2.

---

[1] The section headings in this Answer are provided solely for ease of reference, tracking those used in the Complaint, and do not constitute any part of ROSS's response to the allegations in the Complaint or any form of admission as to the truth of those allegations.

A557

3.      ROSS admits West denied ROSS's direct access to Westlaw.  Except as expressly admitted, ROSS denies the allegations in Paragraph 3.

4.      ROSS denies the allegations in paragraph 4.

5.      ROSS denies the allegations in paragraph 5.

## PARTIES

6.      ROSS denies that "Westlaw Content" is subject to copyright protection. ROSS lacks knowledge or information sufficient to form a belief as to the remaining allegations, and therefore denies them.

7.      ROSS denies that West has any copyrightable creation or authorship in any "Westlaw Content." ROSS lacks knowledge or information sufficient to form a belief as to the remaining allegations, and therefore denies them.

8.      ROSS admits the allegations in paragraph 8.

## JURISDICTION AND VENUE

9.      ROSS admits that the Complaint purports to assert claims arising under the copyright laws of the United States, specially, 17 U.S.C. § 101 *et. seq.*  ROSS denies that this action arises under Delaware law.  ROSS admits that the Complaint purports that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338, and 1367.

10.      ROSS admits that the Complaint purports that venue is proper in this District under 28 U.S.C. §§ 1391(b)(2) and 1400(a).

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

### I.     Plaintiffs and the Creativity of Westlaw

11.      ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

A558

12.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

13.     ROSS admits that the "Abandoned and Lost Property" topic contains the Key Numbers "Nature and elements," "evidence and questions for jury," and "operation and effect." ROSS admits that within the "Nature and elements" Key Number are Key Numbers assigned to the legal issues and points of law "In general," "Intent," and "Acts and omissions" topics. ROSS admits that the "In general" Key Number is delineated 1k1.1, and currently contains 603 cases. Except as expressly admitted, ROSS denies the allegations in Paragraph 13.

14.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

15.     ROSS admits Westlaw contains case law, state and federal statutes, state and federal regulations, law journals, and treatises.  ROSS admits that West Headnotes describe key concepts of a case.  ROSS admits that the Plaintiffs provide an example of West Headnotes and West Key Numbers from the *Harper & Row* case.  ROSS lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

16.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

17.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

18.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

19.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

A559

**II.    Plaintiffs' Valuable Intellectual Property Rights in Westlaw**

20.    ROSS denies the West Headnotes are creative.  Otherwise, ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

21.    ROSS denies the allegations in paragraph 21.

22.    ROSS admits that Exhibit A purports to contain a list of copyright registrations with the United States Copyright Office, but denies that the material registered is copyrightable subject matter.  Otherwise, ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

23.    ROSS denies that the copyrights in Westlaw are valid, and were valid and subsisting at all times affecting the matters complained of herein.  Otherwise, ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

**III.    ROSS Intelligence and Its Infringement of Westlaw**

24.    ROSS admits it was founded in 2015 and is engaged in the business providing judicial opinions to the public through legal research services.

25.    ROSS admits it began by offering research services in bankruptcy and intellectual property law and currently offers research services on case law, statutes, and regulations across all practice areas and all 50 states.

26.    ROSS admits that ROSS's users are able to search for relevant law by posing a question in natural language, as opposed to Boolean terms or key words.  ROSS admits that Paragraph 26 reflects results of a natural language search on ROSS.

27.    ROSS denies the allegations in paragraph 27.

A560

28.     ROSS admits it acquired judicial opinions to develop a legal research platform. Except as expressly admitted, ROSS denies the allegations in Paragraph 28.

29.     ROSS admits it contracted with LegalEase, a legal research and writing support services company.  Except as expressly admitted, ROSS denies the allegations in Paragraph 29.

30.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

31.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

32.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

33.     ROSS admits LegalEase provided legal analysis to ROSS.  Except as expressly admitted, ROSS denies the allegations in Paragraph 33.

34.     ROSS admits it worked with LegalEase for a period starting in October 2015. Except as expressly admitted, ROSS denies the allegations in Paragraph 34.

35.      Paragraph 35 states a legal conclusion to the extent it states, characterizes, or refers to ROSS "copied" any purported copyrighted material, to which no response is required. Otherwise, ROSS denies the allegations in Paragraph 35.

36.     ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

37.     ROSS denies the allegations in Paragraph 37.

38.     ROSS denies the allegations in paragraph 38.

39.     ROSS denies the allegations in Paragraph 39.

A561

### CLAIMS FOR RELIEF

### COUNT I

### Copyright Infringement (17 U.S.C. *et seq.*)

40.    ROSS incorporates by reference its responses to each and every allegation above as if fully set forth herein.

41.    ROSS denies the allegations in Paragraph 41.

42.    ROSS denies the allegations in Paragraph 42.

43.    ROSS denies the allegations in Paragraph 43.

44.    ROSS denies the allegations in Paragraph 44.

45.    ROSS denies the allegations in Paragraph 45.

46.    ROSS denies the allegations in Paragraph 46.

47.    ROSS denies the allegations in Paragraph 47.

48.    ROSS denies the allegations in Paragraph 48.

### COUNT II

### Tortious Interference with Contract

49.    ROSS incorporates by reference its responses to each and every allegation above as if fully set forth herein.

50.    ROSS lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

51.    ROSS denies the allegations in paragraph 51.

52.    ROSS admits Plaintiffs denied ROSS direct access to Westlaw.  Except as expressly admitted, ROSS denies the allegations in Paragraph 52.

53.    ROSS denies the allegations in paragraph 53.

A562

## PRAYER FOR RELIEF

ROSS denies that Plaintiffs are entitled to any relief whatsoever, specifically including the relief specified in its Prayer for Relief.

## JURY DEMAND

ROSS admits that Plaintiffs have demanded a jury trial on all issues triable to a jury.

## DEFENSES

ROSS sets forth its defenses below, and in doing so, ROSS does not allege or admit that it has the burden of proof and/or persuasion with respect to any of these matters, and does not assume the burden of proof and/or persuasion as to any matters to which Plaintiffs bear such a burden.  ROSS reserves its right to amend its Answer to assert other defenses as they may become known.

## FIRST DEFENSE
### (Failure to State a Claim for Tortious Interference with Contract)

Plaintiffs' tortious interference with contract claim fails to state a claim upon which relief can be granted.

## SECOND DEFENSE
### (Double Recovery)

Recovery on any alleged tortious interference by ROSS with the contract between LegalEase and Plaintiffs is barred due to the double recovery. Plaintiffs would receive, having already sued and entered in a consent judgment with LegalEase for LegalEase's alleged breach of its contract with Plaintiffs.

## THIRD DEFENSE
### (Statute of Limitations)

Plaintiffs' tortious interference with contract claim is barred under California's two-year statute of limitations.

- 7 -

A563

### FOURTH DEFENSE
#### (Good Faith)

ROSS's actions were taken in good faith, in reliance upon information provided by LegalEase's representatives, agents, and/or employees, and with a reasonable belief that such actions were legal, appropriate and necessary.  The conduct alleged to be in violation of a statute, if any such conduct occurred, was purely unintentional, and occurred, if at all, despite ROSS's reasonable and appropriate efforts to avoid any such violation.

### FIFTH DEFENSE
#### (Equitable Doctrines – Consent, Waiver, Laches and Estoppel)

Plaintiffs' tortious interference with contract claim is barred, in whole or in part, by equity and the doctrines of consent, waiver, laches, and estoppel.

### SIXTH DEFENSE
#### (Tort of Another)

Without admitting any liability and without admitting that Plaintiffs have suffered any loss or damage whatsoever, Plaintiffs tortious interference with contract claim is barred, in whole or in part, by the intervening tort of a third-party, for which ROSS is not liable.

### SEVENTH DEFENSE
#### (Equitable Doctrines – No Injunction)

Plaintiffs are not entitled to injunctive relief because any alleged injury to Plaintiffs is not immediate and irreparable, and Plaintiffs have an adequate remedy at law.

### EIGHTH DEFENSE
#### (Failure to State a Claim for Copyright Infringement)

Plaintiffs' copyright infringement claim fails to state a claim upon which relief can be granted.

A564

**NINTH DEFENSE**
**(No Copyright Infringement)**

ROSS has not infringed, does not infringe (either directly or indirectly), and is not liable for any valid copyright or copyright rights of Plaintiffs', including without limitation, any copyright rights in the works that are the subject of the asserted copyrights.

**TENTH DEFENSE**
**(Fair Use – Copyright Act)**

ROSS' alleged conduct constitutes fair use pursuant to 17 U.S.C. § 107.

**ELEVENTH DEFENSE**
**(Invalidity or Unenforceability of Copyrights)**

Plaintiffs are not entitled to recover on their purported copyright claim because one or more of Plaintiffs' copyrights are invalid and/or unenforceable, including by reason of lack of originality.

**TWELFTH DEFENSE**
**(Invalidity or Unenforceability of Copyrights)**

Plaintiff's claims are barred since critical part or portions of their alleged protected copyrights are invalid due to consisting of un-protectable idea(s) or processes.

**THIRTEENTH DEFENSE**
**(Invalidity or Unenforceability of Copyrights)**

One or more of Plaintiffs' copyrights have elements taken from the public domain upon which a copyright infringement action cannot be maintained, including under the government edicts doctrine.

**FOURTEENTH DEFENSE**
**(Doctrine of Merger)**

One or more of Plaintiffs' copyrights is barred by the doctrine of Merger.

A565

### FIFTEENTH DEFENSE
### (Doctrine of *Scenes a Faire*)

One or more of Plaintiffs' copyrights is barred by the "scenes-a-faire" doctrine.

### SIXTEENTH DEFENSE
### (Copyright Misuse)

Plaintiffs have engaged in one or more acts that have misused their copyrights including

but not limited to having wrongfully attempted to extend the scope of the limited monopoly granted

by the Copyright Act. Defendants reserve the right to assert one or more antitrust related claims.

### SEVENTEENTH DEFENSE
### (Innocent Infringement)

Defendant's conduct was innocent, non-infringing, and not a willful infringement of

copyright.

### EIGHTEENTH DEFENSE
### (Copyright Section 117 Limitations)

This action is barred by 17 U.S.C. §117 limitations on exclusive rights.

### NINETEENTH DEFENSE
### (Lack of Ownership)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs are not the owner of

one or more Copyrights at issue.

### TWENTIETH DEFENSE
### (Authorized Use, License, Consent Acquiescence)

Plaintiffs' claims are barred, in whole or in part, by license or the doctrine of implied

license because Plaintiffs impliedly or explicitly, directly, or indirectly, authorized, licensed,

consented to, or acquiesced to ROSS's allegedly infringing use of Plaintiffs' works.

A566

## TWENTY FIRST DEFENSE
### (First Sale Doctrine)

This action may be barred by the "first sale doctrine" because if lawfully obtained and possessed one or more of Plaintiff's copyrighted works. 17 U.S.C. §109(a).

## TWENTY SECOND DEFENSE
### (First Amendment)

Plaintiffs' copyright claim is barred to the extent the "Westlaw Content" are protected by the First Amendment of the U.S. Constitution.

## TWENTY THIRD DEFENSE
### (Copyright Preemption)

Plaintiffs' tortious interference claims are preempted or otherwise barred by 17 U.S.C. § 301.

## DEFENDANT ROSS INTELLIGENCE INC.'S AMENDED COUNTERCLAIMS

1.     This is a case about the public right of access to the rules of our democracy and Westlaw's anticompetitive tactics to keep "the public law" from most Americans and maintain its monopoly.

2.     "The public law" is the decisions of federal and state courts, the laws enacted, and the administrative guidance.  This is the material we the people reference when saying that ours is a government of laws, not of men.

3.     The right to access to the public law has been well-recognized by courts throughout the nation for hundreds of years.

4.     Nevertheless, as every judge, law clerk, professor, practicing lawyer, paralegal, law student, and other participant in the legal ecosystem knows, when it comes to accessing the public law, Westlaw is king.

- 11 -

A567

5.      Counterdefendants market and sell Westlaw, which controls over 80% of the market for legal search platform products.  Westlaw's[2] status as king of legal search has been unchallenged for more than a century.  Westlaw's control over legal search is not only enduring, it is incredibly lucrative – Counterdefendants reap billions in revenue at supra-competitive prices. As a result, most Americans have no way to credibly search the public law and are forced to rely on others to understand the rules of our democracy.

6.      Counterclaimant ROSS Intelligence Inc. ("ROSS") is a nascent competitor in the market.  ROSS built a robust and intuitive legal search engine that uses artificial intelligence and other technology with the goal of making the public law accessible to every American.  ROSS secured substantial investment to develop and launch its product. The legal technology community uniformly recognized that ROSS's product was poised to reshape the market.

7.      Ultimately – despite substantial venture capital investment, disruptive technology, and widespread enthusiasm – ROSS never really had a chance.  ROSS brings this antitrust case against Westlaw for engaging in an exclusionary and anticompetitive course of conduct to maintain its monopoly and restrain trade. This conduct both harmed ROSS and injured American consumers by depriving them of access to the public law.

8.      ROSS will show that Westlaw does not maintain its exalted status in legal search through innovation or procompetitive business practices.  To the contrary, at its essential core, the Westlaw platform has not kept up with technological advances and its search functionality is substantially behind the search functionality offered in other products.

---

[2] Counterdefendants Thomson Reuters Enterprise GmbH and West Publishing Corp. are herein referred to as "Counterdefendants" or "Westlaw."

A568

9.    Instead, Counterdefendants use anticompetitive sales and licensing regimes supported by a web of sham copyrights and intimidation tactics to crush potential rivals like ROSS. As a result, despite massive advances in technology, including the advent of the Internet and artificial intelligence, not a single credible threat to Westlaw dominance has emerged.

10.    To end those anticompetitive practices, bring competition to the market, increase consumer welfare, and make the public law really and truly available to the public, ROSS asserts the following amended counterclaims.

## NATURE OF THE ACTION

11.    ROSS seeks injunctive and monetary relief for Counterdefendants' exclusionary conduct to maintain monopoly control in violation of Section 2 of the Sherman Act.

12.    ROSS seeks injunctive and monetary relief for Counterdefendants' anticompetitive practices and agreements in violation of Section 1 of the Sherman Act.

13.    ROSS also seeks injunctive and monetary relief for Counterdefendants' unfair business practices in violation of the California Unfair Competition Law.

14.    Finally, ROSS seeks declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202, preliminary and permanent injunctive relief, and other necessary and proper relief, enjoining Counterdefendants from impeding ROSS's publication of any public law, and from alleging that ROSS has tortiously interfered with any contract.

## PARTIES

15.    ROSS is a corporation organized under the laws of the State of Delaware, having a principal place of business at 650 California Street, San Francisco, California 94108.

16.    Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") is a limited liability company having its principal place of business in Zug, Switzerland.

A569

17.     West Publishing Corp. ("West") is a Minnesota corporation having its principal place of business at 610 Opperman Drive, Eagan, Minnesota 55123.

## JURISDICTION AND VENUE

18.     Based on the allegations in Counterdefendants' complaint filed in this action (herein, the "Complaint"), *see* D.I. 1, there presently exists a justiciable controversy regarding the validity, copyrightability, and ownership of certain content purportedly owned by Counterdefendants.

19.     This Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331, and 1338(a), and because ROSS's claims arise under the Copyright Act 17 U.S.C. § 101 *et seq.*, the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq*, and the Sherman Act, 15 U.S.C. § 1 *et seq*.

20.     Counterdefendants are subject to personal jurisdiction in this Court because they have submitted to jurisdiction of the Court by filing the Complaint.

21.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and/or 1400 at least because Counterdefendants have filed the Complaint in this District.

22.     Pursuant to 28 U.S.C. § 1367(a), the Court has supplemental subject-matter jurisdiction over ROSS's state-law claim because this claim is so related to the copyright and antitrust claims herein that it forms part of the same case or controversy.

## GENERAL ALLEGATIONS

### ROSS & Counterdefendants' Complaint

23.     ROSS is a modern legal search company that has designed a product to provide consumers with simplified access to the public law at affordable prices.

A570

24. Over years of work, ROSS developed a powerful natural language search engine based on artificial intelligence. Based on natural language search queries, ROSS's search engine can search through a database of public law and identify legal materials responsive to the query from within the database.

25. ROSS sold access to its AI-based legal search product for less than $100 per month, a tiny fraction of what Westlaw charges.

26. Westlaw controls the largest, most comprehensive, and most reliable public law database, but only makes that database available to those who also license its legal search tools through the Westlaw platform.

27. Westlaw denied ROSS access to the Westlaw platform and thus also the public law database. According to Westlaw, then, ROSS had to access the public law through smaller, less comprehensive, and less reliable databases.

28. ROSS looked for alternatives and eventually obtained a degree of access to the public law through small companies called Fastcase and Casemaker. However, unlike Westlaw, Fastcase and Casemaker makes their public law database available to those who choose not to also license their legal search tools in a bundled product, even if the database purchaser is a competitor.[3]

29. Once ROSS's AI search engine is connected to a public law database, it can identify cases from within the database after receiving a natural language search query. ROSS's search engine only searches through the raw public law and not extraneous materials added by other content providers, like Westlaw's key numbers, headnotes, and page numbers. Indeed, ROSS's training process was specifically designed to be incapable of digesting information that was added

---

[3] Fastcase and Casemaker have very recently merged into a single company. The merger in no way impacts Westlaw's monopoly power.

A571

to the public law by third parties like Westlaw, including key numbers, headnotes, and page numbers.

30.    ROSS contracted with legal research companies for assistance in training the AI search algorithm, including a small company called LegalEase.  ROSS directed LegalEase to provide researcher-chosen quotes of case law directly from raw judicial opinions.

31.    ROSS explicitly told LegalEase that it did not want any third-party information beyond the LegalEase researcher-chosen quotes of case law from raw judicial opinions.

32.    According to Westlaw's Complaint, LegalEase used the Westlaw platform to conduct legal research and prepare its responses for ROSS.

33.    According to Westlaw's Complaint, when LegalEase accessed the public law through Westlaw in support of the ROSS contract, LegalEase breached its license agreement with Westlaw and was liable.  Also according to Westlaw, when ROSS received and used LegalEase's work product quoting judicial opinions to train its AI technology, ROSS was liable for copyright infringement and tortious interference.

34.    The Westlaw license agreement is a contract of adhesion that must be and is accepted by licensees, including most major legal service providers.  It prohibits copying and distributing significant portions of materials found on Westlaw, even if none of the material is protected under a valid copyright.  The license also prohibits using any material found on Westlaw to support a competitor.

35.    West sued the much smaller LegalEase in Federal Court in Minnesota and extracted a settlement.  Through the lawsuit, West gained access to information from LegalEase and third-party ROSS under a protective order issued by the Minnesota Court.

36.    Westlaw believes that this information supports its Complaint.

A572

37.     One day after the West-LegalEase action was dismissed, Westlaw sued ROSS, without obtaining relief from the Minnesota protective order.

**The Westlaw Platform**

38.     In paragraph 11 of the Complaint, Westlaw describes its platform as "a comprehensive collection of legal information that is easily searchable." Based on this description and personal knowledge[4], the Westlaw platform bundles two products: (1) a comprehensive database (or digital collection) of the public law and (2) a legal search technology and functionality product – or, for brevity's sake, legal search tools.

39.     Westlaw has built up its comprehensive collection of public law since the 19th century. On information and belief, this database is comprehensive because it includes at least every federal and state judicial opinion, statute, and regulation in United States history.

40.     While the opinions are written by judges, the statutes are written by legislatures, and the regulations are written by government agencies, Westlaw asserts a copyright interest in the comprehensive database.

41.     Westlaw asserts that its database is reliable because it is regularly updated with new opinions, legislation, and guidance, and is also regularly audited to confirm its accuracy.

42.     In the 19th Century, and for decades afterwards, Westlaw stored its collection of public law in volumes of hard copy books that could be purchased and updated when new volumes became available. To the extent possible given physical limitations, Westlaw sought to include all the public law in its voluminous collections. Today, the public law collection is stored virtually,

---

[4] To the extent that Counterdefendants claim that ROSS's legal team violates the Westlaw license when it uses ROSS's or its own personal knowledge about the Westlaw platform to prepare the Amended Answer, this is, and should be treated as, further evidence that Westlaw is acting in a way that is anticompetitive and violates the public policy goals of the copyright law.

A573

and made available through a subscription to the Westlaw platform that can be accessed through the Internet. As the physical limitations are now gone, the digital collection is truly comprehensive.

43. The public law database made available through Westlaw is a highly valuable product because it is comprehensive and reliable, and because it can be accessed virtually and all at once. On information and belief, some of the public law available in Westlaw's database is not available anywhere else. For example, on information and belief, Westlaw had at least at one time, and likely still today, exclusive agreements with governmental agencies to retrieve and ultimately use their governmental edicts for licensing purposes.

44. Just as importantly, consumers can feel confident when looking for cases in Westlaw's digital collection. The Westlaw database has been the standard for collecting judicial opinions, legislation, and regulations since before any currently practicing lawyer was born. Not only do users know that Westlaw's digital collection includes all the potentially relevant public law, but they also have (in many cases) years and years of experience knowing that Westlaw's collection of public law is complete and reliable.

45. The Westlaw platform also incorporates a legal search technology and functionality product (the "legal search tools") that can be used to search the public law. Westlaw legal search tools purport to help users search through large amounts of public law to find desired material. Just as stock analysts need tools to search through the enormous amount of stock data, lawyers need tools to search through the enormous amount of public law. According to the Complaint, Westlaw refers to this product as the "Westlaw Content."

46. According to the Complaint, the "backbone" of the Westlaw legal search tools is the West Key Number System. The West Key Number System is a "hierarchy" reflecting core

A574

concepts in the public law and used to organize the public law. The Complaint contends that the West Key Number System "is the result of decades of human creativity and choices."

47.     Westlaw purports to maintain copyrights in the West Key Number System, which Westlaw asserts is incredibly valuable.

48.     In reality, the West Key Number System is not copyrightable, irrelevant to most users, and out of sync with how most users perform legal search. In reality, the West Key Number System is a relic of another time. The West key numbers have absolutely no creative value and are not novel. Westlaw did not decide how the law is organized. Westlaw did not determine the elements of legal claims. Westlaw did not come up with the structure and organization of legal principles. These ideas and concepts derive from the common law and the generations of public legal discourse and thought that are the building blocks of our public legal practice. Westlaw has no copyright ownership in this.

49.     According to the Complaint, the Westlaw legal search tools also include the West Headnotes and notes of decision.

50.     Westlaw purports to maintain copyrights in the West Headnotes and notes of decision, which Westlaw also asserts are incredibly valuable. In reality, the West Headnotes and notes of decision are not useful or copyrightable.

51.     In reality, the West Headnotes and notes of decision are hierarchical lists of basic legal concepts that no one owns, ranging in sophistication from verbatim recitations of the public law to simple phrases derived from and closely tracking the verbatim public law.

52.     Westlaw cites its two best examples of allegedly copyrightable headnotes in the Complaint. Neither example, however, includes any creativity, expression, or interpretation. The examples are headnotes 7 and 8 for the Supreme Court decision *Harper & Row Publishers, Inc. v.*

A575

*Nation Enterprises*, 471 U.S. 539 (1985). *See* D.I. 1 ¶ 15. Headnote 7 is a condensed restatement of analysis within the opinion. Headnote 8 is a verbatim quote from the opinion. There are literally thousands of West Headnotes and notes of decision nearly identical to these two. Westlaw cannot seriously assert a copyright interest in these quotes, and doing so is a blatant violation of the policy interests behind the federal copyright laws.

53.     Westlaw purported at one time to maintain copyrights in the page numbers it added to the public law. In reality, the Westlaw page numbers are not copyrightable but Westlaw fought that in court. The Second Circuit affirmed that Westlaw's so-called "star pagination" notations embedded into judicial opinions are not copyright-eligible. *See Matthew Bender & Co. v. W. Publ. Co.*, 158 F.3d 693 (2d Cir. 1998).

54.     On the same day, the Second Circuit affirmed the same district court's judgment that "additions of certain factual information to the text of [judicial] opinions, including parallel or alternative citations to cases, attorney information, and data on subsequent procedural history" are also not copyright-eligible. *See Matthew Bender & Co. v. W. Publ. Co.*, 158 F.3d 674 (2d Cir. 1998); *see id.* at 677 ("All of West's alterations to judicial opinions involve the addition and arrangement of facts, or the rearrangement of data already included in the opinions, and therefore any creativity in these elements of West's case reports lies in West's selection and arrangement of this information. In light of accepted legal conventions and other external constraining factors, West's choices on selection and arrangement can reasonably be viewed as obvious, typical, and lacking even minimal creativity.").

55.     In other words, despite the above and contrary legal decisions, Westlaw continues to maintain that every aspect of the so-called "Westlaw Content" is copyrightable and protected under the Copyright Act.

A576

56.     Westlaw uses its alleged copyrights to restrict access to the public law, protect its monopoly power, stifle innovation, and charge supra-competitive prices.[5]

**ROSS' Rise & Fall**

57.     ROSS started in 2014 when two computer scientists at the University of Toronto, a world-leading AI research institute, teamed up with a lawyer to invent a legal search product that makes legal research more intuitive, efficient, and accessible.  The company built its prototype without any funding, and soon thereafter began seeking investors to further develop the product and enter the market.

58.     Investors quickly grew curious.  Lawyers in the United States spend $8 billion on legal research software annually, and the demand for innovative legal search tools that are cheap, simple, reliable, and efficient remains very high.

59.     Owing to the expense and perceived inefficiency in legal services, interest in innovative legal technology has reached a fever pitch.  The American Bar Association recommended in 2016 to establish the Center for Legal Innovation "to reshape the delivery of, and

---

[5] Westlaw's abusive business conduct actually goes very far back – to its very first decades as a corporation.  In 1882, John B. West and his brother established the West Publishing Corporation, with laudable ambitions to provide frontier lawyers with a cheap and efficient means to learn about new cases.  For almost twenty years, West built his company into the nation's leader in legal publishing, in large part because of the method for classifying cases, called the key number system, that met lawyers' expectations, joined established modes of thinking about the law and, thus, had utility.  But in 1899, West suddenly left his company.  Though the reasons are not well known, it is known that in 1908 West gave a scathing speech about the state of legal publishing, and in particular derided the West Publishing Corporation's classification system and its abusive use of unofficial case reporters.  West sought to build a better and fairer publishing company after leaving his former corporation, the Keefe-Davidson Law Book Company, but the new business was never able to get off the ground.  ROSS, not Westlaw, is trying to realize West's laudable ambitions and make the public law truly accessible.  Westlaw instead is following the footsteps of its predecessor-in-interest, and pursuing abusive and exclusionary conduct to preserve its market power. *See* Robert M. Jarvis, John B. West: Founder of the West Publishing Company, 50 A.M. J. Legal Hist. 1 (2008).

A577

access to, legal services for the 21st century." *See* www.americanbar.org/groups/centers_ commissions/center-for-innovation/AboutUs/.  Since its enactment, the Center has partnered with lawyers, technologists, and innovators to "[e]ncourage and accelerate innovations that improve the affordability, effectiveness, efficiency, and accessibility of legal services." *Id.*

60.   The Center has pursued several creative lines for technology development and remains active.  For example, the "Legal Tech for Change Project" is a project to expand access to cutting-edge technology for all members of the legal community.  *See* www.americanbar.org/ groups/centers_commissions/center-for-innovation/programs-and-projects/.[6]

61.   Similarly, the state bars for New York, California, Illinois, and Texas all have committees or subsections that identify and promote new technology that improves access to the public law.  As just one example, the State Bar of Texas' Computer and Technology Council has an Emerging Technology working group.  *See* sbot.org/about/committees-and-working-groups/.

62.   Corporate clients and law firms across the country have also jumped with enthusiasm at the opportunity to identify and ultimately use innovative and powerful legal search products.  Corporate legal departments have, for example, established The Corporate Legal Operations Consortium ("CLOC") as a global community of experts focused on redefining the delivery of legal services and the business of law.  Law firms have also, for example, established technology committees to identify and evaluate new legal software to use for litigation, corporate, and regulatory matters.  These are just a few of the many developments that evidence growing demand for greater choice and innovation in products that support legal research.

---

[6] ROSS was actually a founding member of the Legal Tech for Change Initiative.  The company has taken a leadership position in expanding the market for legal search platforms to tap into unmet consumer demand and close the legal representation gap.

A578

63.     Moreover, these initiatives are not just passion projects.  The market for legal services is in desperate demand for better technology.  Since the Great Recession, law firms have been forced to tighten belts and justify costs.  Whereas in 2008 law firms recovered over 80% of legal research costs from clients, in 2020 they recovered less than 30%.  And over the same period of time, the percentage of law firms that have moved to relying on a single legal search product has increased from around 10% to over 50%.  Both trends are expected to continue.

64.     Access to adequate legal representation is also seriously deficient because the cost of the law is so high.  While Americans with the greatest ability to pay for legal services have options, Americans that have less ability to pay are substantially foreclosed from professional legal services.  These Americans have no less of a need for effective legal representation, but cannot pay the high costs.  A more competitive market for legal research tools would help to grow the market for affordable legal services, tap into unmet consumer demand, and significantly close the legal representation gap.

65.     Given the widespread interest in and need for a better, cheaper, and more efficient way to do legal research and ROSS's innovative AI-based approach to legal search, ROSS was offered an opportunity to present to the prestigious start-up incubator, Y Combinator.

66.     After the initial presentation, Y Combinator's leadership was very interested.  They saw how ROSS's product could tap into the substantial demand for greater choice and flexibility in legal research tools – and the opportunity to invest in a product that makes legal research simple and intuitive was hard to ignore.  They also understood that a quality AI-based natural language search engine could overcome the training-based switching costs that protect Westlaw's market dominance. However, while they saw the market potential, they also understood the risk that Westlaw would move to protect its strangle grip on the market.

A579

67.    Y Combinator ultimately invested in ROSS. They recognized that the concentrated market for legal search products means unmet demand and inefficiencies in the legal services community. And they believed in the extraordinarily valuable and disruptive potential of ROSS's product. ROSS primarily used the significant financial investment to develop its AI technology for the legal search engine.

68.    As ROSS approached customers, there was widespread support for the company's innovative, AI-based legal search product, and equally strong recognition that such technology could make legal research easier, cheaper, and more accessible. ROSS received similar praise from the media and major bar associations across the country as well – many hoping and predicting that ROSS would be on the leading-edge of significant market change for the better.

69.    But then customers asked what digital public law collection was connected to the legal search engine. And this proved to be a serious problem. ROSS knew that it could not obtain access to Westlaw's database, despite its significant willingness to pay for that product. Westlaw has never offered to license its database separate from its search tools and, in any event, Westlaw had denied ROSS access to the platform as well.

70.    Moreover, there was no practical or reliable way for ROSS to obtain a digital collection of public law on its own. There are no APIs for public law and no downloadable files to obtain large collections of the public law. And to this day, government agencies do not generally offer their public law in a downloadable format for free or at market cost. On information and belief, this is due, in part, to Westlaw having exclusive contracts with government agencies to be the exclusive provider of primary law in a digital format.

71.    So, ROSS instead built its public law database through other sources. It purchased some cases from Casemaker, and other public law from Fastcase, starting only in bankruptcy, but

A580

steadily expanding out to intellectual property law, and labor/employment law as well. The hope was that ROSS could first build interest from subject-matter-specific legal practitioners, and then with the initial wave of users grow its product until it could offer comprehensive access to the public law. Given the widespread interest in better and cheaper legal research options, and ROSS's innovative technology, the company did have some success through this practice. ROSS was able, for example, to secure a license with a large national labor/employment firm.

72.     But ultimately, the spliced-and-put-it-back-together approach to building its public law database just was not adequate. Even after ROSS made a large investment to partner with Fastcase and fill the gaps in its digital collection, customers were still not convinced.

73.     There was no doubt that ROSS's search engine was incredibly valuable. The problem instead was that the database connected to the search engine lacked what the customer needed. For example, some customers voiced concerns that a substitute database might not be sufficiently comprehensive. Without access to Westlaw's database, they might miss an important older case or an unpublished opinion that would give the opposing counsel an advantage. Or there might be a new decision that has not been added to the database yet. Customers also feared relying on a database that was not viewed in the legal community as reliable and the well-known standard.

74.     These customers instead licensed Westlaw's legal search product solely because it includes Westlaw's well-known digital public law collection. They acknowledged that ROSS's search engine is better than Westlaw's legal search tools, and some even indicated that combining ROSS's search engine with Westlaw's database would produce a better platform than anything available in the market. But these customers, ultimately, were reluctantly willing to use Westlaw's ineffective legal search tools if it meant access to the high-quality database.

A581

75.    ROSS faced this problem everywhere – from solo practitioners to full-service big law firms.  To many of these customers, it was not just about the fact that the database connected to ROSS's search engine had less public law, but also the fear of accessing and relying on a newly created digital public law collection.  These customers had confidence that Westlaw's database would have the materials they needed through years of using the database and seeing colleagues and classmates use it as well.  A new digital public law collection, pulled together by smaller and unknown companies, was too great a risk to bear.

76.    And given this concern, customers would always fall back on Westlaw.  They needed to license the Westlaw platform because that is the only way to access Westlaw's database, and they needed to access Westlaw's database.  Even though they did not want to purchase Westlaw's legal search tools as well, they were forced to purchase them, as they had no way to access Westlaw's database without them.  And having already being forced to pay for the Westlaw legal search tools through licensing the Westlaw platform, these customers decided that it just did not make sense to license the ROSS product or any other alternative legal search product as well.  By making customers take the Westlaw legal search with its database, then, Westlaw keeps other legal search options out of the market.

**The Relevant Markets**

77.    There is a relevant market for legal search platform products ("legal search platforms").  A legal search platform combines a legal search functionality product with a database of public law.  The relevant geographic area is the United States.

78.    For some customers, there is currently no substitute for a legal search platform.  These customers license legal search products to practice law or for educational purposes.  For these customers, if the database is not connected to a legal search tool, then it holds no value.

A582

There is too much public law to efficiently and effectively identify the relevant material without search functionality. These customers prefer the convenience and reliability of a bundled platform product.

79.    For other customers, there is a growing interest in unbundled search products, or other flexible options for digital legal research. This nascent demand includes customers like the ABA, state bars across the country, and major law firms, which have a desire to develop new technologies that can lower costs, improve efficiency, add greater flexibility, and tap into substantial unmet demand. For these customers, legal search tools could be a valuable product as long as the technology exists to allow the consumer to combine the tools with a public law database.

80.    Consequently, there are relevant markets for public law database products and legal search technologies in the United States. Customers in these markets include both end-users like law firms, intermediate buyers like bar associations that seek to expand access to the law, and intermediate buyers like ROSS that need access to a database to develop, test and market their platform products.

81.    In the market for legal search platforms, Westlaw and ROSS are competitors.

**Monopoly Power**

82.    Westlaw has both market and monopoly power in the market for legal search platforms.

83.    In a 2020 trade survey, 83% of responding United States law firms reported having a Westlaw license. Among AmLaw 100 firms, which account for well over 80% of legal revenue in the United States, this license-share rises to 95%.

A583

84.     The extraordinarily strong license-share is also likely to maintain over time.  Only 1% of responding law firms reported that they are "extremely likely" to eliminate their Westlaw license once the contract expires, and only 4% more responded that they are "moderately likely" to do so.  Given that the share of law firms only using one legal search product has increased five-fold in the last decade, and given that this trend is predicted to continue, Westlaw can confidently expect that it will continue to be licensed by nearly every law firm across the country for years to come, even while those firms discard alternative products.

85.     Westlaw also accounts for the majority of legal information spending among U.S. law firms, and well more than double the closest rival.  These ratios have been the same since at least 2018, and also remain stable when law firms project three years into the future.  The survey also reports that Westlaw is considered "essential" by at least 43% of respondents.

86.     A 2020 trade report similarly states that Westlaw is the platform most often used by small, midsize, and big law firms, and that this dominant position has been stable since the earliest date where data is available.  The report also indicates that Westlaw has market dominance within law schools, where students are trained on how to use the platform.

87.     Westlaw's control over licenses and revenue has been stable despite consistently requiring customers to pay significantly higher prices than any of its rivals.  Westlaw charges AmLaw 100 law firms millions of dollars a year.  Each search on the platform for a mid-size or big law firm costs up to $172, which is almost double the cost-per-search for its closest rival.  The price difference quickly expands as the number of lawyers at the firm, and the number of searches each lawyer completes, increases.  Moreover, this Westlaw price represents a 20% increase compared to what Westlaw charged in 2020.  Westlaw has been steadily increasing its prices even while the costs of cloud computing and storage have steadily fallen.

A584

88.     The difference is present amongst small firms as well. Westlaw charges solo practitioners that accept a three-year subscription plan $396 per month, with 5% annual price increases, over twice the amount that the closest rival charges under a similar three-year plan.

89.     Given that the United States legal information market is $8 billion per year, Westlaw is reaping billions in revenue due to their monopoly position.

90.     Westlaw's power in the legal search platform market is protected by substantial barriers to entry and expansion.  Importantly, Westlaw's monopoly in legal search is protected by significant lock-in and high switching costs, network effects, and differential pricing practices for separate consumer bases.

91.     Westlaw offers its platform and training support to those entering the legal market like law students for free to "get them hooked."  Westlaw also expends significant resources to provide training and other support to licensees.  Once users have expended the energy and resources to build the skills to use a specific platform, it is highly unlikely that those users will make the choice to switch to another.  Indeed, this is one reason why it's so common to hear a lawyer say "I use Westlaw" and who has almost no experience with another platform.  Law schools hold classes where students learn how to use Westlaw because the platform has become a seeming prerequisite for every law job.

92.     Westlaw's dominant market position has also seeped into the judiciary.  The Local Rules for many courts (including this one) expressly refer to Westlaw when stating how to cite to cases.

93.     Westlaw's differential pricing for separate consumer bases facilitates the lock-in. Westlaw offers different prices for access to the same or substantially similar material.  Most notably, on information and belief, Westlaw licenses the platform to law schools and governments

A585

essentially for free, while Westlaw licenses the platform to large law firms on a very expensive pay-per-search basis.

94.     And network effects amplify the switching costs.  As more people use a particular legal search platform, its value to existing participants rises, incentivizing more to join.  The study and practice of law is collaborative.  Identifying and understanding the right cases or statutes to apply to a particular fact pattern is a complex task.  Often, the best way to figure out a problem is to work with others, which includes providing advice and suggestions on materials to search and how to complete a search.  These collaborative processes are made easier when the team members are using the same platform for research.  For example, it is easier to help a colleague, co-clerk, or classmate find the right case when you know the search terms that work and have experience with the search tools.

95.     Together, these characteristics substantially increase the barriers to entry and expansion for actual and potential rivals in legal search platforms and protect Westlaw's market position.

96.     Westlaw also has significant and durable market and monopoly power in the market for public law database products.

97.     No other available public law database product is as comprehensive as Westlaw's product.  Westlaw can guarantee that its database has every judicial opinion, every statute, and every regulation that has ever been published, unlike anyone else.

98.     In addition, no other available public law database product is as reliable.  Westlaw has effective mechanisms in place that are not available to other competitors to ensure that all new public law is quickly added to its database, and to ensure that mistakes in the database are efficiently identified and corrected.

99.     Westlaw's database power is also protected by the Westlaw brand.  Consumers know that Westlaw has been building its public law collection for over one hundred years, and that it is comprehensive and reliable.  Consumers thus also know that if they pursue a legal research question for long enough – despite the fact that the research is probably taking longer than is needed because the legal search tools are just not that good – they eventually can find the right case.  This level of reassurance is unique to Westlaw.  In an industry where legal research can be the difference between keeping or losing a client, winning or losing a case, or even being sanctioned for failure to uphold professional responsibilities or not – people feel compelled to go with what everyone has used before (*i.e.*, Westlaw).

100.     This level of reassurance is also extraordinarily powerful, and only Westlaw can offer it.

**The Exclusionary Conduct**

101.     Westlaw has not maintained its monopoly power in the market for legal search platforms by legitimately building on its historical advantage through product innovation and investment.  Instead, Westlaw has engaged in an intentional anticompetitive and exclusionary course of conduct to enhance entry barriers and raise costs to rivals.  This course of conduct has reduced consumer choice and competition and stifled innovation – depriving the public of efficient, convenient, and affordable access to the public law.

102.     Westlaw uses restrictive licensing conditions to foreclose rivals from access to the relevant markets.  Westlaw's exclusionary conduct is grounded in its anticompetitive business model, which only provides customers with access to its valuable database product through the integrated platform.  This business model is akin to a tying scheme that raises entry barriers in the relevant markets and allows Westlaw to monopolize the distribution of public law.

A587

103.    This restrictive condition is drafted into section 1(a) of the "Research Subscriber Agreement" (herein, the "Agreement"), which Westlaw states in the Complaint all platform users must follow.[7]   The Agreement is a contract of adhesion, and it defines "Data" to include "all information and representations of information, including but not limited to, graphical representations, and other content made available to [users] through the Product."

104.    Moreover, on information and belief, Westlaw has never provided consumers with an option to only license the public law database, or to only license the legal search tools, and does not plan to ever provide such an option.

105.    Due to this licensing condition, customers that seek access to Westlaw's highly valuable public law database are forced to also license the significantly less valuable Westlaw legal search tools.  It is not possible to only license one and not the other.  Customers that strongly prefer the better legal search tools that competitors offer are forced to buy Westlaw's ineffective legal search tools to get access to Westlaw's database.  Given the significant cost to license Westlaw's platform, these customers are unwilling to spend on yet another product.

106.    These restrictive licensing conditions stifle innovation as well.  But-for Westlaw's refusal to separately license its digital public law collection, new companies would find ways to incorporate Westlaw's database into their products, or build technology that allows their search engines to be compatible with Westlaw's database.  The refusal thus seriously harms consumer welfare both by forcing customers to purchase products they do not want, as well as raising the price and reducing output in the relevant markets for legal search products.

---

[7] Counterdefendants appended the Research Subscriber Agreement to their Brief in Opposition to ROSS's Motion to Dismiss the Complaint.  *See* D.I.s 16, 16-1.  The Research Subscriber Agreement did not accompany the Complaint.

A588

A589

107.    Westlaw also uses restrictive licensing conditions to exclude rivals from valuable research and development opportunities.  Westlaw blocks rivals from getting anywhere close to its Westlaw platform and the digital collection therein.  Westlaw admits this in paragraph 28 of the Complaint when it remarks that even if ROSS sought to license the Westlaw platform, Westlaw "would not [] grant" ROSS "access to Westlaw" and its "vast amounts of legal content."  This exclusion is also drafted into the Agreement's restrictive terms about how users may use, store, and disseminate material found on the platform.  Westlaw states this succinctly in paragraph 19 of the Complaint, which sums up these terms of the Agreement as together "expressly prohibit[ing] [licensees] from using [the platform] to create a competitive product."

108.    Due to these licensing conditions, rivals are not allowed to license Westlaw, and are also not allowed to contract with Westlaw platform licensees to perform legitimate business activities, including to develop or test their own products.  Westlaw denies rivals any path for access even if those rivals are willing to pay Westlaw's commercial rates for access.  This behavior has no procompetitive justification.  This exclusionary conduct reduces entry from high-quality products, deters legitimate business activities, and depresses the competitive pressure to innovate.  Though we have seen limited entry into the relevant markets from firms like Fastcase, Casemaker, and Casetext, these firms have struggled to gain traction or to constrain Westlaw's monopoly.[8]

109.    The general market impact of these restrictive conditions is just as severe.  Indeed, a licensing agreement that "expressly prohibit[s] [licensees] from using [the platform] to create a competitive product" has the effect of prohibiting huge swaths of competitive activity in the legal business profession.  Practicing lawyers violate the Agreement when they help incorporate,

---

[8] Due to advancements in information digitalization, it is curious – and, indeed, astonishing – that the legal industry is one of the last remaining spaces where consumers need to pay for access to information.

A589

finance, and defend through litigation market competitors; corporate counsel violate the Agreement when they rely on Westlaw to build state-surveys that include information already on the platform; law professors violate the Agreement when they rely on Westlaw to prepare material for an upcoming casebook.

110.   Westlaw's licensing conditions also illegitimately expose rivals to extraordinarily high professional and reputational risk. The government edicts and public law database are so severely co-mingled with the Westlaw legal search tools that it is impossible for a licensee to use Westlaw materials in legitimate ways without also risking a copyright lawsuit. The key numbers and headnotes cannot be separated from the government edicts either when viewed on the platform or printed. When viewing or printing the government edicts, the key numbers and headnotes are only a small part of the overall content and, in that context, are superfluous and not reproduced or used in any manner that would impact demand for key numbers or headnotes. Yet, nonetheless, Westlaw leverages the key numbers and headnotes to wrongfully and unfairly extend its alleged copyrights in those materials to control the unprotectable government edicts. Westlaw makes it impossible to separate the public law from Westlaw add-ons, even when the user does not want the add-ons. And the design and layout of Westlaw creates material confusion and uncertainty about what is a government edict and what is not. Upon information and belief, this is by design, in order to provide Westlaw practical control over the full content of the public law, despite the fact that the public law is not owned by Westlaw and Westlaw has no right to control it. Given these licensing and technical conditions, it is not difficult for Westlaw to find a way to sue its rivals for copyright infringement. And in fact, on information and belief, Westlaw has a long practice of aggressively pursuing such claims.

111.    Importantly, though, Westlaw is not advancing a legitimate interest in intellectual property rights through such filings.  Instead, these lawsuits are a complete sham, brought to police the exclusionary platform access policies.  Westlaw knows that its copyright assertions and claims are objectively baseless, as there is no dispute that government edicts and a comprehensive database are not copyright-eligible.  It pursues these claims to force rivals into unnecessary, expensive legal fights solely to raise entry barriers, particularly to destroy nascent rivals before they can gain a toehold in the relevant markets.

112.    This is exactly what happened to ROSS.    ROSS was beginning to build an enthusiastic user base in 2019 and become a market competitor.  The company had just put a significant investment into building its spliced-and-put-back-together digital public law collection, and was receiving enthusiasm from the media and consumers fed up with Westlaw's high prices and low-quality search tools.

113.    It was only a few months thereafter that Westlaw pounced.  In a sense, Westlaw's anticompetitive course of conduct has been successful.  To its own benefit, but everyone else's loss.

114.    There is no procompetitive justification for any of Westlaw's exclusionary acts.  The only justifications for Westlaw's conduct are to maintain its monopoly control and to restrain trade.  As a result, consumer welfare is significantly harmed.  And just as importantly, access to justice is substantially denied.

115.    ROSS was ultimately forced to exit the market, becoming the latest victim of Westlaw's anticompetitive practices.  Its unfortunate experience illustrates how Westlaw uses exclusionary tactics to harm nascent rivals, deter investment and entry, and protect its market position.

A591

## COUNT I
### (Declaratory Judgment of No Valid Copyrights in the Westlaw Content)

116.    ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 115 above.

117.    In its Complaint, Counterdefendants allege, *inter alia*, that ROSS directly and indirectly infringes the "Westlaw Content" by reproducing and creating a creative work based on Counterdefendants' content.

118.    It is well established in American law that judicial opinions and federal and state laws, including administrative rules and regulations, are not copyrightable, and must remain public as a matter of due process. *See Wheaton v. Peters*, 33 U.S. (8 Pet.) 591 (1834); *Banks v. Manchester*, 128 U.S. 244 (1888); *Davidson v. Wheelock*, 27 F. 61 (C.C.D. Minn. 1866) (holding publisher cannot copyright state statutes, even if state purports to give exclusive publishing rights); *Howell v. Miller*, 91 F. 129 (6th Cir. 1898) ("no one can obtain the exclusive right to publish the laws of a state") (Harlan, J., sitting by designation); *Nash v. Lathrop*, 142 Mass. 29, 6 N.E. 559 (Mass. 1886) ("Every citizen is presumed to know the law thus declared, and it needs no argument to show that justice requires that all should have free access to the opinions, and that it is against sound public policy to prevent this, or to suppress and keep from the earliest knowledge of the public the statutes or the decisions and opinions of the justices."). *See generally* L. Ray Patterson & Craig Joyce, Monopolizing the Law: The Scope of Copyright Protection for Law Reports and Statutory Compilations, 36 UCLA L. Rev. 719 (1989), and cases cited therein.

119.    Indeed, "[a]s a matter of longstanding public policy, the U.S. Copyright Office will not register a government edict that has been issued by any state, local, or territorial government, including legislative enactments, judicial decisions, administrative rulings, public ordinances, or

A592

A593

similar types of official legal materials." Compendium of U.S. Copyright Office Practices, Third Edition, Sec. 313.6(C)(2).

120.    ROSS is informed and believes, and on that basis alleges, that Counterdefendants have not contributed any original or creative authorship to the "Westlaw Content." 17 U.S.C. § 102(b); *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340 (1991). The judicial opinions and federal and state laws, including administrative rules and regulations, are written by government officials.

121.    ROSS is informed and believes, and on that basis alleges, that Counterdefendants' key number system is a method of operation. *See* 17 U.S.C. § 102(b); *Baker v. Selden*, 101 U.S. 99, 103 (1879).

122.    In view of the foregoing, Counterdefendants have no legal rights, in copyright or contract, exclusive or otherwise, to restrict access to or publication of the judicial opinions, notes on decisions, headnotes, federal and state laws, including administrative rules and regulations, or any aspect of the Westlaw Content.

123.    Thus, ROSS seeks declaratory judgment that Counterdefendants have no basis from which to prohibit ROSS from copyright, reproducing, or otherwise creating derivative works in the judicial opinions, notes on decisions, headnotes, federal and state laws, including administrative rules and regulations, or any aspect of the Westlaw Content, in its subscription legal research service.

124.    Accordingly, and as evidenced by the Complaint demanding ROSS cease reproduction, publication or any other use of certain content, an actual justiciable controversy exists as to the parties' respective rights in connection with judicial opinions, and with the laws, rules, and regulations of any other State or the Federal Government, and the Westlaw Content, as

to which Counterdefendants now claim or might hereafter claim any exclusive right, including the rights to use, license, publish, and distribute such laws, rules, and regulations.

125.    To resolve the uncertainty raised by the Counterdefendants, and to afford ROSS relief from the uncertainty and controversy that the Counterdefendants' assertions have precipitated, ROSS seeks a declaratory judgment that Counterdefendants have no protectable exclusive rights in the judicial opinions, notes on decisions, headnotes, federal and state laws, including administrative rules and regulations, or any aspect of the Westlaw Content, in either contract or copyright.

## COUNT II
### (Declaratory Judgment of Non-Infringement)

126.    ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 125 above.

127.    ROSS's use of LegalEase researcher-chosen quotes of case law directly from raw judicial opinions does not infringe any copyrights that Counterdefendants claim to have in any "Westlaw Content," including because the judicial opinions and direct excerpts thereof are not entitled to copyright protection under the Copyright Act (17 U.S.C. § 101 *et. seq*.), government edicts doctrine, and the First Amendment of the United States Constitution.

128.    There is no basis upon which Counterdefendants can allege copying of copyrighted material in the "Westlaw Content," or any other act of infringement encompassed by the Copyright Act.

129.    There is no basis upon which Counterdefendants can allege indirect copyright infringement of copyrighted material in the "Westlaw Content," whether by inducing infringement, contributing to infringement or any other theory of indirect infringement encompassed by the Copyright Act.

A594

130.    As evidenced by the allegations in the Complaint and in these Counterclaims, there is now an actual, substantial, and continuing justiciable controversy between ROSS and Counterdefendants with respect to the alleged infringement of any valid copyrights in the Westlaw Content.

131.    To resolve the uncertainty raised by the Counterdefendants, and to afford ROSS relief from the uncertainty and controversy that the Counterdefendants' assertions have precipitated, ROSS seeks a declaratory judgment that ROSS has not infringed, directly or indirectly, upon any of the Counterdefendants alleged rights in the Westlaw Content.

## COUNT III
### (Declaratory Judgment of Fair Use)

132.    ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 131 above.

133.    ROSS's use of LegalEase researcher-chosen quotes of case law directly from raw judicial opinions constitutes a fair use under 17 U.S.C. § 107.

134.    To the extent Counterdefendants can allege copying of copyrighted material in the "Westlaw Content," or any other act of infringement encompassed by the Copyright Act, such constitutes a fair use under 17 U.S.C. § 107.

135.    There is no basis upon which Counterdefendants can establish that any alleged act of infringement is not barred by the doctrine of fair use pursuant to 17 U.S.C. § 107, in view of the nature of the works asserted by Counterdefendants and covered by the asserted copyrights, the amount (if any) and substantiality of the portions of such works used in relation to the works as a whole, the purpose and character of any use thereof, and the effect, if any, of such use on the potential market for the works.

A595

136. As evidenced by the allegations in the Complaint and in these Counterclaims, there is now an actual, substantial, and continuing justiciable controversy between ROSS and Counterdefendants with respect to the alleged infringement of any valid copyrights in the Westlaw Content.

137. To resolve the uncertainty raised by the Counterdefendants, and to afford ROSS relief from the uncertainty and controversy that the Counterdefendants' assertions have precipitated, ROSS seeks a declaratory judgment that any allegedly infringing act by ROSS or LegalEase constitutes fair use and, therefore, does not constitute direct or indirect infringement.

## COUNT IV
### (Declaratory Judgment of Copyright Misuse)

138. ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 137 above.

139. Copyright protection exists "to promote the Progress of Science and the useful Arts."

140. Copyrights should not be enforced when such enforcement does not fulfill the Constitutional purpose of copyright protection.

141. Counterdefendants have utilized the Westlaw Content and the asserted copyrights in the Westlaw Content in an anticompetitive, wrongful, unfair and exclusionary manner.

142. The key numbers and headnotes cannot be separated from the government edicts either when viewed on the platform or printed. In this way, and through their unfair licensing practices, Counterdefendants leverage the key numbers and headnotes of the Westlaw Content to wrongfully and unfairly extend their alleged copyrights in those materials to control the unprotectable government edicts.

A596

143.    Counterdefendants' use of the Westlaw Content and the asserted copyrights in the Westlaw Content does not comport with the Constitutional purposes of copyright protection.

144.    As evidenced by the allegations in the Complaint and in these Counterclaims, there is now an actual, substantial, and continuing justiciable controversy between ROSS and Counterdefendants with respect to the alleged infringement of any valid copyrights in the Westlaw Content.

145.    To resolve the uncertainty raised by the Counterdefendants, and to afford ROSS relief from the uncertainty and controversy that the Counterdefendants' assertions have precipitated, ROSS seeks a declaratory judgment that Counterdefendants' assertion of and practices regarding the Westlaw Content and the asserted copyrights in the Westlaw Content constitute copyright misuse.

146.    As a result of Counterdefendants' misuse of their copyrights, Counterdefendants' copyrights should be invalidated, and ROSS is entitled to appropriate attorneys' fees and costs.

### COUNT V
### (Declaratory Judgment of No Tortious Interference with Contract)

147.    ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 146 above.

148.    As evidenced by the allegations in the Complaint and in these Amended Counterclaims, there is an actual and ongoing controversy between ROSS and Counterdefendants as to whether ROSS tortiously interfered with LegalEase's contract with Counterdefendants.

149.    Counterdefendants' claim requires a showing that LegalEase had a contract with Counterdefendants, that ROSS knew of the existence of this contract, that ROSS intentionally instructed LegalEase to breach the contract without justification, that Counterdefendants were harmed, and that ROSS's conduct was a substantial factor in Counterdefendants' harm.

A597

150.   ROSS did not direct or in any way encourage LegalEase to breach any third-party contract, including without limitation LegalEase's contract with Counterdefendants.  ROSS further did not direct or control LegalEase conduct in connection with researching and obtaining raw judicial opinions.

151.   For these reasons, ROSS maintains that it did not tortiously interfere with any contract between LegalEase and Counterdefendants.

152.   To resolve the uncertainty raised by the Counterdefendants, and to afford ROSS relief from the uncertainty and controversy that the Counterdefendants' assertions have precipitated, ROSS seeks a declaratory judgement that ROSS did not tortiously interfere with Counterdefendants' contract with LegalEase.

## COUNT VI
### (Sherman Act § 2:  Unlawful Monopoly Maintenance in the Legal Search Platforms Market)

153.   ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 147 above.

154.   Counterdefendants' conduct violates Section 2 of the Sherman Act, which prohibits the "monopoliz[ation of] any part of the trade or commerce among the several States, or with foreign nations."  15 U.S.C. § 2.

155.   The market for legal search platforms is a valid antitrust market.

156.   Counterdefendants hold monopoly power in this market.

157.   Counterdefendants unlawfully maintain their monopoly power in this market through the exclusionary acts described herein.  These exclusionary acts serve no legitimate or procompetitive purpose that could justify their anticompetitive effects.

158.   Counterdefendants' conduct affects a substantial volume of interstate commerce.

A598

159.   Counterdefendants' conduct has substantial anticompetitive effects, including increased prices and costs, lower output, and reduced innovation and quality of product options.

160.   As a nascent market competitor, ROSS has been harmed by Counterdefendants' anticompetitive conduct in a manner that the antitrust laws were intended to prevent.  ROSS has suffered and continues to suffer harm and irreparable injury, and such harm and injury will not abate until an injunction ending Counterdefendants' anticompetitive conduct issues.

161.   To prevent these ongoing harms, the Court should enjoin the anticompetitive conduct complained of herein, and should award ROSS monetary damages.

**COUNT VII**
**(Sherman Act § 1:  Unreasonable Restraint of Trade in the**
**Legal Search Platforms Market)**

162.   ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 161 above.

163.   Counterdefendants' conduct violates Section 1 of the Sherman Act, which prohibits "[e]very contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations."  15 U.S.C. § 1.

164.   The market for legal search platforms is a valid antitrust market.

165.   Counterdefendants' unlawfully restrain trade in this market through the anticompetitive acts described herein.  These anticompetitive acts serve no legitimate or procompetitive purpose that could justify their anticompetitive effects.

166.   Counterdefendants' conduct and unlawful contractual restraints affect a substantial volume of interstate commerce.

167.   Counterdefendants' conduct has substantial anticompetitive effects, including increased prices and costs, lower output, reduced innovation, and reduced quality of product options.

A599

168.    As a nascent market competitor, ROSS has been harmed by Counterdefendants' unlawful contractual restraints in a manner that the antitrust laws were intended to prevent.  ROSS has suffered and continues to suffer harm and irreparable injury, and such harm and injury will not abate until an injunction ending Counterdefendants' anticompetitive restraints issues.

169.    To prevent these ongoing harms, the Court should enjoin the anticompetitive conduct complained of herein, and should award ROSS monetary damages.

## COUNT VIII
### (California Unfair Competition Law)

170.    ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 169 above.

171.    Counterdefendants and ROSS both pursue substantial volumes of interstate commerce as well as commerce within the State of California.

172.    Counterdefendants' actions described herein constitute unlawful, unfair, or fraudulent acts or practices in the conduct of business, in violation of California's Business and Professions Code Section 17200 et seq., including actions that are forbidden by other laws.

173.    Counterdefendants' conduct is unlawful, unfair, or fraudulent because it is in violation of Sections 1 and 2 of the Sherman Act, and also in violation of the policy or spirit of the Sherman Act.

174.    Counterdefendants' conduct is unlawful, unfair, or fraudulent because it is in violation of the Copyright Act, and also in violation of the policy or spirit of the Copyright Act.

175.    As a result of Defendants' various acts, ROSS has been harmed and has lost money and property in the form of, among other things, costs to defend itself against the Complaint, costs to bring these counterclaims, and costs to survive in the market in spite of the unfair market conditions.

A600

## COUNT IX
### (Delaware Common Law Unfair Competition)

176.   ROSS incorporates by reference each and every allegation contained in Paragraphs 1 through 175 above.

177.   As established by the facts pled *supra*, ROSS had a business expectancy to sell its legal search platform product in the market, having received encouragement in the industry and indications from customers that they would purchase access to the ROSS platform once it was tied to a reliable database.

178.   As discussed *supra*, Westlaw took unfair business actions to prevent ROSS from legitimately earning revenue in the relevant market.  These acts were taken with the intent to cause competitive harm and, in certain cases, disparage ROSS.

179.   But for Westlaw's unfair business actions, ROSS would have made sales of its product in the relevant market.

180.   Counterdefendants' actions described herein constitute unlawful, unfair, or fraudulent acts or practices in the conduct of business, in violation of common law unfair competition laws.

## RELIEF REQUESTED

WHEREFORE, ROSS respectfully requests the following relief:

A.   The entry of judgment on the Complaint in favor of ROSS, and against Counterdefendants, with Counterdefendants not being awarded any relief of any kind;

B.   The entry of judgment declaring that Counterdefendants do not have valid copyrights in the "Westlaw Content";

C.   The entry of judgment declaring that ROSS has not infringed, directly or indirectly, Counterdefendants' copyrights;

A601

A602

D.      The entry of judgment declaring that any alleged use of Counterdefendants' copyrights constitutes fair use;

E.      The entry of judgment declaring that Counterdefendants have engaged in misuse of their copyrights and that Counterdefendants' copyrights are invalidated;

F.      The entry of judgment declaring that ROSS did not tortiously interfere with LegalEase's contract with West; and

G.      Enjoining Counterdefendants' acts in support of its unlawful monopoly maintenance in the market and its unreasonable restraint on trade in the market.

H.      Monetary relief, including all forms of available damages and monetary relief in equity.

I.      The entry of judgment declaring that ROSS is the prevailing party under 17 U.S.C. § 505.

J.      Appropriate attorneys' fees and costs.

K.      Such other and further relief, in law or equity, as this Court deems just and proper under the circumstances.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b) and Local Rule 38.1, ROSS respectfully requests a trial by jury on Plaintiffs' Complaint and on ROSS's Amended Counterclaims for all issues so triable.

A602

A603

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Dated:  September 14, 2022
10337976 / 20516.00001

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:   */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Carson R. Bartlett (#6750)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    cbartlett@potteranderson.com

*Attorneys for Defendant/Counterclaimant*
*ROSS Intelligence, Inc.*

A603

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE          )
CENTRE GMBH and WEST PUBLISHING     )
CORPORATION,                        )
                                    )
                                    )
            Plaintiffs and          )   C.A. No. 20-613 (SB)
            Counterdefendants,      )
                                    )
      v.                            )
                                    )
ROSS INTELLIGENCE INC.,             )
                                    )
            Defendant and           )
            Counterclaimant.        )

**PLAINTIFFS' NOTICE OF LODGING**

PLEASE TAKE NOTICE that a USB drive containing the native electronic versions of the

following exhibits to the Declaration of Miranda D. Means In Support of Plaintiffs' Motions for

Summary Judgment (Nos. 1-3)  (D.I. 255) has been lodged under seal with the Court:

| Ex. ## | Description |
| --- | --- |
| 21 | Excerpted version of Frederiksen-Cross Exhibit P, Excel File |
| 48 | ROSS-003382388, Excel File |
| 86 | TR-0038826, Excel File |
| 102 | TR-0076478, Excel File |
| 103 | TR-0836004, Excel File |

A secure FTP link containing these files will be provided to ROSS Intelligence, Inc.

A604

A605

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:                              */s/ Michael J. Flynn*
                                         Jack B. Blumenfeld (#1014)
Dale M. Cendali                          Michael J. Flynn (#5333)
Joshua L. Simmons                        1201 North Market Street
Eric A. Loverro                          P.O. Box 1347
KIRKLAND & ELLIS LLP                     Wilmington, DE 19899
601 Lexington Avenue                     (302) 658-9200
New York, NY 10022                       jblumenfeld@morrisnichols.com
(212) 446-4800                           mflynn@morrisnichols.com

Miranda D. Means                         *Attorneys for Plaintiffs and Counter-Defendants*
KIRKLAND & ELLIS LLP                     *Thomson Reuters Enterprise Centre GmbH and*
200 Clarendon Street                     *West Publishing Corporation*
Boston, MA 02116
(617) 385-7500

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654


December 22, 2022

2

A605

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2022, upon the following in the manner indicated:

David E. Moore, Esquire                                *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*


Mark A. Klapow, Esquire                                *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*


Gabriel M. Ramsey, Esquire                             *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*


*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

A606

# EXHIBIT 6

A607

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


THOMSON REUTERS ENTERPRISE     )
CENTRE GMBH and WEST           )
PUBLISHING CORPORATION,        )
                               )
            Plaintiffs,        )
                               )
      vs.                      ) No. 1:20-cv-00613-UNA
                               )
ROSS INTELLIGENCE INC.,        )
                               )
            Defendant.         )
_____)


VIDEO-RECORDED DEPOSITION OF

BARBARA FREDERIKSEN-CROSS, at Regus Center,

1050 SW Sixth Avenue, Suite 1100, Portland,

Oregon, commencing at 9:21 a.m. PST, on

Friday, November 11, 2022, before

Marla Sharp, RPR, CLR, CCRR, CA CSR 11924,

OR CSR 17-0446, WA CSR 3408.

A608

111





A610

313



A611

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 86 of 7202 PageID #: 78185



314

A612

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 87 of 7202 PageID #: 78186

315



Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 88 of 7202 PageID #: 78187

316



317



A615

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 90 of 7202 PageID #: 78189

318



319



A617

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 92 of 7202 PageID #: 78191

320

