**No. 25-2153**

# In The United States Court of Appeals For the Third Circuit

THOMSON REUTERS ENTERPRISE CENTRE GMBH and
WEST PUBLISHING CORPORATION,
Plaintiffs-Appellees,

v.

ROSS INTELLIGENCE INC.,
Defendant-Appellant.

*On Appeal from an Order of the United States
District Court for the District of Delaware
Civil Action No. 20-613 (The Honorable Stephanos Bibas)*

**CORRECTED JOINT APPENDIX
Volume 3 of 18 (Pages A619 to A1170)**

Anne M. Voigts
Ranjini Acharya
PILLSBURY WINTHROP
SHAW PITTMAN
2400 Hanover Street
Palo Alto, CA 94304

Yar R. Chaikovsky
WHITE & CASE
3000 El Camino Real
2 Palo Alto Square;
Suite 900
Palo Alto, CA 94306

Mark S. Davies
Anna B. Naydonov
Kufere J. Laing
WHITE & CASE
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
mark.davies@whitecase.com

Kayvan M. Ghaffari
PILLSBURY WINTHROP
SHAW PITTMAN
Four Embarcadero
Center, 22nd Floor
San Francisco, CA 94111

Andy M. LeGolvan
WHITE & CASE
555 S Flower Street,
Suite 2700
Los Angeles, CA 90071

*Counsel for Defendant-Appellant*

*(For Continuation of Appearances See Inside Cover)*

Miranda D. Means
KIRKLAND & ELLIS
200 Clarendon Street
Boston, MA 02116

Dale M. Cendali
Joshua L. Simmons
KIRKLAND & ELLIS
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
dale.cendali@kirkland.com

*Counsel for Plaintiffs-Appellees*

i

Page

## TABLE OF CONTENTS

Page

**Volume 1 of 18**

Memorandum Opinion, dated
September 25, 2023
   (Doc. 547)...................................................... A1

Memorandum Opinion, dated
   February 11, 2025 (Doc. 770)........................ A35

Order, dated February 11, 2025 (Doc. 772) .... A58

Order, dated April 3, 2025 (Doc. 799) ............. A59

Memorandum Opinion, dated May 23, 2025
   (Doc. 804).................................................... A60

Order granting Petition for Permission to
   Appeal, dated June 17, 2025 (Doc. 805) ...... A70

**Volume 2 of 18**

District Court Docket Entries ......................... A71

Complaint, dated May 6, 2020 (Doc. 1)........... A157

   Appendix A -
   Certificates of Registration (Doc. 1-1) ......... A174

Defendant and Counterclaimant Ross
   Intelligence Inc.'s Amended Partial
   Answer and Defenses and Amended
   Counterclaims in Response to Plaintiffs'
   Complaint and Demand for Jury Trial,
   dated January 25, 2021 (Doc. 24)................ A502

Letter from Michael J. Flynn to the
   Honorable Stephanos Bibas, dated
   July 15, 2022 (Doc. 200).............................. A549

ii

**Page**

Defendant and Counterclaimant Ross
Intelligence Inc.'s Second Amended
Answer and Defenses and Amended
Counterclaims in Response to Plaintiffs'
Complaint and Demand for Jury Trial,
dated September 14, 2022 (Doc. 225) .......... A557

Plaintiffs' Notice Of Lodging, dated
December 22, 2022 (Doc. 257) ...................... A604

Declaration of Miranda D. Means in Support
of Motion for Partial Summary Judgment,
dated January 9, 2023 (Doc. 298)
(Omitted)

Exhibit 6 -
Deposition of Barbara Frederiksen-Cross,
dated November 11, 2022 (Doc. 298-1) ........ A607

**Volume 3 of 18**

Exhibit 20 -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 298-1) ........................... A619

**Volume 4 of 18**

Exhibit 20 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 298-1) ........................... A1171

**Volume 5 of 18**

Exhibit 20 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 298-1) ........................... A1733

iii

**Page**

Declaration of Laurie Oliver in Support of
Plaintiffs' Motions for Partial Summary
Judgment, dated December 21, 2022
(Doc. 304) ..................................................... A1584

Declaration, dated September 14, 2023
(Doc. 544)
(Omitted)

Exhibit 3 -
Deposition Transcript of Kai Bond, dated
May 10, 2023 (Doc. 544-1) ............................ A1590

Exhibit 8 -
Deposition Transcript of Julian D'Angelo,
dated May 3, 2023 (Doc. 544-1) ................... A1608

Exhibit 25 -
Deposition of Tomas Van Der Heijden,
dated March 17, 2022 (Doc. 544-1) .............. A1630

Exhibit 26 -
Deposition Transcript of Tomas Van Der
Heijden, dated May 9, 2023 (Doc. 544-1) .... A1646

Exhibit 43 -
Scope of Coverage (Doc. 545-1) .................... A1695

Exhibit 44 -
Defendant and Counterclaimant Ross
Intelligence Inc.'s Response and Objection
to Plaintiffs' Fifth Set of Interrogatories
(Doc. 545-1) ................................................. A1700

Exhibits 50, 51, 53-55, 58 -
Entirely Redacted (Doc. 545-1) .................... A1718

iv

**Page**

Declaration of Max Samels in Support of
    Thomson Reuters' Motions for Partial
    Summary Judgment (Nos. 1-6), dated
    August 31, 2023 (Doc. 546) .......................... A1730

Exhibits 83-87 -
Entirely Redacted (Doc. 546-1).................... A1733

Exhibit 88 -
Left Intentionally Blank (Doc. 546-1) ......... A1743

Exhibit 89 -
2022 Legal Technology Survey Report
(Doc. 546-1)................................................. A1744

Exhibits 90-92 -
Entirely Redacted (Doc. 546-1).................... A1761

Exhibit 93 -
The Real Impact of Using Artificial
Intelligence in Legal Research (Doc. 546-1)   A1767

Exhibits 94-104 -
Entirely Redacted (Doc. 546-1).................... A1778

Memorandum Opinion, dated
    September 25, 2023 (Doc. 547) .................... A1800

Memorandum Opinion, dated
    September 27, 2024 (Doc. 669) .................... A1834

Order, dated September 27, 2024 (Doc. 670).. A1848

Second Declaration of Laurie Oliver in
    Support of Plaintiffs' Renewed Motions for
    Summary Judgment, dated
    October 1, 2024 (Doc. 679) .......................... A1850

v

**Page**

Plaintiffs' Brief in Support of Their Renewed
Motion for Partial Summary Judgment on
Fair Use, dated October 1, 2024 (Doc. 693)   A1856

Exhibits 1-18 -
Entirely Redacted (Doc. 695-1).....................   A1858

Exhibit 19 -
Exhibit 1 from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 695-1)..........   A1859

Exhibit 20 -
Exhibit 2 from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 695-1)..........   A1872

Exhibits 21-39 -
Entirely Redacted (Doc. 695-1).....................   A1874

Exhibit 40 -
Statement of Work II for Ross Bulk Memos
(Doc. 695-1)................................................   A1875

Exhibits 41, 42 -
Entirely Redacted (Doc. 695-1).....................   A1890

Exhibit 43 -
*HJS Development, Inc. v. Pierce County ex
rel. Dept. of...*, 148 Wash.2d 451 (2003)
(Doc. 695-1)................................................   A1891

Exhibits 44-76 -
Entirely Redacted (Doc. 695-1).....................   A1916

Exhibit 77 -
Westlaw is Suing Us. Our Response
(Doc. 695-1)................................................   A1917

Exhibit 78 -
ROSS Intelligence Facebook Pages
(Doc. 695-1)................................................   A1922

**vi**

**Page**

Exhibits 79, 80 -
Entirely Redacted (Doc. 695-1)................... A1927

Exhibit 81 -
Copyright Form TX (Doc. 695-1) ................ A1928

Exhibit 82 -
Copyright Certificate of Registration
(Doc. 695-1).............................................. A1933

Exhibit 83 -
Amended Notice of Deposition, dated
September 25, 2019, with Transcript
(Doc. 695-2).............................................. A1938

Exhibits 84-86 -
Entirely Redacted (Doc. 695-2)................... A2257

Exhibit 87 -
Notes (Doc. 695-2) ...................................... A2258

Exhibit 88 -
Westlaw Quick Reference Guide "West
Key Number System Numerical List of
Digest Topics" (Doc. 695-2) ......................... A2260

Exhibits 89-93 -
Entirely Redacted (Doc. 695-2)................... A2269

Exhibit 94 -
How is Natural Language Search
Changing the Face of Legal Research?
(Doc. 695-2).............................................. A2270

Exhibit 95 -
*Seymour v. Richardson*, 194 Va. 709 (1953)
(Doc. 695-2).............................................. A2274

Exhibit 96 -
Editorial Enhancements (Doc. 695-2) ......... A2281

**Page**

Exhibit 97 -
Thomson Reuters Westlaw | Headnotes
(Doc. 695-2)................................................   A2284

## Volume 6 of 18

Exhibit 98 -
Thomson Reuters Westlaw | Key Number
System (Doc. 695-2)....................................   A2287

Exhibits 99-100 -
Entirely Redacted (Doc. 695-2)....................   A2290

Exhibit 101 -
Surprising Differences: An Empirical
Analysis of LexisNexis and West
Headnotes in the Written Opinions of the
2009 Supreme Court Term
(Doc. 695-2)................................................   A2291

Exhibit 102 -
Westlaw Precision 141E Education
(Doc. 695-2)................................................   A2365

Exhibit 103 -
Entirely Redacted (Doc. 695-2)....................   A2368

Declaration of Richard A. Leiter, for
   Defendant/Counterclaimant, in Support of
   Motion for Summary Judgment on its
   Affirmative Defense of Fair Use and on
   Plaintiffs' Claims for Copyright
   Infringement, filed October 9, 2024
   (Doc. 700)
   (Omitted)

viii

**Page**

Exhibit B -
Report of Defendants' Expert Professor
Richard Leiter, J.D., dated August 1, 2022
(Doc. 700-1)................................................... A2369

Declaration of Joseph Marks, for Defendant/
Counterclaimant, in Support of Motion for
Summary Judgment on its Affirmative
Defense of Fair Use and on Plaintiffs'
Claims for Copyright Infringement, dated
October 1, 2024 (Doc. 701)
(Omitted)

Exhibit B -
Entirely Redacted (Doc. 701-1)..................... A2392

Declaration of Jimoh Ovbiagele in Support of
Defendant/Counterclaimant Ross
Intelligence Inc.'s Motion for Summary
Judgment on Its Affirmative Defense of
Fair Use, dated October 1, 2024 (Doc. 702)    A2394

Declaration of Jimoh Ovbiagele in Support of
Defendant Ross Intelligence Inc.'s Motion
for Summary Judgment on Plaintiffs'
Claims of Copyright Infringement, dated
October 1, 2024 (Doc. 703) ........................... A2412

Declaration of Alan J. Cox, for Defendant/
Counterclaimant, in Support of Motion for
Summary Judgment on its Affirmative
Defense of Fair Use, filed October 9, 2024
(Doc. 704)
(Omitted)

Exhibit A -
*Curriculum Vitae* of Alan J. Cox, Ph.D.
(Doc. 704-1)................................................... A2422

ix

**Page**

Exhibits B, C -
Entirely Redacted (Doc. 704-1)................... A2462

Declaration of Warrington S. Parker III, for
Defendant Ross Intelligence Inc., in
Support of Motion for Summary Judgment
as to Plaintiffs' Copyright Claims, filed
October 9, 2024 (Doc. 705)
(Omitted)

Exhibit 13 -
Excerpts of Deposition Transcript of Erik
Lindberg, dated March 22, 2022
(Doc. 705-1)................................................ A2466

Exhibit 15 (Part 1) -
Entirely Redacted (Doc. 705-2)................... A2484

Exhibit 15 (Part 2) -
Entirely Redacted (Doc. 705-2)................... A2486

Exhibit 26 -
Excerpts of Deposition Transcript of Tariq
Hafeez, dated May 26, 2022 (Doc. 705-2).... A2488

Exhibit 28 -
Excerpts of Deposition Transcript of
Christopher Cahn, dated May 12, 2022
(Doc. 705-7)................................................ A2532

Exhibit 29 -
Morae Global, Project Rose, Project
Protocol, TR-0178604, updated
November 19, 2017 (Doc. 705-7).................. A2559

Exhibit 30 -
Excerpts of Deposition Transcript of
Andrew Arruda, dated March 30, 2022
(Doc. 705-7)................................................ A2569

x

**Page**

Exhibit 31 -
Excerpts of Deposition Transcript of
Barbara Frederiksen-Cross, dated
November 11, 2022 (Doc. 705-7) ................... A2588

Exhibit 32 -
Research Subscriber Agreement
(Doc. 705-7) ................................................. A2603

Exhibit 33 -
Best Practices Guide for ROSS
Intelligence, TR-0045731, last revised
September 14, 2017 (Doc. 705-7) ................. A2608

Declaration of Jacob Canter, for Defendant/
Counterclaimant Ross Intelligence Inc., in
Support of Motion for Summary Judgment
on its Affirmative Defense of Fair Use,
dated October 1, 2024 (Doc. 708)
(Omitted)

Exhibit 1 -
Excerpts from the Transcript Deposition of
Dr. Isabelle Moulinier, dated July 1, 2022
(Doc. 708-1) ................................................. A2629

Exhibit 2 -
Excerpts from the Transcript Deposition of
Jimoh Ovbiagele, dated April 12, 2022
(Doc. 708-1) ................................................. A2661

Exhibit 7 -
Marketing Information from ROSS
(Doc. 708-3) ................................................. A2681

Exhibit 8 -
Westlaw Slide Decks (Doc. 708-3) ............... A2685

x

**xi**

**Page**

Exhibit 9 -
West Publishing Turns 150 Slide Decks
(Doc. 708-3)................................................. A2714

Exhibit 47 -
Artificial Intelligence & Westlaw, in 2022
(Doc. 708-9)................................................. A2727

Exhibit 48 -
Statement of Work II for ROSS Bulk
Memos (Doc. 708-9)..................................... A2750

Ross Intelligence Inc.'s Brief in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
November 4, 2024 (Doc. 723) ....................... A2765

Declaration of Jacob Canter, for Defendant
Ross Intelligence Inc., in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
October 30, 2024 (Doc. 728)
(Omitted)

Exhibit 30 -
Entirely Redacted (Doc. 728-2)..................... A2769

Plaintiffs' Opposition to Ross Intelligence
Inc.'s Renewed Motion for Summary
Judgment on Ross's Affirmative Defense of
Fair Use, dated October 30, 2024
(Doc. 730).................................................... A2771

**Page**

Declaration of Miranda D. Means, for
    Plaintiffs, in Opposition to Ross
    Intelligence Inc.'s Renewed Motion for
    Summary Judgment on Ross's Affirmative
    Defense of Fair Use, dated
    October 30, 2024 (Doc. 731)
    (Omitted)

    Exhibits 104-114 -
    Entirely Redacted (Doc. 731-1)....................  A2774

    Exhibit 115 -
    Webpage entitled "lexis.com Quick
    Reference Guide" (Doc. 731-1) ....................  A2775

    Exhibit 116 -
    Webpage entitled "The past, present, and
    future of legal research with generative
    AI" (Doc. 731-1) ...........................................  A2792

    Exhibits 117-137 -
    Entirely Redacted (Doc. 731-1)....................  A2802

    Exhibit 138 -
    Webpage entitled "What is image
    compression?" (Doc. 731-1) .........................  A2803

Declaration of Miranda D. Means, for
    Plaintiffs, in Support Reply Brief in
    Support of their Renewed Motion for
    Partial Summary Judgment on Fair Use,
    dated November 13, 2024 (Doc. 740)
    (Omitted)

    Exhibit 139 -
    Entirely Redacted (Doc. 740-1)....................  A2812

xiii

**Page**

**Volume 7 of 18**
**(FILED UNDER SEAL)**

Complaint, dated May 6, 2020 (Doc. 1)........... A2813

   Appendix A -
Certificates of Registration (Doc. 1-1) ......... A2830

Defendant and Counterclaimant Ross
   Intelligence Inc.'s Amended Partial
   Answer and Defenses and Amended
   Counterclaims in Response to Plaintiffs'
   Complaint and Demand for Jury Trial,
   dated January 25, 2021 (Doc. 24)................ A3158

Letter from Michael J. Flynn to the
   Honorable Stephanos Bibas, dated
   July 15, 2022 (Doc. 195).............................. A3205

   Exhibit A -
Notes of Charles von Simson (Doc. 195-1) .. A3209

   Exhibit B -
Defendant and Counterclaimant Ross
Intelligence, Inc.'s Response to Plaintiffs
Thomson Reuters Enterprise Centre
GmbH and West Publishing Corporation's
First Set of Requests for Admissions to
Defendant Ross Intelligence, Inc., dated
February 22, 2022 (Doc. 195-1) ................... A3211

   Exhibit C -
Emails (Doc. 195-1) ..................................... A3291

   Exhibit D -
Deposition Transcript of Charles von
Simson, dated April 19, 2022 (Doc. 195-1).. A3300

**Page**

Exhibit E -
Emails (Doc. 195-1) ..................................... A3307

Defendant and Counterclaimant Ross
Intelligence Inc.'s Second Amended
Answer and Defenses and Amended
Counterclaims in Response to Plaintiffs'
Complaint and Demand for Jury Trial,
dated September 14, 2022 (Doc. 225) .......... A3310

Declaration of Miranda D. Means in Support
of Motion for Partial Summary Judgment,
dated January 9, 2023 (Doc. 298)
(Omitted)

Exhibit 6 -
Deposition of Barbara Frederiksen-Cross,
dated November 11, 2022 (Doc. 255-1) ........ A3357

Exhibit 20 -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 255-1) ........................... A3369

**Volume 8 of 18**
**(FILED UNDER SEAL)**

Exhibit 20 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 255-1) ........................... A3391

**Volume 9 of 18**
**(FILED UNDER SEAL)**

Exhibit 20 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 255-1) ........................... A3971

xv

**Page**

Declaration of Laurie Oliver in Support of
    Plaintiffs' Motions for Partial Summary
    Judgment, dated December 21, 2022
    (Doc. 256) ..................................................... A4334

Plaintiffs' Notice of Lodging, dated
    December 22, 2022 (Doc. 257) ...................... A4340

Declaration, dated September 14, 2023
    (Doc. 544)
    (Omitted)

    Exhibit 3 -
    Deposition Transcript of Kai Bond, dated
    May 10, 2023 (Doc. 531-1) ........................... A4343

    Exhibit 8 -
    Deposition Transcript of Julian D'Angelo,
    dated May 3, 2023 (Doc. 531-1) ................... A4361

    Exhibit 25 -
    Deposition of Tomas Van Der Heijden,
    dated March 17, 2022 (Doc. 531-1) .............. A4383

    Exhibit 26 -
    Deposition Transcript of Tomas Van Der
    Heijden, dated May 9, 2023 (Doc. 531-1) .... A4399

    Exhibit 43 -
    Scope of Coverage (Doc. 532-1) .................... A4448

    Exhibit 44 -
    Defendant and Counterclaimant Ross
    Intelligence Inc.'s Response and Objection
    to Plaintiffs' Fifth Set of Interrogatories,
    dated May 11, 2023 (Doc. 532-1) ................. A4453

xvi

**Page**

Exhibit 50 -
ROSS Discussion Materials – Competitive
Analysis & Profiling, dated April 16, 2015
(Doc. 532-1).................................................. A4471

Exhibit 51 -
Emails (Doc. 532-1) .................................... A4483

Exhibit 53 -
Emails (Doc. 532-1) .................................... A4490

Exhibit 54 -
Summary of Various Pricing Plans
(Doc. 532-1).................................................. A4494

Exhibit 55 -
ROSS Discussion Materials – Competitive
Analysis & Profiling, dated April 16, 2015
(Doc. 532-1).................................................. A4498

Exhibit 58 -
Emails (Doc. 532-1) .................................... A4510

Exhibit 62 -
Powered by IBM Watson Application
Business Plan (Doc. 532-2) .......................... A4515

Exhibit 63 -
Emails (Doc. 532-2) .................................... A4518

Exhibit 73 -
Emails (Doc. 532-2) .................................... A4521

Exhibit 74 -
Emails (Doc. 532-2) .................................... A4526

Exhibit 78 -
Emails (Doc. 532-2) .................................... A4534

**Page**

**Volume 10 of 18**
**(FILED UNDER SEAL)**

Declaration of Max Samels in Support of
Thomson Reuters' Motions for Partial
Summary Judgment (Nos. 1-6), dated
August 31, 2023 (Doc. 533)
(Omitted)

Exhibit 83 -
Emails (Doc. 533-1) ..................................... A4537

Exhibit 84 -
ROSS Board Meeting Slides, dated
January 14, 2020 (Doc. 533-1) ..................... A4544

Exhibit 85 -
Why Users are Not Buying or Using
ROSS? (Doc. 533-1) ..................................... A4560

Exhibit 86 -
Income Statement (Doc. 533-1) ................... A4572

Exhibit 87 -
Thomson Reuters Legal Products and
Services (Doc. 533-1) ................................... A4576

Exhibit 88 -
Left Intentionally Blank (Doc. 533-1) ......... A4579

Exhibit 89 -
2022 Legal Technology Survey Report
(Doc. 533-1)................................................. A4580

Exhibit 90 -
Artificial Intelligence & Westlaw
(Doc. 533-1)................................................. A4597

xviii

**Page**

Exhibit 91 -
Thomson Reuters Global Brand Monitor –
Legal Business Unit Report (Doc. 533-1) ....   A4620

Exhibit 92 -
Positioning Guide: Key Value Prop
Statements (Doc. 533-1) ..............................   A4680

Exhibit 93 -
The Real Impact of Using Artificial
Intelligence in Legal Research (Doc. 533-1)   A4684

Exhibit 100 -
Thomson Reuters Westlaw Proposal
(Doc. 533-3) ...................................................   A4695

Exhibit 101 -
Thomson Reuters Westlaw Proposal
Update (Doc. 533-3) ......................................   A4712

Exhibit 102 -
Practical Law Overview (Doc. 533-3) ..........   A4726

Exhibit 103 -
WestlawNext Marketing (Doc. 533-3) .........   A4729

Exhibit 104 -
Thomson Reuters Proposal (Doc. 533-3) .....   A4730

Memorandum Opinion, dated
September 25, 2023 (Doc. 547) ....................   A4738

Memorandum Opinion, dated
September 27, 2024 (Doc. 669) ....................   A4772

Order, dated September 27, 2024 (Doc. 670)..   A4786

Plaintiffs' Brief in Support of Their Renewed
Motion for Partial Summary Judgment on
Fair Use, dated October 1, 2024 (Doc. 673)   A4788

xviii

xix

**Page**

Declaration of Miranda D. Means, for
    Plaintiffs, in Support of Renewed Motions
    for Summary Judgment, dated
    October 1, 2024 (Doc. 678)
    (Omitted)

Exhibit 1 -
Excerpts from the Deposition of Khalid Al-
Kofahi, dated April 8, 2022 (Doc. 678-1) ..... A4790

Exhibit 2 -
Excerpts from the Deposition of Andrew
Arruda, dated March 30, 2022 (Doc. 678-2)    A4807

Exhibit 3 -
Excerpts from the Deposition of L. Karl
Branting, Ph.D., dated October 19, 2022
(Doc. 678-3) ................................................. A4827

Exhibit 4 -
Excerpts from the Deposition of
Christopher Cahn,  May 12, 2022
(Doc. 678-4) ................................................. A4835

Exhibit 5 -
Excerpts from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 678-5) .......... A4841

Exhibit 6 -
Excerpts from the Deposition of Tariq
Hafeez, dated May 26, 2022 (Doc. 678-6) .... A4860

Exhibit 7 -
Excerpts from the Deposition of Richard A.
Leiter, dated October 24, 2022 (Doc. 678-7)    A4873

xx

**Page**

Exhibit 8 -
Excerpts from the Deposition of Erik
Lindberg, dated March 22, 2022
(Doc. 678-8)................................................. A4891

Exhibit 9 -
Excerpts from the Deposition of James
Malackowski, dated November 4, 2022
(Doc. 678-9)................................................. A4904

Exhibit 11 -
Excerpts from the Deposition of Isabelle
Moulinier, dated July 1, 2022 (Doc. 678-11)   A4910

Exhibit 12 -
Excerpts from the Deposition of Laurie
Oliver, dated March 30, 2022 (Doc. 678-12)   A4919

Exhibit 13 -
Excerpts from the Deposition of Jimoh
Ovbiagele, dated April 12, 2022
(Doc. 678-13)................................................. A4927

Exhibit 14 -
Excerpts from the Deposition of Jimoh
Ovbiagele, dated May 2, 2023
(Doc. 678-14)................................................. A4949

Exhibit 15 -
Excerpts from the Deposition of Sean O.
Shafik, dated April 22, 2022 (Doc. 678-15) .   A4955

Exhibit 16 -
Excerpts from the Deposition of Tomas van
der Heijden, dated March 17, 2022
(Doc. 678-16)................................................. A4959

xx

**Page**

Exhibit 17 -
Excerpts from the Deposition of Charles
von Simson, dated April 19, 2022
(Doc. 678-17)................................................. A4987

Exhibit 18 -
Excerpts from the Deposition of Teri
Whitehead, dated April 18, 2022
(Doc. 678-18)................................................. A4991

Exhibit 19 -
Exhibit 1 from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 678-19)........ A4995

Exhibit 20 -
Exhibit 2 from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 678-20)........ A5008

Exhibit 21 -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 678-21).......................... A5010

**Volume 11 of 18**
**(FILED UNDER SEAL)**

Exhibit 21 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 678-21).......................... A5121

**Volume 12 of 18**
**(FILED UNDER SEAL)**

Exhibit 21 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 678-21).......................... A5697

**xxii**

**Page**

Exhibit 22 -
Report of Defendants' Expert L. Karl
Branting, J.D., Ph.D., dated July 28, 2022
(Doc. 678-22).................................................. A5975

Exhibit 24 -
Opening Expert Report of Barbara
Frederiksen-Cross, dated August 1, 2022
(Doc. 678-24).................................................. A6015

Exhibit 25 -
Opening Expert Report of Jonathan L.
Krein, dated August 1, 2022 (Doc. 678-25) . A6067

Exhibit 28 -
Opening Expert Report of James E.
Malackowski, dated August 1, 2022
(Doc. 678-28).................................................. A6162

Exhibit 29 -
Rebuttal Expert Report of James E.
Malackowski, dated September 6, 2022
(Doc. 678-29).................................................. A6227

Exhibit 31 -
Defendant and Counterclaimant ROSS
Intelligence, Inc.'s Supplemental
Responses and Objections to Plaintiffs' Set
of Interrogatories, dated
September 14, 2022 (Doc. 678-31) ............... A6258

xxiii

**Volume 13 of 18**
**(FILED UNDER SEAL)**

Exhibit 31 (Continued) -
Defendant and Counterclaimant ROSS
Intelligence, Inc.'s Supplemental
Responses and Objections to Plaintiffs' Set
of Interrogatories, dated
September 14, 2022 (Doc. 678-31) ............... A6281

Exhibit 33 -
Audio of August 22 Hearing (Doc. 678-33).. A6352

Exhibit 34 -
Excel File (Doc. 678-34) ............................... A6354

Exhibit 35 -
Excel File (Doc. 678-35) ............................... A6356

Exhibit 36 -
Best Practices Guide for ROSS
Intelligence, last revised on
September 18, 2017 (Doc. 678-36) ............... A6358

Exhibit 37 -
Project Rose - Project Protocol
(Doc. 678-37)................................................. A6378

Exhibit 38 -
Email from Tariq Hafeez to Andrew
Arruda, dated October 23, 2020
(Doc. 678-38)................................................. A6388

Exhibit 39 -
Westlaw Screenshots (Doc. 678-39)............. A6393

Exhibit 40 -
Statement of Work II for Ross Bulk Memos
(Doc. 678-40)................................................. A6400

xxiv

**Page**

Exhibit 44 -
Email Exchange between Teri Whitehead
and Thomas van der Heijden, dated
September 15, 2017 (Doc. 678-44) ............... A6415

Exhibit 46 -
Design Studio Notes (Doc. 678-46) .............. A6418

Exhibit 47 -
Spreadsheet "ROSS Data Spend –
Jan 1, 2017 to Present" (Doc. 678-47) ......... A6435

Exhibit 50 -
Email Exchange between Thomas
Hamilton and John R. Fernandez, dated
August 6, 2015 (Doc. 678-50) ....................... A6442

Exhibit 51 -
Email Exchange between Thomas
Hamilton and Melissa Pritchard, dated
September 25, 2015 (Doc. 678-51) ............... A6444

Exhibit 52 -
Email from Andrew Arruda to Andre
Garber, dated August 22, 2015
(Doc. 678-52) ................................................ A6448

Exhibit 54 -
Email Exchange between Andrew Arruda
to Andre Garber, dated
October 18-19, 2015  (Doc. 678-54) .............. A6450

Exhibit 55 -
[Slack] Notifications from the Ross Inc.
Team for February 16, 2015 (Doc. 678-55).. A6455

Exhibit 56 -
Updated Tasks in poweredbyross.com
(Doc. 678-56) ................................................ A6457

xxiv

xxv

**Page**

Exhibit 57 -
Standard "ROSS Launch Partner" Pricing
List (Doc. 678-57) ....................................... A6459

Exhibit 58 -
Mapping Practice Areas with the New
Q&A Data  (Doc. 678-58) ............................ A6461

Exhibit 61 -
Email Exchange between Thomas
Hamilton and Shazina Razeen, dated
September 17-20, 2015 (Doc. 678-61) .......... A6465

Exhibit 63 -
Presentation Outline for Fastcase
(Doc. 678-63) .............................................. A6470

Exhibit 64 -
Top 3 Product Goals for Q1 2019
(Doc. 678-64) .............................................. A6477

Exhibit 70 -
Document entitled "The Death of Westlaw
Contracts and Pricing" (Doc. 678-70) .......... A6480

Exhibit 71 -
Email Exchange between Akash Venkat
and Tariq Hafee, dated
September 20, 2015 (Doc. 678-71) ............... A6483

Exhibit 73 -
Document entitled "Westlaw is Suing Us.
Our Response:" (Doc. 678-73) ...................... A6486

Exhibit 74 -
Correspondence between Charles von
Simson and Jullian D'Angelo, dated
May 17, 2019 (Doc. 678-74) ......................... A6491

xxvi

**Page**

Exhibit 76 -
Email from Andre Garber to Andrew
Arruda, dated July 21, 2015 (Doc. 678-76) .   A6494

Exhibit 78 -
ROSS Intelligence Facebook Pages
(Doc. 678-78)................................................   A6496

Exhibit 79 to Means Declaration -
Editorial Manual, Policies and Guidelines
for Headnoting (Doc. 678-79)......................   A6501

Exhibit 83 -
Amended Notice of Deposition, dated
September 25, 2019, with Transcript
(Doc. 678-83)................................................   A6776

Exhibit 85 to Means Declaration -
Diagram entitled "Bulk Memos – Process
for Clutch" (Doc. 678-85)............................   A6778

Exhibit 86 to Means Declaration -
Email from Teri Whitehead to Saloni
Agara Dwarakanath, dated
October 24, 2017 (Doc. 678-86)...................   A6780

Exhibit 90 to Means Declaration -
Salesforce Opportunity Detail
(Doc. 678-90)................................................   A6783

Exhibit 91 to Means Declaration -
Modules (Doc. 678-91)................................   A6785

### Volume 14 of 18
### (FILED UNDER SEAL)

Exhibit 91 to Means Declaration (Cont.) -
Modules (Doc. 678-91)................................   A6859

xxvii

**Page**

Exhibit 92 to Means Declaration - Document entitled "Vetting Customers – High Usage and Competitors" (Doc. 678-92)................................................. A6924

Exhibit 93 to Means Declaration - Article "How is Natural Language Search Changing The Face of Legal Research?" (Doc. 678-93)................................................. A6944

Exhibit 96 - Editorial Enhancements (Doc. 678-96) ....... A6946

Exhibit 97 - Thomson Reuters Westlaw | Headnotes (Doc. 678-97)................................................. A6949

Exhibit 98 - Thomson Reuters Westlaw | Key Number System  (Doc. 678-98).................................... A6952

Exhibit 99 to Means Declaration - Messages from Charles von Simson, dated June 4, 2019 (Doc. 678-99)........................... A6955

Exhibit 103 - Supplemental Expert Report of Dr. Jonathan L. Krein, dated August 11, 2024 (Doc. 678-103)............................................... A6957

Second Declaration of Laurie Oliver in Support of Plaintiffs' Renewed Motions for Summary Judgment, dated October 1, 2024 (Doc. 679) ........................... A6982

xxvii

xxviii

**Page**

Declaration of Jimoh Ovbiagele in Support of
Defendant/Counterclaimant Ross
Intelligence Inc.'s Motion for Summary
Judgment on Its Affirmative Defense of
Fair Use, dated October 1, 2024 (Doc. 680)    A6988

Declaration of Alan J. Cox, for Defendant/
Counterclaimant, in Support of Motion for
Summary Judgment on its Affirmative
Defense of Fair Use, filed October 9, 2024
(Doc. 681)
(Omitted)

Exhibit A -
*Curriculum Vitae* of Alan J. Cox, Ph.D.
(Doc. 681-1).................................................    A7008

Exhibit B -
Expert Report of Alan J. Cox, Ph.D., dated
August 1, 2022 (Doc. 681-1)........................    A7048

Exhibit C -
Expert Rebuttal Report of Alan J. Cox,
Ph.D., dated September 6, 2022
(Doc. 681-1).................................................    A7092

Declaration of Jimoh Ovbiagele in Support of
Defendant Ross Intelligence Inc.'s Motion
for Summary Judgment on Plaintiffs'
Claims of Copyright Infringement, dated
October 1, 2024 (Doc. 686) ..........................    A7107

**xxix**

Page

Declaration of Richard A. Leiter, for
Defendant/Counterclaimant, in Support of
Motion for Summary Judgment on its
Affirmative Defense of Fair Use and on
Plaintiffs' Claims for Copyright
Infringement, filed October 9, 2024
(Doc. 687)
(Omitted)

Exhibit B -
Report of Defendants' Expert Professor
Richard Leiter, J.D., dated August 1, 2022
(Doc. 687-1).................................................... A7119

Declaration of Joseph Marks, for Defendant/
Counterclaimant, in Support of Motion for
Summary Judgment on its Affirmative
Defense of Fair Use and on Plaintiffs'
Claims for Copyright Infringement, dated
October 1, 2024 (Doc. 689)
(Omitted)

Exhibit B -
Report of Defendants' Expert L. Karl
Branting, J.D., Ph.D., dated July 28, 2022
(Doc. 689-1).................................................... A7142

Declaration of Jacob Canter, for Defendant/
Counterclaimant Ross Intelligence Inc., in
Support of Motion for Summary Judgment
on its Affirmative Defense of Fair Use,
dated October 1, 2024 (Doc. 690)
(Omitted)

Exhibit 2 -
Excerpts from the Transcript Deposition of
Jimoh Ovbiagele, dated April 12, 2022
(Doc. 690-2).................................................... A7220

**xxix**

**xxx**

Page

Exhibit 8 -
Westlaw Slide Decks (Doc. 690-4) ............... A7240

Exhibit 16 -
Chart (Doc. 690-10) .................................... A7269

**Volume 15 of 18**
**(FILED UNDER SEAL)**

Exhibit 16 (Continued) -
Chart (Doc. 690-10) .................................... A7437

**Volume 16 of 18**
**(FILED UNDER SEAL)**

Exhibit 16 (Continued) -
Chart (Doc. 690-10) .................................... A8015

Exhibit 47 -
Artificial Intelligence & Westlaw, in 2022
(Doc. 690-27)............................................... A8169

Exhibit 48 -
Statement of Work II for ROSS Bulk
Memos (Doc. 690-27) ................................... A8192

Declaration of Warrington S. Parker III, for
Defendant Ross Intelligence Inc., in
Support of Motion for Summary Judgment
as to Plaintiffs' Copyright Claims, filed
October 9, 2024 (Doc. 691)
(Omitted)

Exhibit 13 -
Excerpts of Deposition Transcript of Erik
Lindberg, dated March 22, 2022
(Doc. 691-4)............................................... A8207

Exhibit 15 (Part 1) -
Summarization Manual (Doc. 691-7) .......... A8225

**xxx**

**xxxi**

**Page**

Exhibit 15 (Part 2) -
Summarization Manual (Doc. 691-8) .......... A8382

Exhibit 26 -
Excerpts of Deposition Transcript of Tariq
Hafeez, dated May 26, 2022 (Doc. 691-9).... A8520

Exhibit 30 -
Excerpts of Deposition Transcript of
Andrew Arruda, dated March 30, 2022
(Doc. 691-14)................................................. A8564

Declaration of Jacob Canter, for Defendant
Ross Intelligence Inc., in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
October 30, 2024 (Doc. 711)
(Omitted)

Exhibit 30 -
Request for Admissions (Doc. 711-4)........... A8583

Ross Intelligence Inc.'s Brief in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
October 30, 2024 (Doc. 713) ........................ A8586

Plaintiffs' Opposition to Ross Intelligence
Inc.'s Renewed Motion for Summary
Judgment on Ross's Affirmative Defense of
Fair Use, dated October 30, 2024
(Doc. 716)...................................................... A8590

**xxxii**

**Volume 17 of 18**
**(FILED UNDER SEAL)**

Declaration of Miranda D. Means, for
Plaintiffs, in Opposition to Ross
Intelligence Inc.'s Renewed Motion for
Summary Judgment on Ross's Affirmative
Defense of Fair Use, dated
October 30, 2024 (Doc. 718)
(Omitted)

Exhibit 107 -
Excerpts of Deposition Transcript of
Richard A. Leiter, dated October 24, 2022
(Doc. 718-4)................................................... A8593

Exhibit 109 -
Excerpts of Deposition Transcript of
Isabelle Moulinier, dated July 1, 2022
(Doc. 718-6)................................................... A8609

Exhibit 110 -
Excerpts of Deposition Transcript of
Tomas Van Der Heijden, dated
March 17, 2022 (Doc. 718-7) ........................ A8622

Exhibit 111 -
Excerpts of Deposition Transcript of
Laurie Oliver, dated March 30, 2022
(Doc. 718-8)................................................... A8626

Exhibit 113 -
Rebuttal Expert Report of Dr. Jonathan L.
Krein, dated September 6, 2022
(Doc. 718-10)................................................. A8633

Exhibit 115 -
Webpage entitled "lexis.com Quick
Reference Guide" (Doc. 718-12) ................... A8690

xxxiii

**Page**

Exhibit 116 -
Webpage entitled "The past, present, and
future of legal research with generative
AI" (Doc. 718-13) .......................................... A8707

Exhibit 135 -
WestlawNext WestSearch Technology
(Doc. 718-32) ................................................. A8717

Declaration of Miranda D. Means, for
Plaintiffs, in Support Reply Brief in
Support of their Renewed Motion for
Partial Summary Judgment on Fair Use,
dated November 13, 2024 (Doc. 736)
(Omitted)

Exhibit 139 -
Excerpts of Deposition Transcript of Erik
Lindberg, dated March 22, 2022
(Doc. 736-1) ................................................... A8722

Appendix A to Memorandum Opinion, dated
February 11, 2025 (Doc. 771) ....................... A8726

## Volume 18 of 18
## (FILED UNDER SEAL)

Appendix A to Memorandum Opinion, dated
February 11, 2025 (Doc. 771) (Continued) .. A9171

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 391 of 7202 PageID #: 78490

# EXHIBIT 20

A619

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 392 of 7202 PageID #: 78491



A620

A620

1 of 964

Highly Confidential
Attorneys' Eyes Only

2 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 393 of 7202 PageID #: 78492

Highly Confidential
Attorneys' Eyes Only



A621

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 394 of 7202 PageID #: 78493



A622

3 of 964

Highly Confidential
Attorneys' Eyes Only

4 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 395 of 7202 PageID #: 78494



A623

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 396 of 7202 PageID #: 78495

5 of 964

Highly Confidential
Attorneys' Eyes Only

A624

A625

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 397 of 7202 PageID #: 78496

Highly Confidential
Attorneys' Eyes Only

A625

A626

Highly Confidential
Attorneys' Eyes Only

A627

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 399 of 7202 PageID #: 78498

Highly Confidential
Attorneys' Eyes Only

A627

Case: 25-2153    Document: 156-3    Page: 45    Date Filed: 01/02/2026

A628

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 401 of 7202 PageID #: 78500



A629

Highly Confidential
Attorneys' Eyes Only



A630

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 402 of 7202 PageID #: 78501

Highly Confidential
Attorneys' Eyes Only



A631

Case 1:20-cv-00613-SB   Document 208-1   Filed 01/09/23   Page 403 of 7202 PageID #: 78502

Highly Confidential
Attorneys' Eyes Only

A631

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 404 of 7202 PageID #: 78503



A632

Highly Confidential
Attorneys' Eyes Only

A633

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 405 of 7202 PageID #: 78504



A633

Highly Confidential
Attorneys' Eyes Only

A634

Highly Confidential
Attorneys' Eyes Only

16 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 407 of 7202 PageID #: 78506

Highly Confidential
Attorneys' Eyes Only

A635



A636

Case 1:20-cv-00613-SB   Document 208-1   Filed 01/09/23   Page 408 of 7202 PageID #: 78597

Highly Confidential
Attorneys' Eyes Only



A637

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 409 of 7202 PageID #: 78508

Highly Confidential
Attorneys' Eyes Only

19 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 410 of 7202 PageID #: 78599

A638

Highly Confidential
Attorneys' Eyes Only

A639

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 411 of 7202 PageID #: 78510

20 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 412 of 7202 PageID #: 78511

21 of 964

Highly Confidential
Attorneys' Eyes Only



A640

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 413 of 7202 PageID #: 78512



A641

22 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 414 of 7202 PageID #: 78513



A642

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 415 of 7202 PageID #: 78514

A643

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 416 of 7202 PageID #: 78515

A644

25 of 964

Highly Confidential
Attorneys' Eyes Only

26 of 964

A645



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 417 of 7202 PageID #: 78516

Highly Confidential
Attorneys' Eyes Only

A645



A646

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 418 of 7202 PageID #: 78517

Highly Confidential
Attorneys' Eyes Only

A646



A647

Case 1:20-cv-00613-SB   Document 398-1   Filed 01/09/23   Page 419 of 7202 PageID #: 78518

Highly Confidential
Attorneys' Eyes Only

A647

Case: 25-2153   Document: 156-3   Page: 65   Date Filed: 01/02/2026

A648



A649

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 421 of 7202 PageID #: 78520



Highly Confidential
Attorneys' Eyes Only

A649



A650

Case 1:20-cv-00613-SB   Document 398-1   Filed 01/09/23   Page 422 of 7202 PageID #: 78521

Highly Confidential
Attorneys' Eyes Only

32 of 964



A651

Case 1:20-cv-00613-SB   Document 208-1   Filed 01/09/23   Page 423 of 7202 PageID #: 78522

Highly Confidential
Attorneys' Eyes Only

A651

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 424 of 7202 PageID #: 78523



A652

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-3    Page: 70    Date Filed: 01/02/2026

A653

Highly Confidential
Attorneys' Eyes Only

34 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 426 of 7202 PageID #: 78525

A654



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 427 of 7202 PageID #: 78526



A655

36 of 964

Highly Confidential
Attorneys' Eyes Only



A656

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 429 of 7202 PageID #: 78528



A657

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-3    Page: 75    Date Filed: 01/02/2026

A658





A659

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 431 of 7202 PageID #: 78530

Highly Confidential
Attorneys' Eyes Only

A660

Highly Confidential
Attorneys' Eyes Only

42 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 433 of 7202 PageID #: 78532

A661

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153     Document: 156-3     Page: 79     Date Filed: 01/02/2026

A662



Highly Confidential
Attorneys' Eyes Only

43 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 435 of 7202 PageID #: 78534



A663

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 436 of 7202 PageID #: 78535



A664

45 of 964

Highly Confidential
Attorneys' Eyes Only



A665

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 437 of 7202 PageID #: 78536

Highly Confidential
Attorneys' Eyes Only

47 of 964

A666



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 438 of 7202 PageID #: 78537

Highly Confidential
Attorneys' Eyes Only

A666



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 439 of 7202 PageID #: 78538

48 of 964

Highly Confidential
Attorneys' Eyes Only

A667

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 440 of 7202 PageID #: 78539



A668

49 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 441 of 7202 PageID #: 78540



A669

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 442 of 7202 PageID #: 78541



A670

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 443 of 7202 PageID #: 78542



A671

Highly Confidential
Attorneys' Eyes Only



A672

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 444 of 7202 PageID #: 78543

53 of 964

Highly Confidential
Attorneys' Eyes Only

54 of 964



Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 445 of 7202 PageID #: 78544

A673

A673

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 446 of 7202 PageID #: 78545



A674

55 of 964

Highly Confidential
Attorneys' Eyes Only

56 of 964



A675

Highly Confidential
Attorneys' Eyes Only

A675



A676

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 448 of 7202 PageID #: 78547

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 449 of 7202 PageID #: 78548

A677

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 296-1   Filed 01/09/23   Page 450 of 7202 PageID #: 78549

59 of 964



A678

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 451 of 7202 PageID #: 78550



A679

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153     Document: 156-3     Page: 97     Date Filed: 01/02/2026

A680



Highly Confidential
Attorneys' Eyes Only



A681

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 453 of 7202 PageID #: 78552

Highly Confidential
Attorneys' Eyes Only

62 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 454 of 7202 PageID #: 78553



A682

Highly Confidential
Attorneys' Eyes Only



A683

Highly Confidential
Attorneys' Eyes Only

65 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 456 of 7202 PageID #: 78555

Highly Confidential
Attorneys' Eyes Only

A684

Case: 25-2153    Document: 156-3    Page: 102    Date Filed: 01/02/2026

A685



Highly Confidential
Attorneys' Eyes Only

Case: 25-2153   Document: 156-3   Page: 103   Date Filed: 01/02/2026



A686

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-3    Page: 104    Date Filed: 01/02/2026

A687



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 460 of 7202 PageID #: 78559



A688

69 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 461 of 7202 PageID #: 78560

Highly Confidential
Attorneys' Eyes Only

A689

A690

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 462 of 7202 PageID #: 7856L

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 463 of 7202 PageID #: 78562

A691

Highly Confidential
Attorneys' Eyes Only

A692

Highly Confidential
Attorneys' Eyes Only

A693

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 465 of 7202 PageID #: 78564

Highly Confidential
Attorneys' Eyes Only

A693

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 466 of 7202 PageID #: 78565

A694

Highly Confidential
Attorneys' Eyes Only



A695

Case: 25-2153     Document: 156-3     Page: 112     Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-3    Page: 113    Date Filed: 01/02/2026

A696

Highly Confidential
Attorneys' Eyes Only

A697

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 470 of 7202 PageID #: 78569

A698

Highly Confidential
Attorneys' Eyes Only

A698

A699

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 472 of 7202 PageID #: 78571



A700

A700

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 473 of 7202 PageID #: 78572



A701

82 of 964

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 474 of 7202 PageID #: 78573

Highly Confidential
Attorneys' Eyes Only

A702



A703

Case: 25-2153   Document: 156-3   Page: 120   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 476 of 7202 PageID #: 78575



A704

Highly Confidential
Attorneys' Eyes Only

A704



A705

Highly Confidential
Attorneys' Eyes Only



A706

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 478 of 7202 PageID #: 78577

Highly Confidential
Attorneys' Eyes Only

A706

88 of 964



A707

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 479 of 7202 PageID #: 78578

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 480 of 7202 PageID #: 78579

89 of 964



A708

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 296-1   Filed 01/09/23   Page 461 of 7202 PageID #: 78580



A709

Highly Confidential
Attorneys' Eyes Only

A709

91 of 964



A710

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 482 of 7202 PageID #: 78581

Highly Confidential
Attorneys' Eyes Only

A710

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 483 of 7202 PageID #: 78582

A711

Highly Confidential
Attorneys' Eyes Only

A712

Highly Confidential
Attorneys' Eyes Only

A712

94 of 964

A713



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 495 of 7202 PageID #: 78584

Highly Confidential
Attorneys' Eyes Only

A713

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 496 of 7202 PageID #: 78585



A714

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 487 of 7202 PageID #: 78586

A715

Document: 156   Page: 132

Highly Confidential
Attorneys' Eyes Only



A716

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 489 of 7202 PageID #: 78587

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 489 of 7202 PageID #: 78588



A717

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 490 of 7202 PageID #: 78589

Highly Confidential
Attorneys' Eyes Only

A718

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 491 of 7202 PageID #: 78590

A719

Highly Confidential
Attorneys' Eyes Only

A719



A720

Case 1:20-cv-00613-SB   Document 296-1   Filed 01/09/23   Page 492 of 7202 PageID #: 78591

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 493 of 7202 PageID #: 78592

A721

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 495 of 7202 PageID #: 78594

A723

Highly Confidential
Attorneys' Eyes Only

A723

105 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 496 of 7202 PageID #: 78595



A724

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 497 of 7202 PageID #: 78596



A725

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 498 of 7202 PageID #: 78597



A726

Highly Confidential
Attorneys' Eyes Only

A727

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153     Document: 156-3     Page: 145     Date Filed: 01/02/2026



A728

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 501 of 7202 PageID #: 78600



A729

Highly Confidential
Attorneys' Eyes Only



A730

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 502 of 7202 PageID #: 78601

Highly Confidential
Attorneys' Eyes Only

A730

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 503 of 7202 PageID #: 78602



A731

Highly Confidential
Attorneys' Eyes Only

113 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 504 of 7202 PageID #: 78603

A732

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-3    Page: 150    Date Filed: 01/02/2026

A733

Highly Confidential
Attorneys' Eyes Only



A734

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 506 of 7202 PageID #: 78605

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153     Document: 156-3     Page: 152     Date Filed: 01/02/2026



A735

Highly Confidential
Attorneys' Eyes Only

117 of 964



A736

Highly Confidential
Attorneys' Eyes Only

118 of 964



A737

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 509 of 7202 PageID #: 78608

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-3    Page: 155    Date Filed: 01/02/2026

A738



Highly Confidential
Attorneys' Eyes Only



A739

Case 1:20-cv-00613-SB   Document 296-1   Filed 01/09/23   Page 511 of 7202 PageID #: 78610

120 of 964

Highly Confidential
Attorneys' Eyes Only

A739

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 512 of 7202 PageID #: 78611

A740

121 of 964

Highly Confidential
Attorneys' Eyes Only

A740

122 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 513 of 7202 PageID #: 78612

A741

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 514 of 7202 PageID #: 78613



A742

123 of 964

Highly Confidential
Attorneys' Eyes Only



A743

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 515 of 7202 PageID #: 78614

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 516 of 7202 PageID #: 78615

125 of 964

Highly Confidential
Attorneys' Eyes Only



A744

A745



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 517 of 7202 PageID #: 78616

Highly Confidential
Attorneys' Eyes Only

A745

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 518 of 7202 PageID #: 78617



A746

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 519 of 7202 PageID #: 78618



**A747**

Highly Confidential
Attorneys' Eyes Only



A748

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 520 of 7202 PageID #: 78619

129 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 296-1    Filed 01/09/23    Page 521 of 7202 PageID #: 78620



A749

Highly Confidential
Attorneys' Eyes Only

A750



Highly Confidential
Attorneys' Eyes Only

131 of 964

Case: 25-2153   Document: 156-3   Page: 168   Date Filed: 01/02/2026

A751



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 524 of 7202 PageID #: 78623



A752

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 525 of 7202 PageID #: 78624

134 of 964



A753

Highly Confidential
Attorneys' Eyes Only

135 of 964



A754

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 526 of 7202 PageID #: 78625

Highly Confidential
Attorneys' Eyes Only

136 of 964



A755

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 527 of 7202 PageID #: 78626

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 528 of 7202 PageID #: 78627

A756

Highly Confidential
Attorneys' Eyes Only

138 of 964



A757

Highly Confidential
Attorneys' Eyes Only



A758

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 530 of 7202 PageID #: 78629

Highly Confidential
Attorneys' Eyes Only

A758



A759

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 531 of 7202 PageID #: 78630

Highly Confidential
Attorneys' Eyes Only

A759

A760

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 532 of 7202 PageID #: 78631

Highly Confidential
Attorneys' Eyes Only

A760

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 533 of 7202 PageID #: 78632



142 of 964

Highly Confidential
Attorneys' Eyes Only

A761

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 534 of 7202 PageID #: 78633



A762

Highly Confidential
Attorneys' Eyes Only

A763

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

A764

A765

Highly Confidential
Attorneys' Eyes Only

A766

Case: 25-2153      Document: 156      Page: 183      Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 539 of 7202 PageID #: 78638

A767

Highly Confidential
Attorneys' Eyes Only

A767

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 540 of 7202 PageID #: 78639



A768

Highly Confidential
Attorneys' Eyes Only

A769

150 of 964

Highly Confidential
Attorneys' Eyes Only

A769

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 542 of 7202 PageID #: 78641

A770

Highly Confidential
Attorneys' Eyes Only

A771

Case: 25-2153     Document: 156     Page: 188     Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 544 of 7202 PageID #: 78643

Highly Confidential
Attorneys' Eyes Only

153 of 964

A772

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 545 of 7202 PageID #: 78644



A773

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 546 of 7202 PageID #: 78645

A774

Highly Confidential
Attorneys' Eyes Only

155 of 964

A775

A776

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 549 of 7202 PageID #: 78648



A777

158 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 550 of 7202 PageID #: 78649



A778

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 551 of 7202 PageID #: 78650



A779

160 of 964

Highly Confidential
Attorneys' Eyes Only



A780

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 553 of 7202 PageID #: 78652



A781

162 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 554 of 7202 PageID #: 78653



A782

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 555 of 7202 PageID #: 78654

A783

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 556 of 7202 PageID #: 78655

A784

165 of 964

Highly Confidential
Attorneys' Eyes Only

A785

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 558 of 7202 PageID #: 78657



A786

Highly Confidential
Attorneys' Eyes Only

A787

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 560 of 7202 PageID #: 78659

A788

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 561 of 7202 PageID #: 78660



A789

Highly Confidential
Attorneys' Eyes Only



A790

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 562 of 7202 PageID #: 78661

Highly Confidential
Attorneys' Eyes Only

A790



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 563 of 7202 PageID #: 78662

A791

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 564 of 7202 PageID #: 78663



A792

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 565 of 7202 PageID #: 78664

A793

174 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 566 of 7202 PageID #: 78665



A794

175 of 964

Highly Confidential
Attorneys' Eyes Only

A795

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 567 of 7202 PageID #: 78666

Highly Confidential
Attorneys' Eyes Only

A795

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 568 of 7202 PageID #: 78667



A796

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 569 of 7202 PageID #: 78668



A797

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 570 of 7202 PageID #: 78669

A798

Highly Confidential
Attorneys' Eyes Only

A799

Highly Confidential
Attorneys' Eyes Only

181 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 572 of 7202 PageID #: 78671

A800

Highly Confidential
Attorneys' Eyes Only

A800

**A801**

Highly Confidential
Attorneys' Eyes Only

183 of 964

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 574 of 7202 PageID #: 78673



A802

Highly Confidential
Attorneys' Eyes Only



A803

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 575 of 7202 PageID #: 78674

Highly Confidential
Attorneys' Eyes Only



A804

Case 1:20-cv-00613-SB   Document 208-1   Filed 01/09/23   Page 576 of 7202 PageID #: 78675

185 of 964

Highly Confidential
Attorneys' Eyes Only



A805

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 577 of 7202 PageID #: 78676

Highly Confidential
Attorneys' Eyes Only

A805



A806

Highly Confidential
Attorneys' Eyes Only

188 of 964



A807

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 579 of 7202 PageID #: 78678

Highly Confidential
Attorneys' Eyes Only

A807

Case: 25-2153    Document: 156-3    Page: 225    Date Filed: 01/02/2026

**A808**





A809

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 581 of 7202 PageID #: 78680

Highly Confidential
Attorneys' Eyes Only



A810

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 582 of 7202 PageID #: 78681

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 583 of 7202 PageID #: 78682



A811

192 of 964

Highly Confidential
Attorneys' Eyes Only



A812

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 584 of 7202 PageID #: 79683

Highly Confidential
Attorneys' Eyes Only

A812

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 585 of 7202 PageID #: 78684



A813

Highly Confidential
Attorneys' Eyes Only

195 of 964



A814

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 586 of 7202 PageID #: 78695

Highly Confidential
Attorneys' Eyes Only

A814

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 587 of 7202 PageID #: 78686



A815

A815

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 588 of 7202 PageID #: 78687



A816

Highly Confidential
Attorneys' Eyes Only

A816



A817

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 589 of 7202 PageID #: 78689

Highly Confidential
Attorneys' Eyes Only

A817

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 590 of 7202 PageID #: 78689



A818

Highly Confidential
Attorneys' Eyes Only

200 of 964



A819

Case 1:20-cv-00613-SB   Document 288-1   Filed 01/09/23   Page 591 of 7202 PageID #: 78690

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153   Document: 156-3   Page: 237   Date Filed: 01/02/2026

A820



Highly Confidential
Attorneys' Eyes Only

202 of 964



A821

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 593 of 7202 PageID #: 78692

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 594 of 7202 PageID #: 78693



A822

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153     Document: 156-3     Page: 240     Date Filed: 01/02/2026

A823



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 596 of 7202 PageID #: 78695



A824

Highly Confidential
Attorneys' Eyes Only

A825

Case 1:20-cv-00613-SB   Document 208-1   Filed 01/09/23   Page 597 of 7202 PageID #: 78696

Highly Confidential
Attorneys' Eyes Only

A825



A826

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 598 of 7202 PageID #: 78697

Highly Confidential
Attorneys' Eyes Only

A826

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 599 of 7202 PageID #: 78698

208 of 964



A827

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 600 of 7202 PageID #: 78699



A828

Highly Confidential
Attorneys' Eyes Only



A829

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 601 of 7202 PageID #: 78700

Highly Confidential
Attorneys' Eyes Only

A829



A830

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 602 of 7202 PageID #: 78701

Highly Confidential
Attorneys' Eyes Only

A830

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 603 of 7202 PageID #: 78702



A831

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB　Document 298-1　Filed 01/09/23　Page 604 of 7202 PageID #: 78703



A832

Highly Confidential
Attorneys' Eyes Only

214 of 964



A833

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 605 of 7202 PageID #: 78704

Highly Confidential
Attorneys' Eyes Only

A833

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 606 of 7202 PageID #: 78705

A834

Highly Confidential
Attorneys' Eyes Only

A834



A835

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153   Document: 156-3   Page: 253   Date Filed: 01/02/2026

A836

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 609 of 7202 PageID #: 78708



A837

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 610 of 7202 PageID #: 78709

A838

Highly Confidential
Attorneys' Eyes Only



A839

Case 1:20-cv-00613-SB   Document 296-1   Filed 01/09/23   Page 611 of 7202 PageID #: 78710

Highly Confidential
Attorneys' Eyes Only

A839

221 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 612 of 7202 PageID #: 78711



A840



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 613 of 7202 PageID #: 78712

Highly Confidential
Attorneys' Eyes Only

A841



Case: 25-2153  Document: 156-3  Page: 259  Date Filed: 01/02/2026

A842



A843

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 615 of 7202 PageID #: 78714

Highly Confidential
Attorneys' Eyes Only

225 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 616 of 7202 PageID #: 78715



A844

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 617 of 7202 PageID #: 78716



A845

Highly Confidential
Attorneys' Eyes Only

A845



A846

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 618 of 7202 PageID #: 78717

Highly Confidential
Attorneys' Eyes Only

A846

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 619 of 7202 PageID #: 78718



A847

228 of 964

Highly Confidential
Attorneys' Eyes Only

A847



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 620 of 7202 PageID #: 78719

Highly Confidential
Attorneys' Eyes Only

A848



A849

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 621 of 7202 PageID #: 78720

Highly Confidential
Attorneys' Eyes Only

A849



A850

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 622 of 7202 PageID #: 78721

Highly Confidential
Attorneys' Eyes Only

A850

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 623 of 7202 PageID #: 78722

A851

A851

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 624 of 7202 PageID #: 78723



A852

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 625 of 7202 PageID #: 78724



A853

Highly Confidential
Attorneys' Eyes Only

A853

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 626 of 7202 PageID #: 78725



A854

Highly Confidential
Attorneys' Eyes Only

236 of 964



A855

Case 1:20-cv-00613-SB   Document 286-1   Filed 01/09/23   Page 627 of 7202 PageID #: 78726

Highly Confidential
Attorneys' Eyes Only

A855

Case: 25-2153    Document: 156-3    Page: 273    Date Filed: 01/02/2026



A856

Highly Confidential
Attorneys' Eyes Only



A857

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 629 of 7202 PageID #: 78728

Highly Confidential
Attorneys' Eyes Only

A857

A858

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 630 of 7202 PageID #: 78729

239 of 964

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 631 of 7202 PageID #: 78730



A859

Highly Confidential
Attorneys' Eyes Only

A859

A860

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 633 of 7202 PageID #: 78732



A861

242 of 964

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153   Document: 156-3   Page: 279   Date Filed: 01/02/2026

A862

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 635 of 7202 PageID #: 78734

A863

Highly Confidential
Attorneys' Eyes Only



A864

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 636 of 7202 PageID #: 78735

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 637 of 7202 PageID #: 78736



A865

Highly Confidential
Attorneys' Eyes Only

A865



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 638 of 7202 PageID #: 78737

Highly Confidential
Attorneys' Eyes Only

A866

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 639 of 7202 PageID #: 78738

Highly Confidential
Attorneys' Eyes Only



A867



A868

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 640 of 7202 PageID #: 78739

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 641 of 7202 PageID #: 78740



A869

250 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 642 of 7202 PageID #: 78741



A870

Highly Confidential
Attorneys' Eyes Only

A870



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 643 of 7202 PageID #: 78742

A871

Highly Confidential
Attorneys' Eyes Only



A872

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 644 of 7202 PageID #: 78743

253 of 964

Highly Confidential
Attorneys' Eyes Only



A873

A873

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 645 of 7202 PageID #: 78744

Highly Confidential
Attorneys' Eyes Only

255 of 964



A874

Case 1:20-cv-00613-SB   Document 299-1   Filed 01/09/23   Page 646 of 7202 PageID #: 78745

Highly Confidential
Attorneys' Eyes Only

A875

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 648 of 7202 PageID #: 78747



A876

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 649 of 7202 PageID #: 78748



A877

A877

258 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 650 of 7202 PageID #: 78749



A878

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 651 of 7202 PageID #: 78750



A879

260 of 964

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 652 of 7202 PageID #: 78751

A880

Highly Confidential
Attorneys' Eyes Only

A881

Case 1:20-cv-00613-SB  Document 296-1  Filed 01/09/23  Page 654 of 7202 PageID #: 78753



A882

Highly Confidential
Attorneys' Eyes Only

A883

Case: 25-2153   Document: 156-3   Page: 300   Date Filed: 01/02/2026

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 7104 | is the cumulative remedies provision in rule governing dismissal for want of prosecution and reinstatement limited to other viable procedures and remedies which are not inherently inconsistent with procedures set forth in a rule itself? | Cumulative remedies provision in rule governing dismissal for want of prosecution and reinstatement is limited to other viable procedures and remedies which are not inherently inconsistent with procedures set forth in rule itself. Vernon's Ann.Texas Rules Civ.Proc., Rule 165a, subd. 4. | Nevertheless, appellees contend the notice in this case permitted the trial judge to dismiss under the court's inherent authority because rule 165a(4) "speaks of the Trial Court's inherent authority." Rule 165a(4) addresses cumulative remedies and provides that the "same reinstatement procedures and timetable are applicable to all dismissals for want of prosecution including cases which are dismissed pursuant to the court's inherent power, whether or not a motion to dismiss has been filed." TEX.R. | 1 | 4 | ROSS-003293551 | TR-0691126 | TR-0797211 |
| 7121 | as long as there is no genuine issue of material fact and the defendant is entitled to judgment as a matter of law, can the complaint be properly dismissed? | In a motion to dismiss based upon certain defects or defenses, as long as there is no genuine issue of material fact and the defendant is entitled to judgment as a matter of law, the complaint may be properly dismissed. S.H.A. 735 ILCS 5/2-619. | If a cause of action is dismissed pursuant to a section 2-619 argument, the questions on appeal are whether a genuine issue of *355  material fact exists and whether the defendants are entitled **953  ***878  to judgment as a matter of law. | 1 | 3 | ROSS-003293589 | TR-0581383 | TR-0867598 |
| 7124 | does the second prong of the test for determining whether a security interest or a lease is created focus on whether the lessee has the right to purchase the property? | Under Georgia's interpretation of the Uniform Commercial Code (UCC), the second prong of the test for determining whether a security interest or a lease is created focuses on whether the lessee has the right to purchase the property subject to the agreement for either no additional consideration or for nominal consideration. | The first prong focuses on whether "the consideration the lessee owes under the agreement for the right to possess and use the vehicle for the term of the lease is subject to termination." Id. That is, whether the lessee "had the right to voluntarily terminate [the] payment obligation under the agreement." Id. The second prong focuses on whether the lessee has the right to purchase the property subject to the agreement for either no additional consideration or for nominal consideration, which the UCC specifically defines. | 1 | 3 | ROSS-003293600 | TR-0634415 | TR-0634415 |
| 7132 | will a motion to dismiss be proper when the claim is barred by affirmative matter that defeats the claim or avoids its legal effect? | A motion to dismiss based upon defects or defenses is proper when the claim is barred by affirmative matter that defeats the claim or avoids its legal effect. S.H.A. 735 ILCS 5/2-619(a)(9). | Under subsection (a)(9), the subsection that applies in this case, a litigant may obtain an involuntary dismissal of a claim *1001  **167  asserted against him if the claim is barred by other affirmative matter, which avoids the legal effect of or defeats the claim. 735 ILCS 5/2-619(a)(9) (West 2014). An "affirmative matter" is something in the nature of a defense that negates the cause of action completely. Van Meter, 207 Ill. | 2 | 3 | ROSS-003293617 | TR-0795877 | TR-0800123 |

Highly Confidential
Attorneys' Eyes Only

Comparison of ROSS Bulk Memo Questions to Headnote and Headnote to Case Opinion

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 7144 | is equitable estoppel a shield and not a sword? | Estoppel is not actionable fraud; there is usually no need for scienter and estoppel is a shield not a sword. | Perry's Landing, Inc., 11 Ohio App.3d 135, 144, 463 N.E.2d 636 (Ohio Ct.App.1983). While Ohio courts have long espoused that the point of estoppel is to prevent fraud, "estoppel is not actionable fraud and is not treated like actionable fraud. There is usually no need for scienter, an intent to deceive, in estoppel cases, for example." Id. | 2 | 3 | ROSS-003293653 | TR-0872628 | TR-0655063 |
| 7148 | is a motion to dismiss for failure to comply with the rule governing the pleading requirements for fraud or mistake generally treated as a motion to dismiss for failure to state a claim on which relief can be granted? | A motion to dismiss for failure to comply with the rule governing the pleading requirements for fraud or mistake is generally treated as a motion to dismiss for failure to state a claim on which relief can be granted. Colo. R. Civ. P. 9(b). | We bear in mind that the petition was dismissed on defendants' bald motion to dismiss, that technical forms of pleading are not required, Rule 55.05, and that a petition should be held good as against a general motion to dismiss for failure to state a claim upon which relief can be granted if the averments of the petition, liberally construed, invoke substantive principles of law which entitle the plaintiff to relief. | 1 | 3 | ROSS-003293660 | TR-0559083 | TR-0573889 |
| 7152 | can a partner admit a new member to the partnership without the consent of the other partners? | As a general rule one partner cannot introduce a new member into the firm without the consent of his co-partner. | With respect to the right to sue, we do not say that the complainant was a partner in the voyage of the Mercury in any other mode than as he was a member of the firm of Carrington & Co. It has been said, that a partner cannot introduce a stranger into the firm without the consent of the rest. | 2 | 3 | ROSS-003293670 | TR-0788244 | TR-0807706 |

Highly Confidential
Attorneys' Eyes Only

A884

Case: 25-2153    Document: 156-3    Page: 302    Date Filed: 01/02/2026

A885



A886

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 658 of 7202 PageID #: 78757

Highly Confidential
Attorneys' Eyes Only

A886

268 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 659 of 7202 PageID #: 78758

A887

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 660 of 7202 PageID #: 78759

A888

269 of 964

Highly Confidential
Attorneys' Eyes Only

A888

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 661 of 7202 PageID #: 78760



A889

Highly Confidential
Attorneys' Eyes Only

271 of 964



A890

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 662 of 7202 PageID #: 78761

Highly Confidential
Attorneys' Eyes Only

A890

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 663 of 7202 PageID #: 78762



A891

Highly Confidential
Attorneys' Eyes Only



A892

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 664 of 7202 PageID #: 78763

Highly Confidential
Attorneys' Eyes Only

274 of 964



A893

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 665 of 7202 PageID #: 78764

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 666 of 7202 PageID #: 78765



A894

275 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 667 of 7202 PageID #: 78766



A895

Highly Confidential
Attorneys' Eyes Only

A895

Case 1:20-cv-00613-SB    Document 286-1    Filed 01/09/23    Page 668 of 7202 PageID #: 78767

A896

277 of 964

Highly Confidential
Attorneys' Eyes Only



A896

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 669 of 7202 PageID #: 78768



A897

278 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 670 of 7202 PageID #: 78769

A898

279 of 964

Highly Confidential
Attorneys' Eyes Only



280 of 964



A899

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 671 of 7202 PageID #: 78770

Highly Confidential
Attorneys' Eyes Only

A899

281 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 672 of 7202 PageID #: 78771



A900

Highly Confidential
Attorneys' Eyes Only

A900

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 673 of 7202 PageID #: 78772

A901

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 674 of 7202 PageID #: 78773



A902

283 of 964

Highly Confidential
Attorneys' Eyes Only



A903

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 675 of 7202 PageID #: 78774

Highly Confidential
Attorneys' Eyes Only

A903



A904

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 676 of 7202 PageID #: 78775

Highly Confidential
Attorneys' Eyes Only

286 of 964



A905

Highly Confidential
Attorneys' Eyes Only



A906

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 678 of 7202 PageID #: 78777

Highly Confidential
Attorneys' Eyes Only

A906

A907

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 680 of 7202 PageID #: 78779



A908

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB    Document 296-1    Filed 01/09/23    Page 661 of 7202 PageID #: 78780

A909

Highly Confidential
Attorneys' Eyes Only

A909

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 682 of 7202 PageID #: 78781



A910

291 of 964

Highly Confidential
Attorneys' Eyes Only

A910

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 683 of 7202 PageID #: 78782



A911

Highly Confidential
Attorneys' Eyes Only

293 of 964



A912

Case 1:20-cv-00613-SB   Document 296-1   Filed 01/09/23   Page 664 of 7202 PageID #: 78763

Highly Confidential
Attorneys' Eyes Only

A912



A913

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 685 of 7202 PageID #: 78784

Highly Confidential
Attorneys' Eyes Only



A914

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-3    Page: 332    Date Filed: 01/02/2026

A915



Highly Confidential
Attorneys' Eyes Only



A916

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 688 of 7202 PageID #: 78787

Highly Confidential
Attorneys' Eyes Only

A916

298 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 689 of 7202 PageID #: 78788

Highly Confidential
Attorneys' Eyes Only

A917

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 690 of 7202 PageID #: 78789



A918

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 691 of 7202 PageID #: 78790



A919

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 692 of 7202 PageID #: 78791



A920

Highly Confidential
Attorneys' Eyes Only

302 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 693 of 7202 PageID #: 78792

A921

Highly Confidential
Attorneys' Eyes Only

303 of 964



Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 694 of 7202 PageID #: 78793

A922

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153   Document: 156-3   Page: 340   Date Filed: 01/02/2026



A923

Highly Confidential
Attorneys' Eyes Only



A924

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 696 of 7202 PageID #: 78795

Highly Confidential
Attorneys' Eyes Only

A924

306 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 697 of 7202 PageID #: 78796

A925



Highly Confidential
Attorneys' Eyes Only

A925



A926

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 698 of 7202 PageID #: 78797

Highly Confidential
Attorneys' Eyes Only



A927

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 699 of 7202 PageID #: 78798

Highly Confidential
Attorneys' Eyes Only

309 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 700 of 7202 PageID #: 78799



A928

Highly Confidential
Attorneys' Eyes Only



A929

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 701 of 7202 PageID #: 78800

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 702 of 7202 PageID #: 78801



A930

A930

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153     Document: 156-3     Page: 348     Date Filed: 01/02/2026

A931



Highly Confidential
Attorneys' Eyes Only



313 of 964

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 704 of 7202 PageID #: 78893

A932

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 705 of 7202 PageID #: 78804



A933

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 706 of 7202 PageID #: 78805

A934



Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-3    Page: 352    Date Filed: 01/02/2026

A935



Highly Confidential
Attorneys' Eyes Only



A936

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 708 of 7202 PageID #: 78807

Highly Confidential
Attorneys' Eyes Only

A936

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 709 of 7202 PageID #: 78808



A937

318 of 964

Highly Confidential
Attorneys' Eyes Only

319 of 964



A938

Highly Confidential
Attorneys' Eyes Only

320 of 964



A939

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 711 of 7202 PageID #: 78810

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 712 of 7202 PageID #: 78811



A940

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 713 of 7202 PageID #: 78812



A941

322 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 714 of 7202 PageID #: 78813



A942

323 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 715 of 7202 PageID #: 78814



A943

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 716 of 7202 PageID #: 78815



A944

325 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 717 of 7202 PageID #: 78816

Highly Confidential
Attorneys' Eyes Only



A945

Case 1:20-cv-00613-SB   Document 288-1   Filed 01/09/23   Page 718 of 7202 PageID #: 78817



A946

327 of 964

Highly Confidential
Attorneys' Eyes Only

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 9120 | does the act of state doctrine barring suits against foreign governments or their officials require a case-by-case analysis of the extent to which separation of powers concerns are implicated, with respect to the conduct of foreign relations? | Application of "act of state" doctrine, barring suits against foreign governments or their officials, requires case-by-case analysis of extent to which separation of powers concerns are implicated, with respect to conduct of foreign relations, by action before the court. | The risk which the doctrine seeks to avoid is that the judiciary "in the task of passing on the validity of foreign acts of state may hinder rather than further this country's pursuit of goals both for itself and for the community of nations as a whole in the international sphere." Sabbatino, 376 U.S. at 423, 84 S.Ct. at 938. [2] Application of the act of state doctrine requires a case-by-case analysis of the extent to which separation of powers concerns are implicated by the action before the court, Texas Trading & Milling Corp. v. Federal Republic of Nigeria, 647 F.2d 300, 316 n. | 1 | 3 | ROSS-003297707 | TR-0541288 | TR-0541288 |
| 9121 | is granting of pretrial motion on evidentiary issues an adjunct of trial court's inherent power to admit and exclude evidence? | Granting of pretrial motion on evidentiary issues is an adjunct of trial court's inherent power to admit and exclude evidence. | [1] [2] A motion in limine is addressed to the trial court's inherent power to admit or exclude evidence. | 1 | 3 | ROSS-003297710 | TR-0762932 | TR-0546604 |
| 9126 | is a bill drawn by a person, payable to his own order, a bill of exchange? | A bill drawn by a person payable to his own order is a bill of exchange. | The act of the Louisiana General Assembly, of March 13th, 1827, section 1, provides:-'That all notaries, or persons acting as such, are authorized in their protests of bills of exchange, promissory notes, or orders for the payment of money, to make mention' (not of the presentment, but) 'of the demand made upon the drawer, acceptor, or person, on whom such order or bill of exchange is drawn or given; and of the manner and circumstances' (not of such presentment, but) 'of such demand; and whenever they shall have so done, a certified copy of such protest, &c., shall be evidence of all the matters therein stated.' In the case of the Louisiana Ins. | 1 | 3 | ROSS-003297720 | TR-0661017 | TR-0658705 |
| 9132 | does a motion to dismiss brought in under statutory provision dealing with objections to a pleading test the legal sufficiency of the complaint? | Motion to dismiss brought under provision pertaining to motions with respect to pleadings challenge only the sufficiency of plaintiff's complaint. S.H.A. ch. 110, ¶ 2-615. | As defendant challenged the legal sufficiency of plaintiff's complaint, we construe that motion to dismiss as a section 2-615 motion. [1] [2] ¶ 18 A motion to dismiss brought under section 2-615 of the Code challenges the legal sufficiency of a complaint. | 2 | 3 | ROSS-003297734 | TR-0675279 | TR-0590477 |

A947

Comparison of ROSS Bulk Memo Questions to Headnote and Headnote to Case Opinion

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 9134 | are temporary takings protected by the constitution as are permanent ones? | To assert a Fifth Amendment takings claim, the plaintiff must establish a deprivation of a cognizable property interest; the length of deprivation may vary, because temporary takings are as protected by the Constitution as are permanent ones. U.S.C.A. Const.Amend. 5. | To assert a Fifth Amendment claim, the plaintiff must establish a deprivation of a "cognizable property interest." L.M. Everhart Const., Inc. v. Jefferson Cnty. Planning Comm'n, 2 F.3d 48, 51 (4th Cir.1993). The length of deprivation may vary, because "[i]t is well established that temporary takings are as protected by the Constitution as are permanent ones." See Lucas v. | 2 | 3 | ROSS-003297739 | TR-0585263 | TR-0585263 |
| 9140 | can extraordinary delays give rise to takings liability? | Only extraordinary delays give rise to liability for regulatory takings. U.S. Const. Amend. 5. | [9] [10] The general rule that post-announcement delay does not ordinarily result in a taking, however, is not absolute, and the character of the government's delay may give rise to a taking claim under Penn Central. "Delay in the regulatory process cannot give rise to takings liability unless the delay is extraordinary" and "[i]f the delay is extraordinary, the question of temporary regulatory takings liability is to be determined using the Penn Central factors." Appolo Fuels v. | 2 | 3 | ROSS-003297751 | TR-0578567 | TR-0534941 |
| 9188 | under the railway labor act, can an employee's action be settled by the administrative remedies prescribed by the act? | An action by railroad employees to determine their seniority rights may be brought either in a court, or settled by the administrative remedies prescribed by the Railway Labor Act. Railway Labor Act § 1 et seq. as amended, 45 U.S.C.A. § 151 et seq. | In view of the Supreme Court's clarifying language as to the intended scope of the Railway Labor Act, 45 U.S.C.A. § 151 et seq., we can definitely state that the employees' action may be brought, at their election, either in a court, or settled by the administrative remedies prescribed by said Act. The judgment is Reversed. | 2 | 3 | ROSS-003297861 | TR-0580619 | TR-0580619 |
| 9192 | when does the advice of counsel defense apply to a malicious prosecution claim? | For the advice of counsel defense to apply to a malicious prosecution claim, the allegations upon which the advising counsel acted must be truthful and complete. | They cite no cases in the context of juvenile proceedings to support this argument but contend that the advice-of-counsel defense, as applied in malicious-prosecution and criminal cases, should apply here. In malicious-prosecution cases, the advice-of-counsel defense applies if the parties have made a full disclosure of all relevant facts to competent counsel and have acted *241 in bona fide reliance thereon. | 2 | 3 | ROSS-003297869 | TR-0869064 | TR-0565402 |

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 721 of 7202 PageID #: 78820



A949

330 of 964

Highly Confidential
Attorneys' Eyes Only

331 of 964



A950

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 722 of 7202 PageID #: 78821

Highly Confidential
Attorneys' Eyes Only

A950

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 723 of 7202 PageID #: 78822

A951



Highly Confidential
Attorneys' Eyes Only

333 of 964



A952

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153   Document: 156-3   Page: 370   Date Filed: 01/02/2026

A953



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 726 of 7202 PageID #: 78825



A954

335 of 964

Highly Confidential
Attorneys' Eyes Only

[redacted]

Highly Confidential
Attorneys' Eyes Only

337 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 728 of 7202 PageID #: 78827

A956

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 729 of 7202 PageID #: 78828



A957

338 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 730 of 7202 PageID #: 78829



A958

Highly Confidential
Attorneys' Eyes Only

Comparison of ROSS Bulk Memo Questions to Headnote and Headnote to Case Opinion

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 9523 | do courts recognize equitable subrogation? | Texas courts are hospitable to the doctrine of equitable subrogation. | Further, standing frequently becomes an issue in the context of equitable subrogation. According to the Texas Supreme Court, "[t]he doctrine of equitable subrogation allows a party who would otherwise lack standing to step into the shoes of and pursue the claims belonging to a party with standing." Frymire Eng'g Co. | 2 | 3 | ROSS-003298609 | TR-0775797 | TR-0740327 |
| 9533 | is the question, on a motion for involuntary dismissal based upon certain defects or defenses, whether the existence of a genuine issue of material fact precludes a dismissal? | The question, on a motion for involuntary dismissal based upon certain defects or defenses, is whether the existence of a genuine issue of material fact precludes a dismissal or, absent such an issue of fact, whether a dismissal is proper as a matter of law. S.H.A. 735 ILCS 5/2-619. | When ruling on such a motion, the court must construe the pleadings and supporting documents in the light most favorable to the nonmoving party. Van Meter, 207 Ill.2d at 367-68, 278 Ill.Dec. 555, 799 N.E.2d 273. On appeal from a section 2-619 motion, the reviewing court "must consider whether the existence of a genuine issue of material fact should have precluded the dismissal or, absent such an issue of fact, whether dismissal is proper as a matter of law." Kedzie & 103rd Currency Exchange, Inc. | 1 | 3 | ROSS-003298635 | TR-0664833 | TR-0616592 |
| 9536 | is acceptance required to establish a bailment? | Whether there has been a dedication and whether there has been acceptance, as required to establish existence of public easement, are questions of fact. | Whether there has been a dedication and whether there has been an acceptance present questions of fact. ... Likewise, the determination of the extent to which there has been an acceptance of a street involves a question of fact." (Internal quotation marks omitted.) Id., at 556-57, 945 A.2d 1017. | 2 | 3 | ROSS-003298641 | TR-0563474 | TR-0774254 |
| 9547 | when reviewing a motion to dismiss for failure to state cause of action, can the court freely consider affidavits submitted by the petitioner to remedy any defects in the petition? | On review of a motion to dismiss for failure to state a cause of action, the Court of Appeals disregards all conclusions in a petition when they are not supported by facts. | 724, 729, 533 N.E.2d 806, 811.) In ruling on a motion to dismiss for failure to state a cause of action, a court must accept as true all well-pleaded factual matters in the complaint and all reasonable inferences that may be drawn therefrom, but need not accept conclusions of law, argumentative matter, or conclusions of fact unsupported by allegations of specific facts upon which such conclusions rest. | 2 | 3 | ROSS-003298664 | TR-0580964 | TR-0560820 |

Highly Confidential
Attorneys' Eyes Only

A959

Comparison of ROSS Bulk Memo Questions to Headnote and Headnote to Case Opinion

EXHIBIT P

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 9549 | is it the act by which duty is breached, and not ensuing damages, which gives rise to cause of action? | It is act by which duty is breached and not ensuing damages which gives rise to cause of action, and cause of action whether in tort or contract accrues upon breach of duty owed by one to another. | The North Carolina Supreme Court has explicitly held that a cause of action, whether in tort or contract, accrues upon the breach of a duty owed by one to another. It is the act by which the duty is breached and not the *241 ensuing damages which give birth to a cause of action. 'It is well settled that in an action for damages, resulting from negligent breach of duty, the statute of limitations begins to run from the breach, from the wrongful act or omission complained of, without regard to the time when the harmful consequences were discovered.' Shearin v. | 1 | 3 | ROSS-003298668 | TR-0547458 | TR-0547458 |
| 9565 | do the facial allegations in the complaint limit and guide the court's analysis of when a cause of action accrues? | Facial allegations in complaint limit and guide court's analysis of when cause of action accrues. | [5] The one consensus emerging from this analysis is that it is fact-specific, and concerns an issue about which courts disagree. When deciding whether a claim falls within the scope of an arbitration agreement, courts "focus on factual allegations in the complaint rather than the legal causes of action asserted". | 1 | 3 | ROSS-003298702 | TR-0595504 | TR-0745512 |
| 9576 | how is probable cause in the context of malicious prosecution evaluated? | Malice, in the context of malicious prosecution, may be inferred from a lack of probable cause, but a lack of probable cause cannot be inferred from malice. | Malice in a malicious prosecution claim is only considered when there is a lack of probable cause, but it is not when there was probable cause. 36 In other words, the existence of probable cause trumps any consideration of malice, even if malice were present. | 2 | 3 | ROSS-003298725 | TR-0548537 | TR-0538993 |

Highly Confidential
Attorneys' Eyes Only

A960



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 733 of 7202 PageID #: 78832

A961

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 288-1 Filed 01/09/23 Page 734 of 7202 PageID #: 78833



A962

Highly Confidential
Attorneys' Eyes Only

A962



A963

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 735 of 7202 PageID #: 78834

Highly Confidential
Attorneys' Eyes Only

A963

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 736 of 7202 PageID #: 78835



A964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 737 of 7202 PageID #: 78836



A965

A965

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 738 of 7202 PageID #: 78837



A966

347 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 739 of 7202 PageID #: 78838



A967

348 of 964

Highly Confidential
Attorneys' Eyes Only

A968



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 741 of 7202 PageID #: 78840



A969

Highly Confidential
Attorneys' Eyes Only

A970

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB　Document 298-1　Filed 01/09/23　Page 743 of 7202 PageID #: 78842

A971

Highly Confidential
Attorneys' Eyes Only

353 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 744 of 7202 PageID #: 78843

Highly Confidential
Attorneys' Eyes Only



A972



Highly Confidential
Attorneys' Eyes Only

A973

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 746 of 7202 PageID #: 78845

A974



Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 747 of 7202 PageID #: 78846

A975

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 748 of 7202 PageID #: 78847

Highly Confidential
Attorneys' Eyes Only



A976

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 749 of 7202 PageID #: 78848



A977

Highly Confidential
Attorneys' Eyes Only

A978

Highly Confidential
Attorneys' Eyes Only



A979

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 751 of 7202 PageID #: 78850

Highly Confidential
Attorneys' Eyes Only

A979

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 752 of 7202 PageID #: 78851



A980

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 753 of 7202 PageID #: 78852



Highly Confidential
Attorneys' Eyes Only

A981

363 of 964



A982

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 754 of 7202 PageID #: 78853

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 755 of 7202 PageID #: 78854



A983

364 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 756 of 7202 PageID #: 78855

A984



Highly Confidential
Attorneys' Eyes Only



A985

Case 1:20-cv-00613-SB  Document 296-1  Filed 01/09/23  Page 757 of 7202 PageID #: 78856

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 758 of 7202 PageID #: 78857



A986

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 759 of 7202 PageID #: 78858



A987

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 760 of 7202 PageID #: 78859

369 of 964



A988

Highly Confidential
Attorneys' Eyes Only

A989



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 761 of 7202 PageID #: 78860

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

A990

Document: 156-3   Page: 407



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 763 of 7202 PageID #: 78862

A991

Highly Confidential
Attorneys' Eyes Only

372 of 964

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 764 of 7202 PageID #: 78863



A992

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 765 of 7202 PageID #: 78864

A993

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 766 of 7202 PageID #: 78865

Highly Confidential
Attorneys' Eyes Only



A994

A995

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 767 of 7202 PageID #: 78866

Highly Confidential
Attorneys' Eyes Only

A995

A996



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 768 of 7202 PageID #: 78867

Highly Confidential
Attorneys' Eyes Only

A996

A997

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 769 of 7202 PageID #: 78868

Highly Confidential
Attorneys' Eyes Only

A997

Case 1:20-cv-00613-SB   Document 286-1   Filed 01/09/23   Page 770 of 7202 PageID #: 78869



A998

A998

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 771 of 7202 PageID #: 78870

A999



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 772 of 7202 PageID #: 78871

381 of 964

Highly Confidential
Attorneys' Eyes Only

A1000

382 of 964

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 773 of 7202 PageID #: 78872

Highly Confidential
Attorneys' Eyes Only



A1001



Case 1:20-cv-00613-SB   Document 288-1   Filed 01/09/23   Page 774 of 7202 PageID #: 78873

383 of 964

Highly Confidential
Attorneys' Eyes Only

A1002

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 775 of 7202 PageID #: 78874



A1003

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 776 of 7202 PageID #: 78875

A1004

385 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 777 of 7202 PageID #: 78876

Highly Confidential
Attorneys' Eyes Only

A1005

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 778 of 7202 PageID #: 78877

A1006

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 779 of 7202 PageID #: 78878



A1007

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 780 of 7202 PageID #: 78879

389 of 964

Highly Confidential
Attorneys' Eyes Only

A1008

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 781 of 7202 PageID #: 78880

A1009

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 782 of 7202 PageID #: 78881

Highly Confidential
Attorneys' Eyes Only

A1010

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 783 of 7202 PageID #: 78882

A1011

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 784 of 7202 PageID #: 78883



A1012

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB　Document 298-1　Filed 01/09/23　Page 785 of 7202 PageID #: 78884



A1013

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-3    Page: 431    Date Filed: 01/02/2026

A1014

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 787 of 7202 PageID #: 78886

A1015

Highly Confidential
Attorneys' Eyes Only



A1016

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 788 of 7202 PageID #: 78887

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 789 of 7202 PageID #: 78888



Highly Confidential
Attorneys' Eyes Only

A1017

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 790 of 7202 PageID #: 78889

A1018

Highly Confidential
Attorneys' Eyes Only

A1019

Highly Confidential
Attorneys' Eyes Only



A1020

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 793 of 7202 PageID #: 78892

A1021

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 794 of 7202 PageID #: 78893



A1022

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 795 of 7202 PageID #: 78894



A1023

404 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 796 of 7202 PageID #: 78895



A1024

Highly Confidential
Attorneys' Eyes Only

405 of 964

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 797 of 7202 PageID #: 78896



A1025

406 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 798 of 7202 PageID #: 78897



Highly Confidential
Attorneys' Eyes Only

A1026

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 799 of 7202 PageID #: 78898



A1027

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB　Document 298-1　Filed 01/09/23　Page 800 of 7202 PageID #: 78899

Highly Confidential
Attorneys' Eyes Only

A1028

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 801 of 7202 PageID #: 78900

Highly Confidential
Attorneys' Eyes Only

A1029

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 802 of 7202 PageID #: 78901



A1030

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB　Document 298-1　Filed 01/09/23　Page 803 of 7202 PageID #: 78902

412 of 964

Highly Confidential
Attorneys' Eyes Only

A1031

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 804 of 7202 PageID #: 78903

A1032

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 805 of 7202 PageID #: 78904



A1033

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 296-1   Filed 01/09/23   Page 806 of 7202 PageID #: 78905

A1034

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 807 of 7202 PageID #: 78906

A1035

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 808 of 7202 PageID #: 78997

A1036

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 809 of 7202 PageID #: 78908

A1037

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 810 of 7202 PageID #: 78909

A1038

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 811 of 7202 PageID #: 78910



A1039

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 812 of 7202 PageID #: 78911

421 of 964

Highly Confidential
Attorneys' Eyes Only

A1040

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 813 of 7202 PageID #: 78912

A1041

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 814 of 7202 PageID #: 78913

A1042

Highly Confidential
Attorneys' Eyes Only

A1043

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 815 of 7202 PageID #: 78914

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 816 of 7202 PageID #: 78915

Highly Confidential
Attorneys' Eyes Only



A1044



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 817 of 7202 PageID #: 78916

Highly Confidential
Attorneys' Eyes Only

A1045

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 818 of 7202 PageID #: 78917

A1046

Highly Confidential
Attorneys' Eyes Only

A1047

Case: 25-2153   Document: 156-3   Page: 464   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

428 of 964

Highly Confidential
Attorneys' Eyes Only

A1048

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 821 of 7202 PageID #: 78920



A1049

430 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 822 of 7202 PageID #: 78921

Highly Confidential
Attorneys' Eyes Only



A1050

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 823 of 7202 PageID #: 78922



A1051

432 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 824 of 7202 PageID #: 78923

Highly Confidential
Attorneys' Eyes Only

A1052

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 825 of 7202 PageID #: 78924

434 of 964

Highly Confidential
Attorneys' Eyes Only



A1053

435 of 964



A1054

Highly Confidential
Attorneys' Eyes Only

436 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 827 of 7202 PageID #: 78926

A1055

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 828 of 7202 PageID #: 78927



A1056

437 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 829 of 7202 PageID #: 78928

A1057

438 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 830 of 7202 PageID #: 78929



A1058

439 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 831 of 7202 PageID #: 78930

Highly Confidential
Attorneys' Eyes Only



A1059

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 832 of 7202 PageID #: 78931



A1060

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 833 of 7202 PageID #: 78932



442 of 964

Highly Confidential
Attorneys' Eyes Only

A1061

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 834 of 7202 PageID #: 78933



A1062

Highly Confidential
Attorneys' Eyes Only

A1063

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 835 of 7202 PageID #: 78934

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 836 of 7202 PageID #: 78935

Case: 25-2153     Document: 156-3     Page: 481     Date Filed: 01/02/2026

A1064

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 837 of 7202 PageID #: 78936



A1065

446 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 838 of 7202 PageID #: 78937



A1066

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 839 of 7202 PageID #: 78938



Highly Confidential
Attorneys' Eyes Only

A1067

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 840 of 7202 PageID #: 78939

449 of 964

Highly Confidential
Attorneys' Eyes Only

A1068

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 841 of 7202 PageID #: 78940

450 of 964

Highly Confidential
Attorneys' Eyes Only

A1069

451 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 842 of 7202 PageID #: 78941



Highly Confidential
Attorneys' Eyes Only

A1070

A1071

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 844 of 7202 PageID #: 78943



A1072

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 845 of 7202 PageID #: 78944



A1073

454 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 846 of 7202 PageID #: 78945

Highly Confidential
Attorneys' Eyes Only

A1074

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 847 of 7202 PageID #: 78946

Case: 25-2153   Document: 156-3   Page: 492   Date Filed: 01/02/2026

A1075

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 848 of 7202 PageID #: 78947



A1076

Highly Confidential
Attorneys' Eyes Only

A1077

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 850 of 7202 PageID #: 78949

A1078

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

A1080

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 853 of 7202 PageID #: 78952

A1081

Highly Confidential
Attorneys' Eyes Only

A1082

Case: 25-2153   Document: 156-3   Page: 499   Date Filed: 01/02/2026

Case: 25-2153   Document: 156-3   Page: 499   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 855 of 7202 PageID #: 78954



A1083

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 856 of 7202 PageID #: 78955

Highly Confidential
Attorneys' Eyes Only

465 of 964

A1084

A1085

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 857 of 7202 PageID #: 78956

Highly Confidential
Attorneys' Eyes Only

A1085

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 858 of 7202 PageID #: 78957

Highly Confidential
Attorneys' Eyes Only



A1086

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 859 of 7202 PageID #: 78958



A1087

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 860 of 7202 PageID #: 78959



A1088

Highly Confidential
Attorneys' Eyes Only



A1089

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 861 of 7202 PageID #: 78960

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 862 of 7202 PageID #: 78961



471 of 964

Highly Confidential
Attorneys' Eyes Only

A1090

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 863 of 7202 PageID #: 78962



A1091

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 864 of 7202 PageID #: 78963



A1092

473 of 964

Highly Confidential
Attorneys' Eyes Only

474 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 865 of 7202 PageID #: 78964

A1093

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 866 of 7202 PageID #: 78965

475 of 964

A1094

Highly Confidential
Attorneys' Eyes Only

476 of 964

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 867 of 7202 PageID #: 78966



A1095

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 868 of 7202 PageID #: 78967

Highly Confidential
Attorneys' Eyes Only

A1096

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 869 of 7202 PageID #: 78968

A1097

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 870 of 7202 PageID #: 78969



A1098

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 871 of 7202 PageID #: 78970

Highly Confidential
Attorneys' Eyes Only

A1099

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 872 of 7202 PageID #: 78971



A1100

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 873 of 7202 PageID #: 78972



A1101

Highly Confidential
Attorneys' Eyes Only

483 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 874 of 7202 PageID #: 78973

A1102

Highly Confidential
Attorneys' Eyes Only



A1103

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 875 of 7202 PageID #: 78974

484 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 876 of 7202 PageID #: 78975



A1104

Highly Confidential
Attorneys' Eyes Only

A1105

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 878 of 7202 PageID #: 78977

Highly Confidential
Attorneys' Eyes Only



A1106

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 879 of 7202 PageID #: 78978

488 of 964



A1107

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 880 of 7202 PageID #: 78979

A1108

489 of 964

Highly Confidential
Attorneys' Eyes Only

490 of 964



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 881 of 7202 PageID #: 78980

Highly Confidential
Attorneys' Eyes Only

A1109

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 882 of 7202 PageID #: 78981

A1110

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 883 of 7202 PageID #: 78982



A1111

492 of 964

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153   Document: 156-3   Page: 529   Date Filed: 01/02/2026

Case: 25-2153   Document: 156-3   Page: 529   Date Filed: 01/02/2026

A1112

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 885 of 7202 PageID #: 78984

Highly Confidential
Attorneys' Eyes Only



A1113

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 886 of 7202 PageID #: 78985

495 of 964

Highly Confidential
Attorneys' Eyes Only



A1114

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 887 of 7202 PageID #: 78986

A1115

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 888 of 7202 PageID #: 78987



A1116

Highly Confidential
Attorneys' Eyes Only

A1117

Highly Confidential
Attorneys' Eyes Only

A1118

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 890 of 7202 PageID #: 78989

Highly Confidential
Attorneys' Eyes Only



A1119

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 892 of 7202 PageID #: 78991

Highly Confidential
Attorneys' Eyes Only



A1120

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 893 of 7202 PageID #: 78992



A1121

502 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 894 of 7202 PageID #: 78993



A1122

503 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 895 of 7202 PageID #: 78994

504 of 964

Highly Confidential
Attorneys' Eyes Only



A1123

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 896 of 7202 PageID #: 78995



A1124

505 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 897 of 7202 PageID #: 78996



A1125

506 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 898 of 7202 PageID #: 78997



Highly Confidential
Attorneys' Eyes Only

A1126

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 899 of 7202 PageID #: 78998



A1127

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 900 of 7202 PageID #: 78999

Highly Confidential
Attorneys' Eyes Only



A1128

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 901 of 7202 PageID #: 79000



A1129

510 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 902 of 7202 PageID #: 79001



A1130

511 of 964

Highly Confidential
Attorneys' Eyes Only

512 of 964



A1131

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 904 of 7202 PageID #: 79003

Highly Confidential
Attorneys' Eyes Only

A1132

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 905 of 7202 PageID #: 79004



A1133

514 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 906 of 7202 PageID #: 79005



A1134

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 907 of 7202 PageID #: 79006



A1135

516 of 964

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 908 of 7202 PageID #: 79007

Highly Confidential
Attorneys' Eyes Only

A1136

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 909 of 7202 PageID #: 79008



A1137

Highly Confidential
Attorneys' Eyes Only

519 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 910 of 7202 PageID #: 79009

A1138

Highly Confidential
Attorneys' Eyes Only

A1139

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-3    Page: 557    Date Filed: 01/02/2026

A1140

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 913 of 7202 PageID #: 79012

Highly Confidential
Attorneys' Eyes Only

A1141

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 914 of 7202 PageID #: 79013

523 of 964

A1142

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 915 of 7202 PageID #: 79014



A1143

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 916 of 7202 PageID #: 79015



A1144

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 917 of 7202 PageID #: 79016



A1145

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 918 of 7202 PageID #: 79017



A1146

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 919 of 7202 PageID #: 79018

A1147

Highly Confidential
Attorneys' Eyes Only

529 of 964

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 920 of 7202 PageID #: 79019



A1148

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 921 of 7202 PageID #: 79020

A1149

Highly Confidential
Attorneys' Eyes Only

A1150

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 923 of 7202 PageID #: 79022



532 of 964

Highly Confidential
Attorneys' Eyes Only

A1151

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 924 of 7202 PageID #: 79023



A1152

Highly Confidential
Attorneys' Eyes Only

534 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 925 of 7202 PageID #: 79024

Highly Confidential
Attorneys' Eyes Only

A1153

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 926 of 7202 PageID #: 79025

535 of 964



Highly Confidential
Attorneys' Eyes Only

A1154

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 927 of 7202 PageID #: 79026



A1155

536 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 928 of 7202 PageID #: 79027



Highly Confidential
Attorneys' Eyes Only

A1156

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 929 of 7202 PageID #: 79028



A1157

538 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 930 of 7202 PageID #: 79029

Highly Confidential
Attorneys' Eyes Only

A1158

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 931 of 7202 PageID #: 79030



A1159

Highly Confidential
Attorneys' Eyes Only

541 of 964

Case 1:20-cv-00613-SB   Document 296-1   Filed 01/09/23   Page 932 of 7202 PageID #: 79931

Highly Confidential
Attorneys' Eyes Only



A1160



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 933 of 7202 PageID #: 79032

542 of 964

Highly Confidential
Attorneys' Eyes Only

A1161

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 934 of 7202 PageID #: 79033



A1162

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 935 of 7202 PageID #: 79034

544 of 964



Highly Confidential
Attorneys' Eyes Only

A1163

Case: 25-2153   Document: 156-3   Page: 581   Date Filed: 01/02/2026

A1164

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 937 of 7202 PageID #: 79036



A1165

546 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 938 of 7202 PageID #: 79037

A1166

Highly Confidential
Attorneys' Eyes Only



A1167

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 939 of 7202 PageID #: 79038

Highly Confidential
Attorneys' Eyes Only

A1168

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 940 of 7202 PageID #: 79039

549 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 941 of 7202 PageID #: 79040



A1169

550 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 942 of 7202 PageID #: 79041



A1170

551 of 964

Highly Confidential
Attorneys' Eyes Only