**No. 25-2153**

# In The United States Court of Appeals For the Third Circuit

THOMSON REUTERS ENTERPRISE CENTRE GMBH and
WEST PUBLISHING CORPORATION,
Plaintiffs-Appellees,

v.

ROSS INTELLIGENCE INC.,
Defendant-Appellant.

*On Appeal from an Order of the United States
District Court for the District of Delaware
Civil Action No. 20-613 (The Honorable Stephanos Bibas)*

**CORRECTED JOINT APPENDIX
Volume 4 of 18 (Pages A1171 to A1732)**

Anne M. Voigts
Ranjini Acharya
PILLSBURY WINTHROP
SHAW PITTMAN
2400 Hanover Street
Palo Alto, CA 94304

Yar R. Chaikovsky
WHITE & CASE
3000 El Camino Real
2 Palo Alto Square;
Suite 900
Palo Alto, CA 94306

Mark S. Davies
Anna B. Naydonov
Kufere J. Laing
WHITE & CASE
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
mark.davies@whitecase.com

Kayvan M. Ghaffari
PILLSBURY WINTHROP
SHAW PITTMAN
Four Embarcadero
Center, 22nd Floor
San Francisco, CA 94111

Andy M. LeGolvan
WHITE & CASE
555 S Flower Street,
Suite 2700
Los Angeles, CA 90071

*Counsel for Defendant-Appellant*

*(For Continuation of Appearances See Inside Cover)*

Miranda D. Means
KIRKLAND & ELLIS
200 Clarendon Street
Boston, MA 02116

Dale M. Cendali
Joshua L. Simmons
KIRKLAND & ELLIS
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
dale.cendali@kirkland.com

*Counsel for Plaintiffs-Appellees*

i

Page

# TABLE OF CONTENTS

Page

### Volume 1 of 18

Memorandum Opinion, dated
September 25, 2023
  (Doc. 547)..................................................... A1

Memorandum Opinion, dated
  February 11, 2025 (Doc. 770)....................... A35

Order, dated February 11, 2025 (Doc. 772) .... A58

Order, dated April 3, 2025 (Doc. 799) ............. A59

Memorandum Opinion, dated May 23, 2025
  (Doc. 804)................................................... A60

Order granting Petition for Permission to
  Appeal, dated June 17, 2025 (Doc. 805) ...... A70

### Volume 2 of 18

District Court Docket Entries ......................... A71

Complaint, dated May 6, 2020 (Doc. 1)........... A157

  Appendix A -
  Certificates of Registration (Doc. 1-1) ......... A174

Defendant and Counterclaimant Ross
  Intelligence Inc.'s Amended Partial
  Answer and Defenses and Amended
  Counterclaims in Response to Plaintiffs'
  Complaint and Demand for Jury Trial,
  dated January 25, 2021 (Doc. 24)................ A502

Letter from Michael J. Flynn to the
  Honorable Stephanos Bibas, dated
  July 15, 2022 (Doc. 200).............................. A549

ii

**Page**

Defendant and Counterclaimant Ross
    Intelligence Inc.'s Second Amended
    Answer and Defenses and Amended
    Counterclaims in Response to Plaintiffs'
    Complaint and Demand for Jury Trial,
    dated September 14, 2022 (Doc. 225).......... A557

Plaintiffs' Notice Of Lodging, dated
    December 22, 2022 (Doc. 257)...................... A604

Declaration of Miranda D. Means in Support
    of Motion for Partial Summary Judgment,
    dated January 9, 2023 (Doc. 298)
    (Omitted)

    Exhibit 6 -
    Deposition of Barbara Frederiksen-Cross,
    dated November 11, 2022 (Doc. 298-1)........ A607

**Volume 3 of 18**

    Exhibit 20 -
    Comparison of ROSS Bulk Memo
    Questions to Headnote and Headnote to
    Case Opinion (Doc. 298-1)........................... A619

**Volume 4 of 18**

    Exhibit 20 (Continued) -
    Comparison of ROSS Bulk Memo
    Questions to Headnote and Headnote to
    Case Opinion (Doc. 298-1)........................... A1171

**Volume 5 of 18**

    Exhibit 20 (Continued) -
    Comparison of ROSS Bulk Memo
    Questions to Headnote and Headnote to
    Case Opinion (Doc. 298-1)........................... A1733

**iii**

|  | Page |
|---|---|
| Declaration of Laurie Oliver in Support of Plaintiffs' Motions for Partial Summary Judgment, dated December 21, 2022 (Doc. 304) | A1584 |
| Declaration, dated September 14, 2023 (Doc. 544) (Omitted) | |
| Exhibit 3 - Deposition Transcript of Kai Bond, dated May 10, 2023 (Doc. 544-1) | A1590 |
| Exhibit 8 - Deposition Transcript of Julian D'Angelo, dated May 3, 2023 (Doc. 544-1) | A1608 |
| Exhibit 25 - Deposition of Tomas Van Der Heijden, dated March 17, 2022 (Doc. 544-1) | A1630 |
| Exhibit 26 - Deposition Transcript of Tomas Van Der Heijden, dated May 9, 2023 (Doc. 544-1) | A1646 |
| Exhibit 43 - Scope of Coverage (Doc. 545-1) | A1695 |
| Exhibit 44 - Defendant and Counterclaimant Ross Intelligence Inc.'s Response and Objection to Plaintiffs' Fifth Set of Interrogatories (Doc. 545-1) | A1700 |
| Exhibits 50, 51, 53-55, 58 - Entirely Redacted (Doc. 545-1) | A1718 |

iv

**Page**

Declaration of Max Samels in Support of
    Thomson Reuters' Motions for Partial
    Summary Judgment (Nos. 1-6), dated
    August 31, 2023 (Doc. 546) .......................... A1730

Exhibits 83-87 -
Entirely Redacted (Doc. 546-1) .................... A1733

Exhibit 88 -
Left Intentionally Blank (Doc. 546-1) ......... A1743

Exhibit 89 -
2022 Legal Technology Survey Report
(Doc. 546-1) ................................................ A1744

Exhibits 90-92 -
Entirely Redacted (Doc. 546-1) .................... A1761

Exhibit 93 -
The Real Impact of Using Artificial
Intelligence in Legal Research (Doc. 546-1)    A1767

Exhibits 94-104 -
Entirely Redacted (Doc. 546-1) .................... A1778

Memorandum Opinion, dated
    September 25, 2023 (Doc. 547) .................... A1800

Memorandum Opinion, dated
    September 27, 2024 (Doc. 669) .................... A1834

Order, dated September 27, 2024 (Doc. 670).. A1848

Second Declaration of Laurie Oliver in
    Support of Plaintiffs' Renewed Motions for
    Summary Judgment, dated
    October 1, 2024 (Doc. 679) .......................... A1850

v

                                                         **Page**

Plaintiffs' Brief in Support of Their Renewed
  Motion for Partial Summary Judgment on
  Fair Use, dated October 1, 2024 (Doc. 693)    A1856

  Exhibits 1-18 -
  Entirely Redacted (Doc. 695-1).....................  A1858

  Exhibit 19 -
  Exhibit 1 from the Deposition of Alan Cox,
  dated November 2, 2022 (Doc. 695-1)..........  A1859

  Exhibit 20 -
  Exhibit 2 from the Deposition of Alan Cox,
  dated November 2, 2022 (Doc. 695-1)..........  A1872

  Exhibits 21-39 -
  Entirely Redacted (Doc. 695-1).....................  A1874

  Exhibit 40 -
  Statement of Work II for Ross Bulk Memos
  (Doc. 695-1)................................................  A1875

  Exhibits 41, 42 -
  Entirely Redacted (Doc. 695-1).....................  A1890

  Exhibit 43 -
  *HJS Development, Inc. v. Pierce County ex
  rel. Dept. of...*, 148 Wash.2d 451 (2003)
  (Doc. 695-1)................................................  A1891

  Exhibits 44-76 -
  Entirely Redacted (Doc. 695-1).....................  A1916

  Exhibit 77 -
  Westlaw is Suing Us. Our Response
  (Doc. 695-1)................................................  A1917

  Exhibit 78 -
  ROSS Intelligence Facebook Pages
  (Doc. 695-1)................................................  A1922

vi

**Page**

Exhibits 79, 80 -
Entirely Redacted (Doc. 695-1)................... A1927

Exhibit 81 -
Copyright Form TX (Doc. 695-1) ................ A1928

Exhibit 82 -
Copyright Certificate of Registration
(Doc. 695-1)................................................ A1933

Exhibit 83 -
Amended Notice of Deposition, dated
September 25, 2019, with Transcript
(Doc. 695-2)................................................ A1938

Exhibits 84-86 -
Entirely Redacted (Doc. 695-2)................... A2257

Exhibit 87 -
Notes (Doc. 695-2) ...................................... A2258

Exhibit 88 -
Westlaw Quick Reference Guide "West
Key Number System Numerical List of
Digest Topics" (Doc. 695-2) ......................... A2260

Exhibits 89-93 -
Entirely Redacted (Doc. 695-2)................... A2269

Exhibit 94 -
How is Natural Language Search
Changing the Face of Legal Research?
(Doc. 695-2)................................................ A2270

Exhibit 95 -
*Seymour v. Richardson*, 194 Va. 709 (1953)
(Doc. 695-2)................................................ A2274

Exhibit 96 -
Editorial Enhancements (Doc. 695-2) ......... A2281

**Page**

Exhibit 97 -
Thomson Reuters Westlaw | Headnotes
(Doc. 695-2)................................................. A2284

**Volume 6 of 18**

Exhibit 98 -
Thomson Reuters Westlaw | Key Number
System (Doc. 695-2)..................................... A2287

Exhibits 99-100 -
Entirely Redacted (Doc. 695-2)..................... A2290

Exhibit 101 -
Surprising Differences: An Empirical
Analysis of LexisNexis and West
Headnotes in the Written Opinions of the
2009 Supreme Court Term
(Doc. 695-2)................................................. A2291

Exhibit 102 -
Westlaw Precision 141E Education
(Doc. 695-2)................................................. A2365

Exhibit 103 -
Entirely Redacted (Doc. 695-2)..................... A2368

Declaration of Richard A. Leiter, for
    Defendant/Counterclaimant, in Support of
    Motion for Summary Judgment on its
    Affirmative Defense of Fair Use and on
    Plaintiffs' Claims for Copyright
    Infringement, filed October 9, 2024
    (Doc. 700)
    (Omitted)

**viii**

**Page**

Exhibit B -
Report of Defendants' Expert Professor
Richard Leiter, J.D., dated August 1, 2022
(Doc. 700-1)................................................. A2369

Declaration of Joseph Marks, for Defendant/
Counterclaimant, in Support of Motion for
Summary Judgment on its Affirmative
Defense of Fair Use and on Plaintiffs'
Claims for Copyright Infringement, dated
October 1, 2024 (Doc. 701)
(Omitted)

Exhibit B -
Entirely Redacted (Doc. 701-1).................... A2392

Declaration of Jimoh Ovbiagele in Support of
Defendant/Counterclaimant Ross
Intelligence Inc.'s Motion for Summary
Judgment on Its Affirmative Defense of
Fair Use, dated October 1, 2024 (Doc. 702)   A2394

Declaration of Jimoh Ovbiagele in Support of
Defendant Ross Intelligence Inc.'s Motion
for Summary Judgment on Plaintiffs'
Claims of Copyright Infringement, dated
October 1, 2024 (Doc. 703) .......................... A2412

Declaration of Alan J. Cox, for Defendant/
Counterclaimant, in Support of Motion for
Summary Judgment on its Affirmative
Defense of Fair Use, filed October 9, 2024
(Doc. 704)
(Omitted)

Exhibit A -
*Curriculum Vitae* of Alan J. Cox, Ph.D.
(Doc. 704-1)................................................. A2422

**Page**

Exhibits B, C -
Entirely Redacted (Doc. 704-1)................... A2462

Declaration of Warrington S. Parker III, for
Defendant Ross Intelligence Inc., in
Support of Motion for Summary Judgment
as to Plaintiffs' Copyright Claims, filed
October 9, 2024 (Doc. 705)
(Omitted)

Exhibit 13 -
Excerpts of Deposition Transcript of Erik
Lindberg, dated March 22, 2022
(Doc. 705-1)................................................. A2466

Exhibit 15 (Part 1) -
Entirely Redacted (Doc. 705-2)................... A2484

Exhibit 15 (Part 2) -
Entirely Redacted (Doc. 705-2)................... A2486

Exhibit 26 -
Excerpts of Deposition Transcript of Tariq
Hafeez, dated May 26, 2022 (Doc. 705-2).... A2488

Exhibit 28 -
Excerpts of Deposition Transcript of
Christopher Cahn, dated May 12, 2022
(Doc. 705-7)................................................. A2532

Exhibit 29 -
Morae Global, Project Rose, Project
Protocol, TR-0178604, updated
November 19, 2017 (Doc. 705-7)................. A2559

Exhibit 30 -
Excerpts of Deposition Transcript of
Andrew Arruda, dated March 30, 2022
(Doc. 705-7)................................................. A2569

x

**Page**

Exhibit 31 -
Excerpts of Deposition Transcript of
Barbara Frederiksen-Cross, dated
November 11, 2022 (Doc. 705-7) .................. A2588

Exhibit 32 -
Research Subscriber Agreement
(Doc. 705-7) ............................................... A2603

Exhibit 33 -
Best Practices Guide for ROSS
Intelligence, TR-0045731, last revised
September 14, 2017 (Doc. 705-7) ................ A2608

Declaration of Jacob Canter, for Defendant/
Counterclaimant Ross Intelligence Inc., in
Support of Motion for Summary Judgment
on its Affirmative Defense of Fair Use,
dated October 1, 2024 (Doc. 708)
(Omitted)

Exhibit 1 -
Excerpts from the Transcript Deposition of
Dr. Isabelle Moulinier, dated July 1, 2022
(Doc. 708-1) ............................................... A2629

Exhibit 2 -
Excerpts from the Transcript Deposition of
Jimoh Ovbiagele, dated April 12, 2022
(Doc. 708-1) ............................................... A2661

Exhibit 7 -
Marketing Information from ROSS
(Doc. 708-3) ............................................... A2681

Exhibit 8 -
Westlaw Slide Decks (Doc. 708-3) ............... A2685

x

xi

**Page**

Exhibit 9 -
West Publishing Turns 150 Slide Decks
(Doc. 708-3)................................................. A2714

Exhibit 47 -
Artificial Intelligence & Westlaw, in 2022
(Doc. 708-9)................................................. A2727

Exhibit 48 -
Statement of Work II for ROSS Bulk
Memos (Doc. 708-9)..................................... A2750

Ross Intelligence Inc.'s Brief in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
November 4, 2024 (Doc. 723) ........................ A2765

Declaration of Jacob Canter, for Defendant
Ross Intelligence Inc., in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
October 30, 2024 (Doc. 728)
(Omitted)

Exhibit 30 -
Entirely Redacted (Doc. 728-2).................... A2769

Plaintiffs' Opposition to Ross Intelligence
Inc.'s Renewed Motion for Summary
Judgment on Ross's Affirmative Defense of
Fair Use, dated October 30, 2024
(Doc. 730)................................................... A2771

**xii**

**Page**

Declaration of Miranda D. Means, for
    Plaintiffs, in Opposition to Ross
    Intelligence Inc.'s Renewed Motion for
    Summary Judgment on Ross's Affirmative
    Defense of Fair Use, dated
    October 30, 2024 (Doc. 731)
    (Omitted)

    Exhibits 104-114 -
    Entirely Redacted (Doc. 731-1) .................... A2774

    Exhibit 115 -
    Webpage entitled "lexis.com Quick
    Reference Guide" (Doc. 731-1) .................... A2775

    Exhibit 116 -
    Webpage entitled "The past, present, and
    future of legal research with generative
    AI" (Doc. 731-1) .......................................... A2792

    Exhibits 117-137 -
    Entirely Redacted (Doc. 731-1) .................... A2802

    Exhibit 138 -
    Webpage entitled "What is image
    compression?" (Doc. 731-1) ......................... A2803

Declaration of Miranda D. Means, for
    Plaintiffs, in Support Reply Brief in
    Support of their Renewed Motion for
    Partial Summary Judgment on Fair Use,
    dated November 13, 2024 (Doc. 740)
    (Omitted)

    Exhibit 139 -
    Entirely Redacted (Doc. 740-1) .................... A2812

**Page**

**Volume 7 of 18**
**(FILED UNDER SEAL)**

Complaint, dated May 6, 2020 (Doc. 1)........... A2813

   Appendix A -
Certificates of Registration (Doc. 1-1)......... A2830

Defendant and Counterclaimant Ross
   Intelligence Inc.'s Amended Partial
   Answer and Defenses and Amended
   Counterclaims in Response to Plaintiffs'
   Complaint and Demand for Jury Trial,
   dated January 25, 2021 (Doc. 24)................ A3158

Letter from Michael J. Flynn to the
   Honorable Stephanos Bibas, dated
   July 15, 2022 (Doc. 195).............................. A3205

   Exhibit A -
Notes of Charles von Simson (Doc. 195-1) .. A3209

   Exhibit B -
Defendant and Counterclaimant Ross
Intelligence, Inc.'s Response to Plaintiffs
Thomson Reuters Enterprise Centre
GmbH and West Publishing Corporation's
First Set of Requests for Admissions to
Defendant Ross Intelligence, Inc., dated
February 22, 2022 (Doc. 195-1) ................... A3211

   Exhibit C -
Emails (Doc. 195-1) ..................................... A3291

   Exhibit D -
Deposition Transcript of Charles von
Simson, dated April 19, 2022 (Doc. 195-1).. A3300

**Page**

Exhibit E -
Emails (Doc. 195-1) ..................................... A3307

Defendant and Counterclaimant Ross
Intelligence Inc.'s Second Amended
Answer and Defenses and Amended
Counterclaims in Response to Plaintiffs'
Complaint and Demand for Jury Trial,
dated September 14, 2022 (Doc. 225) .......... A3310

Declaration of Miranda D. Means in Support
of Motion for Partial Summary Judgment,
dated January 9, 2023 (Doc. 298)
(Omitted)

Exhibit 6 -
Deposition of Barbara Frederiksen-Cross,
dated November 11, 2022 (Doc. 255-1) ........ A3357

Exhibit 20 -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 255-1) ............................ A3369

**Volume 8 of 18**
**(FILED UNDER SEAL)**

Exhibit 20 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 255-1) ............................ A3391

**Volume 9 of 18**
**(FILED UNDER SEAL)**

Exhibit 20 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 255-1) ............................ A3971

xv

**Page**

Declaration of Laurie Oliver in Support of
Plaintiffs' Motions for Partial Summary
Judgment, dated December 21, 2022
(Doc. 256).................................................... A4334

Plaintiffs' Notice of Lodging, dated
December 22, 2022 (Doc. 257)...................... A4340

Declaration, dated September 14, 2023
(Doc. 544)
(Omitted)

Exhibit 3 -
Deposition Transcript of Kai Bond, dated
May 10, 2023 (Doc. 531-1)............................ A4343

Exhibit 8 -
Deposition Transcript of Julian D'Angelo,
dated May 3, 2023 (Doc. 531-1) ................... A4361

Exhibit 25 -
Deposition of Tomas Van Der Heijden,
dated March 17, 2022 (Doc. 531-1).............. A4383

Exhibit 26 -
Deposition Transcript of Tomas Van Der
Heijden, dated May 9, 2023 (Doc. 531-1) .... A4399

Exhibit 43 -
Scope of Coverage (Doc. 532-1).................... A4448

Exhibit 44 -
Defendant and Counterclaimant Ross
Intelligence Inc.'s Response and Objection
to Plaintiffs' Fifth Set of Interrogatories,
dated May 11, 2023 (Doc. 532-1) ................. A4453

xv

**xvi**

**Page**

Exhibit 50 -
ROSS Discussion Materials – Competitive
Analysis & Profiling, dated April 16, 2015
(Doc. 532-1).................................................. A4471

Exhibit 51 -
Emails (Doc. 532-1) ..................................... A4483

Exhibit 53 -
Emails (Doc. 532-1) ..................................... A4490

Exhibit 54 -
Summary of Various Pricing Plans
(Doc. 532-1).................................................. A4494

Exhibit 55 -
ROSS Discussion Materials – Competitive
Analysis & Profiling, dated April 16, 2015
(Doc. 532-1).................................................. A4498

Exhibit 58 -
Emails (Doc. 532-1) ..................................... A4510

Exhibit 62 -
Powered by IBM Watson Application
Business Plan (Doc. 532-2) .......................... A4515

Exhibit 63 -
Emails (Doc. 532-2) ..................................... A4518

Exhibit 73 -
Emails (Doc. 532-2) ..................................... A4521

Exhibit 74 -
Emails (Doc. 532-2) ..................................... A4526

Exhibit 78 -
Emails (Doc. 532-2) ..................................... A4534

**Page**

**Volume 10 of 18**
**(FILED UNDER SEAL)**

Declaration of Max Samels in Support of
  Thomson Reuters' Motions for Partial
  Summary Judgment (Nos. 1-6), dated
  August 31, 2023 (Doc. 533)
  (Omitted)

Exhibit 83 -
Emails (Doc. 533-1) ..................................... A4537

Exhibit 84 -
ROSS Board Meeting Slides, dated
January 14, 2020 (Doc. 533-1) ..................... A4544

Exhibit 85 -
Why Users are Not Buying or Using
ROSS? (Doc. 533-1) ..................................... A4560

Exhibit 86 -
Income Statement (Doc. 533-1) ................... A4572

Exhibit 87 -
Thomson Reuters Legal Products and
Services (Doc. 533-1) ................................... A4576

Exhibit 88 -
Left Intentionally Blank (Doc. 533-1) ......... A4579

Exhibit 89 -
2022 Legal Technology Survey Report
(Doc. 533-1) ................................................. A4580

Exhibit 90 -
Artificial Intelligence & Westlaw
(Doc. 533-1) ................................................. A4597

xviii

**Page**

Exhibit 91 -
Thomson Reuters Global Brand Monitor –
Legal Business Unit Report (Doc. 533-1) ....   A4620

Exhibit 92 -
Positioning Guide: Key Value Prop
Statements (Doc. 533-1) ..............................   A4680

Exhibit 93 -
The Real Impact of Using Artificial
Intelligence in Legal Research (Doc. 533-1)   A4684

Exhibit 100 -
Thomson Reuters Westlaw Proposal
(Doc. 533-3) ..................................................   A4695

Exhibit 101 -
Thomson Reuters Westlaw Proposal
Update (Doc. 533-3) .....................................   A4712

Exhibit 102 -
Practical Law Overview (Doc. 533-3) ..........   A4726

Exhibit 103 -
WestlawNext Marketing (Doc. 533-3) .........   A4729

Exhibit 104 -
Thomson Reuters Proposal (Doc. 533-3) .....   A4730

Memorandum Opinion, dated
September 25, 2023 (Doc. 547) ....................   A4738

Memorandum Opinion, dated
September 27, 2024 (Doc. 669) ....................   A4772

Order, dated September 27, 2024 (Doc. 670)..   A4786

Plaintiffs' Brief in Support of Their Renewed
Motion for Partial Summary Judgment on
Fair Use, dated October 1, 2024 (Doc. 673)   A4788

xviii

xix

**Page**

Declaration of Miranda D. Means, for
   Plaintiffs, in Support of Renewed Motions
   for Summary Judgment, dated
   October 1, 2024 (Doc. 678)
   (Omitted)

Exhibit 1 -
Excerpts from the Deposition of Khalid Al-
Kofahi, dated April 8, 2022 (Doc. 678-1) ..... A4790

Exhibit 2 -
Excerpts from the Deposition of Andrew
Arruda, dated March 30, 2022 (Doc. 678-2)    A4807

Exhibit 3 -
Excerpts from the Deposition of L. Karl
Branting, Ph.D., dated October 19, 2022
(Doc. 678-3)................................................. A4827

Exhibit 4 -
Excerpts from the Deposition of
Christopher Cahn,  May 12, 2022
(Doc. 678-4)................................................. A4835

Exhibit 5 -
Excerpts from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 678-5).......... A4841

Exhibit 6 -
Excerpts from the Deposition of Tariq
Hafeez, dated May 26, 2022 (Doc. 678-6).... A4860

Exhibit 7 -
Excerpts from the Deposition of Richard A.
Leiter, dated October 24, 2022 (Doc. 678-7)    A4873

xx

**Page**

Exhibit 8 -
Excerpts from the Deposition of Erik
Lindberg, dated March 22, 2022
(Doc. 678-8)................................................. A4891

Exhibit 9 -
Excerpts from the Deposition of James
Malackowski, dated November 4, 2022
(Doc. 678-9)................................................. A4904

Exhibit 11 -
Excerpts from the Deposition of Isabelle
Moulinier, dated July 1, 2022 (Doc. 678-11)   A4910

Exhibit 12 -
Excerpts from the Deposition of Laurie
Oliver, dated March 30, 2022 (Doc. 678-12)   A4919

Exhibit 13 -
Excerpts from the Deposition of Jimoh
Ovbiagele, dated April 12, 2022
(Doc. 678-13)............................................... A4927

Exhibit 14 -
Excerpts from the Deposition of Jimoh
Ovbiagele, dated May 2, 2023
(Doc. 678-14)............................................... A4949

Exhibit 15 -
Excerpts from the Deposition of Sean O.
Shafik, dated April 22, 2022 (Doc. 678-15) .   A4955

Exhibit 16 -
Excerpts from the Deposition of Tomas van
der Heijden, dated March 17, 2022
(Doc. 678-16)............................................... A4959

xx

**Page**

Exhibit 17 -
Excerpts from the Deposition of Charles
von Simson, dated April 19, 2022
(Doc. 678-17)................................................. A4987

Exhibit 18 -
Excerpts from the Deposition of Teri
Whitehead, dated April 18, 2022
(Doc. 678-18)................................................. A4991

Exhibit 19 -
Exhibit 1 from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 678-19)........ A4995

Exhibit 20 -
Exhibit 2 from the Deposition of Alan Cox,
dated November 2, 2022 (Doc. 678-20)........ A5008

Exhibit 21 -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 678-21).......................... A5010

### Volume 11 of 18
### (FILED UNDER SEAL)

Exhibit 21 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 678-21).......................... A5121

### Volume 12 of 18
### (FILED UNDER SEAL)

Exhibit 21 (Continued) -
Comparison of ROSS Bulk Memo
Questions to Headnote and Headnote to
Case Opinion (Doc. 678-21).......................... A5697

**xxii**

Page

Exhibit 22 -
Report of Defendants' Expert L. Karl
Branting, J.D., Ph.D., dated July 28, 2022
(Doc. 678-22)................................................ A5975

Exhibit 24 -
Opening Expert Report of Barbara
Frederiksen-Cross, dated August 1, 2022
(Doc. 678-24)................................................ A6015

Exhibit 25 -
Opening Expert Report of Jonathan L.
Krein, dated August 1, 2022 (Doc. 678-25) . A6067

Exhibit 28 -
Opening Expert Report of James E.
Malackowski, dated August 1, 2022
(Doc. 678-28)................................................ A6162

Exhibit 29 -
Rebuttal Expert Report of James E.
Malackowski, dated September 6, 2022
(Doc. 678-29)................................................ A6227

Exhibit 31 -
Defendant and Counterclaimant ROSS
Intelligence, Inc.'s Supplemental
Responses and Objections to Plaintiffs' Set
of Interrogatories, dated
September 14, 2022 (Doc. 678-31) ............... A6258

xxiii

**Volume 13 of 18**
**(FILED UNDER SEAL)**

Exhibit 31 (Continued) -
Defendant and Counterclaimant ROSS
Intelligence, Inc.'s Supplemental
Responses and Objections to Plaintiffs' Set
of Interrogatories, dated
September 14, 2022 (Doc. 678-31) ............... A6281

Exhibit 33 -
Audio of August 22 Hearing (Doc. 678-33).. A6352

Exhibit 34 -
Excel File (Doc. 678-34) ............................... A6354

Exhibit 35 -
Excel File (Doc. 678-35) ............................... A6356

Exhibit 36 -
Best Practices Guide for ROSS
Intelligence, last revised on
September 18, 2017 (Doc. 678-36) ............... A6358

Exhibit 37 -
Project Rose - Project Protocol
(Doc. 678-37) ................................................ A6378

Exhibit 38 -
Email from Tariq Hafeez to Andrew
Arruda, dated October 23, 2020
(Doc. 678-38) ................................................ A6388

Exhibit 39 -
Westlaw Screenshots (Doc. 678-39)............. A6393

Exhibit 40 -
Statement of Work II for Ross Bulk Memos
(Doc. 678-40)................................................. A6400

xxiv

**Page**

Exhibit 44 -
Email Exchange between Teri Whitehead
and Thomas van der Heijden, dated
September 15, 2017 (Doc. 678-44) ............... A6415

Exhibit 46 -
Design Studio Notes (Doc. 678-46) .............. A6418

Exhibit 47 -
Spreadsheet "ROSS Data Spend –
Jan 1, 2017 to Present" (Doc. 678-47) ......... A6435

Exhibit 50 -
Email Exchange between Thomas
Hamilton and John R. Fernandez, dated
August 6, 2015 (Doc. 678-50) ....................... A6442

Exhibit 51 -
Email Exchange between Thomas
Hamilton and Melissa Pritchard, dated
September 25, 2015 (Doc. 678-51) ............... A6444

Exhibit 52 -
Email from Andrew Arruda to Andre
Garber, dated August 22, 2015
(Doc. 678-52) ................................................. A6448

Exhibit 54 -
Email Exchange between Andrew Arruda
to Andre Garber, dated
October 18-19, 2015  (Doc. 678-54) .............. A6450

Exhibit 55 -
[Slack] Notifications from the Ross Inc.
Team for February 16, 2015 (Doc. 678-55).. A6455

Exhibit 56 -
Updated Tasks in poweredbyross.com
(Doc. 678-56) ................................................. A6457

xxiv

xxv

**Page**

Exhibit 57 -
Standard "ROSS Launch Partner" Pricing
List (Doc. 678-57) ........................................  A6459

Exhibit 58 -
Mapping Practice Areas with the New
Q&A Data  (Doc. 678-58) .............................  A6461

Exhibit 61 -
Email Exchange between Thomas
Hamilton and Shazina Razeen, dated
September 17-20, 2015 (Doc. 678-61)..........  A6465

Exhibit 63 -
Presentation Outline for Fastcase
(Doc. 678-63)................................................  A6470

Exhibit 64 -
Top 3 Product Goals for Q1 2019
(Doc. 678-64)................................................  A6477

Exhibit 70 -
Document entitled "The Death of Westlaw
Contracts and Pricing" (Doc. 678-70) ..........  A6480

Exhibit 71 -
Email Exchange between Akash Venkat
and Tariq Hafee, dated
September 20, 2015 (Doc. 678-71) ...............  A6483

Exhibit 73 -
Document entitled "Westlaw is Suing Us.
Our Response:" (Doc. 678-73) ......................  A6486

Exhibit 74 -
Correspondence between Charles von
Simson and Jullian D'Angelo, dated
May 17, 2019 (Doc. 678-74).........................  A6491

                                                          **Page**

Exhibit 76 -
Email from Andre Garber to Andrew
Arruda, dated July 21, 2015 (Doc. 678-76) .   A6494

Exhibit 78 -
ROSS Intelligence Facebook Pages
(Doc. 678-78)................................................  A6496

Exhibit 79 to Means Declaration -
Editorial Manual, Policies and Guidelines
for Headnoting (Doc. 678-79)......................  A6501

Exhibit 83 -
Amended Notice of Deposition, dated
September 25, 2019, with Transcript
(Doc. 678-83)................................................  A6776

Exhibit 85 to Means Declaration -
Diagram entitled "Bulk Memos – Process
for Clutch" (Doc. 678-85)............................  A6778

Exhibit 86 to Means Declaration -
Email from Teri Whitehead to Saloni
Agara Dwarakanath, dated
October 24, 2017 (Doc. 678-86)...................  A6780

Exhibit 90 to Means Declaration -
Salesforce Opportunity Detail
(Doc. 678-90)................................................  A6783

Exhibit 91 to Means Declaration -
Modules (Doc. 678-91)................................  A6785

**Volume 14 of 18**
**(FILED UNDER SEAL)**

Exhibit 91 to Means Declaration (Cont.) -
Modules (Doc. 678-91)................................  A6859

xxvii

**Page**

Exhibit 92 to Means Declaration -
Document entitled "Vetting Customers –
High Usage and Competitors"
(Doc. 678-92)................................................. A6924

Exhibit 93 to Means Declaration -
Article "How is Natural Language Search
Changing The Face of Legal Research?"
(Doc. 678-93)................................................. A6944

Exhibit 96 -
Editorial Enhancements (Doc. 678-96) ....... A6946

Exhibit 97 -
Thomson Reuters Westlaw | Headnotes
(Doc. 678-97)................................................. A6949

Exhibit 98 -
Thomson Reuters Westlaw | Key Number
System  (Doc. 678-98)................................... A6952

Exhibit 99 to Means Declaration -
Messages from Charles von Simson, dated
June 4, 2019 (Doc. 678-99).......................... A6955

Exhibit 103 -
Supplemental Expert Report of Dr.
Jonathan L. Krein, dated August 11, 2024
(Doc. 678-103).............................................. A6957

Second Declaration of Laurie Oliver in
Support of Plaintiffs' Renewed Motions for
Summary Judgment, dated
October 1, 2024 (Doc. 679) .......................... A6982

xxvii

**xxviii**

**Page**

Declaration of Jimoh Ovbiagele in Support of
 Defendant/Counterclaimant Ross
 Intelligence Inc.'s Motion for Summary
 Judgment on Its Affirmative Defense of
 Fair Use, dated October 1, 2024 (Doc. 680)   A6988

Declaration of Alan J. Cox, for Defendant/
 Counterclaimant, in Support of Motion for
 Summary Judgment on its Affirmative
 Defense of Fair Use, filed October 9, 2024
 (Doc. 681)
 (Omitted)

Exhibit A -
 *Curriculum Vitae* of Alan J. Cox, Ph.D.
 (Doc. 681-1).................................................   A7008

Exhibit B -
 Expert Report of Alan J. Cox, Ph.D., dated
 August 1, 2022 (Doc. 681-1).........................   A7048

Exhibit C -
 Expert Rebuttal Report of Alan J. Cox,
 Ph.D., dated September 6, 2022
 (Doc. 681-1).................................................   A7092

Declaration of Jimoh Ovbiagele in Support of
 Defendant Ross Intelligence Inc.'s Motion
 for Summary Judgment on Plaintiffs'
 Claims of Copyright Infringement, dated
 October 1, 2024 (Doc. 686) ..........................   A7107

**xxix**

**Page**

Declaration of Richard A. Leiter, for
Defendant/Counterclaimant, in Support of
Motion for Summary Judgment on its
Affirmative Defense of Fair Use and on
Plaintiffs' Claims for Copyright
Infringement, filed October 9, 2024
(Doc. 687)
(Omitted)

Exhibit B -
Report of Defendants' Expert Professor
Richard Leiter, J.D., dated August 1, 2022
(Doc. 687-1)................................................ A7119

Declaration of Joseph Marks, for Defendant/
Counterclaimant, in Support of Motion for
Summary Judgment on its Affirmative
Defense of Fair Use and on Plaintiffs'
Claims for Copyright Infringement, dated
October 1, 2024 (Doc. 689)
(Omitted)

Exhibit B -
Report of Defendants' Expert L. Karl
Branting, J.D., Ph.D., dated July 28, 2022
(Doc. 689-1)................................................ A7142

Declaration of Jacob Canter, for Defendant/
Counterclaimant Ross Intelligence Inc., in
Support of Motion for Summary Judgment
on its Affirmative Defense of Fair Use,
dated October 1, 2024 (Doc. 690)
(Omitted)

Exhibit 2 -
Excerpts from the Transcript Deposition of
Jimoh Ovbiagele, dated April 12, 2022
(Doc. 690-2)................................................ A7220

**xxx**

                                                 **Page**

Exhibit 8 -
Westlaw Slide Decks (Doc. 690-4) ............... A7240

Exhibit 16 -
Chart (Doc. 690-10) .................................... A7269

**Volume 15 of 18**
**(FILED UNDER SEAL)**

Exhibit 16 (Continued) -
Chart (Doc. 690-10) .................................... A7437

**Volume 16 of 18**
**(FILED UNDER SEAL)**

Exhibit 16 (Continued) -
Chart (Doc. 690-10) .................................... A8015

Exhibit 47 -
Artificial Intelligence & Westlaw, in 2022
(Doc. 690-27)............................................... A8169

Exhibit 48 -
Statement of Work II for ROSS Bulk
Memos (Doc. 690-27) ................................... A8192

Declaration of Warrington S. Parker III, for
Defendant Ross Intelligence Inc., in
Support of Motion for Summary Judgment
as to Plaintiffs' Copyright Claims, filed
October 9, 2024 (Doc. 691)
(Omitted)

Exhibit 13 -
Excerpts of Deposition Transcript of Erik
Lindberg, dated March 22, 2022
(Doc. 691-4)................................................. A8207

Exhibit 15 (Part 1) -
Summarization Manual (Doc. 691-7) .......... A8225

**xxx**

**xxxi**

**Page**

Exhibit 15 (Part 2) -
Summarization Manual (Doc. 691-8) .......... A8382

Exhibit 26 -
Excerpts of Deposition Transcript of Tariq
Hafeez, dated May 26, 2022 (Doc. 691-9).... A8520

Exhibit 30 -
Excerpts of Deposition Transcript of
Andrew Arruda, dated March 30, 2022
(Doc. 691-14)................................................. A8564

Declaration of Jacob Canter, for Defendant
Ross Intelligence Inc., in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
October 30, 2024 (Doc. 711)
(Omitted)

Exhibit 30 -
Request for Admissions (Doc. 711-4)........... A8583

Ross Intelligence Inc.'s Brief in Response to
Plaintiffs' Motion for Partial Summary
Judgment on Direct Copyright
Infringement and Related Defenses, dated
October 30, 2024 (Doc. 713) ........................ A8586

Plaintiffs' Opposition to Ross Intelligence
Inc.'s Renewed Motion for Summary
Judgment on Ross's Affirmative Defense of
Fair Use, dated October 30, 2024
(Doc. 716).................................................... A8590

**xxxii**

**Volume 17 of 18**
**(FILED UNDER SEAL)**

Declaration of Miranda D. Means, for
    Plaintiffs, in Opposition to Ross
    Intelligence Inc.'s Renewed Motion for
    Summary Judgment on Ross's Affirmative
    Defense of Fair Use, dated
    October 30, 2024 (Doc. 718)
    (Omitted)

Exhibit 107 -
Excerpts of Deposition Transcript of
Richard A. Leiter, dated October 24, 2022
(Doc. 718-4) .................................................. A8593

Exhibit 109 -
Excerpts of Deposition Transcript of
Isabelle Moulinier, dated July 1, 2022
(Doc. 718-6) .................................................. A8609

Exhibit 110 -
Excerpts of Deposition Transcript of
Tomas Van Der Heijden, dated
March 17, 2022 (Doc. 718-7) ........................ A8622

Exhibit 111 -
Excerpts of Deposition Transcript of
Laurie Oliver, dated March 30, 2022
(Doc. 718-8) .................................................. A8626

Exhibit 113 -
Rebuttal Expert Report of Dr. Jonathan L.
Krein, dated September 6, 2022
(Doc. 718-10) ................................................ A8633

Exhibit 115 -
Webpage entitled "lexis.com Quick
Reference Guide" (Doc. 718-12) ................... A8690

**xxxiii**

Page

Exhibit 116 -
Webpage entitled "The past, present, and
future of legal research with generative
AI" (Doc. 718-13) ........................................ A8707

Exhibit 135 -
WestlawNext WestSearch Technology
(Doc. 718-32).............................................. A8717

Declaration of Miranda D. Means, for
Plaintiffs, in Support Reply Brief in
Support of their Renewed Motion for
Partial Summary Judgment on Fair Use,
dated November 13, 2024 (Doc. 736)
(Omitted)

Exhibit 139 -
Excerpts of Deposition Transcript of Erik
Lindberg, dated March 22, 2022
(Doc. 736-1)................................................ A8722

Appendix A to Memorandum Opinion, dated
February 11, 2025 (Doc. 771)...................... A8726

**Volume 18 of 18**
**(FILED UNDER SEAL)**

Appendix A to Memorandum Opinion, dated
February 11, 2025 (Doc. 771) (Continued).. A9171

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 943 of 7202 PageID #: 79042

Highly Confidential
Attorneys' Eyes Only

A1171

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 944 of 7202 PageID #: 79043

A1172

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 945 of 7202 PageID #: 79044

A1173

554 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 946 of 7202 PageID #: 79045

A1174

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 947 of 7202 PageID #: 79046

Highly Confidential
Attorneys' Eyes Only

A1175

Case: 25-2153    Document: 156-4    Page: 41    Date Filed: 01/02/2026

A1176

558 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 949 of 7202 PageID #: 79048

A1177

Highly Confidential
Attorneys' Eyes Only

559 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 950 of 7202 PageID #: 79049

A1178

Highly Confidential
Attorneys' Eyes Only

560 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 951 of 7202 PageID #: 79050

Highly Confidential
Attorneys' Eyes Only

A1179



A1180

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 952 of 7202 PageID #: 79051

561 of 964

Highly Confidential
Attorneys' Eyes Only



A1181

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 953 of 7202 PageID #: 79052

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 954 of 7202 PageID #: 79053



563 of 964

Highly Confidential
Attorneys' Eyes Only

A1182

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 955 of 7202 PageID #: 79054



A1183

Highly Confidential
Attorneys' Eyes Only

A1184

Document: 156-4   Page: 49

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 957 of 7202 PageID #: 79056

A1185

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 958 of 7202 PageID #: 79057



A1186

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 959 of 7202 PageID #: 79058



A1187

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

A1188

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 961 of 7202 PageID #: 79060



Highly Confidential
Attorneys' Eyes Only

A1189



A1190

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 963 of 7202 PageID #: 79062



A1191

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 964 of 7202 PageID #: 79063



A1192

573 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 965 of 7202 PageID #: 79064



A1193

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 966 of 7202 PageID #: 79065



A1194

575 of 964

Highly Confidential
Attorneys' Eyes Only

576 of 964



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 967 of 7202 PageID #: 79066

Highly Confidential
Attorneys' Eyes Only

A1195

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 968 of 7202 PageID #: 79067



A1196

Highly Confidential
Attorneys' Eyes Only

578 of 964



A1197

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 970 of 7202 PageID #: 79069



A1198

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 971 of 7202 PageID #: 79070



A1199

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 972 of 7202 PageID #: 79071



A1200

581 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 973 of 7202 PageID #: 79072



A1201

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 974 of 7202 PageID #: 79073



A1202

583 of 964

Highly Confidential
Attorneys' Eyes Only

584 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 975 of 7202 PageID #: 79074



A1203

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 976 of 7202 PageID #: 79075



A1204

585 of 964

Highly Confidential
Attorneys' Eyes Only

586 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 977 of 7202 PageID #: 79076

Highly Confidential
Attorneys' Eyes Only

A1205

587 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 978 of 7202 PageID #: 79077

Highly Confidential
Attorneys' Eyes Only

A1206

588 of 964



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 979 of 7202 PageID #: 79078

A1207

Highly Confidential
Attorneys' Eyes Only

589 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 980 of 7202 PageID #: 79079

A1208

Highly Confidential
Attorneys' Eyes Only

A1209

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 982 of 7202 PageID #: 79081



A1210

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 983 of 7202 PageID #: 79082



A1211

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 984 of 7202 PageID #: 79083



A1212

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 985 of 7202 PageID #: 79084

A1213

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153     Document: 156-4     Page: 79     Date Filed: 01/02/2026

A1214

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-4    Page: 80    Date Filed: 01/02/2026

A1215

Document: 156-4    Page: 80

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 988 of 7202 PageID #: 79087

Highly Confidential
Attorneys' Eyes Only

A1216

598 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 989 of 7202 PageID #: 79088

A1217

Highly Confidential
Attorneys' Eyes Only

599 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 990 of 7202 PageID #: 79089



Highly Confidential
Attorneys' Eyes Only

A1218

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 991 of 7202 PageID #: 79090



A1219

Highly Confidential
Attorneys' Eyes Only



A1220

Highly Confidential
Attorneys' Eyes Only



A1221

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 993 of 7202 PageID #: 79092

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-4    Page: 87    Date Filed: 01/02/2026

A1222

Highly Confidential
Attorneys' Eyes Only

A1223



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 996 of 7202 PageID #: 79095



A1224

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 997 of 7202 PageID #: 79096

A1225

Highly Confidential
Attorneys' Eyes Only

A1225

A1226

Document: 156-4    Page: 91

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 999 of 7202 PageID #: 79098

608 of 964

Highly Confidential
Attorneys' Eyes Only

A1227



A1228

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1001 of 7202 PageID #: 79100

610 of 964



A1229

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1002 of 7202 PageID #: 79101

A1230

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1003 of 7202 PageID #: 79102



A1231

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1004 of 7202 PageID #: 79103



A1232

613 of 964

Highly Confidential
Attorneys' Eyes Only

A1233

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1005 of 7202 PageID #: 79104

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB     Document 298-1     Filed 01/09/23     Page 1006 of 7202 PageID #: 79105

A1234

Highly Confidential
Attorneys' Eyes Only

A1234

A1235

Highly Confidential
Attorneys' Eyes Only

A1236

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1009 of 7202 PageID #: 79108

618 of 964

Highly Confidential
Attorneys' Eyes Only



A1237

619 of 964

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 1010 of 7202 PageID #: 79109

A1238

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1011 of 7202 PageID #: 79110

A1239

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1012 of 7202 PageID #: 79111

Highly Confidential
Attorneys' Eyes Only

A1240

A1241

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1014 of 7202 PageID #: 79113

A1242

623 of 964

Highly Confidential
Attorneys' Eyes Only

A1243

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1015 of 7202 PageID #: 79114

Highly Confidential
Attorneys' Eyes Only

A1244

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1017 of 7202 PageID #: 79116

A1245

626 of 964

Highly Confidential
Attorneys' Eyes Only

A1245

627 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1018 of 7202   PageID #: 79117

A1246

A1246

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1019 of 7202 PageID #: 79118

A1247

Highly Confidential
Attorneys' Eyes Only

A1247

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1020 of 7202 PageID #: 79119

A1248

629 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1021 of 7202 PageID #: 79120

630 of 964

Highly Confidential
Attorneys' Eyes Only



A1249

A1250

Highly Confidential
Attorneys' Eyes Only

632 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1023 of 7202 PageID #: 79122

Highly Confidential
Attorneys' Eyes Only

A1251

Case 1:20-cv-00613-SB　Document 298-1　Filed 01/09/23　Page 1024 of 7202 PageID #: 79123

A1252

633 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1025 of 7202 PageID #: 79124

A1253

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1026 of 7202 PageID #: 79125

A1254

635 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1027 of 7202 PageID #: 79126

A1255

A1255

Highly Confidential
Attorneys' Eyes Only

A1256

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1028 of 7202 PageID #: 79127

Highly Confidential
Attorneys' Eyes Only

A1256

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1029 of 7202 PageID #: 79128

A1257

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1030 of 7202 PageID #: 79129



A1258

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1031 of 7202 PageID #: 79130

A1259

640 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1032 of 7202 PageID #: 79131



A1260

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

A1261

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 1034 of 7202 PageID #: 79133

A1262

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1035 of 7202 PageID #: 79134

Highly Confidential
Attorneys' Eyes Only

A1263

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1036 of 7202 PageID #: 79135



A1264

645 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1037 of 7202 PageID #: 79136

A1265

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1038 of 7202 PageID #: 79137



A1266

647 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1039 of 7202 PageID #: 79138



A1267

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1040 of 7202 PageID #: 79139

A1268

649 of 964

Highly Confidential
Attorneys' Eyes Only

A1269

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1042 of 7202 PageID #: 79141

Highly Confidential
Attorneys' Eyes Only

A1270

652 of 964



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1043 of 7202 PageID #: 79142

Highly Confidential
Attorneys' Eyes Only

A1271

A1272

Document: 156-4    Page: 137

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1045 of 7202 PageID #: 79144

Highly Confidential
Attorneys' Eyes Only



A1273

A1274

Highly Confidential
Attorneys' Eyes Only

A1275

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1047 of 7202 PageID #: 79146

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1048 of 7202 PageID #: 79147



A1276

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1049 of 7202 PageID #: 79148

A1277



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1050 of 7202 PageID #: 79149

A1278

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1051 of 7202 PageID #: 79150



A1279

Highly Confidential
Attorneys' Eyes Only

A1280

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1053 of 7202 PageID #: 79152

Highly Confidential
Attorneys' Eyes Only

A1281

A1282

Highly Confidential
Attorneys' Eyes Only

A1283

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1055 of 7202 PageID #: 79154

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1056 of 7202 PageID #: 79155

A1284

665 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1057 of 7202 PageID #: 79156



A1285

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1058 of 7202 PageID #: 79157

Highly Confidential
Attorneys' Eyes Only

A1286

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1059 of 7202 PageID #: 79158

A1287

668 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1060 of 7202 PageID #: 79159

Highly Confidential
Attorneys' Eyes Only

A1288

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1061 of 7202 PageID #: 79160



A1289

670 of 964

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

A1290

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1063 of 7202 PageID #: 79162

A1291

Highly Confidential
Attorneys' Eyes Only

A1292

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1064 of 7202 PageID #: 79163

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1065 of 7202 PageID #: 79164



A1293

Highly Confidential
Attorneys' Eyes Only

A1294

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1067 of 7202 PageID #: 79166

A1295

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1068 of 7202 PageID #: 79167

A1296

Case: 25-2153    Document: 156-4    Page: 161    Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1069 of 7202 PageID #: 79168

A1297

678 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1070 of 7202 PageID #: 79169



A1298

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1071 of 7202 PageID #: 79170



A1299

680 of 964

Highly Confidential
Attorneys' Eyes Only

A1300

Highly Confidential
Attorneys' Eyes Only

A1301

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1074 of 7202 PageID #: 79173

683 of 964

Highly Confidential
Attorneys' Eyes Only

A1302

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1075 of 7202 PageID #: 79174



A1303

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1076 of 7202 PageID #: 79175

A1304

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1077 of 7202 PageID #: 79176

686 of 964

A1305



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1078 of 7202 PageID #: 79177

Case: 25-2153    Document: 156-4    Page: 171    Date Filed: 01/02/2026

A1306

Highly Confidential
Attorneys' Eyes Only

A1307

Case: 25-2153     Document: 156-4     Page: 172     Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

688 of 964

A1308

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1081 of 7202 PageID #: 79180

Highly Confidential
Attorneys' Eyes Only

A1309

A1310

Case: 25-2153   Document: 156-4   Page: 175   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1083 of 7202 PageID #: 79182



A1311

692 of 964

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153   Document: 156-4   Page: 177   Date Filed: 01/02/2026

A1312

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1085 of 7202 PageID #: 79184

Case: 25-2153   Document: 156-4   Page: 178   Date Filed: 01/02/2026

A1313

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-4    Page: 179    Date Filed: 01/02/2026

A1314

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1087 of 7202 PageID #: 79186

A1315

Highly Confidential
Attorneys' Eyes Only

697 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1088 of 7202 PageID #: 79187

Highly Confidential
Attorneys' Eyes Only

A1316

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1089 of 7202 PageID #: 79188



Highly Confidential
Attorneys' Eyes Only

698 of 964

A1317

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1090 of 7202 PageID #: 79189

Highly Confidential
Attorneys' Eyes Only

699 of 964

A1318

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1091 of 7202 PageID #: 79190

A1319

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1092 of 7202 PageID #: 79191

A1320

701 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1093 of 7202 PageID #: 79192



A1321

702 of 964

Highly Confidential
Attorneys' Eyes Only

703 of 964



Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1094 of 7202 PageID #: 79193

A1322

Highly Confidential
Attorneys' Eyes Only

704 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1095 of 7202 PageID #: 79194

A1323

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1096 of 7202 PageID #: 79195



A1324

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1097 of 7202 PageID #: 79196



A1325

706 of 964

Highly Confidential
Attorneys' Eyes Only

A1326

Case: 25-2153   Document: 156-4   Page: 191   Date Filed: 01/02/2026

Case: 25-2153   Document: 156-4   Page: 191   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1099 of 7202 PageID #: 79198



A1327

Highly Confidential
Attorneys' Eyes Only

709 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1100 of 7202 PageID #: 79199

Highly Confidential
Attorneys' Eyes Only

A1328

A1329

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1102 of 7202 PageID #: 79201

A1330

Highly Confidential
Attorneys' Eyes Only

A1331

Highly Confidential
Attorneys' Eyes Only

A1332

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1105 of 7202 PageID #: 79204

A1333

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1106 of 7202 PageID #: 79205

Case: 25-2153   Document: 156-4   Page: 199   Date Filed: 01/02/2026

A1334

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1107 of 7202 PageID #: 79206



A1335

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1108 of 7202 PageID #: 79207

Highly Confidential
Attorneys' Eyes Only

A1336

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1109 of 7202 PageID #: 79208

A1337

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1110 of 7202 PageID #: 79209

A1338

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

A1339

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1112 of 7202 PageID #: 79211

A1340

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1113 of 7202 PageID #: 79212

A1341

Highly Confidential
Attorneys' Eyes Only

A1341

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1114 of 7202 PageID #: 79213

Highly Confidential
Attorneys' Eyes Only

A1342



Case: 25-2153   Document: 156-4   Page: 208   Date Filed: 01/02/2026

A1343

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1116 of 7202 PageID #: 79215

A1344

Highly Confidential
Attorneys' Eyes Only

A1345

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 1117 of 7202 PageID #: 79216

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1118 of 7202 PageID #: 79217

Highly Confidential
Attorneys' Eyes Only

A1346

Case: 25-2153     Document: 156-4     Page: 212     Date Filed: 01/02/2026

A1347



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1120 of 7202 PageID #: 79219



A1348

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1121 of 7202 PageID #: 79220

A1349

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1122 of 7202 PageID #: 79221



A1350

Highly Confidential
Attorneys' Eyes Only



A1351

Case: 25-2153   Document: 156-4   Page: 216   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

732 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1124 of 7202 PageID #: 79223

A1352

Highly Confidential
Attorneys' Eyes Only

A1353

Highly Confidential
Attorneys' Eyes Only

A1354

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1127 of 7202 PageID #: 79226



A1355

Highly Confidential
Attorneys' Eyes Only

A1356

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1129 of 7202 PageID #: 79228



A1357

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1130 of 7202 PageID #: 79229

A1358

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-4    Page: 224    Date Filed: 01/02/2026

A1359

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1132 of 7202 PageID #: 79231

741 of 964

Highly Confidential
Attorneys' Eyes Only

A1360

Case: 25-2153   Document: 156-4   Page: 226   Date Filed: 01/02/2026

A1361

Highly Confidential
Attorneys' Eyes Only

742 of 964

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1134 of 7202 PageID #: 79233

A1362

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1135 of 7202 PageID #: 79234

Highly Confidential
Attorneys' Eyes Only

A1363

A1364

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1137 of 7202 PageID #: 79236

A1365

Highly Confidential
Attorneys' Eyes Only

A1366

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1138 of 7202 PageID #: 79237

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1139 of 7202 PageID #: 79238

A1367

Highly Confidential
Attorneys' Eyes Only

A1368

Highly Confidential
Attorneys' Eyes Only

A1369

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1142 of 7202 PageID #: 79241

A1370

Highly Confidential
Attorneys' Eyes Only

A1371

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1144 of 7202 PageID #: 79243

A1372

Highly Confidential
Attorneys' Eyes Only

A1373

Highly Confidential
Attorneys' Eyes Only

A1374

Case: 25-2153     Document: 156-4     Page: 239     Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1147 of 7202 PageID #: 79246



A1375

756 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 1148 of 7202 PageID #: 79247

Highly Confidential
Attorneys' Eyes Only

A1376

Case: 25-2153   Document: 156-4   Page: 242   Date Filed: 01/02/2026

A1377

Highly Confidential
Attorneys' Eyes Only

A1378

Highly Confidential
Attorneys' Eyes Only

A1379

Highly Confidential
Attorneys' Eyes Only

A1380

Highly Confidential
Attorneys' Eyes Only

A1381

Case: 25-2153    Document: 156-4    Page: 246    Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1154 of 7202 PageID #: 79253

A1382

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1155 of 7202 PageID #: 79254

A1383

Highly Confidential
Attorneys' Eyes Only



A1384

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1156 of 7202 PageID #: 79255

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153   Document: 156-4   Page: 250   Date Filed: 01/02/2026

A1385



Highly Confidential
Attorneys' Eyes Only

A1386

Case: 25-2153   Document: 156-4   Page: 251   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1159 of 7202 PageID #: 79258

Highly Confidential
Attorneys' Eyes Only

768 of 964

A1387

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1160 of 7202 PageID #: 79259

A1388

Highly Confidential
Attorneys' Eyes Only

A1389

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1161 of 7202 PageID #: 79260

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1162 of 7202 PageID #: 79261

A1390

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1163 of 7202 PageID #: 79262

A1391

772 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1164 of 7202 PageID #: 79263

A1392

Document: 156-4   Page: 257

Highly Confidential
Attorneys' Eyes Only

A1393

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1166 of 7202 PageID #: 79265

775 of 964



A1394

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1167 of 7202 PageID #: 79266

A1395

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1168 of 7202 PageID #: 79267



A1396

Highly Confidential
Attorneys' Eyes Only

778 of 964

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 1169 of 7202 PageID #: 79268



A1397

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1170 of 7202 PageID #: 79269

A1398

Highly Confidential
Attorneys' Eyes Only

A1398

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1171 of 7202 PageID #: 79270

A1399

780 of 964

Highly Confidential
Attorneys' Eyes Only

A1400

Highly Confidential
Attorneys' Eyes Only

A1401

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1174 of 7202 PageID #: 79273

783 of 964

Highly Confidential
Attorneys' Eyes Only

A1402

A1403

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1176 of 7202 PageID #: 79275

A1404

Highly Confidential
Attorneys' Eyes Only

A1405

Highly Confidential
Attorneys' Eyes Only

A1406

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1179 of 7202 PageID #: 79278

A1407

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1180 of 7202 PageID #: 79279

A1408

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1181 of 7202 PageID #: 79280

A1409

Highly Confidential
Attorneys' Eyes Only





A1411

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1183 of 7202 PageID #: 79282

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-4    Page: 277    Date Filed: 01/02/2026

A1412

Document: 156-4    Page: 277

Highly Confidential
Attorneys' Eyes Only

A1413

Case: 25-2153     Document: 156-4     Page: 278     Date Filed: 01/02/2026

Document: 156-4     Page: 278     Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

794 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1186 of 7202 PageID #: 79285

A1414

795 of 964

Highly Confidential
Attorneys' Eyes Only

A1415

Highly Confidential
Attorneys' Eyes Only

A1416

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1189 of 7202 PageID #: 79288



A1417

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1190 of 7202 PageID #: 79289

A1418

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

A1419

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1192 of 7202 PageID #: 79291

801 of 964

Highly Confidential
Attorneys' Eyes Only

A1420

A1421

Highly Confidential
Attorneys' Eyes Only

803 of 964

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1194 of 7202 PageID #: 79293



A1422

Highly Confidential
Attorneys' Eyes Only



A1423

804 of 964

Highly Confidential
Attorneys' Eyes Only

805 of 964



A1424

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1196 of 7202 PageID #: 79295

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1197 of 7202 PageID #: 79296

A1425

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1198 of 7202 PageID #: 79297

A1426

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1199 of 7202 PageID #: 79298

A1427

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1200 of 7202 PageID #: 79299

A1428

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1201 of 7202 PageID #: 79300

A1429

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1202 of 7202 PageID #: 79301

A1430

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1203 of 7202 PageID #: 79302

A1431

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1204 of 7202 PageID #: 79303



A1432

Highly Confidential
Attorneys' Eyes Only

A1433

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1206 of 7202 PageID #: 79305

A1434

Highly Confidential
Attorneys' Eyes Only

A1434

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1207 of 7202 PageID #: 79306



A1435

816 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1208 of 7202 PageID #: 79307

A1436

Highly Confidential
Attorneys' Eyes Only

A1436

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1209 of 7202 PageID #: 79308

A1437

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1210 of 7202 PageID #: 79309

A1438

Highly Confidential
Attorneys' Eyes Only

819 of 964

A1439

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1211 of 7202 PageID #: 79310

Highly Confidential
Attorneys' Eyes Only

A1440

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1212 of 7202 PageID #: 79311

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1213 of 7202 PageID #: 79312

A1441

Highly Confidential
Attorneys' Eyes Only

A1442

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1214 of 7202 PageID #: 79313

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1215 of 7202 PageID #: 79314

A1443

A1443

824 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1216 of 7202 PageID #: 79315



A1444

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1217 of 7202 PageID #: 79316



A1445

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1218 of 7202 PageID #: 79317

A1446

Highly Confidential
Attorneys' Eyes Only

A1447

Case: 25-2153   Document: 156-4   Page: 312   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1220 of 7202 PageID #: 79319



A1448

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1221 of 7202 PageID #: 79320

A1449

Highly Confidential
Attorneys' Eyes Only

831 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1222 of 7202 PageID #: 79321

A1450

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1223 of 7202 PageID #: 79322



A1451

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1224 of 7202 PageID #: 79323

A1452

A1452

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1225 of 7202 PageID #: 79324

A1453

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1226 of 7202 PageID #: 79325

A1454

Highly Confidential
Attorneys' Eyes Only

835 of 964

836 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1227 of 7202 PageID #: 79326

A1455

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1228 of 7202 PageID #: 79327

A1456

837 of 964

Highly Confidential
Attorneys' Eyes Only

A1457

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1230 of 7202 PageID #: 79329

A1458

Highly Confidential
Attorneys' Eyes Only

A1458



Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 1231 of 7202 PageID #: 79330

A1459

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1232 of 7202 PageID #: 79331

A1460

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1233 of 7202 PageID #: 79332



A1461

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1234 of 7202 PageID #: 79333



A1462

Highly Confidential
Attorneys' Eyes Only

A1463

Case: 25-2153     Document: 156-4     Page: 328     Date Filed: 01/02/2026

Document: 156-4     Page: 328     Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1236 of 7202 PageID #: 79335

A1464

Highly Confidential
Attorneys' Eyes Only

A1465

Case: 25-2153   Document: 156-4   Page: 330   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1238 of 7202 PageID #: 79337

A1466

Highly Confidential
Attorneys' Eyes Only

A1466

A1467

Highly Confidential
Attorneys' Eyes Only

A1468

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1241 of 7202 PageID #: 79340

A1469

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1242 of 7202 PageID #: 79341

Highly Confidential
Attorneys' Eyes Only

A1470

852 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1243 of 7202 PageID #: 79342

A1471

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1244 of 7202 PageID #: 79343



A1472

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1245 of 7202 PageID #: 79344

A1473

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1246 of 7202 PageID #: 79345

A1474

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1247 of 7202 PageID #: 79346

856 of 964

Highly Confidential
Attorneys' Eyes Only

A1475

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1248 of 7202 PageID #: 79347

Highly Confidential
Attorneys' Eyes Only

A1476

858 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1249 of 7202 PageID #: 79348

Highly Confidential
Attorneys' Eyes Only

A1477

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1250 of 7202 PageID #: 79349

A1478

Highly Confidential
Attorneys' Eyes Only



A1479

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1252 of 7202 PageID #: 79351

Highly Confidential
Attorneys' Eyes Only

A1480

A1481

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1253 of 7202 PageID #: 79352

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1254 of 7202 PageID #: 79353



A1482

863 of 964

Highly Confidential
Attorneys' Eyes Only

864 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1255 of 7202 PageID #: 79354

A1483

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1256 of 7202 PageID #: 79355

A1484

Highly Confidential
Attorneys' Eyes Only

A1485

Highly Confidential
Attorneys' Eyes Only

867 of 964

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1258 of 7202 PageID #: 79357



A1486

Highly Confidential
Attorneys' Eyes Only

868 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1259 of 7202 PageID #: 79358

A1487

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1260 of 7202 PageID #: 79359

A1488



Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1261 of 7202 PageID #: 79360

A1489

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1262 of 7202 PageID #: 79361



A1490

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1263 of 7202 PageID #: 79362



A1491

Highly Confidential
Attorneys' Eyes Only

A1492

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1265 of 7202 PageID #: 79364



A1493

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1266 of 7202 PageID #: 79365

A1494

Highly Confidential
Attorneys' Eyes Only

876 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1267 of 7202 PageID #: 79366

A1495

Highly Confidential
Attorneys' Eyes Only

877 of 964

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1268 of 7202 PageID #: 79367



A1496

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 1269 of 7202 PageID #: 79368

Highly Confidential
Attorneys' Eyes Only

A1497

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1270 of 7202 PageID #: 79369



A1498

Highly Confidential
Attorneys' Eyes Only

880 of 964



A1499

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1271 of 7202 PageID #: 79370

Highly Confidential
Attorneys' Eyes Only

881 of 964



A1500

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1272 of 7202 PageID #: 79371

Highly Confidential
Attorneys' Eyes Only

882 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1273 of 7202 PageID #: 79372



A1501

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1274 of 7202 PageID #: 79373

A1502

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153     Document: 156-4     Page: 368     Date Filed: 01/02/2026

A1503

Document: 156-4     Page: 368     Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

885 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1276 of 7202 PageID #: 79375

A1504

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1277 of 7202 PageID #: 79376



A1505

Highly Confidential
Attorneys' Eyes Only

887 of 964

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1278 of 7202 PageID #: 79377



A1506

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1279 of 7202 PageID #: 79378

Highly Confidential
Attorneys' Eyes Only

888 of 964



A1507

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1280 of 7202 PageID #: 79379



A1508

Highly Confidential
Attorneys' Eyes Only

890 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1281 of 7202 PageID #: 79380

Highly Confidential
Attorneys' Eyes Only

A1509

891 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1282 of 7202 PageID #: 79381

A1510

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1283 of 7202 PageID #: 79382

A1511

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1284 of 7202 PageID #: 79383

893 of 964



A1512

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153     Document: 156-4     Page: 378     Date Filed: 01/02/2026

A1513

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153     Document: 156-4     Page: 379     Date Filed: 01/02/2026

**A1514**

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1287 of 7202 PageID #: 79386

A1515

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1288 of 7202 PageID #: 79387

A1516

Highly Confidential
Attorneys' Eyes Only

898 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1289 of 7202 PageID #: 79388

A1517

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1290 of 7202 PageID #: 79389

Highly Confidential
Attorneys' Eyes Only

A1518



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1291 of 7202 PageID #: 79390

Highly Confidential
Attorneys' Eyes Only

A1519

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1292 of 7202 PageID #: 79391

901 of 964

Highly Confidential
Attorneys' Eyes Only

A1520

902 of 964

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1293 of 7202 PageID #: 79392



A1521

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153   Document: 156-4   Page: 387   Date Filed: 01/02/2026

A1522

Highly Confidential
Attorneys' Eyes Only



A1523

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1295 of 7202 PageID #: 79394

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1296 of 7202 PageID #: 79395

A1524

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1297 of 7202 PageID #: 79396



A1525

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB  Document 298-1  Filed 01/09/23  Page 1298 of 7202 PageID #: 79397



A1526

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1299 of 7202 PageID #: 79398



A1527

Highly Confidential
Attorneys' Eyes Only

909 of 964



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1300 of 7202 PageID #: 79399

A1528

Highly Confidential
Attorneys' Eyes Only

A1529

Case: 25-2153   Document: 156-4   Page: 394   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1302 of 7202 PageID #: 79401

A1530

Highly Confidential
Attorneys' Eyes Only

A1531

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1304 of 7202 PageID #: 79403

A1532

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1305 of 7202 PageID #: 79404

A1533

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1306 of 7202 PageID #: 79405

A1534

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1307 of 7202 PageID #: 79406

A1535

Highly Confidential
Attorneys' Eyes Only

A1536

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1309 of 7202 PageID #: 79408

A1537

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1310 of 7202 PageID #: 79409



A1538

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1311 of 7202 PageID #: 79410

A1539

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1312 of 7202 PageID #: 79411

A1540

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1313 of 7202 PageID #: 79412

Highly Confidential
Attorneys' Eyes Only



A1541

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1314 of 7202 PageID #: 79413



A1542

Highly Confidential
Attorneys' Eyes Only

A1543

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1315 of 7202 PageID #: 79414

Highly Confidential
Attorneys' Eyes Only

A1543

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1316 of 7202 PageID #: 79415

Highly Confidential
Attorneys' Eyes Only

A1544

A1545

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1317 of 7202 PageID #: 79416

Highly Confidential
Attorneys' Eyes Only

A1546

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1319 of 7202 PageID #: 79418



A1547

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1320 of 7202 PageID #: 79419

A1548

Highly Confidential
Attorneys' Eyes Only



A1549

Case 1:20-cv-00613-SB　Document 298-1　Filed 01/09/23　Page 1321 of 7202 PageID #: 79420

Highly Confidential
Attorneys' Eyes Only

931 of 964



Highly Confidential
Attorneys' Eyes Only

A1550

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1323 of 7202 PageID #: 79422

A1551

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1324 of 7202 PageID #: 79423

A1552

Highly Confidential
Attorneys' Eyes Only

A1553

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1326 of 7202 PageID #: 79425

A1554

A1554

Highly Confidential
Attorneys' Eyes Only

A1555

Case: 25-2153   Document: 156-4   Page: 420   Date Filed: 01/02/2026

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1328 of 7202 PageID #: 79427



A1556

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-4    Page: 422    Date Filed: 01/02/2026

A1557

Highly Confidential
Attorneys' Eyes Only





Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1330 of 7202 PageID #: 79429

**A1558**

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1331 of 7202 PageID #: 79430



A1559

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1332 of 7202 PageID #: 79431



A1560

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1333 of 7202 PageID #: 79432

A1561

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1334 of 7202 PageID #: 79433

943 of 964

Highly Confidential
Attorneys' Eyes Only



A1562

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1335 of 7202 PageID #: 79434



A1563

944 of 964

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1336 of 7202 PageID #: 79435

Highly Confidential
Attorneys' Eyes Only

A1564

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1337 of 7202 PageID #: 79436



A1565

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1338 of 7202 PageID #: 79437



A1566

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1339 of 7202 PageID #: 79438

A1567

Highly Confidential
Attorneys' Eyes Only

949 of 964

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1340 of 7202 PageID #: 79439



A1568

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1341 of 7202 PageID #: 79440

950 of 964

Highly Confidential
Attorneys' Eyes Only

A1569

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1342 of 7202 PageID #: 79441



A1570

Highly Confidential
Attorneys' Eyes Only



Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1343 of 7202 PageID #: 79442

Highly Confidential
Attorneys' Eyes Only

A1571

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1344 of 7202 PageID #: 79443

A1572

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1345 of 7202 PageID #: 79444

A1573

Highly Confidential
Attorneys' Eyes Only

A1573

Case 1:20-cv-00613-SB    Document 298-1    Filed 01/09/23    Page 1346 of 7202 PageID #: 79445



A1574

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1347 of 7202 PageID #: 79446

956 of 964

Highly Confidential
Attorneys' Eyes Only



A1575

A1575

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1348 of 7202 PageID #: 79447

A1576

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1349 of 7202 PageID #: 79448



A1577

Highly Confidential
Attorneys' Eyes Only

Case: 25-2153    Document: 156-4    Page: 443    Date Filed: 01/02/2026

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1350 of 7202 PageID #: 79449

A1578

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1351 of 7202 PageID #: 79450

Highly Confidential
Attorneys' Eyes Only

A1579



A1580

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1353 of 7202 PageID #: 79452

A1581

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 1354 of 7202 PageID #: 79453



A1582

Highly Confidential
Attorneys' Eyes Only

Case 1:20-cv-00613-SB Document 298-1 Filed 01/09/23 Page 1355 of 7202 PageID #: 79454



Highly Confidential
Attorneys' Eyes Only

A1583

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) | C.A. No. 20-613 (SB) |
| v. | ) ) ) | REDACTED - PUBLIC VERSION |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendant and Counterclaimant. | ) ) | |

**DECLARATION OF LAURIE OLIVER IN SUPPORT OF PLAINTIFFS'
MOTIONS FOR PARTIAL SUMMARY JUDGMENT (NOS. 1–3)**

A1584

I, Laurie Oliver, declare as follows:

1.      I am a U.S. Cases Editorial Manager for Thomson Reuters where I have worked for the past twenty-nine years.    I submit this declaration in support of Plaintiffs' Motions for Summary Judgment.  The statements set forth in this declaration are based on my personal knowledge and my review of the contemporaneous documents referenced and attached hereto.

2.      Thomson Reuters and West Publishing Corporation ("West") (collectively, "Plaintiffs") offer a variety of products in the field of online legal research, including Westlaw, Plaintiffs' legal research platform.  West launched Westlaw in 1975 as a dial-up service requiring dedicated terminals.  In 1996, Thomson Reuters (then, the Thomson Corporation) acquired West, and has since invested significant effort, resources, and money into innovating the Westlaw platform.

3.      Westlaw is now an online legal research platform used by lawyers and other legal professionals across the world, and includes thousands of databases of case law, state and federal statutes, administrative codes, synopses, treatises, secondary sources, public records, and other documents.  The current version of Westlaw's legal research platform, Westlaw Edge, provides innovative, AI-powered search tools that allow users to search for relevant law using keywords, headnotes, natural language, and/or Boolean queries.

4.      West has a large team of attorney-editors responsible for creating original content for the Westlaw Platform.  Among other responsibilities, attorney-editors are tasked with writing "editorial enhancements" for Westlaw, which include synopses at the beginning of judicial opinions, as well as headnotes.  I am personally familiar with West's attorney-editors' original contributions to Westlaw.  I joined West in 1993 as an attorney-editor, and my current role

A1585

involves supervising a team of attorney-editors who write and select the headnotes (the "West Headnotes").

### A.    The West Headnotes

5.    West Headnotes appear with one or more corresponding key numbers at the top of judicial opinions accessed in Westlaw.  West's attorney-editors are responsible for writing the West Headnotes.  These headnotes identify, summarize, and synthesize key take-aways from a judicial opinion.  They include summaries of what the attorney-editor views as the most important facts of the case, key issues that the attorney-editor wants to highlight, and original descriptions of the holdings from the underlying opinion.

6.    The attorney-editors exercise creative discretion in determining both *what* to include in any given West Headnote and *how* to phrase that headnote.  Because West Headnotes are written to be understood standing alone, West's attorney-editors write them to summarize only certain, selected facts, and explain the court's holding and parties' contentions in clear language.

7.    West constantly drafts new West Headnotes to keep up with the release of new judicial opinions, writing over 9,000 West Headnotes per week.  Existing West Headnotes are also periodically revised and updated.  To remain up-to-date, the Cases Editorial department alone has around 70 attorney-editors who draft the West Headnotes and other editorial enhancements.

### B.    The WKNS

8.    When they draft the West Headnotes, West's attorney-editors also make an initial recommendation about which West Key Number topics should be assigned to a particular West Headnote for purposes of integrating the West Headnotes and related judicial opinions into Plaintiffs' original classification system, the West Key Number System (the "WKNS").  I have

personal experience overseeing West's attorney-editors who classify West Headnotes and judicial opinions and have also personally classified West Headnotes and judicial opinions within this system.

9.    The WKNS is the result of Plaintiffs' original editorial choices about how to organize, classify, and structure the voluminous body of American law.  There is no single way to organize the law.  Accordingly, West's attorney-editors need to exercise creativity in selecting and arranging judicial opinions and West Headnotes within the WKNS.  The WKNS is constantly changing as new West Headnotes and judicial opinions are integrated into the system, and it takes a substantial investment of time, innovation, resources, and creativity to update the WKNS.

10.    After West's attorney-editors have created the West Headnotes and made initial recommendations of where they might be placed in the WKNS, the judicial opinion is assigned to one or more "classifiers"—attorney-editors who are responsible for classifying West Headnotes in the WKNS.  "Classifiers" also further evaluate Key Number topics suggested by the initial West Headnote attorney-editor and may send the case back to the original attorney-editor for further review if necessary.  Once the Classifier assigns one or more West Key Numbers to a West Headnote, the West Headnote and its associated case are officially added to the WKNS under the corresponding Key Number(s).

11.    To assist the Classifiers in this process, Plaintiffs developed a tool called the Classification and Recommendation Engine (CaRE).  This tool suggests five or more possible key numbers to the Classifier, who then decides whether to adopt any of the suggestions.  The decision on how to classify a West Headnote is always up to the Classifier.  CaRE does not assign Key Numbers to West Headnotes.

A1587

**C.    Competitive Advantage of Editorial Enhancements**

12.    Creating these editorial enhancements requires the thought and creativity of many people at West, along with extensive time and resources that Plaintiffs have invested in creating this innovative content.

13.    Plaintiffs have a policy against selling this content to competitors for any purpose, including training artificial intelligence algorithms. Plaintiffs view their proprietary editorial enhancements, including the West Headnotes and the WKNS, as giving Plaintiffs a competitive advantage over other legal research platforms.

I declare under penalty of perjury that the foregoing testimony is true and correct.

Dated: December 2 1, 2022

_____
Laurie Oliver

A1588

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2022, upon the following in the manner indicated:

David E. Moore, Esquire                                    *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                                    *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                                 *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

A1589

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 37 of 743 PageID #: 102114

# **<u>EXHIBIT 3</u>**

Case: 25-2153   Document: 156-4   Page: 456   Date Filed: 01/02/2026

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 38 of 743 PageID #: 102115
THOMSON REUTERS ENTERPRISE CENTRE GMBH v                          Kai Bond
ROSS INTELLIGENCE            Outside Counsel Only              May 10, 2023

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
-----------------------------------------X
IN RE MATTER OF:

THOMSON REUTERS ENTERPRISE CENTRE GMBH and
WEST PUBLISHING CORPORATION,

                    Plaintiffs and
                    Counter-Defendants,

          v.

ROSS INTELLIGENCE INC.,

                    Defendant and
                    Counterclaimant.

Case No. 20-613 (LPS)
-----------------------------------------X
            **HIGHLY CONFIDENTIAL**
            **OUTSIDE COUNSEL EYES ONLY**




    VIDEOTAPED DEPOSITION OF KAI BOND




DATE:  May 10, 2023

TIME:  10:06 a.m. Eastern

PLACE:  ***REMOTE***

BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

JOB NO:  2023-896317

A1591

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                          Kai Bond
ROSS INTELLIGENCE                    Outside Counsel Only          May 10, 2023

2

A P P E A R A N C E S:


 KIRKLAND & ELLIS LLP
        Attorneys for the
        Plaintiffs/Counter-Defendants
        200 Clarendon Street
        Boston, Massachusetts 02116
        BY:  CAMERON GINDER, ESQ.




 CROWELL & MORING LLP
        Attorneys for the
        Defendant/Counterclaimant
        3 Embarcadero Center
        San Francisco, California 94111
        BY:  ANNA SABER, ESQ.




 MONTGOMERY McCRACKEN WALKER & RHOADS LLP
        Attorneys for the witness
        437 Madison Avenue, 24th floor
        New York, New York 10022
        BY:  TIM PASTORE, ESQ.



 ALSO PRESENT:


        Bryan Beltran, Lexitas



        *        *        *

A1592

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE

Outside Counsel Only

Kai Bond
May 10, 2023



A1593

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE

Outside Counsel Only

Kai Bond
May 10, 2023



A1594

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                                    Kai Bond
ROSS INTELLIGENCE                         Outside Counsel Only            May 10, 2023



A1595

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE                    Outside Counsel Only

Kai Bond
May 10, 2023



A1596

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                                    Kai Bond
ROSS INTELLIGENCE                          Outside Counsel Only              May 10, 2023



A1597

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE                    Outside Counsel Only

Kai Bond
May 10, 2023



A1598

Case: 25-2153   Document: 156-4   Page: 464   Date Filed: 01/02/2026

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 46 of 743 PageID #: 102123
THOMSON REUTERS ENTERPRISE CENTRE GMBH v                    Kai Bond
ROSS INTELLIGENCE              Outside Counsel Only          May 10, 2023



A1599

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE

Outside Counsel Only

Kai Bond
May 10, 2023



A1600

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                              Kai Bond
ROSS INTELLIGENCE                    Outside Counsel Only          May 10, 2023



A1601

Case: 25-2153   Document: 156-4   Page: 467   Date Filed: 01/02/2026

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 49 of 743 PageID #: 102126
THOMSON REUTERS ENTERPRISE CENTRE GMBH v                                    Kai Bond
ROSS INTELLIGENCE                         Outside Counsel Only              May 10, 2023



A1602

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE

Outside Counsel Only

Kai Bond
May 10, 2023



A1603

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                                    Kai Bond
ROSS INTELLIGENCE                    Outside Counsel Only                May 10, 2023



A1604

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                    Kai Bond
ROSS INTELLIGENCE                    Outside Counsel Only      May 10, 2023



A1605

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                    Kai Bond
ROSS INTELLIGENCE                    Outside Counsel Only                    May 10, 2023



A1606

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE

Outside Counsel Only

Kai Bond
May 10, 2023



A1607

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 129 of 743 PageID #: 102206

# EXHIBIT 8

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                                   Julian D'Angelo
ROSS INTELLIGENCE INC.              Attorneys Eyes Only                    May 03, 2023

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Case No. 20-613 (LPS)
----------------------------------------
IN RE MATTER OF:

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST
PUBLISHING CORPORATION,

          Plaintiffs and
          Counter-Defendants,

     vs.

ROSS INTELLIGENCE INC.,

          Defendant and
          Counterclaimant.

----------------------------------------

        ** HIGHLY CONFIDENTIAL **

        ** ATTORNEYS' EYES ONLY **


      REMOTE VIDEOTAPED DEPOSITION OF

              JULIAN D'ANGELO


          Wednesday, May 3, 2023

             9:03 a.m. (EST)




Reported By:

Joan Ferrara, RMR, FCRR

Job No. 2023-892414

A1609

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.          Attorneys Eyes Only

Julian D'Angelo
May 03, 2023

2

May 3, 2023

9:03 a.m. (EST)

Videotaped Deposition of JULIAN D'ANGELO, held remotely via Zoom, before Joan Ferrara, a Registered Merit Reporter, Federal Certified Realtime Reporter and Notary Public.

A1610

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.          Attorneys Eyes Only

Julian D'Angelo
May 03, 2023

3

REMOTE APPEARANCES:


ON BEHALF OF PLAINTIFFS/COUNTER-DEFENDANTS:

KIRKLAND & ELLIS LLP

          200 Clarendon Street

          Boston, Massachusetts 02116

BY:      CAMERON GINDER, ESQ.



ON BEHALF OF DEFENDANT/COUNTERCLAIMANT:

CROWELL & MORING LLP

          3 Embarcadero Center

          26th Floor

          San Francisco, California 94111

BY:      WARRINGTON PARKER, ESQ.



ALSO PRESENT:

          BRYAN BELTRAN, Videographer

A1611

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 133 of 743 PageID #: 102210

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                          Julian D'Angelo
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only            May 03, 2023



A1612

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1613

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 135 of 743 PageID #: 102212

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1614

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 136 of 743 PageID #: 102213

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1615

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1616

Case: 25-2153   Document: 156-4   Page: 482   Date Filed: 01/02/2026

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 138 of 743 PageID #: 102215



A1617

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                          Julian D'Angelo
ROSS INTELLIGENCE INC.                Attorneys Eyes Only              May 03, 2023



A1618

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1619

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 141 of 743 PageID #: 102218

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                          Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1620

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.　　　　　Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1621

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1622

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1623

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 145 of 743 PageID #: 102222

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1624

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 146 of 743 PageID #: 102223

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1625

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1626

THOMSON REUTERS ENTERPRISE CENTRE GMBH v                    Julian D'Angelo
ROSS INTELLIGENCE INC.            Attorneys Eyes Only          May 03, 2023



A1627

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 149 of 743 PageID #: 102226

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                 Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1628

THOMSON REUTERS ENTERPRISE CENTRE GMBH v
ROSS INTELLIGENCE INC.                    Attorneys Eyes Only

Julian D'Angelo
May 03, 2023



A1629

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 522 of 743 PageID #: 102599

# EXHIBIT 25

A1630

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


THOMSON REUTERS ENTERPRISE   )
CENTRE GMBH and WEST         )
PUBLISHING CORPORATION,      )
                             )
          Plaintiffs and     )
          Counterdefendants,)
                             )
                             )
   vs.                       )   C.A. No. 20-613 (LPS)
                             )
ROSS INTELLIGENCE, INC.,     )
                             )
          Defendant and      )
          Counterplaintiff.  )
                             )
_____)


**HIGHLY CONFIDENTIAL**



     VIDEOTAPED 30(b)(6) DEPOSITION OF DEFENDANT,

        by and through its corporate designee

               TOMAS VAN DER HEIJDEN,

            (also in his individual capacity)



            London, England, United Kingdom

               Thursday, March 17, 2022



Pages: Pages 1 - 443

Reported stenographically by:
LEAH M. WILLERSDORF, RPR-CRR-FBIVR-ACR-QRR2-CLR

A1631

2

Thursday, March 17, 2022


09:29 a.m.
(Greenwich Mean Time)


Videotaped 30(b)(6) deposition of Defendant, by and through its corporate representative Tomas van der Heijden, as well as in his individual capacity, held at the offices of Kirkland & Ellis International LLP, 30 St. Mary Axe, London EC3A 8AF, England, United Kingdom, before Leah Willersdorf, Registered Professional Reporter and Certified Realtime Reporter with the US National Court Reporters Association, and Accredited Court Reporter, Qualified Realtime Reporter (Level 2) and Fellow of the British Institute of Verbatim Reporters, and Certified LiveNote Reporter.

A1632

3

A P P E A R A N C E S


On behalf of Plaintiffs and Counterdefendants:

      KIRKLAND & ELLIS, LLP

            601 Lexington Avenue
            New York, New York 10022
            (212) 446 4800

      BY:  JOSHUA L. SIMMONS, ESQ.
           JENNIFER GIBBINS, ESQ.
           joshua.simmons@kirkland.com
           jennifer.gibbins@kirkland.com


On behalf of Defendant and Counterplaintiff:

      CROWELL & MORING, LLP

            3 Embarcadero Center
            26th Floor
            San Francisco, CA 94111
            (415) 986 2800

      BY:  KAYVAN M. GHAFFARI, ESQ.
           kghaffari@crowell.com


ALSO PRESENT:

      Linda Fleet   -   Videographer

A1633

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 526 of 743 PageID #: 102603

THOMSON REUTERS ENTERPRISE vs
ROSS INTELLIGENCE

30(b)(6), Highly Confidential

Tomas van der Heijden
March 17, 2022



A1634

THOMSON REUTERS ENTERPRISE vs
ROSS INTELLIGENCE

30(b)(6), Highly Confidential

Tomas van der Heijden
March 17, 2022



A1635

THOMSON REUTERS ENTERPRISE vs                                                    Tomas van der Heijden
ROSS INTELLIGENCE              30(b)(6)  Highly Confidential                      March 17, 2022



A1636

THOMSON REUTERS ENTERPRISE vs
ROSS INTELLIGENCE
30(b)(6), Highly Confidential

Tomas van der Heijden
March 17, 2022



A1637

THOMSON REUTERS ENTERPRISE vs
ROSS INTELLIGENCE
30(b)(6), Highly Confidential

Tomas van der Heijden
March 17, 2022



A1638

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 531 of 743 PageID #: 102608

THOMSON REUTERS ENTERPRISE vs
ROSS INTELLIGENCE

30(b)(6), Highly Confidential

Tomas van der Heijden
March 17, 2022



A1639

THOMSON REUTERS ENTERPRISE vs                                    Tomas van der Heijden
ROSS INTELLIGENCE                30(b)(6)  Highly Confidential            March 17, 2022



A1640

THOMSON REUTERS ENTERPRISE vs                                          Tomas van der Heijden
ROSS INTELLIGENCE                    30(b)(6) Highly Confidential              March 17, 2022



A1641

Case: 25-2153 Document: 156-4 Page: 507 Date Filed: 01/02/2026

Case 1:20-cv-00613-SB Document 544-1 Filed 09/14/23 Page 534 of 743 PageID #: 102611
THOMSON REUTERS ENTERPRISE vs                                              Tomas van der Heijden
ROSS INTELLIGENCE                    30(b)(6) Highly Confidential                March 17, 2022



A1642

THOMSON REUTERS ENTERPRISE vs
ROSS INTELLIGENCE

30(b)(6) Highly Confidential

Tomas van der Heijden
March 17, 2022



A1643

THOMSON REUTERS ENTERPRISE vs                                    Tomas van der Heijden
ROSS INTELLIGENCE                  30(b)(6) Highly Confidential          March 17, 2022



A1644

THOMSON REUTERS ENTERPRISE vs
ROSS INTELLIGENCE

30(b)(6)  Highly Confidential

Tomas van der Heijden
March 17, 2022



A1645

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 538 of 743 PageID #: 102615

# EXHIBIT 26

A1646

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Case No. 20-613 (LPS)
----------------------------------------
IN RE MATTER OF:

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST
PUBLISHING CORPORATION,

        Plaintiffs and
        Counter-Defendants,

  vs.

ROSS INTELLIGENCE INC.,

        Defendant and
        Counterclaimant.

----------------------------------------

      ** HIGHLY CONFIDENTIAL **

      ** ATTORNEYS' EYES ONLY **


    REMOTE VIDEOTAPED DEPOSITION OF

      TOMAS VAN DER HEIJDEN


      Tuesday, May 9, 2023

        1:02 p.m.


Reported By:

Joan Ferrara, RMR, FCRR

Job No. 2023-892417

A1647

2

May 9, 2023

1:02 p.m.

Videotaped Deposition of TOMAS VAN DER HEIJDEN, held remotely via Zoom, before Joan Ferrara, a Registered Merit Reporter, Federal Certified Realtime Reporter and Notary Public.

A1648

3

REMOTE APPEARANCES:


ON BEHALF OF PLAINTIFFS/COUNTER-DEFENDANTS:

KIRKLAND & ELLIS LLP

          200 Clarendon Street

          Boston, Massachusetts 02116

BY:       CAMERON GINDER, ESQ.




ON BEHALF OF DEFENDANT/COUNTERCLAIMANT:

CROWELL & MORING LLP

          3 Embarcadero Center

          26th Floor

          San Francisco, California 94111

BY:       JOACHIM B. STEINBERG, ESQ.

          JACOB CANTER, ESQ.



ALSO PRESENT:

          BRYAN BELTRAN, Videographer

A1649

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1650

THOMSON REUTERS vs
ROSS INTELLIGENCE                       Attorneys Eyes Only                    Tomas Der Van Heijden
                                                                              May 09, 2023



A1651

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 544 of 743 PageID #: 102621

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1652

THOMSON REUTERS vs
ROSS INTELLIGENCE
Attorneys Eyes Only
Tomas Der Van Heijden
May 09, 2023



A1653

THOMSON REUTERS vs
ROSS INTELLIGENCE                Attorneys Eyes Only                Tomas Der Van Heijden
                                                                    May 09, 2023



A1654

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1655

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1656

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1657

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1658

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1659

THOMSON REUTERS vs
ROSS INTELLIGENCE                    Attorneys Eyes Only                    Tomas Der Van Heijden
                                                                           May 09, 2023



A1660

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1661

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1662

THOMSON REUTERS vs
ROSS INTELLIGENCE                    Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1663

Case 1:20-cv-00613-SB   Document 544-1   Filed 09/14/23   Page 556 of 743 PageID #: 102633

THOMSON REUTERS vs
ROSS INTELLIGENCE                    Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1664



A1665



A1666



A1667



A1668

THOMSON REUTERS vs
ROSS INTELLIGENCE                      Attorneys Eyes Only                  Tomas Der Van Heijden
                                                                           May 09, 2023



A1669

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1670



A1671

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1672

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1673



A1674

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1675

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1676

Attorneys Eyes Only



A1677

THOMSON REUTERS vs
ROSS INTELLIGENCE                    Attorneys Eyes Only                    Tomas Der Van Heijden
                                                                            May 09, 2023



A1678

THOMSON REUTERS vs
ROSS INTELLIGENCE                    Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1679



A1680

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1681

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1682

THOMSON REUTERS vs
ROSS INTELLIGENCE                    Attorneys Eyes Only                    Tomas Der Van Heijden
                                                                           May 09, 2023



A1683

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1684

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1685

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1686

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1687

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1688

THOMSON REUTERS vs
ROSS INTELLIGENCE
Attorneys Eyes Only
Tomas Der Van Heijden
May 09, 2023



A1689

THOMSON REUTERS vs
ROSS INTELLIGENCE
Attorneys Eyes Only
Tomas Der Van Heijden
May 09, 2023



A1690

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1691

THOMSON REUTERS vs
ROSS INTELLIGENCE                    Attorneys Eyes Only                    Tomas Der Van Heijden
                                                                            May 09, 2023



A1692

THOMSON REUTERS vs
ROSS INTELLIGENCE

Attorneys Eyes Only

Tomas Der Van Heijden
May 09, 2023



A1693



A1694

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 309 of 413 PageID #: 103132

# EXHIBIT 43

A1695

Scope of Coverage - ROSS Intelligence

**ROSS**   ☰



# Scope of Coverage

All ROSS subscriptions include comprehensive coverage of United States law.

✓ **Federal case law**
(published and unpublished)

✓ **State legislation**
(all 50 states, statutes and regulations)

✓ **State case law**
(all 50 states, published and unpublished)

✓ **Federal legislation**
(statutes and regulations)

✓ **Specialty court, tribunal, and administrative decisions**

# Full Details of Coverage

**FEDERAL**

**STATUTORY COVERAGE**

| Circuit Courts of Appeals | All since 1792* |
| District Courts | All since 1783 |
| Bankruptcy Courts | All since 1979 |

Federal and all 50 state statutes, continually and regularly updated.

**REGULATORY COVERAGE**

Federal and state regulations (except

\* The ROSS collection contains all decisions since the

A1696

2/4/2024　Case 1:20-cv-00613-SB　Document 545-1　Filed 09/14/23　Page 311 of 413 PageID #: 103134

## ROSS ☰

period and the first decade after Independence.

### STATES + DC

| All States | Comprehensive set of decisions at the Supreme and Appellate court levels, starting from the first published reporter in each State. |
|---|---|

### ADMINISTRATIVE BOARD

| Trademark Trial & Appeal Board | All since 1996 |
|---|---|
| Patent Trial & Appeal Board | Since the inception of the Patent Trial & Appeal board in 2012, and coverage of predecessor agencies in 1997. |
| National Labor Relations Board | All since 1935 |
| Federal Labor Relations Authority | All since 1978 |

### FEDERAL SPECIALTY COURTS

### UNPUBLISHED CASES

| Federal Circuit Courts of Appeals | Comprehensive Coverage Starting in 2009* |
|---|---|
| District Courts | Comprehensive Coverage Starting in 2009 |
| Bankruptcy Courts | Comprehensive Coverage Starting in 2009 |
| State Courts | Comprehensive Coverage for Most States Starting in 1995** |

** Coverage of unpublished decisions in the following states begins in 1995: VA.
** Coverage of unpublished decisions in the following states begins in 1996: MI, MN.
** Coverage of unpublished decisions in the following states begins in 1998: NJ.
** Coverage of unpublished decisions in the following states begins in 2008: MA, PA.
** Coverage of unpublished decisions in the following states begins in 2009: AK, AZ, CA, HI, ID, KY, LA, NV, NM, NY, NC, SC, TX, WA, WI.
** Coverage of unpublished decisions in the following states begins in 2011: IL.
** Coverage of unpublished decisions in the following states begins in 2016: KS.

A1697

2/4/2024    Case 1:20-cv-00613-SB    Document 545-1    Filed 09/14/23    Page 312 of 413 PageID #: 103135

Scope of Coverage - ROSS Intelligence

ROSS                                                                          ☰

| | |
|---|---|
| Court of Customs and Patent Appeals | 1929-1982 |
| United States Tax Court | Since 1936 |
| United States Court of Claims | Since 1905 |
| United States Customs Courts | 1949-1980 |
| Commerce Court | 1911-1913 |
| United States Court of Appeals for the Armed Forces | Since 1994 |
| Special Court, Regional Rail Reorganization Act | 1974-2001 |
| Temporary Emergency Court of Appeals | 1972-1992 |

ROSS

**Company**

About Us

Careers

**Product**

Features

Coverage

**Resources**

Contact Us

FAQ + Support

 Twitter

A1698

# ROSS

≡

LinkedIn

Why ROSS

© ROSS Intelligence, Inc. 2014–2020

What is AI

A1699

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 314 of 413 PageID #: 103137

# EXHIBIT 44

A1700

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | |
| | ) | C.A. No. 20-613-SB |
| Plaintiffs/Counterdefendants, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | **HIGHLY CONFIDENTIAL-** |
| ROSS INTELLIGENCE INC., | ) | **ATTORNEYS' EYES ONLY** |
| | ) | |
| Defendant/Counterclaimant. | ) | |

## DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S RESPONSE AND OBJECTION TO PLAINTIFFS' <u>FIFTH SET OF INTERROGATORIES</u>



1

A1701

A1702

2

A1703

3

A1703

A1704

4

A1704

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 319 of 413 PageID #: 103142

A1705

5

A1705

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 320 of 413 PageID #: 103143

A1706

6

A1706

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 321 of 413 PageID #: 103144

A1707

A1707

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 322 of 413 PageID #: 103145

A1708

Case 1:20-cv-00613-SB  Document 545-1  Filed 09/14/23  Page 323 of 413 PageID #: 103146

A1709

A1709

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 324 of 413 PageID #: 103147

A1710

10

A1710

A1711

11

A1711

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 326 of 413 PageID #: 103149

A1712

12

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 327 of 413 PageID #: 103150

A1713

13

A1714

14

A1715

15

A1715

A1716

16

A1717

17

# EXHIBIT 50

A1718

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

A1719

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 350 of 413 PageID #: 103173

# EXHIBIT 51

A1720

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 351 of 413 PageID #: 103174

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

A1721

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 354 of 413 PageID #: 103177

# EXHIBIT 53

A1722

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

A1723

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 356 of 413 PageID #: 103179

# EXHIBIT 54

A1724

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 357 of 413 PageID #: 103180

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

A1725

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 358 of 413 PageID #: 103181

# EXHIBIT 55

A1726

Case 1:20-cv-00613-SB Document 545-1 Filed 09/14/23 Page 359 of 413 PageID #: 103182

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

A1727

# EXHIBIT 58

A1728

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 365 of 413 PageID #: 103188

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

A1729

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) | |
| v. | ) ) | C.A. No. 20-613 (SB) |
| ROSS INTELLIGENCE INC., | ) ) ) | REDACTED – PUBLIC VERSION |
| Defendant and Counterclaimant. | ) ) | |

**DECLARATION OF MAX SAMELS IN SUPPORT OF THOMSON REUTERS'
MOTIONS FOR PARTIAL SUMMARY JUDGMENT (NOS. 1-6)**

**VOLUME 3 – EXHIBITS 83-104**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and
Counterdefendants Thomson Reuters
Enterprise Center GmbH and West
Publishing Corporation*

Original filing date: August 31, 2023
Redacted filing date: September 14, 2023

A1730

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 31, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>Andrew L. Brown, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>Matthew J. McBurney, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>Margaux Poueymirou, Esquire<br>Anna Z. Saber, Esquire<br>Beatrice B. Nguyen, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

A1731

A1732

Shira Liu, Esquire
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614
*Attorneys for Defendant and Counterclaimant*

*VIA ELECTRONIC MAIL*

*/s/ Michael J. Flynn*

_____
Michael J. Flynn (#5333)

2

A1732