UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2153**

Thomson Reuters v. Ross Intelligence

To:   Clerk

1) Motion by Appellant to File Volumes 7-18 of Corrected Joint Appendix under Seal

2) Motion by Appellant to File Final Briefs under Seal

3) Motion by Appellee to File Confidential Final Brief under Seal

    The foregoing motions are referred to the merits panel.  The Clerk will hold the unredacted versions of the parties' final briefs and Volumes 7-18 of the corrected joint appendix provisionally under seal pending a ruling by the Court.

For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated: February 4, 2026
MCW/cc: All Counsel of Record