WHITE & CASE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

March 12, 2026

Patricia S. Dodszuweit

Office of the Clerk
21400 U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

**Thomson Reuters Enterprise Centre GmbH, et al. v. ROSS Intelligence, Inc. (25-2153)**

Dear Ms. Dodszuweit:

Pursuant to Federal Rule of Appellate Procedure 28(j), ROSS Intelligence, Inc. files this letter to bring to the Court's attention two related cases that the Court may find relevant: *Anthropic PBC v. U.S. Dep't of War*, No. 26-1049 (D.C. Cir.) and *Anthropic PBC v. U.S. Dep't of War*, No. 3:26-cv-01996 (N.D. Cal.). Both cases were docketed on March 9, 2026, and ask whether Anthropic's recent designation as a supply chain risk was lawful.

In its Northern District of California complaint, Anthropic states that it "has even developed [AI] models that help the Department to protect national security." Complaint at ¶ 2, *Anthropic PBC*, No. 3:26-cv-01996 (N.D. Cal. Mar. 9, 2026), ECF No. 1. Anthropic further explains that the Department of War "has significantly expanded its use of artificial intelligence and entered into multiple major contracts with leading AI companies to scale AI capabilities across defense and intelligence missions." *Id.* ¶ 67.

Anthropic's filings, and recent public events, confirm that fair use in AI training is paramount to our Nation's security. *E.g.* Petition for Certification, *Thomson Reuters v. ROSS Intel.*, No. 25-8018 (3d Cir. April 14, 2025), D.E. 1 at *25–*26; Appellant's Opening Brief, *Thomson Reuters v. ROSS Intel.*, No. 25-2153 (3d Cir. Jan. 12, 2026), D.E. 160 at *52–*53; Appellant's Reply Brief, *Thomson Reuters v. ROSS Intel.*, No. 25-2153 (3d Cir. Jan. 12, 2026), D.E. 161 at *33–*34. Indeed, our government heavily relies on AI models, which require training data, in sensitive national

security matters. *E.g.*, Marcus Weisgerber, Amrith Ramkumar, and Shelby Holliday, *U.S. Trikes in Middle East Use Anthropic, Hours After Trump Ban*, Wall St. J. (Feb. 28, 2026, 8:21 PM), https://tinyurl.com/4m4p4njn. A fair use ruling here, thus protects other AI models that, despite unique functionalities, require the same fundamental training. Appellant's Opening Brief at *40–*42; Appellant's Reply Brief at *18–*19.

Best regards,

**Mark S. Davies**
Partner

T +202-637-6261
E mark.davies@whitecase.com