# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2153

Thomson Reuters Enterprise Centre GmbH, et al     vs.     ROSS Intelligence, Inc.

Calendar Date 06/11/2026          Location Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Mark S. Davies

Designation of Arguing Counsel: Mark S. Davies

Member of the Bar:      ✔ Yes          ☐ No

Representing (check only one):

☐ Petitioner(s)     ✔ Appellant(s)     ☐ Intervenor(s)

☐ Respondent(s)     ☐ Appellee(s)     ☐ Amicus Curiae

Please list the name of the lead party being represented:

ROSS Intelligence, Inc.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)