UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2153**

THOMSON REUTERS ENTERPRISE CENTRE GMBH;
WEST PUBLISHING CORP

v.

ROSS INTELLIGENCE INC,
Appellant

(D. Del. No. 1:20-cv-00613)

Present: RESTREPO, MONTGOMERY-REEVES, and BOVE, *Circuit Judges*

**ORDER**

The opinion in this matter has been temporarily filed as a sealed document. The parties are hereby directed to provide the Court with proposed redactions from the opinion, together with the reason for each redaction within 10 days of the date of this order. The Court will then determine whether to accept the proposed redactions and will unseal the opinion in an appropriate form. Proposed redactions are to be filed with the Clerk's office using the SEALED response event in ECF.

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: September 29, 2026
Sb/cc: All Counsel of Record