# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2153

THOMSON REUTERS ENTERPRISE CENTRE GMBH;
WEST PUBLISHING CORP

v.

ROSS INTELLIGENCE INC,
Appellant

---

On Appeal from the U.S. District Court, D. Del.
Judge Stephanos Bibas*, No. 1:20-cv-00613

Before: RESTREPO, MONTGOMERY-REEVES, and BOVE, *Circuit Judges*
Argued: June 11, 2026

---

JUDGMENT

This cause came to be considered on the record from the United States District Court for the District of Delaware and was argued on June 11, 2026.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's order entered on February 11, 2025, is hereby **AFFIRMED**. Costs will be taxed against the Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: September 29, 2026

---

* The Honorable Stephanos Bibas, Circuit Judge sitting by designation pursuant to 28 U.S.C. § 291(b).