OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 29, 2026

Michael P. Abate
Kaplan Johnson Abate & Bird
471 W Main Street
Suite 203
Louisville, KY 40202

Ranjini Acharya
Pillsbury Winthrop Shaw Pittman
2400 Hanover Street
Palo Alto, CA 94304

Dale M. Cendali
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022

Yar R. Chaikovsky
White & Case
3000 El Camino Real
5 Palo Alto Square
9th Floor
Palo Alto, CA 94306

Jacqueline Charlesworth
Bayla Law Group
One Embarcadero Center
Suite 1200
San Francisco, CA 94111

Tod H. Cohen
AI Coalition for Data Integrity
1 Embarcadro Center
30th Floor
San Francisco, CA 94111

Mark S. Davies

White & Case
701 13th Street NW
Northwest
Washington, DC 20005

J. Kevin Fee
DLA Piper
500 8th Street NW
Suite 5023
Washington, DC 20004

August Gebhard-Koenigstein
Stanford Law School
Juelsgaard Intellectual Property and Innovation Clinic, Mills Legal Clinic
559 Nathan Abbott Way
Stanford, CA 94305

Kayvan M. Ghaffari
Pillsbury Winthrop Shaw & Pittman
Four Embarcadero Center
22nd Floor
San Francisco, CA 94111

Michael T. Hensley
Carlton Fields
180 Park Avenue
Suite 106
Florham Park, NJ 07932

Michael D. Hobbs Jr.
Troutman Pepper Locke
600 Peachtree Street NE
Suite 3000, Bank of America Plaza
Atlanta, GA 30308

Tim R. Hwang
Hwang Industries
1325 Avenue of the Americas
Floor 28
New York, NY 10019

Jonathan Iwry
10009 Ormond Road
Potomac, MD 20854

Abraham J. Kang

Law Office of Abraham Kang
23581 Summit Road
Los Gatos, CA 95033

Karen E. Keller
Shaw Keller
1105 N Market Street
I.M. Pei Building, 12th Floor
Wilmington, DE 19801

Jonathan Z. King
Cowan Liebowitz & Latman
114 W 47th Street
21st Floor
New York, NY 10036

Felicity Kohn
Pryor Cashman
7 Times Square
40th Floor
New York, NY 10036

Michael S. Kwun
Kwun Bhansali Lazarus
555 Montgomery Street
Suite 750
San Francisco, CA 94111

Kufere Laing
White & Case
701 13th Street NW
Northwest
Washington, DC 20005

Andrew M. Legolvan
White & Case
555 S Flower Street
Suite 2700
Los Angeles, CA 90071

Phillip R. Malone
Stanford Law School
Juelsgaard Intellectual Property and Innovation Clinic, Mills Legal Clinic
559 Nathan Abbott Way
Stanford, CA 94305

Miranda D. Means
Kirkland & Ellis
200 Clarendon Street
Boston, MA 10022

Nicholas M. Medellin
Eisner
433 N Camden Drive
4th Floor
Beverly Hills, CA 90210

Heather J. Meeker
Technology Law Partners
1891 Weston Road
Scotts Valley, CA 95066

Anna Naydonov
Cleary Gottlieb Steen & Hamilton
2112 Pennsylvania Avenue NW
Suite 1000
Washington, DC 20037

Victoria J. Noble
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Lucy Grace D. Noyola
Association of American Publishers
1730 Pennsylvania Avenue NW
Suite 300
Washington, DC 20006

Ji Won Oh
White & Case
1221 Avenue of the Americas
New York, NY 10020

Austin D. Padgett
Troutman Pepper Locke
600 Peachtree Street NE
Suite 3000, Bank of America Plaza
Atlanta, GA 30308

Stanley Panikowski
DLA Piper

4365 Executive Drive
Suite 1100
San Diego, CA 92121

Joshua L. Simmons
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022

Regan A. Smith
News Media Alliance
4401 N Fairfax Drive
Suit 300
Arlington, VA 22203

Lawrence J. Spiwak
Phoenix Center for Advanced Legal & Economic Public Policy Studies
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015

Irina Tarsis
Center for Art Law
195 Plymouth Street
Suite 36
Brooklyn, NY 11201

Rebecca L. Tushnet
Harvard Law School
1525 Massachusetts Avenue
Griswold Hall
Cambridge, MA 02138

Adam G. Unikowsky
Jenner & Block
1099 New York Avenue NW
Suite 900
Washington, DC 20001

Anne M. Voigts
Pillsbury Winthrop Shaw Pittman
2400 Hanover Street
Palo Alto, CA 94304

Brooke R. Watson
Troutman Pepper Locke

301 S College Street
Suite 3400
Charlotte, NC 28202

Jane W. Wise
DLA Piper
500 8th Street NW
Suite 5023
Washington, DC 20004

Nancy E. Wolff
Cowan DeBaets Abrhams & Sheppard
60 Broad Street
30th Floor
New York, NY 10004

RE: Thomson Reuters Enterprise Centre GmbH, et al v. Ross Intelligence Inc
Case Number: 25-2153
District Court Case Number: 1:20-cv-00613

ENTRY OF JUDGMENT

Today, **September 29, 2026,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,

Patricia S. Dodszuweit, Clerk

By: Stephanie
Case Manager
Direct Dial 267-299-4926