# KIRKLAND & ELLIS LLP


Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900


September 29, 2026

Patricia S. Dodszuweit
Office of the Clerk
21400 U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Re: *Thomson Reuters Enter. Ctr. GmbH v. ROSS Intelligence, Inc.*, No. 25-2153 (3d Cir.)—Response to Docket Entry 210

Dear Ms. Dodszuweit:

Appellees write in response to the Court's request at Docket No. 210. Appellee has conferred with Appellant and neither party proposes redactions to the Court's Opinion, Docket No. 208. Accordingly, the parties respectfully submit that Docket No. 208 need not be maintained under seal.

Sincerely,

Dale M. Cendali

Dale M. Cendali, P.C.

Cc: Counsel of Record (via ECF)