UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 25-2153**

Thomson Reuters v. Ross Intelligence

**ORDER**

On September 29, 2026, the Court filed its opinion under seal and asked the parties to address whether the public version should be redacted. The parties agree that no redactions are necessary. The opinion will therefore be unsealed and made publicly accessible.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 30, 2026
Sb/cc: All Counsel of Record