**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

BILL OF COSTS

C.A. No. 25-2153

Caption: Thomson Reuters Enters. v. ROSS Intelligence Inc.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 20** | 79 | $1.25 | $4 | $50 | $32.40 | $3087.40 | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $3087.40 | $ |

Brief Produced by Reproduction: ☒

Brief Produced by Photocopy: ☐
In House: ☐
Commercial: ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Dale M. Cendali, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

Dale M. Cendali

Signature

October 8, 2026

Date

Attorney for: Appellees

**A certificate of service must accompany this form.**

** 10 Copies Each of Final Public and Final Sealed

**Proceed**
**PO Box 25292**
**New Yorl, NY 10087**

# BILL OF COSTS

| | |
|---|---|
| **CLIENT:** | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York NY 10022 |
| **ATTN:** | Miranda Means |
| **RE:** | Thomson Reuters Enterprise Centre GmbH, et al v. Ross Intelligence Inc |
| **INVOICE:** | 104775 |
| **COURT:** | USCOA - 3RD |

| ITEMS: | Copies | | Units | | Costs | Total |
|---|---|---|---|---|---|---|
| **Brief - Appellee's Redacted** | | | | | | |
| Cover(s) | 10 | x | 1 | @ | $ 155.00 | $ 155.00 |
| Reproduction | 10 | x | 79 | @ | 1.2468 | $ 985.00 |
| Binding | 10 | x | 1 | @ | $ 6.5000 | $ 65.00 |
| Color Pages | | | 5 | @ | $ 2.50 | $ 62.50 |
| Electronic File Production and Review | | | 1 | @ | $ 165.00 | $ 165.00 |
| Filing of Documents | | | 1 | @ | $ 85.00 | $ 85.00 |
| Shipping & Handling | | | 1 | @ | $ 169.00 | $ 169.00 |
| **Brief - Appellee's Sealed** | | | | | | |
| Cover(s) | 10 | | 1 | @ | $ 155.00 | $ 155.00 |
| Reproduction | 10 | x | 79 | @ | 1.2468 | $ 985.00 |
| Binding | 10 | x | 1 | @ | $ 6.50 | $ 65.00 |
| Color Pages | | | 5 | @ | $ 2.50 | $ 62.50 |
| Electronic File Production and Review | | | 1 | @ | $ 165.00 | $ 165.00 |
| **Motion** | | | | | | |
| Preperation of Motion | 1 | x | 7 | @ | $ 500.00 | $ 500.00 |
| Cover | 0 | | 1 | @ | $ 155.00 | $ 155.00 |

| | |
|---|---|
| **Sub-Total** | **$ 3,774.00** |
| **Applicable Sales Tax** | **$ 32.40** |
| **Total** | **$ 3,806.40** |
| **PAYMENT RECEIVED:** | **3,806.40** |
| **BALANCE DUE:** | **$ -** |

## CERTIFICATE OF SERVICE

The undersigned certifies, pursuant to F.R.A.P. 27(d), that service of the foregoing motion was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on October 8, 2026.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 8, 2026

Dale M. Cendali